UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSUE ORTIZ,

                              Plaintiff,

        v.                                              1:16-cv-00321-EAW-MJR

MARK STAMBACH

                              Defendants.

## <u>NOTICE OF APPEAL</u>

    Defendant Mark Stambach appeals to the United States Court of Appeals for the

Second Circuit from the judgment in favor of Plaintiff, Josue Ortiz, entered by the Clerk of Court

for the Western District of New York on May 10, 2022 following a jury trial (Dkt. 164), and

from each and every order necessary to and encompassed by said judgment.  Defendant also

appeals from the portions of the District Court's order which granted in part Plaintiff's

application for attorney's fees pursuant to 42 U.S.C. § 1988.  This appeal is being noticed within

thirty days of final determination of a Fed. R Civ. P. 50(b) motion and is thus timely made

pursuant to Rule 4 of the Federal Rules of Appellate Procedure.

Dated:        Buffalo, New York
              March 10, 2023

                              **HODGSON RUSS** LLP
                              *Attorneys for Defendant Mark Stambach*

                              By:  s/ Peter A. Sahasrabudhe
                                      Hugh M. Russ, III
                                      Peter A. Sahasrabudhe
                              The Guaranty Building
                              140 Pearl Street – Suite 100
                              Buffalo, New York  14202
                              Telephone:  (716) 856-4000

- 2 -

TO:     **Law Office of Wayne C. Felle, P.C.**
*Attorneys for Plaintiff*
Wayne C. Felle, Esq.
6024 Main Street
Williamsville, New York 14221

APPEAL,CASREF,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:16–cv–00321–EAW–MJR
### *Internal Use Only*

Ortiz v. Wagstaff, et al
Assigned to: Hon. Elizabeth A. Wolford
Referred to: Hon. Michael J. Roemer
Cause: 42:1983 Civil Rights Act

Date Filed: 04/25/2016
Date Terminated: 05/10/2022
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Josue Ortiz**

represented by **Alan J. Pierce**
Hancock Estabrook, LLP
1500 AXA Tower 1
100 Madison Street
Syracuse, NY 13202
(315) 565–4546
Fax: (315) 565–4646
Email: apierce@hancocklaw.com
*TERMINATED: 04/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne C. Felle**
Law Office of Wayne C. Felle, P.C.
6024 Main Street
Williamsville, NY 14221
716–505–2700
Fax: 716–505–2727
Email: waynefelle@waynefellelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard Wagstaff**
*TERMINATED: 03/01/2021*

represented by **Robert Emmet Quinn**
Buffalo Public Schools
65 Niagara Square
Ste 713 City Hall
Buffalo, NY 14202
716–816–3102
Email: requinn@buffaloschools.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
City of Buffalo Law Department
Suite 1112 City Hall
Buffalo, NY 14202
716 851–4317
Fax: 716 851–4105
Email: mhuggins@city–buffalo.com
*TERMINATED: 12/09/2021*

**Defendant**

**Mary Gugliuzza**
*TERMINATED: 03/01/2021*

represented by **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
(See above for address)
*TERMINATED: 12/09/2021*

**Defendant**

**BPD DOES 1–12**                                    represented by    **Robert Emmet Quinn**
*in their Capacity as Police Officers of the*                         (See above for address)
*City of Buffalo*                                                     *LEAD ATTORNEY*
*TERMINATED: 03/01/2021*                                             *ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
(See above for address)
*TERMINATED: 12/09/2021*

**Defendant**

**Buffalo Police Department**                        represented by    **Robert Emmet Quinn**
*TERMINATED: 03/01/2021*                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
(See above for address)
*TERMINATED: 12/09/2021*

**Defendant**

**The City of Buffalo**                              represented by    **Robert Emmet Quinn**
*TERMINATED: 03/28/2019*                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
(See above for address)
*TERMINATED: 12/09/2021*

**Defendant**

**Mark Stambach**                                    represented by    **Robert Emmet Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh M. Russ , III**
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Suite 100
Buffalo, NY 14202
(716) 856–4000
Fax: 716–849–0349
Email: hruss@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Maeve Eileen Huggins**
(See above for address)
*TERMINATED: 12/09/2021*

**Peter A. Sahasrabudhe**
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street
Suite 100

Buffalo, NY 14202
716–848–1508
Email: psahasra@hodgsonruss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Vaughn**                    represented by  **Robert Emmet Quinn**
*TERMINATED: 03/01/2021*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Maeve Eileen Huggins**
                                                  (See above for address)
                                                  *TERMINATED: 12/09/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2016 | 1 | COMPLAINT against All Defendants $ 400 receipt number 0209–2515426, filed by Josue Ortiz.(Felle, Wayne) (Entered: 04/25/2016) |
| 04/26/2016 | | E–Filing Notification: Attorney is directed to efile a civil cover sheet using the Continuation of Exhibits event found under Responses and Replies re 1 COMPLAINT against All Defendants $ 400 receipt number 0209–2515426, filed by Josue Ortiz.(Felle, Wayne) (SG) (Entered: 04/26/2016) |
| 04/28/2016 | 2 | CONTINUATION OF EXHIBITS by Josue Ortiz. filed by Josue Ortiz. (Attachments: # 1 Summons)(Felle, Wayne) (Entered: 04/28/2016) |
| 04/29/2016 | | Case assigned to Hon. Lawrence J. Vilardo. (SG) (Entered: 04/29/2016) |
| 04/29/2016 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution(SG) (Entered: 04/29/2016) |
| 04/29/2016 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. Notification to Chambers of on–line civil case opening. (SG) (Entered: 04/29/2016) |
| 04/29/2016 | | E–Filing Notification: Attorney is directed refile a summons for each individual defendant using the continuation of exhibits event re 2 CONTINUATION OF EXHIBITS by Josue Ortiz. filed by Josue Ortiz. (Attachments: # 1 Summons)(Felle, Wayne) (SG) (Entered: 04/29/2016) |
| 04/29/2016 | 3 | CONTINUATION OF EXHIBITS by Josue Ortiz. to E–Filing Notification, filed by Josue Ortiz. (Felle, Wayne) (Entered: 04/29/2016) |
| 05/03/2016 | 4 | Summons Issued as to BPD DOES 1–12, Buffalo Police Department, City of Buffalo, Mary Gugliuzza, Mark Stambach, Mark Vaughn, Richard Wagstaff. (SG) (Entered: 05/03/2016) |
| 07/29/2016 | 5 | AFFIDAVIT of Service for Summons and Complaint served on Richard Wagstaff, Mary Gugliuzza, Mark Vaughn, Mark Stambach, BFD does 1–12, Buffalo Police Department, and City of Buffalo on July 25, 2016, filed by Josue Ortiz. (Felle, Wayne) (Entered: 07/29/2016) |
| 08/15/2016 | 6 | ANSWER to 1 Complaint by BPD DOES 1–12, Buffalo Police Department, City of Buffalo, Mary Gugliuzza, Mark Stambach, Mark Vaughn, Richard Wagstaff. (Attachments: # 1 Certificate of Service)(Quinn, Robert) (Entered: 08/15/2016) |
| 08/16/2016 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution(SG) (Entered: 08/16/2016) |

| | | |
|---|---|---|
| 08/22/2016 | 7 | TEXT REFERRAL ORDER – Hon. Hugh B. Scott, United States Magistrate Judge, is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. § 636(b)(1)(A), all pre–trial matters in this case are referred to the above–named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non–dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall not hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), unless further ordered by this Court. All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 8/22/2016. (CMD) (Entered: 08/22/2016) |
| 08/23/2016 | 8 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**ORDER**<br><br>Scheduling Conference set for **Thur., 9/29/2016, 10:45 AM**, before Hon. Hugh B. Scott, to be held jointly with the conference in *Oritz v. Case, et al.*, No. 16cv322.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 8/23/2016.<br><br>(Attachments: # 1 AO–85 Consent Form)<br><br>(DRH) (Entered: 08/23/2016) |
| 09/29/2016 | 9 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Robert Quinn for defendants.<br><br>Scheduling Conference held on 9/29/2016 (with *Ortiz v. Case, et al.*, Case No. 16CV322). To have parallel schedule entered in this case as in *Case*, with eight months for discovery due to sealing of records in on going criminal investigation related to plaintiff's claims. Court to enter Scheduling Order consistent with this schedule. (DRH) (Entered: 09/29/2016) |
| 09/29/2016 | 10 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**SCHEDULING/CASE MANAGEMENT ORDER**<br><br>(Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.)<br><br>Motions to Join Parties/Amend Pleadings due by 10/28/2016.<br><br>Stipulation of Selection of Mediator due by 10/27/2016. First Mediation Session due by 12/22/2016. Mediation To End by 9/1/2017.<br><br>Plaintiff Expert Witness ID due by 4/4/2017. Motions to Compel Discovery due by 4/28/2017. Defendant Expert Witness ID due by 5/12/2017. Discovery completed by 5/29/2017.<br><br>Dispositive Motions due by 8/28/2017. |

| | | |
|---|---|---|
| | | If no motions are filed, parties to contact the Chambers of Judge Vilardo to set a trial date by 9/7/2017.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 9/29/2016. (DRH) (Entered: 09/29/2016) |
| 10/18/2016 | <u>11</u> | Stipulation–Selection of Mediator by Josue Ortiz. (Felle, Wayne) (Entered: 10/18/2016) |
| 01/05/2017 | 12 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER**<br><br>Jointly with 16CV322, Status Conference set for **Thur., 1/19/2017, 10:30 AM**, before Hon. Hugh B. Scott.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 1/5/2017. (DRH) (Entered: 01/05/2017) |
| 01/05/2017 | <u>13</u> | NOTICE of Appearance by Maeve Eileen Huggins on behalf of BPD DOES 1–12, Buffalo Police Department, City of Buffalo, Mary Gugliuzza, Mark Stambach, Mark Vaughn, Richard Wagstaff (Attachments: # <u>1</u> Certificate of Service Certificate of Service of Notice of Appearance)(Huggins, Maeve) (Entered: 01/05/2017) |
| 01/06/2017 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution.(NRE) (Entered: 01/06/2017) |
| 01/19/2017 | 14 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY AND ORDER<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, for plaintiff; Assistant Corporation Counsel Maeve Huggins for defendants.<br><br>Held with *Ortiz v. Case, et al.*, No. 16CV322.<br><br>Status Conference held on 1/19/2017. Parties obtained Order from New York State court unsealing certain records and purporting to have those documents inspected *in camera* by this Court. Defense counsel has located files that were unsealed and need to review for responsiveness and claims of privilege. Parties are to work out among themselves what can be produced and what documents are objected to. Someone should move to extend Scheduling Order deadlines (Docket No. 10) if necessary and parties are encouraged to initiate mediation proceedings.<br><br>Status Conference set for **Thur., 2/9/2017, 2:00 PM**, before Hon. Hugh B. Scott to determine progress regarding defense review and production and the necessity for *in camera* inspection of any part of these records.<br><br>So Ordered.<br><br>Signed by Hon. Hugh B. Scott on 1/19/2017. (DRH) (Entered: 01/19/2017) |
| 02/09/2017 | 15 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 14 Terminate Hearings, Set Hearings, Status Conference**<br><br>Due to the Court's calendar, Status Conference reset for today, 2/9/2017, **2:30 PM**, before Hon. Hugh B. Scott.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 2/9/2017. (DRH) (Entered: 02/09/2017) |
| 02/09/2017 | 16 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY AND ORDER |

| | | |
|---|---|---|
| | | For proceedings held before Magistrate Judge Hugh B. Scott |
| | | Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Maeve Huggins for defendants. |
| | | Status Conference held on 2/9/2017, the parties reached agreement on production of the unsealed documents, with defendants agreeing to produce by 2/24/2017. Parties reviewing proposed Amended Scheduling Order to submit to the Court. Parties requested a further Status Conference 1 month from now. |
| | | Status Conference set for **Thur., 3/16/2017, 10:00 AM**, before Hon. Hugh B. Scott with *Ortiz v. Case*, No. 16cv322. |
| | | So Ordered. Signed by Hon. Hugh B. Scott on 2/9/2017. (DRH) (Entered: 02/09/2017) |
| 02/28/2017 | 17 | Mediation Certification by Michael Menard(Menard, Michael) (Entered: 02/28/2017) |
| 02/28/2017 | 18 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 14 Terminate Hearings, Set Hearings, Status Conference, 16 Terminate Hearings, Status Conference, Set Hearings**<br><br>Defendants submitted for *in camera* inspection documents from their files, including a privilege log served upon plaintiff. Plaintiff shall respond to the privileges claim in the privilege log, Responses due by **3/8/2017**. Status Conference remain (Docket No. 16) scheduled for **Thur., 3/16/2017, 10:00 AM**.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 2/28/2017. (DRH) (Entered: 02/28/2017) |
| 03/16/2017 | 19 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Maeve Huggins for defendants<br><br>Status Conference held on 3/16/2017, with *Ortiz v. Case, et al.*, No. 16CV322. Plaintiff reports that mediation was held and would continue.<br><br>Defendants object to producing files due to pending federal investigation, Judge Arcara's Orders limiting production to them, and potentially endangering persons. This Court raised potential of intervention by the United States in discovery due to the role in the files produced by the City defendants. Further Status Conference (4/19/2017, 2 pm) to be held. Court to order United States' intervention.<br><br>Plaintiff raised issues regarding the Scheduling Order (Docket No. 10) deadlines; this Court holds those deadlines **in abeyance** pending resolution of the outstanding discovery issues. (DRH) (Entered: 03/16/2017) |
| 03/16/2017 | 20 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 19 Terminate Hearings, Status Conference**<br><br>Defendants produced for *in camera* inspection certain police files from the investigation that led to the arrest, prosecution, and conviction of plaintiff for homicide. Plaintiff now alleges that others were later convicted in federal court, *United States v. Montalvo, et al.*, No. 11CR366, for those homicides and that plaintiff was exonerated. Plaintiff commenced this false arrest and malicious prosecution action against defendants.<br><br>Defendants now contend that most of these documents are privileged, arguing that the *in camera* materials may reveal confidential sources, identify federal investigation |

witnesses, and may be deemed confidential due to production of items under terms of a proffer. Defendants also claim that some of the material produced for inspection may have come from the federal Grand Jury, released pursuant to an Order limiting the scope of their production. Defendants, however, do not mention the particulars of the federal investigation, the proffers, or which items were produced to the federal Grand Jury. This Court is unclear whether these confidences remain from the *Montalvo* prosecution, given that all defendants have entered guilty pleas and two have been sentenced.

As a result, it may be necessary for the United States of America to intervene in this action at least for the limited purpose of conducting discovery in this action (and possibly in the parallel action *Ortiz v. Case, et al.*, Case No. 16CV322), Fed. R. Civ. P. 24; *see* 6–24 *Moore's Federal PracticeCivil* § 24.23 (2017). This Court requests that the Assistant United States Attorney who was counsel in *Montalvo* address whether the items provided for *in camera* inspection should remain undisclosed due to pending prosecution, pending federal criminal investigation, or to protect the safety of confidential sources. The Assistant U.S. Attorney or such representative of the United States is invited to appear at a Status Conference scheduled for **Wed., 4/19/2017, 2:00 pm**. The United States also may make a written submission on this matter; such is due by **4/3/2017**; this submission may be made to this Court under seal. Copies of this Order will be sent by Chambers to the Acting United States Attorney and to Assistant U.S. Attorney Joseph Tripi, counsel of record in *Montavlo*.

Status Conference set for 4/19/2017, 2:00 PM, before Hon. Hugh B. Scott.

So Ordered. Signed by Hon. Hugh B. Scott on 3/16/2017. (DRH) Modified on 3/16/2017––correct causes of action (DRH). (Entered: 03/16/2017)

| 03/16/2017 | E–Filing Notification: 20 |

### ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT

### TEXT ORDER re 19 Terminate Hearings, Status Conference

Defendants produced for *in camera* inspection certain police files from the investigation that led to the arrest, prosecution, and conviction of plaintiff for homicide. Plaintiff now alleges that others were later convicted in federal court, *United States v. Montalvo, et al.*, No. 11CR366, for those homicides and that plaintiff was exonerated. Plaintiff commenced this false arrest and malicious prosecution action against defendants.

Defendants now contend that most of these documents are privileged, arguing that the *in camera* materials may reveal confidential sources, identify federal investigation witnesses, and may be deemed confidential due to production of items under terms of a proffer. Defendants also claim that some of the material produced for inspection may have come from the federal Grand Jury, released pursuant to an Order limiting the scope of their production. Defendants, however, do not mention the particulars of the federal investigation, the proffers, or which items were produced to the federal Grand Jury. This Court is unclear whether these confidences remain from the *Montalvo* prosecution, given that all defendants have entered guilty pleas and two have been sentenced.

As a result, it may be necessary for the United States of America to intervene in this action at least for the limited purpose of conducting discovery in this action (and possibly in the parallel action *Ortiz v. Case, et al.*, Case No. 16CV322), Fed. R. Civ. P. 24; *see* 6–24 *Moore's Federal PracticeCivil* § 24.23 (2017). This Court requests that the Assistant United States Attorney who was counsel in *Montalvo* address whether the items provided for *in camera* inspection should remain undisclosed due to pending prosecution, pending federal criminal investigation, or to protect the safety of confidential sources. The Assistant U.S. Attorney or such representative of the United States is invited to appear at a Status Conference scheduled for **Wed., 4/19/2017, 2:00 pm**. The United States also may make a written submission on this matter; such is due by **4/3/2017**; this submission may be made to this Court under seal. Copies of this Order will be sent by Chambers to the Acting United States Attorney and to Assistant U.S. Attorney Joseph Tripi, counsel of record in *Montavlo*.

| | | |
|---|---|---|
| | | Status Conference set for 4/19/2017, 2:00 PM, before Hon. Hugh B. Scott. |
| | | So Ordered. Signed by Hon. Hugh B. Scott on 3/16/2017. (DRH) Modified on 3/16/2017––correct causes of action (DRH). (Entered: 03/16/2017) |
| 04/19/2017 | 21 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Maeve Huggins, for defendants; Assistant U.S. Attorney Michael Cerrone specially appearing<br><br>Status Conference held on 4/19/2017. Parties argued production of in camera material from defendants' files. Parties instructed to confer to work out means to identify confidential or sensitive matters and which documents were already produced to plaintiff through his former (now deceased) criminal counsel. A party then may need to make some sort of motion on this. Further status to be scheduled. (DRH) (Entered: 04/19/2017) |
| 04/19/2017 | 22 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 21 Terminate Hearings, Status Conference**<br><br>As indicated (Docket No. 21), Further Status Conference set for **Wed., 5/10/2017, 11:15 AM**, before Hon. Hugh B. Scott. Assistant U.S. Attorney Michael Cerrone is again invited to appear at this conference. This conference will be held jointly with *Ortiz v. Case*, Case No. 16CV322.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 4/19/2017. (DRH) (Entered: 04/19/2017) |
| 05/03/2017 | 23 | Mediation Certification by Michael Menard(Menard, Michael) (Entered: 05/03/2017) |
| 05/10/2017 | 24 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Maeve Huggins for defendants; as friend of the Court, Assistant U.S. Attorney Michael Cerrone<br><br>Status Conference held on 5/10/2017, with *Ortiz v. Case, et al.*, No. 16cv322V. The United States Attorney's office produced a redacted version of the transmission letter of the federal Grand Jury materials sent to the Erie County District Attorney and plaintiff's deceased criminal defense counsel pursuant to the Orders of Judge Arcara releasing those materials.<br><br>Defense counsel in this case noted that material provided for *in camera* review contains sensitive material and may include items included in the federal Grand Jury materials.<br><br>This Court set plaintiff's deadline to move to compel (if necessary) by 5/24/2017, with defendants responding by 5/31/2017, and this Court to set a hearing date by a separate Order. (DRH) (Entered: 05/10/2017) |
| 05/10/2017 | 25 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 24 Terminate Hearings, Status Conference**<br><br>Plaintiff's Motion to Compel (if any) (Docket No. 24) due by 5/24/2017, Responses due by 5/31/2017. Court to schedule oral argument in a separate Order. |

| | | |
|---|---|---|
| | | This Court notes that *in camera* review of defense submissions needs to be conducted and an Order issued of what can, and cannot, be produced.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 5/10/2017. (DRH) (Entered: 05/10/2017) |
| 05/25/2017 | 26 | First MOTION for Disclosure by Josue Ortiz. (Attachments: # 1 Affidavit, # 2 Exhibit Decision and Order, # 3 Exhibit Retainer, # 4 Exhibit Order, # 5 Exhibit Motion papers, # 6 Exhibit Text of Minute Entry, # 7 Exhibit Plaintiff correspondence, # 8 Exhibit Text of Minute Entry, # 9 Exhibit Buffalo Police Dept responses, # 10 Exhibit County of Erie responses, # 11 Exhibit Hon. Arcara Orders, # 12 Exhibit Michel Cerrone, Esq letter, # 13 Exhibit Plaintiffs Correspondence, # 14 Exhibit Joseph Tripi, Esq letters, # 15 Memorandum in Support)(Felle, Wayne) (Entered: 05/25/2017) |
| 05/30/2017 | 27 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 25 Text Order, Set Deadlines, Set Scheduling Order Deadlines, 26 First MOTION for Disclosure filed by Josue Ortiz, 24 Terminate Hearings, Status Conference**<br><br>With *Ortiz v. Case, et al.*, Case No. 16CV322, Oral Argument set for **Wed., 6/7/2017, 11:00 AM**, before Hon. Hugh B. Scott.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 5/30/2017. (DRH) (Entered: 05/30/2017) |
| 05/31/2017 | 28 | DECLARATION re 26 First MOTION for Disclosure filed by The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department filed by The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Certificate of Service Certificate of Service)(Huggins, Maeve) (Entered: 05/31/2017) |
| 06/07/2017 | 29 | **HONORABLE HUGH B. SCOTT**<br><br>TEXT OF MINUTE ENTRY<br><br>For proceedings held before Magistrate Judge Hugh B. Scott<br><br>Wayne Felle, Esq., for plaintiff; Assistant Corporation Counsel Maeve Huggins for defendants.<br><br>Oral Argument held on 6/7/2017 parties argued plaintiff's Motion to Compel (Docket No. 26). Defendants note that this case was heard with *Ortiz v. Case, et al.*, No. 16CV322, as a convenience for the common issues, but reinforced that the cases are not consolidated.<br><br>Court reserved decision. (DRH) (Entered: 06/07/2017) |
| 06/23/2017 | 30 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**ORDER granting in part and denying in part 26 Motion for Disclosure**<br><br>Plaintiff's Motion for Disclosure (Docket No. 26) is denied. Following *in camera* inspection of the Buffalo Police Department files, defendants are to produce the items stated in this Order.<br><br>This Court **declines** to alter Judge Arcara's Orders surrounding disclosure of federal Grand Jury.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 6/23/2017. (DRH) (Entered: 06/23/2017) |

| 07/14/2017 | 31 | Mediation Certification by Michael Menard(Menard, Michael) (Entered: 07/14/2017) |
|---|---|---|
| 08/17/2017 | 32 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, The City of Buffalo, Mark Vaughn, Richard Wagstaff. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Memorandum in Support Memorandum of Law in Support, # 8 Certificate of Service Certificate of Service)(Huggins, Maeve) (Entered: 08/17/2017) |
| 08/25/2017 | 33 | TEXT REFERRAL ORDER (DISPOSITIVE) – Hon. Hugh B. Scott, United States Magistrate Judge, is hereby designated to act in this case as follows: Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), all pre–trial matters in this case are referred to the above–named United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non–dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall also hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. IT IS SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 8/25/2017. (CMD) (Entered: 08/25/2017) |
| 08/28/2017 | 34 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 33 Order Referring Case to Magistrate Judge, 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Vaughn, The City of Buffalo, Richard Wagstaff, Mark Stambach**<br><br>With the dispositive referral from Judge Vilardo (Docket No. 33), Responses to defense Motion to Dismiss (Docket No. 32) due by 9/29/2017, Replies due by 10/6/2017. This Court will determine, upon review of moving papers, whether to conduct oral argument. If no argument is scheduled, the motion will be deemed submitted as of the reply deadline date.. Signed by Hon. Hugh B. Scott on 8/28/2017. (DRH) (Entered: 08/28/2017) |
| 09/01/2017 | 35 | NOTICE of Appearance by Alan J. Pierce on behalf of Josue Ortiz (Pierce, Alan) (Entered: 09/01/2017) |
| 09/28/2017 | 36 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Vaughn, The City of Buffalo, Richard Wagstaff, Mark Stambach, 34 Text Order, Set/Reset Motion and R&R Deadlines/Hearings**<br><br>Upon plaintiff's request to extend his time to respond (and corresponding extension of defense time to reply, emailed letters from Alan J. Pierce, Esq., to Chambers, copies to Maeve Huggins, dated 9/27/2017, not filed by Chambers), Responses now due by 10/6/2017, Replies due by 10/13/2017. Motion now deemed submitted 10/13/2017 without oral argument unless scheduled by this Court following review of the moving papers.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 9/28/2017. (DRH) (Entered: 09/28/2017) |
| 10/06/2017 | 37 | RESPONSE to Motion re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Josue Ortiz. (Attachments: # 1 Declaration of Alan J. Pierce, Esq., # 2 Exhibit 1 – Copies of Decisions & Order of Hon. Frznczyk, # 3 Exhibit 2 – Discovery, # 4 Exhibit 3 – Letter dated July 24, 2017, # 5 Exhibit 4 – Proposed Amended Complaint, # 6 Exhibit 5 – Redlined Version of Proposed Amended Complaint, # 7 |

| | | |
|---|---|---|
| | | Memorandum in Support, # 8 Certificate of Service)(Pierce, Alan) (Entered: 10/06/2017) |
| 10/07/2017 | 38 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 37 Response to Motion, filed by Josue Ortiz, 36 Text Order, Set/Reset Motion and R&R Deadlines/Hearings, 19 Terminate Hearings, Status Conference, 10 Scheduling Order**<br><br>With plaintiff's cross–Motion (Docket No. 37) for Leave to Amend, Responses due by 10/27/2017. Replies both motions now due by 11/2/2017.<br><br>As previously ordered (Docket No. 19), the deadlines of the Scheduling Order (Docket No. 10) remain held **in abeyance** pending resolution of these motions. As warranted, the Scheduling Order deadlines will be updated and the Order amended following disposition of the pending motions.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 10/7/2017. (DRH) (Entered: 10/07/2017) |
| 10/18/2017 | 39 | Mediation Certification by Michael Menard(AGB) (Entered: 10/18/2017) |
| 10/25/2017 | 40 | RESPONSE to Motion re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, The City of Buffalo, Mark Vaughn, Richard Wagstaff. (Attachments: # 1 Exhibit Exhibit A, # 2 Certificate of Service Certificate of Service)(Huggins, Maeve) (Entered: 10/25/2017) |
| 11/02/2017 | 41 | REPLY to Response to Motion re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Reply on Cross–Motion to Amend Complaint* filed by Josue Ortiz. (Attachments: # 1 Exhibit Exh 6)(Pierce, Alan) (Entered: 11/02/2017) |
| 11/02/2017 | 42 | REPLY to Response to Motion re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, The City of Buffalo, Mark Vaughn, Richard Wagstaff. (Attachments: # 1 Certificate of Service Certificate of Service for Reply Memorandum of Law)(Huggins, Maeve) (Entered: 11/02/2017) |
| 11/03/2017 | 43 | CERTIFICATE of Service re 41 Reply to Response to Motion *Certificate of Service of Reply MOL 11/2* by Alan J. Pierce on behalf of Josue Ortiz (Pierce, Alan) Modified on 11/6/2017 to correct event (NRE). (Entered: 11/03/2017) |
| 11/06/2017 | | E–Filing Notification: regarding 43 CERTIFICATE of Counsel. Incorrect event used to electronically file document. For future reference, use (Certificate of Service) event found under Service of Process. No action required; changes made by Clerk's Office. (NRE) (Entered: 11/06/2017) |
| 12/13/2017 | 44 | **MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**REPORT & RECOMMENDATION**<br><br>Re 32 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Vaughn, The City of Buffalo, Richard Wagstaff, Mark Stambach<br><br>It is recommended that defendants' Motion to Dismiss (Docket No. 32) be granted in part, deemed moot in part. If adopted, this action would be dismissed. It is further recommended that plaintiff's Cross–Motion for leave to amend the Complaint (Docket No. 37) be granted in part to remove defendant Buffalo Police Department as a party and denied as to other allegations. Objections due fourteen days from receipt; Objections to R&R due by 12/27/2017.<br><br>If these recommendations are modified or not adopted, this Court will schedule a status conference to set an Amended Scheduling Order for this action.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 12/13/2017. (DRH) (Entered: 12/13/2017) |

| 12/18/2017 | <u>45</u> | Mediation Certification by Michael Menard(AGB) (Entered: 12/18/2017) |
|---|---|---|
| 12/19/2017 | <u>46</u> | REQUEST AND ORDER re <u>44</u> REPORT AND RECOMMENDATIONS re <u>32</u> MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Vaughn, The City of Buffalo, Richard Wagstaff, Mark Stambach. Plaintiff's request for an extension of time to file objections to Magistrate Judge Scott's Report and Recommendation is granted. Objections to R&R due by 1/5/2018. SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 12/19/2017. (APG) (Entered: 12/19/2017) |
| 01/05/2018 | <u>47</u> | OBJECTION to <u>44</u> Report and Recommendations *dated January 5, 2018* by Josue Ortiz. (Pierce, Alan) (Entered: 01/05/2018) |
| 01/07/2018 | 48 | TEXT ORDER re <u>47</u> Objection to Report and Recommendations filed by Josue Ortiz. Responses due by 1/26/2018. Replies due by 2/9/2018. If necessary, the Court will schedule oral argument at later time. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/7/2018. (CMD) (Entered: 01/07/2018) |
| 01/26/2018 | <u>49</u> | REPLY/RESPONSE to re <u>47</u> Objection to Report and Recommendations filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, The City of Buffalo, Mark Vaughn, Richard Wagstaff. (Attachments: # <u>1</u> Certificate of Service Certificate of Service of Response to Objections)(Huggins, Maeve) (Entered: 01/26/2018) |
| 02/08/2018 | <u>50</u> | REPLY/RESPONSE to re <u>49</u> Reply/Response, <u>47</u> Objection to Report and Recommendations filed by Josue Ortiz. (Pierce, Alan) (Entered: 02/08/2018) |
| 04/13/2018 | <u>51</u> | Mediation Certification by Michael Menard(AGB) (Entered: 04/13/2018) |
| 01/03/2019 | 52 | TEXT ORDER. A Status Conference is set for 1/10/2019 at 10:00 AM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Lawrence J. Vilardo. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 1/3/2019. (APG) (Entered: 01/03/2019) |
| 01/10/2019 | 53 | Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Status Conference held on 1/10/2019. Judge Vilardo advised parties that potential conflicts may exist concerning his presiding over case. Parties given time to determine if actual conflicts exist. A conference call is set for 1/31/2019 at 9:30 AM with Law Clerk, Allison P. Gioia wherein parties will advise court of their findings. Dial–in instructions will be emailed directly to parties. Appearances. For plaintiff: Alan J. Pierce. For defendants: Assistant Corporation Counsel Maeve Huggins. (Court Reporter Ann M. Sawyer.) (CMD) Modified to correct date of conference call on 1/11/2019 (CMD). (Entered: 01/11/2019) |
| 01/10/2019 |  | Set/Reset Hearings: Conference call set for 1/31/2019 at 9:30 AM. (CMD) (Entered: 01/11/2019) |
| 02/11/2019 | 54 | TEXT ORDER. Teleconference call scheduled for 2/11/2019 at 1:30 PM with Law Clerk, Allison Gioia. SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 2/11/2019. (CMD) (Entered: 02/11/2019) |
| 02/11/2019 | 55 | TEXT ORDER. After a January 10, 2019 status conference with the parties and a report back with Chambers staff on 2/11/2019, due to conflicts of interest, Judge Vilardo hereby recuses himself in this case and requests the Clerk of Court to assign a new District Judge (note related case 16–CV–322). SO ORDERED. Issued by Hon. Lawrence J. Vilardo on 2/11/2019. (APG)<br><br>–CLERK TO FOLLOW UP– (Entered: 02/11/2019) |
| 02/11/2019 |  | Case Reassigned to Hon. Elizabeth A. Wolford. Hon. Lawrence J. Vilardo no longer assigned to the case. (NRE) (Entered: 02/11/2019) |
| 03/18/2019 | <u>56</u> | DECISION AND ORDER adopting in part and rejecting in part <u>44</u> Report and Recommendations; granting in part <u>37</u> motion for leave to file an amended complaint; denying as moot <u>32</u> motion for judgment on the pleadings; granting <u>32</u> motion to compel discovery. Plaintiff is instructed to file an amended complaint by no later than March 27, 2019. The parties shall confer with Judge Scott regarding Plaintiff's deadline to produce the documents sought by Defendants. Signed by Hon. Elizabeth A. |

| | | |
|---|---|---|
| | | Wolford on 03/18/2019. (CDH) (Entered: 03/18/2019) |
| 03/20/2019 | 57 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re <u>56</u> Order on Motion to Dismiss for Failure to State a Claim, Order on Report and Recommendations**<br><br>Status Conference set for **Wed., 4/10/2019, 11:30 AM**, in Allegany Courtroom (6E), US Courthouse, 2 Niagara Square, Buffalo, NY 14202−3350 before Hon. Hugh B. Scott to discuss scheduling plaintiff's response to defendants' motion to compel (Docket No. 32; *see* Docket No. 56, Order of 3/18/2019, at 15−16, 16) and scheduling the remaining pretrial proceedings.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 3/20/2019. (DRH) (Entered: 03/20/2019) |
| 03/26/2019 | 58 | TEXT ORDER. The Referral Order in this matter (Dkt. 33) is modified as follows: Pursuant to 28 U.S.C. § 636(b)(1)(A), all pre−trial matters in this case are referred to the Hon. Hugh B. Scott, United States Magistrate Judge, including but not limited to: (1) conduct of a scheduling conference and entry of a scheduling order pursuant to Fed. R. Civ. P. 16, (2) hearing and disposition of all non−dispositive motions or applications, (3) supervision of discovery, and (4) supervision of all procedural matters involving the aforementioned or involving the preparation of the case or any matter therein for consideration by the District Judge. The Magistrate Judge shall not hear and report upon dispositive motions for the consideration of the District Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), unless further ordered by this Court. All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. The parties are encouraged to consider the provisions of 28 U.S.C. § 636(c) governing consent to either partial or complete disposition of the case, including trial if necessary, by the Magistrate Judge. Consent forms are available from the office of the Magistrate Judge or the office of the Clerk of Court. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 03/26/2019. (CDH)<br><br>−CLERK TO FOLLOW UP− (Entered: 03/26/2019) |
| 03/27/2019 | <u>59</u> | AMENDED COMPLAINT *3/27/19* against All Defendants, filed by Josue Ortiz.(Pierce, Alan) (Entered: 03/27/2019) |
| 04/08/2019 | 60 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>TEXT ORDER re 57 Text Order, Set Hearings<br><br>Status Conference of 4/10/2019 is canceled. Scheduling Conference set for **Tues., 4/30/2019, 11:15 AM**, in Allegany (6E) Courtroom, US Courthouse, 2 Niagara Square, Buffalo, NY 14202−3350 before Hon. Hugh B. Scott.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 4/8/2019. (DRH) (Entered: 04/08/2019) |
| 04/15/2019 | <u>61</u> | ANSWER to <u>59</u> Amended Complaint by BPD DOES 1−12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, Mark Vaughn, Richard Wagstaff. (Attachments: # <u>1</u> Certificate of Service)(Huggins, Maeve) (Entered: 04/15/2019) |
| 04/16/2019 | | ADR Plan electronically forwarded to attorneys. The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative−dispute−resolution.(NRE) (Entered: 04/16/2019) |
| 04/21/2019 | <u>62</u> | DISCOVERY PLAN by Josue Ortiz.(Pierce, Alan) (Entered: 04/21/2019) |
| 04/21/2019 | <u>63</u> | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1−12, Mark Vaughn, Buffalo Police Department *with Proposed Amended Discovery Plan*. (Attachments: # <u>1</u> Amended Discovery Plan)(Pierce, Alan) (Entered: 04/21/2019) |
| 04/22/2019 | 64 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT**<br><br>**TEXT ORDER re 60 Text Order, Set Hearings, Terminate Hearings, <u>62</u> Discovery Plan filed by Josue Ortiz, <u>63</u> Letter, filed by Josue Ortiz** |

| | | |
|---|---|---|
| | | Status Conference (Docket No. 60) of 4/30/2019 is canceled at the request of the parties (Docket No. 63). |
| | | This Court generally adopts the deadlines proposed by the parties (Docket Nos. 62, 63) for pretrial proceedings. Thus, Fact Discovery completed by 11/1/2019; plaintiff's Expert Disclosure by 11/27/2019; defense's Expert Disclosure by 12/31/2019; Discovery completed by 2/14/2020. |
| | | Dispositive Motions due by 3/16/2020. |
| | | If no dispositive motion, Mediation ends 3/31/2020. Parties to contact the chambers of Judge Wolford to schedule a pretrial conference to set a trial date. |
| | | So Ordered. Signed by Hon. Hugh B. Scott on 4/22/2019. (DRH) (Entered: 04/22/2019) |
| 11/19/2019 | 65 | Letter from Alan Pierce, Esq., dated 11/19/2019, to Chambers, with copy to defense counsel requesting status conference by telephone. Filed by Chambers. (DRH) (Entered: 11/19/2019) |
| 11/19/2019 | 66 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT** <br><br> **TEXT ORDER [with Attachment] re 65 Letter, 64 Text Order, Set Deadlines/Hearings, Set Scheduling Order Deadlines, Terminate Hearings** <br><br> Plaintiff's counsel wrote to Chambers (Docket No. 65) requesting a telephonic status conference to discuss the Scheduling Order deadlines (Docket No. 64). That request is **granted**. <br><br> Status Conference set for **Wed., 11/20/2019, 2:30 PM**, in Wyoming (5E) Courtroom, US Courthouse, 2 Niagara Square, Buffalo, NY 14202–3350 before Hon. Hugh B. Scott. Parties, especially out of town counsel may participate by teleconference. Attached to this Order is the call–in instructions for the Court's teleconference system. At the time for the conference, counsel are to call the number for the Wyoming Courtroom (5E); please stay on the line until the Court joins the teleconference. <br><br> To prepare for the Status Conference (or to decide the scheduling issue if this conference, for whatever reason, is not held) Status Report from both sides as to proposed deadlines due by **11/20/2019 at 10:00 am**. This Court intends to resolve the scheduling issue on 11/20/2019. <br><br> So Ordered. Signed by Hon. Hugh B. Scott on 11/19/2019. (DRH) (Entered: 11/19/2019) |
| 11/20/2019 | 67 | **HONORABLE HUGH B. SCOTT** <br><br> TEXT OF MINUTE ENTRY <br><br> For proceedings held before Magistrate Judge Hugh B. Scott <br><br> Alan Pierce, Esq., for plaintiff; Assistant Corporation Counsel Maeve Higgins for defendants <br><br> Status Conference held on 11/20/2019. Plaintiff sought extension of discovery and subsequent deadlines, seeking a 45–day extension and setting deadline for answering outstanding Interrogatory answers, defense opposed. An extension, the final from this Court (given the age of this case), will be granted; an Amended Scheduling Order to be separately entered. (DRH) (Entered: 11/20/2019) |
| 11/20/2019 | 68 | **ORDER OF MAGISTRATE JUDGE HUGH B. SCOTT** <br><br> **TEXT ORDER re 67 Terminate Hearings, Status Conference, 64 Text Order, Set Deadlines/Hearings, Set Scheduling Order Deadlines, Terminate Hearings** <br><br> FIRST AMENDED SCHEDULING/CASE MANAGEMENT ORDER |

| | | |
|---|---|---|
| | | <span style="color:red">(Please Note: It is your responsibility to read this Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.)</span><br><br>Plaintiff's answer to outstanding defense Interrogatories due 12/15/2019. Plaintiff Expert Witness ID due by 1/15/2020. Defendant Expert Witness ID due by 2/14/2020. Motions to Compel Discovery due by 2/24/2020. Discovery completed by 3/23/2020.<br><br>Dispositive Motions due by 4/24/2020.<br><br>Mediation To End by 5/15/2020.<br><br>If no dispositive motions are filed, parties are to contact the Chambers of Judge Wolford to schedule a Pretrial Conference to set a trial date.<br><br>As stated in the Status Conference of 11/20/2019 (Docket No. 67), this is the **FINAL** extension to be granted by this Court. ANY FURTHER REQUESTS FOR EXTENSIONS OF THIS SCHEDULE WILL BE DENIED BY THIS COURT AND NEED TO BE REFERRED TO JUDGE WOLFORD.<br><br>So Ordered. Signed by Hon. Hugh B. Scott on 11/20/2019. (DRH) (Entered: 11/20/2019) |
| 04/24/2020 | 69 | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss , MOTION for Summary Judgment by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, Mark Vaughn, Richard Wagstaff. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Statement of Undisputed Facts, # 22 Certificate of Service)(Huggins, Maeve) (Entered: 04/24/2020) |
| 04/27/2020 | 70 | TEXT ORDER re 69 Motion to Dismiss and for Summary Judgment. Responses are due on or before May 22, 2020. Replies are due on or before June 5, 2020. Upon receipt of all papers the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/27/2020. (CDH) (Entered: 04/27/2020) |
| 05/19/2020 | 71 | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *consent extension of motion filing dates*. (Pierce, Alan) (Entered: 05/19/2020) |
| 05/19/2020 | 72 | TEXT ORDER. At the request of the parties (Dkt. 71), Plaintiff's deadline to respond to Defendants' motion to dismiss (Dkt. 69) is extended to June 5, 2020. Defendants' deadline to file a reply is extended to June 26, 2020. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/19/2020. (CDH) (Entered: 05/19/2020) |
| 06/03/2020 | 73 | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *consent extension on motion dates*. (Pierce, Alan) (Entered: 06/03/2020) |
| 06/03/2020 | 75 | ORDER extending time to respond/reply to 69 MOTION to Dismiss for Lack of Jurisdiction (Response due by 6/19/2020, Reply due by 7/10/2020). Signed by Hon. Elizabeth A. Wolford on 6/3/2020. (TF) (Entered: 06/04/2020) |
| 06/04/2020 | | DISREGARD E–Filing Notification: 73 Letter. This document contains a request for relief and should be filed as a motion. NO ACTION REQUIRED. (Entered: 06/04/2020) |
| 06/04/2020 | 74 | Second MOTION to Adjourn motion response dates *on consent − opposition and reply dates* by Josue Ortiz.(Pierce, Alan) (Entered: 06/04/2020) |
| 06/17/2020 | 76 | Third MOTION to Adjourn Opposition to motion to dismiss by Josue Ortiz.(Pierce, Alan) (Entered: 06/17/2020) |
| 06/17/2020 | 77 | LETTER ORDER granting 76 Motion to Extend Deadlines. Plaintiff's opposition to motion to dismiss due by 7/3/2020. Defendant's reply due by 7/24/2020. Signed by Hon. Elizabeth A. Wolford on 06/17/2020. (CDH) (Entered: 06/17/2020) |

| 07/03/2020 | <u>78</u> | DECLARATION re <u>69</u> MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss MOTION for Summary Judgment filed by Josue Ortiz filed by Josue Ortiz. (Attachments: # <u>1</u> Statement of Undisputed Facts, # <u>2</u> Exhibit 1 – FRANCZYK ORDERS, # <u>3</u> Exhibit 2 – DEFS RESPONSES, # <u>4</u> Exhibit 3 – RONDON DEPO, # <u>5</u> Exhibit 4 – EVANS DEPO, # <u>6</u> Exhibit 5 – CITY EXH B, PART 3, # <u>7</u> Exhibit 6 – STAMBACH EXH 6, # <u>8</u> Exhibit 7 – BPD SYNOPSIS, # <u>9</u> Exhibit 8 – ROSARIO STATEMENT, # <u>10</u> Exhibit 9– CASE DEC, # <u>11</u> Exhibit 10–SEDITA DEC, # <u>12</u> Exhibit 11–CITY EXH B, PARTS 1–2, # <u>13</u> Exhibit 12–COGGINS DEPO, # <u>14</u> Exhibit 13–DEFS INITIAL DISCLOSURES, # <u>15</u> Exhibit 14–CLAIM, # <u>16</u> Exhibit 15–STAMBACH EXHS 2, 17)(Pierce, Alan) (Entered: 07/03/2020) |
| --- | --- | --- |
| 07/07/2020 | <u>79</u> | MEMORANDUM in Opposition re <u>69</u> MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss MOTION for Summary Judgment filed by Josue Ortiz. (Attachments: # <u>1</u> Exhibit 16 – Stambach Exh 1)(Pierce, Alan) (Entered: 07/07/2020) |
| 07/24/2020 | <u>80</u> | REPLY to Response to Motion re <u>69</u> MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss MOTION for Summary Judgment filed by BPD DOES 1–12, Buffalo Police Department, Mary Gugliuzza, Mark Stambach, The City of Buffalo, Mark Vaughn, Richard Wagstaff. (Attachments: # <u>1</u> Certificate of Service)(Huggins, Maeve) (Entered: 07/24/2020) |
| 08/03/2020 | <u>81</u> | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *requesting oral argument*. (Pierce, Alan) (Entered: 08/03/2020) |
| 02/26/2021 | <u>82</u> | DECISION AND ORDER granting in part and denying in part <u>69</u> Motion to Dismiss and/or for Summary Judgment. Signed by Hon. Elizabeth A. Wolford on 02/26/2021. (CDH)<br><br>–CLERK TO FOLLOW UP– (Entered: 02/26/2021) |
| 03/04/2021 | 83 | TEXT ORDER reassigning case referral to Magistrate Judge Hon. Michael J. Roemer in place of Hon. Hugh B. Scott. Signed by Mary C. Loewenguth, Clerk of Court on 3/4/2021. (CGJ) (Entered: 03/04/2021) |
| 04/12/2021 | 84 | TEXT ORDER regarding trial ready status. On or before April 26, 2021, the parties shall submit a joint status report by letter providing the Court with the following information, as well as any other information that the parties believe may be relevant: (1) whether the case is ready for trial; (2) the estimated length of any trial; (3) whether the case will be tried by a jury; and (4) each party's position on whether a settlement conference with the undersigned, the assigned magistrate judge, or a court–appointed mediator would be beneficial, and if so, any preference in that regard.<br><br>To assist in the preparation of this joint status report and for the purposes of transparency, the Court advises the parties that the District's most–recent General Order continuing all jury trials due to the COVID–19 pandemic is set to expire on April 26, 2021. There are 24 civil cases assigned to the undersigned (including this matter) that appear ready for trial. In addition, the undersigned is already scheduled to preside over 6 criminal jury trials this year (including one anticipated to last approximately 2 months), and it is likely that additional criminal cases assigned to the undersigned will be scheduled for trial this year. Therefore, it is unlikely that this matter can be scheduled for a date certain jury trial before the undersigned this year. As a result of this congestion and because cases often get resolved immediately prior to trial, the undersigned is contemplating implementing a standby–trial calendar, where this case would be set down for a jury trial without a date certain and the parties would be expected to proceed to trial on two weeks' notice. The undersigned understands that standby trials can present challenges and the parties may include in the joint status report any feedback about that proposal. However, it may be the only reasonable option to manage the undersigned's civil trial calendar.<br><br>In view of the above, the parties may wish to consider consenting to magistrate judge jurisdiction whereupon the trial would take place before and the scheduling would be set by a magistrate judge. In this regard, the parties are advised that any trial before the undersigned will take place at the Rochester courthouse, while a trial before the assigned magistrate judge would be held in Buffalo. While consenting to magistrate judge jurisdiction would benefit the parties with respect to scheduling, there will be no |

| | | adverse substantive consequences should they withhold such consent. The undersigned also notes that if the parties consented to a bench trial, the matter may be able to proceed on set dates this year before the undersigned (although likely not on consecutively–scheduled dates). |
|---|---|---|
| | | SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/12/2021. (CDH) (Entered: 04/12/2021) |
| 04/26/2021 | 85 | Letter filed by Mark Stambach as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department . (Huggins, Maeve) (Entered: 04/26/2021) |
| 04/27/2021 | 86 | TEXT ORDER re 85 Joint Status Report. The parties have advised the Court that they are in the process of scheduling a mediation date. By no later than June 30, 2021, the parties shall provide a further joint report advising the Court of the status of their mediation efforts. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/27/2021. (CDH) (Entered: 04/27/2021) |
| 06/30/2021 | 87 | Letter filed by Mark Stambach as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department . (Huggins, Maeve) (Entered: 06/30/2021) |
| 07/06/2021 | 88 | TEXT ORDER. On or before August 20, 2021, the parties shall provide the Court with a joint report regarding the status of their mediation efforts. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 07/06/2021. (CDH). (Entered: 07/06/2021) |
| 08/19/2021 | 89 | STATUS REPORT by Josue Ortiz. (Pierce, Alan) (Entered: 08/19/2021) |
| 08/20/2021 | 90 | STATUS REPORT by Mark Stambach. (Quinn, Robert) (Entered: 08/20/2021) |
| 08/23/2021 | 91 | TEXT ORDER. On or before September 3, 2021, the parties shall provide the Court with a single joint report regarding the status of their mediation efforts. The Court will not consider submission of competing reports to constitute compliance with this Order. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 08/23/2021. (CDH). (Entered: 08/23/2021) |
| 09/03/2021 | 92 | STATUS REPORT by Mark Stambach. (Quinn, Robert) (Entered: 09/03/2021) |
| 09/23/2021 | 93 | Mediation Certification by Michael Menard. The case has not settled mediation complete. (Menard, Michael) (Entered: 09/23/2021) |
| 11/10/2021 | 94 | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *requesting conf to set trial date*. (Pierce, Alan) (Entered: 11/10/2021) |
| 11/12/2021 | | E–Filing Notification regarding 94 LETTER: this document contains a request for relief and should be filed as a motion. ACTION REQUIRED: Re–file document using the motion event.(SG) (Entered: 11/12/2021) |
| 11/12/2021 | | E–Filing Notification: DISREGARD previous E–Filing Notification directing the refiling of the 94 Letter. The Court will accept the filing as is. (SG) (Entered: 11/12/2021) |
| 11/30/2021 | 95 | TEXT ORDER. A telephonic status conference is set in this matter for December 7, 2021, at 10:00 a.m. The attorneys who will be trying the case must attend and be prepared to schedule a trial date. Due to the Court's congested calendar, the parties are strongly discouraged from seeking an adjournment of this conference, but in the event such an adjournment is requested, any such request must set forth mutually convenient dates and times that the parties are available within the next 45 days. To access the conference, dial (866) 434–5269 and enter access code 8632566# sufficiently in advance of the start time. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 11/30/2021. (CDH) (Entered: 11/30/2021) |
| 12/07/2021 | 96 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances by telephone: Alan J. Pierce, Esq. on behalf of plaintiff; Robert Emmet Quinn, Esq. on behalf of defendant Mark Stambach. Status Conference held on 12/7/2021 by telephone. Jury trial set for 5/9/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Pretrial Conference set for |

| | | 3/30/2022 at 3:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Pretrial Order to be issued. (Court Reporter AT&T Teleconference) (DPS) (Entered: 12/08/2021) |
|---|---|---|
| 12/09/2021 | 97 | NOTICE OF REMOVAL by All Defendants (Huggins, Maeve) (Entered: 12/09/2021) |
| 12/16/2021 | 98 | PRETRIAL ORDER, Pretrial Conference set for 3/30/2022 at 3:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Jury Trial set for 5/9/2022 09:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Signed by Hon. Elizabeth A. Wolford on 12/15/2021. (Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference.) (DPS) (Entered: 12/16/2021) |
| 02/04/2022 | 99 | NOTICE of Appearance by Hugh M. Russ, III on behalf of Mark Stambach (Russ, Hugh) (Entered: 02/04/2022) |
| 02/04/2022 | 100 | NOTICE of Appearance by Peter A. Sahasrabudhe on behalf of Mark Stambach (Sahasrabudhe, Peter) (Entered: 02/04/2022) |
| 02/09/2022 | 101 | First MOTION for Extension of Time to File *proposed voire dire questions, exhibit lists, expert witness list, deposition testimony, motions in limine, statement of claims, list of damages, objections to opposing party's deposition designations and motions in limine, jury instructions, and papers in connection with motions in limine* by Mark Stambach.(Sahasrabudhe, Peter) (Entered: 02/09/2022) |
| 02/09/2022 | 102 | First MOTION for Extension of Time to File *PROPOSED voire dire questions, exhibit lists, expert witnesses and summaries, deposition testimony, motions in limine, statement of claims, list of damages, objections to plaintiff's deposition designations, options to motions in limine, jury instructions, and reply papers in connection with motions in limine* by Mark Stambach.(Sahasrabudhe, Peter) (Entered: 02/09/2022) |
| 02/10/2022 | 103 | First MOTION for Extension of Time to File *joining Def's motion for extension re pretrial documents* by Josue Ortiz.(Pierce, Alan) (Entered: 02/10/2022) |
| 02/10/2022 | 104 | TEXT ORDER granting in part 102 Motion for Extension of Time and 103 Motion for Extension of Time. A jury trial is currently scheduled to commence in this action on May 9, 2022, unless preempted by the trial of a criminal case. (Dkt. 98). The final pretrial conference is scheduled for March 30, 2022, and pretrial filings are to be filed beginning on March 9, 2022. (*Id.*).<br><br>The parties have requested a 30–day extension of the pretrial filing deadlines, without any adjournment of the trial date. While the Court appreciates the parties' scheduling concerns and does not take denying any of the requested relief lightly, the COVID–19 pandemic has created havoc with the Court's already busy docket, and the Court's trial schedule does not allow it to accommodate the parties' request in full. The Court currently has jury trials scheduled through the end of 2022, and in some cases those trials are double– and triple–booked.<br><br>Indeed, the parties are hereby advised that with respect to the trial date in this case, the Court currently has a criminal trial in *United States v. Baker*, No. 21–cr–6042, scheduled to commence on May 16, 2022. In the event that criminal trial (which by law takes precedence over any civil trial) goes forward, and the parties continue to anticipate a two–week trial in this matter, the Court will need to move the trial of this action forward by one week, to on or about May 2, 2022. The parties should therefore be prepared to have the start date of this trial determined on a standby basis. If counsel are not available the week of May 2, 2022, they will need to make arrangements to have counsel appear who are available. The Court fully appreciates the difficulties this may present to trial counsel, but it is unfortunately the result of the Court's extremely congested docket. The parties are reminded that they are free to consent to magistrate judge jurisdiction and that the highly competent magistrate judges in this District do not have the same scheduling difficulties with trials as the undersigned. While consenting to magistrate judge jurisdiction would benefit the parties with respect to scheduling, there will be no adverse substantive consequences should they withhold such consent. |

| | | |
|---|---|---|
| | | For the foregoing reasons and the reasons set forth in the pending motions to extend, the Court grants the parties' requests for an adjournment of the pretrial filing deadlines in part. The final pretrial conference in this matter is reset for April 13, 2022, at 1:30 p.m. Pretrial filing deadlines will be adjusted accordingly, with the earliest pretrial filings being due on March 25, 2022. The Court will issue an amended pretrial order setting forth the new deadlines. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 02/10/2022. (CDH) (Entered: 02/10/2022) |
| 02/10/2022 | 105 | AMENDED PRETRIAL ORDER. Pretrial Conference is **reset for 4/13/2022 at 1:30 PM** in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Jury trial to commence on 5/9/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. Jury trial to be reset for 5/2/2022 if the Court's criminal calendar requires. Signed by Hon. Elizabeth A. Wolford on 2/10/2022.  (Please note: This docket entry does not contain every detail of this order. It is your responsibility to read and download the pdf to this document for future reference.) (DPS) (Entered: 02/10/2022) |
| 03/25/2022 | 106 | Exhibit List by Josue Ortiz.. (Pierce, Alan) (Entered: 03/25/2022) |
| 03/25/2022 | 107 | Expert Witness List by Josue Ortiz. (Pierce, Alan) (Entered: 03/25/2022) |
| 03/25/2022 | 108 | Letter filed by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *explaining ECF filing error on Trial Documents and attaching missing trial documents*. (Attachments: # 1 Exhibit Trial–Plaintiff's Claims, # 2 Exhibit Trial–Plaintiff's Damages, # 3 Exhibit Trial–Plaintiff's Trial Brief/MIL, # 4 Exhibit Trial–Plaintiff's Voir Dire)(Pierce, Alan) (Entered: 03/25/2022) |
| 03/25/2022 | 109 | Proposed Voir Dire by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 03/25/2022) |
| 03/25/2022 | 110 | Exhibit List by Mark Stambach.. (Sahasrabudhe, Peter) (Entered: 03/25/2022) |
| 03/25/2022 | 111 | First MOTION in Limine by Mark Stambach. (Attachments: # 1 Declaration Declaration in Support, # 2 Exhibit Exhibit A– Plaintiff's Expert Disclosure, # 3 Exhibit Exhibit B– Mary Evans Deposition Excerpt, # 4 Exhibit Exhibit C– Sentencing Transcript, # 5 Memorandum in Support)(Sahasrabudhe, Peter) (Entered: 03/25/2022) |
| 03/28/2022 | 112 | Proposed Voir Dire by Josue Ortiz. (Pierce, Alan) (Entered: 03/28/2022) |
| 03/28/2022 | 113 | MOTION in Limine & Trial Brief by Josue Ortiz. (Pierce, Alan) Modified on 3/29/2022 (CGJ). (Entered: 03/28/2022) |
| 03/28/2022 | 114 | Trial Document by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *Plaintiff's Claims at trial*. (Pierce, Alan) (Entered: 03/28/2022) |
| 03/28/2022 | 115 | Trial Document by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *Plaintiff's Special Damages*. (Pierce, Alan) (Entered: 03/28/2022) |
| 03/29/2022 | | E–Filing Notification: re 113 modified to add Motion in Limine. (CGJ) (Entered: 03/29/2022) |
| 03/31/2022 | 116 | Letter filed by Mark Stambach as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department . (Attachments: # 1 Exhibit Jointly Proposed Statement of the Case)(Sahasrabudhe, Peter) (Entered: 03/31/2022) |
| 04/01/2022 | 117 | Proposed Jury Instructions by Josue Ortiz. (Pierce, Alan) (Entered: 04/01/2022) |
| 04/01/2022 | 118 | MEMORANDUM in Opposition re 111 First MOTION in Limine filed by Josue Ortiz. (Attachments: # 1 Declaration, # 2 Exhibit Epps complaint, # 3 Exhibit Dixon complaint, # 4 Exhibit Peters Amd Complaint, # 5 Exhibit P's Expert Disclosure, # 6 Exhibit Redlich expert report, # 7 Exhibit Joseph expert report, # 8 Exhibit P's responses to document demands)(Pierce, Alan) (Entered: 04/01/2022) |

| | | |
|---|---|---|
| 04/01/2022 | 119 | Proposed Jury Instructions by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 04/01/2022) |
| 04/01/2022 | 120 | DECLARATION filed by Mark Stambach *in partial opposition to Plaintiff's motions in limine* filed by Mark Stambach. (Attachments: # 1 Plaintiff's Deposition Testimony, # 2 Plaintiff's Statement of Damages, # 3 Memorandum of Law)(Sahasrabudhe, Peter) (Entered: 04/01/2022) |
| 04/05/2022 | 121 | TEXT ORDER. Due to a change in the Court's schedule, the pretrial conference currently scheduled for April 13, 2022, is hereby reset for April 11, 2022, at 10:00 a.m. at the United States Courthouse, 100 State Street, Rochester, New York. All other deadlines set forth in the Amended Pretrial Order entered on February 10, 2022 (Dkt. 105) remain in effect. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/05/2022. (CDH) (Entered: 04/05/2022) |
| 04/06/2022 | 122 | REPLY to Response to Motion re 113 MOTION *IN LIMINE* filed by Josue Ortiz. (Pierce, Alan) (Entered: 04/06/2022) |
| 04/06/2022 | 123 | Trial Document by Josue Ortiz as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *Plaintiff's Response to Def's Jury Instructions*. (Pierce, Alan) (Entered: 04/06/2022) |
| 04/06/2022 | 124 | REPLY/RESPONSE to re 111 First MOTION in Limine filed by Mark Stambach. (Attachments: # 1 Exhibit A– March, 2022 E–mail From Plaintiff's Counsel, # 2 Exhibit B– November 19, 2019 Correspondence From Plaintiff's Counsel, # 3 Exhibit C– November 19, 2019 Correspondence from Former Defense Counsel, # 4 Exhibit D– February 2002 E–mail from Plaintiff's Counsel, # 5 Memo of Law)(Sahasrabudhe, Peter) (Entered: 04/06/2022) |
| 04/06/2022 | 125 | REPLY/RESPONSE to re 117 Proposed Jury Instructions *Objections to Plaintiff's Proposed Jury Instructions* filed by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 04/06/2022) |
| 04/11/2022 | 126 | TEXT ORDER re: April 11, 2022 Pretrial Conference. Further submissions by Plaintiff regarding Defendant's Motions in Limine (Dkt. 111) related to expert witnesses and evidence involving conduct at issue in unrelated lawsuits are due on or before April 15, 2022. Responses by Defendant are due on or before April 22, 2022. The parties shall file an agreed upon stipulation concerning post–sentencing evidence or alternatively, an explanation of their respective positions, on or before April 27, 2022. A further Pretrial Conference shall be held on May 2, 2022, at 3:00 p.m. at US Courthouse, 100 State Street, Rochester, NY 14614. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/11/2022. (MGB) (Entered: 04/11/2022) |
| 04/11/2022 | 127 | TEXT ORDER setting trial date. Instead of Monday, May 9, 2022, referenced in the Amended Pretrial Order 105 , the jury trial in this matter will commence on May 3, 2022, at 9:00 a.m. at US Courthouse, 100 State Street, Rochester, NY 14614. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/11/2022. (MGB) (Entered: 04/11/2022) |
| 04/11/2022 | 128 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Alan J. Pierce, Esq. and Wayne C. Felle, Esq. on behalf of plaintiff; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. on behalf of defendant Stambach. Initial Pretrial Conference held on 4/11/2022. Trial start date of 5/3/2022 confirmed; trial schedule discussed. Court advises regarding rulings on outstanding issues; written decision to also be issued. Supplemental submissions as discussed on the record due by 4/15/2022, responses by 4/22/2022. Proposed Stipulation concerning post–sentencing evidence due by 4/27/2022. Further Pretrial Conference set for 5/2/2022 at 3:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 04/11/2022) |
| 04/15/2022 | 129 | RESPONSE in Opposition re 111 First MOTION in Limine *Supplemental* filed by Josue Ortiz. (Attachments: # 1 Exhibit Reiber, # 2 Exhibit Redlich, # 3 Exhibit Joseph, # 4 Exhibit Coggins, # 5 Exhibit Shehata)(Felle, Wayne) (Entered: 04/15/2022) |
| 04/15/2022 | 130 | RESPONSE in Opposition re 111 First MOTION in Limine *SUPPLEMENTAL FILING* filed by Josue Ortiz. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 |

| | | |
|---|---|---|
| | | Exhibit)(Pierce, Alan) (Entered: 04/15/2022) |
| 04/15/2022 | 131 | RESPONSE in Opposition re 111 First MOTION in Limine filed by Josue Ortiz. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Memorandum in Support)(Felle, Wayne) (Entered: 04/15/2022) |
| 04/15/2022 | 132 | First MOTION to Adjourn Trial by Josue Ortiz. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Memorandum in Support)(Felle, Wayne) (Entered: 04/15/2022) |
| 04/16/2022 | 133 | TEXT ORDER regarding 132 First Motion to Adjourn Trial by Josue Ortiz. To the extent Plaintiff suggests that Mr. Pierce and the law firm of Hancock Estabrook LLP have the right to withdraw as counsel either unilaterally or through consent of Plaintiff and his co−counsel, this is incorrect. Pursuant to this District's Local Rule of Civil Procedure 83.2(c), any such withdrawal at this stage of the proceeding may only be accomplished with consent of the Court. Not only is no such application for withdrawal pending before the Court, but even in the event such a motion is filed, it is unlikely to be granted at this late stage of the proceeding. Nonetheless, to ensure that the record is complete and to afford Defendant's counsel an opportunity to be heard, the Court will set a deadline to respond to the pending motion to adjourn. Defendant must respond to the pending motion to adjourn on or before April 20, 2022. In the meantime, all deadlines and the trial date remain in place as scheduled. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/16/2022. (MGB) (Entered: 04/16/2022) |
| 04/18/2022 | 134 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (MOTION ARGUMENT) held on 04/11/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/9/2022. Redacted Transcript Deadline set for 5/19/2022. Release of Transcript Restriction set for 7/18/2022. (KJC) (Entered: 04/18/2022) |
| 04/19/2022 | 135 | First MOTION to Withdraw as Attorney *Hancock Estabrook, LLP and Alan J Pierce* by Josue Ortiz. (Attachments: # 1 Declaration, # 2 Memorandum in Support)(Pierce, Alan) (Entered: 04/19/2022) |
| 04/20/2022 | 136 | Amended Notice of Motion re 135 MOTION to Withdraw as Attorney by by Josue Ortiz.(Pierce, Alan) Modified on 4/21/2022 (CGJ). (Entered: 04/20/2022) |
| 04/20/2022 | 137 | RESPONSE in Opposition re 132 First MOTION to Adjourn Trial filed by Mark Stambach. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Memo of Law)(Sahasrabudhe, Peter) (Entered: 04/20/2022) |
| 04/21/2022 | | E−Filing Notification: re 136 Docket text modified to show as Amended Notice of Motion. (CGJ) (Entered: 04/21/2022) |
| 04/21/2022 | 138 | TEXT ORDER denying 132 Motion to Adjourn Trial and setting motion hearing re 135 Motion to Withdraw as Attorney. The trial of this action, which has been pending since 2016, is scheduled to commence on May 3, 2022. Plaintiff Josue Ortiz ("Plaintiff") now seeks an adjournment of the trial date based on the requested withdrawal of co−counsel Alan Pierce of the law firm Hancock Estabrook. There is a factual dispute regarding Mr. Pierce's pending motion for withdrawal (Dkt. 135) and a hearing thereon is hereby set for Tuesday, April 26, 2022, at 2:00 p.m. at the United States Courthouse, 100 State Street, Rochester, New York. All counsel for Plaintiff (that is, both Mr. Pierce and co−counsel Wayne Felle) and Plaintiff himself must be present at this hearing and prepared to answer questions from the Court under oath. The purpose of this hearing shall be to determine whether Plaintiff has voluntarily and of his own will discharged Mr. Pierce as his attorney. <br><br> Regardless of the ultimate outcome of Mr. Pierce's motion to withdraw, Plaintiff's motion to adjourn the trial date (Dkt. 132) is denied. "A district court's decisions regarding the timetable for trial will not be reversed absent an abuse of discretion." *United States v. Beverly*, 5 F.3d 633, 641 (2d Cir. 1993) (citation omitted). The party seeking to adjourn a trial date "bears the burden of establishing its need." *Louis Vuitton* |

*Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 97 (2d Cir. 2012) (citation omitted). Plaintiff has failed to do so here. Even if Mr. Pierce is permitted to withdraw, Plaintiff will continue to be represented by Mr. Felle, an experienced trial attorney who is fully familiar with the facts and procedure of this case. Accordingly, there will be minimal, if any, prejudice to Plaintiff in commencing trial as scheduled. Moreover, the Court has already expended significant resources in clearing its calendar for the trial of this case, notwithstanding the preference it is required to give to the many criminal cases on its docket and the tremendous congestion and trial backlog caused by the COVID–19 pandemic. If the Court granted an adjournment at this time it is unlikely the trial of this case could proceed within this calendar year, resulting in further substantial delay in a case that has already been pending for a number of years.

Further, Plaintiff's eleventh–hour request for an adjournment was made only after a Court appearance at which the Court expressed skepticism regarding Plaintiff's compliance with the applicable expert disclosure requirements and stated that several of Plaintiff's expert witnesses would likely not be permitted to testify. Only two months earlier, Plaintiff's counsel rejected a request from newly–retained defense counsel for an adjournment, stating that "[t]his case is 6 years old and needs to go forward." (Dkt. 137–1 at 1). It thus appears that Plaintiff's request for an adjournment is a disguised attempt to allow additional time to cure the deficiencies in Plaintiff's expert disclosures. The Court will not countenance this type of gamesmanship.

Jury selection in this matter will commence on May 3, 2022, as scheduled. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/21/2022. (CDH) (Entered: 04/21/2022)

| | | |
|---|---|---|
| 04/22/2022 | 139 | DECLARATION re 111 First MOTION in Limine filed by Mark Stambach *in further support of motions in limine* filed by Mark Stambach. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Sahasrabudhe, Peter) (Entered: 04/22/2022) |
| 04/26/2022 | 140 | REPLY/RESPONSE to re 136 Amended MOTION to Withdraw as Attorney *Notice of Motion by Hancock Estabrook, LLP and Alan J Pierce*, 135 First MOTION to Withdraw as Attorney *Hancock Estabrook, LLP and Alan J Pierce Supplement by Hancock Estabrook, LLP* filed by Josue Ortiz. (Attachments: # 1 Exhibit)(Pierce, Alan) (Entered: 04/26/2022) |
| 04/26/2022 | 141 | TEXT ORDER granting 135 Motion to Withdraw as Attorney. For the reasons discussed on the record on April 26, 2022, the Court grants Alan J. Pierce, Esq.'s and Hancock Estabrook, LLP's motion to withdraw as counsel for Plaintiff Josue Ortiz. Plaintiff will continue to be represented by Wayne C. Felle, Esq. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 04/26/2022. (CDH) (Entered: 04/26/2022) |
| 04/26/2022 | 142 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Alan J. Pierce, Esq.; Peter A. Sahasrabudhe, on behalf of defendant Stambach. Oral Argument re 135 Motion to Withdraw as Attorney held on 4/26/2022. Motion granted for reasons as stated on the record; Alan J. Pierce, Esq. and Hancock Estabrook, LLP relieved as counsel for Plaintiff Josue Ortiz. Court addresses plaintiff's expert witnesses; written decision to be issued. Plaintiff's renewed oral request to adjourn trial denied. Pretrial Conference remains set for 5/2/2022 at 3:00 PM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 04/26/2022) |
| 04/26/2022 | 143 | DECLARATION re 111 First MOTION in Limine filed by Mark Stambach *in further support of motions in limine* filed by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 04/26/2022) |
| 04/27/2022 | 144 | RESPONSE in Opposition re 111 First MOTION in Limine filed by Josue Ortiz. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Felle, Wayne) (Entered: 04/27/2022) |
| 04/27/2022 | 145 | Trial Document by Mark Stambach as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *Stipulation*. (Attachments: # 1 Exhibit A–Stipulation)(Sahasrabudhe, Peter) (Entered: 04/27/2022) |

| 04/28/2022 | 146 | DECLARATION signed by ALAN J PIERCE re 111 First MOTION in Limine filed by Josue Ortiz *response to court question at 4/26 hearing* filed by Josue Ortiz. (Pierce, Alan) (Entered: 04/28/2022) |
|---|---|---|
| 05/02/2022 | 147 | DECLARATION re 111 First MOTION in Limine filed by Mark Stambach *in further support of motions in limine* filed by Mark Stambach. (Attachments: # 1 Pierce E–mail, # 2 Plaintiff's Memorandum in Opposition to Detective Stambach's Motions in Limine)(Sahasrabudhe, Peter) (Entered: 05/02/2022) |
| 05/02/2022 | 148 | STIPULATION *Stipulation of Undisputed Facts* by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 05/02/2022) |
| 05/02/2022 | 149 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. on behalf of plaintiff; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. on behalf of defendant Stambach. Final Pretrial Conference held on 5/2/22. Jury trial set for 5/3/22 to proceed as scheduled. (Court Reporter Karen Clark.) (Entered: 05/02/2022) |
| 05/03/2022 | 150 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. with defendant M. Stambach. Jury Trial held on 5/3/2022. Jury selected and sworn; preliminary instructions given. Opening statements by plaintiff and defendant. Jury Trial set to continue on 5/4/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 05/03/2022) |
| 05/04/2022 | 151 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. with defendant M. Stambach. Jury Trial held on 5/4/2022. Plaintiff's testimony begins; witnesses E. Coggins, M. Vaughn, and J. Lonergan called by plaintiff. Jury Trial set to continue on 5/5/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 05/04/2022) |
| 05/05/2022 | 152 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. with defendant M. Stambach. Jury Trial continued on 5/5/2022. Plaintiff's testimony complete; defendant M. Stambach called by plaintiff. Jury Trial set to continue on 5/6/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 05/05/2022) |
| 05/06/2022 | 153 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. on behalf of defendant M. Stambach. Jury Trial continued on 5/6/2022. Plaintiff calls witnesses M. Evans and M. Lauver. Charge conference held. Jury Trial set to continue on 5/9/2022 at 9:00 AM in US Courthouse, 100 State Street, Rochester NY 14614 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 05/06/2022) |
| 05/06/2022 | 154 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (OPENING STATEMENTS) held on 05/03/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/27/2022. Redacted Transcript Deadline set for 6/6/2022. Release of Transcript Restriction set for 8/4/2022. (KJC) (Entered: 05/06/2022) |
| 05/09/2022 | 155 | TEXT ORDER granting in part and denying in part 113 Plaintiff's motion in limine concerning prior convictions for the reasons stated on the record on April 11, 2022; and granting 111 Defendant's motion in limine to limit evidence of other lawsuits against Defendant and subsequent remedial measures, and to limit reference to defense counsel as affiliated with the City of Buffalo, for the reasons stated on the record on April 11 and 26, 2022. In addition, 111 Defendant's motion in limine pertaining to post–sentencing information was resolved as stated on the record at the appearances on April 11 and 26 and May 2, 2022, and through the stipulation of the parties filed at |

| | | |
|---|---|---|
| | | Docket 148. Finally, 111 Defendant's motion in limine pertaining to expert witnesses is granted with respect to Rachel Duchon, Ronald Reiber, Ph.D., and Allison Redlich, Ph.D., granted in part as to Dr. Evelyn Coggins and Dr. Brian Joseph, and denied as moot as to Dr. Hany Shehata, Dr. Raul Vazquez, and Michele Lowry, Psy.D., as stated on the record at the appearances on April 11 and 26 and May 2, 2022, and a written decision explaining the Court's reasoning more fully will be issued in due course. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/09/2022. (CDH) (Entered: 05/09/2022) |
| 05/09/2022 | 156 | Letter filed by ALAN PIERCE as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department *Charging Lien*. (Pierce, Alan) (Entered: 05/09/2022) |
| 05/09/2022 | 157 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings(TRIAL TESTIMONY OF E. COGGINS) held on 05/04/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2022. Redacted Transcript Deadline set for 6/9/2022. Release of Transcript Restriction set for 8/8/2022. (KJC) (Entered: 05/09/2022) |
| 05/09/2022 | 158 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Wayne C. Felle, Esq. with plaintiff J. Ortiz; Hugh M. Russ, III, Esq. and Peter A. Sahasrabudhe, Esq. with defendant M. Stambach. Jury Trial completed on 5/9/2022. Plaintiff calls witness E. Torres. Parties rest; proof is closed. Jurors charged; deliberations held. Judge orders meals for jurors. Verdict reached; jury finds in favor of plaintiff. Damages awarded in the amount of $5 million in compensatory damages and $1.5 million in punitive damages. (Court Reporter Karen Clark.) (DPS) (Entered: 05/10/2022) |
| 05/10/2022 | 159 | TEXT ORDER. All post–verdict motions in this case shall be filed in accordance with the deadlines contained in the Federal Rules of Civil Procedure. This Text Order shall supersede any prior statements by the Court regarding deadlines for post–verdict motions. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/10/2022. (CDH) (Entered: 05/10/2022) |
| 05/10/2022 | 160 | JURY VERDICT. (CGJ) (Entered: 05/10/2022) |
| 05/10/2022 | 161 | Sealed Document. (CGJ) (Entered: 05/10/2022) |
| 05/10/2022 | 162 | JURY VERDICT as to punitive damages. (CGJ) (Entered: 05/10/2022) |
| 05/10/2022 | 163 | Sealed Document. (CGJ) (Entered: 05/10/2022) |
| 05/10/2022 | 164 | JUDGMENT in favor of Josue Ortiz against Mark Stambach. Signed by Mary C. Loewenguth, Clerk of Court on 5/10/2022. (CGJ) (Entered: 05/10/2022) |
| 05/16/2022 | 165 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings TRIAL TESTIMONY OF M. STAMBACH) held on 05/05/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/6/2022. Redacted Transcript Deadline set for 6/16/2022. Release of Transcript Restriction set for 8/15/2022. (KJC) (Entered: 05/16/2022) |
| 05/16/2022 | 166 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – CLOSING ARGUMENTS) held on 05/09/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/6/2022. Redacted Transcript Deadline set for 6/16/2022. Release of Transcript Restriction set for 8/15/2022. (KJC) (Entered: 05/16/2022) |
| 05/20/2022 | 167 | First MOTION for Attorney Fees by Josue Ortiz. (Attachments: # 1 Declaration, # 2 Exhibit Billing Ledger, # 3 Exhibit Bill of Costs, # 4 Memorandum in Support)(Felle, |

| | | |
|---|---|---|
| | | Wayne) (Entered: 05/20/2022) |
| 05/20/2022 | 168 | TEXT ORDER re 167 First MOTION for Attorney Fees filed by Josue Ortiz. Responses shall be filed on or before June 10, 2022. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/20/2022. (CDH) (Entered: 05/20/2022) |
| 05/23/2022 | 169 | First MOTION for Attorney Fees by ALAN PIERCE. (Attachments: # 1 Declaration, # 2 Memorandum in Support)(Pierce, Alan) (Entered: 05/23/2022) |
| 05/23/2022 | 170 | CONTINUATION OF EXHIBITS by ALAN PIERCE. to 169 First MOTION for Attorney Fees filed by ALAN PIERCE. (Attachments: # 1 Exhibit 2 – costs, # 2 Exhibit 3 – AJP CV, # 3 Exhibit 4 – EMAILS, # 4 Exhibit 5 – JOINT RETAINER, # 5 Exhibit 6 – EMAILS, # 6 Exhibit 7 – RETURNED CHECKS)(Pierce, Alan) (Entered: 05/23/2022) |
| 05/23/2022 | 171 | TEXT ORDER re 169 First Motion for Attorney Fees by Alan Pierce. Responses shall be filed on or before June 13, 2022. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 05/23/2022. (CDH) (Entered: 05/23/2022) |
| 05/24/2022 | 172 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – VOLUME I – PRELIMINARY INSTRUCTIONS/OPENING STATEMENTS) held on 05/03/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Volume Number: 1. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2022. Redacted Transcript Deadline set for 6/24/2022. Release of Transcript Restriction set for 8/22/2022. (KJC) (Entered: 05/24/2022) |
| 05/26/2022 | 173 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – VOLUME II TESTIMONY OF J. ORTIZ, M. VAUGHN & J. LONERGAN) held on 05/04/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/16/2022. Redacted Transcript Deadline set for 6/27/2022. Release of Transcript Restriction set for 8/24/2022. (KJC) (Entered: 05/26/2022) |
| 05/31/2022 | 174 | DECISION AND ORDER memorializing rulings re 111 Motion in Limine filed by Mark Stambach. Signed by Hon. Elizabeth A. Wolford on 05/31/2022. (CDH) (Entered: 05/31/2022) |
| 06/03/2022 | 175 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – TESTIMONY OF J. ORTIZ) held on 05/05/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Volume Number: 3. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022. (KJC) (Entered: 06/03/2022) |
| 06/03/2022 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – TESTIMONY OF E. TORRES, FINAL JURY CHARGE, VERICT) held on 05/09/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2022. Redacted Transcript Deadline set for 7/5/2022. Release of Transcript Restriction set for 9/1/2022. (KJC) (Entered: 06/03/2022) |

| 06/07/2022 | 177 | MOTION for Summary Judgment *as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b),* MOTION for a New Trial Pursuant to Fed. R. Civ. P. 59(a), MOTION for Remittur Pursuant to Fed. R. Civ. P. 59(e) by Mark Stambach. (Attachments: # 1 Declaration in Support of Motion for Summary Judgment, # 2 Exhibit A – Trial Exhibits Entered by Ortiz, # 3 Exhibit B – Trial Exhibits Entered by Defense Counsel, # 4 Memorandum in Support of Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(b))(Sahasrabudhe, Peter). Added MOTION for New Trial, MOTION for Remittur on 6/8/2022 (CGJ). (Entered: 06/07/2022) |
|---|---|---|
| 06/07/2022 | 178 | TEXT ORDER re 177 MOTION for Summary Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a New Trial Pursuant to Fed. R. Civ. P. 59(a), and for Remittur Pursuant to Fed. R. Civ. P. 59(e) filed by Mark Stambach. Responses shall be filed on or before June 28, 2022. Upon review of the papers, the Court will determine if oral argument is necessary and, if so, will inform the parties of the date and time. Otherwise, the matter will be deemed submitted and decided on the papers. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 06/07/2022. (CDH) (Entered: 06/07/2022) |
| 06/08/2022 | | E–Filing Notification: re 177 Modified to add Motion for New Trial and Motion for Remittur. (CGJ) (Entered: 06/08/2022) |
| 06/10/2022 | 179 | RESPONSE in Opposition re 167 First MOTION for Attorney Fees filed by Mark Stambach. (Attachments: # 1 Memorandum of Law in Opposition)(Sahasrabudhe, Peter) (Entered: 06/10/2022) |
| 06/13/2022 | 180 | REPLY to Response to Motion re 169 First MOTION for Attorney Fees filed by Mark Stambach. (Attachments: # 1 Memorandum in Opposition)(Sahasrabudhe, Peter) (Entered: 06/13/2022) |
| 06/14/2022 | 181 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (TRIAL – VOLUME IV – TESTIMONY OF M. EVANS AND M. LAUBER, CHARGE CONFERENCE) held on 05/06/2022, before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Volume Number: 4. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2022. Redacted Transcript Deadline set for 7/15/2022. Release of Transcript Restriction set for 9/12/2022. (KJC) (Entered: 06/14/2022) |
| 06/21/2022 | 182 | REPLY to Response to Motion re 169 First MOTION for Attorney Fees filed by ALAN PIERCE. (Attachments: # 1 Memorandum in Support REPLY MOL, # 2 Exhibit EXH 8 – TIME ENTRIES FOR DA CASE, # 3 Exhibit EXH 9–P'S RESPONSES TO DEF'S INTERROGATORIES)(Pierce, Alan) (Entered: 06/21/2022) |
| 06/21/2022 | 183 | First MOTION for Leave to File *Reply Papers in Connection with Pending Fed. R. Civ. P. 50(b) Motion for Judgment as a Matter of Law* by Mark Stambach.(Sahasrabudhe, Peter) (Entered: 06/21/2022) |
| 06/21/2022 | 184 | TEXT ORDER granting 183 Motion for Leave to File Reply Papers in Connection with Pending Fed. R. Civ. P. 50(b) Motion for Judgment as a Matter of Law. Defendant shall file his reply on or before July 8, 2022. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 06/21/2022. (CDH) (Entered: 06/21/2022) |
| 06/23/2022 | 185 | First MOTION for Leave to File *REPLY ON HANCOCK MOTION FOR FEES & COSTS* by ALAN PIERCE.(Pierce, Alan) (Entered: 06/23/2022) |
| 06/23/2022 | 186 | TEXT ORDER granting *nunc pro tunc* 185 Motion for Leave to File Reply on Hancock's Motion for Fees & Costs. The Court will consider the reply papers filed on June 21, 2022 (Dkt. 182) in connection with Hancock Estabrook's pending motion for fees and costs (Dkt. 169). SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 06/23/2022. (CDH) (Entered: 06/23/2022) |
| 06/28/2022 | 187 | RESPONSE in Opposition re 177 MOTION for Summary Judgment *as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a New Trial Pursuant to Fed. R. Civ. P. 59(a), and for Remittur Pursuant to Fed. R. Civ. P. 59(e)* MOTION for New Trial filed by Josue Ortiz. (Attachments: # 1 Memorandum in Support Memo of Law)(Felle, Wayne) (Entered: 06/28/2022) |

| 07/01/2022 | 188 | Letter filed by Mark Stambach as to The City of Buffalo, Mary Gugliuzza, Mark Stambach, Richard Wagstaff, BPD DOES 1–12, Mark Vaughn, Buffalo Police Department . (Sahasrabudhe, Peter) (Entered: 07/01/2022) |
|---|---|---|
| 07/05/2022 | 189 | First MOTION for Leave to File by Josue Ortiz.(Felle, Wayne) (Entered: 07/05/2022) |
| 07/05/2022 | 190 | TEXT ORDER granting 189 Motion for Leave to File Excess Pages. The Court grants Plaintiff's request for leave to exceed the 25–page limitation for responsive papers *nunc pro tunc* and will accept and consider Plaintiff's response in opposition to Defendant's post–trial motions filed on June 28, 2022. (Dkt. 187). Consistent with the Local Rules of Civil Procedure and the undersigned's individual practices, any future requests to exceed the applicable page limitations must be made in advance of the filing deadline. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 07/05/2022. (CDH) (Entered: 07/05/2022) |
| 07/07/2022 | 191 | TEXT ORDER granting leave to file excess pages. Defendant may file a reply brief of no more than 15 pages in further support of his post–trial motions (Dkt. 177). SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 07/07/2022. (CDH) (Entered: 07/07/2022) |
| 07/08/2022 | 192 | REPLY to Response to Motion re 177 MOTION for Summary Judgment *as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a New Trial Pursuant to Fed. R. Civ. P. 59(a), and for Remittur Pursuant to Fed. R. Civ. P. 59(e)* MOTION for New Trial *Reply Memorandum of Law in Further Support of Post–Verdict Relief* filed by Mark Stambach. (Sahasrabudhe, Peter) (Entered: 07/08/2022) |
| 12/21/2022 | 193 | TEXT ORDER. Oral argument on 167 Motion for Attorney Fees, 169 Motion for Attorney Fees, and 177 Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a New Trial Pursuant to Fed. R. Civ. P. 59(a), and Remittur Pursuant to Fed. R. Civ. P. 59(e) is set for January 31, 2023, at 2:00 p.m. at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 12/21/2023. (CDH) (Entered: 12/21/2022) |
| 01/31/2023 | 194 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Pltf: Wayne Felle, Esq. (current counsel), Alan Pierce, Esq. (former counsel), Pltf present / Deft (via telephone): Hugh Russ, Esq., Peter Sahasrabudhe, Esq. Oral Argument held on 1/31/2023. Court reserved decision. (Court Reporter Megan Pelka.) (SDW) (Entered: 01/31/2023) |
| 02/17/2023 | 195 | DECISION AND ORDER granting in part and denying in part 167 Motion for Attorneys' Fees; granting in part and denying in part 169 Motion for Attorneys' Fees; denying 177 Motion for Summary Judgment; denying 177 Motion for New Trial; denying 177 Motion for Remittitur. Signed by Hon. Elizabeth A. Wolford on 02/17/2023. (CDH) (Entered: 02/17/2023) |
| 02/27/2023 | 196 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Oral Argument Proceedings held on 01/31/2023, before Honorable Judge Elizabeth A. Wolford. Court Reporter/Transcriber Megan E. Pelka, RPR, (716) 229–0880. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/20/2023. Redacted Transcript Deadline set for 3/30/2023. Release of Transcript Restriction set for 5/30/2023. (MEP) (Entered: 02/27/2023) |
| 03/10/2023 | 197 | NOTICE OF APPEAL by Mark Stambach. Filing fee $ 505, receipt number ANYWDC–4818525. (Sahasrabudhe, Peter) (Entered: 03/10/2023) |