Judgment in a Civil Case
_____

United States District Court

_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JOSUE ORTIZ | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 16-CV-321 |
| v. | |
| MARK STAMBACH | |

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiff. Damages awarded in the amount of $5 million in compensatory damages and $1.5 million in punitive damages.

| | |
|---|---|
| Date: May 10, 2022 | MARY C. LOEWENGUTH |
| | CLERK OF COURT |
| | |
| | By: s/ Colin J. |
| |     Deputy Clerk |