

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
Direct Facsimile: 716.849.0349
*PSahasra@hodgsonruss.com*

March 29, 2023

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
For the Second Circuit
40 Foley Square
New York, New York  10007

Dear Ms. Wolfe:

      Re:    *Josue Ortiz vs. Mark Stambach,.*
              **Case No. – 23-352**

      We represent Defendant-Appellant Mark Stambach in the above-captioned appeal.  We write to request a briefing schedule from the Court in accordance with Local Rule of Appellate Procedure 31.2(a)(1).  This request is timely as it is being sent within 14 days of Defendant-Appellant's notice that he will not be ordering any additional transcripts.

      The "ready date" for purposes of this request is March 24, 2023.  As such, we request a deadline of Friday, June 23, 2023 to file the appellant's brief and the appendix.  This date falls within 91 days from the ready date.  Given the complexity of the record and the issues that will be presented on appeal, along with other professional commitments we have in unrelated matters, it is respectfully submitted that the full 91 days allowed by the Court's rules is warranted under the circumstances.

      I have previously noted my appearance in this matter.  Counsel for Plaintiff-Appellee will be receiving a copy of this correspondence through PACER/ECF.

      Please feel free to contact me if the Court requires any further information.

      Respectfully submitted,

*s/ Peter A. Sahsrabudhe*

Peter A. Sahasrabudhe

PAS/lml

Copies to via PACER/ECF:   Wayne Felle, Esq.

The Guaranty Building, 140 Pearl Street, Suite 100  |  Buffalo, New York 14202-4040  |  716.856.4000  |  HodgsonRuss.com

017635.00061 Litigation 16496078v1

Albany  ■  Buffalo  ■  Greensboro  ■  New Jersey  ■  New York  ■  Palm Beach  ■  Rochester  ■  Saratoga Springs  ■  Toronto