**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 19, 2023
Docket #: 23-352cv
Short Title: Ortiz v. Wagstaff

DC Docket #: 16-cv-321
DC Court: WDNY (BUFFALO)
DC Judge: Roemer
DC Judge: Wolford

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.