**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of April, two thousand twenty-three,

_____

| | |
|---|---|
| Josue Ortiz, | **ORDER** |
|     Plaintiff - Appellee, | Docket No: 23-352 |
| v. | |
| Mark Stambach, | |
|     Defendant - Appellant, | |
| Richard Wagstaff, Mary Gugliuzza, Buffalo Police Department Does 1-12, Buffalo Police Department, The City of Buffalo, Mark Vaughn, | |
|     Defendants. | |

_____

      Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 23, 2023 as the brief filing date.

      It is HEREBY ORDERED that Appellant's brief must be filed on or before June 23, 2023. The appeal is dismissed effective June 23, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court