# 23-0352

# United States Court of Appeals

*for the*

# Second Circuit

JOSUE ORTIZ,

*Plaintiff-Appellee,*

– v. –

MARK STAMBACH,

*Defendant-Appellant,*

RICHARD WAGSTAFF, MARY GUGLIUZZA, BUFFALO POLICE
DEPARTMENT DOES 1-12, BUFFALO POLICE DEPARTMENT, THE CITY
OF BUFFALO, MARK VAUGHN,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK (BUFFALO)

## APPENDIX FOR DEFENDANT-APPELLANT
### Volume 10 (Pages A-2187 to A-2466)

HODGSON RUSS LLP
Peter A. Sahasrabudhe, Esq.
*Attorneys for Defendant-Appellant*
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000

i

# TABLE OF CONTENTS

**Page**

**Volume 1**

District Court Docket List...........................................   A-1

Amended Complaint, dated March 27, 2019 .............   A-34

Answer to Amended Complaint,
   dated April 15, 2019 ...............................................   A-56

Notice of Motion to Dismiss, dated April 24, 2020...   A-80

Memorandum of Law in Support of Defendants'
   Motion to Dismiss, dated April 24, 2020...............   A-82

Supporting Declaration, dated April 24, 2020 ...........   A-107

   Exhibit A to Declaration -
   Affidavit of Lt. Salvatore Losi,
   sworn to on April 15, 2020...................................   A-112

   Exhibit B to Declaration -
   P-73 of Mark R. Stambach, dated November 16,
   2004, and Notes....................................................   A-114

   Exhibit C to Declaration -
   Plaintiff's Deposition Transcript,
   dated March 15, 2018............................................   A-117

**Volume 2**

   Exhibit D to Declaration -
   Mark Stambach's Deposition Transcript,
   dated January 23, 2019..........................................   A-241

ii

**Page**

### Volume 3

Exhibit D to Declaration -
Mark Stambach's Deposition Transcript,
dated January 23, 2019 ........................................... A-491

Exhibit E to Declaration -
Criminal Case Court Proceedings Notes ............... A-535

Exhibit F to Declaration -
Plaintiff's Statement and Spanish Miranda Rights
Card ........................................................................ A-539

Exhibit G to Declaration -
Edwin Torres' Deposition Transcript,
dated August 30, 2019 ........................................... A-543

### Volume 4

Exhibit G to Declaration -
Edwin Torres' Deposition Transcript,
dated August 30, 2019
(Continued) ............................................................ A-741

Exhibit H to Declaration -
P-73 of Mark J. Vaughn, dated November 15,
2004 ........................................................................ A-746

Exhibit I to Declaration -
Indictment .............................................................. A-748

Exhibit J to Declaration -
Portions of *Huntley* Hearing Transcript Provided
by Plaintiff in Discovery ....................................... A-753

Exhibit K to Declaration -
Answering Affidavit of Assistant District
Attorney Kenneth F. Case,
dated February 22, 2005 ........................................ A-882

iii

**Page**

Exhibit L to Declaration -
Transcripts of Plaintiff's guilty plea on March
22, 2006 and sentencing on June 16, 2006 and
Memorandum and Order Affirming the
Conviction .............................................................. A-889

Exhibit M to Declaration -
Correspondence and Reply to the People's
Opposing Affidavit ................................................. A-913

Exhibit N to Declaration -
Moving Papers and Correspondence Filed in
Opposition to Plaintiff's CPL 440 Motion by the
District Attorney's Office ....................................... A-935

Exhibit O to Declaration -
P-73 of David Sadlocha,
dated November 16, 2004 ...................................... A-976

Exhibit P to Declaration -
Memorandum and Order Deciding *Huntley*
Hearing ................................................................... A-977

Exhibit Q to Declaration -
Mark Stambach Notes,
dated September 30, 2005 ...................................... A-981

**Volume 5**

Exhibit R to Declaration -
Decision & Order Deciding Plaintiff's CPL 440
Motion .................................................................... A-983

Statement of Undisputed Facts,
dated April 24, 2020 .............................................. A-1056

Declaration of Alan J. Pierce, Esq.,
dated July 3, 2020 .................................................. A-1063

iv

**Page**

Plaintiff's Response to Defendants' Statement of
Material Facts, dated July 3, 2020 ......................... A-1066

Exhibit 1 to Pierce Declaration -
Orders of Hon. Thomas Franczyk dated
December 9, 2014 and May 8, 2015 in *People v.
Ortiz*, Indictment No. 02630-04 ........................... A-1069

Exhibit 2 to Pierce Declaration -
Defendants' Response to Plaintiff's First
Interrogatories and First Request for Production
of Documents, dated February 24, 2017 ............... A-1071

Exhibit 3 to Pierce Declaration -
Transcript of the Deposition of Geraldo Rondon,
taken on March 13, 2019 ...................................... A-1091

**Volume 6**

Exhibit 3 to Pierce Declaration -
Transcript of the Deposition of Geraldo Rondon,
taken on March 13, 2019
(Continued) ......................................................... A-1233

Exhibit 4 to Pierce Declaration -
Transcript of the Deposition of Mary Evans,
taken on January 24, 2019 .................................... A-1238

Exhibit 5 to Pierce Declaration -
Documents in Exhibit B, Part 3 ............................ A-1372

Exhibit 6 to Pierce Declaration -
P-73 Forms Contained in Stambach Deposition
Exhibit 6 .............................................................. A-1450

v

**Page**

**Volume 7**

Exhibit 7 to Pierce Declaration -
BPD Synopsis of the Camacho Murder
Investigation ........................................................... A-1473

Exhibit 8 to Pierce Declaration -
Statement of Witness Jexlyn Mary Rosario given
to the BPD on November 12, 2004 ...................... A-1499

Exhibit 9 to Pierce Declaration -
Declaration of Hon. Kenneth Case, submitted in
March 2018 in the companion case *Ortiz v. Case*,
16-CV-322 ............................................................ A-1502

Exhibit 10 to Pierce Declaration -
Declaration of Hon. Frank Sedita, submitted in
March 2018 in the companion case *Ortiz v. Case*,
16-CV-322 ............................................................ A-1505

Exhibit 11 to Pierce Declaration -
Documents in Exhibit B, Parts 1 & 2 ................... A-1512

Exhibit 12 to Pierce Declaration -
Transcript of the Deposition of Dr. Evelyn
Coggins, taken on October 1, 2018 ...................... A-1597

Exhibit 13 to Pierce Declaration -
Defendants' Initial Disclosures,
dated February 24, 2017 ....................................... A-1700

Exhibit 14 to Pierce Declaration -
Josue Ortiz's Verified Claim,
dated May 13, 2015 ............................................... A-1706

**Volume 8**

Exhibit 15 to Pierce Declaration -
Stambach Deposition Exhibits 2 and 17 ............... A-1725

vi

**Page**

Plaintiff's Memorandum of Law in Opposition to
Defendants' Motion to Dismiss, and for
Judgment on the Pleadings and/or Summary
Judgment, dated July 5, 2020 ............................... A-1733

City of Buffalo Department of Law, Exhibit D ......... A-1760

Reply Memorandum of Law in Further Support of
Defendants' Motion to Dismiss,
dated July 24, 2020 ................................................ A-1789

Decision and Order of the Honorable Elizabeth A.
Wolford, dated February 26, 2021 ....................... A-1800

Plaintiffs' Proposed Jury Instructions,
dated April 1, 2022 ............................................... A-1837

Defendants' Proposed Jury Instructions,
dated April 1, 2022 ............................................... A-1861

Plaintiffs' Reply Motions in Limine,
dated April 6, 2022 ............................................... A-1924

Defendant's Objections to Plaintiff's Proposed Jury
Instructions, dated April 6, 2022 ........................... A-1933

**Volume 9**

Transcript of Proceedings, dated April 11, 2022 ........ A-1937

Stipulation of Undisputed Facts,
dated April 27, 2022 ............................................. A-1996

Trial Transcript, Preliminary Instructions and
Opening Statements, dated May 3, 2022 ............... A-2001

Trial Transcript, dated May 4, 2022 ........................... A-2053

vii

|  |  |  | **Page** |
|---|---|---|---|
| Plaintiff's Witnesses: |  |  |  |
| E. Coogins | Direct | ...................... | A-2054 |
|  | Cross | ...................... | A-2116 |
| J. Ortiz | Direct | ...................... | A-2125 |

**Volume 10**

| Trial Transcript, dated May 4, 2022 |  |  |  |
| (Cotinued) | ...................... |  | A-2187 |
| M. Vaughn | Direct | ...................... | A-2189 |
|  | Cross | ...................... | A-2219 |
|  | Redirect | ...................... | A-2225 |
| J. Lonergan | Direct | ...................... | A-2229 |
|  | Cross | ...................... | A-2281 |
|  | Redirect | ...................... | A-2284 |
|  | Recross | ...................... | A-2287 |
| Trial Transcript, dated May 5, 2022 | ...................... |  | A-2297 |
| M. Stambach | Direct | ...................... | A-2299 |
|  | Cross | ...................... | A-2361 |
|  | Redirect | ...................... | A-2384 |
| J. Ortiz | Direct | ...................... | A-2393 |
|  | Cross | ...................... | A-2426 |

**Volume 11**

| Trial Transcript, dated May 6, 2022 | ...................... |  | A-2467 |
| M. Evans | Direct | ...................... | A-2470 |
|  | Cross | ...................... | A-2495 |
| M. Lauber | Direct | ...................... | A-2504 |
|  | Cross | ...................... | A-2518 |
| Trial Transcript, May 9, 2022 | ...................... |  | A-2554 |

viii

**Page**

| J. Ortiz | Direct | A-2599 |
| | Cross | A-2653 |
| | Redirect | A-2671 |
| | Recross | A-2674 |

Trial Transcript, Closing Arguments, May 9, 2022 ... A-2594

**Volume 12**

Trial Transcript, Closing Arguments, May 9, 2022
(Continued) .............................................................. A-2717

Jury Questionnaire, dated May 9, 2022 ..................... A-2760

Jury Questionnaire, Damages, dated May 9, 2022 .... A-2764

Judgment in a Civil Case, dated May 10, 2022 ......... A-2766

Notice of Motion, by Plaintiff, for Attorneys' Fees,
dated May 20, 2022 ............................................... A-2767

Declaration of Wayne C. Felle, Esq., for Plaintiff, in
Support of Motion, dated May 20, 2022 ............... A-2768

Exhibit A to Felle Declaration -
Ledger ................................................................. A-2773

Exhibit B to Felle Declaration -
Invoices for Services ........................................... A-2792

Plaintiff's Memorandum of Law in Support of his
Motion for Attorneys' Fees and Costs,
dated May 20, 2023 ............................................... A-2823

Notice of Motion, by Defendant, for Judgment as a
Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a
new trial Pursuant to Fed. R. Civ. P. 59(a), and
for Remittur Pursuant to Fed. R. Civ. P. 59(e),
dated June 7, 2022 ................................................. A-2846

ix

**Page**

Declaration of Peter A. Sahasrabudhe, Esq., for
    Defendant, in Support of Motion,
        dated June 7, 2022 ................................................. A-2848

  Exhibit A to Sahasrabudhe Declaration -
  Trial Exhibits Entered by Counsel for
  Plaintiff .................................................................. A-2862

  Exhibit B to Sahasrabudhe Declaration -
  Trial Exhibits Entered by Counsel for
  Defendant .............................................................. A-2909

Memorandum of Law in Support of Motion for
    Judgment as a Matter of Law Under Fed. R. Civ.
    P. 50(b), dated June 7, 2022 .................................... A-2918

Declaration of Peter A. Sahasrabudhe in Opposition
    to Plaintiff's Motion for Attorneys' Fees,
        dated June 10, 2022 ............................................. A-2946

**Volume 13**

Defendants' Memorandum of Law in Opposition to
    Plaintiff's Motion for Attorneys' Fees,
        dated June 10, 2022 ............................................. A-2987

Declaration of Wayne C. Felle, Esq., for Plaintiff, in
    Opposition to Defendant's Post Trial Motion,
        dated June 28, 2022 ............................................. A-3013

Plaintiff's Memorandum of Law in Opposition to
    Defendant's Post Trial Motions,
        dated June 28, 2022 ............................................. A-3023

Reply Memorandum of Law in Further Support of
    Defendant's Motion for Judgment as a Matter of
    Law, a New Trial, or Remittitur,
        dated July 8, 2022 ................................................ A-3071

**x**

**Page**

Decision and Order of the Honorable Elizabeth A.
  Wolford, dated February 17, 2022 ........................  A-3090

Transcript of Oral Argument,
  dated January 31, 2023 .........................................  A-3112

Notice of Appeal, by Defendant, March 10, 2023 .....  A-3159

|       |    | J. ORTIZ - DX BY MR. FELLE |
|-------|----|----------------------------|
| 13:15:52 | 2  | the file authored by Mr. Vaughn? |
| 13:15:52 | 3  | MR. SAHASRABUDHE:  That is the only two that |
| 13:15:54 | 4  | were on our exhibit list. |
| 13:15:56 | 5  | MR. FELLE:  Okay. |
| 13:15:56 | 6  | THE COURT:  All right.  Mr. Felle, are you |
| 13:15:58 | 7  | ready to proceed with Mr. Vaughn then? |
| 13:16:01 | 8  | MR. FELLE:  I am. |
| 13:16:02 | 9  | THE COURT:  Mr. Russ? |
| 13:16:02 | 10 | MR. RUSS:  Yes, Judge, thank you. |
| 13:16:30 | 11 | (Whereupon the jury is escorted into the |
| 13:16:33 | 12 | courtroom.) |
| 13:17:25 | 13 | THE COURT:  All right.  Welcome back, |
| 13:17:27 | 14 | everybody.  I hope everybody had a pleasant lunch. |
| 13:17:31 | 15 | Everybody can have a seat.  Ladies and gentlemen, we're |
| 13:17:33 | 16 | going to -- two witnesses actually out of turn.  We have |
| 13:17:38 | 17 | two witnesses here who are ready to testify as you'll |
| 13:17:41 | 18 | recall before we broke for lunch.  Mr. Ortiz was in the |
| 13:17:45 | 19 | middle of his direct examination.  We will resume with |
| 13:17:49 | 20 | Mr. Ortiz either later today or tomorrow morning but |
| 13:17:52 | 21 | since we have these two witnesses who are here to |
| 13:17:56 | 22 | accommodate their schedules.  We're going to proceed a |
| 13:17:59 | 23 | little bit out of order.  So with that being said, Mr. |
| 13:18:02 | 24 | Felle, who is the Plaintiff's next witness? |
| 13:18:06 | 25 | MR. FELLE:  Your Honor, we'll call retired |

A-2188

1                       M. VAUGHN - DX BY MR. FELLE

13:18:13   2    Detective Mark Vaughn.

13:18:22   3              THE COURT:  All right.  Let's have Mr.

13:18:22   4    Vaughn come in.

13:18:56   5    **(M. VAUGHN WAS CALLED TO THE WITNESS STAND AND SWORN.)**

13:18:56   6              THE CLERK:  Walk this way and have a seat

13:18:58   7    right there and once seated you may remove your mask.

13:19:11   8    Can you please state your first name and spell your last

13:19:13   9    name for the court reporter.

13:19:15   10             THE WITNESS:  Mark, M-A-R-K, Vaughn,

13:19:19   11   V-A-U-G-H-N.

13:19:19   12             THE COURT:  Mr. Vaughn, my name is Judge

13:19:22   13   Wolford.  I have some instructions for you before you

13:19:24   14   get started.  First of all, you're here to testify for

13:19:27   15   the benefit of the Ladies and Gentlemen of the Jury.  So

13:19:29   16   try and direct your answers towards them.

13:19:31   17             THE WITNESS:  Yes.

13:19:32   18             THE COURT:  Only answer the question you're

13:19:33   19   asked, don't volunteer information.  If there is an

13:19:35   20   objection, you need to wait until I rule on it and I'll

13:19:38   21   let you know whether or not you can answer it.  And

13:19:40   22   speak slowly, clearly, and speak into the microphone so

13:19:44   23   that everybody can hear you and so that my court

13:19:46   24   reporter can take down your testimony.  Do you

13:19:50   25   understand?

A-2189

110

|       |    | M. VAUGHN - DX BY MR. FELLE |
|-------|----|-----------------------------|
| 13:19:50 | 2 | THE WITNESS:  I do. |
| 13:19:50 | 3 | THE COURT:  All right.  You may proceed |
| 13:19:52 | 4 | whenever you're ready, Mr. Felle. |
| 13:20:01 | 5 | DIRECT EXAMINATION BY MR. FELLE: |
| 13:20:02 | 6 | Q.  Good afternoon, Mr. Vaughn.  How are you? |
| 13:20:05 | 7 | A.  I'm fine, thank you.  How are you? |
| 13:20:06 | 8 | Q.  Good.  Thank you, sir.  I don't think before |
| 13:20:08 | 9 | today you and I have ever met? |
| 13:20:09 | 10 | A.  I don't believe so. |
| 13:20:10 | 11 | Q.  And during the discovery of this case, we never |
| 13:20:13 | 12 | took your deposition, correct? |
| 13:20:14 | 13 | A.  You did not. |
| 13:20:15 | 14 | Q.  Did you ever give sworn testimony in the criminal |
| 13:20:17 | 15 | prosecution against Mr. Ortiz? |
| 13:20:19 | 16 | A.  I don't believe so. |
| 13:20:20 | 17 | Q.  And from my review of the investigation file, it |
| 13:20:25 | 18 | looks like you had two involvements with Mr. Ortiz.  Are |
| 13:20:28 | 19 | you aware of that? |
| 13:20:29 | 20 | A.  Yes. |
| 13:20:29 | 21 | Q.  And have you had a chance to review those P73s |
| 13:20:38 | 22 | before today? |
| 13:20:39 | 23 | A.  Yes. |
| 13:20:39 | 24 | Q.  And what else did you review before coming to |
| 13:20:41 | 25 | testify today? |

A-2190

111

|  |  |
|---|---|
| 1 | M. VAUGHN - DX BY MR. FELLE |
| 13:20:42  2 | A.  Just the two documents I prepared. |
| 13:20:44  3 | Q.  And coming here today, did you drive with Mr. |
| 13:20:47  4 | Lonergan who is in the hall? |
| 13:20:49  5 | A.  I did not. |
| 13:20:49  6 | Q.  Did you have a chance to talk to him? |
| 13:20:51  7 | A.  Just briefly at Hodgson Russ's office. |
| 13:20:55  8 | Q.  And not asking you anything about the |
| 13:20:57  9 | conversations with the attorneys, but did you have |
| 13:20:59  10 | discussions with your old friend Mr. Lonergan? |
| 13:21:03  11 | A.  I have not. |
| 13:21:04  12 | Q.  And how about Mr. Stambach? |
| 13:21:06  13 | A.  Mr. Stambach and I are coworkers. |
| 13:21:09  14 | Q.  Okay.  Do you still work with him now? |
| 13:21:11  15 | A.  I do. |
| 13:21:12  16 | Q.  And he has a private company, an investigation |
| 13:21:14  17 | company, is that where you work together? |
| 13:21:16  18 | A.  No, sir. |
| 13:21:17  19 | Q.  Where do you work together? |
| 13:21:18  20 | A.  The Erie County District Attorney's Office in |
| 13:21:21  21 | Buffalo. |
| 13:21:22  22 | Q.  And during the course of working with Mr. |
| 13:21:25  23 | Stambach, have you had conversations about this case? |
| 13:21:27  24 | A.  Nothing other than going to Rochester, not about |
| 13:21:30  25 | the case itself. |

A-2191

1          M. VAUGHN - DX BY MR. FELLE

13:21:33   2      Q.  Did you talk with him today?

13:21:35   3      A.  I did not.

13:21:35   4      Q.  Yesterday?

13:21:36   5      A.  No.

13:21:36   6      Q.  Have you ever read any of the documents

13:21:39   7  pertaining to the prosecution of -- criminal prosecution

13:21:42   8  of Mr. Ortiz?

13:21:43   9      A.  Well, back when I was working homicide, I would

13:21:48  10  have looked at the file obviously.

13:21:50  11      Q.  Okay.  So let me just back up with respect to

13:21:55  12  your bio.  You just told us you were a detective in the

13:21:59  13  City of Buffalo Homicide Department; is that correct?

13:22:03  14      A.  That's correct.

13:22:03  15      Q.  And for how many years were you an Officer with

13:22:06  16  the Buffalo Police Department?

13:22:08  17      A.  26.

13:22:08  18      Q.  And during those 26 years, how many of them were

13:22:12  19  you a detective?

13:22:12  20      A.  16, no, I'm sorry, 19.

13:22:17  21      Q.  Did you retire as a detective?

13:22:19  22      A.  I did.

13:22:20  23      Q.  And when did you retire?

13:22:21  24      A.  2009.

13:22:25  25      Q.  Was that before or after Mr. Stambach retired?

A-2192

113

1           M. VAUGHN - DX BY MR. FELLE

13:22:29   2       A.   That was before.

13:22:34   3       Q.   And at or around November 11th of 2004, were you

13:22:43   4   a detective then in the homicide bureau?

13:22:45   5       A.   I was.

13:22:46   6       Q.   And there was some testimony earlier that during

13:22:49   7   that time frame the homicide bureau was actually

13:22:53   8   dissolved.  Do you recall that?

13:22:54   9       A.   I do.

13:22:55   10      Q.   And it was merged into the Major Crimes Unit; is

13:22:58   11  that correct?

13:22:59   12      A.   Yes.

13:22:59   13      Q.   And that was roughly around 9, 10, eleven months

13:23:05   14  in that range?

13:23:05   15      A.   Yes.

13:23:06   16      Q.   And that was by way of action by the City

13:23:09   17  Council?

13:23:09   18      A.   In connection with the superiors in the Buffalo

13:23:13   19  Police Department.

13:23:13   20      Q.   And so what had happened, and correct me if I'm

13:23:15   21  wrong.  Before that, before the City Council and the

13:23:17   22  Mayor's Office decided to merge the homicide bureau with

13:23:21   23  the Major Crimes Unit, you two were distinct

13:23:26   24  departments, right?

13:23:27   25      A.   If I remember correctly, we worked together in

A-2193

114

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | M. VAUGHN - DX BY MR. FELLE                            |
| 13:23:30 | 2  | the Stand-Alone Homicide Unit before it merged with,   |
| 13:23:34 | 3  | before it was merged into the Major Crimes Unit.       |
| 13:23:37 | 4  | Q.  And do you recall what was the rationale of the    |
| 13:23:39 | 5  | City Council to merge the two, to basically dissolve the |
| 13:23:43 | 6  | homicide bureau and move your department into the Major |
| 13:23:47 | 7  | Crimes Unit?                                            |
| 13:23:47 | 8  | A.  Well, I wouldn't say they dissolved the Homicide   |
| 13:23:51 | 9  | Unit, they just gave us other duties.  They included all |
| 13:23:54 | 10 | serious felonies, robberies, shootings, it just gave us |
| 13:23:59 | 11 | more work.                                             |
| 13:24:02 | 12 | Q.  And that was around the same time, right, in       |
| 13:24:05 | 13 | November of 2004?                                       |
| 13:24:06 | 14 | A.  It was near that time, yes.                        |
| 13:24:08 | 15 | Q.  And do you recall any public discussion about why |
| 13:24:14 | 16 | that was?                                               |
| 13:24:14 | 17 | A.  Public discussion between who?                     |
| 13:24:19 | 18 | Q.  Between maybe the Police Department and the City   |
| 13:24:25 | 19 | Council?                                                |
| 13:24:25 | 20 | A.  Well, it was a lot of grumbling because -- and if  |
| 13:24:29 | 21 | I can offer my opinion back then, I thought the homicide |
| 13:24:33 | 22 | deserved the work of a Stand-Alone Unit.               |
| 13:24:38 | 23 | Q.  And with respect to the merger, you were given     |
| 13:24:41 | 24 | more work is what you said, right?                     |
| 13:24:43 | 25 | A.  Correct, yes.                                      |

A-2194

115

1                   M. VAUGHN - DX BY MR. FELLE

13:24:44   2        Q.   And so there was some grumbling about that,

13:24:47   3   right?

13:24:47   4        A.   Sure.

13:24:47   5        Q.   And at some point, after November of 2004, after

13:24:52   6   this all happened with Mr. Ortiz, they went back to the

13:24:56   7   way it was, didn't they?

13:24:57   8        A.   They did.

13:24:59   9        Q.   And was that with respect to some pressure that

13:25:02  10   was applied by the Buffalo Police?

13:25:04  11        A.   I'm not sure what reason it was but they did go

13:25:07  12   back to a Stand-Alone Unit.

13:25:09  13        Q.   In any event for a brief period of time maybe 10

13:25:13  14   months or so and specifically, at the time of the

13:25:15  15   investigation of the Camacho brothers and their arrest

13:25:17  16   of my client, it's when there was not an official

13:25:21  17   homicide department that was all part of the Major

13:25:24  18   Crimes Unit, correct?

13:25:24  19        A.   Correct.

13:25:33  20        Q.   And again, I know I asked if we had ever taken

13:25:36  21   your testimony and we didn't.  But were you ever asked

13:25:39  22   during the course of the criminal case of Mr. Ortiz

13:25:43  23   before he was sent away to jail did you ever offer any

13:25:47  24   testimony in any of those proceedings?

13:25:49  25        A.   No.

A-2195

116

|    |    | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:25:49 | 2 | Q.  As you came in here today, did you recognize Mr. |
| 13:25:54 | 3 | Ortiz? |
| 13:25:54 | 4 | A.  I saw him when he walked in, he looked familiar. |
| 13:25:58 | 5 | Q.  Other than the reason being that you're here for |
| 13:26:02 | 6 | Mr. Ortiz, if you passed him in the mall, you may not |
| 13:26:05 | 7 | recognize him? |
| 13:26:05 | 8 | A.  I would not have, no. |
| 13:26:07 | 9 | Q.  Fair enough.  If I were to ask you today as you |
| 13:26:11 | 10 | testify whether or not you're testifying based on your |
| 13:26:14 | 11 | own independent recollection as something you remember |
| 13:26:17 | 12 | or based as you're testifying based on something you |
| 13:26:22 | 13 | view or read as part of your testimony.  Do you |
| 13:26:25 | 14 | understand that distinction? |
| 13:26:25 | 15 | A.  I do, yes. |
| 13:26:26 | 16 | Q.  And with respect to an independent recollection |
| 13:26:29 | 17 | do you have an independent recollection of any |
| 13:26:31 | 18 | interactions with Mr. Ortiz outside of what you read or |
| 13:26:34 | 19 | refreshed your memory with? |
| 13:26:36 | 20 | A.  I do remember the brief interview I had with him |
| 13:26:42 | 21 | back in 2004. |
| 13:26:44 | 22 | Q.  Okay.  Now, before you came in, we had |
| 13:26:54 | 23 | discussions and we have moved a P73, and let me just do |
| 13:27:01 | 24 | this.  Did you bring any papers with you detective? |
| 13:27:04 | 25 | A.  I did not. |

A-2196

|  | 1 | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:27:04 | 2 | Q.   If I were to show you a P73 of November 15th, |
| 13:27:11 | 3 | 2004, that appears to be authored by you, would that |
| 13:27:14 | 4 | help to refresh your memory in any way? |
| 13:27:16 | 5 | A.   Sure. |
| 13:27:20 | 6 | Q.   For the sake of the record, can you just tell us |
| 13:27:22 | 7 | what that document is? |
| 13:27:23 | 8 | A.   It's a -- been the Buffalo Police Department |
| 13:27:29 | 9 | jargon as a P73, an investigative report made in |
| 13:27:32 | 10 | connection with the case against Josue Ortiz. |
| 13:27:35 | 11 | Q.   And is that a report that is made contemporaneous |
| 13:27:38 | 12 | with the information that is contained in the report? |
| 13:27:40 | 13 | A.   Yes. |
| 13:27:42 | 14 | Q.   So in other words, just to use an analogy.  If I |
| 13:27:45 | 15 | was a doctor and seeing a patient, I would be writing |
| 13:27:48 | 16 | down what my observations are and/or my findings, |
| 13:27:51 | 17 | correct?  As a doctor you're doing it contemporaneously, |
| 13:27:57 | 18 | right? |
| 13:27:57 | 19 | A.   Yes. |
| 13:27:57 | 20 | Q.   Similarly, the P73 is any time somebody in the |
| 13:28:02 | 21 | Major Crimes Unit and/or the homicide department would |
| 13:28:05 | 22 | have involvement in the investigation, they would draft |
| 13:28:08 | 23 | P73? |
| 13:28:09 | 24 | A.   If something were germane to the investigation, |
| 13:28:12 | 25 | yes. |

A-2197

118

| | | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:28:15 | 2 | Q.  And with respect to the P73 that is in front of |
| 13:28:18 | 3 | you, is that a document that is routinely prepared in |
| 13:28:22 | 4 | the course of an investigation by the Buffalo Police |
| 13:28:25 | 5 | Department? |
| 13:28:25 | 6 | A.  Yes. |
| 13:28:25 | 7 | Q.  And is it placed into the investigation file |
| 13:28:27 | 8 | pertaining to a particular investigation? |
| 13:28:29 | 9 | A.  It is. |
| 13:28:30 | 10 | Q.  Is it maintained in the business records of the |
| 13:28:33 | 11 | Buffalo Police Department? |
| 13:28:34 | 12 | A.  Yes, sir. |
| 13:28:34 | 13 | Q.  And as you look at it today, does there appear to |
| 13:28:39 | 14 | be any modifications or revisions to that document? |
| 13:28:42 | 15 | A.  Other than the highlighted markings on it, no. |
| 13:28:46 | 16 | Q.  Appears to be the same way you put it in the file |
| 13:28:49 | 17 | back in 2004? |
| 13:28:50 | 18 | A.  Yes, sir. |
| 13:28:51 | 19 | Q.  Thank you. |
| 13:28:53 | 20 | MR. FELLE:  For the record, Your Honor, that |
| 13:28:55 | 21 | document has been marked into evidence as 402. |
| 13:28:58 | 22 | THE COURT:  All right.  So you're moving it |
| 13:29:00 | 23 | into evidence and there is a stipulation from the |
| 13:29:02 | 24 | defense that it can come in.  So Exhibit 402 will come |
| 13:29:06 | 25 | into evidence. |

A-2198

119

|  |  |
|---|---|
| 1 | M. VAUGHN - DX BY MR. FELLE |
| 13:29:10 2 | MR. FELLE:  Thank you. |
| 13:29:13 3 | Q.  Similarly, Mr. Vaughn, I want to show you another |
| 13:29:16 4 | document.  I'll take that back.  The document that we've |
| 13:29:21 5 | had marked, excuse me, the document that we've had |
| 13:29:24 6 | marked as Exhibit 403.  Is that likewise to be a P73? |
| 13:29:31 7 | A.  It does. |
| 13:29:31 8 | THE COURT:  I think this is 408. |
| 13:29:33 9 | MR. FELLE:  Okay.  I can't read my own |
| 13:29:35 10 | writing.  My apologies.  408 has been marked so far. |
| 13:29:39 11 | Q.  And does that appear to be a P73? |
| 13:29:42 12 | A.  Yes. |
| 13:29:42 13 | Q.  And what is the date of that document? |
| 13:29:43 14 | A.  November 17th, 2004. |
| 13:29:45 15 | Q.  And similarly, was that document prepared by you |
| 13:29:48 16 | in the normal course of your employment with the Buffalo |
| 13:29:52 17 | Police Department? |
| 13:29:52 18 | A.  It was. |
| 13:29:53 19 | Q.  And is that the normal course of an investigation |
| 13:29:55 20 | to prepare a P73 like that and place it into the |
| 13:29:59 21 | investigation file? |
| 13:30:00 22 | A.  Yes. |
| 13:30:00 23 | Q.  And do you recall doing that? |
| 13:30:02 24 | A.  I do. |
| 13:30:03 25 | Q.  And does that document appear to be the same |

A-2199

120

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|          | 1  | M. VAUGHN - DX BY MR. FELLE                       |
| 13:30:06 | 2  | document that you placed into the investigation file of |
| 13:30:08 | 3  | the Camacho brothers back in 2004?               |
| 13:30:11 | 4  | A.  It does.                                      |
| 13:30:11 | 5  | Q.  And before today, did you have a chance to review |
| 13:30:14 | 6  | those two documents, the two P73s that we talked about? |
| 13:30:20 | 7  | A.  Yes, sir.                                     |
| 13:30:20 | 8  | MR. FELLE:  At this time, Your Honor, I           |
| 13:30:22 | 9  | would like to move into evidence Exhibit 408.    |
| 13:30:25 | 10 | THE COURT:  And pursuant to the discussions,     |
| 13:30:27 | 11 | the defense consents to that.  So 408 will come into |
| 13:30:31 | 12 | evidence.                                         |
| 13:30:35 | 13 | Q.  So again, Mr. Vaughn, just to be clear, before |
| 13:30:38 | 14 | your first involvement, which is documented in the P73 |
| 13:30:43 | 15 | marked into evidence as 402, that is dated November 15th |
| 13:30:47 | 16 | of '04, did you have any document anywhere where you had |
| 13:30:55 | 17 | interactions with Mr. Ortiz in this case?         |
| 13:30:57 | 18 | A.  No, sir.                                      |
| 13:30:58 | 19 | Q.  Is it fair to say this was your first interaction |
| 13:31:03 | 20 | with Mr. Ortiz?                                    |
| 13:31:04 | 21 | A.  Yes.                                          |
| 13:31:04 | 22 | Q.  Is it and was this your first of with the Camacho |
| 13:31:20 | 23 | brothers murder?                                  |
| 13:31:21 | 24 | A.  Yes.                                          |
| 13:31:23 | 25 | MR. FELLE:  In this court, we can show this.      |

A-2200

121

|        |    |                                                          |
|--------|----|----------------------------------------------------------|
|        | 1  | M. VAUGHN - DX BY MR. FELLE                              |
| 13:31:27 | 2  | THE COURT:  We can publish this to the jury.         |
| 13:31:30 | 3  | THE CLERK:  Sure, Judge.  It may take a              |
| 13:31:32 | 4  | moment, but it will pass up.                          |
| 13:31:36 | 5  | MR. RUSS:  Your Honor, can we make clear             |
| 13:31:38 | 6  | that the highlighted language is not part of the      |
| 13:31:40 | 7  | original but rather added by Plaintiff's counsel.     |
| 13:31:44 | 8  | THE COURT:  That's correct, right, Mr.               |
| 13:31:45 | 9  | Felle?                                                 |
| 13:31:46 | 10 | MR. FELLE:  Absolutely, yes.                         |
| 13:31:47 | 11 | THE COURT:  So ladies and gentlemen, the            |
| 13:31:49 | 12 | highlighting is Mr. Felle's notes, just so that you   |
| 13:31:52 | 13 | understand.                                           |
| 13:31:54 | 14 | MR. FELLE:  Yeah.                                    |
| 13:31:54 | 15 | THE COURT:  And I think the document is              |
| 13:31:57 | 16 | being published to the jury, so go ahead, Mr. Felle.  |
| 13:32:00 | 17 | Q.  Thank you.  Mr. Vaughn, can you see that on the   |
| 13:32:03 | 18 | monitor then?                                         |
| 13:32:04 | 19 | A.  I can.                                            |
| 13:32:05 | 20 | Q.  True to what we were just talking about, that     |
| 13:32:08 | 21 | document is dated November 15th of '04, correct?      |
| 13:32:11 | 22 | A.  Yes.                                              |
| 13:32:11 | 23 | Q.  And it's authored by you?                         |
| 13:32:13 | 24 | A.  It was.                                           |
| 13:32:13 | 25 | Q.  And at that time you were in the Major Crimes     |

A-2201

|          |    | M. VAUGHN - DX BY MR. FELLE |
|----------|----|-----------------------------|
| 13:32:16 | 2  | Unit?                       |
| 13:32:16 | 3  | A.  Yes.                    |

1          M. VAUGHN - DX BY MR. FELLE

13:32:16  2  Unit?

13:32:16  3     A.  Yes.

13:32:17  4     Q.  And it was directed to Captain Mark Morgan,

13:32:20  5  correct?

13:32:20  6     A.  Yes.

13:32:22  7     Q.  And the top caption City of Buffalo Police

13:32:26  8  Department Interdepartmental Correspondence Major Crime

13:32:33  9  Unit?

13:32:33  10     A.  Yes.

13:32:33  11     Q.  Long statement for a P73, fair enough?

13:32:37  12     A.  Yes.

13:32:37  13     Q.  So as we turn to that document, does that refresh

13:32:41  14  your memory as to how you were initially called in to

13:32:45  15  meet with Mr. Ortiz?

13:32:47  16     A.  Yes.

13:32:47  17     Q.  And does it refresh your memory that at that time

13:32:50  18  he was in the psychiatric services ward of the Buffalo

13:32:54  19  General Hospital?

13:32:54  20     A.  Yes.

13:32:54  21     Q.  And when the military time of 16:45 is listed,

13:32:59  22  what time is that in real time?

13:33:01  23     A.  4:45 p.m.

13:33:06  24     Q.  And the P73 indicates that you had been contacted

13:33:11  25  by Buffalo General Hospital to come there and speak with

A-2202

123

|  | M. VAUGHN - DX BY MR. FELLE |
|---|---|
| 1 | M. VAUGHN - DX BY MR. FELLE |
| 13:33:14 2 | Mr. Ortiz; is that right? |
| 13:33:16 3 | A.  Yes. |
| 13:33:17 4 | Q.  And the highlighted area, can you just read for |
| 13:33:20 5 | me what you put in the document starting with claimed? |
| 13:33:28 6 | A.  "Claimed he had information on a recent double |
| 13:33:31 7 | homicide that occurred on 879 Niagara.  He further |
| 13:33:37 8 | stated that he was in fear of his life because the |
| 13:33:40 9 | killers were after him." |
| 13:33:41 10 | Q.  Okay.  Thank you, sir.  First of all, the |
| 13:33:45 11 | referenced with 879 Niagara, was that the house of the |
| 13:33:49 12 | Camacho brothers at the time they were murdered? |
| 13:33:51 13 | A.  Yes. |
| 13:33:51 14 | Q.  And it's interesting that you documented that he |
| 13:33:54 15 | was in fear in his life that he claimed that the |
| 13:33:57 16 | killers, the same killers that were after Camacho |
| 13:34:00 17 | brothers were after him, correct? |
| 13:34:02 18 | A.  That is what the gentleman who notified me of Mr. |
| 13:34:05 19 | Ortiz's presence at the psychiatric unit of Buffalo |
| 13:34:12 20 | General Hospital relayed what Mr. Ortiz said.  Mr. Ortiz |
| 13:34:16 21 | didn't say that to me. |
| 13:34:18 22 | Q.  Understood.  But that is the understanding you |
| 13:34:20 23 | had in going to Buffalo General Hospital to see Mr. |
| 13:34:22 24 | Ortiz? |
| 13:34:23 25 | A.  That is the information I was given, yes. |

A-2203

124

|   |   |
|---|---|
| | 1 |

M. VAUGHN - DX BY MR. FELLE

13:34:25  2    Q.  So with that information in mind when you went

13:34:27  3   there, he wouldn't have been considered a suspect,

13:34:30  4   right?  He was afraid the real killers were out to kill

13:34:34  5   him, right?

13:34:35  6    A.  That is what I was told, yes.

13:34:40  7    Q.  And did you in fact go to Buffalo General

13:34:45  8   Hospital?

13:34:45  9    A.  Yes.

13:34:47  10    Q.  And who went with you?

13:34:57  11    A.  My partner Detective James Lema.

13:35:01  12    Q.  And is he still with the force?

13:35:07  13    A.  No, he is retired.

13:35:08  14    Q.  And at the time you went to the Buffalo General

13:35:10  15   Hospital, did you need a Spanish interpreter?

13:35:14  16    A.  Yes.

13:35:14  17    Q.  And did you bring in Patrolman Edwin Torres?

13:35:17  18    A.  Yes.

13:35:17  19    Q.  And was that for the purpose of translating?

13:35:20  20    A.  That was at Mr. Ortiz's request.  He told us he

13:35:26  21   was more comfortable speaking Spanish.

13:35:31  22    Q.  And I want to just turn to the second page of

13:35:35  23   that P73.  And you had a discussion with him through the

13:35:47  24   interpreter, correct?

13:35:47  25    A.  Yes.

A-2204

125

1                        M. VAUGHN - DX BY MR. FELLE

13:35:47  2       Q.   Is and in addition to you and Detective Lema, did

13:35:53  3   you indicate that Detective Sergeant James Lonergan was

13:35:56  4   there?

13:35:57  5       A.   Correct.

13:35:58  6       Q.   And Dr. Lonergan, or excuse me, Mr. Lonergan is

13:36:02  7   here in the hallway, correct?

13:36:03  8       A.   Yes.

13:36:03  9       Q.   And was he your supervisor back in November of

13:36:06  10  2004?

13:36:07  11      A.   He was my immediate supervisor, yes, sir.

13:36:09  12      Q.   And then would you and Mr. Stambach have been

13:36:14  13  colleagues?

13:36:15  14      A.   We were the same rank, we were both the rank of

13:36:18  15  detective.

13:36:19  16      Q.   I apologize.  It was a terrible way to ask that.

13:36:22  17  You were colleagues on the same level, both detectives

13:36:25  18  in the bureau, correct?

13:36:26  19      A.   That's correct.

13:36:27  20      Q.   And you both reported to Mr. Lonergan, correct?

13:36:29  21      A.   That's correct.

13:36:31  22      Q.   And so Mr. Lonergan was with you during the

13:36:34  23  interview of Mr. Ortiz, correct?

13:36:36  24      A.   He was.

13:36:42  25      Q.   How long did that meeting take, do you recall?

A-2205

126

|  | 1 | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:36:45 | 2 | A.  I would -- probably thirty minutes. |
| 13:36:48 | 3 | Q.  Okay.  Do you recall reading that anywhere? |
| 13:36:50 | 4 | A.  I'm sorry? |
| 13:36:51 | 5 | Q.  Do you recall reading that anywhere? |
| 13:36:53 | 6 | A.  No. |
| 13:36:54 | 7 | Q.  Is that based on your independent recollection? |
| 13:36:57 | 8 | A.  Yes. |
| 13:36:59 | 9 | Q.  Okay.  Have you ever read the testimony of |
| 13:37:08 | 10 | Detective Lonergan when he gave testimony in the |
| 13:37:11 | 11 | criminal prosecution in what is called a Huntley |
| 13:37:15 | 12 | Hearing? |
| 13:37:15 | 13 | A.  No. |
| 13:37:15 | 14 | Q.  At the time, you didn't see that he testified |
| 13:37:18 | 15 | that he met with Mr. Ortiz? |
| 13:37:20 | 16 | MR. RUSS:  Your Honor, I object. |
| 13:37:21 | 17 | THE COURT:  Sustained. |
| 13:37:22 | 18 | Q.  Okay.  So turning to the P73 and going further |
| 13:37:29 | 19 | down, can you read for me what I have highlighted there? |
| 13:37:31 | 20 | A.  Do you want me to read?  I'm sorry. |
| 13:37:33 | 21 | Q.  Yes, please.  What is highlighted? |
| 13:37:35 | 22 | A.  "Through the interpreter, we asked Ortiz if he |
| 13:37:38 | 23 | had any direct knowledge of the murders at 879 Niagara, |
| 13:37:42 | 24 | he claimed that he did not.  He said that it was his |
| 13:37:45 | 25 | opinion that the Camacho brothers were killed because of |

A-2206

127

```
              1              M. VAUGHN - DX BY MR. FELLE

13:37:49     2   jealousy due to their drug selling."

13:37:52     3       Q.  And so based on that information, Mr. Ortiz was

13:37:56     4   not a suspect in the crime, correct?

13:37:58     5       A.  In my mind when we left that day, no, he was not.

13:38:03     6       Q.  And his opinion was nothing but maybe straight

13:38:09     7   knowledge, correct?

13:38:11     8       A.  It's what he offered to us.

13:38:13     9       Q.  In any event, Mr. Ortiz was not arrested at that

13:38:17    10   time, correct?

13:38:17    11       A.  No, sir.

13:38:18    12       Q.  Wasn't treated as a suspect at that time?

13:38:21    13       A.  No, sir.

13:38:21    14       Q.  And was he found to have any reliable information

13:38:24    15   about who the perpetrators of the crime were?

13:38:27    16       A.  Not at that time.

13:38:29    17       Q.  In fact, when you asked Mr. Ortiz who he was

13:38:31    18   afraid of, he gave you the name of his uncle, Reynaldo

13:38:37    19   Velasquez, didn't he?

13:38:38    20       A.  I'm not sure it was his uncle but he said he was

13:38:42    21   afraid of Mr. Velasquez.

13:38:43    22       Q.  And why did he say he was afraid of his uncle at

13:38:46    23   that time?

13:38:49    24       A.  He didn't really offer that, the why.

13:38:55    25       Q.  Did you find that Mr. Ortiz was upset,
```

A-2207

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | M. VAUGHN - DX BY MR. FELLE                            |
| 13:38:58 | 2  | disoriented at that time?                              |
| 13:39:01 | 3  | A.  Upset in what way?  I mean, he claimed -- he       |
| 13:39:04 | 4  | seemed to be worried about someone harming him.        |
| 13:39:09 | 5  | Q.  Correct.  So he was in fear, correct?             |
| 13:39:11 | 6  | A.  So he said, yes.                                   |
| 13:39:13 | 7  | Q.  And he was in fear that someone was trying to     |
| 13:39:16 | 8  | kill him and he even might have said it might be his   |
| 13:39:19 | 9  | uncle, and then he said he was afraid of them because he |
| 13:39:23 | 10 | had a shotgun.  Is that what he said?                 |
| 13:39:25 | 11 | A.  He did say that, yes.                              |
| 13:39:27 | 12 | Q.  And did you follow up on that?                    |
| 13:39:31 | 13 | A.  On why somebody may be threatening Mr. Ortiz?     |
| 13:39:34 | 14 | Q.  Correct.  He gave you a name of somebody who he   |
| 13:39:37 | 15 | felt was threatening to kill him with a shotgun?       |
| 13:39:40 | 16 | A.  No.  I did not follow up on that.                 |
| 13:39:42 | 17 | Q.  And is that because you didn't find it credible?  |
| 13:39:45 | 18 | A.  It wasn't the focus of my investigation.  My      |
| 13:39:49 | 19 | investigation was a murder of the Camacho brothers.    |
| 13:39:54 | 20 | Q.  Okay.  And when we look at the second to last     |
| 13:39:59 | 21 | full paragraph, you stated that Mr. Ortiz was definitely |
| 13:40:02 | 22 | upset at the time of the interview.  What did you mean |
| 13:40:05 | 23 | when you said definitely upset?                        |
| 13:40:08 | 24 | A.  Upset that he was continuously saying that        |
| 13:40:12 | 25 | somebody was out to harm him.                          |

1              M. VAUGHN - DX BY MR. FELLE

13:40:14   2      Q.   And upon leaving, after that interview of about

13:40:21   3   thirty minutes with four detectives, four officers,

13:40:25   4   right?  You, Lema, Lonergan, and Torres, all met with

13:40:29   5   him?

13:40:29   6      A.   Correct.

13:40:30   7      Q.   Upon leaving, you stated there that you gave him

13:40:34   8   your card with your names and phone numbers on it, and

13:40:36   9   asked that he call you if he had any further

13:40:39  10   information, correct?

13:40:40  11      A.   Yes.

13:40:41  12      Q.   And then he was turned back over to Buffalo

13:40:46  13   General for medical evaluation before he was released,

13:40:49  14   correct?

13:40:49  15      A.   Yes.

13:40:49  16      Q.   And so this whole interview took place at the

13:40:52  17   psych ward of the Buffalo General Hospital, correct?

13:40:54  18      A.   I'm not sure if it was in the psych ward itself.

13:40:57  19   They put us in a conference room off of the Emergency

13:41:01  20   Room.

13:41:01  21      Q.   Prior to going to Buffalo General Hospital, you

13:41:04  22   told us that this was your focus when you went to see

13:41:08  23   Mr. Ortiz of the investigation of the murders, correct?

13:41:10  24      A.   Yes.

13:41:11  25      Q.   And so before going to see Mr. Ortiz, did you

A-2209

130

| | | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:41:15 | 2 | pull the file? |
| 13:41:20 | 3 | A. Did I pull the file? |
| 13:41:22 | 4 | Q. Correct. |
| 13:41:22 | 5 | A. The file would have been out because that was our |
| 13:41:25 | 6 | most recent homicide at the time. |
| 13:41:27 | 7 | Q. So let me ask you this. When going to talk to |
| 13:41:30 | 8 | Mr. Ortiz, with what you said the focus was, whether he |
| 13:41:33 | 9 | was involved in the homicide of the Camacho brothers, |
| 13:41:37 | 10 | what information did you look at before you went to see |
| 13:41:39 | 11 | him and interview him? |
| 13:41:41 | 12 | A. I wouldn't -- none. I didn't look at anything. |
| 13:41:45 | 13 | Q. None. Well, let me ask you this, were you aware |
| 13:41:48 | 14 | that earlier that same day on the 15th of November, that |
| 13:41:54 | 15 | Detective Mark Lauber interviewed Mr. Ortiz? |
| 13:42:00 | 16 | A. No, I did not. |
| 13:42:01 | 17 | Q. Did you not see the P73s in the Buffalo Police |
| 13:42:05 | 18 | Department that he had seen Mr. Ortiz earlier that day |
| 13:42:08 | 19 | and he is the one that admitted him prior in the day to |
| 13:42:14 | 20 | going to Buffalo General Hospital? |
| 13:42:15 | 21 | A. I did not see that prior to going to the |
| 13:42:18 | 22 | hospital. |
| 13:42:19 | 23 | Q. Let me get this straight, Mark Lauber was a |
| 13:42:21 | 24 | member of your unit, correct? |
| 13:42:22 | 25 | A. Yes. |

A-2210

|   |   |
|---|---|
|  | 1 |

1           M. VAUGHN - DX BY MR. FELLE

13:42:23    2      Q.  And in November 15th of 2004, you and he were

13:42:26    3   colleagues, correct?

13:42:27    4      A.  We worked in the same unit but he worked a

13:42:30    5   different shift than I did.

13:42:31    6      Q.  But you all worked on the same cases, correct?

13:42:33    7      A.  The cases were there for anyone to work on,

13:42:36    8   correct.

13:42:42    9      Q.  So Detective Mark Lauber sees Mr. Ortiz the same

13:42:49   10   day you do earlier in the day and calls for an ambulance

13:42:52   11   and has him admitted to Buffalo General Hospital, you're

13:42:55   12   then called in to interview him at Buffalo General

13:42:58   13   Hospital.  Did you ever learn that that was the reason

13:43:01   14   Mr. Ortiz was there at the hospital?

13:43:03   15      A.  At the time I interviewed Mr. Ortiz, no.

13:43:06   16      Q.  And did you ever talk to Detective Lauber before

13:43:11   17   you interviewed Mr. Ortiz?

13:43:13   18      A.  No.

13:43:13   19      Q.  And so you had no knowledge at all of the contact

13:43:16   20   by another detective in the City of Buffalo, your unit,

13:43:20   21   your department, with specifically, Mr. Ortiz, before

13:43:24   22   you went in to see him based on this P73?

13:43:28   23      A.  To answer your question, no.

13:44:05   24           MR. FELLE:  All right.  Your Honor, I would

13:44:07   25   just like to publish this just to us at the time.

A-2211

132

| | |
|---|---|
| 1 | M. VAUGHN - DX BY MR. FELLE |
| 13:44:09  2 | THE COURT: Let's turn off the screens for |
| 13:44:11  3 | the jury, which I think Dawn is one step ahead of you. |
| 13:44:16  4 | THE CLERK: Trying. |
| 13:44:19  5 | Q. So now, Mr. Lauber, can be seen by you and I, |
| 13:44:31  6 | defense counsel and the Court, and I asked you |
| 13:44:31  7 | earlier -- |
| 13:44:33  8 | THE COURT: Is there an exhibit number for |
| 13:44:35  9 | this? |
| 13:44:36  10 | MR. FELLE: Under Plaintiff's Exhibit Number |
| 13:44:37  11 | 6. |
| 13:44:38  12 | THE COURT: So we'll call it 6A, all right? |
| 13:44:40  13 | MR. FELLE: Perfect, judge. |
| 13:44:52  14 | Q. Detective, similar to the questions that I asked |
| 13:44:55  15 | you earlier, is this a document that is prepared in the |
| 13:45:00  16 | normal course of operation by the detectives in the |
| 13:45:02  17 | Buffalo Police Department? |
| 13:45:02  18 | A. Yes, sir. |
| 13:45:03  19 | Q. And is this what we referenced earlier as a P73? |
| 13:45:06  20 | A. Yes. |
| 13:45:07  21 | Q. And does this P73 appear just as yours to be a |
| 13:45:12  22 | document that was prepared in the investigation of the |
| 13:45:14  23 | Camacho brother's murders? |
| 13:45:16  24 | A. Yes, sir. |
| 13:45:16  25 | Q. And does it appear to be in the same form it was |

A-2212

133

|   |   |
|---|---|
| 1 | M. VAUGHN - DX BY MR. FELLE |
| 13:45:19  2 | when it was placed in the file back in 2004? |
| 13:45:22  3 | A.  Yes. |
| 13:45:23  4 | MR. FELLE:  At this point, I would like to |
| 13:45:25  5 | move into evidence 6A. |
| 13:45:27  6 | THE COURT:  Any objection? |
| 13:45:27  7 | MR. RUSS:  No, Your Honor. |
| 13:45:28  8 | THE COURT:  All right.  Exhibit 6A will come |
| 13:45:31  9 | into evidence.  You can put it back up on the screen. |
| 13:45:36  10 | We can publish it to the jury if you want, Mr. Felle. |
| 13:45:41  11 | All right.  The jurors should have it up on their |
| 13:45:44  12 | screen. |
| 13:45:47  13 | Q.  Now, detective, excuse me, Mr. Vaughn, this P73 |
| 13:45:55  14 | was written by Detective Mark Lauber, correct? |
| 13:45:58  15 | A.  Yes. |
| 13:45:59  16 | Q.  And does it appear on the date and time that he |
| 13:46:02  17 | saw Mr. Ortiz that he was with Detective Sergeant Philip |
| 13:46:07  18 | Torres? |
| 13:46:08  19 | A.  Yes. |
| 13:46:09  20 | Q.  And we were talking about another police officer |
| 13:46:12  21 | by the name of Torres, two different people, correct? |
| 13:46:15  22 | A.  Yes. |
| 13:46:16  23 | Q.  And just to be clear for the record.  This |
| 13:46:19  24 | document reports that earlier -- earlier that same day |
| 13:46:23  25 | that you talked about seeing him, Mr. Ortiz at Buffalo |

A-2213

134

| | 1 | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:46:27 | 2 | General Hospital earlier that day that Mr. Ortiz jumped |
| 13:46:31 | 3 | into a police car and told Police Officer |
| 13:46:41 | 4 | Schenkenberger, he was afraid for his life, that people |
| 13:46:44 | 5 | were trying to kill him? |
| 13:46:48 | 6 | A.  Yes. |
| 13:46:48 | 7 | Q.  And you weren't aware of that at Buffalo General |
| 13:46:51 | 8 | Hospital? |
| 13:46:51 | 9 | A.  I was not. |
| 13:46:51 | 10 | Q.  And does it say that Officer Torres reacted as a |
| 13:46:57 | 11 | translator between, excuse me, Torres, actually an |
| 13:47:01 | 12 | Officer Rodriguez was a translator, does it say that at |
| 13:47:08 | 13 | the end of paragraph two? |
| 13:47:12 | 14 | A.  Officer Rodriguez, interpreter, yes. |
| 13:47:15 | 15 | Q.  Do you know Officer Rodriguez? |
| 13:47:17 | 16 | A.  I know who he is. |
| 13:47:18 | 17 | Q.  Was he a Buffalo Police Officer or was he a |
| 13:47:22 | 18 | detective? |
| 13:47:23 | 19 | A.  No, a patrolman. |
| 13:47:24 | 20 | Q.  And does it say in the third paragraph that Ortiz |
| 13:47:29 | 21 | told Detective Lauber that I know people were trying to |
| 13:47:36 | 22 | kill him because they thought he was involved in the |
| 13:47:39 | 23 | murders? |
| 13:47:39 | 24 | A.  Yes, it says that. |
| 13:47:42 | 25 | Q.  Does it state going down to the 4th paragraph |

A-2214

135

|  | 1 | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|
| 13:47:45 | 2 | that Ortiz stated he was scared and needed help? |
| 13:47:47 | 3 | A.  It says that. |
| 13:47:50 | 4 | Q.  And then based on his demeanor, does it also say |
| 13:47:55 | 5 | that Detective Lauber decided he needed medical and |
| 13:48:00 | 6 | psychiatric care? |
| 13:48:01 | 7 | A.  Yes. |
| 13:48:01 | 8 | Q.  And that he called an ambulance but Mr. Ortiz |
| 13:48:04 | 9 | voluntarily agreed to go, correct? |
| 13:48:06 | 10 | A.  It says that. |
| 13:48:07 | 11 | Q.  And with respect to this P73, there is no |
| 13:48:10 | 12 | indication that at any time Mr. Ortiz was violent, does |
| 13:48:13 | 13 | it? |
| 13:48:13 | 14 | A.  It does not. |
| 13:48:14 | 15 | Q.  And just to go back to your P73, when you saw him |
| 13:48:18 | 16 | and the 3 other officers, there is no indication he was |
| 13:48:20 | 17 | violent at all? |
| 13:48:21 | 18 | A.  He was not violent at all. |
| 13:48:22 | 19 | Q.  And that meeting you had with him was face to |
| 13:48:25 | 20 | face, correct? |
| 13:48:26 | 21 | A.  Yes. |
| 13:48:26 | 22 | Q.  You never handcuffed him, did you? |
| 13:48:28 | 23 | A.  Did not. |
| 13:48:29 | 24 | Q.  He was not restrained in any way? |
| 13:48:30 | 25 | A.  No. |

A-2215

136

                              M. VAUGHN - DX BY MR. FELLE

13:48:31    2        Q.   And he never acted out, correct?

13:48:33    3        A.   He did not.

13:48:38    4        Q.   And looking at the third paragraph of that P73 in

13:48:43    5   front of us, Exhibit 6A in evidence, do you see the last

13:48:47    6   full sentence where it starts he continued to state?

13:48:50    7        A.   Yes, sir.

13:48:51    8        Q.   Unknown persons were attempting to kill him.  Do

13:48:55    9   you see that?

13:48:55   10        A.   Yes.

13:48:55   11        Q.   And does it say then he couldn't articulate

13:48:59   12   anything more about that, right?

13:49:01   13        A.   It does say that, yes.

13:49:03   14        Q.   And is that somewhat similar to what he told you

13:49:08   15   later that day?

13:49:10   16        A.   Right.  He could not give us a real reason why

13:49:13   17   people were after him, in my interaction with Mr. Ortiz.

13:49:16   18        Q.   And that seems similar to the P73 from earlier

13:49:22   19   Detective Lauber?

13:49:24   20        A.   Similar, yes.

13:49:25   21        Q.   And did he seem to be disorganized, confused in

13:49:28   22   thought at that time?

13:49:29   23        A.   I don't know about Detective Lauber's interaction

13:49:33   24   with Mr. Ortiz, but when I interviewed him, he didn't

13:49:36   25   seem -- he didn't seem confused.  He clearly stated what

A-2216

137

|  | | M. VAUGHN - DX BY MR. FELLE |
|---|---|---|

13:49:40    2    he told us.

13:49:42    3        Q.   Okay.   But can you agree with me that Detective

13:49:46    4    Lauber made the decision that he needed psychiatric help

13:49:50    5    that is why he got an ambulance?

13:49:51    6        A.   That is what it says, yes.

13:49:54    7        Q.   And it was just later that day that you saw him?

13:49:57    8        A.   Yes.

13:49:57    9        Q.   And what time of the day was this P73 written,

13:50:01   10    does it say?

13:50:02   11        A.   Mr. Lauber was 11:05 hours, which could have been

13:50:05   12    11:05 a.m.

13:50:06   13        Q.   And yours was 6:30?

13:50:08   14        A.   Mine was.

13:50:09   15        Q.   4:30, excuse me.

13:50:11   16        A.   Yes.

13:50:12   17        Q.   So roughly five hours later?

13:50:14   18        A.   Yes.

13:50:14   19        Q.   And just to be perfectly clear, before you saw

13:50:18   20    Mr. Ortiz and this jury that you never saw this P73?

13:50:22   21        A.   I don't know if this document would have been

13:50:24   22    prepared at this time.

13:50:26   23        Q.   In any event, you had no knowledge of this,

13:50:28   24    correct?

13:50:29   25        A.   I did not.

A-2217

138

|  | M. VAUGHN - DX BY MR. FELLE |
|---|---|

13:50:42  2  Q.  The next document that has been marked into

13:50:45  3  evidence is 408.  I want to publish that.  This is your

13:50:49  4  next involvement with Mr. Ortiz, correct?

13:50:52  5  A.  Yes.

13:50:53  6  Q.  And we talked to you earlier, you only had two

13:50:56  7  involvements, the first we talked about and this is the

13:50:59  8  second, correct?

13:51:00  9  A.  Yes.

13:51:00  10  Q.  And when you became in involved on November 17th

13:51:03  11  of 2004, were you aware that Mr. Ortiz had been arrested

13:51:07  12  for those murders?

13:51:14  13  A.  I don't really recall a timeframe.

13:51:21  14  Q.  So in any event, the P73 in front of us, Exhibit

13:51:26  15  408, documents that you, Detective Lonergan, Detective

13:51:33  16  Lema again, went to an apartment at 19 Hoyt Street,

13:51:37  17  based on a signed permission search from Mr. Ortiz,

13:51:40  18  correct?

13:51:40  19  A.  Yes.

13:51:41  20  Q.  What does that mean?  Does that mean Mr. Ortiz

13:51:44  21  agreed?

13:51:44  22  A.  It does.

13:51:45  23  Q.  And he gave you permission to go to his apartment

13:51:48  24  and search it?

13:51:49  25  A.  Yes.

A-2218

139

|  | M. VAUGHN - DX BY MR. FELLE |
|---|---|
| 13:51:50 2 | Q.  You and two other experienced detectives went |
| 13:51:53 3 | there and searched the entire apartment, correct? |
| 13:51:55 4 | A.  Yes. |
| 13:51:57 5 | Q.  And the third paragraph of your P73, can you tell |
| 13:52:02 6 | us what you stated? |
| 13:52:03 7 | A.  "There was nothing of evidentiary nature at this |
| 13:52:07 8 | apartment." |
| 13:52:08 9 | Q.  You secured the apartment and left at 3:50 in the |
| 13:52:14 10 | morning, correct? |
| 13:52:15 11 | A.  Yes. |
| 13:52:16 12 | Q.  And at that point, were you aware that Mr. Ortiz |
| 13:52:19 13 | was being detained? |
| 13:52:20 14 | A.  Again, I don't recall. |
| 13:52:27 15 | Q.  Let me ask you this, so Detective Lonergan is in |
| 13:52:31 16 | the car with you, correct? |
| 13:52:32 17 | A.  No. |
| 13:52:33 18 | Q.  Did he meet you there? |
| 13:52:34 19 | A.  He would have met us there, yes. |
| 13:52:36 20 | Q.  And did Detective Lonergan tell you that he was |
| 13:52:40 21 | just involved or had been made aware by Stambach that |
| 13:52:45 22 | Ortiz had confessed to that crime? |
| 13:52:51 23 | A.  Again, I just don't recall. |
| 13:52:55 24 | Q.  Okay.  So the second and last time that you had |
| 13:52:58 25 | any involvement in the arrest and incarceration of Mr. |

A-2219

140

| | |
|---|---|
| 1 | M. VAUGHN - CX BY MR. RUSS |
| 13:53:03  2 | Ortiz was on November 17th, you went to his apartment |
| 13:53:07  3 | based on his permission and searched his house and found |
| 13:53:12  4 | nothing of an evidentiary nature, correct? |
| 13:53:15  5 | A.   There was nothing at 19 Hoyt Street. |
| 13:53:18  6 | Q.   And at that point to your knowledge, you and the |
| 13:53:21  7 | other two, you had nothing to corroborate his |
| 13:53:26  8 | involvement and the murders of the Camacho brothers, |
| 13:53:29  9 | correct? |
| 13:53:29  10 | A.   Personally, no, I did not. |
| 13:53:31  11 | Q.   I think that is all I have, Your Honor. |
| 13:53:33  12 | THE COURT:  Thank you, Mr. Felle. |
| 13:53:34  13 | Cross-examination, Mr. Russ? |
| 13:53:36  14 | MR. RUSS:  Thank you, Your Honor. |
| 13:53:37  15 | CROSS-EXAMINATION BY MR. RUSS: |
| 13:53:50  16 | Q.   Detective, you told the jury that you retired |
| 13:53:52  17 | from the BPD in 2009? |
| 13:53:55  18 | A.   Correct. |
| 13:53:55  19 | Q.   But you're still working, aren't you? |
| 13:53:57  20 | A.   Yes. |
| 13:53:57  21 | Q.   Tell the jury what you are doing now? |
| 13:54:00  22 | A.   I'm the senior investigator at the Erie County |
| 13:54:02  23 | District Attorney's Office in Buffalo. |
| 13:54:04  24 | Q.   Is a senior investigator functionally equivalent |
| 13:54:08  25 | to a detective? |

A-2220

|  |  |  |
|--|--|--|
| | 1 | M. VAUGHN - CX BY MR. RUSS |
| 13:54:09 | 2 | A.  Yes. |
| 13:54:12 | 3 | Q.  And can you just give the jury a sense of your -- |
| 13:54:18 | 4 | THE COURT:  Mr. Felle, please put your mask |
| 13:54:19 | 5 | on. |
| 13:54:20 | 6 | MR. FELLE:  Oh. |
| 13:54:22 | 7 | MR. RUSS:  Thank you.  Detective, can you |
| 13:54:24 | 8 | just give the jury a sentence of your entire career? |
| 13:54:27 | 9 | When did you start?  What did you do? |
| 13:54:28 | 10 | A.  I started with the Buffalo Police Department in |
| 13:54:32 | 11 | 1983.  I was a patrolman for the first six and a half |
| 13:54:37 | 12 | years.  I was appointed a detective in 1990.  Worked in |
| 13:54:43 | 13 | the Narcotics Unit for a few years.  I went to a unit, a |
| 13:54:47 | 14 | newly formed unit that was called the Major Case Squad. |
| 13:54:51 | 15 | From the Major Case Squad, I went to the Stand-Alone |
| 13:54:56 | 16 | Homicide Unit.  While I was in the Stand-Alone Homicide |
| 13:54:59 | 17 | Unit, they merged the Major Case Squad and the Homicide |
| 13:55:02 | 18 | Squad into what was then called the Major Crimes Unit. |
| 13:55:05 | 19 | I was there for approximately 10 years and then they |
| 13:55:10 | 20 | went back during my tenure there to the Stand-Alone |
| 13:55:14 | 21 | Homicide Unit.  I retired from there in 2009 to take a |
| 13:55:18 | 22 | position with the Erie County District Attorney's |
| 13:55:22 | 23 | Office. |
| 13:55:22 | 24 | Q.  So of your roughly 26 years with the Buffalo |
| 13:55:26 | 25 | Police Department, how long did you work as a detective |

A-2221

142

|  |  |
|---|---|
| 1 | M. VAUGHN - CX BY MR. RUSS |
| 13:55:30 2 | as opposed to a patrolman? |
| 13:55:33 3 | A.  19 years. |
| 13:55:35 4 | Q.  And since 2009, have you been a detective with |
| 13:55:39 5 | the Erie County District Attorney's Office? |
| 13:55:41 6 | A.  Yes, sir, I have. |
| 13:55:43 7 | Q.  So, my math isn't great, but how long have you |
| 13:55:49 8 | been a detective overall in both places? |
| 13:55:52 9 | A.  32 years, 33 years. |
| 13:55:56 10 | Q.  And still on a daily basis, you're working as a |
| 13:56:00 11 | detective, correct? |
| 13:56:01 12 | A.  I am. |
| 13:56:16 13 | Q.  During your direct examination, Mr. Felle showed |
| 13:56:21 14 | you Exhibit 402, that is your November 15th, 2004 P73. |
| 13:56:29 15 | Do you remember that? |
| 13:56:31 16 | A.  Yes. |
| 13:56:45 17 | THE CLERK:  Just a second. |
| 13:56:46 18 | THE COURT:  It's showing now.  It should be |
| 13:56:48 19 | in front of all of the jurors. |
| 13:56:49 20 | Q.  And Mr. Felle had you read certain portions of |
| 13:56:51 21 | that to the jury; isn't that right? |
| 13:56:53 22 | A.  Correct. |
| 13:56:54 23 | Q.  And you did read certain portions. |
| 13:56:56 24 | A.  I do. |
| 13:56:56 25 | Q.  But there are other portions of that document |

A-2222

143

```
                    1              M. VAUGHN - CX BY MR. RUSS
13:56:58       2    that you did not read out loud, aren't there?
13:57:01       3        A.  Yes.
13:57:01       4        Q.  I'd ask you to read to the jury the last
13:57:08       5    paragraph on the page on the screen, beginning with
13:57:12       6    "Ortiz knew."
13:57:13       7        A.  "Ortiz knew the deceased Camacho brothers.  They
13:57:18       8    were members of a cocaine ring that was headed up by
13:57:22       9    Josue and Jose Caranzo, phonetically spelled.  Ortiz was
13:57:28      10    also a member of this ring.  The Caranzo brothers rented
13:57:33      11    an apartment in Ortiz's name at 142 Jermaine Upper.
13:57:38      12    Ortiz lived there until moving to 19 Hoyt.  Ortiz claims
13:57:45      13    the" -- "Ortiz claims that Caranzo brothers stored large
13:57:56      14    quantities of cocaine at the Jermaine address.  The
13:58:00      15    Caranzo's also had an apartment at 46 Blum."
13:58:07      16        Q.  Thank you.  When you were asked on your direct
13:58:11      17    testimony about executing a search warrant on November
13:58:16      18    17th, that wasn't for the Jermaine --
13:58:17      19             MR. FELLE:  Objection, Your Honor.  It
13:58:17      20    wasn't a search warrant, it was a permission.
13:58:19      21             MR. RUSS:  You're right.  I strike that,
13:58:21      22    Your Honor.  I rephrase.
13:58:22      23             THE COURT:  Okay.
13:58:22      24        Q.  On November 17th, 2004, when you followed up on
13:58:26      25    the permission given to you by Mr. Ortiz to inspect his
```

A-2223

144

|   |   |
|---|---|
| | 1 | M. VAUGHN - CX BY MR. RUSS |
| 13:58:32 | 2 | apartment, that was at 19 Hoyt Street in Buffalo? |
| 13:58:41 | 3 | A.  Yes, sir. |
| 13:58:41 | 4 | Q.  It was not at 142 Jermaine Street, correct? |
| 13:58:47 | 5 | A.  No, it was not. |
| 13:59:01 | 6 | Q.  Now, you were asked some questions about your |
| 13:59:03 | 7 | interview of Mr. Ortiz at the Buffalo General Hospital. |
| 13:59:08 | 8 | Do you remember that? |
| 13:59:08 | 9 | A.  Yes. |
| 13:59:09 | 10 | Q.  And you said that Mr. Ortiz did not seem |
| 13:59:15 | 11 | confused.  Do you recall that? |
| 13:59:17 | 12 | A.  What I was trying to get to was being at a |
| 13:59:24 | 13 | psychiatric unit, one can assume that someone may be |
| 13:59:28 | 14 | having some kind of episode.  I didn't find that.  Mr. |
| 13:59:33 | 15 | Ortiz wasn't very clear about who was trying to kill |
| 13:59:38 | 16 | him, but it wasn't in any kind of manic state, he was |
| 13:59:42 | 17 | telling us what at the time I thought he knew. |
| 13:59:46 | 18 | Q.  And over the years, for 30 plus years as a |
| 13:59:52 | 19 | detective, you've had occasion to see suspects who were |
| 13:59:56 | 20 | in a manic state as you said? |
| 13:59:59 | 21 | A.  Yes, sir. |
| 14:00:00 | 22 | MR. FELLE:  Objection, Your Honor. |
| 14:00:01 | 23 | THE COURT:  Overruled. |
| 14:00:01 | 24 | Q.  And based upon your judgment, November 15th, |
| 14:00:07 | 25 | 2004, Mr. Ortiz was not in a manic state? |

A-2224

145

|  |  |
|---|---|
| | 1 |

M. VAUGHN - CX BY MR. RUSS

14:00:11  2      A.  In my opinion, no.

14:00:16  3           THE COURT:  Just to be clear, you're not

14:00:17  4  giving a medical opinion, correct?

14:00:20  5           THE WITNESS:  No, I am not.

14:00:21  6      Q.  Did you have any trouble understanding him?

14:00:23  7      A.  No, sir.

14:00:24  8      Q.  Did Officer Torres appear to have any difficulty

14:00:30  9  understanding him?

14:00:32  10     A.  It didn't appear.

14:00:33  11          MR. FELLE:  Objection, Your Honor.  Calls

14:00:34  12  for speculation.

14:00:35  13          THE COURT:  The question was, did Officer

14:00:39  14  Torres who was doing the translation, right?

14:00:41  15          THE WITNESS:  Yes.

14:00:42  16          THE COURT:  Did he appear to have any

14:00:45  17  trouble understanding him?  You can testify what Officer

14:00:48  18  Torres appeared in terms of who understanding of Mr.

14:00:50  19  Ortiz.  So overruled.  Go ahead.

14:00:54  20     A.  Officer Ortiz, never relay that he was having a

14:00:57  21  problem.

14:00:57  22          THE COURT:  You said Officer Ortiz.  You

14:00:59  23  mean, Officer Torres?

14:01:01  24     A.  Officer Torres.

14:01:02  25          THE COURT:  You said Officer Ortiz.

A-2225

146

| | |
|---|---|
| 1 | M. VAUGHN - CX BY MR. RUSS |
| 14:01:03 2 | A. It appears they were having a conversation and he |
| 14:01:06 3 | was understanding what Mr. Ortiz was telling him. |
| 14:01:09 4 | Q. Okay. Thank you. On November 15th, 2004, while |
| 14:01:15 5 | you were interviewing Mr. Ortiz, did you have any |
| 14:01:19 6 | concern that the information he was giving you was |
| 14:01:25 7 | somehow flawed or confused? |
| 14:01:31 8 | A. At the time, I didn't know a lot about the case. |
| 14:01:36 9 | It was just a matter, it's more, the beginning of a |
| 14:01:40 10 | homicide case, it's like a fact finding. I was told |
| 14:01:43 11 | someone had information, I went and interviewed that |
| 14:01:46 12 | person. And then that is what I did. |
| 14:01:48 13 | Q. At that point in time, did you have any reason to |
| 14:01:51 14 | dispute the information that he gave you? |
| 14:01:53 15 | A. I did not. |
| 14:01:55 16 | MR. RUSS: Thank you, Your Honor. |
| 14:01:55 17 | THE COURT: Thank you, Mr. Russ. Any |
| 14:01:58 18 | redirect, Mr. Felle? |
| 14:02:01 19 | MR. FELLE: Please, Your Honor. |
| 14:02:06 20 | REDIRECT EXAMINATION BY MR. FELLE: |
| 14:02:07 21 | Q. Mr. Vaughn, you were asked by Mr. Russ how many |
| 14:02:12 22 | years in total you've been a detective, do you recall |
| 14:02:15 23 | what your answer was? |
| 14:02:16 24 | A. I believe I said 33. |
| 14:02:16 25 | Q. 33 years? |

A-2226

147

|  |  |  |
|---|---|---|
|  | 1 | M. VAUGHN - CX BY MR. RUSS |
| 14:02:17 | 2 | A.  That is with the time at the District Attorney's |
| 14:02:20 | 3 | Office. |
| 14:02:20 | 4 | Q.  And you worked -- of those 33 years, you worked |
| 14:02:24 | 5 | at the Buffalo Police Department along with Mr. |
| 14:02:33 | 6 | Stambach, correct? |
| 14:02:33 | 7 | A.  No, I didn't work with Mark my entire -- I became |
| 14:02:37 | 8 | a detective in 1990.  Went to the Narcotics Squad and |
| 14:02:40 | 9 | worked there six or seven years.  Mr. Stambach was in |
| 14:02:45 | 10 | homicide at the time, a totally different unit.  I went |
| 14:02:48 | 11 | to the Major Case Squad for two years.  Mr. Stambach was |
| 14:02:51 | 12 | still in homicide.  I then was transferred to the |
| 14:02:57 | 13 | Homicide Unit where I became a coworker of Mr. Stambach. |
| 14:03:00 | 14 | Q.  And I think you said you were a detective for |
| 14:03:03 | 15 | about 19 years? |
| 14:03:03 | 16 | A.  With Buffalo PD, yes. |
| 14:03:05 | 17 | Q.  And if we subtract the ten years, nine years you |
| 14:03:09 | 18 | worked with Mr. Stambach? |
| 14:03:11 | 19 | A.  Yes. |
| 14:03:11 | 20 | Q.  And then you continue to work with him now as a |
| 14:03:15 | 21 | detective in your current role, correct? |
| 14:03:18 | 22 | A.  I'm actually now his supervisor at the Erie |
| 14:03:21 | 23 | County District Attorney's Office. |
| 14:03:21 | 24 | Q.  And you continue to work together? |
| 14:03:23 | 25 | A.  We do. |

A-2227

148

| | | |
|---|---|---|
| | 1 | M. VAUGHN - CX BY MR. RUSS |
| 14:03:24 | 2 | Q.  So for much of your career, you worked with Mr. |
| 14:03:33 | 3 | Stambach? |
| 14:03:33 | 4 | A.  Yes. |
| 14:03:33 | 5 | Q.  And do you recall he is on trial? |
| 14:03:35 | 6 | A.  I do. |
| 14:03:35 | 7 | Q.  He is your friend, correct? |
| 14:03:37 | 8 | A.  He is a coworker. |
| 14:03:38 | 9 | Q.  You mean to tell me all of the time you worked |
| 14:03:42 | 10 | with him, he is not your friend? |
| 14:03:43 | 11 | A.  I have friends and I have coworkers. |
| 14:03:46 | 12 | Q.  And you understand that he is a defendant in the |
| 14:03:48 | 13 | case? |
| 14:03:48 | 14 | A.  Yes. |
| 14:03:48 | 15 | Q.  And you understood that when you came here today |
| 14:03:50 | 16 | to give testimony? |
| 14:03:51 | 17 | A.  Certainly. |
| 14:03:51 | 18 | MR. FELLE:  That's all I have. |
| 14:03:52 | 19 | THE COURT:  Any further cross? |
| 14:03:54 | 20 | MR. RUSS:  Nothing further, Your Honor. |
| 14:03:56 | 21 | THE COURT:  Thank you very much, sir.  You |
| 14:03:57 | 22 | can put your mask back on and step down. |
| 14:04:14 | 23 | Who is next, Mr. Felle? |
| 14:04:15 | 24 | MR. FELLE:  We'll continue out of order, but |
| 14:04:18 | 25 | we'll, Mr. Lonergan who is out in the hallway. |

A-2228

149

|  | 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:04:22 | 2 | THE COURT:  Let's have Mr. Lonergan come in. |
| 14:04:45 | 3 | Come on in, sir.  Come up to the bench and |
| 14:04:49 | 4 | we'll place you under oath before you take the witness |
| 14:04:52 | 5 | stand.  Keep walking but stop when you get to the bench. |
| 14:04:55 | 6 | All right. |
| 14:04:57 | 7 | **(JAMES LONERGAN WAS CALLED TO THE WITNESS STAND AND** |
| 14:04:57 | 8 | **SWORN.)** |
| 14:05:08 | 9 | THE COURT:  You're going to walk right |
| 14:05:10 | 10 | around there and go to the witness stand.  Once you're |
| 14:05:19 | 11 | seated, sir, you may remove your mask. |
| 14:05:21 | 12 | THE WITNESS:  Thank you. |
| 14:05:22 | 13 | THE COURT:  And to let you know, that |
| 14:05:24 | 14 | microphone can move, the base of it. |
| 14:05:26 | 15 | THE WITNESS:  Okay. |
| 14:05:27 | 16 | THE COURT:  And could you please state your |
| 14:05:29 | 17 | first name and spell your last name for the court |
| 14:05:29 | 18 | reporter. |
| 14:05:31 | 19 | THE WITNESS:  James Lonergan, |
| 14:05:36 | 20 | L-O-N-E-R-G-A-N. |
| 14:05:37 | 21 | THE COURT:  Sir, my name is Judge Wolford. |
| 14:05:40 | 22 | THE WITNESS:  Good afternoon. |
| 14:05:41 | 23 | THE COURT:  Good afternoon.  I have |
| 14:05:43 | 24 | instructions for you before we get started.  First of |
| 14:05:45 | 25 | all, the reason you're here is to testify for the |

A-2229

|  |  |  |
|---|---|---|
|  | 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:05:48 | 2 | benefit of the Ladies and Gentlemen of the Jury so try |
| 14:05:49 | 3 | and direct your answers towards them. |
| 14:05:51 | 4 | THE WITNESS:  Certainly. |
| 14:05:52 | 5 | THE COURT:  Only answer the questions that |
| 14:05:54 | 6 | you're asked.  Don't volunteer information.  Listen to |
| 14:05:57 | 7 | the attorney's question.  If you don't understand it, |
| 14:05:58 | 8 | let the attorney know.  If there is an objection, you |
| 14:06:01 | 9 | need to wait until I rule on the objection and I'll let |
| 14:06:04 | 10 | you know whether or not you can answer it.  And speak |
| 14:06:07 | 11 | slowly and clearly and make sure you speak into the |
| 14:06:10 | 12 | microphone so that everybody can hear you and so my |
| 14:06:13 | 13 | court reporter can take down your testimony.  Do you |
| 14:06:13 | 14 | understand? |
| 14:06:13 | 15 | THE WITNESS:  Yes, Your Honor. |
| 14:06:17 | 16 | THE COURT:  Thank you.  You can proceed |
| 14:06:18 | 17 | whenever you're ready, Mr. Felle. |
| 14:06:21 | 18 | MR. FELLE:  Thank you, Your Honor. |
| 14:06:22 | 19 | DIRECT EXAMINATION BY MR. FELLE: |
| 14:06:23 | 20 | Q.  Good afternoon, Mr. Lonergan.  How are you? |
| 14:06:28 | 21 | A.  Good afternoon, sir. |
| 14:06:29 | 22 | Q.  How are you doing today? |
| 14:06:30 | 23 | A.  I'm doing okay today.  Thank you.  How are you |
| 14:06:34 | 24 | doing? |
| 14:06:34 | 25 | Q.  I'm rolling with the punches.  Thanks for asking. |

A-2230

151

| | | |
|---|---|---|
| | 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:06:38 | 2 | A.  You look good. |
| 14:06:39 | 3 | Q.  Mr. Lonergan, we're here today to ask you |
| 14:06:41 | 4 | questions about your involvement in the investigation of |
| 14:06:43 | 5 | Nelson and Miguel Camacho back in 2004.  Do you recall |
| 14:06:49 | 6 | that? |
| 14:06:49 | 7 | A.  Yes, sir. |
| 14:06:50 | 8 | Q.  And at that time, were you a Sergeant in the |
| 14:06:52 | 9 | Major Crimes Unit? |
| 14:06:54 | 10 | A.  Yes, I was. |
| 14:06:55 | 11 | Q.  And prior to today, we had issued a subpoena.  It |
| 14:07:01 | 12 | was actually signed by a judge to obtain your statement |
| 14:07:05 | 13 | but you were unavailable, I believe you were ill.  Are |
| 14:07:07 | 14 | you doing better now? |
| 14:07:08 | 15 | A.  Yes.  I had health issues a while back, yes. |
| 14:07:11 | 16 | Q.  And so you and I have never met in this case, |
| 14:07:14 | 17 | correct? |
| 14:07:14 | 18 | A.  That's correct. |
| 14:07:15 | 19 | Q.  And I think just before this trial we were told |
| 14:07:18 | 20 | you were available.  But let me ask you this.  Do you |
| 14:07:21 | 21 | recall giving sworn testimony back in 2005 at a Huntley |
| 14:07:24 | 22 | Hearing? |
| 14:07:25 | 23 | A.  I do. |
| 14:07:25 | 24 | Q.  And was that in front of a Judge Forma of Erie |
| 14:07:29 | 25 | County, a judge there? |

A-2231

152

|  | | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|
| 14:07:30 | 2 | A. I don't recall the judge's name to be honest. |
| 14:07:34 | 3 | Q. Do you recall it being involving Mr. Ortiz? |
| 14:07:37 | 4 | A. Oh, yes. Yes. |
| 14:07:38 | 5 | Q. And certainly when you took the stand that day, |
| 14:07:42 | 6 | you were sworn to tell the truth, correct? |
| 14:07:44 | 7 | A. Yes, I was. |
| 14:07:45 | 8 | Q. Just like today, correct? |
| 14:07:46 | 9 | A. That's correct. |
| 14:07:47 | 10 | Q. And you certainly would have told the truth then, |
| 14:07:49 | 11 | correct? |
| 14:07:50 | 12 | A. Yes. |
| 14:07:54 | 13 | Q. Other than that testimony that you gave in front |
| 14:07:57 | 14 | of Judge Forma back in 2005, that was August 30th of |
| 14:08:03 | 15 | 2005, have you given any other testimony in this case? |
| 14:08:08 | 16 | A. Not that I can recall, no. |
| 14:08:10 | 17 | Q. Sir, how long were you employed with the Buffalo |
| 14:08:13 | 18 | Police Department? |
| 14:08:13 | 19 | A. I'm sorry? |
| 14:08:14 | 20 | Q. How long were you employed with the Buffalo |
| 14:08:16 | 21 | Police Department? |
| 14:08:16 | 22 | A. 42 years. |
| 14:08:18 | 23 | Q. And for how long of those 42 years were you a |
| 14:08:22 | 24 | detective? |
| 14:08:23 | 25 | A. Maybe 20, I believe. 20, 25 years. |

A-2232

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | J. LONERGAN - DX BY MR. FELLE                            |
| 14:08:32 | 2  | Q.  And back in November of 2004, were you the           |
| 14:08:36 | 3  | supervisor to Detective Mark Stambach?                   |
| 14:08:40 | 4  | A.  Yes.                                                 |
| 14:08:41 | 5  | Q.  And were you also the supervisor to Detective        |
| 14:08:45 | 6  | Mark Vaughn?                                             |
| 14:08:46 | 7  | A.  Yes.                                                 |
| 14:08:47 | 8  | Q.  Were you the supervisor to Detective Mark Lauber?   |
| 14:08:52 | 9  | A.  Yes.                                                 |
| 14:08:52 | 10 | Q.  Lot of Marks there?                                  |
| 14:08:54 | 11 | A.  Yes.                                                 |
| 14:08:54 | 12 | Q.  All 3 Marks.                                         |
| 14:08:55 | 13 | A.  Yes.                                                 |
| 14:08:56 | 14 | Q.  And was there a period of time in November of       |
| 14:09:02 | 15 | 2004 and thereabouts where the homicide was dissolved   |
| 14:09:05 | 16 | and it became part of the Major Crimes Unit?            |
| 14:09:08 | 17 | A.  Yes, sir.                                            |
| 14:09:09 | 18 | Q.  And that was at this timeframe, correct?            |
| 14:09:11 | 19 | A.  Yes.                                                 |
| 14:09:11 | 20 | Q.  And how long was that for when you were merged      |
| 14:09:16 | 21 | into the Major Crimes Unit?                              |
| 14:09:18 | 22 | A.  I don't recall exactly.  Several years.             |
| 14:09:52 | 23 | Q.  Mr. Lonergan, I asked you a question about how      |
| 14:09:55 | 24 | long the Major Crime Unit had brought into itself, the  |
| 14:09:58 | 25 | homicide bureau and I asked, do you recall how long that |

A-2233

154

|       |    | J. LONERGAN - DX BY MR. FELLE |
|-------|----|---|
| 14:10:02 | 2 | was? |
| 14:10:02 | 3 | A.  No, sir. |
| 14:10:02 | 4 | Q.  You don't.  Okay.  So when you said seven years, |
| 14:10:07 | 5 | you don't know, right? |
| 14:10:08 | 6 | A.  No, I don't. |
| 14:10:09 | 7 | Q.  Would it refresh your memory if I were to show |
| 14:10:12 | 8 | you your testimony from when you testified in front of |
| 14:10:15 | 9 | Judge Forma back in August of 30th of 2005? |
| 14:10:19 | 10 | A.  Refresh in regards to what? |
| 14:10:22 | 11 | Q.  How long that was? |
| 14:10:22 | 12 | A.  Oh, okay.  Yes, sir. |
| 14:10:25 | 13 | Q.  Okay.  Referring to Exhibit 5, Plaintiff's |
| 14:10:28 | 14 | Exhibit 5.  And in particular, page 20. |
| 14:11:15 | 15 | THE COURT:  The initial question was, how |
| 14:11:16 | 16 | long was that for when you were merged into the Major |
| 14:11:22 | 17 | Crimes Unit?  Did you originally testify several years |
| 14:11:26 | 18 | or seven years? |
| 14:11:28 | 19 | A.  I thought for several years.  I'm not sure of the |
| 14:11:30 | 20 | number. |
| 14:11:30 | 21 | THE COURT:  And then you asked the question |
| 14:11:33 | 22 | Mr. Felle when you said -- you said -- so you said seven |
| 14:11:36 | 23 | years, you don't know, and he said I don't know.  So I |
| 14:11:39 | 24 | think he originally said several years. |
| 14:11:42 | 25 | THE WITNESS:  That's correct. |

A-2234

155

| | |
|---|---|
| | 1    J. LONERGAN - DX BY MR. FELLE |
| 14:11:42 | 2    MR. FELLE:  Thank you so much for that |
| 14:11:46 | 3    clarification. |
| 14:11:46 | 4    Mr. Lonergan, just before you testified, Mr. |
| 14:11:50 | 5    Vaughn was up on the stand, and he recall -- |
| 14:11:54 | 6    MR. RUSS:  Your Honor, I object, as to what |
| 14:11:56 | 7    the other witness said. |
| 14:11:57 | 8    THE COURT:  Sustained. |
| 14:11:58 | 9    Q.  You don't know? |
| 14:11:59 | 10   A.  I don't recall, correct. |
| 14:12:01 | 11   Q.  But there was a period of time that the homicide |
| 14:12:03 | 12   bureau was merged into the Major Crimes Unit? |
| 14:12:06 | 13   A.  That is correct. |
| 14:12:07 | 14   Q.  Do you recall why that was? |
| 14:12:08 | 15   A.  They wanted the Homicide Unit to also investigate |
| 14:12:15 | 16   shootings, robberies, you know, serious assaults, they |
| 14:12:21 | 17   were combining to take some load off of the district |
| 14:12:28 | 18   detectives. |
| 14:12:29 | 19   THE COURT:  Can you move the microphone |
| 14:12:31 | 20   closer to you?  You can sit back.  The microphone moves |
| 14:12:35 | 21   too. |
| 14:12:35 | 22   THE WITNESS:  You're welcome. |
| 14:12:38 | 23   THE COURT:  Thanks. |
| 14:12:38 | 24   Q.  So does that mean there would be more work for |
| 14:12:41 | 25   the homicide detectives? |

A-2235

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | J. LONERGAN - DX BY MR. FELLE                          |
| 14:12:42 | 2  | A.   Absolutely.                                       |
| 14:12:43 | 3  | Q.   And when you say they, who are they, who caused   |
| 14:12:46 | 4  | that to be the case?                                   |
| 14:12:47 | 5  | A.   The Commissioner and probably also the chief of   |
| 14:12:52 | 6  | detectives.                                            |
| 14:12:54 | 7  | Q.   Was there any decision by the Common Council, the |
| 14:13:01 | 8  | Mayor's Office to do that?                             |
| 14:13:02 | 9  | A.   I don't believe so.                               |
| 14:13:04 | 10 | Q.   As a Sergeant in the Homicide Unit, were you      |
| 14:13:07 | 11 | opposed to that?                                       |
| 14:13:08 | 12 | A.   Was I what?                                        |
| 14:13:09 | 13 | Q.   Opposed?                                           |
| 14:13:10 | 14 | A.   No.                                                |
| 14:13:11 | 15 | Q.   Did you agree with it?                             |
| 14:13:12 | 16 | A.   I didn't like it, but I agreed with it.           |
| 14:13:15 | 17 | Q.   And just so we're clear, that was the case during |
| 14:13:19 | 18 | the time that the investigation into the Camacho       |
| 14:13:22 | 19 | brother's murders was going on, correct?               |
| 14:13:24 | 20 | A.   Yes.                                               |
| 14:13:25 | 21 | Q.   Is that also the time that my client was          |
| 14:13:27 | 22 | arrested, correct?                                      |
| 14:13:27 | 23 | A.   Correct.                                           |
| 14:13:28 | 24 | Q.   And there was a point in time when that changed   |
| 14:13:31 | 25 | back and the homicide bureau became its own department,|

A-2236

|   | J. LONERGAN - DX BY MR. FELLE |
|---|---|
| 14:13:34 | 2 correct? |
| 14:13:35 | 3     A.   That's correct. |
| 14:13:35 | 4     Q.   And they were no longer merged with Major Crimes |
| 14:13:39 | 5 Unit? |
| 14:13:39 | 6     A.   Correct. |
| 14:13:40 | 7     Q.   Do you recall how long after this investigation |
| 14:13:42 | 8 was? |
| 14:13:42 | 9     A.   I don't, no.  I do not. |
| 14:13:48 | 10     Q.   As a detective in the Buffalo Police Department, |
| 14:13:51 | 11 are you familiar with a Policies and Procedures Manual? |
| 14:13:55 | 12     A.   Pretty much so I would say. |
| 14:14:00 | 13     Q.   And before taking the position, you would have |
| 14:14:03 | 14 had to swear an oath, correct? |
| 14:14:07 | 15     A.   To be a police officer, yes. |
| 14:14:10 | 16     Q.   Correct.  And, sir, I'd like to approach and show |
| 14:14:20 | 17 you a document that has been marked as Exhibit 1. |
| 14:14:24 | 18     A.   Okay.  Thank you. |
| 14:14:31 | 19     Q.   Does the base sheet state that that is a document |
| 14:14:33 | 20 from the Buffalo Police Department?  Sir, does the base |
| 14:14:41 | 21 sheet page state the Buffalo Police Department? |
| 14:14:45 | 22          THE COURT:  Mr. Felle, please ask your |
| 14:14:48 | 23 questions from the podium.  Thank you. |
| 14:14:49 | 24     A.   Department of Law, City of Buffalo, correct. |
| 14:14:51 | 25     Q.   And do those appear to be the Policies and |

A-2237

158

| | | |
|---|---|---|
| | 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:14:56 | 2 | Procedures for the Buffalo Police Officers? |
| 14:14:59 | 3 | A.  Appears to be, yes. |
| 14:15:00 | 4 | Q.  And you would have been familiar with those back |
| 14:15:04 | 5 | then? |
| 14:15:04 | 6 | A.  Some of them, I'm sure. |
| 14:15:05 | 7 | Q.  As a requirement of your position you were |
| 14:15:08 | 8 | required to know the policies and position procedures of |
| 14:15:12 | 9 | the department? |
| 14:15:13 | 10 | A.  I know the major, I don't think I would know |
| 14:15:15 | 11 | everything in here.  To be honest with you. |
| 14:15:17 | 12 | Q.  Well, are you familiar with what is highlighted |
| 14:15:20 | 13 | there on page two? |
| 14:15:27 | 14 | A.  Discipline. |
| 14:15:29 | 15 | THE COURT:  Don't read it out loud because |
| 14:15:30 | 16 | the document is not in evidence. |
| 14:15:33 | 17 | MR. FELLE:  Let me take that back. |
| 14:15:37 | 18 | Q.  Sir, having looked at that document, is that an |
| 14:15:43 | 19 | internal document of the City of Buffalo? |
| 14:15:45 | 20 | A.  Yes. |
| 14:15:45 | 21 | Q.  The Buffalo Police Department? |
| 14:15:47 | 22 | A.  It says Department of Law. |
| 14:15:53 | 23 | Q.  Are you familiar with the Law Enforcement Code of |
| 14:15:58 | 24 | Ethics? |
| 14:15:58 | 25 | A.  I know what ethics is, I guess, I would know. |

A-2238

159

```
            1            J. LONERGAN - DX BY MR. FELLE
14:16:03    2       Q.  And this document that I just showed you, is this
14:16:09    3   a document that would have been kept in the normal
14:16:11    4   course of business for the City of Buffalo and the
14:16:16    5   Buffalo Police Department the Policies and Procedures
14:16:18    6   Manual?
14:16:18    7       A.  Yes.
14:16:19    8       Q.  And is it a document that would have been
14:16:28    9   available for all police officers to reference during
14:16:30   10   your tenure?
14:16:32   11       A.  Correct.
14:16:32   12       Q.  And might have changed overtime, correct?
14:16:34   13       A.  Possibly, yes.
14:16:35   14       Q.  But we were given this document by counsel.  And
14:16:38   15   at this point, I'm going to move it into evidence
14:16:41   16   Exhibit 1, the Policies and Procedures of the Buffalo
14:16:47   17   Police Department.
14:16:47   18            MR. RUSS:  No objection, Your Honor.
14:16:48   19            THE COURT:  Exhibit 1 will come into
14:16:49   20   evidence.
14:16:49   21            (WHEREUPON, EXHIBIT 1 WAS RECEIVED INTO
14:16:53   22   EVIDENCE.)
14:16:53   23       Q.  Mr. Lonergan, I just want to show you the Police
14:17:03   24   Officer Code of Ethics and once you're able to get your
14:17:05   25   glass on, I'll have you read that for me.
```

A-2239

160

|  | | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|

1            J. LONERGAN - DX BY MR. FELLE

14:17:08   2      A.   The whole page?

14:17:09   3      Q.   Just the paragraph that is highlighted.

14:17:11   4      A.   "As a Law Enforcement Officer, my fundamental

14:17:15   5   duty is to serve mankind, to safeguard lives and

14:17:19   6   property, to protect the innocent against deception, the

14:17:27   7   weak against oppression or intimidation, and a peaceful

14:17:33   8   against violence or disorder, and to respect the

14:17:37   9   constitutional rights of all persons to liberty,

14:17:42  10   equality, and justice."

14:17:46  11      Q.   Sir, do you agree with that statement?

14:17:48  12      A.   Yes.

14:17:49  13           MR. FELLE:  Your Honor, if I may publish it

14:17:51  14   by way of an exhibit, enlarged exhibit.

14:17:54  15           THE COURT:  An even enlarged exhibit?

14:17:58  16           MR. FELLE:  Yes.

14:17:58  17           THE COURT:  Okay.  Has -- did the defense

14:18:01  18   counsel see this?

14:18:03  19           MR. FELLE:  It's the same document.

14:18:05  20           THE COURT:  My question was, has defense

14:18:07  21   counsel seen it?

14:18:07  22           MR. FELLE:  Not the enlargement, Your Honor.

14:18:09  23           THE COURT:  Let's have Mr. Russ to take a

14:18:11  24   look at it and make sure there are no issues.

14:18:17  25           MR. RUSS:  I have no objection, Your Honor.

A-2240

|         | 1  | J. LONERGAN - DX BY MR. FELLE |
|---------|----|-------------------------------|
| 14:18:18 | 2  | THE COURT: Okay. Let's have that. I'm |
| 14:18:21 | 3  | going to ask you though to mark that as Exhibit 1A. So |
| 14:18:25 | 4  | the record is clear, which is an enlarged version of the |
| 14:18:29 | 5  | page that was just referenced from Exhibit 1. |
| 14:18:33 | 6  | MR. FELLE: I'll put the sticker on it |
| 14:18:35 | 7  | afterwards. |
| 14:18:35 | 8  | MR. RUSS: Your Honor, may I modify my |
| 14:18:39 | 9  | comment? |
| 14:18:40 | 10 | THE COURT: Sure. |
| 14:18:41 | 11 | MR. RUSS: I have no objection to this being |
| 14:18:43 | 12 | used as a demonstrative exhibit, however, since the |
| 14:18:48 | 13 | original is already in evidence, I don't think that this |
| 14:18:51 | 14 | enlarged document should go into evidence. |
| 14:18:54 | 15 | THE COURT: And I don't think Mr. Felle is |
| 14:18:56 | 16 | moving it into evidence. |
| 14:18:57 | 17 | MR. FELLE: I'm not. |
| 14:18:58 | 18 | THE COURT: So it can be used as a |
| 14:19:00 | 19 | demonstrative exhibit. Go ahead, Mr. Felle. |
| 14:19:06 | 20 | Q. So, Mr. Lonergan, do you agree that as a Buffalo |
| 14:19:10 | 21 | Police Officer, it's your duty to protect innocent |
| 14:19:14 | 22 | people against deception? |
| 14:19:16 | 23 | A. Absolutely. |
| 14:19:16 | 24 | Q. And do you agree that as a police officer for the |
| 14:19:19 | 25 | City of Buffalo back in 2004, it was your obligation to |

A-2241

162

|  | | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|

            1         J. LONERGAN - DX BY MR. FELLE

14:19:23   2    protect the weak against oppression or intimidation?

14:19:28   3         A.   Yes.

14:19:35   4         Q.   Back in 2004, November, did you speak Spanish?

14:19:39   5         A.   No, sir.

14:19:45   6         Q.   And when was your first involvement with Mr.

14:19:48   7    Ortiz?

14:19:50   8         A.   In November 15th of 2004.

14:20:03   9         Q.   And do you recall what the promise of that

14:20:05  10    involvement was?

14:20:06  11         A.   There was a phone call that came in through the

14:20:10  12    homicide office, they had an individual at the Buffalo

14:20:15  13    General Hospital which is located in the City of

14:20:19  14    Buffalo, had information on a homicide.

14:20:24  15         Q.   And to be more specific, what homicide was that?

14:20:27  16         A.   At the time, I didn't know, I didn't know of

14:20:31  17    which homicide we responded to the hospital.

14:20:34  18         Q.   And so when you responded it was involving a

14:20:39  19    homicide, but you didn't know which homicide.  Is that

14:20:42  20    what you're telling us?

14:20:43  21         A.   I did not, no, I didn't.

14:20:45  22         Q.   When you received that call, were you at the

14:20:48  23    Major Crimes Unit in Buffalo?

14:20:50  24         A.   I didn't receive the call, but yes, we were in

14:20:53  25    the office at Buffalo headquarters.

A-2242

163

| | |
|---|---|
| | J. LONERGAN - DX BY MR. FELLE |
| 14:20:56  2 | Q.   And who was with you? |
| 14:20:57  3 | A.   Myself, Detective Vaughn, and Detective Lema. |
| 14:21:01  4 | Q.   Okay.  And so -- with you all being at the office |
| 14:21:05  5 | together, did you all go into one vehicle to the |
| 14:21:08  6 | hospital? |
| 14:21:08  7 | A.   I believe it was two.  I believe I took my own |
| 14:21:20  8 | police vehicle. |
| 14:21:37  9 | Q.   And referring now to what's been marked into |
| 14:21:39 10 | evidence as Exhibit 402.  Mr. Lonergan -- am I saying |
| 14:21:47 11 | that correctly, is it Lonergan? |
| 14:21:49 12 | A.   Lonergan. |
| 14:21:51 13 | Q.   There is an R in there, the R is silent? |
| 14:21:54 14 | A.   You can say it the way you are.  It doesn't |
| 14:21:57 15 | matter to me. |
| 14:21:58 16 | Q.   You said your first involvement with Mr. Ortiz |
| 14:22:01 17 | when you went to Buffalo General Hospital with Detective |
| 14:22:04 18 | Vaughn, Detective Lema, and was there a point in time |
| 14:22:07 19 | when you called in an interpreter? |
| 14:22:09 20 | A.   There was an interpreter, yes. |
| 14:22:11 21 | Q.   You know, I should back up a second.  Before you |
| 14:22:14 22 | came in here today to testify, what documents did you |
| 14:22:16 23 | review to help refresh your memory? |
| 14:22:19 24 | A.   I reviewed those sworn statements obtained from |
| 14:22:25 25 | Mr. Ortiz and I also looked at a document, a P73 which |

A-2243

164

|   |   |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:22:34 2 | is a departmental form from Detective Stambach. |
| 14:22:43 3 | Q.  Okay.  Did you look at anything else? |
| 14:22:46 4 | A.  No, yes, I'm sorry.  My testimony from the |
| 14:22:50 5 | Huntley Hearing? |
| 14:23:02 6 | Q.  Anything else? |
| 14:23:03 7 | A.  No, sir. |
| 14:23:04 8 | Q.  And when you refer to the statement, you're |
| 14:23:06 9 | referring to the alleged confession from Mr. Ortiz? |
| 14:23:10 10 | A.  The confession from Mr. Ortiz, correct. |
| 14:23:12 11 | Q.  And how about the exhibit I'm showing you now, |
| 14:23:15 12 | Exhibit 402, did you see that or review that before |
| 14:23:18 13 | today? |
| 14:23:18 14 | A.  I did not. |
| 14:23:19 15 | Q.  Did you drive here today with Mr. Vaughn? |
| 14:23:22 16 | A.  No, sir. |
| 14:23:22 17 | Q.  Did you have a chance to talk with him before you |
| 14:23:25 18 | gave testimony? |
| 14:23:25 19 | A.  Yeah, we talked, yes. |
| 14:23:29 20 | Q.  And did you have a chance to talk to Mr. |
| 14:23:31 21 | Stambach? |
| 14:23:31 22 | A.  No, sir. |
| 14:23:32 23 | Q.  When is the last time you spoke with Mr. |
| 14:23:35 24 | Stambach? |
| 14:23:36 25 | A.  Maybe seven years ago. |

A-2244

165

|   |   |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:23:46  2 | Q.   And just going back to your 42 years of |
| 14:23:50  3 | experience, how long had you worked with Mr. Stambach? |
| 14:23:53  4 | A.   Quite a few years.  I'd guess around ten, ten |
| 14:24:03  5 | years. |
| 14:24:06  6 | Q.   And when did you retire from the Buffalo Police? |
| 14:24:09  7 | A.   October of 2014. |
| 14:24:13  8 | Q.   Since then, have you done any private work? |
| 14:24:16  9 | A.   No, sir. |
| 14:24:16  10 | Q.   Any employment? |
| 14:24:17  11 | A.   No, sir. |
| 14:24:19  12 | Q.   Okay.  So turning back to Exhibit 402, the |
| 14:24:26  13 | document in front of you, is that what is referred to by |
| 14:24:30  14 | police officers as a P73? |
| 14:24:32  15 | A.   It is. |
| 14:24:32  16 | Q.   And can you tell me what is a P73? |
| 14:24:37  17 | A.   It's a Buffalo police document, Interdepartmental |
| 14:24:44  18 | document that is sent through the department chains and |
| 14:24:51  19 | basically it's the notes of what people do in the police |
| 14:24:55  20 | department, formal notes, I guess you would call it. |
| 14:25:00  21 | Q.   And it's entitled at the top Interdepartmental |
| 14:25:10  22 | Correspondence.  It's really a communication between |
| 14:25:16  23 | officers working within a case? |
| 14:25:18  24 | A.   Yes. |
| 14:25:19  25 | Q.   And there may be many detectives working on a |

A-2245

166

|       |    | J. LONERGAN - DX BY MR. FELLE |
|-------|----|-------------------------------|

14:25:23  2    case at various times.  And the central way to work on

14:25:26  3    it is through this P73, correct?

14:25:28  4        A.  Yes.

14:25:28  5        Q.  And is it prepared simultaneously with what the

14:25:33  6    contents are?

14:25:34  7        A.  Yes.

14:25:34  8        Q.  And looking at the P73 from November 15th, 2004,

14:25:40  9    it appears to be authored by Mark Vaughn, correct?

14:25:43  10       A.  That's correct.

14:25:44  11       Q.  And it's directed to Captain Mark Morgan,

14:25:48  12   correct?

14:25:48  13       A.  Yes.

14:25:49  14       Q.  And so I understand the hierarchy of things, you

14:25:51  15   told us that you were the supervisor to Mr. Vaughn and

14:25:54  16   Mr. Stambach, in turn, was Mr. Morgan, your supervisor?

14:26:01  17       A.  That's correct.

14:26:02  18       Q.  And this P73 would be placed in that

14:26:08  19   investigation file for that particular investigation,

14:26:09  20   correct?

14:26:10  21       A.  Yes.

14:26:10  22       Q.  And in this case, the investigation of the murder

14:26:12  23   of the Camacho brothers at 879 Niagara Street, in

14:26:15  24   Buffalo, correct?

14:26:18  25       A.  Correct.

```
        1            J. LONERGAN - DX BY MR. FELLE

14:26:18  2      Q.   Now, prior to November 15th of 2004, getting this

14:26:22  3   call about a homicide to which there was no other

14:26:25  4   information, correct?

14:26:26  5      A.   Correct.

14:26:27  6      Q.   You didn't know what homicide, correct?

14:26:29  7      A.   I did not know.

14:26:31  8      Q.   And so when you left downtown, you were simply

14:26:35  9   going to talk to somebody about something, correct?

14:26:37 10      A.   That's correct.

14:26:40 11      Q.   And yet you took two other detectives with you to

14:26:44 12   do that?

14:26:45 13      A.   Yes, 3 of us went.

14:26:46 14      Q.   And you also had an interpreter, so you had a 4th

14:26:50 15   officer there, correct?

14:26:51 16      A.   Yes.

14:26:51 17      Q.   And Mr. Ortiz spoke Spanish, correct?

14:26:53 18      A.   Yes, he did.

14:26:54 19      Q.   So you had a Spanish interpreter there?

14:26:57 20      A.   That's correct.

14:27:00 21      Q.   Had you been working that whole afternoon at

14:27:06 22   Buffalo Police Department?

14:27:07 23      A.   Yes.

14:27:07 24      Q.   And do you recall what time your shift started

14:27:10 25   then?
```

A-2247

168

1          J. LONERGAN - DX BY MR. FELLE

14:27:10   2     A.   I believe then we were on 4:00 p.m. to 2:00 a.m.

14:27:14   3     shift.

14:27:22   4     Q.   And who was your counterpart on the other shift?

14:27:24   5     A.   Sergeant -- Detective Sergeant Viviane.

14:27:46   6     Q.   And so earlier that date on the 15th of November,

14:27:51   7     were you aware that the detective under your

14:27:56   8     supervision, Detective Mark Lauber, had any interactions

14:28:00   9     with Mr. Ortiz?

14:28:06   10    A.   I don't recall any interactions between Mr. Ortiz

14:28:10   11    and Detective Lauber.

14:28:12   12    Q.   And since you didn't know what homicide it was

14:28:15   13    that this person was going to give you information

14:28:18   14    about, I can trust that you didn't look at the

14:28:20   15    investigation file that was contained at headquarters,

14:28:23   16    correct?

14:28:23   17    A.   That's correct.

14:28:24   18    Q.   So you went there with nothing in hand; is that

14:28:27   19    correct?

14:28:27   20    A.   Correct.

14:28:28   21    Q.   And again, four of you went there, correct?

14:28:32   22    A.   Yes, sir.

14:28:33   23    Q.   And did you become aware when you got there that

14:28:36   24    the reason Mr. Ortiz was at Buffalo General Hospital is

14:28:39   25    because Detective Lauber had an ambulance bring him

A-2248

169

| | |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:28:45  2 | there for psychiatric evaluation? |
| 14:28:47  3 | A.  No, I don't recall that. |
| 14:28:50  4 | Q.  Did you ask Mr. Ortiz how it was that he came to |
| 14:28:54  5 | Buffalo General Hospital? |
| 14:28:55  6 | A.  I don't believe so, no. |
| 14:28:57  7 | Q.  Did you ask any of the doctors to see his medical |
| 14:29:01  8 | records from that visit? |
| 14:29:02  9 | A.  No. |
| 14:29:04  10 | Q.  But you were aware when you got there that he was |
| 14:29:07  11 | at Buffalo General Hospital for the purposes of |
| 14:29:14  12 | psychiatric care, correct? |
| 14:29:15  13 | A.  Yes. |
| 14:29:15  14 | Q.  And because on the P73, it says somebody in the |
| 14:29:19  15 | Emergency Room, a counselor in the psychiatric services |
| 14:29:22  16 | was the one who called you, correct? |
| 14:29:24  17 | A.  I don't know who called.  I didn't receive the |
| 14:29:26  18 | call. |
| 14:29:26  19 | Q.  But the P73 tells us that, correct? |
| 14:29:32  20 | A.  I don't know. |
| 14:29:32  21 | Q.  The first paragraph? |
| 14:29:34  22 | A.  Yep.  Emergency Room staff counselor. |
| 14:29:39  23 | Q.  Psychiatric services? |
| 14:29:40  24 | A.  Yes, for psychiatric services.  Yes, sir. |
| 14:29:44  25 | Q.  And so you knew by way of where Mr. Ortiz was |

A-2249

1          J. LONERGAN - DX BY MR. FELLE

14:29:49   2    that he had been in the psychiatric services ward of the

14:29:53   3    hospital, correct?

14:29:54   4        A.   Yes.

14:29:55   5        Q.   But you didn't look at any of the records or talk

14:29:58   6    to any of his doctors, right?

14:29:59   7        A.   I did not, no.

14:30:01   8        Q.   And are you aware of the other two detectives

14:30:05   9    with you whether they did?

14:30:06   10       A.   I don't know if they spoke to a doctor or not.

14:30:25   11       Q.   So do you have an independent recollection of

14:30:29   12   seeing Mr. Ortiz that day?

14:30:30   13       A.   Yes.

14:30:31   14       Q.   And, you know, other than you knew you were

14:30:34   15   coming here today for the Ortiz case and you see him

14:30:37   16   here, if you passed him in the mall, do you think you

14:30:40   17   would have recognized him?

14:30:41   18       A.   If I would, what?

14:30:42   19       Q.   Pass him in the mall or the grocery store, would

14:30:45   20   you recognize him?

14:30:45   21       A.   No.

14:30:46   22       Q.   But you do have an independent recollection of

14:30:49   23   this meeting back on November 15th of 2004?

14:30:51   24       A.   I do.

14:30:52   25       Q.   And do you recall that Mr. Ortiz was very

A-2250

1            J. LONERGAN - DX BY MR. FELLE

14:30:55    2    frightened?

14:30:55    3        A.   Yes, he was.

14:30:56    4        Q.   And did he tell you and other officers that he

14:30:59    5    was afraid that people were trying to kill him?

14:31:02    6        A.   Yes.

14:31:04    7        Q.   Did you ever look into that?

14:31:06    8        A.   No.

14:31:09    9        Q.   In fact, he gave you the name of a person who he

14:31:12   10    thought was trying to kill him, did you ever?

14:31:15   11        A.   Yes, Velasquez, I believe the name was.

14:31:18   12        Q.   Yeah, yeah, did you ever look into that?

14:31:19   13        A.   No.

14:31:20   14        Q.   Did you ever contact Mr. Velasquez?

14:31:22   15        A.   I did not, no.

14:31:24   16        Q.   Okay.  But when you went to see Mr. Ortiz, he was

14:31:28   17    frightened and he was frightened because he believed and

14:31:31   18    he told you that he thought someone was trying to kill

14:31:35   19    him and he told you the name of the individual; is that

14:31:38   20    correct?

14:31:38   21        A.   That's correct.

14:31:39   22        Q.   And did you find that information not to be

14:31:42   23    credible?

14:31:43   24        A.   I don't recall it.

14:31:45   25        Q.   Well, if in a normal call, if someone were to

A-2251

|          |    | J. LONERGAN - DX BY MR. FELLE                          |
|----------|----|--------------------------------------------------------|
| 14:31:51 | 2  | call you as a police officer and say, so and so, Mr.   |
| 14:31:54 | 3  | John Smith, threatened to shoot me with a shotgun and  |
| 14:31:58 | 4  | kill me, would you take a complaint and investigate    |
| 14:32:01 | 5  | that?                                                  |
| 14:32:02 | 6  | A.  Under those circumstances, yes.  However, in this  |
| 14:32:05 | 7  | case, he was in custody a day later.  So I was more    |
| 14:32:09 | 8  | concerned about the actual murder that occurred.       |
| 14:32:13 | 9  | Q.  Because he was in custody the next day, you        |
| 14:32:16 | 10 | didn't care about a report that somebody was trying to |
| 14:32:19 | 11 | kill him the day before, is that what you just testified |
| 14:32:22 | 12 | to?                                                    |
| 14:32:22 | 13 | A.  Yes, he is in jail.  I felt he was safe at that    |
| 14:32:27 | 14 | point.                                                 |
| 14:32:27 | 15 | Q.  Mr. Lonergan, I'm asking you a question.  When     |
| 14:32:31 | 16 | you met Mr. Ortiz on the 15th?                         |
| 14:32:34 | 17 | A.  Correct.                                           |
| 14:32:34 | 18 | Q.  Was he in custody then?                            |
| 14:32:36 | 19 | A.  No.                                                |
| 14:32:36 | 20 | Q.  Was he arrested for any crimes then?               |
| 14:32:39 | 21 | A.  No.                                                |
| 14:32:39 | 22 | Q.  When you left him from the hospital, he wasn't a   |
| 14:32:42 | 23 | suspect in any crimes, was he?                         |
| 14:32:44 | 24 | A.  No.                                                |
| 14:32:45 | 25 | Q.  In fact, he was not to have found to have          |

A-2252

1          J. LONERGAN - DX BY MR. FELLE

14:32:49  2   credible information about the investigations, correct?

14:32:52  3       A.  Correct.

14:32:53  4       Q.  So my question again to you, Mr. Ortiz, an

14:32:57  5   innocent man, did nothing wrong at that point, he told

14:33:01  6   you that somebody is trying to kill him, and he gives

14:33:04  7   you a name, and he tells you somebody is trying to kill

14:33:08  8   him with a shotgun, and you didn't find that credible

14:33:11  9   enough to follow up with and investigate?

14:33:15  10      A.  Before I could follow up, Mr. Ortiz was charged

14:33:18  11  with murder, and he was taken to the jail and I didn't

14:33:21  12  think anybody on the outside was going to kill him at

14:33:29  13  that point.

14:33:29  14      Q.  Did you at any time interview Mr. Velasquez?

14:33:33  15      A.  I did not, no.

14:33:35  16      Q.  So at some point in time on the 15th, when you

14:33:39  17  met with Mr. Ortiz, you became aware that the

14:33:42  18  information he was trying to offer was regarding the

14:33:47  19  murder of the Camacho brothers at 879 Niagara Street,

14:33:51  20  correct?

14:33:51  21      A.  Correct.

14:33:58  22      Q.  And after speaking with him, you dismissed the

14:34:01  23  idea that he had any information credible about those

14:34:04  24  murders?

14:34:04  25      A.  On the 15th?

A-2253

| | |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:34:06 2 | Q.  Right.  On the 15th. |
| 14:34:07 3 | A.  Yes, that's correct. |
| 14:34:08 4 | Q.  Right. |
| 14:34:10 5 | MR. FELLE:  Your Honor, may we take a short |
| 14:34:12 6 | break.  We've been going quite a while. |
| 14:34:16 7 | THE COURT:  Let's take a 10-minute break, |
| 14:34:18 8 | ladies and gentlemen, and I just remind you do not talk |
| 14:34:20 9 | about the case among yourselves or with anybody else and |
| 14:34:23 10 | we'll see you back here shortly.  And then sir, once the |
| 14:34:27 11 | jury steps out, you can put your mask back on and step |
| 14:34:30 12 | down.  Thank you. |
| 14:34:32 13 | THE WITNESS:  Thank you. |
| 14:34:56 14 | THE COURT:  All right.  You can step down, |
| 14:34:58 15 | sir.  Mr. Felle, how much longer do you think you have |
| 14:35:01 16 | for your direct? |
| 14:35:02 17 | MR. FELLE:  I would say 20 minutes. |
| 14:35:04 18 | THE COURT:  Okay.  Any estimate as to how |
| 14:35:07 19 | long you think the cross will be? |
| 14:35:09 20 | MR. RUSS:  Likely very short, Your Honor. |
| 14:35:11 21 | THE COURT:  Because I'd like to finish with |
| 14:35:14 22 | this witness today.  I have another matter at 3:30, but |
| 14:35:17 23 | hopefully we can finish up. |
| 14:35:20 24 | MR. RUSS:  I think we should keep pushing |
| 14:35:22 25 | until 3:30. |

A-2254

| | | |
|---|---|---|
| | 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:35:22 | 2 | THE COURT:  Oh, yeah, no, I agree. |
| 14:35:25 | 3 | MR. FELLE:  We should be good. |
| 14:35:26 | 4 | THE COURT:  Be back here at quarter |
| 14:35:28 | 5 | everybody.  Thank you. |
| 14:45:30 | 6 | (Whereupon, there was a break in the |
| 14:45:32 | 7 | proceedings.) |
| 14:45:32 | 8 | THE COURT:  All right, why don't we get Mr. |
| 14:45:39 | 9 | Lonergan back in. |
| 14:46:14 | 10 | (Mr. Lonergan comes back on the witness |
| 14:46:18 | 11 | stand.) |
| 14:47:17 | 12 | (Jury is escorted into the courtroom.) |
| 14:47:20 | 13 | THE COURT:  Welcome back, everybody.  When |
| 14:47:23 | 14 | you're at your seat, you may be seated.  Sir, you can |
| 14:47:25 | 15 | take your mask off.  And Mr. Felle, whenever you're |
| 14:47:28 | 16 | ready you can continue with your direct examination once |
| 14:47:32 | 17 | our jurors get settled. |
| 14:47:34 | 18 | MR. FELLE:  Thank you, Your Honor.  Thank |
| 14:47:37 | 19 | you for the break, may I please the Court. |
| 14:47:39 | 20 | Q.  So Mr. Lonergan, you were speaking about your |
| 14:47:52 | 21 | initial involvement with Mr. Ortiz on November 15th, |
| 14:47:55 | 22 | 2004, correct? |
| 14:47:55 | 23 | A.  Yes. |
| 14:47:56 | 24 | Q.  And that was your first meeting with Mr. Ortiz, |
| 14:48:00 | 25 | correct? |

A-2255

1              J. LONERGAN - DX BY MR. FELLE

14:48:00  2     A.  It was.

14:48:01  3     Q.  And based on that meeting, do you recall how long

14:48:06  4  you met with him?

14:48:09  5     A.  Approximately thirty minutes, I believe.

14:48:11  6     Q.  Okay.  And after meeting with him for thirty

14:48:19  7  minutes, you found that he had no direct knowledge,

14:48:22  8  excuse me he had no direct knowledge about the crimes,

14:48:25  9  correct?

14:48:25  10     A.  At that point, no, correct.

14:48:28  11     Q.  Okay.  And so he wasn't a suspect or even a

14:48:32  12  credible witness at that time when you left Buffalo

14:48:36  13  General Hospital, correct?

14:48:36  14     A.  Correct.

14:48:37  15     Q.  So then fast forward to the next date on November

14:48:42  16  16th of 2004, the next, let me ask you this, was there a

14:48:49  17  time before Mr. Ortiz was brought to the Major Crimes

14:48:54  18  Unit at 7:15 that night, that you had seen him again,

14:48:57  19  Mr. Ortiz?

14:48:58  20     A.  No.

14:48:58  21     Q.  Did you have any other involvement with Mr. Ortiz

14:49:01  22  between those timeframes?

14:49:02  23     A.  No.

14:49:03  24     Q.  So would it be fair to say that the first and

14:49:06  25  only time you had seen Mr. Ortiz was at Buffalo General

A-2256

|   |   |
|---|---|
| | 1 |  J. LONERGAN - DX BY MR. FELLE |
| 14:49:10 | 2 | Hospital, correct? |
| 14:49:10 | 3 |     A.   Correct. |
| 14:49:11 | 4 |     Q.   And that the next time you saw him was when you |
| 14:49:13 | 5 | were at the Major Crimes Unit, downtown Buffalo, when he |
| 14:49:17 | 6 | was brought in to see Mr. Stambach at 7:15 that night, |
| 14:49:21 | 7 | correct? |
| 14:49:21 | 8 |     A.   That's correct. |
| 14:49:22 | 9 |     Q.   And when Mr. Ortiz was brought into the Major |
| 14:49:32 | 10 | Crimes Unit, he was put into Detective Sergeant |
| 14:49:37 | 11 | Viviane's office, correct? |
| 14:49:37 | 12 |     A.   Yes. |
| 14:49:38 | 13 |     Q.   Now, back then, the Major Crimes Unit did have an |
| 14:49:43 | 14 | interview room, correct? |
| 14:49:44 | 15 |     A.   Correct. |
| 14:49:46 | 16 |     Q.   And did it have more than one interview room? |
| 14:49:49 | 17 |     A.   Oh, boy, at that time, I don't recall there may |
| 14:49:54 | 18 | have been two, but I don't recall. |
| 14:49:55 | 19 |     Q.   And those interview rooms had two-way mirrors, |
| 14:49:59 | 20 | correct? |
| 14:50:00 | 21 |     A.   At that time, no or -- one did.  Yes, one did, |
| 14:50:04 | 22 | correct. |
| 14:50:05 | 23 |     Q.   And are you sure, was there more than one |
| 14:50:09 | 24 | interview room? |
| 14:50:10 | 25 |     A.   There may have been two, but there was one room |

A-2257

1        J. LONERGAN - DX BY MR. FELLE

14:50:13   2   with the mirror that I know.

14:50:14   3       Q.   And was that room referred to as the interview

14:50:17   4   room?

14:50:17   5       A.   Yes.

14:50:17   6       Q.   And it also had the capability of recording?

14:50:20   7       A.   No.

14:50:21   8       Q.   No.   But on the night that Mr. Ortiz was brought

14:50:26   9   to the Buffalo Police Department, the Major Crimes Unit

14:50:30  10   at 7:15 that night, he was brought to Detective Sergeant

14:50:35  11   Viviane's office, correct?

14:50:36  12       A.   Yes.

14:50:37  13       Q.   And that didn't have any two-way windows,

14:50:41  14   correct?

14:50:41  15       A.   That is correct.

14:50:42  16       Q.   And he was brought in there to meet with Mark

14:50:45  17   Stambach, correct?

14:50:45  18       A.   Yes.

14:50:46  19       Q.   And -- well, you testified at your Huntley

14:50:52  20   Hearing that you saw him when he came in at 7:15, Mr.

14:50:56  21   Ortiz, you didn't see him again until 9:00 o'clock,

14:50:59  22   correct?

14:51:00  23       A.   That's correct, yes.

14:51:02  24       Q.   And so when he was brought into the Major Crimes

14:51:06  25   Unit at 7:15, he was brought into Detective Sergeant

A-2258

179

|  | J. LONERGAN - DX BY MR. FELLE |
|---|---|

1                J. LONERGAN - DX BY MR. FELLE

14:51:09   2    Viviane's office, correct?

14:51:11   3        A.   Correct.

14:51:11   4        Q.   And he met with Mr. Stambach for a period of

14:51:15   5    time, correct?

14:51:15   6        A.   Correct.

14:51:16   7        Q.   And you weren't present, correct?

14:51:18   8        A.   That's correct.

14:51:20   9        Q.   And in fact, no one else was in the room present,

14:51:23  10    correct?

14:51:24  11        A.   Spanish-speaking officer was.

14:51:27  12        Q.   Okay.  And do you know what time that translator

14:51:32  13    came?

14:51:32  14        A.   I do not.

14:51:41  15        Q.   And when you came in at 9:00 p.m. on November

14:51:45  16    16th of 2004, when you came in at 9:00 p.m., were you

14:51:50  17    told by Stambach that Mr. Ortiz had signed a confession?

14:51:56  18        A.   He hadn't signed it yet at that point.

14:51:58  19        Q.   But he had confessed, correct?

14:52:00  20        A.   That is correct, yes.

14:52:01  21        Q.   And he was in custody by 9:00 o'clock that night,

14:52:04  22    correct?

14:52:05  23        A.   That's correct, yes.

14:52:05  24        Q.   And all that was left was for Mr. Stambach or

14:52:09  25    somebody in the office to type up the statement,

A-2259

180

| | 1 | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|
| 14:52:11 | 2 | correct? |
| 14:52:12 | 3 | A.  That is correct. |
| 14:52:12 | 4 | Q.  And that was done in the proceeding hours up |
| 14:52:20 | 5 | until midnight at which time Mr. Ortiz was arrested, put |
| 14:52:24 | 6 | in cuffs, and jailed, correct? |
| 14:52:26 | 7 | A.  That's correct. |
| 14:52:26 | 8 | Q.  Now, when he came in on the 16th, Mr. Ortiz was |
| 14:52:31 | 9 | still frightened, correct? |
| 14:52:34 | 10 | MR. RUSS:  Objection, Your Honor. |
| 14:52:34 | 11 | THE COURT:  Sustained. |
| 14:52:35 | 12 | Q.  Were you working -- I think you told us that you |
| 14:52:39 | 13 | were working a shift of 4:00 o'clock until 2:00 in the |
| 14:52:42 | 14 | morning? |
| 14:52:42 | 15 | A.  I believe those were our hours back then, yes. |
| 14:52:45 | 16 | Q.  So before Mr. Ortiz was brought to the Major |
| 14:52:49 | 17 | Crimes Unit, did you hear a radio dispatch that a patrol |
| 14:52:53 | 18 | officer was bringing him in? |
| 14:52:55 | 19 | A.  They were bringing in an individual, yes, I did |
| 14:52:58 | 20 | hear that radio transmission. |
| 14:53:00 | 21 | Q.  And just to be clear, did you know at that time |
| 14:53:02 | 22 | when you heard the transmission that it was Mr. Ortiz? |
| 14:53:05 | 23 | A.  I don't believe they mentioned a name, no. |
| 14:53:08 | 24 | Q.  And just to be even clearer, when he came in at |
| 14:53:12 | 25 | 7:15, did you recognize that to be Mr. Ortiz from the |

A-2260

181

|   |   |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:53:15  2 | night before? |
| 14:53:15  3 | A.  I did. |
| 14:53:17  4 | Q.  But nonetheless, you weren't involved at all in |
| 14:53:20  5 | the interrogation by Mr. Stambach which was in Detective |
| 14:53:24  6 | Sergeant Viviane's office, correct? |
| 14:53:26  7 | A.  That's correct. |
| 14:53:30  8 | Q.  And in your Huntley, you described yourself as a |
| 14:53:34  9 | non-participating -- |
| 14:53:34  10 | MR. RUSS:  I object. |
| 14:53:35  11 | THE COURT:  Sustained. |
| 14:53:35  12 | Q.  Would you consider yourself at that time a |
| 14:53:39  13 | non-participating observer when you entered the room at |
| 14:53:41  14 | 9:00 o'clock? |
| 14:53:42  15 | A.  Yes. |
| 14:53:49  16 | Q.  And so anything, by way of information exchanged |
| 14:53:57  17 | between Mr. Ortiz and Mr. Stambach between 7:15 and 9:00 |
| 14:54:01  18 | o'clock, you're not aware of it, correct? |
| 14:54:03  19 | A.  That's correct. |
| 14:54:04  20 | Q.  You're only made aware of what's already |
| 14:54:07  21 | transpired when you went to the room at 9:00 o'clock |
| 14:54:10  22 | that night, correct? |
| 14:54:11  23 | A.  Yes. |
| 14:54:11  24 | Q.  And did you stay on that entire shift until |
| 14:54:14  25 | approximately 2:00 a.m.? |

A-2261

182

| | |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:54:15    2 | A.  Yes. |
| 14:54:19    3 | Q.  Would you have been there when Mr. Ortiz was |
| 14:54:21    4 | booked? |
| 14:54:23    5 | A.  I may have been in the office, I wasn't in the |
| 14:54:26    6 | booking area, no. |
| 14:54:30    7 | MR. FELLE:  Your Honor, at this time, I |
| 14:54:31    8 | would like to move into evidence Plaintiff's Exhibit 3, |
| 14:54:34    9 | which is the booking and arrest information from the |
| 14:54:38   10 | City of Buffalo Police Department. |
| 14:54:40   11 | THE COURT:  And I understand there is no |
| 14:54:41   12 | objection from the defense, correct?  All right. |
| 14:54:44   13 | Exhibit 3 will come into evidence. |
| 14:54:51   14 | MR. FELLE:  Was that a yes? |
| 14:54:53   15 | MR. RUSS:  Yes, Your Honor.  I agree with |
| 14:54:55   16 | your statement that I have no objection. |
| 14:54:56   17 | THE COURT:  Thank you, Mr. Russ. |
| 14:54:56   18 | (**WHEREUPON, EXHIBIT 3 WAS RECEIVED INTO** |
| 14:55:01   19 | **EVIDENCE.)** |
| 14:55:01   20 | Q.  And within that file is contained a picture of |
| 14:55:03   21 | Mr. Ortiz that was taken -- I'm going to show you that |
| 14:55:06   22 | photograph.  Is that a picture of Mr. Ortiz from |
| 14:55:14   23 | November 17th, 2004, when you saw him at the -- |
| 14:55:18   24 | THE COURT:  Is it displaying to the jurors? |
| 14:55:21   25 | Okay.  Thank you.  It always comes up quicker than the |

A-2262

183

1                    J. LONERGAN - DX BY MR. FELLE

14:55:25    2    gallery.

14:55:25    3        A.   Appears to be, yes.

14:55:26    4        Q.   And so when he came to or when he was brought to

14:55:32    5    the Major Crimes Unit of the Buffalo Police Department,

14:55:38    6    that is how he appeared, correct?

14:55:39    7        A.   Correct.

14:55:40    8        Q.   And based on the charts, he is listed to be over

14:55:43    9    6-foot-6 tall, correct?

14:55:45   10        A.   Yes.

14:55:48   11        Q.   And this is the man in this photograph that you

14:55:53   12    and Detective Stambach issued and arrest warrant for and

14:55:57   13    arrested him for the murder of Camacho brothers,

14:56:00   14    correct?

14:56:00   15        A.   There was no warrant issued, but he was arrested

14:56:03   16    that night, correct.

14:56:04   17        Q.   And you signed off on that arrest, correct?

14:56:07   18        A.   I guess, yes, I agreed with it if that is what

14:56:12   19    you're asking.

14:56:25   20        Q.   Other than meeting with Mr. Ortiz on the 15th at

14:56:30   21    Buffalo General Hospital and then seeing him again at

14:56:33   22    7:15 when he entered the Major Crimes Unit, did you have

14:56:37   23    any other participation in the investigation of the

14:56:40   24    Camacho brother murders?

14:56:46   25        A.   I may have, but I don't recall exactly what I

A-2263

184

|   |   |
|---|---|
| 1 | J. LONERGAN - DX BY MR. FELLE |
| 14:56:51  2 | would have done. |
| 14:56:52  3 | Q. Let me ask you this. When Mr. Ortiz came in at |
| 14:56:56  4 | 7:15 on November 16th, you recognized him from the man |
| 14:57:00  5 | you met the night before in the hospital, correct? |
| 14:57:02  6 | A. That's correct. |
| 14:57:02  7 | Q. Now, at this time, as much on the 15th, you |
| 14:57:07  8 | weren't aware of what investigation he was offering |
| 14:57:10  9 | information, but now you did when you saw him on the |
| 14:57:13  10 | 16th, right? |
| 14:57:13  11 | A. Yes, right. |
| 14:57:14  12 | Q. So when you saw him on the 16th, did you pull the |
| 14:57:18  13 | investigation file? |
| 14:57:19  14 | A. I'm sure we did. |
| 14:57:20  15 | Q. What do you mean we? Who else would you have |
| 14:57:24  16 | relied on to pull that file? |
| 14:57:27  17 | A. Could have been another detective, may have been |
| 14:57:30  18 | myself, but I know the file would have been pulled. |
| 14:57:34  19 | Q. I don't want you to guess, sir. Did you pull the |
| 14:57:36  20 | file to review the witness statements? |
| 14:57:38  21 | A. I did not recall myself doing it, no. |
| 14:57:41  22 | Q. And so Mr. Ortiz comes in after you have, you |
| 14:57:49  23 | already testified, after meeting with him for thirty |
| 14:57:53  24 | minutes at Buffalo General Hospital, he was not a |
| 14:57:56  25 | suspect or credible witness have anything to do with the |

A-2264

```
              1              J. LONERGAN - DX BY MR. FELLE
14:58:01      2    investigation, correct?
14:58:01      3        A.   Correct.
14:58:02      4        Q.   He now enters the Major Crimes Unit the next day
14:58:07      5    at 7:15 and he walks out of there an arrested man for
14:58:12      6    the same homicide; is that correct?  Doesn't walk out of
14:58:14      7    there, excuse me, correct?
14:58:15      8        A.   That's correct.
14:58:15      9        Q.   Now, when you saw him at 7:15 come into the
14:58:19     10    department, you must have seen him told other people you
14:58:22     11    saw him the night before at the Buffalo General Hospital
14:58:25     12    psychiatric ward, right?
14:58:27     13        A.   I may have, I don't recall.
14:58:29     14        Q.   You had relevant material information about this
14:58:33     15    person from an interview of thirty minutes the night
14:58:36     16    before, and are you telling me that you would not have
14:58:39     17    conveyed that to other detectives who you worked with?
14:58:43     18        A.   It wasn't relevant information.  Actually, he had
14:58:47     19    no information provided to us on the 15th.
14:58:50     20        Q.   But nonetheless, he was brought in and put into a
14:58:53     21    detective's office for interrogation about that,
14:58:57     22    correct?
14:58:58     23        A.   Correct.
14:58:58     24        Q.   Well, didn't you think to tell the person
14:59:02     25    interrogating Mr. Ortiz that you just saw him the night
```

A-2265

186

```
           1              J. LONERGAN - DX BY MR. FELLE
14:59:06   2    before?
14:59:06   3        A.  I didn't think it was important.  Well, I am
14:59:09   4    going to tell him they saw the guy the night before and
14:59:12   5    he told me nothing.  At the time, I didn't think that
14:59:14   6    was important.
14:59:15   7        Q.  And so if -- if Mr. Stambach is meeting and
14:59:22   8    interrogating Mr. Ortiz in Detective Sergeant Viviane's
14:59:27   9    office, he is your counterpart, is your office right
14:59:29  10    next to that?
14:59:30  11        A.  No.
14:59:30  12        Q.  Is it close to that?
14:59:33  13        A.  It's another office down the hall basically.  It
14:59:39  14    was a pretty chopped up office at that time.
15:00:03  15        Q.  And I just want to be very clear on your
15:00:05  16    testimony, Mr. Lonergan.  Your testimony is that you did
15:00:09  17    not tell Detective Stambach that you had met with Mr.
15:00:13  18    Ortiz the night before?
15:00:15  19        A.  I may have, I don't know.
15:00:47  20        Q.  After the November 15th meeting, did you, and you
15:00:51  21    saw him brought up at 7:15, did you see the P73s from
15:00:57  22    Detective Mark Vaughn that was prepared earlier on the
15:01:01  23    15th?
15:01:01  24        A.  I don't recall.
15:01:02  25        Q.  You don't recall if you actually pulled the
```

A-2266

|   | 1 | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|
| 15:01:05 | 2 | investigation file, correct? |
| 15:01:06 | 3 | A.   Myself personally, no, I do not. |
| 15:01:08 | 4 | Q.   Let me ask you this, when you went into the room |
| 15:01:11 | 5 | at 9:00 o'clock and you're told by Stambach that my |
| 15:01:14 | 6 | client confessed to a crime, that is in opposite to the |
| 15:01:18 | 7 | night before with from the night before when you met |
| 15:01:21 | 8 | with Mr. Ortiz, did you have a conversation then with |
| 15:01:25 | 9 | Mr. Stambach? |
| 15:01:26 | 10 | A.   I may have.  I don't recall the conversation. |
| 15:01:31 | 11 | Q.   When you were told by Mr. Stambach that my client |
| 15:01:35 | 12 | confessed to that same crime? |
| 15:01:36 | 13 | A.   Right. |
| 15:01:37 | 14 | Q.   That you said the night before he had nothing to |
| 15:01:41 | 15 | do with did you then pull the investigation file? |
| 15:01:44 | 16 | A.   I'm sure it was pulled. |
| 15:01:46 | 17 | Q.   No, Mr. Lonergan, you were the Sergeant in charge |
| 15:01:49 | 18 | at that time, did you pull the investigation file? |
| 15:01:52 | 19 | A.   I don't recall. |
| 15:01:52 | 20 | Q.   Mr. Ortiz was about to be arrested? |
| 15:01:54 | 21 | A.   Yes. |
| 15:01:54 | 22 | Q.   Stambach tells you that he just confessed? |
| 15:01:57 | 23 | A.   Right. |
| 15:01:57 | 24 | Q.   That is far different than what you knew the |
| 15:02:00 | 25 | night before that he had nothing to do and no credible |

A-2267

1          J. LONERGAN - DX BY MR. FELLE

15:02:04   2   information about the crimes and are you telling me that

15:02:08   3   when Stambach tells you that he now confessed to the

15:02:11   4   crimes that you then pull the investigative file to look

15:02:15   5   for corroborating evidence?

15:02:17   6       A.   I'm sure it was pulled.

15:02:19   7       Q.   Did you pull it?

15:02:21   8       A.   No.

15:02:22   9       Q.   And you were the supervising Sergeant in the

15:02:25   10  Major Crimes Unit?

15:02:27   11      A.   Yes.

15:02:27   12      Q.   And you were the supervisor to Detective

15:02:30   13  Stambach?

15:02:31   14      A.   Yes.

15:02:32   15      Q.   And you needed to approve the arrest, right?

15:02:36   16      A.   A District Attorney would have needed.

15:02:38   17      Q.   Before an arrest could have been drafted, you

15:02:40   18  would have had to sign off?

15:02:42   19      A.   I don't know about signed off.  I certainly

15:02:45   20  agreed with him being charged.

15:02:47   21      Q.   And when you agreed with him being charged, just

15:02:49   22  so we're clear, as you testified today, you don't recall

15:02:54   23  seeing the P73 of Detective Lauber at that point?

15:02:59   24      A.   I do not.

15:03:00   25      Q.   And you do not know if you looked at the

1    J. LONERGAN - DX BY MR. FELLE

15:03:04    2    investigation file pertaining to the murder of Camacho

15:03:07    3    brothers, correct?

15:03:08    4        A.    Previously, I'm sure I did, but that night, no.

15:03:11    5        Q.    Were you aware of any corroborating evidence that

15:03:15    6    would demonstrate that my client was involved in the

15:03:17    7    murder of the Camacho brothers?

15:03:20    8        A.    Yes.

15:03:21    9        Q.    What was the corroborating evidence?

15:03:24    10       A.    He mentioned that they pulled a chain off one of

15:03:29    11   the brothers neck and there was a chain laying in the

15:03:35    12   hallway of the house and he also mentioned that there

15:03:39    13   was a large TV that was on, which was correct.

15:03:46    14       Q.    Everything you just said that you say

15:03:48    15   corroborates his involvement are things that were placed

15:03:51    16   in that confession or statement, correct?

15:03:53    17       A.    Yes, they are in the statement.

15:03:56    18       Q.    Did you see my client's DNA on the chain?

15:03:59    19       A.    No.

15:04:00    20       Q.    Did you find any evidence to support that he had

15:04:03    21   been at the crime scene?

15:04:04    22       A.    No.

15:04:04    23       Q.    Did you look at the witness statements that

15:04:07    24   described all of the perpetrators running from the crime

15:04:10    25   scene that they were all about --

A-2269

190

|       |    | J. LONERGAN - DX BY MR. FELLE |
|-------|----|--------------------------------|
| 15:04:12 | 2 | MR. RUSS:  Your Honor, I object to what the |
| 15:04:13 | 3 | statements are. |
| 15:04:14 | 4 | THE COURT:  Okay.  Let me -- hold on. |
| 15:04:26 | 5 | Sustained.  Why don't you rephrase the question, Mr. |
| 15:04:28 | 6 | Felle? |
| 15:04:28 | 7 | MR. FELLE:  I'm sorry, Your Honor.  My |
| 15:04:30 | 8 | emotions get high. |
| 15:04:31 | 9 | Q.  Detective Lonergan, did you review any of the |
| 15:04:36 | 10 | statements of witnesses before you agreed to the arrest |
| 15:04:39 | 11 | of Mr. Ortiz that night? |
| 15:04:40 | 12 | A.  That night, no. |
| 15:05:05 | 13 | Q.  I think, just to be clear, you told us you were |
| 15:05:08 | 14 | working the entire night of the 16th of November, |
| 15:05:11 | 15 | correct? |
| 15:05:12 | 16 | A.  Correct. |
| 15:05:12 | 17 | Q.  So were you involved at 8:05 with an |
| 15:05:16 | 18 | interrogation or -- excuse me, a statement being I think |
| 15:05:18 | 19 | being taken by Mr. Carlos Osario in the Major Crimes |
| 15:05:24 | 20 | Unit? |
| 15:05:24 | 21 | A.  Not that I recall, no. |
| 15:06:08 | 22 | MR. FELLE:  Your Honor, I would like to |
| 15:06:10 | 23 | publish a document simply to a witness at this time. |
| 15:06:14 | 24 | THE COURT:  Okay. |
| 15:06:14 | 25 | MR. FELLE:  It's part of Exhibit 6. |

A-2270

J. LONERGAN - DX BY MR. FELLE

15:06:16    2    THE COURT:  They are off, Mr. Felle.

15:06:19    3    MR. FELLE:  Thank you.

15:06:20    4    Q.  Detective, excuse me, Mr. Lonergan, you told us

15:06:31    5    back in November 16th, 2004, you were the supervising

15:06:35    6    detective of the Major Crimes Unit?

15:06:41    7    A.  Yes.

15:06:41    8    Q.  And did Detective Patrick Judge report to you?

15:06:45    9    A.  No.  I believe Detective Viviane was the Sergeant

15:06:49   10    of that crew, Lema.

15:06:54   11    Q.  But Mr. Lema did, correct?

15:06:56   12    A.  Yes.

15:06:57   13    Q.  And in fact, Mr. James Lema is the detective that

15:07:01   14    went to the Buffalo General Hospital, that went with you

15:07:04   15    the night before, correct?

15:07:05   16    A.  That's correct.

15:07:06   17    Q.  And just looking at the exhibit in front of you,

15:07:09   18    part of Exhibit 6, and I suppose we could make it a

15:07:13   19    portion of that exhibit, is this a P73?

15:07:18   20    A.  It is.

15:07:18   21    Q.  And this is part of the investigation in the

15:07:21   22    Camacho brother murders?

15:07:23   23    A.  Yes.

15:07:23   24    Q.  And is this P73 something that would be

15:07:26   25    maintained in the normal course of the investigation

A-2271

192

|  | | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|
| 15:07:28 | 2 | file of the Buffalo Police Department? |
| 15:07:32 | 3 | A.  It would. |
| 15:07:32 | 4 | Q.  It and is it common practice for a document such |
| 15:07:35 | 5 | as this like we talked about earlier to be put in the |
| 15:07:38 | 6 | file? |
| 15:07:39 | 7 | A.  Yes. |
| 15:07:40 | 8 | Q.  So at this point, I would like this to move this |
| 15:07:43 | 9 | into evidence. |
| 15:07:44 | 10 | THE COURT:  This is a page from Exhibit 6, |
| 15:07:46 | 11 | correct? |
| 15:07:46 | 12 | MR. FELLE:  Correct. |
| 15:07:46 | 13 | THE COURT:  And I don't think -- did we mark |
| 15:07:46 | 14 | anything else from Exhibit 6 at this point, John? |
| 15:07:51 | 15 | MR. FELLE:  It should be 6C, Your Honor. |
| 15:07:53 | 16 | THE COURT:  6C?  All right.  Any objection, |
| 15:07:56 | 17 | Mr. Russ? |
| 15:07:56 | 18 | MR. RUSS:  Yes, Your Honor, the document |
| 15:07:58 | 19 | contains considerable hearsay. |
| 15:08:00 | 20 | THE COURT:  Could you hand the document, Mr. |
| 15:08:02 | 21 | Felle, to my courtroom deputy so I can take a look at |
| 15:08:06 | 22 | it? |
| 15:08:25 | 23 | I'm going to sustain the objection to the |
| 15:08:27 | 24 | hearsay contained in this document.  So some portions of |
| 15:08:32 | 25 | it could come in as a business record but the statements |

A-2272

|          | 1  | J. LONERGAN - DX BY MR. FELLE |
|----------|----|-------------------------------|
| 15:08:36 | 2  | of the third party here are hearsay if you're offering |
| 15:08:39 | 3  | them for the truth. |
| 15:08:40 | 4  | MR. FELLE:  I'm not.  I'm offering it for |
| 15:08:45 | 5  | the sake that the person was in the office at the time. |
| 15:08:47 | 6  | THE COURT:  Then why are you wanting to |
| 15:08:49 | 7  | introduce that person's statements? |
| 15:08:50 | 8  | MR. FELLE:  Let me try to work with it. |
| 15:08:55 | 9  | THE COURT:  Okay. |
| 15:08:59 | 10 | Q.  Mr. Lonergan, that P73 that we're looking at and |
| 15:09:05 | 11 | it looks like it's made to your attention, correct? |
| 15:09:08 | 12 | A.  Yes. |
| 15:09:10 | 13 | Q.  And in fact, while it's directed to Captain Mark |
| 15:09:15 | 14 | Morgan by Detective Judge and Detective Lema, it's also |
| 15:09:21 | 15 | put to your attention, correct? |
| 15:09:22 | 16 | A.  That's correct. |
| 15:09:22 | 17 | Q.  And we didn't see this on the other P73s, but |
| 15:09:26 | 18 | it's on this one.  Would you have been given a specific |
| 15:09:29 | 19 | copy of this one? |
| 15:09:30 | 20 | A.  Which one? |
| 15:09:31 | 21 | Q.  This one we're looking at. |
| 15:09:33 | 22 | A.  It would have been in the file. |
| 15:09:34 | 23 | Q.  It says attention to you, are you given one that |
| 15:09:39 | 24 | goes outside of the file? |
| 15:09:40 | 25 | A.  No. |

A-2273

194

| | | J. LONERGAN - DX BY MR. FELLE |
|---|---|---|
| 15:09:41 | 2 | Q. And did you recall seeing this P73? |
| 15:09:45 | 3 | A. No, I don't. |
| 15:09:46 | 4 | Q. You were working that night? |
| 15:09:48 | 5 | A. Yes, I was. |
| 15:09:48 | 6 | Q. And does this document indicate that there was a |
| 15:09:51 | 7 | witness at the Major Crimes Unit related to that |
| 15:09:54 | 8 | investigation? |
| 15:09:55 | 9 | A. Yes. |
| 15:09:56 | 10 | Q. And does it indicate by name that that person was |
| 15:10:01 | 11 | Carlos Osario? |
| 15:10:04 | 12 | A. Yes. |
| 15:10:05 | 13 | Q. And were you aware that Mr. Osario was somebody |
| 15:10:07 | 14 | that your detectives interviewed back on November 11th, |
| 15:10:11 | 15 | when the murders occurred? |
| 15:10:14 | 16 | A. I don't recall that. |
| 15:10:17 | 17 | Q. Do you recall being involved in that interview |
| 15:10:20 | 18 | with Mr. Osario? |
| 15:10:21 | 19 | A. November 11th? |
| 15:10:23 | 20 | Q. No. Mr. Lonergan, looking at the document in |
| 15:10:26 | 21 | front of you, this interview? |
| 15:10:28 | 22 | A. I don't recall seeing him. |
| 15:10:31 | 23 | Q. Do you recall being involved in that interview? |
| 15:10:33 | 24 | A. No. |
| 15:10:33 | 25 | Q. Does the P73 tell us where the interview took |

A-2274

195

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | J. LONERGAN - DX BY MR. FELLE                            |
| 15:10:38 | 2  | place?                                                    |
| 15:10:38 | 3  | A.  The interview room.                                  |
| 15:10:46 | 4  | Q.  So, when we talked earlier about the fact that       |
| 15:10:49 | 5  | there was an interview room and it may or may not have   |
| 15:10:53 | 6  | been available, Mr. Ortiz was brought to an office, a    |
| 15:10:56 | 7  | closed office, correct?  Sergeant Viviane's office?      |
| 15:10:59 | 8  | A.  Yes.                                                 |
| 15:11:00 | 9  | Q.  And it appears based on this P73 that in the         |
| 15:11:03 | 10 | interview room at the same time was Mr. Osario, correct? |
| 15:11:06 | 11 | A.  Yes.                                                 |
| 15:11:07 | 12 | Q.  And in fact, what time was that witness interview    |
| 15:11:11 | 13 | being conducted?                                         |
| 15:11:24 | 14 | A.  8:00 p.m.                                            |
| 15:11:25 | 15 | Q.  8:00 p.m.                                            |
| 15:11:27 | 16 | A.  Yes.                                                 |
| 15:11:27 | 17 | Q.  And you said Mr. Ortiz was brought in at 7:15?       |
| 15:11:31 | 18 | A.  Yes.                                                 |
| 15:11:31 | 19 | Q.  And between 7:15 and 9:00 p.m. is when he            |
| 15:11:35 | 20 | confessed?                                                |
| 15:11:35 | 21 | A.  Yes.                                                 |
| 15:11:35 | 22 | Q.  And at the same time, when he is in an office,       |
| 15:11:39 | 23 | allegedly confessing to the crime, you had someone in    |
| 15:11:41 | 24 | the interview room, it was a witness who saw the         |
| 15:11:47 | 25 | perpetrator leaving the house --                         |

|   | J. LONERGAN - DX BY MR. FELLE |
|---|---|
| 15:11:48 | 2 MR. RUSS: Your Honor, I object to the |
| 15:11:50 | 3 contents. |
| 15:11:50 | 4 Q. Did you have a witness? Based on Mr. Osario's, |
| 15:11:55 | 5 this P73 of Mr. Osario, that he was a witness to that |
| 15:12:00 | 6 crime? |
| 15:12:00 | 7 A. At some point, I would have known, correct. |
| 15:12:03 | 8 Q. And let me ask you this. Did you ever as a |
| 15:12:09 | 9 supervising detective at the time that Mr. Ortiz is in |
| 15:12:13 | 10 the Detective Sergeant Viviane's office, and before you |
| 15:12:17 | 11 signed off on his arrest or agreed to it, did you say, |
| 15:12:20 | 12 hey, let's at least do a lineup and have Mr. Osario |
| 15:12:24 | 13 who's a witness to the perpetrators, see if Mr. Ortiz is |
| 15:12:28 | 14 the right man, did you do that? |
| 15:12:29 | 15 A. That would not. |
| 15:12:30 | 16 MR. RUSS: Your Honor, I object again to the |
| 15:12:32 | 17 contents of the memo as to what Mr. Osario saw. |
| 15:12:36 | 18 THE COURT: Sustained. There is no evidence |
| 15:12:39 | 19 in the record that Mr. Osario was a witness. So I'm |
| 15:12:47 | 20 going to sustain the objection. |
| 15:12:49 | 21 Q. Okay. Let me ask you this, Detective Sergeant |
| 15:12:54 | 22 Viviane, or excuse me, Lonergan. Did it ever occur to |
| 15:12:58 | 23 you before agreeing to the arrest of Mr. Ortiz to have |
| 15:13:01 | 24 any of the witnesses come in to identify him? |
| 15:13:03 | 25 A. No, not my job. |

A-2276

1    J. LONERGAN - DX BY MR. FELLE

15:13:07   2    Q.  But you agreed to as being arrested, that was

15:13:11   3    your job, correct?

15:13:12   4    A.  I agreed with it, yes.

15:13:13   5    Q.  But it wasn't your job to make sure he was the

15:13:17   6    right guy?

15:13:18   7    A.  A lineup would be controlled by the District

15:13:21   8    Attorney's Office, not by our office.

15:13:23   9    Q.  And if you had a witness that was in the office

15:13:26   10   already, you could have brought him over for a view,

15:13:30   11   correct?

15:13:31   12   A.  No, I would not do that.

15:13:32   13   Q.  And you didn't do it here, correct?

15:13:35   14   A.  No, it would be one-on-one, I wouldn't do that.

15:13:44   15   Q.  The next P73 that I see and that we went through

15:13:48   16   with Detective Vaughn indicates that you and he went to

15:13:52   17   the apartment of Mr. Ortiz, the very early morning hours

15:13:56   18   after he was arrested.  Do you recall that?

15:13:58   19   A.  Yes, on Jermaine Street, in the City of Buffalo,

15:14:02   20   yes.

15:14:02   21   Q.  And you went there because Mr. Ortiz gave you

15:14:06   22   permission to enter his apartment, right?

15:14:08   23   A.  Yes.

15:14:09   24   Q.  And in fact, Mr. Stambach claimed that Mr. Ortiz

15:14:12   25   told him that all of the evidence that you need is right

A-2277

198

|       |    | J. LONERGAN - DX BY MR. FELLE |
|-------|----|-------------------------------|
| 15:14:15 | 2 | in my apartment, right? |
| 15:14:16 | 3 | A.  I believe so. |
| 15:14:16 | 4 | Q.  But when you went there and he was in custody |
| 15:14:19 | 5 | throughout all of that time when you went there, did you |
| 15:14:21 | 6 | find any evidence at all that he was involved in the |
| 15:14:23 | 7 | crime? |
| 15:14:24 | 8 | A.  No. |
| 15:14:47 | 9 | Q.  When you came in to see Mr. Ortiz at 9:00 o'clock |
| 15:14:51 | 10 | that evening, did you know whether he was read his |
| 15:14:54 | 11 | Miranda warnings? |
| 15:14:55 | 12 | A.  Yes, he was. |
| 15:14:55 | 13 | Q.  And was he read the Miranda warnings through the |
| 15:14:58 | 14 | interpreter? |
| 15:14:59 | 15 | A.  Correct. |
| 15:14:59 | 16 | Q.  And do you know what time the interpreter got |
| 15:15:01 | 17 | there? |
| 15:15:01 | 18 | A.  I do not, but the rights were read at 8:20 p.m., |
| 15:15:06 | 19 | I believe. |
| 15:15:08 | 20 | Q.  Okay.  So 8:20 p.m. he was read his Miranda |
| 15:15:12 | 21 | rights, but he had been there since 7:15, correct? |
| 15:15:15 | 22 | A.  Yes. |
| 15:15:15 | 23 | Q.  And he had been brought to Sergeant Viviane's |
| 15:15:18 | 24 | office where he was with Detective Stambach up until |
| 15:15:23 | 25 | that time when he is read his Miranda rights, correct? |

A-2278

199

```
            1              J. LONERGAN - DX BY MR. FELLE

15:15:26    2       A.  Yes.

15:15:27    3       Q.  And by the time you came in by 9:00 o'clock,

15:15:30    4   Stambach told you he had already confessed to the whole

15:15:33    5   thing, correct?

15:15:33    6       A.  That's correct.

15:15:34    7       Q.  At that time, when you agreed to his arrest, were

15:15:37    8   you aware there were 3 perpetrators to the crime?

15:15:41    9              MR. RUSS:  Your Honor, I object.  There is

15:15:42   10   no evidence of that.

15:15:43   11              THE COURT:  Well, he is asking him if he is

15:15:46   12   aware of that.  Overruled.

15:15:48   13       A.  I was aware that somebody did state that 3

15:15:51   14   individuals were seen running from the house.

15:15:54   15       Q.  And do you recall seeing that in the file?

15:15:57   16       A.  I'm sure I did.

15:15:58   17       Q.  Do you recall who it was that reported seeing

15:16:00   18   those 3 individuals?

15:16:02   19       A.  I do not.

15:16:02   20       Q.  But there appeared to be a report that there was

15:16:05   21   somebody who saw 3 people running from the crime scene,

15:16:09   22   correct?

15:16:09   23       A.  Correct.

15:16:09   24       Q.  And was there any effort by you to find out

15:16:13   25   through Mr. Ortiz the other two?
```

A-2279

200

```
                1         J. LONERGAN - DX BY MR. FELLE
15:16:16        2         A.   I'm sure he was asked.  I did not ask him
15:16:18        3    personally, no.
15:16:23        4         Q.   After the arrest and prosecution of Mr. Ortiz,
15:16:28        5    are you aware that that file was closed even though
15:16:31        6    there was no other arrest other than Mr. Ortiz?
15:16:35        7         A.   That I'm not aware of, no.
15:16:37        8         Q.   Did you authorize the closure of that case?
15:16:39        9         A.   No.
15:16:39       10         Q.   And it wouldn't be normal operating procedure to
15:16:45       11    close that case, correct?
15:16:46       12         A.   I wouldn't close it, no.
15:16:49       13         Q.   And that is because you were aware there were two
15:16:52       14    other perpetrators, correct?
15:16:53       15         A.   Correct.
15:16:53       16         Q.   And so it would remain an active file, correct?
15:16:56       17         A.   That's correct.
15:17:07       18         Q.   Did there come a point in time when you became
15:17:10       19    aware that Mr. Ortiz was found to be innocent?
15:17:14       20         A.   Was what?
15:17:14       21         Q.   Found to be innocent?
15:17:21       22         A.   Yeah, I believe so, yes.
15:17:24       23         Q.   How did you find out?
15:17:26       24         A.   I don't recall.
15:17:26       25         Q.   Do you recall hearing it on the news?
```

A-2280

1            J. LONERGAN - DX BY MR. FELLE

15:17:28   2      A.   Probably, I would say probably.

15:17:31   3      Q.   And when you heard it, did you recall who Mr.

15:17:35   4   Ortiz was?

15:17:36   5      A.   Yes.

15:17:37   6      Q.   And did you recall your involvement in having

15:17:40   7   arrested him?

15:17:40   8      A.   Yes.

15:17:41   9      Q.   And did that prompt you to open the case and see

15:17:44  10   what had happened that an innocent man may have been

15:17:47  11   arrested for a crime he didn't commit?

15:17:52  12      A.   I don't know when he was, when he was ruled

15:17:58  13   innocent.  I don't know if I was still in homicide, to

15:18:01  14   be honest with you.  I don't know the date.

15:18:03  15      Q.   Did you ever do anything to go back in and find

15:18:06  16   out how that could have occurred?

15:18:08  17      A.   How what could have occurred?

15:18:10  18      Q.   How could an innocent man have been put in jail?

15:18:14  19      A.   I did not think he was an innocent man.  No, I

15:18:16  20   did not.

15:18:16  21      Q.   When you heard the news by the FBI, the U.S.

15:18:21  22   Attorney's Office General Office, the Erie County

15:18:22  23   District Attorney's Office agreed with, the New York

15:18:25  24   State investigators agreed with it, when you heard it

15:18:30  25   from all of the sources, Mr. Ortiz, who said he was

A-2281

202

|  | 1 | J. LONERGAN - CX BY MR. RUSS |
|---|---|---|
| 15:18:34 | 2 | innocent, when you heard it, are you saying you still |
| 15:18:37 | 3 | don't believe it? |
| 15:18:38 | 4 | A.  No. |
| 15:18:39 | 5 | THE COURT:  You mean yes? |
| 15:18:41 | 6 | THE WITNESS:  I didn't believe it, sorry. |
| 15:18:42 | 7 | THE COURT:  I wanted to clarify that. |
| 15:18:45 | 8 | MR. FELLE:  I have nothing further, Your |
| 15:18:47 | 9 | Honor. |
| 15:18:47 | 10 | THE COURT:  Thank you, Mr. Felle.  Mr. Russ, |
| 15:18:52 | 11 | cross-examination? |
| 15:18:52 | 12 | MR. RUSS:  Yes, Your Honor.  I want to |
| 15:18:55 | 13 | clarify a couple of things. |
| 15:18:55 | 14 | CROSS-EXAMINATION BY MR. RUSS: |
| 15:18:57 | 15 | Q.  Toward the end of your testimony, Detective |
| 15:19:04 | 16 | Lonergan, Mr. Felle asked you some questions why you |
| 15:19:09 | 17 | didn't put him in a lineup and why you didn't put him in |
| 15:19:13 | 18 | one-on-one, do you remember that? |
| 15:19:15 | 19 | A.  Yes, I do. |
| 15:19:16 | 20 | Q.  And can you explain to the jury why you didn't |
| 15:19:19 | 21 | put him in a one-on-one? |
| 15:19:20 | 22 | A.  And down the road, you're going to have issues |
| 15:19:25 | 23 | with, of course, he picked him because he is the only |
| 15:19:28 | 24 | one.  Normally, you have a suspect stand in a lineup |
| 15:19:32 | 25 | with five other individuals. |

A-2282

203

                    J. LONERGAN - CX BY MR. RUSS

15:19:33   2    Q.  And that is something done by the District

15:19:36   3    Attorney's Office typically?

15:19:36   4    A.  It is.  That's correct.

15:19:38   5    Q.  And to do a one-on-one would be known as what is

15:19:42   6    known as an objective identification; is that correct?

15:19:44   7    A.  Absolutely.

15:19:46   8    Q.  So that is why you didn't do it?

15:19:48   9    A.  That's correct.

15:19:54  10           MR. RUSS:  Sorry, Judge.  I apologize, Your

15:20:00  11    Honor.

15:20:00  12           THE COURT:  That's okay.  Take your time.

15:20:05  13    Q.  Do you remember that Mr. Felle asked you some

15:20:10  14    questions concerning when you were at Buffalo General

15:20:15  15    Hospital on November 15th, 2004, about whether you

15:20:20  16    questioned the doctors or read from Mr. Ortiz's medical

15:20:27  17    records?

15:20:27  18    A.  Yes, I do.

15:20:28  19    Q.  And you indicated that you did not question the

15:20:30  20    doctors and you did not read the medical records?

15:20:33  21    A.  That's correct.

15:20:33  22    Q.  Are you legally allowed to do that?

15:20:36  23    A.  I wouldn't think so under the laws, no.

15:20:39  24    Q.  Are you familiar with HIPAA?

15:20:41  25    A.  Yes.

A-2283

204

1          J. LONERGAN - CX BY MR. RUSS

15:20:44   2     Q.  For you to talk to his doctors or to read his

15:20:47   3  medical records, would that be a violation of HIPAA?

15:20:49   4     A.  I would certainly think so, yes.

15:20:55   5     Q.  And then last thing I want to clarify, you

15:21:05   6  indicated that you were one of the two people that

15:21:12   7  searched Mr. Ortiz's apartment?

15:21:14   8     A.  Yes.

15:21:15   9     Q.  And Mr. Ortiz apparently gave you permission to

15:21:19  10  do that?

15:21:20  11     A.  Yes, sir.

15:21:20  12     Q.  But I think when you answered, you indicated that

15:21:29  13  the apartment was on Jermaine Street in Buffalo?

15:21:31  14     A.  I believe so, yes.

15:21:32  15     Q.  I'm putting on the screen what is in evidence as

15:21:39  16  Defendant's Exhibit 402.

15:21:41  17     A.  Mm-hmm.

15:21:48  18     Q.  And the last line, I don't know if you can see

15:21:51  19  that.  It says Ortiz lived there until moving to 19

15:21:56  20  Hoyt.  Do you see that?

15:21:57  21     A.  Yes, sir.

15:21:59  22     Q.  Was that his apartment in 19 Hoyt?

15:22:00  23     A.  Yes.

15:22:01  24     Q.  And in fact, Jermaine Street was used for

15:22:09  25  something else by Mr. Ortiz; isn't that correct?

A-2284

205

```
              1                J. LONERGAN - RDX BY MR. FELLE
15:22:12      2                MR. FELLE:  Object to the form, Your Honor.
15:22:15      3                THE COURT:  Well, overruled.  Go ahead.  You
15:22:18      4    can answer it.
15:22:19      5    A.  Yes.
15:22:22      6    Q.  And what did you learn that Mr. Ortiz used the
15:22:28      7    Jermaine Street apartment for?
15:22:30      8    A.  Cocaine dealing.
15:22:38      9                MR. RUSS:  That's all I have, Your Honor.
15:22:40     10    Thank you.
15:22:40     11                THE COURT:  Thank you, Mr. Russ.  Any
15:22:42     12    redirect, Mr. Felle?
15:22:43     13                MR. FELLE:  Please, Your Honor.
15:22:45     14    REDIRECT EXAMINATION BY MR. FELLE:
15:22:47     15    Q.  Mr. Lonergan, tell me when it was that you
15:22:53     16    discovered that Mr. Ortiz had anything to do with
15:22:56     17    cocaine at the Jermaine Street address?
15:22:58     18    A.  With the what?
15:22:59     19    Q.  Jermaine Street address.  You just testified
15:23:01     20    under oath that you're aware that Mr. Ortiz was
15:23:04     21    operating with coke at that address?
15:23:06     22    A.  It was 19 Hoyt Street.
15:23:09     23    Q.  Nineteen Hoyt Street.  Is that where he was
15:23:14     24    dealing the cocaine?
15:23:15     25    A.  Yes, he previously lived on Jermaine Street.
```

A-2285

206

|  | 1 | J. LONERGAN - RDX BY MR. FELLE |
|---|---|---|
| 15:23:18 | 2 | Q. And you went to Hoyt Street? |
| 15:23:20 | 3 | A. Yes. |
| 15:23:20 | 4 | Q. And you found no evidence there, correct? |
| 15:23:22 | 5 | A. No. |
| 15:23:23 | 6 | Q. You didn't find cocaine there, did you? |
| 15:23:25 | 7 | A. No. |
| 15:23:26 | 8 | Q. So when you testified just now that my client was |
| 15:23:28 | 9 | involved in something like that, is it based on just |
| 15:23:32 | 10 | that report, Mr. Russ just showed you? That it says in |
| 15:23:36 | 11 | there they used to do drugs at 142 Jermaine or whatever |
| 15:23:40 | 12 | it is? |
| 15:23:40 | 13 | A. Nineteen Hoyt, yes. |
| 15:23:42 | 14 | Q. Based on that report only, correct? |
| 15:23:45 | 15 | A. I believe Mr. Ortiz told us that he was involved |
| 15:23:49 | 16 | with the Camacho brothers. |
| 15:23:53 | 17 | Q. Right. |
| 15:23:54 | 18 | A. And drug dealing. |
| 15:23:55 | 19 | Q. And your testimony that you just said to try to |
| 15:24:00 | 20 | Mr. Ortiz, it's based only on that document, correct? |
| 15:24:03 | 21 | What he pointed he said to you -- |
| 15:24:04 | 22 | A. He did say to me. |
| 15:24:05 | 23 | Q. And you recall that, right? |
| 15:24:06 | 24 | A. Yes. |
| 15:24:07 | 25 | Q. And you just testified that based on that |

A-2286

1              J. LONERGAN - RDX BY MR. FELLE

15:24:10  2  statement alone, what you claim he said to you, that he

15:24:12  3  was the one dealing cocaine out of that apartment,

15:24:15  4  correct?

15:24:16  5     A.  Yes.

15:24:16  6     Q.  Do you have any other information that supports

15:24:20  7  that?

15:24:20  8     A.  No.

15:24:22  9     Q.  Did you ever investigate the people in that

15:24:26  10  report that he claimed were running the ring that were

15:24:28  11  selling the cocaine?

15:24:29  12     A.  That would have been narcotics, I personally did

15:24:32  13  not, no.

15:24:32  14     Q.  Did you refer to narcotics?

15:24:35  15     A.  It may have been, I don't recall.

15:24:37  16     Q.  Do you recall referring to narcotics?

15:24:39  17     A.  I don't recall.

15:24:43  18     Q.  So you didn't take that as credible, the idea

15:24:46  19  that in that statement the Camacho brothers or whoever

15:24:50  20  it is were running a ring, selling cocaine and he gave

15:24:53  21  you an address referring to the cocaine.

15:24:53  22     A.  Right.

15:24:57  23     Q.  You didn't refer to narcotics?

15:24:59  24     A.  No, we went there ourselves.

15:25:01  25     Q.  So even though you didn't find that credible,

A-2287

208

1                    J. ORTIZ VS. M. STAMBACH

15:25:03   2    credible enough to refer to narcotics, you find it

15:25:06   3    credible enough to sit here and testify in court based

15:25:10   4    on that statement, the same statement that Mr. Ortiz

15:25:13   5    made that he is somehow a cocaine dealer, based on the

15:25:16   6    same exact statement you're saying?

15:25:18   7        A.  Based on what he told me, yes, I do.

15:25:18   8                    MR. FELLE:  Your Honor, I have nothing

15:25:18   9    further.

15:25:21   10                   THE COURT:  Thank you, Mr. Felle.  Any

15:25:22   11   further cross?

15:25:23   12                   MR. RUSS:  Just one, Your Honor, thank you.

15:25:23   13   RECROSS-EXAMINATION BY MR. RUSS:

15:25:26   14       Q.  Did Mr. Ortiz tell you that he was a cocaine

15:25:28   15   dealer?

15:25:28   16       A.  Yes.

15:25:29   17                   THE COURT:  All right.  Thank you.  All

15:25:31   18   right, sir.  You can put your mask back on and step

15:25:34   19   down.  Have a nice day.

15:25:36   20                   THE WITNESS:  Thank you.  You too.  Thank

15:25:38   21   you.

15:25:38   22                   THE COURT:  All right.  Ladies and Gentlemen

15:25:40   23   of the Jury, we are going to break for today.  Our

15:25:43   24   reminder as to our schedule tomorrow.  We'll start at

15:25:47   25   9:00 a.m.  We'll break for lunch at about 11:45 and then

A-2288

209

J. ORTIZ VS. M. STAMBACH

15:25:53   2   resume at 1:00 p.m. and then go until 4:30.  So that is

15:25:57   3   the plan for tomorrow.  Again, the plan still for Friday

15:26:00   4   is to go from 9:00 to no later than 2:00 p.m.  Let me

15:26:06   5   remind you about my admonitions before you go.  Don't

15:26:10   6   talk about the case among yourselves or anyone else.  If

15:26:13   7   anyone does try to talk to you about the case, walk away

15:26:16   8   and let me know about it.  Do not seek advice from

15:26:21   9   another juror about anything you feel unnecessary to

15:26:23   10  bring to my attention.  On the side of caution, if you

15:26:27   11  feel something is not proper, do not do any research

15:26:30   12  about the case on your own.  Do not visit any occasion

15:26:33   13  locations in the issue of the said case.  Do not talk

15:26:37   14  either in or out of the courtroom with any attorneys,

15:26:41   15  witnesses, or parties.  In no other way can all parties

15:26:46   16  be assured that absolute impartiality is entitled to

15:26:50   17  expect from you as a juror.  These courtrooms are open

15:26:53   18  courtrooms.  That means anyone can come and watch the

15:26:54   19  proceedings including the media.  Therefore, in the

15:26:56   20  event there are any media accounts about the case,

15:26:59   21  you're not to read, watch or listen to any such

15:27:02   22  accounts, because you're in the best position to decide

15:27:04   23  what happens in this courtroom and you do not need to

15:27:07   24  rely on any second-hand accounts.  So with that being

15:27:11   25  said, I want to thank you for your patience.  I can tell

1            J. ORTIZ VS. M. STAMBACH

15:27:14  2   how attentive you all are and I appreciate your

15:27:16  3   attention and your thoroughness in terms of paying very

15:27:23  4   close attention to everything.  I appreciate that and I

15:27:27  5   know the parties appreciate that.  And I want to wish

15:27:30  6   you a wonderful evening, thank you.

15:27:34  7            (Whereupon the jury is escorted from the

15:27:37  8   courtroom.)

15:27:56  9            THE COURT:  Mr. Howe, do you want to hold

15:27:57  10  off for one second?  I just want to check with you how

15:28:02  11  you're doing.

15:28:03  12            JUROR:  Today, I'm doing better.  Yesterday

15:28:06  13  I may not have gotten enough sleep.  Today I'm better.

15:28:09  14            THE COURT:  It was a long day.

15:28:11  15            JUROR:  I didn't get a lot of sleep that is

15:28:14  16  why it happened.  It happens when I'm quite

15:28:18  17  sleep-deprived.

15:28:18  18            THE COURT:  Okay.  Well, you definitely keep

15:28:20  19  us posted, okay?  And again, if there is anything I can

15:28:26  20  do to accommodate, taking a break, or what have you, you

15:28:29  21  let me know, okay?  And get a good night's sleep

15:28:31  22  tonight.  I don't want to be ordering you to do that.

15:28:34  23  Get a good night's sleep, okay?  See you tomorrow.

15:28:50  24            All right.  Tomorrow, Mr. Felle, you tell me

15:28:54  25  what your plan is in terms of witnesses.  Are you going

A-2290

|          |    |                                                  |
|----------|----|--------------------------------------------------|
|          | 1  | J. ORTIZ VS. M. STAMBACH                         |
| 15:28:57 | 2  | to start back up with Mr. Ortiz?                 |
| 15:28:59 | 3  | MR. FELLE:  Correct.                             |
| 15:28:59 | 4  | THE COURT:  Okay.  And then after Mr. Ortiz,     |
| 15:29:10 | 5  | what is your plan?                               |
| 15:29:10 | 6  | MR. FELLE:  I believe I have Investigator        |
| 15:29:13 | 7  | Rondan coming in at 10:30.                       |
| 15:29:15 | 8  | THE COURT:  Oh, you're arranging that.           |
| 15:29:16 | 9  | MR. FELLE:  That is confirmed.  He is coming     |
| 15:29:18 | 10 | in at 10:30.                                     |
| 15:29:19 | 11 | THE COURT:  So he'll be the next witness.        |
| 15:29:21 | 12 | MR. FELLE:  And then I think we have Mr.         |
| 15:29:23 | 13 | Stambach in the afternoon.                       |
| 15:29:24 | 14 | THE COURT:  Okay.  And then Lauber is coming     |
| 15:29:29 | 15 | in on Friday, right?                             |
| 15:29:30 | 16 | MR. SAHASRABUDHE:  Friday at 11:00.              |
| 15:29:31 | 17 | THE COURT:  And Mary Evans is coming on          |
| 15:29:34 | 18 | Friday too, right?                               |
| 15:29:35 | 19 | MR. FELLE:  Correct.                             |
| 15:29:35 | 20 | THE COURT:  And Torres presumably on Monday.     |
| 15:29:40 | 21 | MR. FELLE:  I think definitely.                  |
| 15:29:42 | 22 | THE COURT:  If his ship doesn't make it          |
| 15:29:46 | 23 | ashore, we'll deal with that.  So that is all of the |
| 15:29:54 | 24 | witnesses, right?  Andy, you don't need the mask, that |
| 15:29:58 | 25 | is just for the jury trial.  That would complete all of |

A-2291

212

| | |
|---|---|
| 1 | J. ORTIZ VS. M. STAMBACH |
| 15:30:02 2 | the witnesses, right? |
| 15:30:05 3 | MR. FELLE:  I think so. |
| 15:30:06 4 | THE COURT:  Okay.  And we have to fit our |
| 15:30:08 5 | charge conference in somewhere, so I was thinking we |
| 15:30:10 6 | might have time Friday depending on how long the |
| 15:30:13 7 | witnesses take, but we'll just have to play that by |
| 15:30:18 8 | here. |
| 15:30:18 9 | All right.  Anything else, Mr. Felle, that |
| 15:30:20 10 | we should talk about before we break up today?  In terms |
| 15:30:23 11 | of your exhibits tomorrow, with Mr. Ortiz, any exhibits |
| 15:30:29 12 | that you're planning to introduce? |
| 15:30:31 13 | MR. FELLE:  No, I don't anticipate. |
| 15:30:33 14 | THE COURT:  What about with Investigator |
| 15:30:35 15 | Rondan. |
| 15:30:36 16 | MR. FELLE:  Yeah, I think we would love to |
| 15:30:38 17 | move in the synopsis of the investigation that |
| 15:30:45 18 | relatively with Evans were involved in preparing.  We |
| 15:30:49 19 | understand that it will only take us through the |
| 15:30:51 20 | investigation aspects up to sentencing. |
| 15:30:56 21 | THE COURT:  And what exhibit number is that? |
| 15:31:15 22 | MR. FELLE:  Exhibit 4. |
| 15:31:19 23 | THE COURT:  Does the defense know its |
| 15:31:20 24 | position with respect to Exhibit 4? |
| 15:31:22 25 | MR. RUSS:  Yes. |

A-2292

213

J. ORTIZ VS. M. STAMBACH

15:31:23   2         THE COURT: And what is it?

15:31:24   3         MR. RUSS: Let me just explain for record

15:31:29   4   purposes. Exhibit 4 is a synopsis of what was done

15:31:39   5   concerning Mr. Ortiz's original prosecution and

15:31:44   6   conviction and also everything that was done after

15:31:49   7   sentencing. That is my first objection. My second

15:31:55   8   objection is that --

15:31:58   9         THE COURT: You're objecting to anything

15:31:59  10   after sentencing?

15:32:00  11         MR. RUSS: I'm objecting to anything after

15:32:03  12   sentencing, first of all. And second of all, as to

15:32:05  13   before sentencing, I'm not going to object on the 902

15:32:10  14   business records grounds, but again, the document

15:32:15  15   contains considerable hearsay about what various

15:32:32  16   witnesses said.

15:32:32  17         THE COURT: Right. To the extent you're

15:32:34  18   trying to get in what third parties told law

15:32:37  19   enforcement, it would appear to be hearsay unless you

15:32:40  20   can identify some reason it's not.

15:32:44  21         MR. FELLE: Well, I guess what I would

15:32:45  22   identify is that the information contained in the

15:32:48  23   synopsis is taken from the original investigation file

15:32:52  24   maintained by the Buffalo Police Department. In fact,

15:32:57  25   this report was generated because Detective Mary Evans

A-2293

214

```
         1              J. ORTIZ VS. M. STAMBACH

15:33:02  2   pulled this closed file.

15:33:04  3              THE COURT:  That doesn't remove it from

15:33:06  4   being hearsay though.  In other words, it's one to say

15:33:08  5   that the document itself, for instance, well, are you

15:33:23  6   objecting to the statements in here, Mr. Russ, that for

15:33:29  7   instance patrol responds and finds two males deceased

15:33:34  8   inside the residence?

15:33:35  9              MR. RUSS:  No, but for example, the next

15:33:37 10   lengthy section, Your Honor, talks about a witness named

15:33:41 11   Esteban Acebedo, who says that he saw three males, one

15:33:49 12   carrying something in his hand running from the scene.

15:33:52 13   All of the males were wearing hood sweatshirts.  One was

15:33:56 14   gray and two were darker colors.  And then the next one

15:34:00 15   talks -- gives physical descriptions of the people

15:34:06 16   fleeing from the scene and that is all hearsay, Your

15:34:09 17   Honor.  This is an out-of-court witness making a

15:34:12 18   statement that is offered for the truth.

15:34:17 19              THE COURT:  So is the proponent of the

15:34:19 20   evidence you have to identify some basis for this not

15:34:23 21   being hearsay.

15:34:26 22              MR. FELLE:  I think they are statements made

15:34:28 23   to law enforcement.

15:34:30 24              THE COURT:  That is not an exception to the

15:34:34 25   hearsay, Mr. Felle.
```

| | 1 | J. ORTIZ VS. M. STAMBACH |
|---|---|---|
| 15:34:35 | 2 | MR. FELLE: It's under recourse of legal |
| 15:34:35 | 3 | action if they like -- |
| 15:34:36 | 4 | THE COURT: Mr. Felle, you have to look at |
| 15:34:38 | 5 | the Federal Rules of Evidence, article 8, I think it is. |
| 15:34:40 | 6 | It starts on 801. |
| 15:34:42 | 7 | MR. RUSS: 801, 802, 803. |
| 15:34:45 | 8 | THE COURT: Take a look at those. There is |
| 15:34:47 | 9 | no exception in there, statements to law enforcement. |
| 15:34:49 | 10 | It would make my job a lot easier if that was an |
| 15:34:53 | 11 | exception to the hearsay rule, but it's not. So seems |
| 15:34:58 | 12 | to me you're offering this for the truth because you're |
| 15:35:00 | 13 | trying to show there were really three perpetrators to |
| 15:35:04 | 14 | the murders. |
| 15:35:05 | 15 | MR. FELLE: Your Honor, yes, that might come |
| 15:35:08 | 16 | in. And I would just remind the Court this goes back |
| 15:35:12 | 17 | into 2004, these witnesses are difficult, if not |
| 15:35:16 | 18 | impossible to find. |
| 15:35:17 | 19 | THE COURT: No, Mr. Felle. It's not an |
| 15:35:19 | 20 | exception to the hearsay rules. |
| 15:35:21 | 21 | MR. FELLE: Understood, Your Honor. |
| 15:35:22 | 22 | THE COURT: We're all bound by the Rules of |
| 15:35:24 | 23 | Evidence and so you're the proponent of the evidence. |
| 15:35:30 | 24 | You have to identify for me what the grounds are for |
| 15:35:33 | 25 | either there not to be hearsay or for there to be an |

A-2295

216

```
          1              J. ORTIZ VS. M. STAMBACH

15:35:37  2    extension to the hearsay.

15:35:40  3              MR. FELLE:  I'll review tonight, Your Honor.

15:35:41  4              THE COURT:  At this point, you haven't.

15:35:43  5    Take a look at it tonight and I don't want to do is get

15:35:46  6    caught up tomorrow in taking time outside of the

15:35:51  7    presence of the jury to sort through this.  So either

15:35:53  8    identify what you think is going to be a legitimate

15:35:56  9    basis to get around any hearsay objection, or have a

15:36:02 10    discussion with defense counsel about a redacted version

15:36:04 11    of this document, okay?  And then the same thing with

15:36:11 12    any exhibits that you want to use for Mr. Stambach.

15:36:16 13              MR. FELLE:  Yes, Your Honor.

15:36:17 14              THE COURT:  Okay?

15:36:18 15              MR. FELLE:  Yes.

15:36:19 16              THE COURT:  All right.  Anything else, Mr.

15:36:22 17    Felle, that we need to talk about before we break today?

15:36:23 18              MR. FELLE:  No, Your Honor.

15:36:24 19              THE COURT:  Mr. Russ?

15:36:25 20              MR. RUSS:  No, Your Honor, thank you.

15:36:26 21              THE COURT:  Okay, we'll see everybody

15:36:28 22    tomorrow.  Have a good night.  Thank you.

15:36:32 23              Thank you, Mr. Ortiz.

         24

         25
```

1

2

3                        *      *      *

4              CERTIFICATE OF REPORTER

5

6     I certify that the foregoing is a correct transcript

7  of the record of proceedings in the above-entitled

8  matter.

9

10  S/ Karen J. Clark,  RPR

11
   Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

A-2297

1

```
 1              UNITED STATES DISTRICT COURT

 2             WESTERN DISTRICT OF NEW YORK

 3

 4    - - - - - - - - - - - - - X
      JOSUE ORTIZ                )          16CV321
 5                  Plaintiff   )
      vs.
 6                              Rochester, New York
      MARK STAMBACH,                  May 5, 2022
 7                  Defendant.        9:00 a.m.
      - - - - - - - - - - - - - X
 8    TRIAL - VOLUME III - TESTIMONY OF M. STAMBACH

 9

10              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE ELIZABETH A. WOLFORD
                 UNITED STATES DISTRICT JUDGE
11

12              WAYNE C. FELLE, ESQ.
13              Law Office of Wayne C. Felle, P.C.
                6024 Main Street
14              Williamsville, NY 14221

15

16              HUGH M. RUSS, III, ESQ.
                PETER A. SAHASRABUDHE, ESQ.
17              Hodgson Russ LLP
                The Guaranty Building
18              140 Pearl Street, Suite 100
                Buffalo, New York 14202
19

20

21

22

23

24    COURT REPORTER: Karen J. Clark, Official Court Reporter
                     Karenclark1013@AOL.com
25                   100 State Street
                     Rochester, New York 14614
```

A-2298

2

|      |      |                                                      |
|------|------|------------------------------------------------------|
|      | 1    | J. ORTIZ VS. M. STAMBACH                             |
|      | 2    |                                                      |
|      | 3    | P R O C E E D I N G                                  |
|      |      | *                 *                 *               |
|      | 4    |                                                      |
|      | 5    |                                                      |

11:11:07   6         MR. FELLE:  Your Honor, at this time, we

11:11:08   7   would call Mr. Stambach to the stand.

11:11:10   8         THE COURT:  All right.  Mr. Stambach, why

11:11:13   9   don't you step up in front of my court reporter for her

11:11:15   10   to swear you in before you take the witness stand.

11:11:31   11   (MARK STAMBACH WAS CALLED TO THE WITNESS STAND AND

11:11:32   12   SWORN.)

11:11:39   13         THE COURT:  Good morning.  I have some

11:11:40   14   instructions for you before.  You can take your mask off

11:11:43   15   once seated.

11:11:46   16         THE WITNESS:  Thank you.

11:11:46   17         THE COURT:  So you're here to testify for

11:11:48   18   the benefit of the Ladies and Gentlemen of the Jury, so

11:11:50   19   try and direct your answers towards them.  Only answer

11:11:53   20   the question that you're asked.  Don't volunteer

11:11:55   21   information.  If there is an objection to a question,

11:11:58   22   you need to wait until I rule on it and I'll let you

11:12:01   23   know whether or not you can answer it.  Speak slowly,

11:12:04   24   clearly, speak into the microphone so everybody can hear

11:12:06   25   you and so that my court reporter can take down your

A-2299

3

|          | 1  | M. STAMBACH - DX BY MR. FELLE |
|----------|----|-------------------------------|
| 11:12:09 | 2  | testimony.  Do you understand? |
| 11:12:11 | 3  | THE WITNESS:  Yes, I do. |
| 11:12:12 | 4  | You may proceed whenever you're ready, Mr. |
| 11:12:14 | 5  | Felle. |
| 11:12:16 | 6  | MR. FELLE:  Thank you, your Honor. |
| 11:12:20 | 7  | DIRECT EXAMINATION BY MR. FELLE: |
| 11:12:21 | 8  | Q.  Mr. Stambach, you were a detective in the major |
| 11:12:24 | 9  | crimes unit on November 11th, 2004, the day that Nelson |
| 11:12:29 | 10 | and Miguel Camacho were murdered, correct? |
| 11:12:32 | 11 | A.  Yes, sir. |
| 11:12:33 | 12 | Q.  And in relation to that crime, you questioned Mr. |
| 11:12:36 | 13 | Ortiz regarding that murder on November 16th of 2004, |
| 11:12:41 | 14 | correct? |
| 11:12:41 | 15 | A.  Yes, I did. |
| 11:12:43 | 16 | Q.  And on, excuse me, on November 17th of 2004, you |
| 11:12:48 | 17 | filed a felony complaint charging Mr. Ortiz with the |
| 11:12:51 | 18 | murder of the Camacho brothers, correct? |
| 11:12:54 | 19 | A.  Yes, I did. |
| 11:12:57 | 20 | Q.  Now, before we talk more about those details, I |
| 11:13:01 | 21 | want to ask you a little bit about your background.  How |
| 11:13:04 | 22 | long were you employed with the Buffalo Police |
| 11:13:07 | 23 | Department? |
| 11:13:07 | 24 | A.  I was employed there for 35 years.  I started in |
| 11:13:11 | 25 | 1971 and retired in 2006.  The last 20 years of my |

A-2300

4

|          | 1  | M. STAMBACH - DX BY MR. FELLE |
|----------|----|-------------------------------|
| 11:13:20 | 2  | career with the Buffalo Police Department were all at |
| 11:13:22 | 3  | the homicide squad. |
| 11:13:24 | 4  | Q.  And during that time, you said the homicide |
| 11:13:27 | 5  | squad, but there was a period of time when the homicide |
| 11:13:29 | 6  | squad was dissolved, correct? |
| 11:13:32 | 7  | A.  Yes, it was. |
| 11:13:32 | 8  | Q.  And that was back and effected in November of |
| 11:13:36 | 9  | 2004, correct? |
| 11:13:37 | 10 | A.  You are correct. |
| 11:13:38 | 11 | Q.  So for a time, there was no homicide bureau? |
| 11:13:41 | 12 | A.  It was called homicide/major crime unit. |
| 11:13:44 | 13 | Q.  So you were merged into the major crimes unit, |
| 11:13:48 | 14 | correct? |
| 11:13:48 | 15 | A.  That is correct. |
| 11:13:49 | 16 | Q.  And instead of working just homicides and |
| 11:13:51 | 17 | murders, you were working all major crimes, including |
| 11:13:54 | 18 | other cases? |
| 11:13:55 | 19 | A.  Yes, sir. |
| 11:13:55 | 20 | Q.  So when that happened, when the homicide bureau |
| 11:14:00 | 21 | became part of the major crimes unit, you were required |
| 11:14:04 | 22 | to take on more work, correct, more cases? |
| 11:14:08 | 23 | A.  Yes. |
| 11:14:09 | 24 | Q.  And during that 20 years that you spent as a |
| 11:14:12 | 25 | detective, did you work with Detective Vaughn? |

A-2301

5

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:14:17 | 2 | A.   Yes. |
| 11:14:18 | 3 | Q.   And we met with him yesterday? |
| 11:14:20 | 4 | A.   Yes. |
| 11:14:20 | 5 | Q.   How about Detective Lonergan? |
| 11:14:26 | 6 | A.   Sergeant Lonergan, I did work with him also, yes. |
| 11:14:29 | 7 | Q.   And we heard testimony from Mr. Vaughn yesterday |
| 11:14:35 | 8 | that you and he continue to work together? |
| 11:14:38 | 9 | A.   Yes, Chief Vaughn right now. |
| 11:14:40 | 10 | Q.   Since retiring from the Buffalo Police |
| 11:14:42 | 11 | Department, you now have a second job working as an |
| 11:14:46 | 12 | investigator for the Erie County District Attorney's |
| 11:14:48 | 13 | Office, correct? |
| 11:14:49 | 14 | A.   Yes. |
| 11:14:49 | 15 | Q.   So, as a required police officer, you're |
| 11:14:52 | 16 | collecting that pension, correct? |
| 11:14:53 | 17 | A.   Yes. |
| 11:14:53 | 18 | Q.   And, in addition, you're working for the county |
| 11:14:56 | 19 | in a paid position, correct? |
| 11:14:57 | 20 | A.   That is correct. |
| 11:14:58 | 21 | Q.   And during the time that you worked as a police |
| 11:15:06 | 22 | officer for the City of Buffalo, you also owned your own |
| 11:15:10 | 23 | private company? |
| 11:15:10 | 24 | A.   Yes. |
| 11:15:10 | 25 | Q.   And you owned a company called Amherst |

A-2302

6

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:15:14 | 2 | Investigations, correct? |
| 11:15:14 | 3 | A.  Yes. |
| 11:15:15 | 4 | Q.  And you've owned that company when we met, at |
| 11:15:19 | 5 | least, for your deposition, for 32 years, probably 35 |
| 11:15:23 | 6 | years now? |
| 11:15:24 | 7 | A.  Yes, sir. |
| 11:15:24 | 8 | Q.  And just so we're clear, while working for the |
| 11:15:27 | 9 | City of Buffalo as a paid employee, you also had this |
| 11:15:31 | 10 | business Amherst Investigations, which you were running |
| 11:15:34 | 11 | during that same time frame, correct? |
| 11:15:36 | 12 | A.  That is correct. |
| 11:15:38 | 13 | Q.  Now, prior to today, you and I have met, right? |
| 11:15:42 | 14 | A.  Yes. |
| 11:15:42 | 15 | Q.  And you gave deposition testimony? |
| 11:15:46 | 16 | A.  Correct. |
| 11:15:48 | 17 | Q.  And that deposition, before you gave that |
| 11:15:50 | 18 | testimony, you raised your hand and swore to tell the |
| 11:15:53 | 19 | truth, correct? |
| 11:15:54 | 20 | A.  Yes, sir. |
| 11:15:54 | 21 | Q.  If at any time today your memory is faulty, |
| 11:16:00 | 22 | please let me know and we can refer to that document, |
| 11:16:03 | 23 | okay? |
| 11:16:03 | 24 | A.  Thank you. |
| 11:16:04 | 25 | Q.  And, likewise, if I believe your memory may be |

A-2303

7

M. STAMBACH - DX BY MR. FELLE

11:16:08  2   faulty, I will be using that document to refresh your

11:16:11  3   memory.  Would that be fair?

11:16:12  4       A.  Yes, it would.

11:16:13  5       Q.  Because that was sworn testimony under oath,

11:16:15  6   correct?

11:16:15  7       A.  Correct.

11:16:17  8       Q.  Now, did you review that testimony before

11:16:20  9   testifying today?

11:16:20  10      A.  Yes, I did.

11:16:21  11      Q.  And what other documents did you review to

11:16:24  12  prepare for today?

11:16:25  13      A.  Just the statement that Mr. Ortiz made to me on

11:16:30  14  that evening.

11:16:34  15      Q.  Okay.  Did you look at your P73 report from that

11:16:37  16  day?

11:16:37  17      A.  No, I did not.

11:16:38  18      Q.  But you did prepare one, correct?

11:16:41  19      A.  Yes.

11:16:42  20      Q.  That would have become part of the City of

11:16:45  21  Buffalo investigation file, correct?

11:16:46  22      A.  You are correct.

11:16:47  23      Q.  And that P73 you prepared outlines your

11:16:51  24  interactions, your encounters with Josue Ortiz on

11:16:56  25  November 16th until the early morning hours of November

A-2304

8

|           |    | M. STAMBACH - DX BY MR. FELLE |
|-----------|----|---|
| 11:17:00  | 2  | 17th, correct? |
| 11:17:01  | 3  | A.  Yes. |
| 11:17:01  | 4  | Q.  And in addition to those things that you told us |
| 11:17:04  | 5  | that you reviewed, did you talk with anyone about your |
| 11:17:08  | 6  | testimony today? |
| 11:17:08  | 7  | A.  No. |
| 11:17:09  | 8  | Q.  Did you talk with any of the police officers that |
| 11:17:11  | 9  | we've heard testimony from? |
| 11:17:12  | 10 | A.  No. |
| 11:17:12  | 11 | Q.  Was there a point in time that you spoke to Mr. |
| 11:17:16  | 12 | Vaughn about this case? |
| 11:17:18  | 13 | A.  Yes. |
| 11:17:19  | 14 | Q.  And did you tell him that he would have to |
| 11:17:21  | 15 | provide testimony? |
| 11:17:22  | 16 | A.  I indicated that I believed he was going to be |
| 11:17:25  | 17 | called as a witness for this proceeding. |
| 11:17:28  | 18 | Q.  Okay.  And did he ask you to explain what the |
| 11:17:31  | 19 | proceeding was about? |
| 11:17:31  | 20 | A.  No. |
| 11:17:32  | 21 | Q.  Did he know what the proceeding was about? |
| 11:17:34  | 22 | A.  He was involved with this case, yes. |
| 11:17:38  | 23 | Q.  Did you speak to any other colleagues, officers, |
| 11:17:41  | 24 | anyone else other than your attorneys about your |
| 11:17:43  | 25 | testimony today? |

A-2305

9

|  |  | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:17:44 | 2 | A.  No. |
| 11:17:44 | 3 | Q.  Now, back in November of 2004, you did not speak |
| 11:17:54 | 4 | Spanish, correct? |
| 11:17:55 | 5 | A.  That is correct. |
| 11:17:58 | 6 | Q.  And I guess I just want to take a pause today.  I |
| 11:18:02 | 7 | know you're a trained interrogator, right?  You went to |
| 11:18:06 | 8 | the Reid School of Interrogation? |
| 11:18:07 | 9 | A.  Yes. |
| 11:18:07 | 10 | Q.  And that is spelled R-e-i-d. |
| 11:18:12 | 11 | So what I don't want to do today is spar with |
| 11:18:14 | 12 | you.  Would that be fair? |
| 11:18:15 | 13 | A.  That is fair. |
| 11:18:16 | 14 | Q.  And so, if at any time you're confused by my |
| 11:18:21 | 15 | questions, please let me know.  It's my job to ask a |
| 11:18:25 | 16 | good question.  Okay? |
| 11:18:26 | 17 | A.  Yes, sir. |
| 11:18:26 | 18 | Q.  And if I do ask you a question, can you answer |
| 11:18:30 | 19 | that directly for me? |
| 11:18:31 | 20 | A.  Yes, I will. |
| 11:18:32 | 21 | Q.  Thank you very much.  Now, back in 2004, |
| 11:18:36 | 22 | particularly in November, were you familiar with the |
| 11:18:41 | 23 | Buffalo Police Department Policies and Procedures |
| 11:18:45 | 24 | manual, relative to detective responsibilities, |
| 11:18:45 | 25 | including the "Law Enforcement Code of Ethics"? |

A-2306

10

|  | M. STAMBACH - DX BY MR. FELLE |
|---|---|

11:18:51  2    A.   Yes.

11:18:51  3    Q.   And that has been marked into evidence in this

11:18:54  4    case as Exhibit 1, and I would like to show that to you.

11:19:23  5         Mr. Stambach, are you familiar with that portion

11:19:25  6    of the "Law Enforcement Code of Ethics"?

11:19:27  7    A.   Yes, I am.

11:19:28  8    Q.   Can you read that for us, please?

11:19:30  9    A.   "As a law enforcement officer, my fundamental

11:19:32  10   duty to serve mankind, to safeguard lives and property,

11:19:36  11   to protect the innocent against deception, the weak

11:19:40  12   against oppression or intimidation, and the peaceful

11:19:43  13   against violence or disorder and to respect the

11:19:45  14   constitutional rights of all persons to liberty,

11:19:50  15   equality and justice."

11:19:52  16   Q.   So, you agree, as an officer of the Buffalo

11:19:56  17   Police Department and detective, you were charged with

11:19:58  18   the protection of the innocent against deception,

11:20:01  19   correct?

11:20:01  20   A.   Yes, sir.

11:20:02  21   Q.   And you were there, in that position, given

11:20:05  22   authority to protect the weak against oppression and/or

11:20:09  23   intimidation, correct?

11:20:10  24   A.   Yes, sir.

11:20:11  25   Q.   Prior to meeting Mr. Ortiz, did you have any

A-2307

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:20:15 | 2 | training with respect to the interrogation or |
| 11:20:18 | 3 | questioning of somebody suffering from a mental illness? |
| 11:20:20 | 4 | A.  No, sir. |
| 11:20:23 | 5 | Q.  My notes indicate that the first and only time |
| 11:20:26 | 6 | that you met with Mr. Ortiz in this case was on November |
| 11:20:29 | 7 | 16th of 2004.  And, again, extending into the very early |
| 11:20:33 | 8 | hours of the 17th, is that correct? |
| 11:20:35 | 9 | A.  You are correct. |
| 11:20:37 | 10 | Q.  Do you have an independent recollection of Mr. |
| 11:20:40 | 11 | Ortiz? |
| 11:20:40 | 12 | A.  That I met with him. |
| 11:20:43 | 13 | Q.  And other than coming to these proceedings |
| 11:20:45 | 14 | knowing he would be here, if you were to pass him in the |
| 11:20:48 | 15 | grocery store, would you know it was him? |
| 11:20:50 | 16 | A.  I don't think so, no. |
| 11:20:57 | 17 | Q.  With respect to your recollection of having met |
| 11:20:59 | 18 | him back in November of 2004, I know we talked about |
| 11:21:04 | 19 | this at your deposition, do you recall him being polite? |
| 11:21:07 | 20 | A.  Yes, he was. |
| 11:21:09 | 21 | Q.  And do you recall him being timid and scared? |
| 11:21:13 | 22 | A.  Yes. |
| 11:21:16 | 23 | Q.  When you met with him, and, again, this was the |
| 11:21:19 | 24 | first and only time you met with him, did you meet with |
| 11:21:21 | 25 | him face to face? |

A-2308

12

1           M. STAMBACH - DX BY MR. FELLE

11:21:22   2      A.   Yes.

11:21:23   3      Q.   And did you ever feel threatened by that?

11:21:25   4      A.   No.

11:21:26   5      Q.   He never acted violent, correct?

11:21:29   6      A.   No, he did not.

11:21:30   7      Q.   He never gave you any reason to hesitate that you

11:21:33   8   were in danger, correct?

11:21:34   9      A.   That is correct.

11:21:43  10      Q.   Now, we've also had marked into evidence in this

11:21:46  11   case Exhibit 3, a photograph.  I want to ask you, were

11:22:00  12   you present when this photograph was taken?

11:22:03  13      A.   No, I was not.

11:22:04  14      Q.   This was taken the only time you spoke to Mr.

11:22:07  15   Ortiz?

11:22:08  16      A.   Correct.

11:22:08  17      Q.   So this picture shows how he appeared at the time

11:22:12  18   you spoke with him on November 17th, 2004?

11:22:15  19      A.   Yes, sir.

11:22:16  20           MR. RUSS:  I object, not necessarily to the

11:22:18  21   questions, but this is by the very date in the picture

11:22:21  22   taken the next day.

11:22:25  23           THE COURT:  November 17th, 2004.  That is

11:22:30  24   what the question was.

11:22:33  25           MR. RUSS:  I'm sorry, I thought you were

A-2309

13

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | M. STAMBACH - DX BY MR. FELLE                              |
| 11:22:34 | 2  | asking if this picture was taken on the day when you       |
| 11:22:38 | 3  | took the confession.                                       |
| 11:22:38 | 4  | THE COURT: The question was: So this                       |
| 11:22:40 | 5  | picture shows how he appeared at the time you spoke with   |
| 11:22:43 | 6  | him on November 17th, 2004.                                |
| 11:22:47 | 7  | A. I would not be able to say. I don't recall this         |
| 11:22:50 | 8  | picture at all.                                            |
| 11:23:01 | 9  | Q. And I just asked you whether or not you were            |
| 11:23:04 | 10 | present when that photograph was taken. Do you recall      |
| 11:23:07 | 11 | that?                                                      |
| 11:23:07 | 12 | A. Yes, I was not present.                                 |
| 11:23:09 | 13 | Q. Now, we just talked about maybe your memory was a       |
| 11:23:16 | 14 | bit better at your deposition. I would like to show you    |
| 11:23:19 | 15 | your deposition from January 23, 2019, page 85.            |
| 11:23:50 | 16 | MR. FELLE: May I publish this just to the                  |
| 11:23:52 | 17 | witness?                                                   |
| 11:23:52 | 18 | THE COURT: Sure.                                           |
| 11:23:53 | 19 | THE CLERK: They are off.                                   |
| 11:23:57 | 20 | Q. Now, Mr. Stambach, do you see there in the              |
| 11:24:02 | 21 | deposition where I asked you the same question, I said:    |
| 11:24:08 | 22 | "Did you take that photograph?" And you had said "no."     |
| 11:24:11 | 23 | Excuse me, read this yourself and let me ask you again.    |
| 11:24:14 | 24 | Starting with line 13 and your response at 14, were        |
| 11:24:18 | 25 | you present when this photograph was taken?                |

A-2310

14

|       |    | M. STAMBACH - DX BY MR. FELLE |
|-------|----|-------------------------------|
| 11:24:20 | 2 | A.  Yes, I was.  I stand corrected, I did make a |
| 11:24:25 | 3 | mistake. |
| 11:24:27 | 4 | Q.  And so, you were present when that photograph was |
| 11:24:33 | 5 | taken, correct? |
| 11:24:34 | 6 | A.  I believe so, yes. |
| 11:24:39 | 7 | Q.  Would you agree with me that by way of the |
| 11:24:41 | 8 | photograph, and I think this could be published, this is |
| 11:24:48 | 9 | in evidence.  Again Exhibit 3. |
| 11:24:55 | 10 | Mr. Stambach, would you agree with me that at the |
| 11:24:57 | 11 | time you spoke and met with Mr. Ortiz, that he stood |
| 11:25:02 | 12 | roughly, if not a little bit above 6 foot 6 inches tall? |
| 11:25:07 | 13 | A.  I believe he is about 6 foot 5, 6 foot 6. |
| 11:25:11 | 14 | Q.  Was that scale accurate? |
| 11:25:13 | 15 | A.  I would say so, yes. |
| 11:25:16 | 16 | Q.  Okay.  Now, prior to meeting with Mr. Ortiz on |
| 11:25:28 | 17 | November 16th, 2004, had you any other involvement in |
| 11:25:32 | 18 | the investigation into the Camacho brother murders? |
| 11:25:36 | 19 | A.  No. |
| 11:25:36 | 20 | Q.  So you didn't play a role in any of the analysis |
| 11:25:41 | 21 | of the crime scene, correct? |
| 11:25:43 | 22 | A.  That's correct. |
| 11:25:43 | 23 | Q.  And you had no supervisory authority over the |
| 11:25:47 | 24 | investigation, correct? |
| 11:25:47 | 25 | A.  You are correct. |

A-2311

15

| | M. STAMBACH - DX BY MR. FELLE |
|---|---|
| 1 | |

11:25:49   2   Q. And, again, just to be clear, not only was this

11:25:52   3   your first involvement with Mr. Ortiz, but this was your

11:25:55   4   first involvement with the investigation into the

11:25:58   5   Camacho brother murders when you met my client, correct?

11:26:02   6   A. You are correct.

11:26:18   7   Q. Now, on November 16th, 2004, a call came into the

11:26:23   8   major crimes unit that Mr. Ortiz was looking to confess

11:26:27   9   about the murder of the Camacho brothers. Is that

11:26:30   10   right?

11:26:30   11   A. Similar to that, yes, that they were bringing us

11:26:34   12   someone down that wanted to speak to the homicide squad

11:26:36   13   or the major crimes unit.

11:26:38   14   Q. Now, when that call came through, Sergeant

11:26:42   15   Detective Lonergan was working, correct?

11:26:44   16   A. Yes, he was.

11:26:47   17   Q. And Sergeant Detective Lonergan had met with Mr.

11:26:51   18   Ortiz the day before?

11:26:52   19   A. At that time, I did not know that.

11:26:54   20   Q. So just to be clear, when Mr. Ortiz was brought

11:26:57   21   to the major crimes unit at that time, he was brought to

11:27:02   22   meet you, correct?

11:27:02   23   A. That's correct.

11:27:06   24   Q. And if he arrived at 7:15, according to the

11:27:09   25   documents, you would have placed him into where

1          M. STAMBACH - DX BY MR. FELLE

11:27:12   2   Detective Sergeant Viviane's office is at that time,

11:27:15   3   correct?

11:27:15   4       A.   That is where we sat down.

11:27:18   5       Q.   And why did you meet with Mr. Ortiz and not

11:27:26   6   Detective Sergeant Lonergan?

11:27:27   7       A.   I was in the office.

11:27:30   8       Q.   But you just told us that when you met with Mr.

11:27:34   9   Ortiz, you weren't aware that Mr. Lonergan had met with

11:27:38  10   him the day before, is that true?

11:27:39  11       A.   At that point, yes.

11:27:41  12       Q.   And you weren't aware that Mr. Lonergan had met

11:27:45  13   with Mr. Ortiz at any point before you made the decision

11:27:49  14   to arrest Mr. Ortiz, correct?

11:27:51  15       A.   That's correct.

11:27:56  16       Q.   Now, Mr. Lonergan came in and testified

11:27:59  17   yesterday, he said that when Mr. Ortiz was brought to

11:28:02  18   the major crimes unit, excuse me, at 7:15, that he saw

11:28:06  19   him come in.  Do you recall that?

11:28:07  20       A.   I wasn't here for that testimony and I don't know

11:28:10  21   that.

11:28:10  22       Q.   Well, when you met Mr. Ortiz, where did you meet

11:28:13  23   him in the MCU?

11:28:15  24       A.   In our office.

11:28:16  25       Q.   He was already brought to the office?

A-2313

17

|       |    | M. STAMBACH - DX BY MR. FELLE |
|-------|----|-------------------------------|
| 11:28:17 | 2  | A.  He was brought to the office by a patrol |
| 11:28:22 | 3  | officers. |
| 11:28:22 | 4  | Q.  And did you have any conversations at that point |
| 11:28:25 | 5  | with Mr. Lonergan? |
| 11:28:26 | 6  | A.  No. |
| 11:28:36 | 7  | Q.  I just want to be clear, this was an issue |
| 11:28:39 | 8  | yesterday, and I just want to be absolutely clear. |
| 11:28:42 | 9  | Before you questioned and interrogated Mr. Ortiz about |
| 11:28:46 | 10 | any involvement that he may have had in the Camacho |
| 11:28:49 | 11 | brother murders, your testimony today is that you were |
| 11:28:52 | 12 | not aware that Detective Sergeant Lonergan, your |
| 11:28:56 | 13 | supervisor, had met with Mr. Ortiz the night before, |
| 11:28:59 | 14 | correct? |
| 11:29:00 | 15 | A.  You are correct. |
| 11:29:00 | 16 | Q.  And Detective Sergeant Lonergan yesterday, and he |
| 11:29:05 | 17 | told us that on the 15th of November he met with Mr. |
| 11:29:08 | 18 | Ortiz for 30 minutes.  I'm going to ask you, were you |
| 11:29:11 | 19 | aware of that at any time? |
| 11:29:13 | 20 | A.  At any time? |
| 11:29:15 | 21 | Q.  Before you arrested my client. |
| 11:29:16 | 22 | A.  Before I arrested, yes. |
| 11:29:18 | 23 | Q.  Were you aware that my client was at Buffalo |
| 11:29:25 | 24 | General Hospital the night before? |
| 11:29:26 | 25 | A.  No, I was not. |

A-2314

18

1          M. STAMBACH - DX BY MR. FELLE

11:29:27   2     Q.  Were you aware that he was considered to be

11:29:29   3  suffering serious psychiatric issues the day before?

11:29:32   4     A.  No, sir, I was not.

11:29:40   5     Q.  So, Mr. Ortiz is brought to the major crimes unit

11:29:46   6  and you have him brought to Sergeant Detective Viviane's

11:29:50   7  office, correct?

11:29:51   8     A.  Correct.

11:29:51   9     Q.  There is an interview room at the major crimes

11:29:55  10  unit, correct?

11:29:56  11     A.  There is.

11:29:56  12     Q.  And that interrogation room or interview room has

11:29:59  13  a two-way mirror, correct?

11:30:01  14     A.  No, that is not correct.  There are several

11:30:06  15  interview rooms.  One of them does have a two-way mirror

11:30:10  16  to it.  There are several interview rooms located on the

11:30:14  17  third floor.  Whether it be in the homicide squad, the

11:30:17  18  major crime unit, narcotics squad, there are several

11:30:20  19  rooms.  I just placed him in Sergeant Viviane's office

11:30:24  20  and started to talk with him.

11:30:28  21     Q.  Okay.  And once you were in Detective Sergeant

11:30:32  22  Viviane's office, it was just you and he, correct?

11:30:35  23     A.  Yes.

11:30:37  24     Q.  And then later in the evening, a police officer

11:30:40  25  by the name of Edwin Torres came in, correct?

A-2315

19

|  |  |  |
|---|---|---|
|  | 1 | M. STAMBACH - DX BY MR. FELLE |
| 11:30:43 | 2 | A. That is correct. |
| 11:30:44 | 3 | Q. And he came in for the purpose of translating, |
| 11:30:46 | 4 | correct? |
| 11:30:47 | 5 | A. Correct. |
| 11:30:47 | 6 | Q. And I asked you earlier, you don't speak any |
| 11:30:51 | 7 | Spanish, correct? |
| 11:30:52 | 8 | A. No, I do not. |
| 11:30:54 | 9 | Q. But according to the records, from 7:25 or so of |
| 11:30:59 | 10 | that evening up until Officer Torres came at 8:05, you |
| 11:31:04 | 11 | spoke to Mr. Torres alone, correct? |
| 11:31:08 | 12 | A. That is correct. |
| 11:31:09 | 13 | THE COURT: Mr. Ortiz, I think you said Mr. |
| 11:31:12 | 14 | Torres. |
| 11:31:13 | 15 | MR. FELLE: Thank you, too many things |
| 11:31:14 | 16 | dancing. I said Mr. Torres, I meant Mr. Ortiz. |
| 11:31:20 | 17 | Q. And you understood me to mean that, correct? |
| 11:31:22 | 18 | A. Yes, you are correct. |
| 11:31:23 | 19 | Q. Now, prior to Officer Torres coming in to help |
| 11:31:27 | 20 | translate for Mr. Ortiz, had you ever worked with him |
| 11:31:31 | 21 | before? |
| 11:31:31 | 22 | A. No. |
| 11:31:34 | 23 | Q. So this would have been the first time you were |
| 11:31:36 | 24 | working with Officer Torres, correct? |
| 11:31:38 | 25 | A. I believe so, yes. |

A-2316

20

|  | | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:31:47 | 2 | Q.  Now, when Officer Torres came in to help |
| 11:31:51 | 3 | translate for Mr. Ortiz, did he tell you that he had |
| 11:31:55 | 4 | just seen Mr. Ortiz the night before at Buffalo General |
| 11:31:58 | 5 | Hospital? |
| 11:31:58 | 6 | A.  Not at that point, no. |
| 11:32:00 | 7 | Q.  Did he tell you that he helped translate for Mr. |
| 11:32:04 | 8 | Ortiz when Detective Sergeant Lonergan was asking him |
| 11:32:08 | 9 | questions at Buffalo General Hospital? |
| 11:32:09 | 10 | A.  No, sir. |
| 11:32:10 | 11 | Q.  Were you aware that, in addition to Detective |
| 11:32:14 | 12 | Sergeant Lonergan and Officer Torres, that detectives |
| 11:32:19 | 13 | Vaughn and Lema were also meeting with Mr. Ortiz at |
| 11:32:27 | 14 | Buffalo General Hospital on November the 15th? |
| 11:32:29 | 15 | A.  I was not aware of that, no. |
| 11:32:31 | 16 | Q.  But you did tell me when you met with Mr. Ortiz, |
| 11:32:41 | 17 | he appeared to be frightened? |
| 11:32:42 | 18 | A.  Yes. |
| 11:32:42 | 19 | Q.  And did you learn from anyone, Detective Vaughn, |
| 11:32:48 | 20 | Detective Lema, Detective Sergeant Lonergan and/or |
| 11:32:53 | 21 | Officer Torres that he appeared to be frightened and |
| 11:32:58 | 22 | thought someone was trying to kill him the day before? |
| 11:33:00 | 23 | A.  That is what he told me. |
| 11:33:01 | 24 | Q.  That someone was trying to kill him? |
| 11:33:04 | 25 | A.  Yes, sir. |

**A-2317**

21

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:33:11 | 2 | Q. So when he comes to the major crimes unit, he is |
| 11:33:15 | 3 | brought there by a patrolman and you bring him to an |
| 11:33:19 | 4 | office and you speak to him between 30 and 40 minutes |
| 11:33:22 | 5 | and you had a discussion with him, correct? |
| 11:33:24 | 6 | A. Yes, sir. |
| 11:33:25 | 7 | Q. And when he tells you he is afraid someone is |
| 11:33:30 | 8 | trying to kill him, does it occur to you to get him some |
| 11:33:34 | 9 | mental health treatment? |
| 11:33:35 | 10 | A. No. |
| 11:33:36 | 11 | Q. Did it ever occur to you to ask him who it was |
| 11:33:39 | 12 | that was trying to kill him? |
| 11:33:41 | 13 | A. I did. |
| 11:33:41 | 14 | Q. Did he tell you Mr. Valasquez, his cousin? |
| 11:33:45 | 15 | A. No. He gave me two nicknames, I believe, at the |
| 11:33:48 | 16 | time. He gave me Udah, which is U-d-a-h and and Flaco, |
| 11:33:48 | 17 | F-l-a-c-o. |
| 11:33:55 | 18 | Q. You claim he told you that in this interview room |
| 11:33:59 | 19 | when you were meeting with him. Is that correct? |
| 11:34:02 | 20 | A. That is correct. |
| 11:34:14 | 21 | Q. Were you aware that in the P73 prepared by |
| 11:34:18 | 22 | Detective Vaughn testified yesterday, that when they |
| 11:34:22 | 23 | left Mr. Ortiz at Buffalo General Hospital they had |
| 11:34:25 | 24 | excluded him as a suspect or anyone with credible |
| 11:34:28 | 25 | information about the murders? |

A-2318

22

|  | | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|

1          M. STAMBACH - DX BY MR. FELLE

11:34:30   2      A.   I was not aware of that.

11:34:32   3      Q.   That would have been important, would it not have

11:34:35   4   been?

11:34:35   5      A.   You are correct.

11:34:37   6      Q.   And a P73 was created surrounding that

11:34:41   7   interaction, correct?

11:34:43   8      A.   It was.

11:34:43   9      Q.   But you never pulled it and you never looked at

11:34:46  10   it, correct?

11:34:46  11      A.   I did not see it, no.

11:34:48  12      Q.   And would it be important to know that a P73 was

11:34:52  13   also prepared by Detective Mark Lauber earlier in the

11:34:57  14   day about his interaction with Mr. Ortiz?

11:35:02  15      A.   There was one from Detective Lauber.

11:35:04  16      Q.   Correct.  And would you agree with me that the

11:35:21  17   P73 of Detective Lauber would be important, it would be

11:35:25  18   important to know that he had met with Mr. Ortiz before

11:35:28  19   you brought him into the office to interrogate him about

11:35:30  20   the murder investigation?

11:35:31  21      A.   You are correct, it would be important.

11:35:33  22      Q.   But you were not aware of it, were you?

11:35:36  23      A.   No, I was not.

11:35:37  24      Q.   And so before you interviewed or interrogated Mr.

11:35:40  25   Ortiz and before you arrested him, you weren't aware

A-2319

23

| | |
|---|---|
| | 1 |
| 11:35:43 | 2 |
| 11:35:48 | 3 |
| 11:35:49 | 4 |
| 11:35:49 | 5 |
| 11:35:53 | 6 |
| 11:35:56 | 7 |
| 11:35:56 | 8 |
| 11:35:58 | 9 |
| 11:36:01 | 10 |
| 11:36:01 | 11 |
| 11:36:03 | 12 |
| 11:36:07 | 13 |
| 11:36:12 | 14 |
| 11:36:15 | 15 |
| 11:36:19 | 16 |
| 11:36:19 | 17 |
| 11:36:22 | 18 |
| 11:36:25 | 19 |
| 11:36:28 | 20 |
| 11:36:28 | 21 |
| 11:36:35 | 22 |
| 11:36:40 | 23 |
| 11:36:44 | 24 |
| 11:36:48 | 25 |

M. STAMBACH - DX BY MR. FELLE

that Detective Lauber had met with Mr. Ortiz the day

before?

A.   That's correct.

Q.   And you weren't aware that Detective Lauber had

an ambulance come to bring him to Buffalo General

Hospital, were you?

A.   I did not know that.

Q.   That would have been important to know, would it

have not?

A.   It would have been very important.

Q.   And that information has been placed into a P73,

the jury saw it, and we'll meet with Detective Lauber

tomorrow, but would it be fair to say you didn't pull

that P73 to look at it before you interrogated my

client?

A.   No, I did not.  I don't even know if it was in

the file or filed at that point, no, I did not.

Q.   Because you didn't pull it, right, you never saw

it?

A.   No.

Q.   Now, that P73 of Detective Lauber, we spoke about

it yesterday, after speaking with Mr. Ortiz, Detective

Lauber made the decision that he had no credible

information about the crimes involving Camacho brothers?

A-2320

24

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|

11:36:52  2    A.   I did not remember that P73s, I'm sorry.

11:36:55  3    Q.   Now, P73 is an intradepartmental communication,

11:37:00  4  correct?

11:37:00  5    A.   It is correspondence, yes.

11:37:02  6    Q.   And it's meant to be a form of communication

11:37:05  7  between detectives investigating the same crime?

11:37:10  8    A.   And also supplied to a district attorney or

11:37:13  9  defense attorney as yourself.

11:37:15  10   Q.   At some later time?

11:37:16  11   A.   At some later time, yes, that is correct.

11:37:19  12   Q.   But at the moment, when you and other officers

11:37:22  13  are investigating a crime, that is the way you speak to

11:37:24  14  each other, correct?

11:37:25  15   A.   Sometimes, yes.

11:37:26  16   Q.   And would you agree that in investigations,

11:37:29  17  things can happen quickly?

11:37:31  18   A.   You're are very concise about that, yes.

11:37:33  19   Q.   So that P73, let's say the shift before you, has

11:37:37  20  some leads or something develops on an investigation,

11:37:40  21  they go home, you're now tasked with taking that baton

11:37:44  22  and going forward in the investigation, correct?

11:37:47  23   A.   That is correct.

11:37:48  24   Q.   And in that regard, you rely on the

11:37:51  25  intradepartmental communications through the P73?

A-2321

|  |  |
|---|---|
|  | 1 |
| 11:37:54 | 2 |
| 11:37:55 | 3 |
| 11:37:59 | 4 |
| 11:38:02 | 5 |
| 11:38:05 | 6 |
| 11:38:08 | 7 |
| 11:38:10 | 8 |
| 11:38:14 | 9 |
| 11:38:18 | 10 |
| 11:38:21 | 11 |
| 11:38:22 | 12 |
| 11:38:25 | 13 |
| 11:38:28 | 14 |
| 11:38:29 | 15 |
| 11:38:32 | 16 |
| 11:38:36 | 17 |
| 11:38:39 | 18 |
| 11:38:42 | 19 |
| 11:38:42 | 20 |
| 11:38:43 | 21 |
| 11:38:46 | 22 |
| 11:38:49 | 23 |
| 11:38:52 | 24 |
| 11:38:54 | 25 |

M. STAMBACH - DX BY MR. FELLE

A.  Sometimes, yes.

Q.  But here there were two interactions with Mr. Ortiz on the 15th and you weren't aware of any of them?

A.  I was not aware of whether they were not in the file at that time, I'm sorry.

Q.  Well, let me ask you, if that was the situation that things didn't get in the file fast enough, why be in such a rush to arrest a man.  Why not wait for the information in the investigation file to catch up so you knew what was going on?

A.  After review by the distinct attorney's office, we were instructed to charge Mr. Ortiz with the murders of the Camacho brothers.

Q.  I know you want to say that, Detective, but my question to you was if you couldn't -- you just told us those P73s may not have been available, we don't know that because we don't know if you looked for them, correct?

A.  You are correct.

Q.  But let's say there was a lag time, that would be extremely important.  It would be important for you and any detective to know what was going on in an investigation before you made an arrest.  But here, you made an arrest without seeing any of that information,

A-2322

26

|          |    | M. STAMBACH - DX BY MR. FELLE |
|----------|----|---|
| 11:38:57 | 2  | correct? |
| 11:38:57 | 3  | A.  Correct. |
| 11:39:03 | 4  | Q.  And you and Detective Vaughn had worked together |
| 11:39:07 | 5  | for years, correct? |
| 11:39:08 | 6  | A.  Yes. |
| 11:39:08 | 7  | Q.  And you trust his opinion? |
| 11:39:10 | 8  | A.  I trust his opinion highly. |
| 11:39:12 | 9  | Q.  And Detective Sergeant Lonergan is your |
| 11:39:15 | 10 | supervisor? |
| 11:39:16 | 11 | A.  Yes. |
| 11:39:16 | 12 | Q.  And goes without saying you have to trust his |
| 11:39:20 | 13 | judgment, correct? |
| 11:39:20 | 14 | A.  You are correct. |
| 11:39:21 | 15 | Q.  And if Detective Sergeant Lonergan met with my |
| 11:39:24 | 16 | client the night before for 30 minutes and made a |
| 11:39:27 | 17 | determination that he was completely innocent of any |
| 11:39:29 | 18 | involvement in the crime, that would have been important |
| 11:39:32 | 19 | to know? |
| 11:39:32 | 20 | A.  It would have. |
| 11:39:53 | 21 | Q.  Now, when Mr. Ortiz came in and you placed him in |
| 11:39:56 | 22 | Detective Viviane's office, you didn't read him his |
| 11:39:59 | 23 | Miranda rights, correct? |
| 11:39:59 | 24 | A.  Correct. |
| 11:40:00 | 25 | Q.  And at no point was he read his Miranda rights, |

A-2323

27

| | | |
|---|---|---|
| | 1 | M. STAMBACH - DX BY MR. FELLE |
| 11:40:07 | 2 | you told us earlier, until 8:35 at night. |
| 11:40:07 | 3 | A.  Right. |
| 11:40:07 | 4 | Q.  So from the time you walked in at 7:15, until his |
| 11:40:07 | 5 | Miranda rights were read, I think it was 7:25.  Do you |
| 11:40:08 | 6 | have it.  You spoke to him without his Miranda rights, |
| 11:40:10 | 7 | correct? |
| 11:40:11 | 8 | A.  Yes. |
| 11:40:11 | 9 | Q.  And from 7:15, I believe I may be incorrect, do |
| 11:40:16 | 10 | you have it Mr. Russ? |
| 11:40:18 | 11 | MR. RUSS:  Maybe. |
| 11:40:19 | 12 | THE COURT:  On the card itself, it's exhibit |
| 11:40:22 | 13 | 407 and says 8:25, that would be correct, right? |
| 11:40:26 | 14 | A.  Yes. |
| 11:40:26 | 15 | Q.  And I may have misspoke in my last question, I |
| 11:40:29 | 16 | think I presumed it was 7:35.  But set the record |
| 11:40:33 | 17 | straight.  Between 7:15 and 8:25, you spoke to Mr. Ortiz |
| 11:40:41 | 18 | but you never read his Miranda rights, correct? |
| 11:40:43 | 19 | A.  We conversed briefly, and I stopped and waited |
| 11:40:47 | 20 | for the interpreter, which would be Officer Torres to |
| 11:40:50 | 21 | come to read the rights card to him. |
| 11:40:59 | 22 | Q.  But you did speak with Mr. Ortiz before the |
| 11:41:02 | 23 | Miranda warnings were given, correct? |
| 11:41:04 | 24 | A.  No, sir, we sat there. |
| 11:41:06 | 25 | Q.  Is it your testimony that for the 30 to 40 |

A-2324

28

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 11:41:08 | 2 | minutes while you were in Detective Sargent Viviane's |
| 11:41:12 | 3 | office, you had no conversations with my client? |
| 11:41:15 | 4 | A.  It was not 30 or 40 minutes. |
| 11:41:21 | 5 | Q.  Okay.  We're going to get to that.  Before |
| 11:41:32 | 6 | meeting with my client, did you review the evidence file |
| 11:41:35 | 7 | showing photographs of the crime scene? |
| 11:41:37 | 8 | A.  Before I met your client? |
| 11:41:40 | 9 | Q.  Correct. |
| 11:41:40 | 10 | A.  No. |
| 11:41:43 | 11 | Q.  During the time that you met with my client, did |
| 11:41:46 | 12 | you have those photographs in your hand? |
| 11:41:47 | 13 | A.  There was a time when I did step out of the |
| 11:41:50 | 14 | office to view some photographs from the crime scene. |
| 11:41:54 | 15 | Q.  And when you came back in the room, did you have |
| 11:41:57 | 16 | the evidence file that showed the pictures of the |
| 11:42:00 | 17 | deceased? |
| 11:42:01 | 18 | A.  No. |
| 11:42:12 | 19 | Q.  At any time during the time that you met with my |
| 11:42:15 | 20 | client, did you have the investigation file that showed |
| 11:42:18 | 21 | the photographs of the deceased? |
| 11:42:19 | 22 | A.  No. |
| 11:42:20 | 23 | Q.  I'm going to show you your deposition again from |
| 11:42:45 | 24 | January 23, 2019 when you swore to tell the truth, |
| 11:42:50 | 25 | correct? |

|   | M. STAMBACH - DX BY MR. FELLE |
|---|---|

```
              1            M. STAMBACH - DX BY MR. FELLE
11:42:50      2       A.  I'm sorry.
11:42:51      3       Q.  You swore to tell the truth when you gave this
11:42:53      4  testimony, correct?
11:42:54      5       A.  Yes, I did.
11:42:55      6            MR. FELLE:  And I'll show page 175 and this
11:42:58      7  will be just to the witness.
11:43:00      8            THE CLERK:  They are off.
11:43:04      9       Q.  And do you recall I asked you that exact same
11:43:07     10  question back then, whether or not you saw those
11:43:10     11  photographs before questioning my client?
11:43:19     12       A.  Yes, I do remember this.
11:43:20     13       Q.  And reviewing this response that you gave to us
11:43:27     14  back in your deposition, you agree that you used those
11:43:30     15  photographs while talking to my client relative to the
11:43:33     16  knowledge that he might have had about the crime?
11:43:51     17            MR. RUSS:  Your Honor, I just ask that the
11:43:52     18  witness be given the transcript itself so he can read
11:43:56     19  the questions before and after.
11:44:00     20            THE COURT:  Well, I'm not going to require
11:44:06     21  that.  You're using this to refresh his recollection.
11:44:09     22  Is that what you're doing?
11:44:10     23            MR. FELLE:  Correct, your Honor.
11:44:11     24            THE COURT:  So the question is, does this
11:44:13     25  refresh your recollection, and then the witness needs to
```

A-2326

30

|       |    | M. STAMBACH - DX BY MR. FELLE                          |
|-------|----|--------------------------------------------------------|
|       | 1  |                                                        |
| 11:44:16 | 2  | say yes or no and then you need to remove the document |
| 11:44:20 | 3  | and then have him testify.  If you want to do it through |
| 11:44:23 | 4  | impeachment, you don't have to show the transcript to  |
| 11:44:26 | 5  | the witness.                                           |
| 11:44:27 | 6  | MR. FELLE:  Yeah, I understand.  I'm trying            |
| 11:44:29 | 7  | to be fair to Mr. Stambach and just show him his       |
| 11:44:31 | 8  | testimony and ask him if it refreshes his memory.  I   |
| 11:44:35 | 9  | know I can read this out loud to contradict you, but I'm |
| 11:44:38 | 10 | not looking to do that right now.                      |
| 11:44:40 | 11 | A.  Can you ask me the question again, please?         |
| 11:44:44 | 12 | Q.  I asked you whether you had the photographs        |
| 11:44:47 | 13 | available to you while you were questioning Mr. Ortiz? |
| 11:44:49 | 14 | A.  While I was questioning him?                       |
| 11:44:51 | 15 | Q.  Yes.                                               |
| 11:44:55 | 16 | A.  No, I don't believe so.                            |
| 11:45:02 | 17 | Q.  And so is it your testimony that during the time   |
| 11:45:04 | 18 | that you met with Mr. Ortiz, that you didn't review    |
| 11:45:09 | 19 | photographs surrounding the scene of the crime?        |
| 11:45:12 | 20 | A.  I did review them, yes.                            |
| 11:45:13 | 21 | Q.  And did you ever bring them into the               |
| 11:45:15 | 22 | interrogation room when you were meeting with Mr. Ortiz? |
| 11:45:18 | 23 | A.  No, sir, absolutely not.                           |
| 11:45:20 | 24 | Q.  Where would they have been?                        |
| 11:45:22 | 25 | A.  In the file.                                       |

A-2327

31

```
           1              M. STAMBACH - DX BY MR. FELLE
11:45:24   2       Q.  And which file is that?
11:45:25   3       A.  That would be the work file.
11:45:28   4       Q.  Is that the same file that would contain P73s?
11:45:32   5       A.  It would.
11:45:34   6       Q.  So, at some point you did see that file but you
11:45:38   7   never saw the P73s?
11:45:41   8       A.  Once again, I did not see those P73s, you are
11:45:45   9   correct.
11:45:45  10       Q.  Now, in that work file, did you notice that there
11:45:48  11   had been various witnesses that had been interviewed
11:45:51  12   having seen the perpetrators running from the crime
11:45:55  13   scene?
11:45:55  14       A.  At that point, no.
11:45:56  15       Q.  At any time while you were interviewing my
11:46:03  16   client, did you see those witness statements?
11:46:07  17       A.  I would not be able to say.  I don't recall.  I'm
11:46:11  18   sorry.
11:46:13  19              THE COURT:  I'm going to take a break right
11:46:15  20   about now, Mr. Felle.
11:46:17  21              So, ladies and gentlemen, we're going to
11:46:19  22   take our lunch break.  Let's plan to be back here at 1
11:46:24  23   p.m.  And it's a little bit longer than usual because of
11:46:28  24   my schedule during the lunch hour.  I remind you, do not
11:46:31  25   talk about the case among yourselves or with anyone else
```

|          |    | M. STAMBACH - DX BY MR. FELLE |
|----------|----|-------------------------------|

```
                 1              M. STAMBACH - DX BY MR. FELLE
11:46:34         2    and we'll see you back here at 1 p.m.  Have a nice
11:46:45         3    lunch, everybody.  Thank you.
11:46:46         4              (Whereupon, the jury is escorted from the
11:46:49         5    courtroom.)
11:47:02         6              THE COURT:  And, Mr. Stambach, you can step
11:47:04         7    down.
11:47:06         8              MR. FELLE:  My mind was somewhere else.
11:47:07         9    What time did you say to come back?
11:47:09        10              THE COURT:  One p.m. we'll resume.  And Mr.
11:47:12        11    Stambach is it for the witnesses today?  I can't imagine
11:47:18        12              we'll have jury instructions and a proposed
11:47:22        13    verdict sheet to distribute this afternoon as well and
11:47:25        14    my thought is that we'll do our charge conference after
11:47:28        15    the evidence tomorrow.
11:47:29        16              MR. FELLE:  Okay.
11:47:30        17              THE COURT:  All right.  Have a good lunch
11:47:32        18    everyone, thank you.
11:47:32        19              (Whereupon, there was a break in the
13:21:30        20    proceeding.)
13:21:30        21              THE COURT:  My apologies.  My fault.  We are
13:21:33        22    back, ready to proceed.  Mr. Felle?
13:21:35        23              MR. FELLE:  Yes, your Honor.
13:21:36        24              THE COURT:  Mr. Russ?
13:21:37        25              MR. RUSS:  Yes, your Honor.
```

A-2329

33

1               M. STAMBACH - DX BY MR. FELLE

13:21:37   2          THE COURT:  Mr. Stambach, why don't you come

13:21:39   3     back up on the witness stand and we'll bring our jury

13:21:42   4     in.

13:21:42   5          (Whereupon, the jury is escorted into the

13:23:00   6     courtroom.)

13:23:00   7          THE COURT:  All right.  Welcome back,

13:23:03   8     everybody.

13:23:03   9          Mr. Stambach, once you are seated, you can

13:23:05  10     remove your mask.

13:23:06  11          Ladies and gentlemen, I apologize we're

13:23:08  12     running late.  It was completely my fault.  I had

13:23:12  13     another matter over lunch time that ran longer than I

13:23:15  14     was anticipating, but I appreciate your patience and

13:23:18  15     we're ready to continue with Mr. Stambach's direct

13:23:22  16     testimony.

13:23:22  17          Mr. Felle, whenever you're ready, please

13:23:24  18     continue.

13:23:24  19          MR. FELLE:  Thank you, your Honor.  Ladies

13:23:26  20     and gentlemen.  Dawn, I'll have you turn it on between

13:23:34  21     me and the witness.

13:23:36  22     CONTINUING DIRECT EXAMINATION EXAMINATION BY MR. FELLE:

13:23:38  23     Q.  Good afternoon, Mr. Stambach.

13:23:40  24     A.  Good afternoon, Mr. Felle.

13:23:41  25     Q.  And I probably don't have to remind you, you have

A-2330

34

|  |  | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 13:23:45 | 2 | been around court proceedings your whole career, but |
| 13:23:48 | 3 | you're still under oath. |
| 13:23:50 | 4 | A.  I do understand that. |
| 13:23:52 | 5 | Q.  I'm going to make a break, but we were kind of |
| 13:23:56 | 6 | moving into the interaction that you had on November |
| 13:24:00 | 7 | 16th, 2004.  And what I would like to do at this point |
| 13:24:03 | 8 | is show you a document that has been marked as an |
| 13:24:06 | 9 | exhibit 6 B. |
| 13:24:09 | 10 | MR. FELLE:  Right, Dawn, 6B. |
| 13:24:14 | 11 | Q.  And then -- and then I'm going to ask you, is |
| 13:24:19 | 12 | this the P73 that you prepared in relation to your |
| 13:24:21 | 13 | interactions with Mr. Ortiz? |
| 13:24:24 | 14 | A.  Could I see the whole thing, please? |
| 13:24:31 | 15 | Q.  Sure. |
| 13:24:35 | 16 | A.  Yes, this is the P73 that I called into the |
| 13:24:40 | 17 | pneumatic typing. |
| 13:24:41 | 18 | Q.  And does that appear to be the same document that |
| 13:24:44 | 19 | you prepared and placed into the investigation file? |
| 13:24:47 | 20 | A.  I do not prepare this, a typist prepares it. |
| 13:24:51 | 21 | Q.  Okay.  Did you sign it? |
| 13:24:52 | 22 | A.  Yes, I did. |
| 13:24:53 | 23 | Q.  Does it appear any changes were made since you |
| 13:24:56 | 24 | signed it? |
| 13:24:56 | 25 | A.  No, sir. |

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
| 13:24:57 | 2 | Q.  And would this document be kept in the normal |
| 13:25:00 | 3 | course of business within the investigation file? |
| 13:25:02 | 4 | A.  It is. |
| 13:25:05 | 5 | MR. FELLE:  At this point, I would like to |
| 13:25:06 | 6 | move this into evidence as Plaintiff's 6 B. |
| 13:25:09 | 7 | THE COURT:  Any objection? |
| 13:25:10 | 8 | MR. RUSS:  No objection, your Honor. |
| 13:25:11 | 9 | THE COURT:  Six B as in boy will come into |
| 13:25:15 | 10 | evidence. |
| 13:25:15 | 11 | **(Whereupon, Exhibit 6B was received into** |
| 13:25:20 | 12 | **evidence.)** |
| 13:25:20 | 13 | Q.  Now, Mr. Stambach, I want to ask you, starting |
| 13:25:24 | 14 | with the beginning of that P73, this interaction with my |
| 13:25:29 | 15 | client, Mr. Ortiz, it all started when a patrolman |
| 13:25:37 | 16 | Sadlocha was encountered by Mr. Ortiz and Mr. Ortiz said |
| 13:25:41 | 17 | to him, according to the P73, at least, that he was |
| 13:25:45 | 18 | confessing about the homicide on Niagara Street, |
| 13:25:48 | 19 | correct? |
| 13:25:49 | 20 | A.  That's correct. |
| 13:25:49 | 21 | Q.  And so I'm clear, the P73 is written by you, the |
| 13:25:54 | 22 | content is written by you? |
| 13:25:55 | 23 | A.  It's prepared by me, being called in by me to a |
| 13:25:59 | 24 | pneumatic typist who prepares the report. |
| 13:26:03 | 25 | Q.  But it's not multiple officers contributing to |

A-2332

36

                    M. STAMBACH - DX BY MR. FELLE

13:26:07   2   the content of this P73?

13:26:09   3       A.  No, it was me.

13:26:10   4       Q.  So the reason you wrote this P73, the reason that

13:26:14   5   Mr. Ortiz was being brought in, he was telling a patrol

13:26:18   6   officer he wanted to confess to the homicide, correct?

13:26:21   7       A.  Correct.

13:26:22   8       Q.  Now, the Fifth Amendment right against self

13:26:25   9   incrimination, and we've all seen it on TV, when

13:26:28  10   somebody says, "I want to confess," police officers are

13:26:32  11   required to read the Miranda warnings, correct?

13:26:35  12       A.  Correct.

13:26:35  13       Q.  But in this case, the Miranda warnings were not

13:26:38  14   read to Mr. Ortiz until 7:25, correct?

13:26:41  15       A.  That is correct.

13:26:45  16       Q.  Going to the second paragraph of your P73, it

13:26:49  17   again confirms what we spoke about earlier, that Mr.

13:26:54  18   Ortiz was placed in Sergeant Viviane's office at 7:25

13:26:59  19   p.m., correct?

13:26:59  20       A.  Yes, sir.

13:27:00  21       Q.  And then you state that you started a formal

13:27:03  22   interview of Mr. Ortiz at 7:30, correct?

13:27:06  23       A.  Yes.

13:27:06  24       Q.  And during that interview, he gave information

13:27:08  25   which indicated he was involved in the homicides,

A-2333

1          M. STAMBACH - DX BY MR. FELLE

13:27:11   2    correct?

13:27:12   3        A.   Yes, sir.

13:27:12   4        Q.   Now, Mr. Ortiz speaks Spanish, correct?

13:27:17   5        A.   Yes.

13:27:18   6        Q.   And at some point, you became aware that you

13:27:22   7    needed a translator, correct?

13:27:24   8        A.   Yes.

13:27:24   9        Q.   And you called in translator, Officer Torres,

13:27:28   10   correct?

13:27:28   11       A.   Yes, sir.

13:27:29   12       Q.   And according to your testimony and the records,

13:27:31   13   he came at 8:05 p.m. that night, correct?

13:27:35   14       A.   I believe that is correct.

13:27:37   15       Q.   And it wasn't again until 8:25 that, through his

13:27:44   16   translator services, you were able to have Mr. Ortiz

13:27:48   17   sign the Spanish rights card that read his Miranda

13:27:54   18   rights?

13:27:54   19       A.   We had to find a card that was in Spanish.  We

13:27:58   20   waited until we found the card.  I did not find it,

13:28:00   21   somebody else did.

13:28:01   22       Q.   So the waiver was read at 8:30 p.m. according to

13:28:05   23   your P73, correct?

13:28:07   24       A.   Yes.

13:28:07   25       Q.   And then Mr. Ortiz, according to your P73, was

```
 1              M. STAMBACH - DX BY MR. FELLE
13:28:11  2   given a Big Mac, some fries and a Coke, some food from
13:28:16  3   McDonald's, right.
13:28:18  4       A.   Yes.
13:28:18  5       Q.   And that was at 6:40 p.m.?
13:28:21  6       A.   8:40 p.m.
13:28:23  7       Q.   I'm looking right at it and I misspoke.  8:40
13:28:26  8   p.m.?
13:28:26  9       A.   Yes.
13:28:27 10       Q.   And 10 minutes after his waiver was read to him,
13:28:29 11   correct?
13:28:29 12       A.   Yes.
13:28:30 13       Q.   And that by 9 p.m., a formal sworn statement was
13:28:34 14   taken from him, correct?
13:28:36 15       A.   Yes, sir.
13:28:37 16       Q.   Now, Detective Sergeant Lonergan was on the stand
13:28:40 17   yesterday, and he said when he came in at 9 o'clock, 9
13:28:44 18   p.m. to the interview room where you were with Mr.
13:28:46 19   Ortiz, at that point, Mr. Ortiz had already confessed to
13:28:50 20   the crimes.  Would you agree with that?
13:28:52 21       A.   I would.
13:28:53 22       Q.   So, that would narrow the time from 7:25 when you
13:29:02 23   started your formal interview until 9 p.m. that night,
13:29:06 24   that is the time frame that you claim Mr. Ortiz
13:29:08 25   confessed to these murders, correct?
```

|       |    | M. STAMBACH - DX BY MR. FELLE |
|-------|----|-------------------------------|

13:29:11  2    A.   Could you repeat that again?

13:29:12  3    Q.   Sure.  Between the time of 7:25 when you started

13:29:16  4  your interview and the time of 9 p.m. when Detective

13:29:20  5  Sargent Lonergan came to the office, it was during that

13:29:23  6  time frame that you claim Mr. Ortiz confessed to the

13:29:27  7  crimes?

13:29:35  8    A.   During that time, yes, that was correct.

13:29:37  9    Q.   And when Officer Sadlocha, S-a-d-l-o-c-h-a,

13:29:42  10  brought Mr. Ortiz to the station, you said he was in

13:29:45  11  fear of his life?

13:29:46  12    A.   Yes, I believe he was brought in by two officers

13:29:51  13  Sadlocha and Patrolman John Lobaugh, L-o-b-a-u-g-h.

13:30:03  14    Q.   And if I'm doing the math correctly, between 7:25

13:30:06  15  and 8:05 when Officer Torres came to translate, you were

13:30:11  16  alone in the room and you were having a conversation

13:30:14  17  with my client, Mr. Ortiz, correct?

13:30:16  18    A.   No.

13:30:22  19    Q.   Were you with Mr. Ortiz for 30 to 40 minutes that

13:30:26  20  day?

13:30:26  21    A.   I certainly was, yes, sir.

13:30:28  22    Q.   And were you alone?

13:30:29  23    A.   Yes, I was.

13:30:30  24    Q.   And were you in Detective Sargent Viviane's

13:30:32  25  office with Mr. Ortiz?

A-2336

40

```
              1              M. STAMBACH - DX BY MR. FELLE
13:30:33      2       A.  Yes, I was.
13:30:37      3       Q.  And are you telling us that you didn't have any
13:30:39      4   conversation with Mr. Ortiz during that time?
13:30:41      5       A.  I stopped talking to him.  He indicated that he
13:30:43      6   was involved in a murder, I wanted to ensure that his
13:30:46      7   rights were read to him.  I was having problems
13:30:50      8   communicating with him.  He spoke broken English.  He
13:30:53      9   did understand me.  I wanted to ensure that the rights
13:30:56     10   card was read to him in Spanish.  I wanted to ensure
13:30:58     11   that he understood his rights.  And I had to wait for
13:31:01     12   the rights card.  We could not locate one because we did
13:31:05     13   not have one that was in Spanish.
13:31:09     14       Q.  Okay.  Officer, you gave sworn testimony in this
13:31:13     15   case prior, correct?
13:31:14     16       A.  That is correct.
13:31:15     17       Q.  Okay.  Turn your attention to your deposition.
13:31:19     18              MR. FELLE:  Counsel, it's starting on page
13:31:21     19   193.
13:31:38     20       Q.  Now, instead of lurking over your shoulder and
13:31:41     21   showing you this document --
13:31:43     22              THE CLERK:  They are off.
13:31:44     23              MR. FELLE:  Thank you.  I have that fear
13:31:46     24   that it is on still.
13:31:50     25       Q.  On page 193, when you gave testimony in your
```

A-2337

|  |  |
|---|---|
| 1 | M. STAMBACH - DX BY MR. FELLE |
| 13:31:54　2 | deposition, I asked you the question, and I'll read it: |
| 13:31:56　3 | "Okay, I guess I'm trying to get a sense of what was |
| 13:31:59　4 | occurring within the 30 to 40 minutes before police |
| 13:32:03　5 | Officer Torres got there to be a Spanish translator." |
| 13:32:06　6 | What was your answer? |
| 13:32:07　7 | A.　My answer was "Just casual conversation, who he |
| 13:32:11　8 | was, his pedigree, how old he was, where he lived, what |
| 13:32:18　9 | information he wanted to give, just casual information." |
| 13:32:21　10 | Q.　And then I asked you, "Pertaining to the |
| 13:32:24　11 | information that he wanted to give you, he came in to |
| 13:32:30　12 | confess to the crime, did you focus on the crime |
| 13:32:33　13 | itself?"　What was your answer? |
| 13:32:34　14 | A.　My answer would be yes. |
| 13:32:36　15 | Q.　And your answer was "absolutely," right? |
| 13:32:39　16 | A.　No, it was yes. |
| 13:32:40　17 | Q.　Look at line six, what is your answer? |
| 13:32:42　18 | A.　My answer is yes -- excuse me, I'm looking at |
| 13:32:47　19 | line 8. |
| 13:32:49　20 | Q.　Okay and -- |
| 13:32:50　21 | A.　Six "absolutely," yes. |
| 13:32:53　22 | Q.　So during the time of the 30 to 40 minutes that |
| 13:32:56　23 | Mr. Ortiz was in your office, you asked him questions |
| 13:32:59　24 | about the crime, correct? |
| 13:33:13　25 | A.　Just limited, yes. |

A-2338

42

1          M. STAMBACH - DX BY MR. FELLE

13:33:14  2      Q.  On that same page, I asked you, specifically, and

13:33:17  3  you asked him questions and details about how the crime

13:33:20  4  had been committed, what is your answer at line 12?

13:33:23  5      A.  That is correct.

13:33:30  6      Q.  So, during that 30 to 40 minutes, you asked Mr.

13:33:33  7  Ortiz questions about how the crime had been committed,

13:33:37  8  correct?

13:33:37  9      A.  Yes.

13:33:37 10      Q.  That is before a translator came?

13:33:40 11      A.  Correct.

13:33:40 12      Q.  That is before he was read his Fifth Amendment

13:33:43 13  rights, correct?

13:33:44 14      A.  Correct.

13:33:46 15      Q.  And it's during that time frame that you say that

13:33:48 16  Mr. Ortiz stated certain facts that led you to believe

13:33:52 17  he was the perpetrator of the crime, correct?

13:33:55 18      A.  That is correct.

13:34:07 19      Q.  Now, during that time, you were taking notes,

13:34:10 20  correct?

13:34:10 21      A.  Yes, I did.

13:34:21 22      Q.  And those notes -- strike that.

13:34:25 23          MR. FELLE:  This is also just for the

13:34:26 24  witness, please.

13:34:27 25      Q.  I'm going to show you what's been marked as

A-2339

43

|  |  |  |
|---|---|---|
| | 1 | M. STAMBACH - DX BY MR. FELLE |
| 13:34:30 | 2 | Plaintiff's Exhibit 10 and ask you first to identify |
| 13:34:34 | 3 | whether you know what I'll bring this to you, if that is |
| 13:34:37 | 4 | okay, because it's an 8 and a half by 14 document and |
| 13:34:40 | 5 | ask you to review it yourself and when you're done let |
| 13:34:44 | 6 | me know. |
| 13:34:45 | 7 | A. Thank you. Yes, sir. |
| 13:35:23 | 8 | Q. Mr. Stambach, in relationship to Exhibit 10, the |
| 13:35:27 | 9 | document you just reviewed, are those your pen |
| 13:35:29 | 10 | handwritten notes from that interview? |
| 13:35:31 | 11 | A. That is my printing, yes. |
| 13:35:33 | 12 | Q. And it's a two-page document, right? |
| 13:35:34 | 13 | A. That is correct. |
| 13:35:35 | 14 | Q. And does that document appear to be changed in |
| 13:35:40 | 15 | any way from the time you authored it? |
| 13:35:41 | 16 | A. No, sir. |
| 13:35:42 | 17 | Q. At this time, I would like to move into evidence |
| 13:35:44 | 18 | Exhibit 10. |
| 13:35:45 | 19 | THE COURT: Any objection? |
| 13:35:46 | 20 | MR. RUSS: No objection, your Honor. |
| 13:35:47 | 21 | THE COURT: All right. Exhibit 10 will come |
| 13:35:51 | 22 | into evidence. |
| 13:36:34 | 23 | Q. Now, Mr. Stambach, those notes contain |
| 13:36:38 | 24 | information specific to that crime, yes? |
| 13:36:39 | 25 | A. Yes. |

A-2340

44

|   |   |
|---|---|
| | 1 |

M. STAMBACH - DX BY MR. FELLE

13:36:40  2   Q.  And there are statements such as somebody was

13:36:43  3   holding a cell phone in their hand and a pistol in the

13:36:46  4   other, correct?

13:36:46  5   A.  Correct.

13:36:47  6   Q.  That one of the victims was in the rear of the

13:36:50  7   house and one was in the front of the house, correct?

13:36:52  8   A.  Yes, sir.

13:36:52  9   Q.  That a TV was on, correct?

13:36:54  10  A.  Yes, sir.

13:36:57  11  Q.  That statement also states there were three

13:37:00  12  perpetrators, correct?

13:37:01  13  A.  Yes, sir.

13:37:01  14  Q.  And let me ask you, with respect to anything else

13:37:04  15  that you knew about this crime before you arrested Mr.

13:37:08  16  Ortiz, were you at least aware that there were three

13:37:11  17  perpetrators to this crime?

13:37:14  18  A.  I have a theory that there were three

13:37:17  19  perpetrators, I was not sure.

13:37:19  20  Q.  Had you reviewed any witness statements?

13:37:22  21  A.  No, sir, I did not.

13:37:50  22  Q.  Mr. Stambach, is it your testimony today that you

13:37:53  23  never saw the witness statement by Mr. Osario that was

13:37:57  24  taken on November 13, 2004?

13:38:24  25  A.  I did not.

A-2341

45

|        |    | M. STAMBACH - DX BY MR. FELLE |
|--------|----|-------------------------------|
| 13:38:26 | 2 | Q.  I'm going to turn your attention to, again, the |
| 13:39:32 | 3 | deposition of January 3rd, 2019? |
| 13:39:41 | 4 | THE CLERK:  They are off. |
| 13:39:44 | 5 | Q.  Ask you to start at page 231. |
| 13:39:47 | 6 | Mr. Stambach, can you see that? |
| 13:39:48 | 7 | A.  Yes, I do. |
| 13:39:49 | 8 | Q.  Do you see on line four where I say, "On November |
| 13:39:55 | 9 | 13, 2004, the P73, and also an attached sworn statement |
| 13:40:00 | 10 | of Mr. Carlos Osario, just take a look at that for a |
| 13:40:07 | 11 | moment." |
| 13:40:07 | 12 | And your response is? |
| 13:40:08 | 13 | A.  "Sure." |
| 13:40:09 | 14 | Q.  And then I ask, "With respect to that, I'm |
| 13:40:13 | 15 | turning to line 16, between the P73 and the typewritten |
| 13:40:19 | 16 | statement of Mr. Osario, does it indicate that he was a |
| 13:40:22 | 17 | witness of the suspects or the perpetrators of the crime |
| 13:40:25 | 18 | that they were approaching the victims"? |
| 13:40:27 | 19 | A.  Yes. |
| 13:40:28 | 20 | Q.  And your response was "yes," correct? |
| 13:40:31 | 21 | A.  Yes. |
| 13:40:33 | 22 | Q.  And then turning to page 232 at the top, my |
| 13:40:38 | 23 | question, "And does he identify three individuals as |
| 13:40:40 | 24 | people he witnessed going into the house at the time the |
| 13:40:43 | 25 | murders were committed."  And what is your answer? |

1          M. STAMBACH - DX BY MR. FELLE

13:40:47   2      A.  "He does not.  He gives some limited information,

13:40:50   3  but he doesn't identify them fully."

13:40:52   4      Q.  But he did identify three males, correct?

13:40:55   5      A.  Yes, three males.

13:40:58   6      Q.  Now, toward the end of that same page, 232, I

13:41:02   7  asked, "Prior to interviewing Mr. Ortiz, did you see

13:41:06   8  these documents?"

13:41:06   9      A.  "Yes."

13:41:07  10      Q.  Did you see those documents?

13:41:09  11      A.  I don't know, I'm answering your question.

13:41:12  12      Q.  Well, you just said on the stand you did not see

13:41:14  13  this witness statement.  So now I asked you and now you

13:41:17  14  stated on line one on page 233, what is your answer?

13:41:21  15      A.  "I saw the sworn statement, but I never saw the

13:41:25  16  P73."

13:41:26  17      Q.  So, you did see the sworn statement of Carlos

13:41:28  18  Osario from November 13 of 2004, correct?

13:41:31  19      A.  At some time after the arrest of Mr. Ortiz.  I

13:41:36  20  cannot say to this day what time I saw that statement,

13:41:41  21  but you brought my attention to it, and I have seen it,

13:41:44  22  yes, the answer is yes.

13:41:45  23      Q.  Okay.  Mr. Stambach, let's turn back to 232, my

13:41:52  24  question to you at that time when you were under oath

13:41:55  25  was:  "Prior to interviewing Mr. Ortiz, did you see

A-2343

47

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | M. STAMBACH - DX BY MR. FELLE                        |
| 13:42:01 | 2  | these documents," correct?                        |
| 13:42:02 | 3  | A.  Correct.                                      |
| 13:42:03 | 4  | Q.  So this isn't after you arrested him, this is |
| 13:42:06 | 5  | prior to interviewing him, correct?               |
| 13:42:08 | 6  | A.  I'm not sure on this, Mr. Felle, at all.      |
| 13:42:11 | 7  | Q.  There is something about that question that   |
| 13:42:14 | 8  | confuses you, "Prior to arresting Mr. Ortiz, did you see |
| 13:42:19 | 9  | these documents?"                                 |
| 13:42:19 | 10 | A.  It's not confusing, I believe I made a mistake. |
| 13:42:22 | 11 | Q.  Are you saying that, given sworn testimony back |
| 13:42:25 | 12 | then in your deposition when you responded "yes," you |
| 13:42:28 | 13 | did see that statement of Mr. Osario before interviewing |
| 13:42:31 | 14 | Mr. Ortiz, that that is a false statement?        |
| 13:42:35 | 15 | A.  No, I'm not sure on that.                     |
| 13:42:38 | 16 | Q.  Well, you would agree with me that your memory |
| 13:42:40 | 17 | would be better then than it is now about that?   |
| 13:42:43 | 18 | A.  You are correct.                              |
| 13:42:44 | 19 | Q.  And that was your statement while under oath,  |
| 13:42:47 | 20 | correct?                                          |
| 13:42:47 | 21 | A.  Yes.                                          |
| 13:42:50 | 22 | Q.  So having refreshed your memory, you would have |
| 13:42:53 | 23 | seen, you did see the statement of Osario before  |
| 13:42:56 | 24 | interviewing my client, correct?                  |
| 13:42:58 | 25 | A.  I'm not sure on that, I'm sorry.              |

A-2344

|           |    |                                                          |
|-----------|----|----------------------------------------------------------|
|           | 1  | M. STAMBACH - DX BY MR. FELLE                            |
| 13:43:00  | 2  | Q.  But that is what you testified to when I asked      |
| 13:43:03  | 3  | you that question, correct?                              |
| 13:43:05  | 4  | A.  That is correct.                                     |
| 13:43:20  | 5  | MR. FELLE:  So this is just for the witness,     |
| 13:43:22  | 6  | please.                                                  |
| 13:43:23  | 7  | THE COURT:  They are off, Mr. Felle.            |
| 13:43:24  | 8  | MR. FELLE:  Thank you.                           |
| 13:43:25  | 9  | Q.  And this is Plaintiff's Exhibit 14.  I first want   |
| 13:43:29  | 10 | to show you, is this a P -- Mr. Stambach, is this a P73 |
| 13:43:34  | 11 | created by Detective Root?                               |
| 13:43:45  | 12 | A.  Yes, it is.                                          |
| 13:43:48  | 13 | Q.  And does that statement indicate that, excuse me,   |
| 13:43:51  | 14 | that P73, does it indicate that Detective Root spoke to |
| 13:43:56  | 15 | and took a statement from Carlos Osario on November 13th|
| 13:43:59  | 16 | of '04?                                                  |
| 13:44:00  | 17 | A.  It does.                                             |
| 13:44:04  | 18 | Q.  And, again, according to your testimony in your     |
| 13:44:08  | 19 | deposition, you knew about that statement and I want to |
| 13:44:11  | 20 | show it to you.  This is the statement of Mr. Osario.   |
| 13:44:13  | 21 | As I show it to you here, does it refresh your memory   |
| 13:44:17  | 22 | that you have seen it before?                            |
| 13:44:18  | 23 | A.  I have seen this before.                             |
| 13:44:19  | 24 | MR. RUSS:  I'm sorry to interrupt.  Is that      |
| 13:44:22  | 25 | --                                                       |

A-2345

49

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 13:44:22 | 2 | MR. FELLE:  It's part of 14.  It's |
| 13:44:24 | 3 | referenced in the P73 and attached to it as the P73. |
| 13:44:29 | 4 | MR. RUSS:  Thank you. |
| 13:44:30 | 5 | THE COURT:  Okay. |
| 13:44:31 | 6 | Q.  Do you see that, sir? |
| 13:44:32 | 7 | A.  Yes, I do. |
| 13:44:33 | 8 | Q.  And does it say that he saw three perpetrators -- |
| 13:44:42 | 9 | excuse me -- three men go into the house where the crime |
| 13:44:44 | 10 | is committed? |
| 13:44:45 | 11 | MR. RUSS:  Objection. |
| 13:44:45 | 12 | THE COURT:  Mr. Felle, the document is not |
| 13:44:47 | 13 | in evidence. |
| 13:44:50 | 14 | MR. FELLE:  Okay. |
| 13:44:50 | 15 | Q.  Let me ask you a question.  Mr. Stambach, you saw |
| 13:44:53 | 16 | this and considered this before asking questions of my |
| 13:44:56 | 17 | client in the interview, correct? |
| 13:44:58 | 18 | A.  No, I did not. |
| 13:44:59 | 19 | Q.  We just went over your testimony that before you |
| 13:45:03 | 20 | asked my client any questions on that day, you had seen |
| 13:45:07 | 21 | this statement. |
| 13:45:08 | 22 | A.  I'm still not sure on that, Mr. Felle. |
| 13:45:11 | 23 | Q.  I'm having a hard time understanding that, Mr. |
| 13:45:13 | 24 | Stambach.  The question I asked you under oath was, |
| 13:45:16 | 25 | prior to interviewing Mr. Ortiz, did you see these |

A-2346

50

|       |    | M. STAMBACH - DX BY MR. FELLE |
|-------|----|-------------------------------|
| 13:45:19 | 2 | documents.  And your answer is, "I saw the sworn |
| 13:45:21 | 3 | statement, but I never saw the P73 referring to Mr. |
| 13:45:27 | 4 | Osario."  Now, this is the sworn statement I'm showing |
| 13:45:29 | 5 | you now. |
| 13:45:30 | 6 |     A.  Again, I'm not sure of the timeline.  It was a |
| 13:45:35 | 7 | little confusing when I was in your office in 2019 when |
| 13:45:39 | 8 | you were questioning me.  I gave the best answer to the |
| 13:45:42 | 9 | best of my recollection.  I did not see that statement |
| 13:45:43 | 10 | prior to interviewing Mr. Ortiz.  The am firm on that. |
| 13:45:47 | 11 | There is no way I would have seen that statement. |
| 13:45:51 | 12 |     Q.  All right.  So I when I asked you that question |
| 13:45:55 | 13 | in '08, you lied to me?  You said, I saw the sworn |
| 13:45:59 | 14 | statement, that is an unequivocal statement? |
| 13:46:01 | 15 |     A.  No, sir, I made a mistake.  When I said I saw the |
| 13:46:08 | 16 | statement, I did not give the proper timeline.  I have |
| 13:46:11 | 17 | seen the statement.  I did not see that statement prior |
| 13:46:14 | 18 | to talking to Mr. Ortiz.  I would have remembered that. |
| 13:46:16 | 19 | That would have caused doubt in my mind. |
| 13:46:19 | 20 |     Q.  But you testified differently? |
| 13:46:21 | 21 |     A.  I made a mistake in my testimony, Mr. Felle, you |
| 13:46:24 | 22 | are correct. |
| 13:46:24 | 23 |     Q.  Mr. Stambach, it's hard for me to fathom an |
| 13:46:28 | 24 | experienced detective could take an oath -- |
| 13:46:31 | 25 |     MR. RUSS:  Your Honor -- |

A-2347

51

1                    M. STAMBACH - DX BY MR. FELLE

13:46:31   2              THE COURT:  Mr. Felle, closing arguments

13:46:33   3   will come and you can make arguments then.  This is

13:46:36   4   questioning of the witnesses, not time for you to make

13:46:38   5   statements.

13:46:39   6              MR. FELLE:  Okay, your Honor.  You're

13:46:40   7   absolutely right.

13:46:48   8        Q.  So, Mr. Stambach, let me ask you this.  You've

13:46:51   9   not been confused about any of my questions today, have

13:46:55  10   you?

13:46:55  11        A.  No, sir.

13:46:55  12        Q.  But you were confused back then when I asked you

13:46:58  13   that question, right?

13:46:59  14        A.  I believe I was, yes.

13:47:04  15        Q.  So, it's your testimony today that you weren't

13:47:08  16   aware of any of the witness statements that were

13:47:11  17   contained in the investigation file in the Buffalo

13:47:15  18   Police Department's investigation of the Camacho

13:47:18  19   brothers' homicides before interviewing my client?

13:47:21  20        A.  Correct, I have answered that, yes.

13:47:26  21        Q.  So you never saw the P73s of Detective Lauber?

13:47:32  22        A.  I have seen Detective Lauber's P73.

13:47:38  23        Q.  But you had not seen it before you arrested my

13:47:41  24   client, correct?

13:47:41  25        A.  No, I did not.

A-2348

52

|   |   | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 13:47:43 | 2 | Q. You didn't see the P73 of Investigator Vaughn |
| 13:47:49 | 3 | before arresting my client? |
| 13:47:50 | 4 | A. Correct. |
| 13:47:51 | 5 | Q. And you didn't speak to either of those |
| 13:47:53 | 6 | investigators before arresting my client? |
| 13:47:55 | 7 | A. Correct. |
| 13:47:56 | 8 | Q. And you didn't see any of the witness statement |
| 13:47:58 | 9 | forms that were inside the investigative file before |
| 13:48:01 | 10 | arresting my client, correct? |
| 13:48:04 | 11 | A. Correct. |
| 13:48:15 | 12 | Q. And according to the time frame that you dictated |
| 13:48:18 | 13 | on your P73, the information that led to Mr. Ortiz |
| 13:48:28 | 14 | confessing in your opinion, that happened between the |
| 13:48:30 | 15 | time frame of 7:25 and 8:05, correct? |
| 13:48:35 | 16 | A. That was the time period, yes. |
| 13:48:40 | 17 | Q. So let's go back to your notes we were talking |
| 13:48:43 | 18 | about. It's Exhibit 10. Do your notes indicate that an |
| 13:48:58 | 19 | AK gun was used in the crime? |
| 13:49:01 | 20 | A. That is correct. |
| 13:49:07 | 21 | Q. There is nothing -- strike that. |
| 13:49:17 | 22 | Before you interviewed Mr. Ortiz, there was a |
| 13:49:20 | 23 | time lag between the time the call came in that Officer |
| 13:49:25 | 24 | Sadlocha came in and the time you interviewed by client, |
| 13:49:28 | 25 | did you run a background on him? |

A-2349

53

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 13:49:30 | 2 | A.   No, I did not. |
| 13:49:31 | 3 | Q.   Did you learn anything else about my client? |
| 13:49:37 | 4 | A.   No. |
| 13:49:38 | 5 | Q.   When you started that conversation with my |
| 13:49:40 | 6 | client, did you ask him if he was under the influence of |
| 13:49:44 | 7 | psychotic or psychotropic drugs, medications? |
| 13:49:48 | 8 | A.   No, I did not. |
| 13:49:51 | 9 | Q.   Did you ask him if he needed help? |
| 13:49:53 | 10 | A.   No, I did not. |
| 13:49:54 | 11 | Q.   He presented to you afraid that someone was |
| 13:49:57 | 12 | trying to kill him, correct? |
| 13:49:58 | 13 | A.   That is correct. |
| 13:50:17 | 14 | Q.   And just so your testimony was clear, no one was |
| 13:50:20 | 15 | in the room with you and Mr. Ortiz between 7:25 and |
| 13:50:23 | 16 | 8:05, correct? |
| 13:50:25 | 17 | A.   Yes, sir. |
| 13:50:25 | 18 | Q.   And at 8:05 when Officer Torres came, you and he |
| 13:50:30 | 19 | looked for a Spanish Miranda card, correct? |
| 13:50:32 | 20 | A.   That's correct. |
| 13:50:34 | 21 | Q.   And then Officer Torres came back in and read the |
| 13:50:37 | 22 | card to Mr. Ortiz and he signed off on it, correct? |
| 13:50:41 | 23 | A.   We check each individual write off, I did that. |
| 13:50:45 | 24 | And at the bottom of it, we time and date it.  He places |
| 13:50:49 | 25 | his signature on it with his initials, and I place my |

A-2350

54

|          |    | M. STAMBACH - DX BY MR. FELLE                          |
|----------|----|--------------------------------------------------------|
|          | 1  |                                                        |
| 13:50:52 | 2  | signature on it with my initials.  And I believe Officer |
| 13:50:55 | 3  | Torres did the same.  You would have to ask Officer    |
| 13:50:59 | 4  | Torres.                                                |
| 13:50:59 | 5  | Q.  But you felt it was necessary to have a Spanish    |
| 13:51:02 | 6  | translator to do that, correct?                        |
| 13:51:04 | 7  | A.  I wanted to ensure it was done properly.           |
| 13:51:12 | 8  | Q.  Okay.  You wanted to ensure he was given his       |
| 13:51:15 | 9  | Miranda rights properly, correct?                      |
| 13:51:17 | 10 | A.  Yes.                                               |
| 13:51:17 | 11 | Q.  After he confessed to you, right?                  |
| 13:51:19 | 12 | A.  Correct.                                           |
| 13:51:20 | 13 | Q.  You wanted to make sure he understood his rights,  |
| 13:51:24 | 14 | but only after you interrogated him?                   |
| 13:51:25 | 15 | A.  That is incorrect.                                 |
| 13:51:26 | 16 | Q.  You knew enough he needed a Spanish translator to  |
| 13:51:30 | 17 | understand the Miranda warning card, that is why you   |
| 13:51:33 | 18 | called in a translator, correct?                       |
| 13:51:34 | 19 | A.  Correct.                                           |
| 13:51:35 | 20 | Q.  But you never had a translator in the room with    |
| 13:51:38 | 21 | you and Mr. Ortiz for that 30 or 40 minutes, correct?  |
| 13:51:41 | 22 | A.  I did not.                                          |
| 13:51:41 | 23 | Q.  And you did not speak Spanish, correct?            |
| 13:51:43 | 24 | A.  He spoke English to me initially; he understood    |
| 13:51:47 | 25 | English.                                               |

A-2351

55

|    |    |
|----|----|
|    | 1 | M. STAMBACH - DX BY MR. FELLE |
| 13:51:47 | 2 | Q.  Mr. Stambach, I told you, I know you're a learned |
| 13:51:53 | 3 | interrogator, I don't want to spar with you all day.  My |
| 13:51:57 | 4 | question is, did you speak Spanish? |
| 13:51:59 | 5 | A.  No, I did not.  I answered that before. |
| 13:52:02 | 6 | Q.  Thank you.  Now, it's your testimony that these |
| 13:52:14 | 7 | notes were used to then type up, to ask questions, |
| 13:52:19 | 8 | formal questions of Mr. Ortiz after 9 o'clock and to be |
| 13:52:22 | 9 | put into a typed confession, correct? |
| 13:52:24 | 10 | A.  Yes, they are bullet points, but they are my |
| 13:52:27 | 11 | notes. |
| 13:52:27 | 12 | Q.  But Exhibit 10, your notes are all your |
| 13:52:30 | 13 | handwriting, correct? |
| 13:52:31 | 14 | A.  My handwriting and my printing. |
| 13:52:33 | 15 | Q.  And when we see stars and asterisks next to |
| 13:52:37 | 16 | certain material, that is your handwriting, correct? |
| 13:52:39 | 17 | A.  Correct. |
| 13:52:39 | 18 | Q.  And so then this information was taken, which, |
| 13:52:54 | 19 | incidentally, all of the information contained in |
| 13:52:56 | 20 | Exhibit 10 was based on the conversation you had with my |
| 13:52:58 | 21 | client in the office, correct? |
| 13:53:01 | 22 | A.  And his sworn statement, yes. |
| 13:53:03 | 23 | Q.  Basically this was taken and put into a sworn |
| 13:53:07 | 24 | statement, correct? |
| 13:53:07 | 25 | A.  No, that is not correct. |

A-2352

56

|   |   |   |
|---|---|---|
| | 1 | M. STAMBACH - DX BY MR. FELLE |
| 13:53:08 | 2 | Q.  My understanding from Detective Lonergan is, |
| 13:53:11 | 3 | after 9 o'clock, and I suppose after he had some food, |
| 13:53:16 | 4 | Mr. Ortiz, you sat with a type writer, you would ask him |
| 13:53:22 | 5 | questions through the translator, and then he would give |
| 13:53:25 | 6 | you responses, yes? |
| 13:53:26 | 7 | A.  That is what would happen. |
| 13:53:28 | 8 | Q.  And you used these notes with respect to the |
| 13:53:31 | 9 | question and answer, correct? |
| 13:53:33 | 10 | A.  I don't know if I used them or I made them during |
| 13:53:35 | 11 | the transcript or even after before calling in my report |
| 13:53:40 | 12 | to the pneumatic typist. |
| 13:53:47 | 13 | Q.  So when we look at exhibit 406 in evidence. |
| 13:54:01 | 14 | MR. FELLE:  This can be published, the magic |
| 13:54:06 | 15 | words, "in evidence." |
| 13:54:13 | 16 | THE CLERK:  The jurors should be on |
| 13:54:15 | 17 | THE COURT:  Are your monitors on. |
| 13:54:37 | 18 | JUROR:  No. |
| 13:54:49 | 19 | THE COURT:  Now they are showing. |
| 13:54:51 | 20 | Q.  Mr. Stambach, this is the statement that you |
| 13:54:53 | 21 | claimed to have typed up, gone question and answer with |
| 13:54:56 | 22 | my client, and he responded in the affirmative and then |
| 13:54:58 | 23 | signed this confession, correct? |
| 13:55:00 | 24 | A.  It is the statement, yes, sir. |
| 13:55:11 | 25 | Q.  And based on this statement, you completed a |

```
              1              M. STAMBACH - DX BY MR. FELLE
13:55:16      2    felony complaint and arrested my client, correct?
13:55:20      3        A.  Yes.
13:55:25      4        Q.  Now, that whole time frame, 7:25, when you became
13:55:32      5    involved with Mr. Ortiz up through a little after
13:55:35      6    midnight, I believe when he was photographed on the
13:55:39      7    17th, correct?
13:55:40      8        A.  Yes.
13:55:41      9        Q.  That would have been the totality of your
13:55:44     10    involvement with Mr. Ortiz, correct?
13:55:46     11        A.  That is.
13:55:46     12        Q.  Now, you told us what you did or didn't see
13:55:50     13    before you questioned my client.  But once you became
13:55:58     14    aware, your claim that he was making admissions about
13:56:02     15    being involved in the crime, did you do anything to try
13:56:05     16    and corroborate those statements that you claim he made
13:56:08     17    with anything in the evidence file?
13:56:09     18        A.  Yes.
13:56:22     19        Q.  When you made the decision to arrest Mr. Ortiz,
13:56:29     20    his purported confession that he committed the crime was
13:56:33     21    the only basis for that arrest.  Is that a fair
13:56:36     22    statement?
13:56:36     23        A.  Yes, you are correct.
13:56:40     24        Q.  And, at that time, before arresting my client,
13:56:45     25    you had looked at no other evidence in the
```

A-2354

58

|   |   |
|---|---|
| | 1 |

M. STAMBACH - DX BY MR. FELLE

13:56:48    2    investigation, correct?

13:56:48    3    A.   No, I viewed the photos from the crime scene, I

13:56:54    4    stated that before.

13:57:09    5    Q.   Mr. Stambach, I want to show you what your

13:57:12    6    deposition, page 250.  Can you see that?

13:57:17    7    A.   Yes, I do.

13:57:18    8    Q.   All right.  When you gave sworn testimony, I

13:57:23    9    asked you a question, did you have any other evidence

13:57:28   10    that would link Mr. Ortiz to the crime.  What was your

13:57:33   11    answer?

13:57:33   12    A.   "None whatsoever."

13:57:35   13    Q.   That is how you responded, "none whatsoever,"

13:57:39   14    correct?

13:57:39   15    A.   Yes, sir.

13:57:44   16    Q.   And then I asked you questions such as was there

13:57:49   17    any DNA that linked my client to the scene?

13:57:52   18    A.   No, sir.

13:57:52   19    Q.   Or you weren't aware of that, right?

13:57:55   20    A.   Not that I was aware of.

13:57:58   21    Q.   And after you arrested my client, you asked him

13:58:14   22    if you could search his apartment?

13:58:17   23    A.   I don't recall doing that.

13:58:19   24    Q.   Do you recall my client signing a permission slip

13:58:22   25    allowing Investigators Lonergan and Lema go to his

A-2355

|          |    |                                                   |
|----------|----|---------------------------------------------------|
|          | 1  | M. STAMBACH - DX BY MR. FELLE                     |
| 13:58:27 | 2  | apartment that night?                             |
| 13:58:28 | 3  | A.  I remember later on, I learned that there was |
| 13:58:31 | 4  | permission to search them.  And I later learned they had |
| 13:58:34 | 5  | gone to an apartment.                             |
| 13:58:35 | 6  | Q.  But being the arresting officer, weren't you  |
| 13:58:38 | 7  | interested in whether or not there was any corroborating |
| 13:58:41 | 8  | evidence at his apartment that might link him to the |
| 13:58:45 | 9  | crime?                                            |
| 13:58:45 | 10 | A.  I was very interested.                        |
| 13:58:46 | 11 | Q.  And so did you find out there was no evidence |
| 13:58:49 | 12 | that would link him to the crime once they searched his |
| 13:58:52 | 13 | apartment?                                        |
| 13:58:52 | 14 | A.  I did find that out, yes, sir.                |
| 13:58:54 | 15 | Q.  So while there was no other evidence to link him |
| 13:58:57 | 16 | to the crime when you arrested him, no other evidence |
| 13:59:00 | 17 | was gathered by you to link him to the crime afterwards, |
| 13:59:04 | 18 | right?                                            |
| 13:59:04 | 19 | A.  You are correct.                              |
| 13:59:19 | 20 | Q.  Now, Mr. Stambach, at some point in time, you |
| 13:59:23 | 21 | became aware that my client was found to be completely |
| 13:59:26 | 22 | innocent of these crimes, correct?                |
| 13:59:28 | 23 | A.  Yes, sir.                                     |
| 13:59:29 | 24 | Q.  And you agree on that?                        |
| 13:59:30 | 25 | A.  I'm not sold on the entire aspect of that.    |

A-2356

60

| | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 13:59:33 | 2 | Q.  Well, let me ask you this.  Do you recall that |
| 13:59:35 | 3 | announcement being made by Joseph Tripi, a U.S. Attorney |
| 13:59:39 | 4 | General? |
| 13:59:39 | 5 | A.  I certainly do. |
| 13:59:40 | 6 | Q.  Do you recall that being a result of a joint task |
| 13:59:44 | 7 | force investigation between the FBI, U.S. Attorney |
| 13:59:47 | 8 | General's office, a detective in the homicide bureau in |
| 13:59:51 | 9 | the cold case, and an investigator from New York State |
| 13:59:54 | 10 | that all came to that conclusion? |
| 13:59:56 | 11 | A.  I do. |
| 13:59:57 | 12 | Q.  And do you recall there being three individuals |
| 14:00:00 | 13 | that were arrested for the killings of the Camacho |
| 14:00:03 | 14 | brothers? |
| 14:00:04 | 15 | A.  I do. |
| 14:00:05 | 16 | Q.  And you never interviewed any of those three, |
| 14:00:08 | 17 | correct? |
| 14:00:08 | 18 | A.  Never knew of them, no, sir. |
| 14:00:10 | 19 | Q.  And in fairness, other than arresting my client |
| 14:00:14 | 20 | for this crime, you weren't involved in that |
| 14:00:17 | 21 | investigation ever again, right? |
| 14:00:19 | 22 | A.  No, I had retired. |
| 14:00:21 | 23 | Q.  When did you retire? |
| 14:00:22 | 24 | A.  2006. |
| 14:00:25 | 25 | Q.  So you arrested him in November of 2004? |

A-2357

1                    M. STAMBACH - DX BY MR. FELLE

14:00:29   2        A.   That's correct.

14:00:29   3        Q.   And for the rest of those two years, you had no

14:00:32   4   further involvement in the investigation of the Camacho

14:00:34   5   brother murders, correct?

14:00:35   6        A.   That is correct.

14:00:36   7        Q.   But you did know there were two other

14:00:39   8   perpetrators correct?

14:00:40   9        A.   I felt there was, yes.

14:00:41  10        Q.   But you did no follow up to find them, correct?

14:00:44  11        A.   I did not, no.

14:00:46  12        Q.   But the FBI did and the U.S. Attorney General's

14:00:48  13   office did, and they made an announcement that they

14:00:50  14   found the three individuals that did commit this crime,

14:00:53  15   correct?

14:00:53  16        A.   Correct.

14:00:54  17        Q.   And they had extensive evidence to show that,

14:00:57  18   correct?

14:00:57  19        A.   I don't know what evidence they had, sir.  I

14:01:01  20   wouldn't know if it was extensive or what their evidence

14:01:03  21   was, but I know they made the announcement, you are

14:01:06  22   correct.

14:01:07  23        Q.   Okay.  So you don't know what their evidence is,

14:01:10  24   whether it's strong or weak, but you just told you us

14:01:13  25   you disagree with their findings?

|   | M. STAMBACH - DX BY MR. FELLE |
|---|---|

14:01:15  2    A.  I do.

14:01:17  3    Q.  Are you aware that those three individuals pled

14:01:19  4  guilty and were convicted?

14:01:21  5    A.  I am aware.

14:01:22  6    Q.  Are you aware that there was corroborating

14:01:25  7  evidence of their guilt, including crime scene evidence

14:01:28  8  and DNA evidence, are you aware of that?

14:01:31  9         MR. RUSS:  I'm going to object to the

14:01:33  10  evidence.  The fact that three individuals pled guilty

14:01:36  11  we've agreed upon and stipulated, but if we're going to

14:01:40  12  into the evidence after Mr. Ortiz's sentencing, the

14:01:44  13  Court has ruled against that already.

14:01:46  14         THE COURT:  I am, but I think Mr. Stambach

14:01:50  15  opened the door with some of his answers.  I'll overrule

14:01:53  16  the objection.

14:01:54  17    A.  Could you repeat that, please?

14:01:55  18    Q.  Could you read it back, please?

14:01:55  19         (Whereupon, the Court Reporter read back the

14:02:17  20  pending question.)

14:02:17  21    A.  I am now.

14:02:20  22    Q.  Are you aware that there were wiretaps that had

14:02:23  23  them in conversations admitting their guilt?

14:02:25  24    A.  No, sir.

14:02:30  25    Q.  Mr. Stambach, we talked earlier about the

A-2359

63

|       | 1  | M. STAMBACH - DX BY MR. FELLE |
|-------|----|-------------------------------|
| 14:02:33 | 2  | confusion about Mr. Osario and his statement of November |
| 14:02:37 | 3  | 13th, whether you saw it or didn't see it.  One point |
| 14:02:40 | 4  | you testified that you saw it, now you claim that you |
| 14:02:43 | 5  | didn't see it.  Did you become aware at some point that |
| 14:02:46 | 6  | Mr. Osario was actually in the police department in the |
| 14:02:49 | 7  | major crimes unit at the same exact time that you allege |
| 14:02:54 | 8  | my client was giving a confession? |
| 14:02:55 | 9  | A.  No. |
| 14:03:54 | 10 | Q.  I suppose it doesn't matter because you're not |
| 14:03:56 | 11 | aware of any of the content of that meeting, correct? |
| 14:03:58 | 12 | A.  That's correct. |
| 14:03:59 | 13 | Q.  But let me ask you a very important question. |
| 14:04:02 | 14 | With respect to that interview of Mr. Osario, the P73 |
| 14:04:08 | 15 | indicates that Mr. Torres, Police Officer Torres, was |
| 14:04:10 | 16 | being used as an interpreter, are you aware of that? |
| 14:04:15 | 17 | A.  No. |
| 14:04:15 | 18 | Q.  Is it your testimony right now in front of the |
| 14:04:18 | 19 | jury that Mr. Torres was with you completely after 8:05 |
| 14:04:23 | 20 | up to the time that Mr. Ortiz confessed? |
| 14:04:26 | 21 | A.  Until he finished his statement, he was with me, |
| 14:04:29 | 22 | yes. |
| 14:04:29 | 23 | Q.  And so it's your testimony he was never in the |
| 14:04:31 | 24 | interview room with Mr. Osario and Detective Judge at |
| 14:04:36 | 25 | the same time? |

A-2360

64

|  | 1 | M. STAMBACH - DX BY MR. FELLE |
|---|---|---|
| 14:04:36 | 2 | A. I wouldn't be able to say. You would have to ask |
| 14:04:39 | 3 | Detective Judge or Officer Torres. I don't know. I |
| 14:04:42 | 4 | don't know where he went. |
| 14:04:43 | 5 | Q. At any time during the course of the evening, did |
| 14:04:46 | 6 | Mr. Torres tell you that Mr. Osario was next door and he |
| 14:04:50 | 7 | was describing the perpetrators of the crime? |
| 14:04:54 | 8 | MR. RUSS: Your Honor, I object as to what |
| 14:04:56 | 9 | Torres said. |
| 14:04:57 | 10 | THE COURT: Are you offering it for the |
| 14:04:59 | 11 | truth? |
| 14:05:00 | 12 | MR. FELLE: I'm not. It's to what he |
| 14:05:02 | 13 | understood. |
| 14:05:02 | 14 | THE COURT: I'm going to overrule the |
| 14:05:05 | 15 | objection and give the ladies and gentlemen of the jury |
| 14:05:07 | 16 | and instruction that whatever Mr. Torres may have said |
| 14:05:12 | 17 | to Mr. Stambach that he is going to answer the question |
| 14:05:15 | 18 | about is not being offered for the truth of the matter, |
| 14:05:18 | 19 | but rather just to demonstrate what was told to Mr. |
| 14:05:22 | 20 | Stambach. |
| 14:05:24 | 21 | So, go ahead and answer the question if you |
| 14:05:27 | 22 | can. |
| 14:05:27 | 23 | Q. Sure. Did Mr. Torres, at that point Officer |
| 14:05:31 | 24 | Torres, tell you about Mr. Osario being in the interview |
| 14:05:34 | 25 | room right next to you where there was a witness to the |

A-2361

|  |  |  |
|---|---|---|
|  | 1 | M. STAMBACH - CX BY MR. RUSS |
| 14:05:36 | 2 | crimes, the murders of the Camacho brothers? |
| 14:05:40 | 3 | A.  No, he did not. |
| 14:05:42 | 4 | Q.  And did you ever think to put Mr. Ortiz into a |
| 14:05:45 | 5 | lineup of some sort and have some further corroboration |
| 14:05:49 | 6 | that he might be guilty? |
| 14:05:50 | 7 | A.  No, sir.  The lineups are run by the district |
| 14:05:54 | 8 | attorney's office, so I wouldn't have done that. |
| 14:05:55 | 9 | Q.  So, just to be clear, you did nothing to |
| 14:05:58 | 10 | corroborate his guilt other than taking his statement |
| 14:06:01 | 11 | and claiming that he confessed to the crime, correct? |
| 14:06:04 | 12 | A.  That's correct. |
| 14:06:06 | 13 | Q.  And then after it was announced that he was |
| 14:06:09 | 14 | innocent, you became aware of that, correct? |
| 14:06:12 | 15 | A.  Years later, yes. |
| 14:06:14 | 16 | Q.  When you became aware of that years later, did |
| 14:06:17 | 17 | you do anything to go back into the file and find out |
| 14:06:20 | 18 | how that could have happened, how you could have been |
| 14:06:23 | 19 | involved in arresting an innocent man? |
| 14:06:26 | 20 | A.  I did not do it, no. |
| 14:06:30 | 21 | MR. FELLE:  I have nothing further your |
| 14:06:31 | 22 | Honor. |
| 14:06:31 | 23 | THE COURT:  Thank you, Mr. Felle. |
| 14:06:38 | 24 | MR. RUSS:  Thank you your Honor. |
| 14:06:56 | 25 | CROSS EXAMINATION BY MR. RUSS: |

A-2362

|  |  |  |
|---|---|---|
|  | 1 | M. STAMBACH - CX BY MR. RUSS |
| 14:06:56 | 2 | Q.   Good afternoon, Detective Stambach. |
| 14:06:59 | 3 | A.   Good afternoon. |
| 14:07:00 | 4 | Q.   You were here on Monday when we did jury |
| 14:07:04 | 5 | selection, right? |
| 14:07:04 | 6 | A.   Yes, sir, I was. |
| 14:07:05 | 7 | Q.   And do you remember some commentary about you |
| 14:07:09 | 8 | falling asleep? |
| 14:07:09 | 9 | A.   Yes, I do. |
| 14:07:11 | 10 | Q.   Are you currently suffering from any illness? |
| 14:07:15 | 11 | A.   Yes, I am. |
| 14:07:16 | 12 | Q.   And tell the jury what is going on with you now. |
| 14:07:18 | 13 | A.   Currently I'm suffering the illness of atrial |
| 14:07:25 | 14 | fibrillation from Covid, and just recently, a few days |
| 14:07:28 | 15 | ago, I caught a respiratory infection.  That is why I'm |
| 14:07:32 | 16 | coughing and my voice is weak and I'm currently on a |
| 14:07:36 | 17 | medication for both. |
| 14:07:37 | 18 | Q.   In fact, on Monday, were you sleeping? |
| 14:07:40 | 19 | A.   No, I was not sleeping. |
| 14:07:45 | 20 | Q.   You've had a 50-plus-year career in law |
| 14:07:49 | 21 | enforcement.  Is that right? |
| 14:07:50 | 22 | A.   That is correct. |
| 14:07:51 | 23 | Q.   And I know Mr. Felle asked you some questions |
| 14:07:55 | 24 | about your various positions, but can you kind of give |
| 14:07:58 | 25 | the jury your story? |

A-2363

67

|   | M. STAMBACH - CX BY MR. RUSS |
|---|---|
| 14:08:02 2 | A.  Sure.  I left high school, I graduated from |
| 14:08:07 3 | Seneca Vocational High School.  I was a draftsman and I |
| 14:08:11 4 | went to work at Westing House during the Vietnam war and |
| 14:08:16 5 | there were numerous layoffs.  And I was a young, married |
| 14:08:20 6 | young man with a child.  I did not have a job a lot of |
| 14:08:23 7 | times, so I took a competitive Civil Service Exam to |
| 14:08:28 8 | join the police department to get a steady income to |
| 14:08:32 9 | become a patrolman with the City of Buffalo Police |
| 14:08:35 10 | Department. |
| 14:08:36 11 | Q.  And did you have that job as a patrolman with the |
| 14:08:40 12 | City of Buffalo Police Department for a period of years? |
| 14:08:43 13 | A.  Yes, I was sworn in in 1971. |
| 14:08:47 14 | Q.  And how long were you a patrolman? |
| 14:08:50 15 | A.  For a period of maybe six years or so. |
| 14:08:53 16 | Q.  Did you take a new position with the Buffalo |
| 14:08:56 17 | Police Department after you were a patrolman? |
| 14:08:58 18 | A.  I did. |
| 14:08:58 19 | Q.  What was that? |
| 14:08:59 20 | A.  I was promoted to an acting detective, that meant |
| 14:09:02 21 | I was able to do the work of a detective and receive the |
| 14:09:07 22 | pay of the detective, but, at that time, civil service, |
| 14:09:10 23 | there was not a position open for a detective.  They |
| 14:09:14 24 | needed the detective work do to be done, so, therefore, |
| 14:09:18 25 | I was granted an acting detective's badge and began my |

A-2364

68

                          M. STAMBACH - CX BY MR. RUSS

14:09:23   2    duties as a detective.

14:09:25   3        Q.   Was there a specific field as you were working as

14:09:28   4    a detective?

14:09:29   5        A.   I first started off in the narcotics squad in the

14:09:32   6    City of Buffalo.

14:09:32   7        Q.   Did you stay in the narcotics squad for a period

14:09:35   8    of time?

14:09:35   9        A.   For a brief period of time, yes.

14:09:37  10        Q.   And then did you move to another squad?

14:09:40  11        A.   Yes, I went back to a precinct.  After being in

14:09:43  12    the narcotics squad, I went back as a patrolman to

14:09:46  13    precinct No. 16.

14:09:50  14        Q.   Is that Hurdle and Colevin?

14:09:56  15        A.   Kensington/Bailey station.

14:09:59  16        Q.   And then did you return as a detective at some

14:10:02  17    point?

14:10:03  18        A.   Yes, I was promoted.

14:10:05  19        Q.   And when was that?

14:10:05  20        A.   Approximately, that was in 1986.

14:10:08  21        Q.   1986.  What field were you a detective working

14:10:13  22    in?

14:10:13  23        A.   I was assigned to the homicide bureau.

14:10:15  24        Q.   And so the jury knows, is the homicide bureau

14:10:20  25    kind of the highest you can go as a detective in

A-2365

69

|       |    | M. STAMBACH - CX BY MR. RUSS |
|-------|----|------------------------------|
| 14:10:25 | 2 | Buffalo? |
| 14:10:26 | 3 | A.  It is the highest. |
| 14:10:26 | 4 | Q.  For how long did you work in homicide? |
| 14:10:28 | 5 | A.  I worked there 20 years, exactly, until my time |
| 14:10:32 | 6 | of my retirement. |
| 14:10:34 | 7 | Q.  And that was around 2006? |
| 14:10:39 | 8 | A.  That is correct. |
| 14:10:42 | 9 | Q.  And in 2006, did you literally retire and go to |
| 14:10:46 | 10 | the beach? |
| 14:10:46 | 11 | A.  I did retire, yes. |
| 14:10:48 | 12 | Q.  At some point, did you take new employment? |
| 14:10:51 | 13 | A.  I did. |
| 14:10:52 | 14 | Q.  And what was that? |
| 14:10:53 | 15 | A.  I went to work for the Erie County assistant or |
| 14:10:56 | 16 | the district attorney at the time was known as Frank |
| 14:11:00 | 17 | Clark. |
| 14:11:02 | 18 | Q.  And what did you do for District Attorney Clark? |
| 14:11:05 | 19 | A.  I started out as financial crimes, and then I |
| 14:11:08 | 20 | went back to working on usual cases, homicides and |
| 14:11:13 | 21 | felony assaults, anything that actually came in. |
| 14:11:18 | 22 | Q.  So if you add up all of the years -- and you're |
| 14:11:23 | 23 | still there, correct? |
| 14:11:23 | 24 | A.  I am still there, yes. |
| 14:11:25 | 25 | Q.  And one of the persons that works with you |

A-2366

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | M. STAMBACH - CX BY MR. RUSS                           |
| 14:11:28 | 2  | currently is Detective Mark Vaughn, correct?           |
| 14:11:31 | 3  | A.  He is actually my bureau chief, he is the chief    |
| 14:11:34 | 4  | of investigators.                                      |
| 14:11:35 | 5  | Q.  He is your boss?                                    |
| 14:11:36 | 6  | A.  He is my boss, yes.                                 |
| 14:11:38 | 7  | Q.  And if you add up all of the years of your         |
| 14:11:42 | 8  | working as a patrolman and a detective with the Buffalo |
| 14:11:47 | 9  | Police Department, and now as an investigator with the |
| 14:11:50 | 10 | Erie County District Attorney's Office, how many years |
| 14:11:52 | 11 | is that?                                               |
| 14:11:53 | 12 | A.  Over 50 years, excuse me, I also was -- I also     |
| 14:11:59 | 13 | took a one-year position with the Inspector General's  |
| 14:12:03 | 14 | office with New York State.                            |
| 14:12:04 | 15 | Q.  Was that doing detective work as well?             |
| 14:12:07 | 16 | A.  Absolutely, I was an investigator there.           |
| 14:12:23 | 17 | Q.  Now, I'm going to jump around a little bit.  I'll  |
| 14:12:26 | 18 | fill in gaps.  I don't want to reinvent the wheel here. |
| 14:12:31 | 19 | Okay?                                                  |
| 14:12:31 | 20 | A.  Yes, sir.                                           |
| 14:12:31 | 21 | Q.  Prior to your taking the confession of Mr. Ortiz,  |
| 14:12:38 | 22 | did you have any involvement in the investigation       |
| 14:12:42 | 23 | concerning the Camacho brothers murder?                 |
| 14:12:45 | 24 | A.  Yes.                                                |
| 14:12:46 | 25 | Q.  What was your involvement before?                   |

A-2367

|      |    | M. STAMBACH - CX BY MR. RUSS |
|------|----|------------------------------|

1     M. STAMBACH - CX BY MR. RUSS

14:12:48  2    A.  None.

14:12:51  3    Q.  None.  Did you go to the Niagara Street scene

14:12:59  4  before the confession?

14:13:01  5    A.  No.

14:13:04  6         THE COURT:  I'm sorry, I'm confused by the

14:13:07  7  last question.  You said, yes, you had involvement, but

14:13:10  8  then you said your involvement was none.

14:13:11  9         THE WITNESS:  I'm sorry, Judge.

14:13:13  10        THE COURT:  The first question was, prior to

14:13:15  11  taking the confession, did you have any involvement in

14:13:17  12  the investigation concerning the Camacho brothers

14:13:20  13  murder.

14:13:21  14        THE WITNESS:  My answer was "no."

14:13:24  15        THE COURT:  No, your answer was "yes."

14:13:27  16        THE WITNESS:  I misunderstood.

14:13:28  17    Q.  The Judge is right, I think you did answer it

14:13:30  18  "yes" and then "no"?

14:13:31  19    A.  I apologize, it's mistake.

14:13:35  20    Q.  So, before Mr. Ortiz confessed to you, did you

14:13:38  21  have any involvement in the investigation concerning the

14:13:40  22  murder of the Camacho brothers?

14:13:42  23    A.  No.

14:13:45  24    Q.  Before Mr. Ortiz confessed to you, did you have

14:13:49  25  any -- did you go to the Niagara Street scene of their

A-2368

72

| | | |
|---|---|---|
| | 1 | M. STAMBACH - CX BY MR. RUSS |
| 14:13:55 | 2 | murder? |
| 14:13:55 | 3 | A. No. |
| 14:13:57 | 4 | Q. Before Mr. Ortiz confessed to you, did you |
| 14:14:01 | 5 | conduct any investigation concerning the murder of the |
| 14:14:05 | 6 | Camacho brothers? |
| 14:14:06 | 7 | A. No, I did not. |
| 14:14:08 | 8 | Q. Before Mr. Ortiz confessed to you, did you |
| 14:14:11 | 9 | collect any evidence concerning those murders? |
| 14:14:13 | 10 | A. No, I did not. |
| 14:14:16 | 11 | Q. So your first involvement with Mr. Ortiz was |
| 14:14:22 | 12 | November 16th, 2004 with his confession? |
| 14:14:27 | 13 | A. You are correct, yes. |
| 14:14:30 | 14 | Q. And I know we went back and forth and you were |
| 14:14:33 | 15 | asked a number of times and you expressed some |
| 14:14:39 | 16 | uncertainty, so I'll ask you, before taking his |
| 14:14:43 | 17 | confession, did you review any documents or P73s? |
| 14:14:49 | 18 | A. No. |
| 14:14:54 | 19 | Q. Now, you gave some testimony a few minutes ago |
| 14:14:57 | 20 | about the Miranda warnings? |
| 14:14:59 | 21 | A. Correct. |
| 14:15:00 | 22 | Q. And those were -- there was a card in Spanish, |
| 14:15:07 | 23 | correct? |
| 14:15:07 | 24 | A. Yes, sir. |
| 14:15:08 | 25 | Q. And you described who had signed and who had |

A-2369

|   |   |
|---|---|
| 1 | M. STAMBACH - CX BY MR. RUSS |
| 14:15:11 2 | initialed it? |
| 14:15:11 3 | A.  Yes. |
| 14:15:49 4 | MR. RUSS:  This can be published, your |
| 14:15:51 5 | Honor, it's in evidence. |
| 14:15:53 6 | THE COURT:  Yes.  Can you see it on your |
| 14:15:54 7 | screens, everybody? |
| 14:15:55 8 | JUROR:  Yes. |
| 14:15:58 9 | MR. RUSS:  Thank you, your Honor. |
| 14:15:58 10 | Q.  Detective Stambach, I show you what's been marked |
| 14:16:02 11 | as Defendant's Exhibit 407 in evidence.  Does this |
| 14:16:07 12 | appear to be a copy of the Miranda rights card? |
| 14:16:12 13 | A.  It is. |
| 14:16:14 14 | Q.  And I note that the form has some printed |
| 14:16:21 15 | handwriting on it? |
| 14:16:22 16 | A.  It does. |
| 14:16:23 17 | Q.  Is that yours? |
| 14:16:24 18 | A.  It is. |
| 14:16:25 19 | Q.  And I also note that, as you indicated on your |
| 14:16:31 20 | direct testimony, there are some checkmarks and various |
| 14:16:34 21 | notations on the card.  Is that correct? |
| 14:16:37 22 | A.  Yes, sir. |
| 14:16:38 23 | Q.  And then it appears to be signed by Josue Ortiz, |
| 14:16:44 24 | Mark Stambach and Edwin Torres.  Is that correct? |
| 14:16:48 25 | A.  Yes. |

A-2370

74

|  |  |
|---|---|
| | 1 |

                      M. STAMBACH - CX BY MR. RUSS

14:16:49  2      Q.  So, this is the Miranda Rights card that we've

14:16:52  3  heard so much about?

14:16:53  4      A.  It is.

14:16:54  5      Q.  Thank you.  Detective Stambach, I show you what's

14:17:25  6  been marked in evidence as Exhibit 406.  Do you

14:17:28  7  recognize this to be Josue Ortiz's confession given to

14:17:32  8  you on November 16th, 2004?

14:17:35  9      A.  It is, yes, sir.

14:17:38  10     Q.  And just tell the jury, this is almost 20 years

14:17:44  11  ago.  How did you physically take this confession?

14:17:48  12     A.  This particular confession was taken by me on a

14:17:52  13  manual typewriter, not an electronic typewriter, but a

14:17:56  14  manual typewriter.

14:17:58  15     Q.  Certainly not a computer?

14:18:00  16     A.  Not a computer, not a computer, no.

14:18:03  17     Q.  So procedurally, how did it work?  Officer Torres

14:18:06  18  was present to translate?

14:18:08  19     A.  Yes.

14:18:09  20     Q.  So did you state a question and then did Officer

14:18:14  21  Torres translate it or how did that work?

14:18:16  22     A.  Sometimes he would translate the question and I

14:18:18  23  would pose to the witness and sometimes he would not.

14:18:24  24  Mr. Ortiz would answer without even being asked the

14:18:27  25  question in Spanish.

|  |  |  |
|--|--|--|
|  | 1 | M. STAMBACH - CX BY MR. RUSS |
| 14:18:29 | 2 | Q.  And then after you were finished asking all of |
| 14:18:35 | 3 | the questions and typing up the entire document, did you |
| 14:18:41 | 4 | have it signed? |
| 14:18:42 | 5 | A.  I did. |
| 14:18:44 | 6 | Q.  And before it was signed, did you have Officer |
| 14:18:50 | 7 | Torres read it to Mr. Ortiz? |
| 14:18:52 | 8 | A.  I believe I did.  You would have to ask Officer |
| 14:18:56 | 9 | Torres. |
| 14:18:56 | 10 | Q.  But, in any event, you had Mr. Ortiz sign a |
| 14:19:02 | 11 | document, is that correct? |
| 14:19:04 | 12 | A.  Yes, I swore him in and he initialed each |
| 14:19:08 | 13 | individual page and he signed the last page for me. |
| 14:19:11 | 14 | Q.  Okay.  Right now I'm showing you page 3.  Three |
| 14:19:16 | 15 | signatures in the middle.  The top one is Mr. Ortiz, is |
| 14:19:20 | 16 | that right? |
| 14:19:20 | 17 | A.  Yes, sir. |
| 14:19:22 | 18 | Q.  And then the next one is Officer Torres? |
| 14:19:25 | 19 | A.  I believe it's Officer Torres.  I'm not quite |
| 14:19:29 | 20 | sure on that. |
| 14:19:30 | 21 | Q.  And Detective Lonergan? |
| 14:19:33 | 22 | A.  That is his signature, yes. |
| 14:19:37 | 23 | Q.  And then you notarized it, that is your |
| 14:19:39 | 24 | signature? |
| 14:19:39 | 25 | A.  That is correct. |

1          M. STAMBACH - CX BY MR. RUSS

14:19:41    2      Q.  Also, I note on the pages that they are all

14:19:46    3   initialed.  Do you see three sets of initials?

14:19:49    4      A.  Yes, that is done to ensure that each individual

14:19:52    5   page was read to the witness.

14:19:55    6      Q.  And so that is initialed by you, Officer Torres,

14:20:01    7   and Mr. Ortiz, correct?

14:20:04    8      A.  Yes, sir.

14:20:14    9      Q.  Page one, same set of initials?

14:20:16   10      A.  Yes, sir.

14:20:17   11      Q.  Stambach, Torres, Ortiz?

14:20:20   12      A.  Yes.

14:20:21   13      Q.  And page two, same set of initials, Stambach,

14:20:28   14   Torres, Ortiz, correct?

14:20:30   15      A.  Yes, sir.

14:20:32   16      Q.  What is the purpose of having the person making

14:20:38   17   the statement or giving the confession sign it?

14:20:42   18      A.  To provide that there is an accurate accounting

14:20:46   19   of his words were, what he stated to me at the time and

14:20:50   20   that indication indicates to me that this statement was

14:20:54   21   read back to him and he was asked if he understood each

14:20:58   22   one of the pages that were read to him and what he had

14:21:02   23   stated at that particular time.  He indicated that he

14:21:06   24   did understand it.  He was sworn in.  And he signed and

14:21:10   25   initialed each page indicating that each page, each

|     | M. STAMBACH - CX BY MR. RUSS |
|-----|------|

1              M. STAMBACH - CX BY MR. RUSS

14:21:15    2    question, each answer was read to him before he placed

14:21:19    3    his signature upon that document.

14:21:22    4         Q.  Occasion.  And is that or was that standard

14:21:26    5    operating procedure for how a confession would be taken?

14:21:29    6         A.  That is my -- that would actually be my way of

14:21:33    7    doing it, yes.

14:21:34    8         Q.  And that is your own procedure that you utilized?

14:21:36    9         A.  Yes.

14:21:37   10         Q.  And did you deviate from your own procedure in

14:21:41   11    any fashion or manner when you were doing this?

14:21:44   12         A.  No, I did not.

14:21:49   13         Q.  Now, incidentally, we've heard testimony and I'm

14:21:52   14    sure you've heard testimony because you've been here

14:21:55   15    part of the time, that Mr. Ortiz was suffering

14:21:58   16    psychological distress generally at this time?

14:22:02   17         A.  I did hear that testimony, yes.

14:22:04   18         Q.  Did Mr. Ortiz's behavior or actions give you any

14:22:13   19    reason to suspect that he was in a kind of mental health

14:22:17   20    crisis?

14:22:18   21         A.  No, none whatsoever.

14:22:19   22         Q.  Can you tell the jury how he appeared when you

14:22:22   23    took the confession from him?

14:22:24   24         A.  Again, as I've testified before, he was scared,

14:22:30   25    timid.  He did not seem to be out of control in any

A-2374

1          M. STAMBACH - CX BY MR. RUSS

14:22:32   2   manner.  He did not have or lose the ability to speak.

14:22:37   3   He seemed to be wanting to tell his story.  I wanted to

14:22:41   4   interview him to find out what he had to say.  And,

14:22:44   5   again, it led to him being read his rights where he gave

14:22:49   6   that confession.  But, at that time, he was erect, he

14:22:55   7   sat in a chair and answered all of the questions

14:22:57   8   readily.  He did not seem to be in distress in any

14:23:01   9   fashion.  He did not request for an ambulance.  But he

14:23:04   10  did seem to be scared and afraid.

14:23:09   11      Q.  You've heard Mr. Ortiz say he lost his mind

14:23:16   12  and/or that he had a psychotic break.  Was there

14:23:19   13  anything about his behavior that suggested to you that

14:23:24   14  he had lost his mind or was having a psychotic break?

14:23:29   15      A.  No, none whatsoever, sir.

14:23:36   16      Q.  Now, after you took Mr. Ortiz's confession, did

14:23:46   17  you prepare what we have all been calling the P73?

14:23:50   18      A.  Later, yes.

14:23:52   19      Q.  And tell the jury, now 20 years after the fact or

14:23:58   20  18 years after the fact, what process was used to

14:24:02   21  prepare those P73s?

14:24:04   22      A.  Yes, I would pick up a telephone, dial a

14:24:07   23  three-digit extension within the Buffalo Police

14:24:10   24  Department, that three-digit extension is what we call

14:24:14   25  pneumatic typing.  I then state the date, who I am, what

A-2375

1    M. STAMBACH - CX BY MR. RUSS

14:24:18    2    the file number is.  I start off with the commanding

14:24:21    3    officer, the captain of that particular time and I

14:24:23    4    elicit onto that P73 what my duties were for that day.

14:24:29    5    In other words, that I met Mr. Ortiz.  He was advised of

14:24:32    6    his rights.  That he gave a full statement.  That

14:24:36    7    statement would become a part of the file.

14:24:42    8        Q.   And that was an instantaneous process?

14:24:44    9        A.   No, it is not.

14:24:46    10        Q.   Explain the time it could take?

14:24:50    11        A.   You can call in a P73 at the end of your tour of

14:24:55    12    duty, with the homicide squad we were working 10-hour

14:24:59    13    days, we sometimes worked on call for a period of eight

14:25:05    14    straight days.  We were then awarded four days off.  So

14:25:09    15    if I called in to pneumatic typing a report or P73 on a

14:25:15    16    specific date, I could go off duty and be off duty for

14:25:20    17    one, two, three or four days.  On the fifth day, I come

14:25:24    18    back, in my tray would be that copy, if it was typed at

14:25:31    19    that time.  I would then read the report.  If I agreed

14:25:34    20    with it, I would then sign it and send it to my

14:25:39    21    commanding officer, who would read the report, give to

14:25:43    22    it a lieutenant and assign it to a report technician to

14:25:48    23    be placed into a file.

14:25:52    24        Q.   Okay.  So, Mr. Felle asked you a number of

14:25:57    25    questions concerning whether you had read P73s from

A-2376

80

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | M. STAMBACH - CX BY MR. RUSS                         |
| 14:26:07 | 2 | November 15th or November 13th.  Is it possible they |
| 14:26:10 | 3 | didn't exist then?                                   |
| 14:26:11 | 4 | A.   There is a possibility, but there is an answer to |
| 14:26:14 | 5 | that.  All you have to do talk to the author of that |
| 14:26:18 | 6 | particular report or who took the statement as to when |
| 14:26:21 | 7 | it was placed into the file.  I have no independent  |
| 14:26:23 | 8 | knowledge of when it was placed into the file otherwise |
| 14:26:26 | 9 | I would testify to that.                             |
| 14:26:30 | 10 | Q.   Okay.  So, thank you.  Back to P73 that I'm going |
| 14:26:38 | 11 | to put on the screen, I think it's in evidence.  It  |
| 14:26:42 | 12 | might have been marked with a different number.      |
| 14:26:46 | 13 | MR. FELLE:  6 B.                                     |
| 14:26:47 | 14 | Q.   I had marked it also as 404.                    |
| 14:26:50 | 15 | THE COURT:  But it's the same document,              |
| 14:26:51 | 16 | right?                                               |
| 14:26:53 | 17 | MR. RUSS:  Same document.                            |
| 14:26:54 | 18 | THE COURT:  You can publish it to the jury,          |
| 14:26:57 | 19 | Dawn.                                                |
| 14:26:58 | 20 | Q.   Okay.  Detective Stambach, can you see the      |
| 14:27:02 | 21 | document on the screen in front of you?              |
| 14:27:04 | 22 | A.   Yes, sir.                                       |
| 14:27:06 | 23 | Q.   Does that appear to be the P73 that you prepared |
| 14:27:15 | 24 | after taking the confession from Mr. Ortiz?          |
| 14:27:20 | 25 | A.   Yes, sir.                                       |

A-2377

81

|  | 1 | M. STAMBACH - CX BY MR. RUSS |
|---|---|---|
| 14:27:23 | 2 | Q.   And that is your work, your language? |
| 14:27:27 | 3 | A.   It is. |
| 14:27:27 | 4 | Q.   And after it was typed up, you signed it? |
| 14:27:31 | 5 | A.   Correct. |
| 14:27:54 | 6 | Q.   In your over 50 years of working as a police |
| 14:27:57 | 7 | officer detective, have you ever had a witness say "I've |
| 14:28:00 | 8 | changed my mind"? |
| 14:28:01 | 9 | A.   Yes. |
| 14:28:01 | 10 | Q.   And if you take a confession and the witness |
| 14:28:05 | 11 | changes his mind, do you note that somewhere? |
| 14:28:09 | 12 | A.   I would not only note it, but I would take |
| 14:28:11 | 13 | another sworn statement. |
| 14:28:14 | 14 | Q.   So, in this case, if Mr. Ortiz had said, "I |
| 14:28:19 | 15 | really did not commit the murders, I just was saying |
| 14:28:24 | 16 | that, I want to take that back," you would have noted |
| 14:28:28 | 17 | that? |
| 14:28:28 | 18 | A.   Absolutely, yes, sir, I would have of. |
| 14:28:38 | 19 | Q.   We've seen earlier your notes concerning the |
| 14:28:46 | 20 | confession. |
| 14:28:48 | 21 | A.   Yes, sir. |
| 14:29:06 | 22 | Q.   Exhibit 10 I'll put on the screen, and, |
| 14:29:12 | 23 | incidentally, you said when you started off, you were a |
| 14:29:17 | 24 | draftsman? |
| 14:29:18 | 25 | A.   Yes. |

A-2378

|  | 1 | M. STAMBACH - CX BY MR. RUSS |
|---|---|---|
| 14:29:18 | 2 | Q.   And is that why your printing is so neat? |
| 14:29:21 | 3 | A.   I consider it to be neat.  I know how to print in |
| 14:29:25 | 4 | different fashions. |
| 14:29:26 | 5 | Q.   Because that is your printing, correct? |
| 14:29:28 | 6 | A.   It most certainly is. |
| 14:29:33 | 7 | Q.   Now, I guess I'll leave that there.  Let me ask |
| 14:29:43 | 8 | you this one.  At the conclusion of Mr. Ortiz's |
| 14:29:49 | 9 | confession, did you believe him? |
| 14:29:54 | 10 | A.   I did. |
| 14:29:54 | 11 | Q.   And why is that? |
| 14:29:56 | 12 | A.   He was indicating in his sworn statement several |
| 14:30:01 | 13 | unique facts that were inside of the crime scene itself |
| 14:30:06 | 14 | of the deaths of the two Camacho brothers.  I did think |
| 14:30:11 | 15 | that there were strong indicators in the sworn statement |
| 14:30:15 | 16 | that indicated that he was either a participant or he |
| 14:30:18 | 17 | was inside the house at the time of the event, meaning |
| 14:30:21 | 18 | the homicide occurred.  They were very unique in nature. |
| 14:30:27 | 19 | I did not lead him into those questions.  They were |
| 14:30:31 | 20 | specifically answered so that I could elicit an answer |
| 14:30:34 | 21 | from him as a witness.  When I obtained those statements |
| 14:30:38 | 22 | from him, it made a much more stronger to me that he |
| 14:30:42 | 23 | indicated that he indeed was there, was involved, was a |
| 14:30:46 | 24 | perpetrator.  They were unique in nature and they were |
| 14:30:50 | 25 | specific in only a person that was inside of the crime |

A-2379

83

1             M. STAMBACH - CX BY MR. RUSS

14:30:55  2    scene would have known them.  This was in several days

14:30:58  3    after the homicide.  There is no reason he would have

14:31:03  4    known these specific type of items and described them to

14:31:07  5    me in his sworn statement unless he was indeed there.

14:31:11  6        Q.  And can you give the jury an example of one of

14:31:15  7    those items?

14:31:17  8        A.  Yes.  I asked who he saw inside the apartment.

14:31:21  9    He indicated who he saw and a unique item.  One of the

14:31:25  10   items was that one of the deceased was discovered with a

14:31:30  11   gun in one hand and a phone in the other hand.  This was

14:31:35  12   something that did not appear in the television, did not

14:31:38  13   appear in the newspapers.  That was unique.  He

14:31:41  14   indicated to me during his interview and his sworn

14:31:44  15   statement that there was a detached chain from one of

14:31:48  16   the victims that was laying on the ground.  Again, that

14:31:50  17   was unique in nature.  He indicated uniquely the

14:31:56  18   position of the bodies, uniquely indicated the position

14:32:00  19   of the bodies.  There were six or seven items throughout

14:32:04  20   the statement that were shown to the district attorney

14:32:07  21   at that time to indicate, once again, that he was a

14:32:11  22   perpetrator or he was at the scene at the time of that

14:32:15  23   particular homicide of the two deceased Camacho

14:32:19  24   brothers.

14:32:20  25       Q.  It's been suggested that you placed those

A-2380

84

1          M. STAMBACH - CX BY MR. RUSS

14:32:26  2  particular items into the confession, not Mr. Ortiz.

14:32:33  3      A.  No.  He was asked questions to find out if it was

14:32:36  4  true and accurate what he was telling me.  I did ask him

14:32:40  5  if there was a TV that was on.  He indicated that there

14:32:43  6  was indeed a TV.  And I asked him if he was a small TV.

14:32:47  7  And he said, no.  I believe he stated it was a large

14:32:51  8  flat screen.  Again, uniquely something that no one else

14:32:56  9  would know.  I was not leading Mr. Ortiz.  I am not

14:33:00  10  allowed to lead a witness into something of that nature

14:33:05  11  during a sworn statement.

14:33:06  12      Q.  Did you include anything in the confession that

14:33:09  13  Mr. Ortiz did not tell you?

14:33:11  14      A.  No, I did not.

14:33:13  15      Q.  Did you force Mr. Ortiz to make this confession?

14:33:17  16      A.  No, I did not.

14:33:18  17      Q.  Did you trick Mr. Ortiz into making this

14:33:22  18  confession?

14:33:22  19      A.  No, I did not.

14:33:23  20      Q.  Did you make up any parts of the confession on

14:33:26  21  your own?

14:33:27  22      A.  No.

14:33:30  23      Q.  Did you add any details on your own?

14:33:32  24      A.  He gave me the details, I asked the questions.

14:33:37  25      Q.  Did you fabricate any part of it?

A-2381

85

1                    M. STAMBACH - CX BY MR. RUSS

14:33:40    2        A.   No, I did not fabricate one thing.

14:33:43    3        Q.   Did you take advantage of an obviously mentally

14:33:47    4   disturbed person?

14:33:48    5        A.   No, I would not have done that.

14:33:50    6        Q.   Now, at some point after Mr. Ortiz confessed,

14:34:00    7   there was a decision made to charge him with the murders

14:34:03    8   and to prosecute.   Is that right?

14:34:06    9        A.   That's correct.

14:34:07   10        Q.   Tell the jury how that came about.

14:34:09   11        A.   Our general procedure is that we have the

14:34:12   12   information, we gather the information, and sometime on

14:34:17   13   call, we call the assistant district attorney who is

14:34:21   14   assigned to the homicide bureau.   That assistant

14:34:24   15   district attorney comes to the Buffalo Police Department

14:34:28   16   headquarters, the homicide squad, and reviews the file.

14:34:32   17   At that time, he reviewed the file and he informed us it

14:34:35   18   was clear or okay for us to charge him, and he gave us

14:34:38   19   the charges.   The charges that I placed on a supporting

14:34:43   20   deposition, an information, which he formulated by

14:34:46   21   telling me that, which I signed.

14:34:50   22        Q.   So, is that a long way of saying the assistant

14:34:54   23   district attorney told you to do that?

14:34:56   24        A.   Yes.   It's not my decision to charge him.   It was

14:34:58   25   the district attorney's decision to charge him and

1                M. STAMBACH - CX BY MR. RUSS

14:35:01    2    arrest him.

14:35:02    3        Q.  And do you remember which assistant district

14:35:04    4    attorney instructed you?

14:35:07    5        A.  I've been trying to be clear on that since this

14:35:14    6    started and we had three assigned.  Judge Sadita, he was

14:35:14    7    assigned.  At the time he was in the homicide bureau, he

14:35:20    8    is now a judge.  I don't know if it was him.  Judge

14:35:23    9    Case, he is an attorney at the DA's office, I'm not sure

14:35:27   10    if it was him.  Or Joseph Muruzik, but it was definitely

14:35:31   11    one of the three because I had interaction with them for

14:35:36   12    my entire career.  I've been trying hard to remember to

14:35:45   13    this day and I have not been able to.

14:35:48   14        Q.  Are you sure you received instruction from the

14:35:51   15    district attorney's office to prosecute?

14:35:55   16        A.  The arrest would not have happened if they did

14:35:59   17    not give us the okay to arrest Mr. Ortiz.

14:36:01   18        Q.  You may remember back to Monday during opening

14:36:04   19    statements, there was a suggestion that you closed this

14:36:10   20    file.  That you closed the file after the sentencing of

14:36:18   21    Mr. Ortiz.  Do you remember hearing that?

14:36:20   22        A.  I did hear that, yes.

14:36:21   23        Q.  And what do you say to the jury?

14:36:23   24        A.  I don't close files.  In fact, I've given

14:36:27   25    previous testimony, including to Mr. Felle, that the

A-2383

```
                    M. STAMBACH - CX BY MR. RUSS
```

1

14:36:30  2  case had remained open; that case was not closed.  My

14:36:35  3  testimony to Mr. Felle was that case remained open.

14:36:39  4  I've never closed that particular case.  I did retire.

14:36:43  5  And I did not, I moved onto another job.

14:36:46  6      Q.   There has been a suggestion that you should have

14:36:51  7  done some investigation after the sentencing of Mr.

14:36:55  8  Ortiz but before his ultimate release from prison and

14:37:02  9  determination that he was not guilty.  What do you say

14:37:08  10  about that?

14:37:13  11      A.   Again, it's not my position, it's the United

14:37:17  12  States Attorney General's office.  I really don't know

14:37:19  13  what they did on a particular case to enhance it or

14:37:22  14  follow through on it.  They did, in turn, turn around

14:37:26  15  and overturn his conviction, which I became aware of,

14:37:30  16  and, once again, that is why we're here today.

14:37:45  17      Q.   Detective Ortiz -- thank you.  Detective

14:37:58  18  Stambach, after Mr. Ortiz was exonerated, you said that

14:38:05  19  you did, I guess, examine some of the evidence that was

14:38:10  20  found later?

14:38:11  21      A.   Yes.

14:38:15  22      Q.   As you sit here today, May 5th, 2022, do you

14:38:25  23  believe that the confession you took from Mr. Ortiz on

14:38:31  24  November 16th, 2004 was legitimate?

14:38:37  25      A.   I do.

88

|  | M. STAMBACH - RDX BY MR. FELLE |
|---|---|
| 14:38:38 2 | Q.  And even though he has been cleared of that |
| 14:38:43 3 | crime, do you believe that you performed in a |
| 14:38:49 4 | professionally correct manner? |
| 14:38:51 5 | A.  I tried to do the very best job that I could and |
| 14:38:54 6 | I believe I performed in a proper manner. |
| 14:38:57 7 | Q.  So as you sit here today, do you stand by the |
| 14:39:00 8 | confession that was made? |
| 14:39:02 9 | A.  I certainly do. |
| 14:39:05 10 | MR. RUSS:  Thank you, your Honor. |
| 14:39:05 11 | THE COURT:  Thank you, Mr. Russ.  Are you |
| 14:39:09 12 | going to have redirect? |
| 14:39:10 13 | MR. FELLE:  Brief. |
| 14:39:11 14 | THE COURT:  Okay.  Go ahead. |
| 14:39:14 15 | REDIRECT EXAMINATION BY MR. FELLE: |
| 14:39:14 16 | Q.  Mr. Stambach, you just told us that the facts |
| 14:39:25 17 | contained in the confession could only be known by |
| 14:39:29 18 | somebody who was there, correct? |
| 14:39:31 19 | A.  Yes. |
| 14:39:32 20 | Q.  And we now know that Mr. Ortiz was not there |
| 14:39:35 21 | based on the admissions of the real perpetrators, |
| 14:39:39 22 | correct? |
| 14:39:39 23 | A.  Again, that is what was in court.  But |
| 14:39:44 24 | independently, I'm still not comfortable with that, Mr. |
| 14:39:47 25 | Felle. |

A-2385

89

1              M. STAMBACH - RDX BY MR. FELLE

14:39:47    2    Q.  Wouldn't it be true that in all cases, you have

14:39:51    3   to present the charges to the DA before they are levied,

14:39:55    4   right?

14:39:56    5    A.  No, I give them the information, the evidence

14:39:58    6   that I've secured.  In other words, that five-hour

14:40:01    7   window with Mr. Ortiz was the only thing that I

14:40:04    8   presented to the on-call assistant district attorney in

14:40:07    9   the homicide bureau.  That was it.

14:40:10   10    Q.  Right, and that is what I'm going to ask you.

14:40:12   11    A.  Right then and there they made the determination

14:40:14   12   to charge him.

14:40:16   13    Q.  They asked you what evidence you had against him,

14:40:19   14   correct?

14:40:19   15    A.  I showed them the sworn statement, sir.

14:40:23   16    Q.  And that was the all of the evidence you had

14:40:25   17   against him, correct?

14:40:25   18    A.  You are correct.

14:40:26   19    Q.  You had no other evidence that pointed to Mr.

14:40:29   20   Ortiz being at the crime scene, correct?

14:40:31   21    A.  None.

14:40:35   22    Q.  And your testimony is that because the confession

14:40:38   23   was so detailed, it was compelling, correct?

14:40:41   24    A.  It was compelling, yes, sir.

14:40:43   25    Q.  And as an experienced detective, you knew that,

A-2386

90

|  | 1 | M. STAMBACH - RDX BY MR. FELLE |
|---|---|---|
| 14:40:48 | 2 | right?  The more compelling is based on the facts you |
| 14:40:52 | 3 | put in there would be more compelling and harder for Mr. |
| 14:40:56 | 4 | Ortiz to get away from later on in a prosecution, |
| 14:41:00 | 5 | correct? |
| 14:41:00 | 6 | A.  He put the statements in.  He answered my |
| 14:41:03 | 7 | questions and I put the answers in, you are correct. |
| 14:41:06 | 8 | Q.  Facts only known to a person at the scene, |
| 14:41:09 | 9 | correct. |
| 14:41:12 | 10 | A.  That is correct. |
| 14:41:13 | 11 | Q.  I asked you earlier, you never did a background |
| 14:41:17 | 12 | check on Mr. Ortiz, correct? |
| 14:41:18 | 13 | A.  You are correct. |
| 14:41:20 | 14 | Q.  And things in your notes pertaining to guns and |
| 14:41:22 | 15 | drugs, that never came from something official? |
| 14:41:25 | 16 | A.  Correct. |
| 14:41:25 | 17 | Q.  And you're telling me he told you that in the |
| 14:41:29 | 18 | same confession? |
| 14:41:29 | 19 | A.  If it's in my notes, he would have had to tell me |
| 14:41:32 | 20 | that. |
| 14:41:33 | 21 | Q.  And that is what you wrote down, correct? |
| 14:41:35 | 22 | A.  Yes, sir. |
| 14:41:35 | 23 | Q.  This case comes down to what was said and done in |
| 14:41:39 | 24 | a room between 7:25 and 8:05 on 11/16 of '04.  Sir, you |
| 14:41:47 | 25 | are under oath and an innocent man was in jail for 10 |

14:41:51  2  years and 22 days --

14:41:52  3          MR. RUSS:  Your Honor, I'm going to object.

14:41:54  4          THE COURT:  Sustained.  Mr. Felle, this is

14:41:55  5  not your closing argument.  This is a time to ask

14:41:58  6  questions of the witness.

14:41:59  7      Q.  Do you want apologize to Mr. Ortiz?

14:42:03  8      A.  No, I do not.  I did my job to the best of my

14:42:07  9  ability, sir.

14:42:08  10          MR. FELLE:  I have nothing further.

14:42:10  11          THE COURT:  Thank you, Mr. Felle.  Any

14:42:13  12  further cross examination?

14:42:14  13          MR. RUSS:  No, your Honor.  Thank you.

14:42:16  14          THE COURT:  Mr. Stambach, you can put your

14:42:17  15  mask on and step down.

14:42:19  16          THE WITNESS:  Thank you, Judge.

17                  *     *     *

18              CERTIFICATE OF REPORTER

19      I certify that the foregoing is a correct transcript

20  of the record of proceedings in the above-entitled

21  matter.

22  S/ Karen J. Clark,  RPR

23

Official Court Reporter

24

25

A-2388

09:00:56

1                    UNITED STATES DISTRICT COURT

2                   WESTERN DISTRICT OF NEW YORK

3

4   - - - - - - - - - - - - - X
    JOSUE ORTIZ                    )          16CV321
5                   Plaintiff   )
    vs.
6                                    Rochester, New York
    MARK STAMBACH,                          May 5, 2022
7                   Defendant.          9:00 a.m.
    - - - - - - - - - - - - - X
8   **TRIAL - VOLUME III - TESTIMONY OF J. ORTIZ & M. STAMBACH**
    **(PREVIOUSLY TRANSCRIBED AND DOCKETED AT NO. 165.)**
9

10                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE ELIZABETH A. WOLFORD
11                   UNITED STATES DISTRICT JUDGE

12

13                    WAYNE C. FELLE, ESQ.
                     Law Office of Wayne C. Felle, P.C.
14                   6024 Main Street
                     Williamsville, NY 14221
15

16

17                   HUGH M. RUSS, III, ESQ.
                     PETER A. SAHASRABUDHE, ESQ.
18                   Hodgson Russ LLP
                     The Guaranty Building
19                   140 Pearl Street, Suite 100
                     Buffalo, New York 14202

20

21

22

23

24   **COURT REPORTER: Karen J. Clark, Official Court Reporter**
                     **Karenclark1013@AOL.com**
25                   **100 State Street**
                     **Rochester, New York 14614**

A-2389

219

```
          1              J. ORTIZ V. M. STAMBACH

          2                  P R O C E E D I N G

          3            *              *              *

          4

          5

08:55:01  6

08:55:01  7

09:13:10  8              THE CLERK:  We are here on the matter of the

09:11:51  9    Ortiz versus Stambach 16CV321.

09:11:54  10             THE COURT:  Good morning.  We have Mr. Felle

09:11:56  11   and Mr. Ortiz here; Mr. Russ, Mr. Sahasrabudhe are

09:12:02  12   present.  So, your first witness is, I'm assuming, going

09:12:07  13   to be Mr. Ortiz?

09:12:09  14             MR. FELLE:  Your Honor, I did intend to call

09:12:12  15   Mr. Stambach, but I guess he isn't here at this time.  I

09:12:16  16   was intending to call him first.

09:12:17  17             THE COURT:  Okay.  So that, because

09:12:20  18   yesterday you had discussed Mr. Ortiz, then Investigator

09:12:29  19   Rondon and then Mr. Stambach.  So what is your plan

09:12:31  20   today?

09:12:32  21             MR. FELLE:  So, based on our conversations,

09:12:34  22   after discussing scheduling about Investigator Rondon, I

09:12:39  23   couldn't find a way to bring much of his synopsis in

09:12:43  24   based on our discussion, so I'm not going to call him

09:12:46  25   today, and Ms. Evans is still coming tomorrow morning.
```

A-2390

220

|  |  |  |
|---|---|---|
| | 1 | J. ORTIZ V. M. STAMBACH |
| 09:12:49 | 2 | THE COURT: So, you're no longer planning on |
| 09:12:53 | 3 | putting Investigator Rondon as a witness? |
| 09:12:55 | 4 | MR. FELLE: Yes. Today, to complete, I |
| 09:12:57 | 5 | wanted to start with Mr. Stambach since there would not |
| 09:13:01 | 6 | be the same interruptions that there would be with |
| 09:13:05 | 7 | Rondon. |
| 09:13:05 | 8 | THE COURT: Okay. Although we still, we had |
| 09:13:08 | 9 | interrupted Mr. Ortiz's testimony to deal with the |
| 09:13:10 | 10 | witnesses yesterday. So why don't we go forward with |
| 09:13:15 | 11 | Mr. Ortiz this morning and what is Mr. Stambach's |
| 09:13:19 | 12 | situation? |
| 09:13:20 | 13 | MR. SAHASRABUDEHE: He is on his way. This |
| 09:13:22 | 14 | is probably my fault. Based on the scheduling we |
| 09:13:25 | 15 | discussed yesterday, he asked if he could take care of |
| 09:13:28 | 16 | something and get here at 10, and I thought there was |
| 09:13:30 | 17 | two witnesses before you, 10 should be more than |
| 09:13:33 | 18 | sufficient. It wasn't until we came in this morning |
| 09:13:35 | 19 | that Mr. Felle told us he planned on calling Mr. |
| 09:13:38 | 20 | Stambach. |
| 09:13:38 | 21 | THE COURT: So what about going forward with |
| 09:13:40 | 22 | Mr. Ortiz this morning and then Mr. Stambach? |
| 09:13:43 | 23 | MR. FELLE: Yeah, under the circumstances, I |
| 09:13:45 | 24 | will do that. |
| 09:13:45 | 25 | THE COURT: But those will be -- are those |

|          |    | J. ORTIZ V. M. STAMBACH                           |
|----------|----|---------------------------------------------------|
| 09:13:47 | 2  | then the only two witnesses then for today?       |
| 09:13:51 | 3  | MR. FELLE:  They are.                             |
| 09:13:53 | 4  | THE COURT:  Ms. Evans is coming tomorrow          |
| 09:13:55 | 5  | morning, and Mr. Lauber.                           |
| 09:13:57 | 6  | MR. RUSS:  And, again, Officer Torres.            |
| 09:14:00 | 7  | MR. FELLE:  Officer Torres, he tried to get       |
| 09:14:02 | 8  | in today.  He is unavailable.                     |
| 09:14:04 | 9  | MR. SAHASRABUDEHE:  He sent me a short and        |
| 09:14:09 | 10 | curt text message.  He will be plan on being back Monday |
| 09:14:12 | 11 | morning and will plan on being here Monday morning at 9 |
| 09:14:16 | 12 | a.m.                                              |
| 09:14:16 | 13 | THE COURT:  All right.  So, Mr. Lauber, when      |
| 09:14:19 | 14 | will he be here tomorrow?                          |
| 09:14:21 | 15 | MR. SAHASRABUDEHE:  11 a.m.                       |
| 09:14:22 | 16 | THE COURT:  And Ms. Evans is scheduled to be      |
| 09:14:24 | 17 | here.                                             |
| 09:14:25 | 18 | MR. FELLE:  At 9 a.m.                             |
| 09:14:26 | 19 | THE COURT:  Okay.  You think Ms. Evans is         |
| 09:14:30 | 20 | going to take two hours?                           |
| 09:14:31 | 21 | MR. FELLE:  Depends on limitations as we          |
| 09:14:34 | 22 | discussed yesterday, but, I think, I guess I would, if |
| 09:14:38 | 23 | Mr. Lauber can come a little earlier.              |
| 09:14:42 | 24 | THE COURT:  Tell Mr. Lauber, there is a           |
| 09:14:44 | 25 | court order requiring him to be here at 10 o'clock |

|          |    | J. ORTIZ V. M. STAMBACH |
|----------|----|-------------------------|
| 09:14:47 | 2  | tomorrow. |
| 09:14:47 | 3  | MR. SAHASRABUDEHE:  Okay.  I'll tell him. |
| 09:14:49 | 4  | THE COURT:  All right.  Anything else that |
| 09:14:51 | 5  | we need to talk about, Mr. Felle, before we get started |
| 09:14:53 | 6  | today? |
| 09:14:54 | 7  | MR. FELLE:  No, your Honor. |
| 09:14:54 | 8  | THE COURT:  Mr. Russ or Mr. Sahasrabudhe? |
| 09:14:57 | 9  | MR. RUSS:  No.  Thank you, your Honor. |
| 09:14:58 | 10 | We're ready to go. |
| 09:14:59 | 11 | THE COURT:  Okay.  Let's bring our jury in. |
| 09:15:05 | 12 | And, actually, Mr. Ortiz, if you want to come back up on |
| 09:15:07 | 13 | the witness stand before the jury comes back out, you're |
| 09:15:10 | 14 | free to do that. |
| 09:15:21 | 15 | (Whereupon, the witness retakes the witness |
| 09:15:23 | 16 | stand.) |
| 09:15:29 | 17 | What I'll do is I'll remind you you're still |
| 09:15:32 | 18 | under oath once the jury is back out here.  I'm not |
| 09:15:36 | 19 | going to swear you back in. |
| 09:15:40 | 20 | MR. ORTIZ:  Okay. |
| 09:15:41 | 21 | THE COURT:  Thank you. |
| 09:15:43 | 22 | MR. ORTIZ:  You're welcome.  Thank you, your |
| 09:15:43 | 23 | Honor. |
| 09:15:44 | 24 | (Whereupon the jury is escorted into the |
| 09:15:46 | 25 | courtroom.) |

A-2393

223

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | J. ORTIZ - DX BY MR. FELLE                         |
| 09:16:20 | 2  | THE COURT:  Morning, everybody.  You can        |
| 09:16:23 | 3  | have a seat.  I hope you had a good day yesterday.  I |
| 09:16:26 | 4  | apologize we're running late.  We're ready to get   |
| 09:16:29 | 5  | started.  As you can see, Mr. Ortiz is back on the  |
| 09:16:32 | 6  | witness stand and we're going to continue with his  |
| 09:16:35 | 7  | direct testimony that we interrupted in order to have |
| 09:16:37 | 8  | the two others testify for scheduling purposes.     |
| 09:16:41 | 9  | Mr. Ortiz, I'll remind you, you are still       |
| 09:16:44 | 10 | under oath from yesterday.  Do you understand that? |
| 09:16:46 | 11 | THE WITNESS:  Yes, I do.                         |
| 09:16:47 | 12 | THE COURT:  Mr. Felle, whenever you're          |
| 09:16:48 | 13 | ready, you can continue your direct examination.    |
| 09:16:52 | 14 | MR. FELLE:  Thank you, your Honor.               |
| 09:16:57 | 15 | CONTINUING DIRECT EXAMINATION BY MR. FELLE:         |
| 09:16:57 | 16 | Q.  Good morning, Mr. Ortiz.                        |
| 09:17:04 | 17 | A.  Good morning.                                   |
| 09:17:05 | 18 | Q.  I believe that when we stopped yesterday, we were |
| 09:17:28 | 19 | talking about the time you were sentenced.          |
| 09:17:30 | 20 | A.  Yes.                                            |
| 09:17:30 | 21 | Q.  And at the time you were sentenced, you tried to |
| 09:17:33 | 22 | withdraw your plea; is that correct?                |
| 09:17:34 | 23 | A.  Yes.                                            |
| 09:17:35 | 24 | Q.  And the judge denied that request?             |
| 09:17:38 | 25 | A.  Yes, he did.                                    |

A-2394

|  | 1 | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|

1      J. ORTIZ - DX BY MR. FELLE

09:17:38 2   Q. Do you recall what the sentence was?

09:17:40 3   A. It was 25 years.

09:17:41 4   Q. And do you recall what the day of that sentencing

09:17:47 5 was?

09:17:47 6   A. I don't remember exactly the date, but it was in

09:17:50 7 the summer of 2006.

09:18:00 8     MR. FELLE: Your Honor, at this time, I

09:18:02 9 would like to move into evidence exhibit 22, the

09:18:07 10 Certificate of Imprisonment. I discussed it with

09:18:12 11 counsel, I believe there is no objection.

09:18:14 12     THE COURT: Any objection?

09:18:14 13     MR. RUSS: No objection, your Honor.

09:18:15 14     THE COURT: Okay. With no objection, 22

09:18:20 15 will come into evidence.

09:18:20 16     **(Whereupon, Exhibit 22 was received into**

09:18:20 17 **evidence.)**

09:18:22 18     MR. FELLE: Can you see it on your screens?

09:18:26 19 Okay, great.

09:18:27 20   Q. And, Mr. Ortiz, does that document refresh your

09:18:32 21 memory that that sentencing was on 16th of 2006? Do you

09:18:40 22 see that on the top?

09:18:40 23   A. Yes.

09:18:41 24   Q. And that is consistent with what you just said,

09:18:45 25 right? Let me just get this right. Okay. And it

A-2395

225

|  | 1 | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:18:53 | 2 | refers to your guilty plea of March 22nd of '06, right? |
| 09:18:57 | 3 | A.  Yes. |
| 09:18:58 | 4 | Q.  So roughly two months, three months had past and |
| 09:19:02 | 5 | that is the time frame you told us about earlier where |
| 09:19:05 | 6 | you had discussions with your lawyer and attempted to |
| 09:19:07 | 7 | withdraw your plea, correct? |
| 09:19:08 | 8 | A.  That's correct. |
| 09:19:09 | 9 | Q.  And then when we look at exhibit 22.  Consistent |
| 09:19:13 | 10 | with what you said, your plea was to two counts of |
| 09:19:17 | 11 | manslaughter, correct? |
| 09:19:18 | 12 | A.  Yes. |
| 09:19:19 | 13 | Q.  And with that, the judge sentenced you to 25 |
| 09:19:22 | 14 | years, a determinate sentence, correct? |
| 09:19:24 | 15 | A.  Yes. |
| 09:19:24 | 16 | Q.  To be followed by five years of post-release |
| 09:19:28 | 17 | supervision? |
| 09:19:28 | 18 | A.  Yes. |
| 09:19:30 | 19 | Q.  And then other mandatory charges, which we see |
| 09:19:33 | 20 | there, correct? |
| 09:19:34 | 21 | A.  Yes. |
| 09:19:34 | 22 | Q.  And from that day forward, you were in custody of |
| 09:19:40 | 23 | the state prison system, correct? |
| 09:19:44 | 24 | A.  I believe the county, the county in Buffalo, Erie |
| 09:19:48 | 25 | County, yes. |

A-2396

226

|   |   |   |
|---|---|---|
| | 1 | J. ORTIZ - DX BY MR. FELLE |
| 09:19:48 | 2 | Q.  So, you may have went back to the Erie County |
| 09:19:53 | 3 | Holding Center, but then you were transferred to a |
| 09:19:55 | 4 | prison, correct? |
| 09:19:56 | 5 | A.  Yes, like a month after my sentencing, yes. |
| 09:19:59 | 6 | Q.  Okay.  And, you know, unfortunately, I'm going to |
| 09:20:07 | 7 | have to walk you through those days for the sake of the |
| 09:20:10 | 8 | jury.  But tell us, where was the first place that you |
| 09:20:18 | 9 | were sent? |
| 09:20:18 | 10 | A.  It was Elmira, Elmira Correctional Facility. |
| 09:20:25 | 11 | Q.  And for approximately how long were you at |
| 09:20:27 | 12 | Elmira, do you recall? |
| 09:20:28 | 13 | A.  They got me in reception over there, so pretty |
| 09:20:32 | 14 | much, probably like a month. |
| 09:20:36 | 15 | Q.  And what was that experience like being |
| 09:20:39 | 16 | introduced now from coming from the holding center to a |
| 09:20:42 | 17 | prison? |
| 09:20:44 | 18 | A.  Yeah, it was very different in all aspects. |
| 09:20:51 | 19 | Well, as soon as you get there, you know, they put you |
| 09:20:55 | 20 | in a room and have to be humiliated, be strip searched, |
| 09:21:00 | 21 | completely naked, showing your parts to the officer. |
| 09:21:02 | 22 | And after that, you got to turn around and spread your |
| 09:21:05 | 23 | legs showing your behind and everything.  It's very |
| 09:21:10 | 24 | humiliating. |
| 09:21:11 | 25 | Q.  And you have to go through that? |

A-2397

1    J. ORTIZ - DX BY MR. FELLE

09:21:14    2    A.    Yes.

09:21:14    3    Q.    After that approximate month, where do you recall

09:21:25    4    being sent next?

09:21:25    5    A.    I want to Attica Correctional Facility.

09:21:28    6    Q.    And when you got to Attica, did you have to go

09:21:31    7    through that process again?

09:21:32    8    A.    Yes, I did.  They do the same thing.

09:21:35    9    Q.    And how long were you in Attica?

09:21:39    10    A.    From, I believe it was from 2006 and all the way

09:21:44    11    to 2010.

09:21:47    12    Q.    So, approximately four years you were in Attica?

09:21:51    13    A.    Yes.

09:21:51    14    Q.    And Attica is a maximum correction facility,

09:21:55    15    correct?

09:21:55    16    A.    Yes, it is.

09:21:56    17    Q.    And were there some hardened criminals in there?

09:22:00    18    A.    Yes, they are.

09:22:01    19    Q.    And tell us a little bit about life at Attica,

09:22:07    20    and, I, again, apologize I have to bring you through

09:22:10    21    this.  What was life like living in a prison system, a

09:22:13    22    maximum facility like Attica?

09:22:15    23    A.    Well, when I arrived at Attica, you know, Attica

09:22:18    24    is a tough prison, especially the guards, you know, the

09:22:21    25    guards always like in defense and looking for the least

A-2398

|   |   |
|---|---|
| 1 | J. ORTIZ - DX BY MR. FELLE |
| 09:22:26  2 | motive to harm you or hurt you or whatever the case may |
| 09:22:29  3 | be.  But, like I said, you know, over there in Attica, |
| 09:22:33  4 | pretty much those four years I was in Attica, I passed |
| 09:22:37  5 | through a lot of stuff when I was in Attica, in Attica |
| 09:22:41  6 | Correctional Facility.  I don't know if you want me to |
| 09:22:42  7 | explain myself right now. |
| 09:22:43  8 | Q.  I know you were asked about this in your |
| 09:22:46  9 | deposition and so I want to bring you back and ask you |
| 09:22:48 10 | some questions.  Were you ever attacked by any other |
| 09:22:51 11 | inmates at Attica? |
| 09:22:52 12 | A.  Yes, I was. |
| 09:22:53 13 | Q.  And I apologize I have to ask you these |
| 09:22:56 14 | questions, but can you tell us approximately when and |
| 09:22:59 15 | can you describe what happened? |
| 09:23:00 16 | A.  Well, back in 2008, and I would like to say like |
| 09:23:08 17 | around it was wintertime, November, December of 2008, me |
| 09:23:12 18 | and an inmate, not to sound racist or anything, but a |
| 09:23:17 19 | black dude, and I'm Puerto Rican, and for some kind of |
| 09:23:21 20 | reason, we just got a mutual understanding so when we |
| 09:23:26 21 | came out to eat, I was waiting for the officers to open |
| 09:23:30 22 | the door and came from behind and hit me on the side of |
| 09:23:34 23 | my cheek over here (indicating).  And after that, he |
| 09:23:37 24 | took a knife, and I grabbed him and we both went down to |
| 09:23:41 25 | the floor, and the officers came over here and separate |

A-2399

229

|         |    | J. ORTIZ - DX BY MR. FELLE |
|---------|----|----------------------------|
| 09:23:44 | 2  | us. |
| 09:23:45 | 3  | Q.  And I think you said something quickly, you said |
| 09:23:47 | 4  | he had a knife.  Outside of punching you on this side, |
| 09:23:52 | 5  | did he try and hurt you with a knife? |
| 09:23:54 | 6  | A.  Yes, he did. |
| 09:23:54 | 7  | Q.  And did he? |
| 09:23:55 | 8  | A.  Well, right here, like a little superficial.  I |
| 09:23:59 | 9  | don't know if you can see it.  He tried and cut me.  I |
| 09:24:02 | 10 | moved.  Thank God I moved on time, otherwise he would |
| 09:24:06 | 11 | have hurt me a lot. |
| 09:24:07 | 12 | Q.  You're rubbing your face where the wounds were. |
| 09:24:11 | 13 | Do you continue to have scars from those? |
| 09:24:13 | 14 | A.  Yes. |
| 09:24:14 | 15 | Q.  What happened as a result of that attack? |
| 09:24:17 | 16 | A.  Well, after that, I went to the medical unit.  I |
| 09:24:22 | 17 | was all bloody and stuff.  And, you know, the officers |
| 09:24:26 | 18 | was threatened me that if I like to fight, I didn't even |
| 09:24:29 | 19 | fight, they just pretty much assault me.  I didn't have |
| 09:24:32 | 20 | nothing to do with it.  I pretty much went to the |
| 09:24:35 | 21 | medical.  And after that, I spent a day or two in the |
| 09:24:38 | 22 | medical, and they bring me back to the cell and after |
| 09:24:41 | 23 | that I went to a hearing and they give me 15 days keep |
| 09:24:45 | 24 | lock. |
| 09:24:50 | 25 | Q.  You had 15 days of discipline? |

A-2400

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  | J. ORTIZ - DX BY MR. FELLE                         |
| 09:24:52 | 2  | A.  Yes.                                           |
| 09:24:53 | 3  | Q.  Even though the attacker was the aggressor on  |
| 09:24:56 | 4  | you?                                               |
| 09:24:56 | 5  | A.  Yes.                                           |
| 09:24:57 | 6  | Q.  And what does that mean?  We see movies and    |
| 09:24:59 | 7  | things, what does that mean to be locked up for 15 days |
| 09:25:03 | 8  | in discipline?                                     |
| 09:25:04 | 9  | A.  Pretty much you're only coming out for a shower. |
| 09:25:08 | 10 | You're pretty much 24 hours in your cell.  It's very |
| 09:25:11 | 11 | isolated.                                          |
| 09:25:15 | 12 | Q.  And you talked about the guards.  You know,    |
| 09:25:19 | 13 | obviously the guards are trying to run a prison.  Can |
| 09:25:22 | 14 | they be pretty tough with you as a prisoner?       |
| 09:25:26 | 15 | A.  Yes.                                           |
| 09:25:26 | 16 | Q.  And did you have any situations where you were |
| 09:25:30 | 17 | assaulted by any officers or correction guards?    |
| 09:25:33 | 18 | A.  Yes.                                           |
| 09:25:33 | 19 | Q.  Throughout the time that you were at Attica, were |
| 09:25:43 | 20 | there other times that you were disciplined, put in |
| 09:25:47 | 21 | solitary or some other way disciplined?            |
| 09:25:49 | 22 | A.  No.                                            |
| 09:25:49 | 23 | Q.  When you were in Attica, did you --            |
| 09:25:52 | 24 | A.  Well, excuse me, Mr. Wayne.  Let me rephrase   |
| 09:25:55 | 25 | that.  After I got that incident with the officers, they |

A-2401

231

                    J. ORTIZ - DX BY MR. FELLE

09:25:58   2   sent me to the SHU for six months after I had that

09:26:02   3   problem with the officers.

09:26:03   4       Q.   And can you explain what that unit is?  What does

09:26:08   5   that mean?

09:26:08   6       A.   SHU unit is a confined unit, like people --

09:26:14   7   people need to be disciplined, they put you in, it's

09:26:17   8   like different cells, but you're pretty much locked up

09:26:21   9   in your cell, you only come out for a shower, too.

09:26:24  10       Q.   And so, if I understand discipline in a prison

09:26:28  11   system, you already have limited liberties, but you have

09:26:32  12   less liberties when you're in discipline, correct?

09:26:35  13       A.   That's correct.

09:26:36  14       Q.   And did you tell us that was -- for six months?

09:26:39  15       A.   Yes.

09:26:43  16       Q.   During the time that you were at Attica,

09:26:46  17   approximate four years, did you try and take classes to

09:26:49  18   learn English?

09:26:50  19       A.   Yes, I did.  I went to school.

09:26:53  20       Q.   And how did that work out?

09:26:55  21       A.   Well, I was doing pretty well.  I learned

09:26:59  22   English.  I learned how to read and write English in

09:27:03  23   prison.  And I was in the pre-GED class, but, you know,

09:27:06  24   I got released.  I never got a chance to get my GED.  I

09:27:10  25   was real close to getting my GED.

A-2402

232

1          J. ORTIZ - DX BY MR. FELLE

09:27:19  2      Q.   Were you able to get treatment in jail for your

09:27:21  3  mental health issues?

09:27:22  4      A.   Yes.

09:27:23  5      Q.   And did they keep you on the medications?

09:27:26  6      A.   Yes.

09:27:26  7      Q.   Notwithstanding and given your mental health

09:27:34  8  issues that led you to prison, did you find it difficult

09:27:37  9  living in a cell?

09:27:38  10      A.   Yes.

09:27:39  11      Q.   And in those time periods when you were

09:27:42  12  disciplined and had less liberties, did you find that

09:27:46  13  difficult given your mental health disabilities?

09:27:49  14      A.   Yes.

09:27:52  15      Q.   Now, after Attica, can you tell us where were you

09:27:56  16  transferred then?

09:27:57  17      A.   I was transferred to Auburn Correctional

09:28:01  18  Facility.

09:28:01  19      Q.   And do you recall, approximately, how long you

09:28:03  20  were at Auburn?

09:28:04  21      A.   Like around two years.

09:28:07  22      Q.   And when you were transferred from Attica to

09:28:11  23  Auburn, did you have to go through all of the same

09:28:14  24  initial processes, being naked and being stripped

09:28:17  25  searched?

A-2403

J. ORTIZ - DX BY MR. FELLE

09:28:18  2    A.   Yes.

09:28:18  3    Q.   And did you then go into an atmosphere with other

09:28:22  4    violent, I mean, violent prisoners that were there?

09:28:25  5    A.   Yes.

09:28:25  6    Q.   And when I say "other," just like Attica, now

09:28:28  7    you're in a different atmosphere at Auburn, but also

09:28:32  8    with violent criminals, correct?

09:28:33  9    A.   Yes.

09:28:38  10   Q.   And during the time that you were in Auburn, did

09:28:42  11   you feel threatened?

09:28:44  12   A.   In Auburn, you feel a lot of tension, especially

09:28:48  13   like when you go to the yard, like recreation, they call

09:28:51  14   it "the yard," but they give you two hours to go outside

09:28:54  15   to the yard.  So, you know, you see a lot of tension

09:28:57  16   between them and you got a lot of murders and rapists

09:29:03  17   and all kind of people in prison, so you always see the

09:29:06  18   tension, plus the officers always, you know, in the

09:29:09  19   offensive line against the inmates, so they looking for

09:29:13  20   the least things to try and beat you up.

09:29:18  21   Q.   So you kind of watching your back?

09:29:19  22   A.   Pretty much, yeah, all of the time, convicts and

09:29:25  23   officers.

09:29:25  24   Q.   And that is life when you were in prison?

09:29:27  25   A.   Yep.

A-2404

234

| | | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:29:29 | 2 | Q.  Now, after, you know, before I move off from |
| 09:29:33 | 3 | Auburn, while you were in Auburn from 2010 to 2012, is |
| 09:29:42 | 4 | that wrong? |
| 09:29:42 | 5 | A.  Yes, 2010 to 2012, that is when I was in Auburn, |
| 09:29:46 | 6 | yes. |
| 09:29:46 | 7 | Q.  When you were in Auburn, was there a point in |
| 09:29:49 | 8 | time that an Officer Mary Evans and a state investigator |
| 09:29:55 | 9 | Geraldo Rondon came in to visit you? |
| 09:29:57 | 10 | A.  Yes, they did. |
| 09:29:58 | 11 | Q.  And had they told you at that time that the FBI |
| 09:30:00 | 12 | and the U.S. Attorney's General Office was developing |
| 09:30:03 | 13 | information -- |
| 09:30:03 | 14 | MR. RUSS:  Your Honor, I object. |
| 09:30:05 | 15 | Q.  -- that pointed to you being innocent? |
| 09:30:07 | 16 | THE COURT:  Go ahead, Mr. Russ. |
| 09:30:09 | 17 | MR. RUSS:  I object to what those two |
| 09:30:11 | 18 | officers told him. |
| 09:30:12 | 19 | THE COURT:  You tell me, Mr. Felle, why this |
| 09:30:14 | 20 | would not be hearsay? |
| 09:30:16 | 21 | MR. FELLE:  It was to him and it goes to his |
| 09:30:20 | 22 | understanding. |
| 09:30:20 | 23 | THE COURT:  You're not offering it for the |
| 09:30:22 | 24 | truth? |
| 09:30:22 | 25 | MR. FELLE:  No. |

A-2405

235

| | | |
|---|---|---|
| | 1 | J. ORTIZ - DX BY MR. FELLE |
| 09:30:23 | 2 | THE COURT:  On those grounds, I'm going to |
| 09:30:25 | 3 | overrule the objection.  But, ladies and gentlemen, |
| 09:30:27 | 4 | understand that the statements of these third parties |
| 09:30:29 | 5 | are not coming in for the truth of what they stated, but |
| 09:30:34 | 6 | rather it goes to Mr. Ortiz's state of mind. |
| 09:30:38 | 7 | Go ahead, Mr. Felle. |
| 09:30:39 | 8 | Q.  Do you recall that, Mr. Ortiz? |
| 09:30:40 | 9 | A.  Can you -- |
| 09:30:42 | 10 | THE COURT:  I don't think you finished the |
| 09:30:44 | 11 | question.  Can you rephrase the question again? |
| 09:30:46 | 12 | Q.  Sure.  While you were an inmate at Auburn |
| 09:30:50 | 13 | Correctional Facility between 2010 and 2012, serving |
| 09:30:54 | 14 | your 25-year sentence term, was there a point in time |
| 09:30:59 | 15 | when you were visited by a various officers to ask you |
| 09:31:02 | 16 | questions about what had happened pertaining to your |
| 09:31:06 | 17 | arrest? |
| 09:31:07 | 18 | A.  Yes. |
| 09:31:07 | 19 | Q.  And did they tell you that -- and I want to |
| 09:31:10 | 20 | understand what you were thinking.  Now, you're toward |
| 09:31:15 | 21 | the front end of doing 25 years in jail and you get |
| 09:31:20 | 22 | visited by investigators and officers and they tell you |
| 09:31:23 | 23 | that their investigation is looking at other people that |
| 09:31:25 | 24 | they believe are guilty of those crimes.  Do you recall |
| 09:31:28 | 25 | that? |

A-2406

236

|  | 1 | J. ORTIZ - DX BY MR. FELLE |
|--|---|---|
| 09:31:28 | 2 | A. Well, in the beginning, they just came over here |
| 09:31:30 | 3 | and asked me some questions, you know, tried to ask me |
| 09:31:34 | 4 | some questions about what happened back in 2004 and they |
| 09:31:37 | 5 | said they were investigating it or whatever. But I tell |
| 09:31:40 | 6 | them, I pretty much tell them, Ms. Mary Evans and |
| 09:31:45 | 7 | Investigator Brandon, that I pretty much have nothing to |
| 09:31:48 | 8 | say. That is what I told them when they went to see me |
| 09:31:52 | 9 | in Auburn. |
| 09:31:52 | 10 | Q. And after that, you may have met with Joseph |
| 09:31:55 | 11 | Tripi, who is a U.S. Attorney General who brought you |
| 09:31:58 | 12 | downtown Buffalo. Do you recall that? |
| 09:32:00 | 13 | A. Yes. |
| 09:32:00 | 14 | Q. And because of those proceedings, did you |
| 09:32:03 | 15 | ultimately get moved back to Attica to be, I guess, |
| 09:32:07 | 16 | closer to this area? |
| 09:32:08 | 17 | A. I believe so, yeah, because I went back in 2012 |
| 09:32:11 | 18 | to Attica, yes. |
| 09:32:12 | 19 | Q. And I believe it was Attica, you were there from |
| 09:32:16 | 20 | 2012 until your release on December 9th of 2014, |
| 09:32:20 | 21 | correct? |
| 09:32:21 | 22 | A. That is correct. |
| 09:32:24 | 23 | Q. And going forward now, again, another transition |
| 09:32:28 | 24 | coming back to Attica, did you have to go through the |
| 09:32:30 | 25 | whole process again? |

A-2407

237

|   |   |
|---|---|
| | J. ORTIZ - DX BY MR. FELLE |
| 09:32:31 2 | A.  Yes. |
| 09:32:32 3 | Q.  I apologize to be so redundant, but, that is not |
| 09:32:38 4 | an easy thing to go through, and any time you did, I |
| 09:32:41 5 | want to make sure the jury understands that.  When you |
| 09:32:44 6 | were in Attica, do you recall in 2012 that legal |
| 09:32:48 7 | proceedings were initiated in Erie County to proclaim |
| 09:32:54 8 | that you were innocent? |
| 09:32:55 9 | A.  Yes. |
| 09:32:56 10 | Q.  Did you participate in those proceedings?  Were |
| 09:33:01 11 | you brought in at times to be there in the courtroom for |
| 09:33:04 12 | those proceedings? |
| 09:33:05 13 | A.  Yes. |
| 09:33:05 14 | Q.  And what was your understanding of those |
| 09:33:07 15 | proceedings? |
| 09:33:11 16 | A.  Well, in the beginning when they came to see me, |
| 09:33:15 17 | like I say, I pretty much didn't talk.  I didn't talk a |
| 09:33:19 18 | lot with Detective Evans, so Mr. Brandon, I don't know |
| 09:33:24 19 | that is his name, Rondon, the officer, and, yeah, pretty |
| 09:33:30 20 | much after, I see Mr. Joseph Tripi, they tell me that. |
| 09:33:35 21 | MR. RUSS:  Your Honor, I object as to what |
| 09:33:36 22 | they told him.  This is now post conviction and |
| 09:33:42 23 | sentencing and hearsay. |
| 09:33:46 24 | THE COURT:  Well, what is the reason that |
| 09:33:49 25 | you're offering this?  I'm not sure, I mean the question |

A-2408

238

1    J. ORTIZ - DX BY MR. FELLE

09:33:54    2    was, and what was your understanding of those

09:34:01    3    proceedings?  We're talking about the state court

09:34:04    4    proceedings.  I don't think it's helpful, don't talk

09:34:07    5    about what somebody else told you.  The question is what

09:34:10    6    did you understand the purpose of the state court

09:34:12    7    proceedings to be.

09:34:14    8        A.  Yes, I did understand.

09:34:16    9        Q.  And what did you understand them to be, was that

09:34:20    10    a proceeding where there was proof being demonstrated

09:34:22    11    that you were innocent of the crimes?

09:34:24    12        A.  Yes.

09:34:25    13        Q.  And were witnesses called in that proceeding?

09:34:28    14        A.  Yes.

09:34:29    15        Q.  And was that before Judge Franczyk?

09:34:37    16        A.  Yes.

09:34:38    17        Q.  And based on -- let me back up.  At the same

09:34:47    18    time, were you continuing to be in contact with Mary

09:34:50    19    Evans, a detective from the cold case squad in Buffalo?

09:34:53    20        A.  They went to see me a couple of times, yes.

09:34:56    21        Q.  And Officer Rondon came to see you again with

09:34:59    22    her?

09:34:59    23        A.  Yes.

09:34:59    24        Q.  And those meetings with them, whenever they

09:35:02    25    occurred, were they face to face?

A-2409

1          J. ORTIZ - DX BY MR. FELLE

09:35:04   2      A.   Yes.

09:35:05   3      Q.   And when you met with Mr. Tripi, were those

09:35:08   4   meetings face to face?

09:35:09   5      A.   Yes.

09:35:09   6      Q.   And at some point, was it your understanding,

09:35:14   7   based on all of those conversations, and I don't want to

09:35:16   8   talk about what anyone told you, but was it your

09:35:20   9   understanding that they had evidence that showed you

09:35:22  10   were completely innocent of those crimes?

09:35:24  11      A.   Yes.

09:35:24  12      Q.   And as a result of that, and then the legal

09:35:27  13   proceedings in Erie County, was it deemed by a judge

09:35:31  14   throughout all that evidence presented by the FBI and

09:35:34  15   U.S. Attorney General's Office and other agencies,

09:35:38  16   including Ms. Mary Evans of the cold case squad, Mr.

09:35:42  17   Rondon, that you were, in fact, completely innocent of

09:35:47  18   those crimes?

09:35:48  19      A.   Yes.

09:35:48  20      Q.   And that is what you had been telling people way

09:35:51  21   back in 2004, correct?

09:35:52  22      A.   Yes.

09:35:53  23      Q.   And that is what you told Dr. Coggins, correct?

09:35:55  24      A.   Yes.

09:35:55  25      Q.   And that is what you told your attorneys,

A-2410

240

|   |   | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:35:58 | 2 | correct? |
| 09:35:58 | 3 | A.  Yes. |
| 09:35:58 | 4 | Q.  And finally the system recognized that you were |
| 09:36:06 | 5 | completely innocent, correct? |
| 09:36:07 | 6 | A.  Yes. |
| 09:36:10 | 7 | Q.  Now, I moved past some things that I think are |
| 09:36:14 | 8 | important.  During the time that you were in jail, were |
| 09:36:17 | 9 | you able to stay in contact with your family? |
| 09:36:19 | 10 | A.  Not really, no. |
| 09:36:20 | 11 | Q.  And explain to me how that impacted you? |
| 09:36:25 | 12 | A.  Well, when I was in the county jail, I remember |
| 09:36:30 | 13 | that, in the beginning, I used to talk to my family and |
| 09:36:33 | 14 | stuff.  But most of my family, they live in Puerto Rico; |
| 09:36:38 | 15 | my two brothers and father before he pass away.  And, |
| 09:36:41 | 16 | yeah, my family, the family from Puerto Rico, they used |
| 09:36:47 | 17 | to write me and stuff.  I wasn't getting a lot of |
| 09:36:51 | 18 | visits, and the family support that I was really hoping |
| 09:36:54 | 19 | to get. |
| 09:36:54 | 20 | Q.  And during the time that you were in prison, I |
| 09:36:57 | 21 | think you told us in the earlier part of your testimony |
| 09:37:01 | 22 | that in 2010, your uncle, who you came to live with in |
| 09:37:05 | 23 | Buffalo, he passed away, correct? |
| 09:37:07 | 24 | A.  Yes, he did. |
| 09:37:08 | 25 | Q.  And I'm sure that made you sad, correct? |

1          J. ORTIZ - DX BY MR. FELLE

09:37:14    2      A.  Yes.

09:37:16    3      Q.  And, in addition to him passing, of course, and

09:37:22    4   just being sad that he passed, were you upset that you

09:37:25    5   didn't have the chance to explain to him that you were

09:37:28    6   an innocent man?

09:37:29    7      A.  Yeah, not sad, but I would like to have the

09:37:36    8   opportunity to talk to him where he can see me after,

09:37:39    9   you know, after I got released from prison.

09:37:44   10      Q.  And in your deposition, we also talked, while you

09:37:47   11   were in prison, did your grandmother pass away?

09:37:53   12      A.  Yes, she did.

09:37:54   13      Q.  And was your grandmother very important to you as

09:37:57   14   a young man growing up?

09:37:58   15      A.  Yes.

09:37:58   16      Q.  And explain to me and the jury your relationship

09:38:01   17   with your grandmother growing up?

09:38:04   18      A.  My grandma, we were very close to her as kids.

09:38:10   19   She was like a second mom to us.  And when I learned

09:38:13   20   about her, that she pass away in 2010, but I learned

09:38:21   21   that she pass away, she pass away in 2010, but I learned

09:38:25   22   that she pass away in 2012 when my cousin went to see me

09:38:30   23   at Attica, I didn't know.

09:38:33   24      Q.  And when he told you, why did he tell you that

09:38:37   25   the family hadn't told you?

|   |   |   |
|---|---|---|
|          | 1  | J. ORTIZ - DX BY MR. FELLE |
| 09:38:39 | 2  | A. Well, I talked to my cousin, and after I went to |
| 09:38:44 | 3  | my cell with his visit, I write a letter to my family in |
| 09:38:48 | 4  | Puerto Rico, and I pretty much asked them why. You |
| 09:38:51 | 5  | know, why they didn't let me know grandma passed away. |
| 09:38:55 | 6  | And pretty much they told me they didn't tell me |
| 09:38:58 | 7  | nothing, they didn't want to worry me. They know I was |
| 09:39:04 | 8  | in prison for a long time and they didn't want me to |
| 09:39:08 | 9  | worry. That is what my brothers told me. |
| 09:39:11 | 10 | Q. Did it make you feel sad knowing that, that your |
| 09:39:20 | 11 | grandmother thinking you was a bad person? |
| 09:39:23 | 12 | A. Yes. |
| 09:39:24 | 13 | Q. And we talked about the release date. What date |
| 09:39:26 | 14 | were you released from jail? |
| 09:39:28 | 15 | A. December 9, 2014, I think. |
| 09:39:31 | 16 | Q. And so when we look at the certificate of |
| 09:39:35 | 17 | conviction imprisonment, you know that you were |
| 09:39:37 | 18 | incarcerated by Mr. Stambach on the early morning hours |
| 09:39:43 | 19 | of November 17th of 2004. So, in total, you served 10 |
| 09:39:49 | 20 | years and 22 days in prison, is that correct? |
| 09:39:51 | 21 | A. Yeah, that's correct. |
| 09:40:01 | 22 | Q. You okay to continue? |
| 09:40:12 | 23 | MR. FELLE: Would you like to take a short |
| 09:40:14 | 24 | break or can you continue, Mr. Ortiz? |
| 09:40:32 | 25 | THE COURT: Mr. Ortiz, do you need a break? |

A-2413

243

| | | |
|---|---|---|
| | 1 | J. ORTIZ - DX BY MR. FELLE |
| 09:40:35 | 2 | THE WITNESS: Yes, please. |
| 09:40:37 | 3 | THE COURT: Ladies and gentlemen, why don't |
| 09:40:37 | 4 | we take a short break, and I remind you, do not talk |
| 09:40:40 | 5 | about the case among yourselves or with anyone else and |
| 09:40:43 | 6 | we'll see you back here shortly. |
| 09:40:50 | 7 | (Whereupon, the jury is escorted from the |
| 09:40:52 | 8 | courtroom.) |
| 09:41:10 | 9 | MR. FELLE: Mr. Ortiz, you want to stand up |
| 09:41:12 | 10 | and take a break? Are you okay to collect yourself? |
| 09:41:14 | 11 | THE COURT: We'll plan on, let's resume at |
| 09:41:17 | 12 | ten of, if we can. |
| 09:41:20 | 13 | MR. FELLE: Thank you, Judge. |
| 09:41:22 | 14 | THE COURT: Thank you. |
| 09:41:22 | 15 | (Whereupon there was a break in the |
| 09:50:53 | 16 | proceeding.) |
| 09:50:53 | 17 | THE COURT: Thank you. You doing okay, Mr. |
| 09:50:54 | 18 | Ortiz? You ready to continue? |
| 09:50:58 | 19 | THE WITNESS: Yes. |
| 09:50:58 | 20 | THE COURT: Okay. Let's bring our jury back |
| 09:51:00 | 21 | out. |
| 09:51:04 | 22 | (Whereupon, the jury is escorted into the |
| 09:51:06 | 23 | courtroom.) |
| 09:52:09 | 24 | THE COURT: Welcome back, everybody. Thank |
| 09:52:11 | 25 | you for your patience. Everybody can have a seat. |

A-2414

244

| | 1 | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:52:13 | 2 | And, Mr. Felle, when you're ready, you can |
| 09:52:16 | 3 | continue with your direct examination. |
| 09:52:17 | 4 | MR. FELLE: Thank you, your Honor. |
| 09:52:19 | 5 | Mr. Ortiz, you okay to proceed? |
| 09:52:22 | 6 | THE WITNESS: Yes. |
| 09:52:23 | 7 | CONTINUING DIRECT EXAMINATION BY MR. FELLE: |
| 09:52:23 | 8 | Q. I apologize for bringing you down that road. We |
| 09:52:27 | 9 | were about to talk about, after your release on December |
| 09:52:30 | 10 | 9, 2014, when you were released, where did you go to |
| 09:52:34 | 11 | live? |
| 09:52:34 | 12 | A. Went to live with my cousin Reynaldo Valez. |
| 09:52:40 | 13 | Q. And did he still reside on the west side of |
| 09:52:42 | 14 | Buffalo? |
| 09:52:42 | 15 | A. No, he used to live on the east side. |
| 09:52:45 | 16 | Q. Okay. And for about how long did you live with |
| 09:52:47 | 17 | him? |
| 09:52:48 | 18 | A. Probably when I got released, probably like a |
| 09:52:50 | 19 | month. |
| 09:52:54 | 20 | Q. And then you left? |
| 09:52:55 | 21 | A. Yes, I did leave his house. |
| 09:52:58 | 22 | Q. And where did you go from there? |
| 09:52:59 | 23 | A. I went to the Buffalo City Mission. |
| 09:53:02 | 24 | Q. And why did you leave your cousin's house to go |
| 09:53:08 | 25 | to the mission? |

A-2415

245

J. ORTIZ - DX BY MR. FELLE

09:53:09  2    A.  Well, my cousin, he pretty much, when I do get

09:53:12  3  released, he was like drinking alcohol, and, you know,

09:53:16  4  doing a few drugs or whatever, so I don't want to do

09:53:19  5  that and I don't want to be in that life style anymore,

09:53:23  6  so I decided to move to a shelter, because I didn't want

09:53:26  7  to be around all of the negativity stuff.

09:53:30  8    Q.  And, in this case, there was a lot of talk by the

09:53:32  9  defense before you went to jail when you were 23, 22 and

09:53:37  10  23 that you did bring, correct?

09:53:38  11    A.  Yes.

09:53:38  12    Q.  And did you smoke marijuana?

09:53:40  13    A.  When I was young, I used to be, yes.

09:53:42  14    Q.  But there was also some allegations that you did

09:53:45  15  cocaine.  Did you ever do cocaine?

09:53:47  16    A.  No, I don't, no.

09:53:48  17    Q.  And there was allegations that you sold cocaine.

09:53:50  18  Did you ever sell cocaine?

09:53:52  19    A.  No.

09:53:52  20    Q.  And this statement, we're in court, you heard

09:53:57  21  Detective Vaughn and then yesterday you heard Lonergan

09:54:00  22  say that you told them that you were in some kind of

09:54:04  23  drug ring.  Did you ever tell them that?

09:54:06  24    A.  I can't recall.  I don't remember telling them

09:54:10  25  something like that to nobody.

A-2416

|  | 1 | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:54:12 | 2 | Q.   And is that true?  Were you part of some drug |
| 09:54:15 | 3 | ring? |
| 09:54:15 | 4 | A.   No, never. |
| 09:54:17 | 5 | Q.   And you were never then? |
| 09:54:19 | 6 | A.   Never, no. |
| 09:54:20 | 7 | Q.   And so, when you were released from prison, you |
| 09:54:24 | 8 | made a decision that you didn't want to be around your |
| 09:54:27 | 9 | cousin because of his drinking and his drug use? |
| 09:54:29 | 10 | A.   That's correct. |
| 09:54:30 | 11 | Q.   And you would rather go to the City Mission than |
| 09:54:33 | 12 | live in the atmosphere, correct? |
| 09:54:35 | 13 | A.   That's correct. |
| 09:54:35 | 14 | Q.   And for about how long did you live in and out of |
| 09:54:39 | 15 | the City Mission? |
| 09:54:39 | 16 | A.   Like around, like, I say, a month and a half, |
| 09:54:42 | 17 | almost two months. |
| 09:54:43 | 18 | Q.   And so now we're about three months removed from |
| 09:54:51 | 19 | your release.  I'm sure your head was spinning.  You |
| 09:54:54 | 20 | were released from jail after 10 years and 22 days. |
| 09:54:57 | 21 | Were you looking for work? |
| 09:55:00 | 22 | A.   At that time, yes. |
| 09:55:02 | 23 | Q.   Were you finding it difficult to find work? |
| 09:55:04 | 24 | A.   In the beginning it was, yes. |
| 09:55:05 | 25 | Q.   And had you applied to a number of places? |

A-2417

|         |    | J. ORTIZ - DX BY MR. FELLE |
|---------|----|----------------------------|
|         | 1  | J. ORTIZ - DX BY MR. FELLE |
| 09:55:10 | 2  | A.  Yes, I did, yes. |
| 09:55:12 | 3  | Q.  And did anyone tell you you were declined because |
| 09:55:15 | 4  | of a criminal background check that showed your |
| 09:55:17 | 5  | conviction for these murders? |
| 09:55:19 | 6  | A.  One time, yes. |
| 09:55:20 | 7  | Q.  And did you have to go back to court and ask a |
| 09:55:24 | 8  | court to make sure your record was expunged so you could |
| 09:55:27 | 9  | get work? |
| 09:55:27 | 10 | A.  My lawyer -- I'm pretty sure my lawyer did all of |
| 09:55:30 | 11 | that stuff, and, yes, he did, yes. |
| 09:55:32 | 12 | Q.  And so, in those months following your release, |
| 09:55:38 | 13 | you were kind of on your own, weren't you? |
| 09:55:40 | 14 | A.  Yes, pretty much. |
| 09:55:43 | 15 | Q.  So you didn't have a real household, you're |
| 09:55:46 | 16 | living in and out of the mission, and you couldn't find |
| 09:55:50 | 17 | employment because the backgrounds kept knocking you |
| 09:55:54 | 18 | out, correct? |
| 09:55:54 | 19 | A.  That's correct. |
| 09:55:56 | 20 | Q.  From the mission, where did you go to live? |
| 09:55:59 | 21 | A.  From the mission, I went to live to a friend's |
| 09:56:02 | 22 | house. |
| 09:56:03 | 23 | Q.  And for about how long was that? |
| 09:56:05 | 24 | A.  For like, I would say like a month, almost a |
| 09:56:10 | 25 | month and a half, two years before I moved, well before |

A-2418

248

|  | 1 | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:56:14 | 2 | I moved to where I was living before Niagara Falls. |
| 09:56:18 | 3 | Q.  And so, ultimately, after four or five months, |
| 09:56:21 | 4 | you were able to go to Niagara Falls and you were able |
| 09:56:24 | 5 | to get an apartment, correct? |
| 09:56:25 | 6 | A.  That's correct. |
| 09:56:26 | 7 | Q.  And did you get some assistance to be able to do |
| 09:56:28 | 8 | that? |
| 09:56:28 | 9 | A.  I used to get help from the Social Services, yes. |
| 09:56:32 | 10 | Q.  But you continued to look for work, correct? |
| 09:56:34 | 11 | A.  That's correct. |
| 09:56:35 | 12 | Q.  And did you ultimately find a job in Niagara |
| 09:56:38 | 13 | Falls? |
| 09:56:38 | 14 | A.  I did.  I actually find a job towards -- Remedy |
| 09:56:45 | 15 | Staffing, that is like a temporary location, but they |
| 09:56:48 | 16 | located in Cheektauwaga, I believe, and they found me a |
| 09:56:52 | 17 | job in a chocolate factory in Cheektauwaga. |
| 09:56:56 | 18 | Q.  And so even though you were living in the Falls, |
| 09:56:59 | 19 | you had to come to work in Cheektauwaga.  And is it a |
| 09:57:02 | 20 | factory-type setting? |
| 09:57:03 | 21 | A.  Yes, it was kind of hard because it was |
| 09:57:05 | 22 | overnights, the job from 11 to 7, and I used to take |
| 09:57:09 | 23 | three buses, because, at that point, I had no vehicle |
| 09:57:12 | 24 | and I used to take three buses from Niagara Falls all |
| 09:57:15 | 25 | the way to Cheektauwaga.  And when I got released at 7 |

A-2419

249

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | J. ORTIZ - DX BY MR. FELLE                             |
| 09:57:19 | 2  | in the morning, I had to take three more buses to go to |
| 09:57:22 | 3  | my apartment in Niagara Falls.  I was going to bed     |
| 09:57:25 | 4  | probably around 10, 10:30 every morning after work.    |
| 09:57:30 | 5  | Q.  Okay.  And do you recall what that job paid?       |
| 09:57:34 | 6  | A.  It was the minimum wage back then, they didn't     |
| 09:57:37 | 7  | pay that much, probably like 8.75, $9 an hour at that  |
| 09:57:42 | 8  | time.                                                  |
| 09:57:46 | 9  | Q.  And was there a time after working different temp  |
| 09:57:50 | 10 | jobs through the temp services you just described, was |
| 09:57:55 | 11 | there a point in time when you got a job in the Quality |
| 09:57:58 | 12 | Inn in Niagara Falls?                                  |
| 09:57:59 | 13 | A.  Yes, I did.  I started working at the Quality      |
| 09:58:02 | 14 | Inn.                                                   |
| 09:58:02 | 15 | Q.  And was that about 2016?                           |
| 09:58:04 | 16 | A.  Yes, that is when I started.  I believe it was     |
| 09:58:06 | 17 | late March 2016.                                       |
| 09:58:09 | 18 | Q.  And what did they hire you to do there?            |
| 09:58:13 | 19 | A.  Well, at the Quality Inn, it was a houseman and    |
| 09:58:16 | 20 | dishwasher in the restaurant when it was required.     |
| 09:58:20 | 21 | Q.  And do you continue to work at the Quality Inn?    |
| 09:58:23 | 22 | A.  Yes, I am.                                         |
| 09:58:24 | 23 | Q.  And when you were hired at the Quality Inn, what   |
| 09:58:26 | 24 | were you earning?                                      |
| 09:58:27 | 25 | A.  When I got hired, it was the minimum wage, also.   |

A-2420

250

| | | J. ORTIZ - DX BY MR. FELLE |
|---|---|---|
| 09:58:33 | 2 | Q. And I think when you gave your deposition, I |
| 09:58:37 | 3 | think you told us it was 8.75 an hour? |
| 09:58:40 | 4 | A. At that time, yes. |
| 09:58:41 | 5 | Q. And I think you told us you continue to work |
| 09:58:44 | 6 | there. Do you continue to do the same kind of chores or |
| 09:58:48 | 7 | work there? |
| 09:58:48 | 8 | A. Yes. |
| 09:58:48 | 9 | Q. And do you continue to make minimum wage? |
| 09:58:51 | 10 | A. Yes. |
| 09:58:51 | 11 | Q. And is that roughly 10.15, in that range? |
| 09:58:55 | 12 | A. Around that time, I believe so, yes. |
| 09:58:58 | 13 | Q. And, in addition to working at the Quality Inn, |
| 09:59:03 | 14 | do you have any other jobs? |
| 09:59:04 | 15 | A. Yes. Well, right now, I work for a cleaning |
| 09:59:09 | 16 | company. I work from Monday through Friday for a |
| 09:59:12 | 17 | cleaning company. And at the Quality Inn, I work |
| 09:59:15 | 18 | towards the weekends. |
| 09:59:16 | 19 | Q. And what do you do for the other company? |
| 09:59:18 | 20 | A. The cleaning company pretty much is a cleaning |
| 09:59:21 | 21 | company. We just clean, like insurance firms, law |
| 09:59:25 | 22 | firms, Airbnb, like houses, apartments, you know, stuff |
| 09:59:28 | 23 | like that, pretty much cleaning stuff. |
| 09:59:31 | 24 | Q. And is the name of the company Squeaky Clean? |
| 09:59:35 | 25 | A. Yes, that is the name of the company, yes. |

|  |  |
|---|---|
| | 1 | J. ORTIZ - DX BY MR. FELLE |
| 09:59:37 | 2 | Q. And how long have you been working there now? |
| 09:59:39 | 3 | A. I start working for them since late November last |
| 09:59:43 | 4 | year. |
| 09:59:45 | 5 | Q. Since I talked to you about a lot of maybe sad |
| 09:59:48 | 6 | things, let me ask you about something that makes you |
| 09:59:51 | 7 | happy. When you were working at the Quality Inn, did |
| 09:59:54 | 8 | you meet a nice woman? |
| 09:59:55 | 9 | A. Oh, yeah. |
| 09:59:56 | 10 | Q. And what is her name? |
| 09:59:57 | 11 | A. Her name is Laurie. |
| 09:59:59 | 12 | Q. And did you and Laurie get married? |
| 10:00:02 | 13 | A. We did. |
| 10:00:03 | 14 | Q. And congratulations. |
| 10:00:04 | 15 | A. Thank you. |
| 10:00:04 | 16 | Q. When did -- when was that? |
| 10:00:06 | 17 | A. We got married last summer, July 17th last year. |
| 10:00:09 | 18 | Q. Let the record reflect there was no hesitation in |
| 10:00:12 | 19 | the date. Very good. |
| 10:00:13 | 20 | A. Yeah. |
| 10:00:14 | 21 | Q. And you and your wife live together now? |
| 10:00:19 | 22 | A. Yes, we are. |
| 10:00:20 | 23 | Q. And she continues to work at the Quality Inn with |
| 10:00:23 | 24 | you? |
| 10:00:23 | 25 | A. No, actually we working the Squeaky Clean, in the |

A-2422

1          J. ORTIZ - DX BY MR. FELLE

10:00:26   2   other company we work together, yes, for the cleaning

10:00:29   3   company.

10:00:30   4       Q.  Okay.  We've heard a lot about the situation that

10:00:46   5   you were undergoing, the mental health issues you were

10:00:52   6   suffering from in 2004.  Are you continuing to treat for

10:00:54   7   your mental health issues?

10:00:55   8       A.  Yes, I am.

10:00:56   9       Q.  How are you doing?

10:00:57  10       A.  Well, the medication works well, so I think I'm

10:01:03  11   doing well, yes, I'm doing well.

10:01:05  12       Q.  And who do you currently treat with, what doctor?

10:01:10  13       A.  I get treatment at the Niagara Falls in the

10:01:16  14   building, the mental health unit.

10:01:18  15       Q.  And do you see a Dr. Shehata there?

10:01:21  16       A.  Yes, his name is Hany Shehata.  I don't know what

10:01:26  17   that names means, but --

10:01:27  18       Q.  Does he provide you with prescription

10:01:31  19   medications?

10:01:32  20       A.  Yes, he is, yes.

10:01:34  21       Q.  And have you come to realize that since November

10:01:41  22   of 2004, given the psychiatric issues that you suffered

10:01:47  23   then, that you are dependent on medications to help

10:01:50  24   balance your mental health?

10:01:51  25       A.  Yes, I am.

A-2423

253

|       | 1  | J. ORTIZ - DX BY MR. FELLE |
|-------|----|---------------------------|
| 10:01:53 | 2  | Q.  And, you know, you were released, you know, quite |
| 10:01:59 | 3  | some time ago.  This case has taken a long time to get |
| 10:02:03 | 4  | to the jury, seven and a half years.  During that time |
| 10:02:06 | 5  | frame, have you had some difficulty, early on, at least, |
| 10:02:09 | 6  | did you have difficulties with the medications and |
| 10:02:11 | 7  | different effects? |
| 10:02:13 | 8  | A.  Well, I stopped taking my medication at one point |
| 10:02:19 | 9  | and I got a, like, a little, you know, I was not in my |
| 10:02:25 | 10 | fine sense, like you said, because, like I said, I |
| 10:02:28 | 11 | stopped the medication, but that was, I believe, in 2016 |
| 10:02:32 | 12 | or '17, I decided to stop my medication and that was the |
| 10:02:37 | 13 | worst thing I ever did.  You know, I just realized, you |
| 10:02:41 | 14 | know, not just realized, but I realize that not having |
| 10:02:45 | 15 | my medication, I need to take my medication every day, |
| 10:02:49 | 16 | you know, to regulate myself.  So I just had to stop it |
| 10:02:53 | 17 | and I got a little relapse.  I lost my mind or whatever |
| 10:02:56 | 18 | and then they put me in Niagara County, in the mental |
| 10:03:00 | 19 | health unit. |
| 10:03:02 | 20 | Q.  Okay.  And although it's been seven and a half |
| 10:03:08 | 21 | years, but during that seven and a half years, you had |
| 10:03:11 | 22 | one lapse and you told us about that, and you got |
| 10:03:15 | 23 | treated and you're committed to being on your |
| 10:03:18 | 24 | medications now.  Is that correct? |
| 10:03:19 | 25 | A.  That's correct. |

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | J. ORTIZ - DX BY MR. FELLE                               |
| 10:03:24 | 2  | Q.  Mr. Ortiz, have you been diagnosed with              |
| 10:03:27 | 3  | schizophrenia?                                           |
| 10:03:29 | 4  | A.  Yes.                                                 |
| 10:03:30 | 5  | Q.  And have you been diagnosed with a bipolar           |
| 10:03:34 | 6  | disorder?                                                |
| 10:03:34 | 7  | A.  Yes.                                                 |
| 10:03:35 | 8  | Q.  And have you been diagnosed with manic               |
| 10:03:37 | 9  | depression?                                              |
| 10:03:37 | 10 | A.  Yes.                                                 |
| 10:03:38 | 11 | Q.  And these are all conditions that, with or           |
| 10:03:40 | 12 | without medications, affect you, correct?                |
| 10:03:42 | 13 | A.  Yes.                                                 |
| 10:03:43 | 14 | Q.  But medication helps to maybe make the symptoms a    |
| 10:03:47 | 15 | little bit less, correct?                                |
| 10:03:49 | 16 | A.  That's correct, yes.                                 |
| 10:03:50 | 17 | Q.  And, again, I don't want to bring you back to        |
| 10:03:56 | 18 | things, but I guess the idea that a normal healthy       |
| 10:04:01 | 19 | person as an innocent man in jail would be hard enough.  |
| 10:04:07 | 20 | Did you suffer during the time in jail because of your   |
| 10:04:10 | 21 | mental illness?                                          |
| 10:04:11 | 22 | A.  Yes.                                                 |
| 10:04:12 | 23 | Q.  And do you continue to have thoughts, maybe          |
| 10:04:14 | 24 | nightmares, about what happened to you?                  |
| 10:04:16 | 25 | A.  Yes.                                                 |

A-2425

255

|  |  |  |
|--|--|--|
|  | 1 | J. ORTIZ - DX BY MR. FELLE |
| 10:04:21 | 2 | Q.  Now we're finally here.  This is your one day in |
| 10:04:28 | 3 | court, and you're asking this jury to consider all that |
| 10:04:31 | 4 | you've had to go through based on the false arrest of |
| 10:04:35 | 5 | Mr. Stambach.  Is that correct? |
| 10:04:36 | 6 | A.  Yes. |
| 10:04:37 | 7 | Q.  And at the end of this case, I want the jury to |
| 10:04:41 | 8 | hear from you, are you asking this jury to consider what |
| 10:04:44 | 9 | you've gone through?  They can't give you back the 10 |
| 10:04:47 | 10 | years of your life, your freedom, are you asking them to |
| 10:04:51 | 11 | provide you compensation? |
| 10:04:52 | 12 | A.  Yes. |
| 10:04:56 | 13 | Q.  Before I end, we marked into evidence Exhibit 3, |
| 10:05:03 | 14 | and it's in evidence.  I want to show you the photo from |
| 10:05:17 | 15 | the night you were arrested.  A lots happen between new |
| 10:05:21 | 16 | and that day.  Do you remember that man? |
| 10:05:26 | 17 | A.  I look very different. |
| 10:05:29 | 18 | Q.  You feel very different, it's okay, Mr. Ortiz, |
| 10:05:45 | 19 | you don't have to answer that.  I withdraw it.  I have |
| 10:05:48 | 20 | no further questions. |
| 10:05:49 | 21 | THE COURT:  Thank you, Mr. Felle.  I saw Mr. |
| 10:05:51 | 22 | Stambach peeking in the door out there.  Maybe we can |
| 10:05:54 | 23 | let him know that he can come in. |
| 10:05:56 | 24 | MR. SAHASRABUDEHE:  Okay.  I'll go get him. |
| 10:05:59 | 25 | THE COURT:  And whenever you're ready, you |

|  | | J. ORTIZ - CX BY MR. RUSS |
|---|---|---|
| 10:06:02 | 2 | can commence your cross examination. |
| 10:06:04 | 3 | MR. RUSS:  Thank you, your Honor. |
| 10:06:25 | 4 | MR. RUSS:  Too many pieces of paper your |
| 10:06:26 | 5 | Honor. |
| 10:06:26 | 6 | CROSS EXAMINATION BY MR. RUSS: |
| 10:06:36 | 7 | Q.  Good morning, Mr. Ortiz. |
| 10:06:38 | 8 | A.  Good morning. |
| 10:06:39 | 9 | Q.  Even though we've sat 10 feet apart for a couple |
| 10:06:42 | 10 | of days, we've never met, have we? |
| 10:06:45 | 11 | A.  No, we didn't. |
| 10:06:46 | 12 | Q.  And you and I have never had a chance to talk or |
| 10:06:51 | 13 | to get to know each other, correct? |
| 10:06:53 | 14 | A.  No. |
| 10:06:56 | 15 | Q.  Well, this is our opportunity to get to know each |
| 10:06:58 | 16 | other, I guess, and thank you for allowing me to |
| 10:07:02 | 17 | participate in your case.  You've had a hard life? |
| 10:07:08 | 18 | A.  Yes. |
| 10:07:10 | 19 | Q.  And your hard life started when you were a young |
| 10:07:13 | 20 | man in Puerto Rico, right? |
| 10:07:16 | 21 | A.  What do you mean? |
| 10:07:17 | 22 | Q.  Well, you told us a couple of days ago about a |
| 10:07:22 | 23 | hard break up you had with a girlfriend? |
| 10:07:24 | 24 | A.  Yeah, that is correct.  When I was a teen in |
| 10:07:28 | 25 | Puerto Rico, yes. |

A-2427

257

| | |
|---|---|
| 1 | J. ORTIZ - CX BY MR. RUSS |
| 10:07:29  2 | Q.  And you ended up having treatment for depression |
| 10:07:34  3 | and mental health issues at that point, isn't that |
| 10:07:36  4 | correct? |
| 10:07:37  5 | A.  For depression, yes. |
| 10:07:40  6 | Q.  And you also told us about your mother dying? |
| 10:07:45  7 | A.  Yes, she died. |
| 10:07:48  8 | Q.  When you were still young? |
| 10:07:50  9 | A.  She pass away in 2001, I was 18 to 19 years old. |
| 10:07:53  10 | Q.  And did you receive treatment under depression at |
| 10:07:59  11 | that point as well? |
| 10:08:02  12 | A.  Yes, counseling. |
| 10:08:06  13 | Q.  And then you came to Buffalo in May of 2004, |
| 10:08:11  14 | right? |
| 10:08:11  15 | A.  That's correct. |
| 10:08:13  16 | Q.  And, originally, you lived with your uncle, but |
| 10:08:21  17 | then you had your own apartment? |
| 10:08:23  18 | A.  Yes. |
| 10:08:23  19 | Q.  And you started hanging around with some bad |
| 10:08:27  20 | people? |
| 10:08:28  21 | A.  What do you mean hanging around with bad people. |
| 10:08:31  22 | Q.  The Camacho brothers, didn't you hang around with |
| 10:08:35  23 | them? |
| 10:08:35  24 | A.  Not hang out.  I met them in a bar that is how we |
| 10:08:39  25 | met, we met in a bar. |

A-2428

|  | 1 | J. ORTIZ - CX BY MR. RUSS |
|---|---|---|
| 10:08:41 | 2 | Q. Didn't you used to go to their apartment? |
| 10:08:47 | 3 | A. No. |
| 10:08:47 | 4 | Q. After you met them in the bar, weren't you |
| 10:08:51 | 5 | friends with them? |
| 10:08:52 | 6 | A. Not friends, we used to talk and have a couple of |
| 10:08:55 | 7 | beers and play pool, like, what they doing in the bar. |
| 10:08:58 | 8 | Q. And then, I gather that you regret some of the |
| 10:09:06 | 9 | decisions you've made in life, is that right?  Well, for |
| 10:09:12 | 10 | example, you just said that when you stay on your |
| 10:09:15 | 11 | medication, you do well, correct? |
| 10:09:17 | 12 | A. That's correct. |
| 10:09:18 | 13 | Q. And when you go off your medication, you have |
| 10:09:21 | 14 | problems? |
| 10:09:22 | 15 | A. That's correct.  I get a relapse if I don't take |
| 10:09:26 | 16 | my medication. |
| 10:09:27 | 17 | Q. So, do you regret when you go off your medicines? |
| 10:09:34 | 18 | A. Not that I regret it, but it's like I should have |
| 10:09:39 | 19 | taken my medication and I stopped taking my medication. |
| 10:09:44 | 20 | Q. Is it a bad decision to stop taking your |
| 10:09:46 | 21 | medication? |
| 10:09:46 | 22 | A. Not a smart decision to do because I need my |
| 10:09:51 | 23 | medication. |
| 10:09:52 | 24 | Q. And then you decided to plead guilty in 2004; |
| 10:09:59 | 25 | isn't that right? |

**A-2429**

259

|          |    |                                                        |
|----------|----|--------------------------------------------------------|
|          | 1  | J. ORTIZ - CX BY MR. RUSS                              |
| 10:10:01 | 2  | MR. FELLE:  Object, your Honor.                        |
| 10:10:03 | 3  | THE COURT:  Overruled.                                 |
| 10:10:06 | 4  | A.  Not in 2004, that is when I believe -- so that I   |
| 10:10:10 | 5  | was arrested was -- back in 2006.                      |
| 10:10:12 | 6  | Q.  Okay.  I'm sorry, you're right.  I apologize.  In  |
| 10:10:16 | 7  | 2006 you decided to plead guilty?                      |
| 10:10:18 | 8  | A.  Yes, I did with bad advice from my lawyer.         |
| 10:10:25 | 9  | Q.  Was that a bad decision on your part?              |
| 10:10:27 | 10 | A.  Well, I'm assuming because, like I said, every     |
| 10:10:35 | 11 | time I talked to my lawyer, he never got no good news  |
| 10:10:39 | 12 | for me.  And he told me if I was going to go to trial, I |
| 10:10:42 | 13 | was not going to be successful at trial, and it would be |
| 10:10:47 | 14 | a life in prison, so they got me between those two     |
| 10:10:51 | 15 | walls, you know, even that I suppose, I be taking that |
| 10:10:54 | 16 | plea deal.  I eventually did it after.                 |
| 10:10:57 | 17 | Q.  So because of those discussions with your lawyer,  |
| 10:11:00 | 18 | you decided to plead guilty?                           |
| 10:11:01 | 19 | A.  Yes.                                                |
| 10:11:02 | 20 | Q.  And you regret that decision?                      |
| 10:11:04 | 21 | A.  I did after.                                       |
| 10:11:06 | 22 | Q.  Even to today, you regret it, right?               |
| 10:11:09 | 23 | A.  Well, yeah, because I was an innocent man.  I      |
| 10:11:13 | 24 | wasn't going to plead guilty if I have nothing to do   |
| 10:11:16 | 25 | with those murders.                                    |

A-2430

260

| | 1 | J. ORTIZ - CX BY MR. RUSS |
|---|---|---|
| 10:11:31 | 2 | Q.  You, a few minutes ago, denied that you sold |
| 10:11:35 | 3 | cocaine.  Is that correct? |
| 10:11:37 | 4 | A.  Yeah, I never sold no cocaine, no. |
| 10:11:41 | 5 | Q.  Weren't you in a gang with the Camacho brothers? |
| 10:11:46 | 6 | A.  No. |
| 10:11:46 | 7 | Q.  Do you deny that to this jury? |
| 10:11:50 | 8 | A.  Yeah, I was not in a gang with the Camacho |
| 10:11:52 | 9 | brothers. |
| 10:11:53 | 10 | Q.  Why did you tell police officers and others that |
| 10:11:57 | 11 | you were? |
| 10:11:57 | 12 | A.  I don't remember having that conversation with |
| 10:12:00 | 13 | police officers and/or anything like that.  I never |
| 10:12:04 | 14 | said, I've never been a gang member, never. |
| 10:12:13 | 15 | Q.  Did you work for the Caronzos? |
| 10:12:16 | 16 | A.  I don't know even who the Caronzos is. |
| 10:12:21 | 17 | Q.  Did you tell police officers that you worked for |
| 10:12:26 | 18 | the Caronzos? |
| 10:12:26 | 19 | A.  I don't remember.  I don't remember having that |
| 10:12:28 | 20 | conversation.  At that time, I have a breakdown with my |
| 10:12:31 | 21 | mental health so I really don't remember a lot of stuff. |
| 10:12:36 | 22 | Q.  So, if I keep asking you about what happened |
| 10:12:42 | 23 | during November of 2004, are you going to say "I don't |
| 10:12:49 | 24 | remember"? |
| 10:12:49 | 25 | A.  Well, if I don't remember, I can't tell you |

A-2431

261

|  | J. ORTIZ - CX BY MR. RUSS |
|---|---|
| 1 | |
| 10:12:52 2 | something if I don't remember. |
| 10:12:54 3 | Q.  Okay.  So you deny that you sold drugs for the |
| 10:12:58 4 | Camachos? |
| 10:13:00 5 | A.  I never sold drugs for the Camacho brothers. |
| 10:13:02 6 | Q.  You deny you were in a gang? |
| 10:13:04 7 | A.  I never been in a gang. |
| 10:13:05 8 | Q.  Did you live on 142 Jermaine Street? |
| 10:13:08 9 | A.  I believe so, that was my last -- my last place |
| 10:13:13 10 | that I used to live, yes. |
| 10:13:14 11 | Q.  And was that a place where cocaine was stored? |
| 10:13:18 12 | A.  No.  No, there was no cocaine in my house. |
| 10:13:22 13 | Q.  So you deny that? |
| 10:13:24 14 | A.  Yes.  I remember none of that conversations. |
| 10:13:28 15 | Q.  You came to Buffalo from Puerto Rico, and can we |
| 10:13:33 16 | clear this up?  This is something that troubles me a |
| 10:13:35 17 | little bit.  Puerto Rico is part of the United States, |
| 10:13:38 18 | right? |
| 10:13:38 19 | A.  That's correct. |
| 10:13:39 20 | Q.  And so you're not coming to the United States |
| 10:13:41 21 | from Puerto Rico, you're already in the United States, |
| 10:13:44 22 | right? |
| 10:13:45 23 | A.  Well, Puerto Rico is part of this country, even |
| 10:13:49 24 | that the lifestyle is Puerto Rico is different than the |
| 10:13:51 25 | United States, but, yeah, it's part of this country, |

A-2432

262

|        |    |                                                      |
|--------|----|------------------------------------------------------|
|        | 1  | J. ORTIZ - CX BY MR. RUSS                            |
| 10:13:54 | 2  | yeah.                                              |
| 10:13:54 | 3  | Q.  So, in any event, you came from Puerto Rico to |
| 10:13:57 | 4  | Buffalo in May of 2004, correct?                   |
| 10:14:01 | 5  | A.  Yes, that's correct.                           |
| 10:14:03 | 6  | Q.  And you told us that your father had given you a |
| 10:14:11 | 7  | little money before you came, correct?             |
| 10:14:12 | 8  | A.  My father sold the house and they split the money |
| 10:14:16 | 9  | between me and my two brothers.                    |
| 10:14:18 | 10 | Q.  But the whole time that you were in Buffalo     |
| 10:14:21 | 11 | before your arrest that six months or so you did not |
| 10:14:24 | 12 | have a job, did you?                                |
| 10:14:25 | 13 | A.  I tried to find a job, but I was not able to   |
| 10:14:28 | 14 | speak English at that time so they never hired me. |
| 10:14:35 | 15 | Q.  So that would be, "I didn't have a job"?        |
| 10:14:37 | 16 | A.  No.                                            |
| 10:14:44 | 17 | Q.  You told us, I think a couple of days ago and   |
| 10:14:49 | 18 | maybe this morning again, that in Puerto Rico, you |
| 10:14:55 | 19 | dropped out during the 11th grade.  Is that correct? |
| 10:14:58 | 20 | A.  Yeah, that's correct.                          |
| 10:14:59 | 21 | Q.  And you told us this morning that you did some  |
| 10:15:04 | 22 | work toward a GED while you were in prison, but you |
| 10:15:08 | 23 | never actually got it?                              |
| 10:15:09 | 24 | A.  Yeah, I was in pre-GED class before I got       |
| 10:15:12 | 25 | resolved.  I never made it to GED class.           |

A-2433

263

| | |
|---|---|
| 1 | J. ORTIZ - CX BY MR. RUSS |
| 10:15:18  2 | Q.  And Spanish is your first language? |
| 10:15:20  3 | A.  That's correct. |
| 10:15:22  4 | Q.  And when you came here, you spoke Spanish? |
| 10:15:24  5 | A.  That's correct. |
| 10:15:26  6 | Q.  Also, you could read and write Spanish? |
| 10:15:29  7 | A.  Now I can; back then, no. |
| 10:15:30  8 | Q.  Spanish? |
| 10:15:31  9 | A.  Oh, Spanish, yes.  I can read and write Spanish, |
| 10:15:34 10 | yes. |
| 10:15:49 11 | Q.  You told us that you suffer from schizophrenia, |
| 10:15:58 12 | bipolar disorder, manic depression.  And you told us a |
| 10:16:04 13 | little bit when you stopped taking your medicines and |
| 10:16:08 14 | had a problem, were you hospitalized? |
| 10:16:11 15 | A.  When? |
| 10:16:13 16 | Q.  When you stopped taking your medicines after you |
| 10:16:17 17 | were released from prison and living in Niagara Falls? |
| 10:16:20 18 | A.  Yes, I was.  I got like around 2016, I stopped |
| 10:16:24 19 | taking my medication and they put me in the Niagara |
| 10:16:29 20 | Falls Memorial Medical Center in the psychiatric unit. |
| 10:16:31 21 | Q.  For how long did you stay there? |
| 10:16:33 22 | A.  Probably a couple of weeks, was there a couple of |
| 10:16:36 23 | weeks.  After that, they give me the medication to |
| 10:16:39 24 | stabilize me and whatever, and I got released back |
| 10:16:42 25 | again. |

A-2434

|   |   |
|---|---|
| | 1 J. ORTIZ - CX BY MR. RUSS |
| 10:16:42 | 2 Q. And now you're taking lithium? |
| 10:16:44 | 3 A. That is correct. |
| 10:16:46 | 4 Q. And Zyrexa? |
| 10:16:48 | 5 A. Olanzapine, which is generic to Zyprexa. |
| 10:16:57 | 6 Q. And you told us this morning that when you were |
| 10:17:03 | 7 younger, you abused alcohol? |
| 10:17:08 | 8 A. When I was a teenager, yes. |
| 10:17:10 | 9 Q. When you were in Buffalo? |
| 10:17:11 | 10 A. I used to drink when I was in Buffalo. |
| 10:17:14 | 11 Q. And you told us that you smoked marijuana? |
| 10:17:17 | 12 A. Yes, when I was young, yes. |
| 10:17:22 | 13 Q. And you used to take Xanax? |
| 10:17:27 | 14 A. Sometimes when I was young, yes. |
| 10:17:29 | 15 Q. And that is all while you were in Buffalo before |
| 10:17:32 | 16 your arrest, right? |
| 10:17:33 | 17 A. Well, yeah, in Buffalo, yes. |
| 10:17:39 | 18 Q. But you tell this jury that you did not do |
| 10:17:42 | 19 cocaine? |
| 10:17:42 | 20 A. No. |
| 10:18:00 | 21 Q. Just so we're all clear, your case is against |
| 10:18:04 | 22 Detective Stambach, correct? |
| 10:18:05 | 23 A. Well, I believe he is one of the persons |
| 10:18:13 | 24 involved, yes. |
| 10:18:13 | 25 Q. You're suing Detective Stambach, right? |

A-2435

|   |   |
|---|---|
| | 1 |

J. ORTIZ - CX BY MR. RUSS

10:18:16  2    A.  Yes.

10:18:18  3    Q.  And you told the jury a few minutes ago that you

10:18:24  4  seek to recover compensation from Detective Stambach,

10:18:28  5  correct?

10:18:28  6    A.  Yes.

10:18:28  7    Q.  Other than seeing him the last couple of days at

10:18:34  8  this trial, do you remember any interactions with him at

10:18:38  9  all?

10:18:38  10    A.  No, I don't.

10:18:45  11    Q.  If it weren't for this trial and you passed him

10:18:48  12  on the street, would you recognize him?

10:18:50  13    A.  No.

10:18:53  14    Q.  Do you remember anything he ever said to you?

10:18:56  15    A.  No, I don't.

10:18:57  16    Q.  Do you remember anything that he ever did to you?

10:18:59  17    A.  No, I don't.  At that point, I got relapse with

10:19:03  18  my mental health, like I said, I don't remember a lot of

10:19:06  19  stuff.

10:19:06  20    Q.  And you certainly don't remember the confession

10:19:10  21  with him, correct?

10:19:11  22    A.  No.

10:20:13  23        MR. RUSS:  Your Honor, I'm going to use an

10:20:15  24  exhibit that I would like him to identify.

10:20:17  25        THE COURT:  All right.  So you don't want

A-2436

266

|  |  |
|---|---|
| 1 | J. ORTIZ - CX BY MR. RUSS |
| 10:20:19  2 | the screens showing to the jury. |
| 10:20:22  3 | THE CLERK:  They are off. |
| 10:20:23  4 | MR. RUSS:  Not yet. |
| 10:20:25  5 | THE COURT:  They are off. |
| 10:20:33  6 | Q.  Mr. Ortiz, I show you what we have marked from |
| 10:20:38  7 | Defendant's Exhibit 407 for identification at this |
| 10:20:44  8 | point.  And I hope on your screen you can see what |
| 10:20:53  9 | appears to be a card written in Spanish and then with |
| 10:21:01  10 | some writing on it.  Do you see that? |
| 10:21:03  11 | A.  Yes, I see it. |
| 10:21:04  12 | Q.  Okay.  And do you know what this is? |
| 10:21:09  13 | A.  Yeah, I'm reading it right now.  It's the Miranda |
| 10:21:22  14 | warnings in Spanish. |
| 10:21:23  15 | Q.  And towards the bottom on the left side, that is |
| 10:21:25  16 | your signature? |
| 10:21:26  17 | A.  Yes, that is my signature, but I don't remember |
| 10:21:28  18 | signing that paper. |
| 10:21:29  19 | Q.  But there is no doubt that that is your |
| 10:21:31  20 | signature? |
| 10:21:32  21 | A.  It is, but, like I said, I don't remember signing |
| 10:21:34  22 | that paper. |
| 10:21:39  23 | Q.  And the written part of the document is in |
| 10:21:42  24 | Spanish, correct? |
| 10:21:42  25 | A.  That's correct. |

A-2437

267

|  | 1 | J. ORTIZ - CX BY MR. RUSS |
|---|---|---|
| 10:21:43 | 2 | Q.  Are you able to read this? |
| 10:21:44 | 3 | A.  I am. |
| 10:21:51 | 4 | MR. RUSS:  Your Honor, I would move Exhibit |
| 10:21:54 | 5 | 407 into evidence. |
| 10:21:55 | 6 | THE COURT:  Any objection, Mr. Felle? |
| 10:21:58 | 7 | MR. FELLE:  No, your Honor. |
| 10:21:58 | 8 | THE COURT:  All right.  Exhibit 407 will |
| 10:22:00 | 9 | come into evidence. |
| 10:22:01 | 10 | (WHEREUPON, EXHIBIT 407 WAS RECEIVED INTO |
| 10:22:01 | 11 | EVIDENCE.) |
| 10:22:02 | 12 | And we can now display it to the jury. |
| 10:22:05 | 13 | MR. RUSS:  Thank you, your Honor. |
| 10:22:09 | 14 | THE COURT:  It is showing, Mr. Russ. |
| 10:22:14 | 15 | MR. RUSS:  I'm not the world's greatest |
| 10:22:16 | 16 | technology person, I apologize. |
| 10:22:18 | 17 | Q.  Mr. Ortiz, I, again, show you what we've marked |
| 10:22:21 | 18 | as Defendant's Exhibit 407 now in evidence.  This is the |
| 10:22:26 | 19 | Miranda card.  This is a Miranda card which is signed by |
| 10:22:30 | 20 | you in the lower left-hand corner on the date, November |
| 10:22:36 | 21 | 16th, 2004.  Is that correct? |
| 10:22:39 | 22 | A.  Yes. |
| 10:22:41 | 23 | Q.  And you're telling this jury that that is your |
| 10:22:44 | 24 | signature, but you just don't remember doing it? |
| 10:22:47 | 25 | A.  That's correct. |

A-2438

268

| | | |
|---|---|---|
| | 1 | J. ORTIZ - CX BY MR. RUSS |
| 10:22:47 | 2 | Q.  And even though the card, Miranda card, is in |
| 10:22:54 | 3 | Spanish, you're able to read that and to understand it? |
| 10:22:57 | 4 | A.  Yes, now I am, yes.  Back then -- |
| 10:23:01 | 5 | Q.  Back then? |
| 10:23:02 | 6 | A.  I really don't recall.  Like I said, I don't |
| 10:23:05 | 7 | recall signing that paper. |
| 10:23:42 | 8 | MR. RUSS:  Your Honor, I have another |
| 10:23:43 | 9 | document that I would like to identify first. |
| 10:23:45 | 10 | THE COURT:  Sure, let's turn off the |
| 10:23:47 | 11 | cameras. |
| 10:23:48 | 12 | THE CLERK:  They are. |
| 10:24:23 | 13 | MR. RUSS:  I'm about thirty years too old |
| 10:24:28 | 14 | for this technology.  4. |
| 10:24:29 | 15 | Q.  Mr. Ortiz, I show you what we've marked as |
| 10:24:32 | 16 | Defendant's Exhibit 406 for identification.  And I have |
| 10:24:39 | 17 | -- I'm showing you the top of the first page of the |
| 10:24:42 | 18 | document.  Do you see that? |
| 10:24:43 | 19 | A.  Yes, I am. |
| 10:24:46 | 20 | Q.  Do you recognize this document? |
| 10:24:48 | 21 | A.  No. |
| 10:24:51 | 22 | Q.  Okay.  Do you know what it is? |
| 10:24:56 | 23 | A.  Well, if I read it. |
| 10:25:00 | 24 | Q.  Maybe this will help.  I'm showing you the bottom |
| 10:25:04 | 25 | of the first page.  Are those your initials? |

A-2439

269

```
         1              J. ORTIZ - CX BY MR. RUSS
10:25:07 2         A.  Yes, they are.
10:25:09 3         Q.  And that is your writing, obviously, yes, right?
10:25:14 4              MR. FELLE:  Object to the form of the
10:25:15 5    question.  You're talking about the writing on the
10:25:17 6    confession or his initials.
10:25:19 7         Q.  His initials, that is in your own handwriting,
10:25:23 8    correct?
10:25:23 9         A.  Yes.
10:25:26 10        Q.  I'm showing you page two at the bottom again.
10:25:29 11   Are those your initials?
10:25:32 12        A.  Yes.
10:25:33 13        Q.  And is that your handwriting?
10:25:35 14        A.  Yes.
10:25:39 15        Q.  And I'm showing you page 3 in the middle of the
10:25:45 16   page of the document is signed, the top signature.  Is
10:25:53 17   that your signature?
10:25:53 18        A.  Yes.
10:25:54 19        Q.  Is that your handwriting?
10:25:56 20        A.  Yes.
10:26:00 21        Q.  And the initials, are those your initials?
10:26:03 22        A.  Yes.
10:26:03 23        Q.  And in your handwriting?
10:26:05 24        A.  Yes.
10:26:06 25        Q.  And do you remember making these, this signature
```

A-2440

```
            1              J. ORTIZ - CX BY MR. RUSS
10:26:10    2   or these initials?
10:26:11    3       A.  Honestly, and only God knows, I don't remember.
10:26:16    4       Q.  Now that you've looked at all three pages, do you
10:26:19    5   know what this document is?
10:26:21    6       A.  I didn't get a chance to read it.  Can you tell
10:26:24    7   me?
10:26:25    8       Q.  Do you want to read it?
10:26:31    9              MR. RUSS:  Your Honor, may I bring it to him
10:26:33   10   to read or do you want me to do one page at a time?
10:26:38   11              THE COURT:  You can hand it up to him.  That
10:26:40   12   probably would be the better thing to do.
10:26:48   13              MR. RUSS:  I seem to have lost my mask
10:26:50   14   again.  Here is my old one.  Good.  I've got a mask,
10:26:54   15   okay.
10:27:05   16              Thank you.  Take your time.
10:27:48   17       A.  Yes, this is apparently the confession that I
10:27:52   18   gave to the Buffalo police.
10:27:56   19              MR. RUSS:  Your Honor, at this point, I
10:27:58   20   would move Exhibit 406 into evidence.
10:28:04   21              THE COURT:  Any objection, Mr. Felle?
10:28:05   22              MR. FELLE:  No objection, your Honor.
10:28:06   23              THE COURT:  All right.  Exhibit 406 will
10:28:09   24   come into evidence.
10:28:09   25              (Whereupon, Exhibit 406 was received into
```

A-2441

|       |    | J. ORTIZ - CX BY MR. RUSS |
|-------|----|---------------------------|

1             J. ORTIZ - CX BY MR. RUSS

10:28:29   2    **evidence.**)

10:28:29   3      Q.  Okay.  So, Mr. Ortiz, I show you again what we've

10:28:42   4    marked now in evidence as Defendant's Exhibit 406.  You

10:28:48   5    told us this is the confession, correct?

10:28:52   6      A.  Yes.

10:28:54   7      Q.  And you're telling this jury that you don't

10:28:57   8    remember any part of this?

10:29:00   9      A.  No.

10:29:04  10      Q.  You don't remember Detective Stambach being

10:29:08  11    there?

10:29:09  12      A.  No.

10:29:09  13      Q.  You don't remember Officer Torres being there?

10:29:12  14      A.  No.

10:29:13  15      Q.  You don't remember Detective Lonergan being

10:29:22  16    there?

10:29:22  17      A.  No.

10:29:22  18      Q.  You don't remember them feeding you McDonald's?

10:29:25  19      A.  No.

10:29:26  20      Q.  You don't remember Detective Torres translating?

10:29:29  21      A.  No.

10:29:41  22      Q.  So, are you saying to this jury that you don't

10:29:49  23    remember this happening?

10:29:51  24      A.  I don't remember.  By the time of my arrest and

10:29:54  25    all of the process, no.

A-2442

1          J. ORTIZ - CX BY MR. RUSS

10:29:57   2      Q.  And there is nothing about this that you

10:30:02   3   remember?

10:30:03   4      A.  No.

10:30:03   5      Q.  Except you do admit those are your signatures and

10:30:08   6   those are your initials?

10:30:09   7      A.  Yes, those are my signatures and initials.  I

10:30:12   8   don't remember signing that paper.

10:30:17   9      Q.  Do you believe you did sign it?

10:30:19   10     A.  Like I said, it's my signature and initials, but

10:30:23   11   I don't remember signing that paper.

10:30:40   12     Q.  Okay.  So, we know from your testimony earlier

10:30:43   13   that on March 22, 2006, you pleaded guilty?

10:30:50   14     A.  I believe so, yes.

10:30:51   15     Q.  To two counts of manslaughter?

10:30:54   16     A.  Yes.

10:30:55   17     Q.  And at the time you pleaded guilty, you were

10:30:58   18   represented by two lawyers, John Nutchirino, who is now

10:31:04   19   deceased, and Betty Calvo-Torres, who is now a judge in

10:31:09   20   Buffalo?

10:31:09   21     A.  That's correct.

10:31:12   22     Q.  And during that process, do you remember pleading

10:31:17   23   guilty?

10:31:17   24     A.  Yes.

10:31:23   25     Q.  And do you remember being offered the chance to

A-2443

|  | 1 | J. ORTIZ - CX BY MR. RUSS |
|---|---|---|
| 10:31:26 | 2 | back out? |
| 10:31:26 | 3 | A.  Can you explain yourself? |
| 10:31:27 | 4 | Q.  Sure.  Do you remember having a chance at that |
| 10:31:31 | 5 | time when you pleaded guilty not to plead guilty? |
| 10:31:40 | 6 | A.  At that time, yes. |
| 10:31:44 | 7 | Q.  And you declined the opportunity to maintain your |
| 10:31:48 | 8 | not guilty plea, correct? |
| 10:31:50 | 9 | A.  I did not decline.  Like I said, I tried to |
| 10:31:54 | 10 | withdraw my guilty plea, but they still sentenced me. |
| 10:31:57 | 11 | Q.  That was later? |
| 10:31:59 | 12 | A.  Yes. |
| 10:32:00 | 13 | Q.  At the time when you actually made the plea of |
| 10:32:03 | 14 | guilty, you were offered the chance not to plead guilty, |
| 10:32:11 | 15 | but you went ahead and pleaded guilty anyway? |
| 10:32:14 | 16 | A.  Yes. |
| 10:32:18 | 17 | Q.  And when you made your guilty plea, you said that |
| 10:32:23 | 18 | you intended to kill the Camacho brothers, correct? |
| 10:32:29 | 19 | A.  I don't remember saying none of that. |
| 10:34:14 | 20 | MR. RUSS:  Your Honor, may I approach?  I |
| 10:34:15 | 21 | intend to hopefully refresh his recollection with |
| 10:34:20 | 22 | Exhibit 411. |
| 10:34:20 | 23 | THE COURT:  Sure.  All right. |
| 10:34:37 | 24 | Q.  All right.  Mr. Ortiz, I show you what we have |
| 10:34:41 | 25 | marked as Defendant's Exhibit 411, I represent to you |

A-2444

274

```
           1              J. ORTIZ - CX BY MR. RUSS

10:34:43   2    that it is the transcript from when you pleaded guilty

10:34:49   3    on March 22, 2006.  And I call your attention to page

10:34:55   4    10, lines 15 through 25.  Can you read those yourself?

10:35:09   5                THE WITNESS:  Yes, yeah, I read it.

10:35:45   6        Q.  Mr. Ortiz, does reading that portion of the

10:35:53   7    transcript refresh your recollection as to the questions

10:35:56   8    you were asked when you pled guilty?

10:35:58   9        A.  Honestly, I really don't remember, but the little

10:36:03  10    thing I remember is the judge pretty much asked you if

10:36:06  11    you plead guilty by yourself and stuff like that.  But I

10:36:09  12    really don't remember none of that stuff that you just

10:36:12  13    showed me.

10:36:13  14        Q.  You don't remember and this does not refresh your

10:36:16  15    recollection.

10:36:17  16        A.  Not on the day of my sentence, no.  I asked him

10:36:21  17    if I was planning on voluntarily, you know, stuff like

10:36:24  18    that, but all of that is questions.

10:36:47  19        Q.  Now, incidentally, Detective Stambach was not

10:36:50  20    present on March 22, 2006 when you pled guilty, was he?

10:36:56  21        A.  I don't think, I don't remember, so, like I said,

10:37:00  22    I don't -- I don't remember, no.  I don't think he was,

10:37:06  23    no.

10:37:06  24        Q.  You didn't talk to him that day?

10:37:08  25        A.  No.
```

A-2445

275

1        J. ORTIZ - CX BY MR. RUSS

10:37:17   2     Q.  And then you told us this morning that ultimately

10:37:20   3  you were sentenced on June 16th, 2006.  Do you recall

10:37:25   4  that?

10:37:25   5     A.  In the summer of 2006, yes.

10:37:29   6     Q.  And at that time, there was another court hearing

10:37:34   7  concerning your sentencing, correct?

10:37:35   8     A.  Another court hearing, like, I don't understand

10:37:38   9  what you're saying.

10:37:39  10     Q.  Well, we saw your certificate of conviction from

10:37:43  11  that date, didn't we?

10:37:44  12     A.  Okay.  When you say something about a court

10:37:49  13  hearing.

10:37:50  14     Q.  Do you remember being in a front of a judge?

10:37:53  15     A.  The day of my sentence?

10:37:54  16     Q.  Yes.

10:37:55  17     A.  I remember a little bit, yes.

10:38:00  18     Q.  Do you remember the judge offering you the

10:38:02  19  opportunity to speak?

10:38:03  20     A.  He asked me if I had anything to say, but I

10:38:06  21  didn't say nothing.

10:38:07  22     Q.  So you didn't say anything?

10:38:09  23     A.  No.

10:38:09  24     Q.  You didn't say you were innocent?

10:38:15  25     A.  No, I didn't, no.

A-2446

276

1            J. ORTIZ - CX BY MR. RUSS

10:38:16   2      Q.  You didn't tell him that somehow Detective

10:38:20   3   Stambach forced you into pleading guilty?

10:38:28   4      A.  They never asked me that question.

10:38:30   5      Q.  Did you say anything at all?

10:38:31   6      A.  No.

10:38:54   7      Q.  How about after you were sentenced, did you ever

10:39:02   8   have an opportunity to indicate that you had not

10:39:15   9   committed these murders?

10:39:19  10      A.  Yes, I started, like, the appeal process, but

10:39:27  11   everything got denied, but I started my appeal process.

10:39:31  12      Q.  Didn't you also testify before a federal grand

10:39:34  13   jury?

10:39:34  14      A.  Yes.

10:39:35  15      Q.  And didn't you, at that point --

10:39:38  16           MR. FELLE:  Objection.  Your Honor, can we

10:39:40  17   have a sidebar, please?

10:39:44  18           THE COURT:  Okay.

10:39:46  19           Why don't we do this?  Because I was going

10:39:48  20   to take another break, so why don't we plan on a 10

10:39:53  21   minute or so break, ladies and gentlemen.  I remind you,

10:39:55  22   don't talk about the case among yourselves or anyone

10:39:59  23   else.  See you back here shortly.  Thank you.

10:40:20  24           (Whereupon, the jury is escorted from the

10:40:24  25   courtroom.)

A-2447

277

|   |   |
|---|---|
| 1 | J. ORTIZ - CX BY MR. RUSS |
| 10:40:24  2 | THE COURT:  All right.  You can step down, |
| 10:40:27  3 | Mr. Ortiz.  You can step down, if you want.  We'll have |
| 10:40:34  4 | a 10-minute break before we do that. |
| 10:40:36  5 | Mr. Felle, you were objecting and wanted a |
| 10:40:39  6 | sidebar. |
| 10:40:39  7 | MR. FELLE:  I do, your Honor, just before |
| 10:40:41  8 | there was any response to that question.  It's asking |
| 10:40:44  9 | about post-sentencing evidence, which we have a pretrial |
| 10:40:47  10 | motion about.  Your Honor ruled that would not be |
| 10:40:50  11 | allowed.  And, secondly, it's about grand jury secrecy |
| 10:40:54  12 | proceedings, and I just want to be clear about this, |
| 10:40:56  13 | before this case started, and during my discovery, there |
| 10:41:00  14 | is an order from Judge Arcara that restricted the use of |
| 10:41:05  15 | any grand jury proceedings in the civil case. |
| 10:41:07  16 | THE COURT:  But, obviously, Mr. Russ has the |
| 10:41:10  17 | transcript, right? |
| 10:41:11  18 | MR. RUSS:  Yeah, we do, right. |
| 10:41:13  19 | MR. FELLE:  The transcript from the grand |
| 10:41:15  20 | jury proceedings? |
| 10:41:16  21 | MR. SAHASRABUDEHE:  No, I've never seen |
| 10:41:17  22 | them. |
| 10:41:17  23 | MR. RUSS:  All right.  Maybe it's his |
| 10:41:20  24 | deposition. |
| 10:41:21  25 | MR. SAHASRABUDEHE:  This question was posed |

```
                    J. ORTIZ - CX BY MR. RUSS
10:41:22   2   to Mr. Ortiz in his deposition and he answered the
10:41:27   3   question.
10:41:27   4            THE COURT:  What is the question and answer?
10:41:52   5            MR. RUSS:  Would you like me to read it,
10:41:54   6   your Honor?
10:41:55   7            MR. FELLE:  What page?
10:41:56   8            MR. RUSS:  67.  I'm sorry for my difficulty,
10:42:42   9   your Honor.  This is his deposition transcript which we
10:42:50  10   marked as exhibit 416, page 67, line 8.
10:43:02  11            Question: Do you remember testifying at the
10:43:05  12   grand jury that you killed the Camacho brothers?
10:43:08  13            Answer: Yes.
10:43:16  14     Q.  All right.  So, the basis, the grand jury
10:43:22  15   secrecy, I don't think there is anything under grand
10:43:26  16   jury secrecy rules that would prevent a witness from
10:43:29  17   testifying about -- there isn't -- about what he
10:43:32  18   testified to.  I don't see that as legitimate grounds
10:43:35  19   for objection.  But the first ground was that it --
10:43:40  20            MR. FELLE:  It's involving post-sentencing
10:43:43  21   evidence, which is the defendant moved to preclude any
10:43:48  22   evidence relating to post sentencing, that is exactly
10:43:52  23   that.  This is evidence of what was said or done after
10:43:57  24   sentencing.
10:44:03  25            THE COURT:  What is your response to that?
```

A-2449

279

|       |    | J. ORTIZ - CX BY MR. RUSS |
|-------|----|---------------------------|
10:44:04 | 2 | If the argument of the defense is, well, Mr. Ortiz, even
10:44:08 | 3 | after he was convicted and sentenced, was still
10:44:13 | 4 | admitting that he had killed the Camacho brothers, I
10:44:18 | 5 | don't know why that is relevant to the issues in this
10:44:22 | 6 | case which are what did Mr. Stambach do or not do based
10:44:28 | 7 | on the evidence available to him at the time.
10:44:35 | 8 | MR. RUSS:  It's relevant because Mr. Ortiz
10:44:43 | 9 | blames Detective Stambach for somehow tricking him into
10:44:46 | 10 | this confession, and yet he continued to effectively
10:44:53 | 11 | affirm the conviction by, first, pleading guilty, and
10:44:56 | 12 | then, later on, when the grand jury proceedings were
10:45:02 | 13 | ongoing, by reiterating the possession that he had
10:45:07 | 14 | killed the Camachos.
10:45:09 | 15 | THE COURT:  And what was the time frame of
10:45:11 | 16 | that testimony before the grand jury?
10:45:18 | 17 | MR. RUSS:  The grand jury was, I believe, I
10:45:32 | 18 | believe, 2010, but I don't have the exact date, your
10:45:38 | 19 | Honor.
10:45:38 | 20 | THE COURT:  I mean, it strikes me, Mr.
10:45:40 | 21 | Felle, that there, obviously, has been evidence offered
10:45:43 | 22 | that -- I mean, there is a causation issue.  Are the
10:45:52 | 23 | damages that accrued to Mr. Ortiz the result of any
10:45:57 | 24 | alleged wrongful conduct on the part of Mr. Stambach,
10:46:03 | 25 | and I do think it's relevant if five years after the

A-2450

|        |    |                                                              |
|--------|----|--------------------------------------------------------------|
|        | 1  | J. ORTIZ - CX BY MR. RUSS                                    |
| 10:46:08 | 2  | alleged wrongful conduct and alleged coerced confession      |
| 10:46:14 | 3  | by Mr. Stambach, Mr. Ortiz is purportedly still              |
| 10:46:20 | 4  | indicating that he killed the Camacho brothers.              |
| 10:46:23 | 5  | MR. FELLE:  Well, Judge, I would say in the                  |
| 10:46:25 | 6  | same, if we were allowed to open up the grand jury           |
| 10:46:28 | 7  | proceedings, that would be great.  There were plenty of      |
| 10:46:32 | 8  | witnesses that came in that made it clear, in fact his       |
| 10:46:36 | 9  | cousin indicated that they had a security system and         |
| 10:46:39 | 10 | they knew Mr. Ortiz was in the house the entire night.       |
| 10:46:42 | 11 | If I'm allowed and they are allowed to bring grand jury      |
| 10:46:47 | 12 | testimony post sentence, I would welcome it and would be     |
| 10:46:52 | 13 | like to offer more.                                          |
| 10:46:53 | 14 | THE COURT:  It's the client's statement,                     |
| 10:46:55 | 15 | that is what makes it particularly relevant.                 |
| 10:46:59 | 16 | MR. FELLE:  But that would be severely                       |
| 10:47:01 | 17 | prejudicial to allow the one quote, but not what was         |
| 10:47:05 | 18 | going on around, which is the development of all of the      |
| 10:47:09 | 19 | evidence.                                                    |
| 10:47:10 | 20 | THE COURT:  There is no dispute whether he                   |
| 10:47:12 | 21 | was found innocent or not.  The evidence is whether Mr.      |
| 10:47:16 | 22 | Stambach engaged in some misconduct that caused your         |
| 10:47:20 | 23 | client to confess to something he wasn't guilty of.  He      |
| 10:47:24 | 24 | wasn't guilty.  That has been stipulated to.  The issue      |
| 10:47:37 | 25 | is did Mr. Stambach engage in conduct that caused Mr.        |

A-2451

|   | J. ORTIZ - CX BY MR. RUSS |
|---|---|
| 10:47:40 2 | Ortiz to wrongfully confess.  And if five years after |
| 10:47:44 3 | that confession, he is still inaccurately confessing, I |
| 10:47:49 4 | think that is relevant information.  That undermines the |
| 10:47:57 5 | argument that it was Mr. Stambach's conduct that caused |
| 10:48:03 6 | the wrongful confession.  I'm going to take a quick |
| 10:48:06 7 | break.  My inclination is to let it in.  Let me mull it |
| 10:48:10 8 | over for another minute. |
| 10:48:14 9 | (Whereupon, there was a break in the |
| 10:48:14 10 | proceeding.) |
| 10:53:09 11 | THE COURT:  Back on the record.  This is |
| 10:53:14 12 | relevant.  I mean, the claim here is that Mr. Stambach |
| 10:53:19 13 | put words, essentially, into Mr. Ortiz's mouth, that he |
| 10:53:22 14 | coerced a confession, that he fabricated evidence.  And |
| 10:53:26 15 | if some five years, four years later, Mr. Ortiz is still |
| 10:53:30 16 | testifying that he killed the Camacho brothers, then I |
| 10:53:33 17 | do think that that is a relevant question and I'll allow |
| 10:53:36 18 | it.  I do, though, want to make sure that the jury is |
| 10:53:40 19 | not getting confused that somehow there is a claim here |
| 10:53:42 20 | that Mr. Ortiz really did kill the Camacho brothers, |
| 10:53:46 21 | because that is, obviously, a stipulation that he was |
| 10:53:55 22 | found actually innocent of the murders.  And I'm going |
| 10:53:58 23 | to remind the jury that there is that stipulation before |
| 10:54:02 24 | this question is asked.  So, that is my ruling. |
| 10:54:07 25 | Okay.  Let's get our jury back out here. |

A-2452

282

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | J. ORTIZ - CX BY MR. RUSS                            |
| 10:54:47 | 2  | (Whereupon the jury is escorted into the          |
| 10:54:56 | 3  | courtroom.)                                        |
| 10:57:05 | 4  | THE COURT:  All right.  Everybody can have a       |
| 10:57:06 | 5  | seat.  Thank you for your patience, ladies and    |
| 10:57:08 | 6  | gentlemen.                                         |
| 10:57:11 | 7  | So I'm going to overrule the objection.  I         |
| 10:57:13 | 8  | will allow Mr. Russ to ask the question he was about to |
| 10:57:16 | 9  | ask.  I just want to remind you, ladies and gentlemen, |
| 10:57:18 | 10 | that there is a stipulation of facts, in other words, |
| 10:57:21 | 11 | it's an agreed-upon fact in this case that Mr. Ortiz was |
| 10:57:27 | 12 | demonstrated to be actually innocent of the murders of |
| 10:57:32 | 13 | Nelson and Miguel Camacho.  And the criminal proceedings |
| 10:57:36 | 14 | ultimately terminated in his favor.               |
| 10:57:38 | 15 | With that being said, you can proceed, Mr.         |
| 10:57:40 | 16 | Russ.                                             |
| 10:57:41 | 17 | MR. RUSS:  Thank you, your Honor.                  |
| 10:57:41 | 18 | CONTINUING DIRECT EXAMINATION BY MR. RUSS:         |
| 10:57:51 | 19 | Q.  This morning, Mr. Ortiz, you told us that that |
| 10:57:54 | 20 | your mental health improved after the year 2004,  |
| 10:58:03 | 21 | correct?                                          |
| 10:58:04 | 22 | A.  Yes.                                          |
| 10:58:04 | 23 | Q.  And by the time we got to 2011, while you were |
| 10:58:11 | 24 | incarcerated, you were on your meds and you were taking |
| 10:58:17 | 25 | care of yourself and you were feeling better mentally |

A-2453

|        |    |                                                            |
|--------|----|------------------------------------------------------------|
|        | 1  | J. ORTIZ - CX BY MR. RUSS                                  |
|10:58:21| 2  | and psychologically, correct?                              |
|10:58:23| 3  | A.  I was getting treatment, yes.                          |
|10:58:25| 4  | Q.  And you were asked this morning some questions         |
|10:58:29| 5  | about various things and events that occurred after you    |
|10:58:39| 6  | went to jail.  One of those was you had an opportunity     |
|10:58:42| 7  | to testify at a federal grand jury on July 14th, 2011.     |
|10:58:49| 8  | Isn't that right?                                          |
|10:58:49| 9  | A.  Yes.                                                   |
|10:58:50| 10 | Q.  And when you testified to the grand jury, you          |
|10:58:55| 11 | were asked questions about the killing of the Camacho      |
|10:59:00| 12 | brothers, weren't you?                                     |
|10:59:03| 13 | A.  Yeah, Mr. Tripi was, yes.                              |
|10:59:07| 14 | Q.  Mr. Tripi was the U.S. Attorney, asked you             |
|10:59:10| 15 | questions about that, correct?                             |
|10:59:11| 16 | A.  Yes.                                                   |
|10:59:12| 17 | Q.  And didn't you tell him at that time -- didn't         |
|10:59:19| 18 | you testify at that time that you killed the Camacho       |
|10:59:22| 19 | brothers?                                                  |
|10:59:22| 20 | A.  The only reason, if you can let me explain             |
|10:59:27| 21 | myself, Mr. Tripi and the other deputies, when they        |
|10:59:31| 22 | beginning first to see me, they just pretty much tell me   |
|10:59:35| 23 | they was investigating some kind of gang activity on the   |
|10:59:40| 24 | west side, and they started showing me some pictures and   |
|10:59:42| 25 | opening my eyes that I didn't do nothing wrong.  I         |

```
            1           J. ORTIZ - CX BY MR. RUSS

10:59:45    2    thought they were going to try and press charges against

10:59:48    3    me or something like that, so they bring me down to the

10:59:51    4    grand jury, and, yes, I admit that I was guilty, but

10:59:55    5    that is the only reason that I did it because I thought

10:59:58    6    they was going to give me more time in the federal

11:00:00    7    government or something.

11:00:04    8        Q.  No matter the reason you did it, you did admit

11:00:07    9    that you killed the Camacho brothers to a federal grand

11:00:11   10    jury on July 14th, 2011?

11:00:13   11        A.  Yes.

11:00:18   12        Q.  Almost seven years after November 2004?

11:00:24   13        A.  Yes.

11:00:29   14        Q.  Incidentally, in 2016, you pleaded guilty to

11:00:35   15    another crime, correct?

11:00:36   16        A.  In 2016?

11:00:39   17        Q.  Yes.

11:00:39   18        A.  Well, actually, I can explain myself.

11:00:42   19              THE COURT:  Just answer if you pled guilty

11:00:44   20    or not.

11:00:44   21              THE WITNESS:  Yes.

11:00:45   22              THE COURT:  Ladies and gentlemen, I just

11:00:47   23    want to give you a limiting instruction.  The testimony

11:00:52   24    about a prior conviction that Mr. Ortiz incurred is

11:00:57   25    being admitted only for the purpose of evaluating
```

A-2455

|   |   |
|---|---|
| | 1 |

```
                          J. ORTIZ - CX BY MR. RUSS
11:01:00   2   credibility.  You may consider it in deciding how much
11:01:05   3   of Mr. Ortiz's testimony to accept and what weight, if
11:01:08   4   any, you should it should be given.  Go ahead, Mr. Russ.
11:01:13   5                  MR. RUSS:  Thank you, your Honor.
11:01:13   6        Q.   And during your testimony this morning, you told
11:01:19   7   us about a fight that you got into at Attica?
11:01:21   8        A.   Yes.
11:01:22   9        Q.   And you said that you received some discipline
11:01:25  10   for that?
11:01:26  11        A.   Yes.  It wasn't a fight, it was an assault.
11:01:29  12   There was never a fight, but yes.
11:01:31  13        Q.   You were disciplined because of that?
11:01:33  14        A.   Yes.
11:01:37  15        Q.   And that was, I think you said you ended up in
11:01:44  16   the special housing unit for six months or so?
11:01:47  17        A.   From the hospital after all of that and the
11:01:51  18   little issue that I got with the correctional officers,
11:01:55  19   yeah, they gave me six months after.
11:02:00  20        Q.   Was Detective Stambach at all involved in that?
11:02:04  21        A.   Not that I know, no.
11:02:25  22        Q.   In this case, you blame Detective Stambach for
11:02:33  23   somehow tricking you into a confession or making up a
11:02:36  24   confession.  Is that correct?
11:02:38  25        A.   Yes.
```

A-2456

|        |    |                                             |
|--------|----|---------------------------------------------|
|        | 1  | J. ORTIZ - CX BY MR. RUSS                   |
| 11:02:40 | 2  | Q.  And we've gone through a number of the other |
| 11:02:43 | 3  | things that have happened in this case, the confession, |
| 11:02:49 | 4  | the guilty plea, the sentencing, the federal grand jury |
| 11:02:54 | 5  | proceedings, and we've heard various statements and |
| 11:03:00 | 6  | testimony that you gave at those times.  Do you blame |
| 11:03:06 | 7  | yourself at all for any of this? |
| 11:03:10 | 8  | A.  No. |
| 11:03:12 | 9  | Q.  So everything that has happened to you since |
| 11:03:16 | 10 | November 16th, 2004, you blame on Detective Stambach? |
| 11:03:22 | 11 | A.  Yes. |
| 11:03:35 | 12 | Q.  You testified, I think it was the other day, not |
| 11:03:38 | 13 | today, but you testified that before November 2004, you |
| 11:03:50 | 14 | remembered hearing voices and you said you had a mental |
| 11:03:55 | 15 | breakdown and you said, you gave some testimony |
| 11:03:59 | 16 | concerning your cousin Vanessa.  Is that right? |
| 11:04:04 | 17 | MR. FELLE:  Your Honor, I apologize.  It's a |
| 11:04:06 | 18 | compound question. |
| 11:04:11 | 19 | THE COURT:  I'll sustain the objection. |
| 11:04:15 | 20 | Q.  During your testimony, I believe, yesterday, you |
| 11:04:18 | 21 | testified, didn't you, concerning some of the mental |
| 11:04:21 | 22 | health problems you were having as of November of 2004, |
| 11:04:26 | 23 | right? |
| 11:04:26 | 24 | A.  Can you repeat the question again?  I don't |
| 11:04:31 | 25 | understand. |

A-2457

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | J. ORTIZ - CX BY MR. RUSS                                          |
| 11:04:31 | 2  | Q.  Sure.  You told us yesterday that you were having           |
| 11:04:34 | 3  | mental health problems in November of 2004, correct?            |
| 11:04:37 | 4  | A.  Yes.                                                        |
| 11:04:38 | 5  | Q.  And you told us about your cousin Vanessa being             |
| 11:04:43 | 6  | concerned?                                                       |
| 11:04:47 | 7  | THE COURT:  Mr. Russ, let's do the                             |
| 11:04:49 | 8  | questioning from the podium.                                     |
| 11:04:50 | 9  | MR. RUSS:  I'm sorry.                                           |
| 11:04:51 | 10 | THE COURT:  That's okay.                                        |
| 11:04:52 | 11 | Q.  You told us about your cousin Vanessa and her              |
| 11:04:56 | 12 | involvement?                                                     |
| 11:04:56 | 13 | A.  Well, I said I went with my cousin Vanessa to the          |
| 11:05:00 | 14 | Camacho brothers' funeral.                                       |
| 11:05:03 | 15 | Q.  And you said that you were hearing voices?                 |
| 11:05:05 | 16 | A.  Yes.                                                        |
| 11:05:07 | 17 | Q.  And you said that you had a mental breakdown?              |
| 11:05:10 | 18 | A.  Yes.                                                        |
| 11:05:11 | 19 | Q.  And you remember all of those things happening?           |
| 11:05:14 | 20 | A.  What things like the mental health stuff, well,           |
| 11:05:19 | 21 | it was, it was kind of strange for me because it was           |
| 11:05:23 | 22 | pretty much my first psychotic episode, but, yes, I           |
| 11:05:28 | 23 | remember seeing things and heard things and stuff like         |
| 11:05:30 | 24 | that.                                                            |
| 11:05:30 | 25 | Q.  How is it that you remember your mental health            |

A-2458

1          J. ORTIZ - CX BY MR. RUSS

11:05:33  2  problems at the same time but you don't remember talking

11:05:36  3  to the police on November 15th, giving a confession on

11:05:40  4  November 16th?

11:05:42  5      A.  Well, I remember that I was hearing things and

11:05:44  6  seeing things.  And in my currency, I am pretty sure I

11:05:52  7  was not in my fine sense.  I remember I was seeing

11:05:55  8  things and hearing things.

11:05:57  9      Q.  But you do distinctly remember suffering mental

11:06:00  10 health problems at that time?

11:06:02  11     A.  Well, I wasn't feeling normal, so, yes, I wasn't

11:06:07  12 feeling, you know, I knew something was off with me.

11:06:12  13     Q.  Thank you for clarifying about your cousin

11:06:14  14 Vanessa.  You said you went with her to the Camacho

11:06:17  15 brothers' funeral?

11:06:18  16     A.  Yes.

11:06:20  17     Q.  So, obviously, they were at least friends of

11:06:22  18 yours if you went to their funeral, right?

11:06:24  19     A.  Well, not friends of mine, but my cousin Vanessa

11:06:31  20 and her husband used to be friends with them.

11:06:34  21     Q.  But you went to the funeral?

11:06:35  22     A.  Yes.

11:06:36  23     Q.  But you don't remember anything about the

11:06:38  24 funeral?

11:06:38  25     A.  No, not really, no.

A-2459

|   | J. ORTIZ - CX BY MR. RUSS |
|---|---|

1      J. ORTIZ - CX BY MR. RUSS

11:07:01 2     MR. RUSS:  Sorry to be jumping around, I'm

11:07:04 3 almost done.

11:07:30 4  Q.  Mr. Ortiz, why did you confess to killing the

11:07:36 5 Camacho brothers, plead guilty to killing the Camacho

11:07:43 6 brothers, decline to speak out at your sentencing,

11:07:49 7 maintain, even after you were in jail, that you had

11:07:52 8 killed the Camacho brothers, testify at a federal grand

11:07:57 9 jury in July of 2011 that you had killed the Camacho

11:08:01 10 brothers?

11:08:03 11     MR. FELLE:  Your Honor, I do object.  It's a

11:08:05 12 speaking question, it's a narrative.

11:08:08 13     THE COURT:  Well, overruled.  Do you

11:08:14 14 understand the question?

11:08:16 15     THE WITNESS:  Yes.

11:08:17 16  Q.  Can you explain to this jury why you did all of

11:08:20 17 that and now years and years later, you've decided to

11:08:27 18 blame Detective Stambach?

11:08:29 19  A.  Well, like I said, back in, you said, 2011, when

11:08:37 20 the federal officials came to see me or whatever, I

11:08:40 21 thought they were going to give me more time federal

11:08:44 22 wise.  So, in my mind, I thought that they just want to

11:08:47 23 hear whatever I got to say and they was going to leave

11:08:50 24 me alone, that is what I thought at that point.

11:08:56 25  Q.  And even though you were sentenced to 25 years

A-2460

1          J. ORTIZ - CX BY MR. RUSS

11:08:59   2   determinate, you were worried about getting more time

11:09:02   3   for something?

11:09:03   4       A.   I was, because the way they talked in the

11:09:05   5   beginning, they was not saying he was investigating a

11:09:08   6   murder, they said they were investigating some street

11:09:12   7   gangs in Buffalo.  That is the first thing they were

11:09:14   8   telling me.  I didn't know they were trying to help me,

11:09:18   9   I thought they were trying to give me some more time.

11:09:22  10       Q.   You told us that you believe Detective Stambach

11:09:27  11   influenced or manipulated your confession, correct?

11:09:31  12       A.   I don't remember what happened.  Like I said, I

11:09:35  13   don't remember what happened that night, but I'm

11:09:37  14   assuming he did, yes.

11:09:39  15       Q.   But he was involved somehow?

11:09:41  16       A.   Yes.

11:09:43  17       Q.   He was not involved when you decided to plead

11:09:46  18   guilty, was he?

11:09:47  19       A.   What do you mean?

11:09:50  20       Q.   Was Detective Stambach involved in somehow

11:09:56  21   convincing you to plead guilty?

11:09:58  22       A.   I never spoke with him after that night, so, no.

11:10:01  23       Q.   And he didn't talk to you before your sentencing,

11:10:06  24   did he?

11:10:06  25       A.   No.

A-2461

| | |
|---|---|
| 1 | J. ORTIZ - CX BY MR. RUSS |
| 11:10:06  2 | Q.  And he didn't talk to you when you were |
| 11:10:09  3 | approached by investigators after you were incarcerated, |
| 11:10:13  4 | did he? |
| 11:10:13  5 | A.  No. |
| 11:10:14  6 | Q.  And he didn't talk to you before you testified at |
| 11:10:18  7 | the federal grand jury, did he? |
| 11:10:19  8 | A.  No. |
| 11:10:20  9 | Q.  And, in fact, the last time you saw him, which |
| 11:10:23  10 | you don't even remember, was November 16th, 2004? |
| 11:10:30  11 | A.  That is correct. |
| 11:10:32  12 | MR. RUSS:  Thank you, your Honor.  Nothing |
| 11:10:33  13 | further. |
| 11:10:33  14 | THE COURT:  Thank you, Mr. Russ.  Any |
| 11:10:37  15 | redirect, Mr. Felle? |
| 11:10:38  16 | MR. FELLE:  No, your Honor. |
| 11:10:39  17 | THE COURT:  Okay.  Very good. |
| 11:10:41  18 | Mr. Ortiz, you can put your mask on, mask |
| 11:10:44  19 | and step back down just watch your head. |
| 11:10:51  20 | THE WITNESS:  Yeah, yeah, I know. |
| 11:10:52  21 | THE COURT:  That was too close.  We have to |
| 11:10:53  22 | put some caution tape on that or something.  Okay.  You |
| 11:11:01  23 | can maybe get the witness box ready for the next witness |
| 11:11:04  24 | and who is the Plaintiff's next witness, Mr. Felle? |
| 11:11:06  25 | (Whereupon, the testimony of M. Stambach was |

A-2462

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | J. ORTIZ VS. M. STAMBACH                                     |
| 14:42:20 | 2  | previously transcribed and filed at docket NO. 165)          |
| 14:42:20 | 3  | THE COURT:  Watch your head.  All right.                     |
| 14:42:31 | 4  | Ladies and gentlemen, some good news for you, I hope.        |
| 14:42:34 | 5  | We're going to be done for today.  We have two witnesses     |
| 14:42:37 | 6  | scheduled for tomorrow.  But we've completed all of the      |
| 14:42:40 | 7  | proof today.  Let me just give you an update on the          |
| 14:42:44 | 8  | schedule on where things stand.  So, I anticipate            |
| 14:42:47 | 9  | tomorrow that, and, obviously, this is always subject to     |
| 14:42:51 | 10 | change, but I anticipate tomorrow we will start at 9         |
| 14:42:54 | 11 | a.m.  I hope that is not subject to change.  And that        |
| 14:42:57 | 12 | we'll have two witnesses testify tomorrow.  I then           |
| 14:43:00 | 13 | anticipate, so we'll definitely end by 2 p.m. tomorrow,      |
| 14:43:05 | 14 | we may be done sooner than that.  Then on Monday, just       |
| 14:43:09 | 15 | because of scheduling purposes, we have another witness      |
| 14:43:14 | 16 | scheduled to testify.  We'll start at 9 on Monday.  That     |
| 14:43:17 | 17 | could be, again, subject to change, but it could be that     |
| 14:43:20 | 18 | we'll move into closing arguments and the final              |
| 14:43:23 | 19 | instructions on Monday.  So, at this point, my plan is,      |
| 14:43:26 | 20 | because one of the great benefits of serving on a jury       |
| 14:43:30 | 21 | is that once you start your deliberations, you get a         |
| 14:43:33 | 22 | free lunch from the Court, and my plan, at this point,       |
| 14:43:37 | 23 | and I'll confirm it with you all tomorrow, and my plan       |
| 14:43:40 | 24 | is to get your lunch orders on Monday morning with the       |
| 14:43:43 | 25 | anticipation being that you might be about to or in your     |

A-2463

293

J. ORTIZ VS. M. STAMBACH

14:43:47  2  deliberations at the time of lunch.  And in terms of how

14:43:50  3  long your deliberations last, that is as long as you

14:43:53  4  need.  So, if you're not finished on Monday, we're

14:43:57  5  definitely not going to be in session on Tuesday.  But

14:44:00  6  then we'll return on Wednesday.  And, as I mentioned, I

14:44:04  7  think yesterday, I was originally just thinking we would

14:44:09  8  be in session on Wednesday afternoon, but if you're in

14:44:12  9  deliberations, then my plan or proposal would be for you

14:44:18  10 to come back in Wednesday morning to continue your

14:44:21  11 deliberations.  So if there is an issue with coming in

14:44:29  12 Wednesday morning of next week, let Dawn know.  But, if

14:44:32  13 not, that is the tentative schedule, and I'll keep you

14:44:37  14 updated as we go along.

14:44:39  15         That being said, I want to remind you of

14:44:42  16 your admonitions before you go.  Please do not talk

14:44:44  17 about the case among yourselves or with anyone else.  If

14:44:47  18 anyone tries to talk about the case with you or does

14:44:49  19 anything else you think is improper, walk away and let

14:44:52  20 me know about that.  Don't seek advise from each other,

14:44:56  21 let Ms. Samuel or one of the court security officers

14:44:59  22 know.  Don't do any research or any investigation of the

14:45:03  23 case on your own.  Don't visit any location at issue in

14:45:06  24 the case.  Don't talk to any attorneys, parties or

14:45:09  25 witnesses outside of the court, even to pass the time of

A-2464

294

|  | | J. ORTIZ VS. M. STAMBACH |
|---|---|---|
| 14:45:12 | 2 | day.  In no other way can all parties be assured of the |
| 14:45:17 | 3 | absolute impartiality they are entitled to expect from |
| 14:45:21 | 4 | you as jurors.  And these courtrooms are open |
| 14:45:24 | 5 | courtrooms, therefore, anyone can come in and watch the |
| 14:45:26 | 6 | proceedings, including the media.  Therefore, in the |
| 14:45:29 | 7 | event there are any media accounts about the case, do |
| 14:45:33 | 8 | not read, watch or listen to any such accounts, because |
| 14:45:36 | 9 | you are in the best position to decide what happens in |
| 14:45:38 | 10 | this courtroom and you do not need to rely on any |
| 14:45:41 | 11 | secondhand accounts. |
| 14:45:42 | 12 | So, thank you for your attention and your |
| 14:45:44 | 13 | patience, and I appreciate it.  I know everybody here |
| 14:45:48 | 14 | does.  And I hope you have a wonderful rest of the day |
| 14:45:50 | 15 | and we'll see you tomorrow morning.  Thank you. |
| 14:46:34 | 16 | (Whereupon the jury is escorted from the |
| 14:46:36 | 17 | courtroom.) |
| 14:46:36 | 18 | THE COURT:  So let's talk about tomorrow. |
| 14:46:39 | 19 | The first witness for the Plaintiff is Ms. Evans? |
| 14:46:45 | 20 | Has anyone told you, Dawn, that anyone has a |
| 14:46:49 | 21 | problem with next Wednesday? |
| 14:46:52 | 22 | THE CLERK:  I checked, nobody. |
| 14:46:53 | 23 | THE COURT:  So, Ms. Evans will be the first |
| 14:46:55 | 24 | witness and then -- |
| 14:46:58 | 25 | MR. FELLE:  Detective Lauber. |

A-2465

295

|  | 1 | J. ORTIZ VS. M. STAMBACH |
|---|---|---|
| 14:47:01 | 2 | THE COURT: And then once Torres testifies |
| 14:47:03 | 3 | on Monday, you anticipate the Plaintiff resting? |
| 14:47:06 | 4 | MR. FELLE: I do. |
| 14:47:06 | 5 | THE COURT: And, at this point, Mr. Russ, do |
| 14:47:10 | 6 | you anticipate defense proof? |
| 14:47:12 | 7 | MR. RUSS: I know it may disappoint you, but |
| 14:47:15 | 8 | no. |
| 14:47:15 | 9 | THE COURT: Okay, good. So I think that |
| 14:47:18 | 10 | it's likely then what we'll do is have Ms. Evans |
| 14:47:22 | 11 | testify, Detective Lauber and then do our charge |
| 14:47:25 | 12 | conference. My law clerk is going to be distributing to |
| 14:47:29 | 13 | everybody draft instructions and a draft verdict sheet. |
| 14:47:32 | 14 | We'll do all of that tomorrow. Monday we'll have |
| 14:47:37 | 15 | Detective Torres testify and then closing arguments, |
| 14:47:40 | 16 | final instructions and then they'll start their |
| 14:47:42 | 17 | deliberations and we'll see how far they get. And if |
| 14:47:46 | 18 | you have to come back, we'll have them come back on |
| 14:47:49 | 19 | Wednesday. |
| 14:47:49 | 20 | In terms of Ms. Evans and Detective Lauber |
| 14:47:55 | 21 | tomorrow, any evidentiary issues we need to talk about |
| 14:47:59 | 22 | right now, Mr. Felle? |
| 14:48:01 | 23 | MR. FELLE: I don't believe so. |
| 14:48:02 | 24 | THE COURT: Okay. Anything, Mr. Russ? |
| 14:48:04 | 25 | MR. RUSS: Not that I'm aware of, your |

A-2466

1

14:48:06    2    Honor.

14:48:06    3              THE COURT:  Okay.  So have a good afternoon,

14:48:08    4    everybody, and we'll see you tomorrow morning.

14:48:12    5              MR. ORTIZ:   Thank you, your Honor.

14:48:14    6              THE COURT:  Thank you, Mr. Ortiz.

14:48:14    7              MR. RUSS:  Thank you.

14:48:15    8              THE COURT:  Thank you, Mr. Ortiz.

9

10                      *      *      *

11                   CERTIFICATE OF REPORTER

12

13        I certify that the foregoing is a correct transcript

14   of the record of proceedings in the above-entitled

15   matter.

16

17   S/ Karen J. Clark,  RPR

18
     Official Court Reporter
19

20

21

22

23

24

25