# 23-0352

# United States Court of Appeals
### *for the*
## Second Circuit

JOSUE ORTIZ,

*Plaintiff-Appellee,*

– v. –

MARK STAMBACH,

*Defendant-Appellant,*

RICHARD WAGSTAFF, MARY GUGLIUZZA, BUFFALO POLICE
DEPARTMENT DOES 1-12, BUFFALO POLICE DEPARTMENT, THE CITY
OF BUFFALO, MARK VAUGHN,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK (BUFFALO)

## APPENDIX FOR DEFENDANT-APPELLANT
### Volume 3 (Pages A-491 to A-740)

HODGSON RUSS LLP
Peter A. Sahasrabudhe, Esq.
*Attorneys for Defendant-Appellant*
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000

i

# TABLE OF CONTENTS

**Page**

**Volume 1**

District Court Docket List..........................................  A-1

Amended Complaint, dated March 27, 2019 .............  A-34

Answer to Amended Complaint,
    dated April 15, 2019 ...............................................  A-56

Notice of Motion to Dismiss, dated April 24, 2020...  A-80

Memorandum of Law in Support of Defendants'
    Motion to Dismiss, dated April 24, 2020...............  A-82

Supporting Declaration, dated April 24, 2020 ...........  A-107

Exhibit A to Declaration -
Affidavit of Lt. Salvatore Losi,
sworn to on April 15, 2020....................................  A-112

Exhibit B to Declaration -
P-73 of Mark R. Stambach, dated November 16,
2004, and Notes......................................................  A-114

Exhibit C to Declaration -
Plaintiff's Deposition Transcript,
dated March 15, 2018.............................................  A-117

**Volume 2**

Exhibit D to Declaration -
Mark Stambach's Deposition Transcript,
dated January 23, 2019...........................................  A-241

ii

**Page**

**Volume 3**

Exhibit D to Declaration -
Mark Stambach's Deposition Transcript,
dated January 23, 2019 ........................................... A-491

Exhibit E to Declaration -
Criminal Case Court Proceedings Notes ............... A-535

Exhibit F to Declaration -
Plaintiff's Statement and Spanish Miranda Rights
Card ......................................................................... A-539

Exhibit G to Declaration -
Edwin Torres' Deposition Transcript,
dated August 30, 2019 ........................................... A-543

**Volume 4**

Exhibit G to Declaration -
Edwin Torres' Deposition Transcript,
dated August 30, 2019
(Continued) ............................................................. A-741

Exhibit H to Declaration -
P-73 of Mark J. Vaughn, dated November 15,
2004 ......................................................................... A-746

Exhibit I to Declaration -
Indictment ............................................................... A-748

Exhibit J to Declaration -
Portions of *Huntley* Hearing Transcript Provided
by Plaintiff in Discovery ....................................... A-753

Exhibit K to Declaration -
Answering Affidavit of Assistant District
Attorney Kenneth F. Case,
dated February 22, 2005 ......................................... A-882

iii

**Page**

Exhibit L to Declaration -
Transcripts of Plaintiff's guilty plea on March
22, 2006 and sentencing on June 16, 2006 and
Memorandum and Order Affirming the
Conviction ................................................................. A-889

Exhibit M to Declaration -
Correspondence and Reply to the People's
Opposing Affidavit ................................................... A-913

Exhibit N to Declaration -
Moving Papers and Correspondence Filed in
Opposition to Plaintiff's CPL 440 Motion by the
District Attorney's Office ......................................... A-935

Exhibit O to Declaration -
P-73 of David Sadlocha,
dated November 16, 2004 ......................................... A-976

Exhibit P to Declaration -
Memorandum and Order Deciding *Huntley*
Hearing ..................................................................... A-977

Exhibit Q to Declaration -
Mark Stambach Notes,
dated September 30, 2005 ......................................... A-981

**Volume 5**

Exhibit R to Declaration -
Decision & Order Deciding Plaintiff's CPL 440
Motion ....................................................................... A-983

Statement of Undisputed Facts,
dated April 24, 2020 ................................................. A-1056

Declaration of Alan J. Pierce, Esq.,
dated July 3, 2020 .................................................... A-1063

iv

**Page**

Plaintiff's Response to Defendants' Statement of
Material Facts, dated July 3, 2020 ........................ A-1066

Exhibit 1 to Pierce Declaration -
Orders of Hon. Thomas Franczyk dated
December 9, 2014 and May 8, 2015 in *People v.
Ortiz*, Indictment No. 02630-04 ........................... A-1069

Exhibit 2 to Pierce Declaration -
Defendants' Response to Plaintiff's First
Interrogatories and First Request for Production
of Documents, dated February 24, 2017 ............... A-1071

Exhibit 3 to Pierce Declaration -
Transcript of the Deposition of Geraldo Rondon,
taken on March 13, 2019 ....................................... A-1091

**Volume 6**

Exhibit 3 to Pierce Declaration -
Transcript of the Deposition of Geraldo Rondon,
taken on March 13, 2019
(Continued)............................................................ A-1233

Exhibit 4 to Pierce Declaration -
Transcript of the Deposition of Mary Evans,
taken on January 24, 2019 .................................... A-1238

Exhibit 5 to Pierce Declaration -
Documents in Exhibit B, Part 3............................ A-1372

Exhibit 6 to Pierce Declaration -
P-73 Forms Contained in Stambach Deposition
Exhibit 6 ............................................................... A-1450

v

Page

**Volume 7**

Exhibit 7 to Pierce Declaration -
BPD Synopsis of the Camacho Murder
Investigation ............................................................ A-1473

Exhibit 8 to Pierce Declaration -
Statement of Witness Jexlyn Mary Rosario given
to the BPD on November 12, 2004 ...................... A-1499

Exhibit 9 to Pierce Declaration -
Declaration of Hon. Kenneth Case, submitted in
March 2018 in the companion case *Ortiz v. Case*,
16-CV-322 ............................................................ A-1502

Exhibit 10 to Pierce Declaration -
Declaration of Hon. Frank Sedita, submitted in
March 2018 in the companion case *Ortiz v. Case*,
16-CV-322 ............................................................ A-1505

Exhibit 11 to Pierce Declaration -
Documents in Exhibit B, Parts 1 & 2 ................... A-1512

Exhibit 12 to Pierce Declaration -
Transcript of the Deposition of Dr. Evelyn
Coggins, taken on October 1, 2018 ...................... A-1597

Exhibit 13 to Pierce Declaration -
Defendants' Initial Disclosures,
dated February 24, 2017 ....................................... A-1700

Exhibit 14 to Pierce Declaration -
Josue Ortiz's Verified Claim,
dated May 13, 2015 .............................................. A-1706

**Volume 8**

Exhibit 15 to Pierce Declaration -
Stambach Deposition Exhibits 2 and 17 ............... A-1725

vi

**Page**

Plaintiff's Memorandum of Law in Opposition to
  Defendants' Motion to Dismiss, and for
  Judgment on the Pleadings and/or Summary
  Judgment, dated July 5, 2020 ............................... A-1733

City of Buffalo Department of Law, Exhibit D ......... A-1760

Reply Memorandum of Law in Further Support of
  Defendants' Motion to Dismiss,
  dated July 24, 2020 ................................................ A-1789

Decision and Order of the Honorable Elizabeth A.
  Wolford, dated February 26, 2021 ........................ A-1800

Plaintiffs' Proposed Jury Instructions,
  dated April 1, 2022 ................................................ A-1837

Defendants' Proposed Jury Instructions,
  dated April 1, 2022 ................................................ A-1861

Plaintiffs' Reply Motions in Limine,
  dated April 6, 2022 ................................................ A-1924

Defendant's Objections to Plaintiff's Proposed Jury
  Instructions, dated April 6, 2022 ........................... A-1933

**Volume 9**

Transcript of Proceedings, dated April 11, 2022 ........ A-1937

Stipulation of Undisputed Facts,
  dated April 27, 2022 .............................................. A-1996

Trial Transcript, Preliminary Instructions and
  Opening Statements, dated May 3, 2022 ............... A-2001

Trial Transcript, dated May 4, 2022 .......................... A-2053

vii

**Page**

Plaintiff's Witnesses:

| | | | |
|---|---|---|---|
| E. Coogins | Direct | | A-2054 |
| | Cross | | A-2116 |
| J. Ortiz | Direct | | A-2125 |

**Volume 10**

Trial Transcript, dated May 4, 2022 (Cotinued) ............................................................ A-2187

| | | | |
|---|---|---|---|
| M. Vaughn | Direct | | A-2189 |
| | Cross | | A-2219 |
| | Redirect | | A-2225 |
| J. Lonergan | Direct | | A-2229 |
| | Cross | | A-2281 |
| | Redirect | | A-2284 |
| | Recross | | A-2287 |

Trial Transcript, dated May 5, 2022 ......................... A-2297

| | | | |
|---|---|---|---|
| M. Stambach | Direct | | A-2299 |
| | Cross | | A-2361 |
| | Redirect | | A-2384 |
| J. Ortiz | Direct | | A-2393 |
| | Cross | | A-2426 |

**Volume 11**

Trial Transcript, dated May 6, 2022 ......................... A-2467

| | | | |
|---|---|---|---|
| M. Evans | Direct | | A-2470 |
| | Cross | | A-2495 |
| M. Lauber | Direct | | A-2504 |
| | Cross | | A-2518 |

Trial Transcript, May 9, 2022 .................................. A-2554

viii

**Page**

| J. Ortiz | Direct | A-2599 |
| | Cross | A-2653 |
| | Redirect | A-2671 |
| | Recross | A-2674 |

Trial Transcript, Closing Arguments, May 9, 2022 ... A-2594

**Volume 12**

Trial Transcript, Closing Arguments, May 9, 2022
(Continued) .............................................................. A-2717

Jury Questionnaire, dated May 9, 2022 ..................... A-2760

Jury Questionnaire, Damages, dated May 9, 2022 .... A-2764

Judgment in a Civil Case, dated May 10, 2022 ......... A-2766

Notice of Motion, by Plaintiff, for Attorneys' Fees,
dated May 20, 2022 ............................................... A-2767

Declaration of Wayne C. Felle, Esq., for Plaintiff, in
Support of Motion, dated May 20, 2022 ............... A-2768

    Exhibit A to Felle Declaration -
    Ledger ................................................................... A-2773

    Exhibit B to Felle Declaration -
    Invoices for Services ........................................... A-2792

Plaintiff's Memorandum of Law in Support of his
Motion for Attorneys' Fees and Costs,
dated May 20, 2023 ............................................... A-2823

Notice of Motion, by Defendant, for Judgment as a
Matter of Law Pursuant to Fed. R. Civ. P. 50(b), a
new trial Pursuant to Fed. R. Civ. P. 59(a), and
for Remittur Pursuant to Fed. R. Civ. P. 59(e),
dated June 7, 2022 ................................................. A-2846

ix

**Page**

Declaration of Peter A. Sahasrabudhe, Esq., for
   Defendant, in Support of Motion,
     dated June 7, 2022 ................................................ A-2848

   Exhibit A to Sahasrabudhe Declaration -
   Trial Exhibits Entered by Counsel for
   Plaintiff .................................................................. A-2862

   Exhibit B to Sahasrabudhe Declaration -
   Trial Exhibits Entered by Counsel for
   Defendant ............................................................... A-2909

Memorandum of Law in Support of Motion for
   Judgment as a Matter of Law Under Fed. R. Civ.
   P. 50(b), dated June 7, 2022 .................................... A-2918

Declaration of Peter A. Sahasrabudhe in Opposition
   to Plaintiff's Motion for Attorneys' Fees,
     dated June 10, 2022 .............................................. A-2946

**Volume 13**

Defendants' Memorandum of Law in Opposition to
   Plaintiff's Motion for Attorneys' Fees,
     dated June 10, 2022 .............................................. A-2987

Declaration of Wayne C. Felle, Esq., for Plaintiff, in
   Opposition to Defendant's Post Trial Motion,
     dated June 28, 2022 .............................................. A-3013

Plaintiff's Memorandum of Law in Opposition to
   Defendant's Post Trial Motions,
     dated June 28, 2022 .............................................. A-3023

Reply Memorandum of Law in Further Support of
   Defendant's Motion for Judgment as a Matter of
   Law, a New Trial, or Remittitur,
     dated July 8, 2022 ................................................ A-3071

x

|                                                                                          | Page   |
|------------------------------------------------------------------------------------------|--------|
| Decision and Order of the Honorable Elizabeth A. Wolford, dated February 17, 2022 ........................ | A-3090 |
| Transcript of Oral Argument, dated January 31, 2023 .......................................... | A-3112 |
| Notice of Appeal, by Defendant, March 10, 2023 ..... | A-3159 |

```
 1              I'm sorry, it's not.

 2    A.  No, it is not.

 3    Q.  When you look at the P73 under Exhibit 6, Bates 1186,

 4        you're not referring to that, are you?  There's a

 5        description of the assailants there.

 6    A.  Yes, but again, I'm referring to it as the height.  I

 7        became aware of that.  Now when you're showing that to

 8        me and it's not six foot, I agree.

 9    Q.  Correct.  And do you recall seeing any Witness

10        Statement form, before arresting Mr. Ortiz, where a

11        witness suggested that the assailants were more than

12        six foot tall?

13            MR. QUINN:  Object to the form.  A trick

14        question.  You can answer.

15            THE WITNESS:  No.

16            MR. FELLE:  I'm going to show you what we've had

17        marked as Exhibit 18 for a reference to a recorded

18        typed Statement of Jeilyn Mary Rosario dated November

19        11th of 2004.  Can you take a look at that?

20            MR. FLYNN:  What was the date on there?

21

22    BY MR. FELLE:

23    Q.  The 11th.
```

| | |
|---|---|
| 1 | A. This Statement was in the file before I did the |
| 2 | interview. |
| 3 | Q. It was, okay.  Do you recall seeing that before you |
| 4 | questioned my client? |
| 5 | A. Absolutely, yes. |
| 6 | Q. Do you see, on page two where Ms. Rosario was asked, |
| 7 | first of all, to establish her relationship.  In this |
| 8 | Statement, she states she's the girlfriend of Nelson |
| 9 | Camacho. |
| 10 | A. Correct. |
| 11 | Q. Does she also testify, on page two when asked, "Who |
| 12 | would want to kill Nelson Camacho?"; what is her |
| 13 | answer? |
| 14 | A. Hispanic male; Montalvo. |
| 15 | Q. Misael? |
| 16 | A. Montalvo is what she answered. |
| 17 | Q. First name is Misael; right? |
| 18 | A. M-I-S-A-E-L and Montalvo is M-O-N-T-A-L-V-O. |
| 19 | Q. That was a Statement given to the Major Crimes Unit? |
| 20 | A. Detective Reginal Minor. |
| 21 | Q. On November 11th, the date that the crime was |
| 22 | committed -- |
| 23 | A. Yes. |

1    Q. -- did you follow up on the lead?

2    A. No.

3            MR. QUINN:  Object to the form.

4

5    BY MR. FELLE:

6    Q. Are you aware of Nick following up to talk to

7        Mr. Montalvo?

8    A. No.

9    Q. Did you have any reason to discredit the Statement of

10       Mr. Montalvo?

11           MR. QUINN:  Object to the form.

12           THE WITNESS:  No.

13

14   BY MR. FELLE:

15   Q. In fact, we know now that Mr. Montalvo was the

16       perpetrator of the crime; he was the one that was

17       convicted of that murder?

18   A. I do not know that.

19   Q. If I can tell you he's -- I can't tell you.

20           MR. QUINN:  He just said he doesn't know.

21           MR. FELLE:  Your office had this information,

22       this Statement of Mr. Osario that identified a person

23       who had motive to want to kill the Camacho Brothers;

A-494

257

```
 1       correct --
 2            MR. QUINN:  Object to the form.
 3            THE WITNESS:  Yes.
 4   BY MR. FELLE:
 5   Q.  -- according to the witness?
 6   A.  Yes.
 7   Q.  Are you aware -- before you arrested Mr. Ortiz, were
 8       you aware that this lead was followed up and
 9       Mr. Montalvo was discussed?
10   A.  Repeat that again, please.
11   Q.  Are you aware whether or not there was any follow-up
12       on this Statement and whether or not Mr. Montalvo was
13       interviewed by your office with respect to the
14       commission of this crime?
15            MR. QUINN:  Object to the form.  He's already
16       answered that question.
17            THE WITNESS:  I don't know.
18            MR. FELLE:  We had spoken earlier with respect
19       to Exhibit 6 that on November 12th, 2004, an anonymous
20       tip came in that identified three perpetrators of the
21       crime?
22            MR. QUINN:  Object to the form.  What is the
23       question?
```

MCCANN & MCCANN REPORTING

A-495

258

```
 1    BY MR. FELLE:

 2    Q.  That exhibit -- the page that I turned you to is Bates

 3        Number 1170, right?  That P73 is from an anonymous tip

 4        where three individuals are identified.  The caller

 5        states, "They have been involved in that crime.";

 6        correct, the murders?

 7    A.  Yes.

 8    Q.  Are you aware that before you arrested Mr. Ortiz, that

 9        there was any follow-up with respect to that tip?

10            MR. QUINN:  Object to the form.

11            THE WITNESS:  No.

12

13    BY MR. FELLE:

14    Q.  Was the caller interviewed, that you're aware of?

15    A.  It's an anonymous call.

16    Q.  You identified the phone they called from?

17            MR. QUINN:  Answer his question.

18            THE WITNESS:  I don't know.

19            MR. FELLE:  Did you have any information

20        relative to the information contained on this P73?

21        Did you have any information pertaining to a follow-up

22        with respect to those three suspects before you

23        arrested Mr. Ortiz?
```

MCCANN & MCCANN REPORTING

```
 1           MR. QUINN:  Object to the form.

 2           THE WITNESS:  I don't know.

 3           MR. FELLE:  Other than Mr. Ortiz, did your

 4      office make any other arrests with respect to the

 5      commission of that crime?

 6           MR. QUINN:  Object to the form.

 7           THE WITNESS:  No.

 8           MR. FELLE:  Did that continue to be an open case

 9      with respect to the two other perpetrators of the

10      murder?

11           MR. QUINN:  Object to the form.

12           THE WITNESS:  Yes.

13           MR. FELLE:  Did you, in any way, contribute to

14      the ongoing investigation of that case after the

15      arrest of Mr. Ortiz?

16           MR. QUINN:  Object to the form.

17           THE WITNESS:  No.

18           MR. FELLE:  Would it be fair to say then that

19      your only involvement in the investigation of the

20      murders of Nelson and Miguel Camacho on November 11th,

21      2004 was the interview and purported confession of my

22      client; Mr. Ortiz?

23           MR. QUINN:  Object to the form.  You can answer.
```

```
 1              THE WITNESS:  Yes.

 2              MR. FELLE:  At some subsequent point in time,

 3       you brought to light a Statement from a jailhouse

 4       informant; a person by the name of Ronnie Williams; do

 5       you know him?

 6              MR. QUINN:  Object to the form.

 7              THE WITNESS:  You know, I do know Mr. Williams.

 8       He's been a criminal for over thirty years.  Don't

 9       know if I ever interviewed him about this case or not.

10       I'm sorry.

11              MR. FELLE:  As you testify today, are you aware

12       that you took a Statement from Mr. Williams that you

13       submitted to the DA's Office in support of the

14       prosecution of Mr. Ortiz?

15              THE WITNESS:  I don't recall it.  I'm sorry.

16

17          (Whereupon the reporter marked Exhibit 19,

18           handwritten notes regarding Ronnie Williams, for

19           identification.)

20

21       BY MR. FELLE:

22       Q.  So before we talk about this, I want to tell you;

23           generally speaking, how did you know Ronnie Williams?
```

1    A.  I arrested him on numerous occasions and he's a huge

2        major supplier of drugs in the Buffalo, Western New

3        York area.

4    Q.  Had Mr. Williams, on occasion, been a confidential

5        informant for you?

6            MR. QUINN:  Objection.  I don't want to get into

7        trouble on this, so --

8            MR. FELLE:  He's deceased now, so there's no

9        confidential --

10           THE WITNESS:  I don't recall if he gave us any

11       information that led to his arrest or conviction.  I

12       don't recall.  I've had conversations with him on

13       numerous occasions.

14

15   BY MR. FELLE:

16   Q.  Those conversations, would they have been pertaining

17       to him as a suspect?

18   A.  No.  Mostly chit-chat, like sports.  Whenever I came

19       into contact with him, whether he was being arrested

20       or whether he was going to give some information, I

21       know I interviewed him on several occasions on

22       different things.

23           But on this particular case, unless you have

1    something you can show me, I don't recall.  I'm sorry.

2  Q.  When you say that when you saw Mr. Williams, you would

3      chit-chat about sports and other things --

4  A.  Yes.

5  Q.  -- more on a social basis?

6  A.  Absolutely.  We would stop him in a car.  I was on the

7      NARS Spot also.  I was a detective assigned to the

8      NARS Spot for a little while.  We would actually stop

9      him and talk to him.

10  Q.  So over the years, you were just familiar with him;

11      correct?

12  A.  Yes.

13  Q.  Even when you weren't, in fact, going to arrest him or

14      he wasn't the suspect in any crime, you would see him

15      and you would stop him and you would talk?

16          MR. QUINN:  Objection to the form.

17          THE WITNESS:  Yes.

18          MR. FELLE:  Is that what you're testifying to?

19      Okay.  And in November of 2004 was Mr. Williams -- at

20      that point, was he free or an incarcerated person?

21          MR. QUINN:  Are you referring to a document?

22          THE WITNESS:  If I could see a document, I could

23      hit it right on the head.

```
 1    BY MR. FELLE:

 2    Q. This doesn't tell me any of that (indicating.)  The

 3       document may not tell me that, but I'm asking you,

 4       generally speaking.

 5    A. I don't recall.

 6    Q. Do you know when the last time you arrested

 7       Mr. Williams was?

 8    A. Oh, my gosh.  Maybe over thirty, forty years ago.

 9    Q. And had Mr. Williams, at any time, been a jailhouse

10       informant for you on any case?

11            MR. QUINN:  Object to the form.

12            THE WITNESS:  No.

13            MR. FELLE:  With respect to Mr. Ortiz's case,

14       did you have a conversation with Mr. Williams about

15       information that he may have obtained from Mr. Ortiz?

16            MR. QUINN:  Asked and answered.  If you want to

17       show him the document you're holding in your hand, you

18       can move things along.

19

20    BY MR. FELLE:

21    Q. I'll show you Exhibit 19.  It's been marked as a

22       two-page document in handwritten form.  I'll ask you,

23       first of all, is that your handwriting?
```

A-501

264

```
 1    A.  Yes, it is.

 2    Q.  And what does the document purport to be?

 3    A.  My handwritten notes.

 4    Q.  Pertaining to --

 5    A.  Ronnie Williams.

 6    Q.  Is that a discussion that you had with Mr. Williams?

 7    A.  Yes, it is.

 8    Q.  What date does it purport to have taken place?

 9    A.  2005; September the 30th.

10    Q.  Is that -- those handwritten notes, do they suggest at

11        that time Mr. Williams gave you information pertaining

12        to Mr. Ortiz?

13             MR. QUINN:  Object to the form.

14             THE WITNESS:  If I could just take a minute and

15        read the whole entire thing, please.

16

17    BY MR. FELLE:

18    Q.  Sure.

19    A.  These are my handwritten notes.  There should be a

20        document, too.  This should be a P73.

21    Q.  Let me ask you about that.  Is it the Policies &

22        Procedures of your office that you would complete a

23        P73 based on the handwritten notes that we have shown
```

MCCANN & MCCANN REPORTING

A-502

265

1      in Exhibit 19?

2   A.  Yes.

3           MR. QUINN:  Object to the form.

4           MR. FELLE:  If that is missing from the file,

5      how would you explain that?

6           MR. QUINN:  Object to the form.  You're asking

7      him to assume something.

8           THE WITNESS:  It could be misplaced.  It could

9      be in a different folder.  We have hundreds upon

10      hundreds of cases that we investigate.

11

12   BY MR. FELLE:

13   Q.  When you came in today, you brought a folder that had

14      the documents that you prepared; including the other

15      P73 pertaining to your interview with Mr. Ortiz.  Does

16      that file have the P73 pertaining to your discussion

17      with Mr. Williams?

18   A.  No, it does not; nor did it have my notes.  You've

19      refreshed my recollection and I do remember

20      interviewing him at jail where Mr. Ortiz admitted to

21      committing the homicide.

22   Q.  With respect to your involvement with Mr. Williams,

23      again, I asked you if he had ever been a jailhouse

A-503

266

```
 1          informant.  That's certainly what he was in this case,

 2          correct, according to your handwritten notes?

 3    A.  He was acting as an informant, yes.

 4              MR. QUINN:  Object to the form.

 5

 6    BY MR. FELLE:

 7    Q.  Did he ever do that for you before?

 8    A.  No, he did not.

 9    Q.  Do you know if he was called to testify; Mr. Williams?

10              MR. QUINN:  At what point?

11              MR. FELLE:  At any point of the investigation

12          and prosecution of Mr. Ortiz.

13              MR. QUINN:  That's a broad question.  You can

14          answer.

15              THE WITNESS:  I don't know.

16              MR. FELLE:  As a result of his cooperation and

17          providing you with this Statement, did you forward him

18          any leniency or courtesy?

19              MR. QUINN:  Object to the form.

20              THE WITNESS:  Absolutely not.

21

22    BY MR. FELLE:

23    Q.  When is the last time that you spoke to Mr. Williams?
```

MCCANN & MCCANN REPORTING

```
 1    A. That day.
 2    Q. What was the occasion by which you spoke to him this
 3       day; did he call you or --
 4    A. We were informed that there was a person that wanted
 5       to be interviewed at the Holding Facility in regards
 6       to the homicide and I went over and spoke to him.
 7    Q. I asked you earlier if, at any time, after the taking
 8       of the Statement of Mr. Ortiz and then his arrest, if
 9       you had any involvement in the investigation.  I don't
10       think you recalled this; is that a fair statement?
11    A. I didn't and you are correct.
12    Q. Now, having reviewed this document we've had marked as
13       Exhibit 19, you had some further involvement; correct?
14           MR. QUINN:  Object to the form.  The question,
15       I'm not sure, is a fair characterization.
16           THE WITNESS:  You are correct.
17           MR. FELLE:  Would it be fair to say upon
18       obtaining this Statement from Mr. Williams, you
19       supplied that to the DA's Office?
20           MR. QUINN:  Objection to the form.
21           THE WITNESS:  That's not a Statement, it's an
22       interview and there would have been a P73 and I
23       believe that would have had to have gone in the file.
```

MCCANN & MCCANN REPORTING

1       And again, I don't know where it is.

2               MR. FELLE:  But that would be the Policies &

3       Procedures of your office, that a P73 would go into

4       the homicide file; correct?

5               MR. QUINN:  Object to the form.

6               THE WITNESS:  It is.

7               MR. FELLE:  At any time was a photo array used

8       to identify Mr. Ortiz as the perpetrator of the crime?

9               MR. QUINN:  Object to the form.

10              THE WITNESS:  No, sir.

11              MR. FELLE:  At any time was the -- was a photo

12      array used at any time, that you're aware of, during

13      the investigation of those murders?

14              MR. QUINN:  Object to the form.

15              THE WITNESS:  No, sir.

16

17          (Whereupon the reporter marked Exhibit 20, a P73 of

18          Gugliuzza, for identification.)

19

20              MR. FELLE:  Detective, I'm going to show you

21      what's been marked as Exhibit 20.  It's a P73 form,

22      five pages in length, prepared by Detective Mary Evans

23      on November 11th, 2004.  Have you seen that document

 1          before today?

 2                  MR. QUINN:  Why don't you review it, it's a

 3          number of pages long, if you can afford that

 4          opportunity prior to questioning?

 5                  MR. FELLE:  Sure.

 6                  THE WITNESS:  Never seen that page before

 7          (indicating.)

 8

 9    BY MR. FELLE:

10    Q.  Looking at the first page, bottom paragraph, you and I

11          previously looked for a Statement from Ms. Rosario,

12          the girlfriend of Nelson Camacho.  She testified that

13          Misael Montalvo might have motive to murder the

14          Camacho Brothers; correct?

15    A.  Yes.

16    Q.  Yes?  Do you see in a Statement Ms. Rosario gave to

17          the detective; last paragraph, last sentence.  Do you

18          see that she asked her, "Who would want to kill Nelson

19          and Miguel Camacho?"

20    A.  Yes.

21    Q.  Do you see that?

22    A.  Yes, I do right now.

23    Q.  What does she say in the response to the P73?

MCCANN & MCCANN REPORTING

A-507

270

```
 1            MR. QUINN:  Are you asking him to read it?

 2            MR. FELLE:  Okay.

 3            THE WITNESS:  Misael Montalvo.

 4            MR. FELLE:  This is another instance of the

 5       investigation having documentation pointing to a

 6       particular suspect according to Ms. Rosario; correct?

 7            MR. QUINN:  Object to the form.

 8            THE WITNESS:  Yes.

 9            MR. FELLE:  Are you aware of follow-up to this

10       P73 and the information contained, relative to Misael

11       Montalvo?

12            THE WITNESS:  No.

13            MR. QUINN:  Object to the form.

14

15   BY MR. FELLE:

16   Q.  The name Udah, U-D-A-H, that was contained in your

17       notes.  I think I asked you earlier if you knew whose

18       name is referred to; was that a Hidalgo,

19       H-I-D-A-L-G-O?

20   A.  No, that's a nickname.  Udah is a nickname; U-D-A-H.

21   Q.  And do you know if his real name was Hidalgo?

22   A.  No, I have no idea.

23   Q.  Okay.  With respect to that tip that Udah might have
```

MCCANN & MCCANN REPORTING

1      been involved in the commission of the crime, did you

2      do anything to follow up on that tip?

3  A.  No, sir.

4          MR. QUINN:  Object to the form.

5

6  BY MR. FELLE:

7  Q.  Did you do anything to identify who Udah might be?

8  A.  No, sir.

9  Q.  During the course of the prosecution of Mr. Ortiz, did

10     you ever provide any testimony surrounding the

11     obtaining of the confession from him?

12         MR. QUINN:  Object to the form.

13         THE WITNESS:  No, I don't believe I did.

14         MR. FELLE:  With respect to the Huntley Hearing,

15     why was it that you didn't give testimony at the

16     Huntley Hearing?

17         MR. QUINN:  He can't answer that.  The DA is an

18     attorney.  The District Attorney decided what happened

19     there.

20

21  BY MR. FELLE:

22  Q.  Were you asked to be present to give testimony?

23  A.  No.

1    Q.  Do you know what a Huntley Hearing is?

2    A.  Absolutely.

3    Q.  Is it fair to say that it's a hearing to have a Judge

4         decide whether Statements should be held in the

5         prosecution of a suspect; would that be a fair

6         statement?

7    A.  Very fair, yes.

8    Q.  And this Statement, the confession, as you testified,

9         is the only thing -- form of evidence, I should say,

10        for which you arrested and prosecuted Mr. Ortiz for

11        the murders; correct?

12             MR. QUINN:  Object to the form.  That's a

13        compound question and it's completely inflectable.

14             THE WITNESS:  I'm sorry.  I lost you.

15             MR. FELLE:  Is the reported confession you took

16        from Mr. Ortiz, that was the sole basis for you to

17        arrest him?

18             MR. QUINN:  Object to the form.  He already

19        testified about the District Attorney's Office, but --

20             THE WITNESS:  Yes.

21             MR. FELLE:  Again, to be clear; after you

22        arrested him based on that investigation, did you do

23        any investigation work to check the evidence of the

```
 1        scene of the crime; any evidence taken from the scene

 2        of the crime to corroborate that confession?

 3             MR. QUINN:  Object to the form.  You can answer.

 4             THE WITNESS:  To corroborate, yes.  I previously

 5        told you about it.  I viewed the photos.

 6             MR. QUINN:  He's asking after, I believe.

 7             MR. FELLE:  Correct.  After.

 8             THE WITNESS:  No.

 9

10   BY MR. FELLE:

11   Q.  After taking the purported confession, did you do

12        anything to corroborate that Statement?

13   A.  No.

14   Q.  Through the multimedia sources that you saw pertaining

15        to the exoneration of Mr. Ortiz, did you also see the

16        perpetrators of this crime were arrested?

17             MR. QUINN:  Again, we've been through all this

18        before.  Asked and answered.

19             THE WITNESS:  My answer is "yes", again.

20             MR. FELLE:  Okay.  I'm going to go through their

21        names.  I want to ask you if you've had any

22        affiliations with them at any time in your career.

23
```

MCCANN & MCCANN REPORTING

A-511

274

```
 1    BY MR. FELLE:

 2    Q.  M-I-S-A-E-L, M-O-N-T-A-L-V-O; also known as M-I-S-A?

 3    A.  No.

 4    Q.  Had you ever been involved in an arrest of him at any

 5         time in your career?

 6    A.  No.

 7    Q.  How about E-F-R-A-I-N, H-I-D-A-L-G-O; also known as

 8         Cheko, C-H-E-K-O?

 9    A.  No.

10    Q.  Had you ever had any dealings with him in your -- in

11         your time as a Buffalo Police Officer or Detective?

12    A.  No.

13              MR. QUINN:  Object to the form.

14

15    BY MR. FELLE:

16    Q.  How about Brandon J-O-N-A-S?

17    A.  No.

18    Q.  Any prior dealings with Mr. Jonas?

19    A.  No.

20              MR. QUINN:  Object to the form.

21

22    BY MR. FELLE:

23    Q.  Frank Matias, M-A-T-I-A-S, known as M-A-C-H-O?
```

MCCANN & MCCANN REPORTING

A-512

275

```
 1      A.  No.  No.

 2      Q.  No dealings with any of those individuals?

 3      A.  No, sir.

 4      Q.  I think I'm just about done, sir.

 5              I want to ask you; since becoming aware, through

 6          those multimedia sources, that the conviction of

 7          Mr. Ortiz was an error, did you ever go back and check

 8          anything with respect to your involvement in that case

 9          to see if there was something that was missed?

10              MR. QUINN:  Object to the form.  You've already

11          asked these questions; all of them.

12              THE WITNESS:  The answer is no.

13              MR. FELLE:  Was there any change in the policies

14          and/or procedures of the Buffalo Police Department as

15          a result of the exoneration of Mr. Ortiz?

16              MR. QUINN:  Object to the form.

17              THE WITNESS:  The answer is, no.

18

19      BY MR. FELLE:

20      Q.  Other than what you've told us about the interview

21          with someone from the U.S. Attorney General's Office,

22          did you ever provide an interview and/or have a

23          discussion with Mary Evans of the Cold Case Unit in
```

Case 23-352, Document 51, 06/27/2023, 3534006, Page34 of 261

```
 1        the Buffalo Police Department?

 2    A.  An interview directly with her?

 3    Q.  Correct.

 4    A.  No.

 5    Q.  Did you ever have any discussion with her about your

 6        involvement in Mr. Ortiz's arrest?

 7            MR. QUINN:  Object to the form.  Can we go off

 8        the record?

 9        (Whereupon a discussion was held off the record.)

10

11    BY MR. FELLE:

12    Q.  Again the question is; did you have any conversation

13        with Mary Evans about the arrest of Mr. Ortiz?

14    A.  Yes.

15    Q.  Any of those conversations, were they memorialized --

16            MR. QUINN:  Object to the form.

17

18    BY MR. FELLE:

19    Q.  -- put in writing?

20    A.  I don't know.

21    Q.  Were any of them recorded; if you know?

22    A.  They were definitely not recorded.

23    Q.  Were they in person?
```

A-514

277

```
 1     A.  Yes.

 2     Q.  And where did they take place?

 3     A.  The U.S. Attorney's Office.

 4     Q.  Fair enough.  Have you ever been interviewed by any

 5         reporters pertaining to this case?

 6     A.  I don't speak with any reporters on any case.  The

 7         answer is, no.

 8              MR. FELLE:  That's all I have.

 9              THE WITNESS:  Thank you.

10              MR. FLYNN:  I have no questions for you.

11              MR. QUINN:  No questions.

12              MR. FELLE:  Run.

13

14

15                  *   *   *   *   *   *   *

16

17

18

19

20

21

22

23
```

MCCANN & MCCANN REPORTING

Case 23-352, Document 51, 06/27/2023, 3534006, Page36 of 261

A-515

278

```
1              WITNESS SIGNATURE CERTIFICATION

2

3          I, MARK R. STAMBACH, the witness whose

4    testimony appears hereinbefore do hereby certify

5    and sign my name saying that I have read my

6    foregoing testimony of the official transcript of

7    proceedings in this action, and that I agree

8    with the content and accuracy of said testimony.

9

10         IN WITNESS WHEREOF, I have hereunto

11   subscribed my name.

12

13

14   _____

                SIGNATURE OF WITNESS
15

16

17   _____

     SIGNATURE OF NOTARY PUBLIC
18

19

20   _____

     DAY       MONTH       YEAR
21

22

23
```

MCCANN & MCCANN REPORTING

```
 1    STATE OF NEW YORK      )
                 :   ss.
 2    COUNTY OF ERIE         )

 3          I WISH TO MAKE THE FOLLOWING CHANGES, FOR

 4    THE FOLLOWING REASON:

 5    PAGE          LINE        CHANGE:

 6                              REASON:

 7
                                CHANGE:
 8
                                REASON:
 9

10                              CHANGE:

11                              REASON:

12
 .
                                CHANGE:
13
                                REASON:
14

15                              CHANGE:

16                              REASON:

17
                                CHANGE:
18
                                REASON:
19

20          -------------------------------
                   (WITNESS SIGNATURE)
21
      SUBSCRIBED AND SWORN TO BEFORE ME THIS
22
      _____ DAY OF_____, 20____.
23
      NOTARY PUBLIC
```

MCCANN & MCCANN REPORTING

```
 1              C E R T I F I C A T I O N

 2    STATE OF NEW YORK
      COUNTY OF ERIE
 3

 4         I, LISA A. PETERSON, Notary Public in and for

 5    the State of New York do hereby certify:

 6         That the transcript appearing hereinbefore was

 7    taken pursuant to notice at the time and place as

 8    herein set forth; that said transcript was

 9    stenographically recorded through machine shorthand by

10    me and thereafter computer transcribed into laser

11    printing.

12         I HEREBY CERTIFY, that the foregoing transcript

13    is a full, true and correct transcription of my

14    machine shorthand notes so taken.

15         IN WITNESS WHEREOF, I have hereunto subscribed

16    my name and affixed my stamp this 11th day of March

17    2019.

18

19

20                        BY: _____

21                             LISA A. PETERSON

22

23
```

MCCANN & MCCANN REPORTING

**'**

**'04** [3] - 14:5, 56:21, 56:22

**0**

**04-242** [1] - 9:10
**040929** [3] - 3:5, 7:2, 9:9

**1**

**10** [2] - 45:3, 52:3
**100** [1] - 3:15
**1010** [1] - 9:12
**102** [1] - 3:16
**1075** [1] - 10:4
**1076** [1] - 10:4
**11** [6] - 53:6, 53:7, 53:13, 53:16, 54:10, 105:20
**11-12** [2] - 3:10, 44:3
**11/11/04** [2] - 34:16, 98:8
**11/12/04** [1] - 54:5
**11/16/04** [1] - 106:14
**110** [1] - 4:5
**1103** [1] - 5:9
**1170** [2] - 87:4, 129:2
**1183** [1] - 15:12
**1186** [3] - 106:12, 107:2, 125:5
**1189** [2] - 14:18, 31:22
**11th** [13] - 3:18, 7:17, 12:19, 14:4, 18:10, 36:4, 120:12, 125:21, 126:1, 126:22, 130:18, 139:15, 150:16
**12** [3] - 53:7, 55:14, 56:9
**120** [1] - 3:18
**126292** [1] - 1:6
**12th** [1] - 128:18
**13** [7] - 3:12, 82:16, 82:23, 83:6, 85:6, 90:4, 92:3
**131** [1] - 3:20
**139** [1] - 3:21
**13th** [1] - 103:3
**14** [4] - 3:13, 82:18, 83:11, 92:16
**14202** [2] - 5:10, 5:17
**14221** [2] - 5:4, 6:17
**15** [5] - 3:14, 98:1, 98:7, 99:6, 99:22

**15th** [18] - 11:2, 11:20, 15:11, 17:16, 27:12, 29:12, 30:20, 32:7, 33:17, 34:1, 34:14, 35:4, 36:17, 36:22, 79:1, 80:1, 80:6, 108:5
**16** [3] - 3:15, 100:22, 101:3
**16th** [27] - 7:14, 8:8, 16:8, 28:6, 31:8, 33:2, 33:9, 34:22, 36:1, 36:18, 37:22, 40:22, 43:6, 51:3, 56:14, 56:22, 58:10, 69:3, 76:7, 79:2, 80:17, 88:4, 89:11, 89:21, 106:6, 111:2, 116:23
**17** [6] - 3:16, 102:17, 102:21, 103:14, 104:7, 125:1
**18** [3] - 3:17, 120:10, 125:19
**19** [5] - 3:19, 131:15, 134:17, 135:19, 138:5

**2**

**2** [2] - 91:2, 102:5
**20** [4] - 3:21, 139:9, 139:13, 149:22
**2004** [35] - 3:18, 7:14, 7:17, 8:8, 11:2, 11:20, 12:19, 15:11, 17:16, 18:11, 27:12, 33:9, 34:1, 34:15, 34:22, 35:4, 36:2, 36:4, 56:15, 58:10, 69:4, 69:11, 89:22, 103:3, 105:20, 106:6, 108:5, 111:3, 116:23, 120:12, 125:21, 128:18, 130:19, 133:16, 139:15
**2005** [1] - 135:5
**2014** [1] - 18:6
**2019** [2] - 1:16, 150:17
**20:00** [1] - 106:17
**23** [2] - 1:16, 6:16
**2:30** [1] - 1:16

**3**

**3** [3] - 38:13, 39:2, 73:16
**300A** [1] - 5:16
**30th** [1] - 135:5
**350** [1] - 5:16

**4**

**43** [2] - 3:6, 3:8
**44** [2] - 3:9, 3:11

**5**

**5** [10] - 6:21, 29:2, 29:8, 29:20, 75:20, 76:19, 79:13, 80:3, 80:12, 81:18
**505-2700** [1] - 5:5

**6**

**6** [14] - 3:5, 6:23, 7:1, 9:7, 10:15, 14:17, 15:12, 31:21, 58:8, 87:4, 106:11, 109:7, 125:5, 128:18
**6024** [2] - 1:15, 5:4
**65** [1] - 5:10

**7**

**7** [10] - 2:5, 3:5, 3:6, 43:19, 44:14, 44:15, 44:20, 45:15, 47:9, 48:23
**716** [2] - 5:5, 5:11, 5:17

**8**

**8** [2] - 3:7, 43:21
**82** [2] - 3:12, 3:13
**851-4317** [1] - 5:11
**853-8437** [1] - 5:17
**879** [1] - 17:20, 47:10, 108:4

**9**

**9** [2] - 51:11, 51:14
**9-10** [2] - 3:9, 44:1
**98** [1] - 3:14

**A**

**A"** [1] - 16:1
**ability** [2] - 42:5, 123:5
**able** [5] - 57:22, 77:5
**absolutely** [1] - 65:12, 67:10, 78:4,

83:12, 102:2, 107:7, 116:20, 126:6, 133:3, 137:13, 142:13
**absurd** [1] - 96:14
**access** [2] - 7:22, 54:11
**according** [6] - 11:5, 15:22, 109:3, 128:4, 136:19, 140:20
**accumulated** [1] - 22:11
**accuracy** [2] - 25:15, 148:8
**accurate** [5] - 25:18, 25:20, 49:13, 63:5, 70:7
**accurately** [1] - 108:9
**Acevedo** [1] - 99:8
**ACEVEDO** [1] - 99:8
**acting** [1] - 136:20
**action** [1] - 148:7
**actual** [1] - 77:22
**addition** [1] - 30:16
**additional** [1] - 107:12
**administered** [1] - 73:8
**admitted** [2] - 31:8, 136:14
**aerial** [1] - 46:7
**affected** [1] - 11:7
**affiliations** [1] - 144:9
**affixed** [1] - 150:16
**afford** [1] - 139:18
**afraid** [1] - 68:14
**afternoon** [1] - 88:8
**ago** [4] - 50:15, 63:6, 124:21, 134:5
**agree** [8] - 22:10, 35:22, 59:21, 97:6, 100:8, 123:2, 125:10, 148:7
**agreed** [1] - 122:1
**AK-47** [1] - 94:6
**albeit** [2] - 22:17, 61:9
**align** [1] - 76:2
**allow** [2] - 60:16, 122:1
**allowed** [1] - 124:3
**alone** [8] - 63:22, 66:4, 66:16, 68:13, 68:23, 71:11
**alone"** [1] - 66:13
**ambulance** [1] - 12:9
**analysis** [3] - 121:12, 121:16, 121:20
**analyzing** [1] - 22:18

**AND** [1] - 149:21
**anonymous** [7] - 86:13, 86:20, 87:5, 87:13, 128:18, 129:2, 129:13
**answer** [91] - 8:11, 12:22, 14:22, 16:15, 17:8, 18:13, 18:17, 18:23, 19:8, 19:17, 22:5, 22:13, 22:21, 23:6, 23:11, 24:10, 25:3, 25:13, 27:17, 27:22, 28:13, 31:3, 32:15, 34:2, 34:17, 34:19, 35:18, 36:5, 36:15, 37:3, 37:7, 37:9, 37:16, 38:2, 39:3, 39:18, 40:1, 40:14, 41:1, 42:1, 42:7, 42:11, 43:12, 46:17, 46:21, 54:13, 56:12, 57:4, 60:3, 64:2, 75:9, 75:16, 79:8, 80:7, 80:9, 80:17, 81:12, 82:7, 85:10, 89:14, 93:23, 94:6, 95:15, 95:22, 95:23, 97:12, 101:13, 109:14, 109:16, 110:21, 113:18, 114:3, 114:8, 117:3, 118:22, 123:10, 123:11, 124:6, 124:8, 125:16, 126:14, 129:15, 130:21, 137:7, 142:6, 143:14, 144:6, 145:19, 146:1, 147:11
**answer"** [2] - 80:10, 80:11
**answered** [6] - 73:11, 90:15, 126:17, 128:15, 134:13, 144:5
**answering** [1] - 77:21
**answers** [3] - 73:10, 77:1, 93:4
**any"** [1] - 25:3
**apartment** [1] - 122:2
**apologize** [1] - 41:9
**appear** [7] - 9:13, 39:16, 45:21, 48:12, 51:15, 81:17, 118:9
**appearance** [1] - 29:23
**APPEARANCES** [1] - 5:1
**appeared** [7] - 24:14, 30:1, 30:22, 32:12,

68:9, 72:12, 73:23
  **appearing** [3] - 5:6,
5:12, 150:6
  **Appearing** [1] - 5:18
  **appreciate** [2] -
21:12, 44:7
  **approaching** [1] -
103:17
  **appropriate** [5] -
12:23, 17:7, 37:12,
37:14, 37:15
  **approximate** [1] -
76:13
  **area** [1] - 132:1
  **argue** [2] - 95:17,
96:9
  **argument** [3] -
13:13, 37:5, 122:16
  **array** [2] - 138:22,
139:4
  **arrest** [29] - 4:5,
10:7, 10:8, 10:9, 13:5,
13:14, 13:23, 27:5,
36:2, 36:12, 96:3,
110:16, 112:18,
113:1, 113:6, 115:13,
115:17, 117:1,
118:21, 120:19,
124:3, 130:13, 132:9,
133:10, 137:23,
143:5, 144:13,
146:12, 146:18
  **Arrest** [1] - 100:18
  **arrested** [21] - 14:9,
15:3, 17:17, 26:8,
27:21, 28:12, 65:19,
91:15, 100:15,
109:15, 109:20,
113:3, 128:6, 129:7,
129:21, 131:22,
132:16, 134:3,
142:21, 143:10, 144:3
  **arresting** [4] - 111:8,
111:19, 122:18,
125:12
  **Arresting/Booking**
[3] - 3:15, 100:23,
101:4
  **arrests** [2] - 13:8,
130:2
  **arrived** [3] - 70:2,
75:21, 76:3
  **arrives** [1] - 60:9
  **arriving** [2] - 25:19,
82:11
  **artifacts** [1] - 91:16
  **aspects** [4] - 9:20,
61:18, 97:22, 123:13
  **assailant** [1] -
124:12

  **assailants** [4] -
124:10, 124:16,
125:7, 125:13
  **assaulted** [1] - 108:4
  **assigned** [3] - 88:5,
115:14, 133:4
  **assist** [1] - 64:22
  **ASSISTANT** [2] - 5:8,
5:15
  **Assisted** [1] - 8:2
  **assume** [3] - 37:17,
93:14, 136:2
  **assuming** [1] - 14:15
  **attached** [3] - 47:8,
103:4, 104:7
  **attachments** [2] -
9:14, 54:7
  **attendance** [2] -
53:9, 55:20
  **attention** [5] - 31:21,
58:8, 81:10, 86:15,
87:3
  **attorney** [4] - 25:6,
27:8, 123:8, 142:7
  **Attorney** [5] - 27:6,
114:10, 119:13,
142:7, 146:4
  **ATTORNEY** [2] -
5:14, 5:15
  **Attorney's** [8] - 27:4,
112:23, 113:5,
115:15, 117:10,
119:22, 143:7, 147:7
  **attorneys** [2] - 6:7,
27:1
  **author** [4] - 16:20,
74:7, 83:3, 93:1
  **authority** [2] - 116:7,
117:14
  **authorization** [3] -
115:17, 117:9, 119:9
  **authorize** [1] -
118:21
  **authorized** [1] -
118:21
  **Autopsy** [2] - 3:10,
44:4
  **autopsy** [1] - 56:9
  **available** [4] - 7:20,
8:9, 19:4, 120:18
  **average** [1] - 100:1
  **aware** [14] - 27:20,
31:7, 42:21, 42:23,
43:3, 51:3, 52:17,
56:15, 65:9, 65:20,
69:16, 86:9, 94:21,
104:22, 106:1, 106:8,
106:23, 107:9,
108:20, 109:2, 109:8,
109:10, 113:16,

113:21, 114:1,
121:10, 121:15,
121:21, 122:3, 122:4,
123:15, 124:9, 125:9,
127:6, 128:6, 128:7,
128:10, 129:7,
129:12, 131:9, 139:4,
140:23, 145:12

**B**

  **B-L-A-D-Y** [1] -
101:17
  **background** [4] -
28:20, 68:1, 68:3,
90:13
  **bad** [1] - 41:9
  **BALL** [1] - 5:8
  **based** [8] - 12:22,
13:16, 34:10, 35:22,
36:13, 75:1, 135:18,
143:10
  **basis** [3] - 41:4,
133:2, 143:4
  **Bates** [13] - 9:10,
9:11, 10:4, 14:17,
15:12, 31:22, 44:23,
45:6, 87:4, 106:12,
107:2, 125:5, 129:1
  **beat** [1] - 78:21
  **became** [3] - 91:7,
108:20, 125:9
  **become** [5] - 18:8,
18:15, 97:22, 100:10,
122:4
  **becoming** [1] -
145:12
  **BEFORE** [1] - 149:21
  **began** [1] - 28:22
  **behavior** [1] - 12:2
  **behavioral** [1] -
68:21
  **behind** [1] - 70:23
  **belong** [1] - 20:18
  **belongs** [1] - 20:22
  **Benefits** [1] - 91:8
  **better** [1] - 23:20
  **between** [13] - 6:7,
11:14, 15:17, 16:11,
44:17, 70:8, 70:13,
75:13, 76:11, 77:14,
87:20, 103:14, 105:18
  **bit** [3] - 44:11, 59:6,
84:18
  **bizarre** [1] - 12:2
  **Blady** [1] - 101:17
  **bodies** [1] - 46:14
  **body** [3] - 48:3,
48:13, 48:18

  **booked** [1] - 111:18
  **Booking** [2] - 91:19,
101:5
  **bottom** [5] - 9:11,
83:22, 94:5, 98:11,
140:1
  **Brady** [1] - 26:21
  **Brandon** [1] - 145:1
  **break** [3] - 7:12,
90:7, 120:16
  **breather** [1] - 42:12
  **bring** [5] - 37:8,
37:18, 57:3, 57:13,
93:23
  **bringing** [5] - 37:22,
38:20, 39:21, 41:10,
58:22
  **broad** [1] - 137:6
  **broken** [1] - 57:10
  **Brompton** [1] - 6:16
  **Brothers** [12] - 7:17,
11:9, 12:19, 14:4,
17:22, 18:10, 34:16,
40:19, 105:20,
111:20, 127:22, 140:5
  **brought** [17] - 38:1,
40:7, 40:8, 40:12,
60:13, 61:4, 61:5,
61:7, 61:12, 61:23,
62:13, 63:11, 70:9,
72:2, 94:10, 131:1,
136:7
  **Buffalo** [26] - 3:7,
5:10, 5:12, 5:17, 7:15,
11:7, 11:14, 12:10,
15:19, 17:5, 17:14,
18:20, 25:9, 28:3,
29:5, 33:23, 34:13,
43:22, 65:9, 65:22,
65:23, 69:10, 131:23,
144:20, 145:21, 146:7
  **buffalo.com** [1] -
5:11
  **build** [1] - 100:2
  **building** [2] - 64:15,
64:18
  **Bureau** [15] - 17:6,
18:21, 65:1, 114:10,
114:20, 115:12,
115:13, 118:16,
118:19, 119:3, 119:8,
119:12, 119:14,
119:22, 121:1
  **BY** [129] - 2:5, 5:3,
5:9, 5:15, 7:5, 8:16,
9:5, 10:5, 11:19, 12:7,
15:1, 15:14, 16:4,
16:17, 17:12, 20:6,
20:14, 24:4, 24:12,
25:21, 26:1, 28:15,

31:6, 31:17, 33:5,
38:12, 39:5, 40:3,
40:17, 41:8, 45:11,
46:6, 47:1, 48:7, 50:5,
50:22, 52:2, 53:15,
54:15, 55:18, 57:6,
58:1, 58:17, 60:5,
61:2, 63:9, 64:13,
65:13, 66:9, 66:22,
67:21, 69:21, 71:21,
73:1, 74:19, 75:7,
75:18, 78:1, 79:22,
81:3, 82:2, 82:21,
83:21, 84:20, 85:13,
86:8, 87:16, 88:2,
89:16, 90:12, 91:11,
92:14, 93:20, 94:20,
95:5, 98:5, 98:19,
99:12, 100:14, 101:2,
101:15, 102:4,
102:20, 103:9,
103:21, 104:17,
106:5, 107:5, 107:22,
108:13, 109:9,
110:23, 112:6,
112:17, 114:18,
115:10, 116:1,
116:15, 117:6, 118:4,
119:7, 121:18,
124:11, 125:23,
127:5, 127:13, 128:3,
128:23, 129:11,
131:19, 132:12,
133:21, 134:16,
135:12, 136:6,
136:22, 137:14,
139:23, 141:5,
141:18, 142:9,
143:20, 144:10,
144:23, 145:6, 146:2,
146:16, 146:22,
150:20

**C**

  **CAD** [5] - 8:2, 10:2,
24:17, 24:18, 26:1
  **call-in** [1] - 89:20
  **caller** [2] - 129:3,
129:12
  **Camacho** [42] - 3:9,
3:11, 7:16, 11:9,
12:19, 14:4, 17:22,
18:10, 34:16, 40:19,
44:2, 44:4, 44:5,
47:16, 47:23, 48:3,
48:10, 48:17, 48:21,
49:1, 51:13, 51:16,
52:6, 52:9, 52:12,
53:10, 53:12, 55:10,

55:16, 56:1, 56:10, 89:1, 105:19, 111:20, 126:10, 126:13, 127:22, 130:18, 140:3, 140:5, 140:10
**caption** [1] - 103:10
**car** [1] - 133:3
**card** [7] - 72:16, 72:23, 73:5, 73:8, 73:15, 78:5, 91:3
**Card** [2] - 73:7, 91:8
**cards** [1] - 73:5
**care** [1] - 31:9
**career** [2] - 144:9, 144:14
**Carlos** [4] - 3:16, 102:18, 102:23, 103:4
**Carmelo** [1] - 99:9
**case** [28] - 8:10, 19:15, 26:22, 27:1, 27:7, 32:20, 43:20, 44:18, 54:23, 70:4, 88:19, 97:22, 110:8, 114:2, 115:12, 119:21, 120:23, 123:14, 130:6, 130:12, 131:7, 132:20, 134:7, 134:10, 136:18, 145:15, 147:9, 147:10
**Case** [14] - 3:5, 3:6, 7:2, 7:20, 8:5, 9:9, 18:9, 18:22, 19:20, 21:12, 44:16, 114:12, 114:13, 146:6
**cases** [1] - 136:5
**casual** [2] - 67:4, 67:6
**catch** [1] - 23:20
**cell** [3] - 50:13, 50:14, 85:17
**Central** [1] - 91:19
**centralize** [1] - 23:9
**certain** [5] - 43:10, 49:22, 51:3, 77:7, 121:12
**certainly** [6] - 13:6, 23:18, 26:5, 37:1, 77:8, 78:22, 112:1, 136:18
**Certificate** [1] - 54:8
**CERTIFICATION** [1] - 148:1
**certification** [1] - 6:10
**CERTIFY** [1] - 150:12
**certify** [2] - 148:4, 150:5
**change** [6] - 7:9,

23:12, 88:6, 93:3, 110:13, 145:20
**CHANGE** [6] - 149:5, 149:7, 149:10, 149:12, 149:15, 149:17
**changed** [4] - 4:5, 36:16, 36:18, 110:16
**CHANGES** [1] - 149:3
**changes** [1] - 88:12
**changing** [1] - 61:9
**characterization** [1] - 138:7
**characterized** [1] - 117:3
**charge** [5] - 113:7, 114:6, 114:16, 117:9, 118:14
**charges** [1] - 114:17
**chased** [1] - 38:3
**chat** [2] - 132:15, 132:23
**check** [4] - 90:16, 90:18, 143:11, 145:14
**Cheko** [3] - 87:10, 87:15, 144:17
**CHEKO** [1] - 144:17
**Chief** [1] - 114:20, 115:14, 117:10, 118:16, 118:19, 119:3, 119:8, 119:13, 119:14, 119:22, 121:1
**Chiefs** [2] - 114:10, 115:12
**chit** [2] - 132:15, 132:23
**chit-chat** [2] - 132:15, 132:23
**chosen** [1] - 37:6
**Circle** [1] - 6:16
**City** [4] - 3:7, 5:9, 5:12, 43:21
**civil** [1] - 37:2
**Claim** [1] - 1:6
**claimed** [1] - 17:21
**claiming** [1] - 12:13
**CLAIMS** [1] - 1:2
**clean** [1] - 119:18
**clear** [17] - 19:19, 21:10, 26:7, 33:20, 44:22, 47:17, 52:16, 65:16, 66:10, 71:10, 76:17, 92:22, 112:12, 118:15, 119:23, 120:4, 143:9
**clearly** [1] - 91:20
**client** [8] - 37:3, 71:18, 96:3, 99:20, 110:21, 126:5, 130:20

**close** [2] - 44:10, 49:1
**close-up** [1] - 49:1
**closer** [3] - 48:2, 48:8, 48:9
**Coke** [1] - 63:3
**Cold** [1] - 146:6
**Collection** [5] - 20:19, 20:21, 20:22, 46:4, 91:7
**colored** [2] - 51:11, 52:4
**coming** [8] - 23:13, 40:4, 40:21, 58:12, 70:18, 86:12, 94:16, 96:16
**commencing** [1] - 1:16
**commission** [5] - 97:16, 98:9, 128:13, 130:3, 141:14
**commit** [1] - 110:7
**committed** [9] - 26:13, 36:3, 39:23, 66:6, 67:14, 85:3, 104:1, 109:13, 126:23
**committing** [2] - 122:7, 136:15
**common** [1] - 46:1
**communicate** [2] - 23:2, 23:5
**communication** [1] - 116:17
**compiled** [1] - 22:7
**Complaint** [1] - 112:13
**complete** [3] - 8:4, 61:9, 135:17
**completed** [2] - 8:7, 58:9
**completely** [2] - 122:21, 143:1
**compound** [2] - 56:18, 143:1
**comprehensive** [1] - 25:8
**Computer** [1] - 8:2
**computer** [1] - 150:10
**computerized** [1] - 24:13
**concludes** [1] - 63:17
**conditions** [1] - 68:21
**conduct** [1] - 123:5
**confess** [1] - 40:4
**confessing** [1] - 59:1
**Confession** [2] - 3:13, 82:19

**confession** [19] - 60:2, 62:8, 62:18, 70:15, 70:22, 71:4, 78:9, 92:4, 92:10, 92:16, 93:8, 108:19, 121:23, 130:19, 141:23, 142:19, 143:3, 143:13, 143:21
**confidential** [2] - 132:2, 132:7
**confirm** [2] - 30:6, 90:7
**confuse** [4] - 44:13, 96:11, 96:13, 98:23
**confused** [1] - 119:12
**confusion** [1] - 71:23
**consideration** [1] - 123:21
**contact** [1] - 132:16
**contacted** [1] - 65:21
**contain** [2] - 16:10, 99:13
**contained** [14] - 10:15, 18:3, 23:22, 24:8, 27:11, 39:1, 44:15, 48:23, 49:15, 80:14, 90:4, 129:18, 141:1, 141:6
**containing** [3] - 45:15, 45:17, 52:4
**contains** [1] - 14:1
**content** [2] - 103:11, 148:8
**context** [1] - 13:2
**continuation** [1] - 7:8
**continue** [2] - 37:17, 130:6
**Continued** [1] - 1:12
**CONTINUED** [1] - 7:5
**continuing** [1] - 81:4
**contribute** [1] - 130:11
**Control** [1] - 91:21
**conversation** [7] - 17:6, 67:4, 88:14, 89:6, 111:16, 134:11, 146:17
**conversations** [3] - 132:10, 132:13, 146:20
**convicted** [1] - 127:16
**conviction** [2] - 132:9, 145:13
**cooperation** [1] - 137:9
**copies** [2] - 44:20,

51:11
**copy** [1] - 91:2
**corner** [1] - 83:22
**CORPORATION** [2] - 5:7, 5:8
**correct** [176] - 7:22, 8:10, 9:2, 11:15, 12:4, 12:20, 14:9, 14:10, 15:8, 17:4, 18:11, 18:16, 18:22, 19:6, 19:16, 19:21, 21:15, 22:3, 22:20, 24:18, 24:20, 25:6, 25:22, 26:9, 26:10, 26:13, 27:10, 27:23, 28:4, 28:8, 28:12, 30:11, 32:5, 33:4, 33:10, 34:3, 34:7, 34:9, 35:5, 35:11, 35:17, 36:14, 38:23, 39:2, 39:9, 39:10, 41:17, 43:8, 44:23, 45:12, 46:8, 47:11, 48:5, 50:10, 50:13, 50:17, 51:5, 51:6, 51:8, 51:9, 51:17, 53:17, 54:20, 54:21, 55:1, 55:6, 55:11, 55:16, 56:4, 57:3, 58:14, 59:2, 59:7, 59:9, 59:14, 59:18, 60:10, 62:18, 63:15, 63:19, 63:20, 63:23, 64:10, 64:12, 64:17, 65:15, 65:23, 66:2, 66:12, 67:16, 68:9, 72:6, 72:7, 72:18, 73:19, 74:4, 74:10, 74:11, 74:16, 74:22, 74:23, 75:3, 75:8, 75:14, 78:5, 79:3, 80:23, 83:6, 84:1, 85:8, 85:15, 85:19, 85:21, 85:23, 89:7, 89:13, 89:15, 91:3, 92:5, 92:11, 92:17, 92:23, 94:7, 96:19, 96:21, 96:22, 99:21, 100:2, 100:9, 100:16, 102:8, 102:12, 104:4, 104:13, 104:15, 105:8, 105:14, 106:2, 106:21, 108:2, 108:5, 108:10, 108:15, 112:3, 112:5, 112:9, 112:10, 112:13, 112:19, 113:17, 113:19, 117:21, 118:13, 118:17, 118:21, 118:23, 120:21, 122:2,

125:11, 126:11,
127:23, 129:5, 133:8,
136:19, 138:3, 138:5,
138:8, 138:19, 140:5,
140:20, 142:22,
143:18, 146:9, 150:13
**correcting** [2] - 21:9,
21:12
**corroborate** [4] -
108:21, 143:13,
143:15, 143:22
**corroborated** [1] -
122:6
**COUNSEL** [2] - 5:7,
5:8
**COUNTY** [2] - 149:2,
150:2
**County** [2] - 51:12,
52:5
**couple** [1] - 36:21
**course** [3] - 38:22,
93:2, 141:21
**court** [2] - 7:9, 29:3
**COURT** [2] - 1:2, 6:1
**Court** [3] - 1:13,
29:10, 29:23
**courtesy** [1] - 137:11
**cover** [4] - 44:15,
45:15, 51:12, 52:4
**coworker** [2] - 15:8,
18:5
**create** [1] - 109:12
**created** [2] - 110:2,
112:12
**crime** [65] - 24:15,
25:11, 34:23, 43:11,
45:22, 48:19, 49:4,
49:8, 50:9, 51:4,
51:16, 52:8, 55:10,
56:1, 58:14, 59:12,
59:13, 60:2, 63:14,
65:6, 66:6, 67:9,
67:14, 85:3, 85:7,
85:15, 86:11, 89:19,
95:2, 95:10, 95:11,
96:17, 96:19, 97:1,
97:6, 97:8, 97:17,
97:18, 98:9, 99:17,
103:17, 105:13,
107:10, 107:19,
108:4, 109:13, 110:7,
116:10, 121:2, 121:7,
122:12, 122:20,
123:18, 126:22,
127:15, 128:13,
128:20, 129:4, 130:3,
133:11, 138:23,
141:14, 143:12,
143:13, 144:3
**Crime** [3] - 3:8,

10:19, 43:22
**Crimes** [28] - 15:8,
18:20, 28:10, 32:6,
33:8, 37:23, 40:8,
41:15, 43:5, 55:1,
58:12, 59:4, 61:18,
70:2, 70:14, 72:1,
75:22, 90:3, 105:18,
106:8, 107:11, 108:1,
108:8, 108:17,
111:14, 116:22,
120:5, 126:20
**crimes** [4] - 36:3,
40:18, 104:23, 122:7
**criminal** [5] - 26:22,
68:3, 89:12, 90:13,
131:6

---

**D**

**DA** [6] - 113:23,
114:2, 118:8, 118:9,
121:1, 142:6
**DA's** [9] - 113:21,
114:4, 114:7, 115:17,
116:7, 116:21, 118:7,
131:11, 138:11
**date** [20] - 6:23,
23:22, 23:23, 24:1,
24:5, 24:6, 24:19,
29:17, 36:18, 36:19,
36:20, 53:23, 54:2,
54:4, 56:20, 98:8,
125:22, 126:22, 135:4
**dated** [6] - 3:18,
27:12, 73:18, 98:8,
120:12, 125:20
**dates** [1] - 36:16
**DAY** [2] - 148:20,
149:22
**days** [1] - 88:6
**dead** [1] - 78:21
**dealings** [3] -
144:19, 145:3, 145:9
**Death** [1] - 54:8
**debating** [1] - 13:9
**deceased** [8] -
47:21, 47:22, 49:10,
49:19, 52:20, 132:6
**decide** [2] - 37:20,
142:15
**decided** [2] - 64:9,
142:7
**decision** [6] - 57:2,
96:3, 96:4, 112:18,
112:21, 113:2
**deemed** [1] - 61:17
**Defendant** [1] - 5:18
**defendant** [1] - 1:8

**defense** [2] - 27:1,
27:8
**definitely** [2] -
110:19, 147:3
**delay** [1] - 21:18
**demeanor** [1] - 29:17
**demonstrated** [1] -
81:18
**denied** [1] - 26:12
**department** [2] -
46:8, 122:1
**Department** [12] -
3:7, 7:15, 11:14,
15:20, 18:20, 25:9,
34:14, 43:22, 65:23,
69:10, 145:21, 146:7
**Department's** [1] -
17:5
**departments** [1] -
61:14
**deposition** [7] - 6:23,
7:8, 37:6, 37:17,
37:21, 54:16, 123:5
**Deposition** [1] - 1:12
**depositions** [1] -
37:2
**describe** [3] - 29:22,
99:7, 108:9
**described** [1] - 30:17
**describes** [3] - 32:1,
55:9, 99:23
**description** [3] -
100:9, 100:11, 125:7
**Description** [1] - 3:3
**Description/Photo**
[2] - 3:9, 44:2
**descriptions** [2] -
95:9, 105:12
**desk** [2] - 21:19,
88:18
**detailed** [1] - 14:16
**details** [5] - 67:13,
80:16, 90:8, 104:7,
104:13
**Detective** [99] - 7:7,
10:15, 10:17, 10:21,
11:21, 12:9, 12:12,
12:17, 13:20, 14:13,
14:15, 14:18, 15:2,
15:5, 15:17, 15:23,
16:1, 16:11, 16:19,
17:1, 17:6, 18:3, 18:5,
18:21, 19:15, 26:6,
26:11, 27:11, 28:2,
28:3, 28:7, 28:16,
29:2, 29:2, 29:9,
29:16, 29:21, 30:16,
30:19, 31:22, 31:23,
32:12, 33:6, 34:11,
37:8, 42:21, 46:3,

53:6, 53:8, 54:22,
55:20, 61:4, 61:10,
61:16, 62:1, 62:6,
63:11, 70:15, 70:18,
70:21, 71:3, 71:12,
72:5, 72:10, 73:20,
73:21, 74:5, 74:9,
75:19, 76:13, 77:14,
78:3, 78:23, 79:23,
80:5, 80:15, 80:21,
81:4, 81:7, 81:17,
81:20, 81:21, 98:7,
102:22, 106:12,
111:4, 111:10, 112:2,
112:10, 114:22,
119:4, 119:10, 120:1,
120:21, 139:14,
144:20
**detective** [29] - 9:20,
13:4, 13:13, 21:21,
32:6, 43:4, 44:7,
45:14, 73:12, 77:1,
80:12, 82:22, 88:23,
96:2, 97:11, 98:6,
98:23, 100:15, 101:3,
109:7, 109:20, 119:2,
119:9, 119:23,
120:17, 126:21,
133:4, 139:12, 140:8
**detective's** [1] -
60:18
**detectives** [8] -
22:16, 23:1, 25:10,
34:13, 59:14, 59:23,
65:22, 87:11
**determination** [8] -
13:1, 13:5, 13:14,
13:17, 20:9, 57:19,
64:5, 124:2
**determinations** [2] -
13:18, 95:16
**determine** [1] - 77:12
**determined** [2] -
61:11, 74:21
**developing** [1] - 22:2
**devices** [1] - 60:17
**diagram** [2] - 45:18,
45:21
**different** [10] - 21:4,
46:8, 59:6, 60:18,
85:2, 91:23, 109:22,
110:4, 132:19, 136:4
**differentiation** [1] -
77:14
**difficulty** [1] - 73:14
**direct** [2] - 17:20,
86:15
**directly** [1] - 146:8
**discredit** [1] - 127:9
**discrepancies** [2] -

93:12, 93:16
**discuss** [4] - 13:13,
119:3, 119:9, 119:23
**discussed** [2] -
115:12, 128:8
**discussing** [1] - 98:9
**discussion** [11] -
7:11, 9:22, 16:11,
88:15, 90:9, 111:7,
135:2, 136:10, 146:6,
146:11, 146:15
**discussions** [3] -
75:2, 88:23, 111:3
**Dispatch** [1] - 8:3
**dispatcher** [1] -
25:16
**distinction** [1] -
44:17
**District** [11] - 27:4,
27:5, 112:23, 113:5,
114:10, 115:15,
117:10, 119:13,
119:22, 142:7, 143:7
**DNA** [3] - 121:12,
121:16, 121:19
**doctor** [1] - 12:8
**document** [57] - 3:8,
9:8, 9:11, 10:6, 15:15,
15:16, 16:10, 26:8,
26:11, 30:5, 32:4,
35:6, 35:13, 35:20,
39:6, 43:23, 44:20,
45:15, 45:16, 52:4,
52:8, 53:19, 54:3,
54:4, 54:11, 76:17,
80:19, 83:1, 83:6,
84:2, 84:7, 92:17,
92:19, 92:22, 93:4,
98:11, 98:18, 99:4,
99:6, 99:11, 99:19,
100:4, 100:5, 100:12,
104:10, 104:14,
107:6, 107:8, 133:18,
133:19, 133:23,
134:14, 134:18,
134:21, 135:15,
138:4, 139:15
**documentary** [1] -
35:23
**documentation** [3] -
55:15, 117:13, 140:19
**documented** [3] -
17:6, 24:14, 35:10
**documents** [18] -
9:12, 13:6, 17:2,
20:10, 26:1, 39:1,
44:8, 54:8, 104:19,
113:15, 113:22,
115:21, 116:3, 116:5,
116:23, 122:15,

122:22, 136:8
**done** [4] - 84:3, 84:17, 111:19, 145:11
**door** [2] - 66:16, 68:5
**doorway** [10] - 66:14, 70:23, 71:5, 71:12, 72:6, 72:11, 72:13, 73:21, 78:3, 82:10
**double** [5] - 7:16, 8:9, 11:8, 46:10, 47:10
**doubt** [2] - 109:12, 110:2
**down** [5] - 9:1, 39:7, 48:17, 81:14, 87:2
**drug** [1] - 17:23
**drugs** [6] - 31:19, 32:2, 32:8, 32:13, 35:5, 131:23
**due** [1] - 17:23
**during** [31] - 28:11, 29:10, 30:7, 38:22, 43:9, 58:2, 65:8, 65:19, 66:3, 66:18, 67:22, 68:12, 68:19, 68:22, 69:22, 70:1, 71:10, 72:5, 75:2, 78:13, 80:13, 84:14, 90:2, 90:8, 93:2, 102:15, 105:13, 106:6, 111:2, 139:4, 141:21
**duty** [4] - 23:13, 23:19, 28:8, 88:3

**E**

**e-mail** [1] - 5:5
**E-mail** [4] - 5:11, 5:18, 115:21, 116:2
**E-mailed** [1] - 116:13
**eat** [1] - 62:13
**Edwin** [4] - 16:2, 33:7, 33:8, 33:16
**effect** [1] - 52:20
**efforts** [1] - 23:9
**EFRAIN** [1] - 144:16
**eight** [21] - 70:3, 70:6, 72:9, 72:20, 73:3, 73:18, 73:22, 74:15, 74:20, 75:14, 76:11, 78:8, 78:16, 78:19, 80:15, 83:8, 90:6, 92:17, 106:18, 109:4, 112:1
**eight-o-five** [3] - 70:3, 70:6, 72:9, 72:20, 73:3
**eight-twenty-five** [3]

[10] - 73:18, 73:22, 74:15, 74:20, 75:14, 76:11, 78:8, 78:16, 78:19, 90:6
**eighty** [3] - 100:16, 100:19, 101:10
**either** [8] - 8:18, 8:22, 42:7, 65:17, 94:15, 95:2, 114:12, 119:6
**eleven** [2] - 80:18, 111:21
**elicit** [1] - 75:5
**elicited** [4] - 75:2, 75:12, 75:16, 90:8
**emotionally** [1] - 29:23
**encounters** [2] - 7:14, 11:6
**ended** [1] - 77:11
**English** [9] - 56:16, 57:1, 57:9, 57:10, 57:11, 57:17, 73:6, 73:9, 73:12
**enhancements** [1] - 23:13
**enter** [1] - 48:2
**entered** [6] - 6:5, 24:9, 25:16, 45:7, 46:16, 62:6
**entire** [3] - 66:10, 82:12, 135:11
**entirely** [1] - 25:20
**entitled** [2] - 9:8, 101:4
**entranceway** [2] - 47:13, 47:15
**equally** [1] - 59:22
**equitable** [1] - 57:8
**Erie** [2] - 51:12, 52:5
**ERIE** [2] - 149:2, 150:2
**error** [1] - 145:14
**ESQ** [5] - 5:3, 5:8, 5:9, 5:14, 5:15
**essentially** [1] - 55:15
**establish** [2] - 45:12, 126:8
**established** [4] - 54:16, 68:8, 76:1, 105:11
**Evans** [3] - 139:14, 146:6, 146:18
**evening** [5] - 90:6, 106:6, 111:2, 111:14, 116:22
**event** [2] - 49:14, 102:11
**every'** [1] - 25:7

**Evidence** [25] - 3:5, 3:6, 7:2, 7:20, 8:4, 9:8, 18:8, 18:22, 19:20, 20:16, 20:19, 20:21, 20:22, 21:11, 43:20, 44:16, 46:4, 47:2, 47:3, 47:5, 49:4, 51:19, 91:7, 91:21, 123:17
**evidence** [23] - 21:4, 22:6, 22:11, 22:18, 26:16, 26:23, 35:23, 43:17, 44:12, 44:18, 46:8, 91:22, 114:20, 117:17, 117:21, 118:2, 121:2, 121:6, 121:12, 122:5, 142:20, 143:11, 143:12
**evidentiary** [1] - 117:22
**exact** [2] - 36:7, 46:12
**exactly** [1] - 71:5
**exam** [1] - 53:1
**EXAMINATION** [1] - 7:5
**examination** [5] - 52:6, 53:2, 53:10, 54:18, 55:21
**examinations** [1] - 52:23
**examined** [1] - 6:18
**example** [2] - 8:7, 85:17
**excellent** [1] - 21:9
**except** [1] - 6:12
**excluding** [1] - 116:16
**exculpatory** [2] - 26:16, 26:23
**excuse** [7] - 12:8, 29:3, 30:23, 48:15, 66:4, 68:20, 93:21
**Exhibit** [72] - 3:3, 6:21, 6:23, 7:1, 9:7, 10:15, 14:17, 15:12, 29:2, 29:8, 29:20, 31:21, 38:13, 39:22, 43:19, 43:21, 44:14, 44:15, 44:20, 47:9, 48:23, 51:11, 51:14, 52:3, 53:13, 53:16, 54:10, 55:14, 56:9, 58:8, 73:16, 75:20, 76:19, 79:13, 80:3, 80:12, 81:18, 82:16, 82:18, 82:23, 83:6, 83:11, 85:6, 87:3, 90:4, 91:2, 92:3,

92:16, 98:1, 98:7, 99:6, 99:22, 100:22, 101:3, 102:5, 102:17, 102:21, 103:14, 104:7, 106:11, 109:7, 120:10, 125:1, 125:5, 125:19, 128:18, 131:15, 134:17, 135:19, 138:5, 139:9, 139:13
**exhibit** [4] - 9:16, 68:18, 68:20, 129:1
**exhibited** [1] - 12:5
**exhibiting** [1] - 12:2
**exhibits** [1] - 113:12
**Exhibits** [3] - 44:1, 44:3, 53:6
**exist** [3] - 39:6, 39:7, 55:5
**existed** [2] - 8:6, 69:11
**existing** [1] - 113:12
**exoneration** [2] - 144:2, 145:22
**explain** [1] - 135:23
**expressed** [1] - 105:2
**extended** [1] - 48:17
**eyewitness** [2] - 109:22, 122:10

**F**

**face** [3] - 54:9, 77:1
**face-to-face** [1] - 77:1
**faceted** [1] - 22:15
**Facility** [1] - 137:20
**fact** [8] - 19:20, 28:10, 61:19, 95:19, 108:14, 109:23, 127:14, 133:10
**facts** [3] - 43:10, 66:6, 108:23
**fair** [23] - 34:12, 39:11, 43:9, 43:15, 46:12, 53:5, 57:8, 57:11, 58:18, 63:10, 76:8, 89:21, 110:3, 110:6, 113:20, 130:16, 138:2, 138:7, 138:9, 142:14, 142:16, 142:18, 147:8
**fairly** [1] - 70:7
**fairness** [1] - 13:3
**familiar** [5] - 6:22, 15:6, 26:21, 102:23, 133:7
**familiarity** [1] - 67:17

**fax** [1] - 116:5
**faxed** [1] - 116:12
**feet** [1] - 100:1
**FELLE** [343] - 1:14, 2:5, 5:2, 5:3, 6:2, 6:21, 7:5, 8:16, 9:5, 9:19, 10:5, 11:13, 11:19, 12:7, 13:3, 13:11, 14:1, 14:8, 14:15, 15:1, 15:14, 15:22, 16:4, 16:17, 17:4, 17:12, 18:15, 18:19, 19:2, 19:14, 19:19, 20:1, 20:6, 20:14, 21:23, 22:6, 22:10, 22:15, 22:23, 23:5, 23:8, 23:22, 24:4, 24:12, 25:1, 25:6, 25:21, 26:16, 26:21, 27:10, 27:19, 28:1, 28:15, 30:6, 30:11, 30:13, 30:16, 31:6, 31:17, 32:5, 32:11, 32:17, 32:23, 33:5, 34:4, 34:10, 34:21, 35:3, 35:10, 35:15, 35:22, 36:7, 36:19, 36:23, 37:19, 38:6, 38:12, 39:5, 39:16, 39:20, 40:3, 40:17, 41:2, 41:8, 41:21, 41:23, 42:5, 42:11, 42:14, 42:19, 43:3, 43:9, 43:15, 44:7, 44:19, 45:1, 45:3, 45:6, 45:11, 46:6, 46:19, 47:1, 47:20, 47:22, 48:2, 48:5, 48:7, 50:5, 50:22, 52:2, 53:5, 53:13, 53:15, 53:23, 54:6, 54:15, 55:4, 55:9, 55:14, 55:18, 56:8, 56:14, 56:22, 57:2, 57:6, 58:1, 58:17, 59:10, 59:17, 59:21, 60:5, 60:22, 61:2, 61:22, 62:4, 62:12, 62:17, 63:1, 63:9, 64:3, 64:9, 64:13, 65:13, 66:3, 66:9, 66:22, 67:13, 67:17, 67:21, 68:12, 68:18, 69:3, 69:9, 69:16, 69:21, 71:17, 71:21, 73:1, 74:19, 75:7, 75:18, 76:19, 77:12, 78:1, 78:12, 78:16, 78:19, 78:21, 79:5, 79:8, 79:12, 79:18, 79:22, 80:11,

80:23, 81:3, 82:2,
82:21, 83:21, 84:20,
85:6, 85:13, 86:8,
87:3, 87:16, 88:2,
88:21, 89:5, 89:10,
89:16, 90:12, 91:5,
91:11, 92:1, 92:8,
92:14, 93:7, 93:11,
93:15, 93:20, 94:12,
94:20, 95:5, 95:14,
95:20, 95:22, 96:2,
96:12, 96:22, 97:5,
97:11, 97:15, 98:5,
98:19, 99:12, 100:5,
100:8, 100:14, 101:2,
101:15, 102:4,
102:14, 102:20,
103:9, 103:21,
104:12, 104:17,
105:7, 105:11,
105:17, 106:1, 106:5,
107:3, 107:5, 107:16,
107:22, 108:13,
109:6, 109:9, 109:15,
109:18, 109:20,
110:6, 110:14,
110:18, 110:23,
112:1, 112:6, 112:17,
113:1, 113:8, 113:14,
113:20, 114:2, 114:6,
114:18, 115:6,
115:10, 115:21,
116:1, 116:15, 117:6,
117:17, 117:21,
118:4, 119:1, 119:7,
119:17, 119:21,
120:4, 120:8, 120:15,
120:23, 121:6,
121:10, 121:15,
121:18, 122:10,
122:17, 123:1, 123:4,
123:15, 123:21,
124:2, 124:11,
125:18, 125:23,
127:5, 127:13,
127:20, 128:3,
128:17, 128:23,
129:11, 129:17,
130:1, 130:6, 130:11,
130:16, 130:23,
131:9, 131:19, 132:6,
132:12, 133:15,
133:21, 134:10,
134:16, 135:12,
135:22, 136:6,
136:22, 137:4, 137:9,
137:14, 138:9,
138:17, 138:22,
139:3, 139:12,
139:20, 139:23,
140:16, 140:18,

140:23, 141:5,
141:18, 142:3, 142:9,
143:3, 143:9, 143:18,
143:20, 144:7,
144:10, 144:23,
145:6, 145:20, 146:2,
146:16, 146:22,
147:12, 147:16
  **Felony** [1] - 112:12
  **few** [4] - 63:6, 73:4,
73:6, 124:21
  **fifteen** [8] - 49:20,
50:15, 74:14, 75:13,
75:23, 89:11
  **file** [54] - 8:10, 10:1,
10:13, 13:22, 16:22,
18:16, 19:5, 19:11,
20:1, 20:17, 20:20,
21:3, 21:8, 21:11,
21:13, 21:22, 22:3,
23:3, 23:20, 24:8,
25:5, 26:2, 26:3, 26:4,
38:13, 43:20, 44:18,
45:19, 46:20, 49:5,
49:21, 50:4, 52:14,
53:2, 53:20, 55:5,
56:4, 56:6, 87:21,
88:19, 91:8, 113:6,
113:8, 113:9, 113:13,
115:15, 123:16,
124:17, 126:2,
135:22, 136:10,
138:15, 138:19
  **File** [20] - 3:5, 3:6,
7:2, 7:20, 8:5, 9:9,
18:9, 18:22, 19:20,
20:16, 20:21, 21:12,
44:16, 47:2, 47:3,
47:6, 49:4, 51:19,
123:16, 123:17
  **filed** [2] - 21:14, 24:7
  **filing** [1] - 6:10
  **fine** [1] - 50:6
  **finished** [1] - 77:9
  **fired** [1] - 94:17
  **first** [32] - 10:17,
11:5, 11:6, 15:16,
41:15, 41:21, 44:22,
45:18, 45:19, 46:14,
51:12, 52:4, 53:7,
58:20, 68:9, 71:10,
72:9, 76:8, 81:8,
83:22, 91:9, 93:7,
98:12, 99:8, 101:6,
102:15, 107:6, 118:5,
126:8, 126:18,
134:19, 140:1
  **five** [22] - 60:10,
70:3, 70:6, 72:9,
72:20, 73:3, 73:18,

73:22, 74:15, 74:20,
75:14, 76:11, 78:8,
78:16, 78:19, 81:20,
90:6, 100:1, 102:9,
108:15, 139:14
  **Flaco** [1] - 85:22
  **flipped** [2] - 47:18,
48:4
  **fluent** [1] - 57:13
  **FLYNN** [11] - 5:15,
15:13, 36:16, 36:21,
44:17, 53:12, 53:14,
56:20, 79:17, 125:22,
147:14
  **focus** [1] - 67:9
  **folder** [8] - 8:5,
20:17, 20:20, 44:11,
44:13, 73:16, 136:4,
136:7
  **follow** [7] - 23:13,
127:2, 128:10, 129:8,
129:19, 140:23,
141:15
  **follow-up** [4] -
128:10, 129:8,
129:19, 140:23
  **followed** [1] - 128:7
  **FOLLOWING** [2] -
149:3, 149:4
  **following** [8] - 6:4,
14:3, 26:20, 27:14,
31:2, 127:6
  **follows** [2] - 6:19,
9:12
  **food** [3] - 62:12,
62:17, 63:10
  **foot** [13] - 101:10,
101:11, 102:7, 102:9,
102:10, 102:11,
122:13, 122:20,
123:18, 124:10,
125:10, 125:14
  **FOR** [1] - 149:3
  **foregoing** [2] -
148:6, 150:12
  **Form** [1] - 18:21
  **form** [230] - 6:12,
8:11, 8:21, 9:3, 11:11,
11:16, 14:6, 14:11,
14:21, 16:15, 17:8,
18:12, 18:17, 18:23,
19:7, 19:17, 19:22,
20:4, 20:12, 21:16,
22:4, 22:13, 22:21,
23:4, 23:6, 23:11,
24:2, 24:10, 24:21,
25:12, 26:14, 26:17,
27:2, 27:15, 27:22,
28:13, 30:4, 31:3,
31:15, 32:21, 33:3,

34:2, 34:8, 34:17,
35:1, 35:8, 35:12,
35:18, 37:4, 37:14,
38:2, 39:3, 39:18,
40:1, 40:14, 41:1,
41:18, 42:10, 42:17,
43:1, 43:7, 43:12,
46:2, 46:17, 46:21,
51:20, 52:18, 53:21,
54:13, 55:2, 55:7,
55:13, 56:5, 56:12,
56:17, 56:18, 56:23,
57:4, 57:21, 58:15,
59:8, 59:15, 59:19,
60:3, 61:21, 62:10,
62:15, 62:19, 64:7,
64:11, 65:11, 66:1,
66:7, 66:19, 67:11,
67:15, 67:19, 68:10,
68:16, 69:1, 69:7,
69:14, 69:19, 71:14,
72:21, 74:17, 75:4,
75:15, 76:15, 78:10,
78:18, 79:10, 82:1,
82:6, 84:16, 85:4,
85:9, 86:6, 87:6,
87:23, 88:16, 89:2,
89:8, 89:14, 90:10,
91:4, 91:17, 92:4,
92:6, 92:12, 93:6,
93:9, 93:13, 93:18,
94:9, 94:18, 95:4,
95:12, 95:20, 96:20,
97:2, 97:19, 100:10,
101:12, 101:19,
102:3, 102:13,
103:19, 104:10,
104:14, 105:4, 105:9,
105:15, 105:21,
106:3, 107:20,
108:11, 109:1,
110:17, 111:22,
112:4, 112:14,
112:22, 113:10,
113:18, 114:8, 115:3,
115:8, 115:19,
115:23, 116:11,
117:2, 117:15, 118:1,
118:22, 119:5, 120:2,
120:6, 120:22, 121:4,
121:8, 121:13, 122:8,
122:14, 123:9,
123:11, 123:19,
124:7, 125:12,
125:15, 127:4,
127:11, 128:1,
128:14, 128:21,
129:9, 129:22, 130:4,
130:9, 130:14,
130:21, 131:4,
133:13, 134:8,

134:18, 135:9,
135:21, 136:1,
136:21, 137:12,
138:6, 138:12,
138:20, 139:1, 139:6,
139:13, 140:21,
141:4, 141:17, 142:1,
142:20, 142:23,
143:6, 143:14,
144:22, 145:5,
145:17, 145:23,
146:13, 146:21
  **formal** [1] - 63:4
  **forms** [1] - 10:11
  **forth** [1] - 150:8
  **forty** [15] - 57:23,
63:21, 64:6, 65:8,
66:11, 66:11, 67:1,
68:13, 68:19, 68:22,
71:11, 71:20, 71:23,
72:3, 134:5
  **forward** [2] - 37:21,
137:10
  **four** [2] - 52:3, 88:7
  **four-page** [1] - 52:3
  **fourteen** [3] - 50:15,
83:8, 92:17
  **fourth** [2] - 48:8,
48:9, 48:15
  **frame** [9] - 28:11,
58:2, 67:22, 68:12,
75:14, 76:12, 78:14,
90:2, 90:3
  **Frank** [2] - 114:12,
145:7
  **free** [1] - 133:17
  **fries** [1] - 63:3
  **frightened** [10] -
30:1, 30:2, 30:18,
30:22, 35:11, 39:13,
39:16, 68:9, 68:11
  **front** [8] - 22:3,
47:13, 47:15, 53:16,
54:6, 55:19, 76:18,
80:19
  **full** [3] - 82:12,
87:17, 150:13
  **fully** [1] - 104:3
  **functions** [1] - 21:4
  **future** [1] - 96:9

## G

  **gaps** [1] - 23:17
  **gathered** [1] - 21:20
  **General** [8] - 12:10,
17:14, 28:3, 29:5,
33:23, 65:23
  **general** [6] - 40:18,

97:9, 97:13, 103:10, 103:14, 104:12
**GENERAL** [2] - 5:14, 5:15
**General's** [1] - 146:4
**generally** [2] - 131:21, 134:1
**generated** [4] - 10:8, 11:17, 13:20, 16:21
**gentleman** [1] - 27:7
**germane** [1] - 96:18
**girlfriend** [2] - 126:9, 140:3
**given** [7] - 21:20, 62:17, 63:2, 114:17, 116:7, 122:7, 126:20
**gosh** [1] - 134:5
**ground** [1] - 47:16
**group** [2] - 23:12, 88:11
**guess** [2] - 25:6, 66:23
**Gugliuzza** [2] - 3:21, 139:10
**guide** [1] - 46:13
**guilt** [1] - 13:7
**gun** [7] - 49:10, 49:19, 50:18, 90:16, 90:19, 93:21, 93:22
**gunshot** [2] - 48:12, 90:17
**guy** [2] - 102:10, 110:6
**guys** [1] - 87:14

**H**

**half** [2] - 83:8, 92:17
**Hall** [1] - 5:9
**hallway** [2] - 48:16, 48:17
**hand** [8] - 45:3, 49:11, 49:19, 50:13, 50:16, 83:22, 85:18, 85:22, 134:14
**handwriting** [4] - 83:2, 83:14, 134:19
**handwritten** [19] - 3:19, 8:1, 8:13, 8:19, 8:22, 10:7, 19:4, 19:12, 21:2, 21:18, 45:4, 131:16, 134:18, 134:22, 135:6, 135:14, 135:18, 136:19
**head** [1] - 133:20
**headquarters** [3] - 72:12, 75:22, 82:11
**hearing** [2] - 38:16,

142:14
**Hearing** [8] - 29:11, 30:8, 30:20, 75:19, 80:13, 81:5, 142:3, 142:5, 142:12
**height** [5] - 100:1, 101:7, 102:1, 124:13, 125:8
**held** [3] - 1:12, 142:15, 146:15
**help** [2] - 77:11, 101:14
**helps** [2] - 82:13, 97:3
**HEREBY** [1] - 150:12
**hereby** [3] - 6:6, 148:4, 150:5
**herein** [1] - 150:8
**hereinbefore** [2] - 148:4, 150:6
**hereto** [1] - 6:8
**hereunto** [2] - 148:10, 150:15
**Hidalgo** [3] - 141:8, 141:11
**HIDALGO** [2] - 141:9, 144:16
**highlighted** [3] - 76:21, 98:12, 98:17
**Hispanic** [1] - 126:15
**history** [1] - 68:3
**hit** [1] - 133:20
**holding** [2] - 46:12, 134:14
**Holding** [1] - 137:20
**HOM** [1] - 9:9
**home** [1] - 94:11
**homicide** [36] - 8:9, 9:9, 11:8, 20:17, 20:23, 21:3, 21:8, 21:11, 21:13, 22:3, 23:3, 23:10, 24:8, 40:16, 40:18, 40:19, 41:12, 41:13, 42:20, 42:23, 45:19, 46:10, 46:20, 53:20, 55:4, 55:5, 56:4, 59:1, 87:19, 87:21, 97:4, 113:9, 113:13, 136:15, 137:21, 138:19
**Homicide** [18] - 3:14, 10:21, 10:22, 64:23, 98:2, 114:20, 115:11, 117:10, 118:16, 118:19, 119:3, 119:8, 119:12, 119:14, 119:22, 120:5, 121:1, 123:16
**homicides** [2] - 7:16,

47:11
**horse** [1] - 78:22
**hospital** [1] - 30:21
**Hospital** [8] - 12:10, 17:14, 28:4, 29:5, 33:23, 65:23
**hour** [2] - 88:6, 88:10
**hours** [2] - 88:8, 106:14
**house** [7] - 48:18, 50:15, 94:15, 94:16, 95:3, 103:23
**huge** [1] - 131:22
**hundred** [4] - 49:22, 100:16, 100:19, 106:14
**hundreds** [2] - 136:4, 136:5
**Huntley** [1] - 29:1, 29:11, 30:8, 30:20, 70:1, 75:19, 80:13, 81:5, 142:3, 142:5, 142:12
**hypothetical** [3] - 14:22, 97:10, 97:14
**hypothetically** [1] - 97:15

**I**

**ID** [1] - 3:3
**idea** [3] - 59:11, 100:11, 141:12
**identification** [16] - 7:3, 43:20, 43:23, 44:2, 44:5, 82:17, 82:19, 90:23, 96:15, 98:3, 100:23, 102:18, 108:22, 120:12, 131:17, 139:10
**identified** [7] - 95:1, 107:17, 122:19, 127:21, 128:19, 129:3, 129:14
**identifies** [2] - 16:1, 104:4
**identify** [7] - 38:6, 50:6, 94:15, 103:22, 104:3, 138:23, 141:19
**identifying** [2] - 47:19, 105:7
**identities** [2] - 105:2, 105:5
**identity** [1] - 107:12
**illness** [2] - 69:6, 69:13
**illnesses** [2] - 68:19, 68:21
**important** [13] -

20:11, 27:13, 31:1, 34:5, 50:7, 59:12, 59:18, 59:22, 60:6, 96:23, 97:1, 97:21, 105:13
**improper** [10] - 22:5, 27:16, 34:18, 34:20, 36:6, 37:12, 37:15, 60:4, 96:10, 109:17
**IN** [2] - 148:10, 150:15
**inaccurate** [1] - 97:20
**inappropriate** [3] - 96:7, 122:21, 123:2
**incarcerated** [1] - 133:17
**inches** [1] - 102:7
**incidentally** [2] - 31:7, 69:3
**included** [2] - 56:3, 73:16
**including** [4] - 25:10, 59:13, 87:22, 136:8
**inconsistencies** [1] - 94:8
**incorrect** [2] - 20:5, 102:1
**independent** [3] - 38:16, 39:8, 78:13
**indicate** [11] - 9:8, 11:20, 12:8, 12:16, 17:10, 17:13, 17:16, 35:4, 58:21, 63:13, 103:16
**indicated** [6] - 39:22, 50:1, 58:11, 58:23, 70:2, 86:13
**indicates** [4] - 12:4, 12:5, 28:2
**indicating** [8] - 10:3, 81:14, 83:19, 83:20, 133:22, 139:22
**individual** [2] - 24:19
**individuals** [11] - 24:14, 40:10, 69:5, 98:13, 99:14, 99:23, 103:22, 108:3, 118:12, 129:3, 145:9
**inflectable** [1] - 143:1
**inflicted** [5] - 51:16, 52:8, 52:9, 55:10, 56:1
**inflictions** [1] - 48:12
**influence** [8] - 31:13, 31:18, 32:2, 32:8, 32:13, 35:5
**Informant** [5] - 131:2, 132:3, 134:7,

136:18, 136:20
**Information** [2] - 101:5, 101:6
**information** [60] - 14:2, 14:16, 16:10, 23:3, 27:10, 28:20, 30:23, 31:1, 34:4, 36:13, 40:20, 41:11, 42:20, 49:13, 49:14, 51:3, 51:7, 58:14, 59:6, 59:13, 59:23, 60:6, 63:14, 67:5, 67:6, 67:7, 67:8, 75:1, 75:10, 75:12, 85:1, 85:2, 85:7, 91:1, 92:3, 92:8, 96:16, 96:23, 101:21, 104:2, 105:2, 105:7, 107:12, 109:21, 109:23, 110:1, 114:15, 116:8, 120:18, 124:14, 124:15, 127:20, 129:17, 129:18, 129:19, 132:9, 132:17, 134:12, 135:7, 141:1
**informed** [3] - 64:23, 111:19, 137:19
**initial** [1] - 16:1
**initialled** [1] - 92:19
**initials** [1] - 91:22
**innocence** [1] - 13:7
**inside** [4] - 46:7, 66:16
**inspection** [1] - 58:9
**instance** [1] - 140:18
**instruct** [3] - 12:21, 37:3, 37:7
**instructing** [2] - 37:15, 110:20
**insult** [1] - 42:3
**interacted** [1] - 24:6
**interaction** [7] - 15:10, 23:23, 33:17, 34:13, 77:19, 94:23, 105:18
**interactions** [2] - 43:4, 43:10
**interpret** [3] - 57:15, 57:16, 73:13
**interpreter** [2] - 17:18, 17:19
**interrogate** [2] - 69:5, 69:12
**interrogation** [1] - 79:1
**interrupt** [1] - 77:2
**interrupted** [1] - 30:14
**interview** [33] -

14:13, 17:11, 17:13, 43:16, 60:13, 60:14, 60:16, 61:1, 61:5, 61:8, 61:11, 61:12, 61:17, 61:19, 69:5, 70:19, 74:2, 81:23, 82:13, 84:14, 95:10, 99:13, 107:18, 108:1, 112:8, 121:23, 126:3, 130:19, 136:9, 138:14, 146:3, 146:5, 146:8
**Interview** [3] - 3:12, 62:1, 82:16
**interviewed** [14] - 7:13, 7:21, 65:21, 91:5, 99:3, 99:7, 106:9, 121:11, 128:12, 129:12, 131:7, 132:18, 137:20, 147:8
**interviewing** [9] - 4:4, 65:7, 104:18, 106:7, 107:19, 108:18, 110:15, 112:2, 136:14
**interviews** [1] - 21:5
**invasions** [1] - 94:11
**investigate** [1] - 136:5
**investigating** [2] - 34:6, 55:4
**investigation** [36] - 7:16, 8:8, 11:8, 14:3, 18:9, 18:21, 20:10, 21:14, 22:6, 22:11, 22:16, 22:17, 22:20, 23:1, 23:10, 26:23, 32:18, 41:17, 52:21, 60:1, 86:5, 88:14, 89:12, 89:17, 96:18, 105:13, 106:2, 116:10, 130:12, 130:17, 137:4, 138:1, 139:5, 140:19, 143:10, 143:11
**Investigation** [2] - 3:14, 98:2
**investigations** [2] - 22:1, 89:22
**involved** [6] - 25:10, 27:5, 72:23, 129:4, 141:14, 144:13
**involvement** [12] - 25:8, 35:16, 41:16, 71:17, 89:12, 106:2, 130:17, 136:16, 138:1, 138:5, 145:15, 146:12
**irrelevant** [1] - 96:5

**irrespective** [1] - 8:21
**issued** [1] - 74:16
**items** [1] - 91:19
**itself** [13] - 25:5, 35:7, 35:13, 35:21, 58:16, 59:16, 61:6, 62:5, 64:3, 67:9, 104:11, 104:15, 107:16

**J**

**jail** [2] - 110:6, 136:14
**jailhouse** [3] - 131:1, 134:6, 136:17
**JAMES** [1] - 5:14
**James** [4] - 15:23, 16:2, 77:21, 106:13
**January** [3] - 1:16, 56:14, 56:21
**jealousy** [1] - 17:23
**Jeilyn** [3] - 3:18, 120:11, 125:20
**John** [1] - 27:9
**JONAS** [1] - 145:1
**Jonas** [1] - 145:3
**Joseph** [1] - 114:13
**JOSUE** [1] - 1:4
**Josue** [17] - 7:13, 10:9, 11:22, 12:16, 13:23, 29:4, 33:22, 34:14, 52:1, 54:12, 58:23, 80:1, 86:23, 87:1, 111:8, 111:19, 113:7
**Judge** [9] - 37:19, 106:13, 110:19, 111:4, 112:2, 112:11, 114:12, 114:13, 142:14

**K**

**keep** [1] - 44:21
**Ken** [1] - 114:12
**kidding** [1] - 109:18
**kill** [12] - 12:14, 30:18, 38:4, 38:5, 39:12, 40:11, 58:13, 68:15, 126:13, 127:22, 140:9
**killed** [1] - 17:22
**kind** [4] - 46:7, 88:15, 93:21, 93:22
**knowledge** [12] - 7:12, 11:5, 17:20, 26:13, 33:21, 41:2,

41:4, 50:8, 58:11, 59:3, 86:20, 91:20
**known** [6] - 49:15, 50:12, 50:16, 50:19, 50:23, 144:11, 144:16, 145:7

**L**

**lag** [1] - 76:11
**language** [2] - 57:14, 73:14
**larger** [2] - 13:1, 61:13
**laser** [1] - 150:10
**last** [12] - 48:23, 92:20, 100:5, 100:6, 116:16, 118:10, 119:11, 119:16, 134:3, 137:15, 140:8
**Lauber** [15] - 10:16, 10:17, 11:21, 12:9, 12:12, 12:17, 13:20, 14:13, 14:19, 15:2, 19:16, 31:22, 32:1, 32:12, 34:12
**LAW** [2] - 1:14, 5:2
**layout** [1] - 50:9
**lead** [5] - 41:23, 89:17, 89:22, 127:2, 128:7
**leading** [11] - 19:23, 24:22, 34:8, 41:18, 41:20, 41:22, 42:2, 42:6, 100:10, 121:17, 121:20
**leads** [1] - 59:23
**learned** [2] - 40:10, 43:10
**least** [2] - 41:3, 55:19
**leave** [4] - 37:19, 62:7, 107:10
**leaving** [1] - 96:17
**led** [1] - 132:9
**left** [3] - 83:13, 83:22, 88:18
**left-hand** [1] - 83:22
**legal** [6] - 13:1, 13:13, 13:18, 37:5, 95:16, 96:2
**Lema** [3] - 15:23, 16:12, 106:13
**LEMA** [1] - 16:1
**length** [1] - 134:3
**leniency** [1] - 137:11
**LETITIA** [1] - 5:14
**light** [3] - 7:19, 122:5, 131:1
**likewise** [1] - 56:3

**limited** [1] - 104:2
**LINE** [1] - 149:5
**line** [6] - 80:7, 80:15, 80:18, 81:10, 81:13, 81:14
**lines** [1] - 81:19
**link** [2] - 121:2, 121:7
**Lisa** [1] - 1:13
**LISA** [2] - 150:4, 150:21
**lived** [1] - 67:5
**Lobaugh** [2] - 66:15, 70:9
**location** [1] - 46:13
**log** [1] - 24:8
**Lonergan** [38] - 16:2, 16:12, 28:3, 28:7, 28:17, 28:21, 29:2, 29:3, 29:10, 29:16, 29:21, 30:7, 30:19, 33:6, 42:22, 70:16, 70:18, 70:21, 71:3, 71:12, 72:5, 72:10, 73:21, 75:20, 76:14, 77:3, 77:15, 77:18, 78:3, 78:23, 79:23, 81:8, 81:18, 81:20, 89:18, 111:10, 114:23, 120:21
**Lonergan's** [5] - 30:17, 80:9, 80:13, 80:22, 81:4
**look** [19] - 9:6, 9:15, 9:17, 11:2, 38:10, 51:14, 52:7, 62:20, 62:22, 79:16, 81:4, 83:13, 86:17, 101:4, 102:5, 103:5, 103:7, 125:5, 125:21
**looked** [6] - 90:23, 114:14, 114:15, 116:14, 124:18, 140:2
**looking** [6] - 40:10, 47:8, 51:23, 52:3, 125:1, 140:1
**looks** [1] - 83:14
**lost** [1] - 143:2
**LP** [3] - 3:5, 7:2, 9:9
**luxury** [1] - 61:13

**M**

M-O-N-T-A-L-V-O [1] - 126:19
**machine** [2] - 150:9, 150:14
**MACHO** [1] - 145:7
**mail** [5] - 5:5, 5:11, 5:18, 115:21, 116:2

**mailed** [1] - 116:13
**Main** [4] - 1:15, 5:4, 5:16, 5:16
**Major** [31] - 3:8, 10:19, 15:8, 18:20, 28:10, 32:6, 33:8, 37:23, 40:8, 41:15, 43:5, 43:22, 54:23, 58:12, 59:4, 61:18, 70:2, 70:14, 72:1, 75:22, 90:3, 105:18, 106:8, 107:11, 107:23, 108:8, 108:17, 111:14, 116:22, 120:5, 126:20
**major** [1] - 131:23
**MAKE** [1] - 149:3
**male** [1] - 126:15
**males** [2] - 104:4, 104:5
**man** [2] - 25:16, 109:21
**March** [1] - 150:16
**margins** [1] - 83:13
**Marion** [1] - 101:17
**MARK** [3] - 1:12, 2:5, 148:3
**mark** [6] - 6:22, 80:7, 102:15, 110:18, 111:1, 120:8
**Mark** [11] - 5:12, 10:16, 11:21, 12:12, 12:17, 15:5, 15:13, 15:17, 26:6, 27:11, 31:22
**marked** [31] - 7:1, 9:6, 15:12, 29:1, 43:19, 43:21, 44:1, 44:3, 44:18, 45:13, 45:15, 53:6, 79:13, 82:16, 82:18, 82:22, 98:1, 98:6, 100:22, 101:3, 102:17, 102:21, 106:11, 107:17, 120:10, 125:19, 131:15, 134:17, 138:4, 139:9, 139:13
**Maruzak** [1] - 114:13
**Mary** [6] - 3:18, 120:11, 125:20, 139:14, 146:6, 146:18
**material** [1] - 60:1
**Matias** [1] - 145:7
**MATIAS** [1] - 145:7
**matter** [4] - 21:10, 61:15, 119:1, 121:19
**McDonald's** [2] - 62:13, 63:3
**ME** [1] - 149:21

**mean** [7] - 26:17, 73:12, 74:2, 77:6, 78:21, 86:3, 116:11
**meaning** [2] - 95:18, 96:9
**meant** [2] - 46:13, 56:21
**measurement** [1] - 102:6
**medication** [1] - 31:14
**medium** [1] - 100:1
**meet** [4] - 33:13, 39:21, 70:2, 70:9
**meeting** [9] - 11:13, 15:17, 19:5, 80:1, 80:6, 80:16, 88:11, 89:10, 106:19
**memorialized** [1] - 148:20
**memory** [2] - 59:3, 79:14
**mental** [3] - 14:8, 69:6, 69:13
**mentioned** [2] - 86:19, 86:21
**Mercado** [1] - 99:9
**MERCADO** [1] - 99:9
**merged** [1] - 10:22
**met** [11] - 29:17, 31:7, 33:7, 34:21, 36:1, 36:20, 39:17, 68:9, 70:15, 71:11, 74:13
**Michael** [1] - 102:22
**middle** [2] - 16:1, 81:7
**might** [18] - 8:12, 8:13, 10:12, 19:3, 25:20, 48:15, 51:22, 60:17, 66:20, 70:5, 84:21, 84:23, 87:14, 97:7, 140:4, 141:13, 141:19
**Miguel** [12] - 3:11, 44:4, 48:21, 49:1, 52:5, 52:9, 52:12, 55:16, 56:1, 56:10, 130:18, 140:10
**military** [2] - 24:18, 90:21
**mind** [1] - 62:21
**minimum** [1] - 17:1
**Minor** [1] - 126:21
**minute** [2] - 118:10, 135:10
**minutes** [22] - 29:4, 29:14, 29:18, 42:22, 57:23, 63:6, 63:22, 64:6, 65:8, 66:3,

66:11, 67:1, 68:13, 68:19, 68:22, 71:11, 71:20, 71:23, 72:3, 73:4, 73:6, 124:21
**Miranda** [7] - 73:15, 74:15, 74:22, 76:12, 78:5, 90:5
**MISA** [1] - 144:11
**Misael** [5] - 126:16, 126:18, 140:4, 140:17, 141:1
**MISAEL** [2] - 126:19, 144:11
**mischaracterize** [1] - 96:11
**misplaced** [1] - 136:3
**missed** [1] - 145:16
**missing** [3] - 20:13, 49:18, 135:22
**mistake** [1] - 25:17
**mistaken** [1] - 61:6
**misworded** [1] - 119:16
**moment** [3] - 23:16, 94:13, 103:5
**MONTALVO** [1] - 144:11
**Montalvo** [11] - 126:15, 126:17, 126:19, 127:7, 127:10, 127:14, 128:8, 128:11, 140:4, 140:17, 141:2
**month** [1] - 53:4
**MONTH** [1] - 148:20
**Morgue** [2] - 51:13, 52:5
**morning** [1] - 106:16
**most** [1] - 25:7
**mostly** [1] - 132:15
**motive** [2] - 127:22, 140:4
**move** [1] - 134:15
**moving** [1] - 37:21
**MR** [858] - 2:5, 6:2, 6:21, 7:5, 8:11, 8:16, 9:3, 9:5, 9:17, 9:19, 10:4, 10:5, 11:11, 11:13, 11:16, 11:19, 12:3, 12:7, 12:21, 13:3, 13:9, 13:11, 13:16, 14:1, 14:6, 14:8, 14:11, 14:15, 14:21, 15:1, 15:13, 15:14, 15:21, 15:22, 16:4, 16:15, 16:17, 17:3, 17:4, 17:7, 17:12, 18:12, 18:15, 18:17, 18:19, 18:23,

19:2, 19:7, 19:14, 19:17, 19:19, 19:22, 20:1, 20:4, 20:6, 20:12, 20:14, 21:16, 21:23, 22:4, 22:6, 22:8, 22:10, 22:13, 22:15, 22:21, 22:23, 23:4, 23:5, 23:6, 23:8, 23:11, 23:22, 24:2, 24:4, 24:10, 24:12, 24:21, 25:1, 25:2, 25:6, 25:12, 25:21, 26:14, 26:16, 26:17, 26:21, 27:2, 27:10, 27:15, 27:19, 27:22, 28:1, 28:13, 28:15, 30:4, 30:6, 30:9, 30:11, 30:12, 30:13, 30:15, 30:16, 31:3, 31:6, 31:15, 31:17, 32:3, 32:5, 32:9, 32:11, 32:14, 32:17, 32:21, 32:23, 33:3, 33:5, 34:2, 34:4, 34:8, 34:10, 34:17, 34:21, 35:1, 35:3, 35:6, 35:10, 35:12, 35:15, 35:18, 35:20, 35:22, 36:5, 36:7, 36:15, 36:16, 36:19, 36:21, 36:23, 37:11, 37:19, 38:2, 38:6, 38:8, 38:12, 39:3, 39:5, 39:14, 39:16, 39:18, 39:20, 40:1, 40:3, 40:14, 40:17, 41:1, 41:2, 41:6, 41:8, 41:18, 41:21, 41:22, 41:23, 42:3, 42:5, 42:8, 42:11, 42:14, 42:17, 42:19, 43:1, 43:3, 43:7, 43:9, 43:12, 43:15, 44:7, 44:17, 44:19, 44:22, 45:1, 45:2, 45:3, 45:5, 45:6, 45:8, 45:11, 46:2, 46:6, 46:17, 46:19, 46:21, 47:1, 47:17, 47:20, 47:22, 48:2, 48:4, 48:5, 48:6, 48:7, 50:2, 50:5, 50:21, 50:22, 51:20, 52:2, 52:18, 53:5, 53:11, 53:12, 53:13, 53:14, 53:15, 53:21, 53:23, 54:2, 54:6, 54:13, 54:15, 55:2, 55:4, 55:7, 55:9, 55:13, 55:14, 55:17, 55:18, 56:5, 56:8, 56:12, 56:14, 56:17,

56:20, 56:22, 56:23, 57:2, 57:4, 57:6, 57:21, 58:1, 58:15, 58:17, 59:8, 59:10, 59:15, 59:17, 59:19, 59:21, 60:3, 60:5, 60:20, 60:22, 61:2, 61:21, 61:22, 62:3, 62:4, 62:10, 62:12, 62:15, 62:17, 62:19, 62:22, 63:1, 63:7, 63:9, 64:1, 64:3, 64:7, 64:9, 64:11, 64:13, 65:11, 65:13, 66:1, 66:3, 66:7, 66:9, 66:19, 66:22, 67:11, 67:13, 67:15, 67:17, 67:19, 67:21, 68:10, 68:12, 68:16, 68:18, 69:1, 69:3, 69:7, 69:9, 69:14, 69:16, 69:19, 69:21, 71:14, 71:17, 71:19, 71:21, 72:21, 73:1, 74:17, 74:19, 75:4, 75:7, 75:15, 75:18, 76:15, 76:19, 77:12, 77:16, 78:1, 78:10, 78:12, 78:15, 78:16, 78:18, 78:19, 78:21, 79:4, 79:5, 79:8, 79:10, 79:12, 79:17, 79:18, 79:19, 79:22, 80:11, 80:19, 80:23, 81:3, 82:1, 82:2, 82:6, 82:21, 83:16, 83:18, 83:21, 84:16, 84:20, 85:4, 85:6, 85:9, 86:11, 85:13, 86:6, 86:8, 86:15, 86:23, 87:3, 87:6, 87:16, 87:23, 88:2, 88:16, 88:21, 89:2, 89:5, 89:8, 89:10, 89:14, 89:16, 90:10, 90:12, 91:4, 91:5, 91:11, 91:17, 92:1, 92:6, 92:8, 92:12, 92:14, 93:6, 93:7, 93:9, 93:11, 93:13, 93:15, 93:18, 93:20, 94:9, 94:12, 94:18, 94:20, 95:4, 95:5, 95:12, 95:14, 95:15, 95:20, 95:21, 95:22, 95:23, 96:2, 96:6, 96:12, 96:20, 96:22, 97:2, 97:5, 97:9, 97:11, 97:13, 97:15, 97:19, 98:5, 98:16, 98:19, 99:10, 99:12, 100:3, 100:5,

100:8, 100:10, 100:14, 101:2, 101:12, 101:15, 102:3, 102:4, 102:13, 102:14, 102:20, 103:7, 103:9, 103:19, 103:21, 104:10, 104:12, 104:14, 104:17, 105:4, 105:7, 105:9, 105:11, 105:15, 105:17, 105:21, 106:1, 106:3, 106:5, 107:2, 107:3, 107:5, 107:14, 107:16, 107:20, 107:22, 108:11, 108:13, 109:1, 109:6, 109:9, 109:14, 109:15, 109:16, 109:18, 109:19, 109:20, 110:4, 110:6, 110:12, 110:14, 110:17, 110:18, 110:22, 110:23, 111:22, 112:1, 112:4, 112:6, 112:14, 112:17, 112:22, 113:1, 113:8, 113:10, 113:14, 113:18, 113:20, 113:23, 114:2, 114:6, 114:8, 114:18, 115:3, 115:6, 115:8, 115:10, 115:19, 115:21, 115:23, 116:1, 116:11, 116:15, 117:2, 117:6, 117:15, 117:17, 117:19, 117:21, 118:1, 118:4, 118:22, 119:1, 119:5, 119:7, 119:17, 119:18, 119:21, 120:2, 120:4, 120:6, 120:8, 120:15, 120:22, 120:23, 121:4, 121:6, 121:8, 121:10, 121:13, 121:15, 121:17, 121:18, 122:8, 122:10, 122:14, 122:17, 122:21, 123:1, 123:2, 123:4, 123:11, 123:15, 123:19, 123:21, 123:23, 124:2, 124:7, 124:11, 125:15, 125:18, 125:22, 125:23, 127:4, 127:5, 127:11, 127:13, 127:19, 127:20, 128:1, 128:3, 128:14,

128:17, 128:21, 128:23, 129:9, 129:11, 129:15, 129:17, 129:22, 130:1, 130:4, 130:6, 130:9, 130:11, 130:14, 130:16, 130:21, 130:23, 131:4, 131:9, 131:19, 132:4, 132:6, 132:12, 133:13, 133:15, 133:18, 133:21, 134:8, 134:10, 134:13, 134:16, 135:9, 135:12, 135:21, 135:22, 136:1, 136:6, 136:21, 136:22, 137:3, 137:4, 137:6, 137:9, 137:12, 137:14, 138:6, 138:9, 138:12, 138:17, 138:20, 138:22, 139:1, 139:3, 139:6, 139:12, 139:17, 139:20, 139:23, 140:15, 140:16, 140:18, 140:21, 140:23, 141:4, 141:5, 141:17, 141:18, 142:1, 142:3, 142:6, 142:9, 142:23, 143:3, 143:6, 143:9, 143:14, 143:17, 143:18, 143:20, 144:4, 144:7, 144:10, 144:22, 144:23, 145:5, 145:6, 145:17, 145:20, 145:23, 146:2, 146:13, 146:16, 146:21, 146:22, 147:12, 147:14, 147:15, 147:16

multi [1] - 22:15
multi-faceted [1] - 22:15
multimedia [2] - 144:1, 145:13
multiple [2] - 97:5, 97:16
murder [11] - 13:5, 22:6, 22:11, 31:10, 34:15, 96:3, 111:20, 112:19, 127:16, 130:8, 140:4
murders [21] - 12:18, 14:4, 17:20, 18:10, 24:20, 26:1, 26:12, 26:13, 32:19, 34:6, 35:16, 39:23, 40:5, 51:4, 89:1, 104:1,

105:19, 129:5, 130:18, 139:5, 142:22

N

Name [1] - 2:3
name [14] - 27:7, 86:14, 87:2, 87:18, 99:8, 103:1, 126:18, 131:2, 141:6, 141:8, 141:11, 148:5, 148:11, 150:16
names [6] - 86:18, 87:9, 87:10, 98:12, 98:17, 144:8
NARS [2] - 133:4, 133:5
native [1] - 57:14
nature [1] - 36:11
necessarily [2] - 50:6, 120:20
need [6] - 38:8, 42:3, 50:6, 62:23, 119:9, 119:23
needed [5] - 56:16, 57:16, 57:19, 64:5, 64:9
negative [1] - 124:1
Nelson [18] - 3:10, 44:4, 47:16, 47:23, 48:3, 48:10, 48:17, 51:13, 51:15, 53:10, 53:12, 53:13, 55:10, 126:9, 126:13, 130:18, 140:3, 140:9
never [2] - 13:19, 46:4, 81:21, 91:8, 100:11, 101:23, 104:20, 111:13, 139:21
new [2] - 23:20, 88:18
NEW [5] - 1:1, 1:7, 5:13, 149:1, 150:2
New [7] - 1:15, 5:4, 5:10, 5:17, 6:17, 131:23, 150:5
next [3] - 47:18, 84:4, 102:6
Niagara [5] - 5:10, 17:21, 47:10, 59:1, 108:4
Nick [1] - 127:6
nickname [3] - 86:4, 141:10
nicknames [1] - 89:3
night [3] - 42:21, 65:19, 106:18, 108:5, 110:16, 113:3, 114:5,

116:2
night.........................
........ [1] - 4:5
nine [6] - 76:8, 76:13, 77:9, 81:9, 81:23, 82:5
no" [4] - 36:8, 42:1, 46:23, 75:9
none [3] - 69:2, 121:9, 122:12
normal [1] - 60:16
normally [2] - 14:15, 46:19
Notary [2] - 1:13, 150:4
NOTARY [2] - 148:17, 149:23
note [3] - 51:10, 66:20, 88:17
noted [1] - 115:14
notes [33] - 3:12, 3:19, 8:1, 8:13, 8:19, 10:12, 19:4, 19:12, 21:2, 38:8, 38:14, 66:18, 82:17, 83:3, 84:13, 85:6, 86:1, 86:16, 86:17, 87:2, 90:4, 92:2, 92:8, 131:16, 134:22, 135:6, 135:14, 135:18, 136:12, 136:19, 141:7, 150:14
nothing [2] - 68:7, 111:12
Notice [1] - 1:17
notice [1] - 150:7
nourishment [1] - 63:2
November [47] - 3:18, 7:13, 7:17, 8:8, 11:2, 11:20, 12:19, 14:4, 15:11, 16:8, 17:16, 18:6, 18:10, 27:12, 29:12, 32:7, 33:9, 33:17, 33:23, 34:14, 34:22, 35:4, 36:1, 36:4, 36:17, 40:22, 51:3, 56:22, 58:10, 69:3, 69:11, 76:7, 79:1, 89:21, 103:3, 105:20, 106:6, 108:5, 111:2, 116:23, 120:12, 125:20, 126:22, 128:18, 130:18, 133:16, 139:15
Nuchereno [2] - 27:8, 27:9
Number [9] - 3:5, 7:2, 9:9, 9:11, 10:4,

14:18, 15:12, 31:22, 129:2
number [8] - 9:10, 9:12, 47:16, 78:22, 79:5, 107:3, 113:15, 139:18
numbered [1] - 44:23
numbers [1] - 45:6
numerous [3] - 65:21, 131:22, 132:11

O

o'clock [8] - 76:13, 77:9, 81:9, 88:7, 88:8, 106:16, 106:18, 109:4
O-S-A-R-I-O [1] - 102:23
oath [5] - 6:9, 27:20, 29:10, 75:21, 77:23
object [219] - 8:11, 9:3, 11:11, 11:16, 14:6, 14:11, 14:21, 16:15, 17:8, 18:12, 18:17, 18:23, 19:7, 19:17, 19:22, 20:4, 20:12, 21:16, 22:4, 22:13, 22:21, 23:4, 23:6, 23:11, 24:2, 24:10, 24:21, 25:12, 26:14, 26:17, 27:2, 27:15, 27:22, 28:13, 30:4, 31:3, 31:15, 32:21, 33:3, 34:2, 34:8, 34:17, 35:1, 35:8, 35:12, 35:18, 36:10, 37:4, 37:11, 38:2, 39:3, 39:18, 40:1, 40:14, 41:1, 41:6, 41:18, 42:10, 42:17, 43:1, 43:12, 46:2, 46:17, 46:21, 52:18, 53:21, 54:13, 55:2, 55:7, 55:13, 56:5, 56:12, 56:17, 56:18, 56:23, 57:4, 57:21, 58:15, 59:8, 59:15, 59:19, 60:3, 61:21, 62:10, 62:15, 62:19, 64:7, 64:11, 65:11, 66:1, 66:7, 66:19, 67:11, 67:15, 67:19, 68:10, 68:16, 69:1, 69:7, 69:14, 69:19, 71:14, 72:21, 74:17, 75:4, 75:15, 76:15, 78:10, 78:18, 79:10, 82:1, 82:6, 84:16, 85:4, 85:9,

86:6, 87:6, 87:23, 88:16, 89:2, 89:8, 89:14, 90:10, 91:4, 91:17, 92:6, 92:12, 93:6, 93:9, 93:13, 93:18, 94:9, 94:18, 95:4, 95:12, 96:20, 97:2, 97:19, 100:10, 101:12, 102:3, 102:13, 103:19, 104:10, 104:14, 105:4, 105:9, 105:15, 105:21, 106:3, 107:20, 108:11, 109:1, 110:17, 111:22, 112:4, 112:14, 112:22, 113:10, 113:18, 114:8, 115:3, 115:8, 115:19, 115:23, 116:11, 117:2, 117:15, 118:1, 118:22, 119:5, 120:2, 120:6, 120:22, 121:4, 121:8, 121:13, 122:8, 122:14, 123:9, 123:11, 123:19, 124:7, 125:15, 127:4, 127:11, 128:1, 128:14, 128:21, 129:9, 129:22, 130:4, 130:9, 130:14, 130:21, 131:4, 134:8, 135:9, 135:21, 136:1, 136:21, 137:12, 138:6, 138:20, 139:1, 139:6, 140:21, 141:4, 141:17, 142:1, 142:23, 143:6, 143:14, 144:22, 145:5, 145:17, 145:23, 146:13, 146:21
objecting [3] - 13:10, 13:16, 95:20
objection [9] - 13:4, 37:1, 37:4, 39:14, 43:7, 51:20, 132:4, 133:13, 138:12
objections [2] - 6:12, 37:14
observations [1] - 95:19
obstruct [1] - 37:6
obstructing [4] - 42:5, 110:10, 110:13, 123:4
obtain [1] - 28:20
obtained [4] - 26:23, 75:13, 113:4, 134:12

obtaining [3] - 115:16, 138:10, 141:23
occasion [2] - 132:2, 137:17
occasions [3] - 131:22, 132:11, 132:18
occurred [2] - 12:18, 47:11
occurring [1] - 67:1
OF [14] - 1:1, 1:2, 1:7, 1:14, 5:2, 5:13, 5:14, 148:14, 148:17, 149:1, 149:2, 149:22, 150:2, 150:2
OFFICE [1] - 5:14
Office [17] - 27:4, 112:23, 113:5, 113:21, 114:4, 114:7, 115:17, 116:7, 116:22, 117:10, 118:7, 119:22, 131:11, 138:11, 143:7, 146:4, 147:7
office [27] - 13:21, 28:7, 60:10, 60:14, 60:18, 60:23, 61:1, 61:4, 61:10, 61:16, 62:2, 62:6, 62:14, 63:11, 66:16, 72:2, 73:22, 74:5, 74:10, 76:14, 86:12, 116:19, 127:20, 128:12, 130:2, 135:17, 138:18
officer [3] - 57:14, 57:15, 72:16
Officer [33] - 16:2, 16:12, 33:7, 33:8, 33:16, 33:21, 37:22, 39:20, 57:13, 58:22, 63:18, 64:10, 64:14, 64:16, 64:19, 65:16, 66:15, 67:2, 70:1, 70:8, 70:9, 72:8, 72:15, 72:17, 73:13, 81:22, 84:15, 84:19, 84:21, 113:2, 144:20
officer's [2] - 21:18
officers [8] - 15:19, 24:19, 25:9, 38:19, 65:22, 66:14
Officers [1] - 65:10
OFFICES [2] - 1:14, 5:2
offices [1] - 61:19
official [1] - 148:6
officials [1] - 23:1
old [1] - 67:5
once [2] - 72:22,

73:9
one [56] - 8:18, 23:12, 25:4, 29:8, 29:20, 30:13, 44:18, 44:21, 46:5, 47:16, 49:9, 49:10, 49:18, 49:22, 50:12, 51:22, 62:21, 66:11, 75:20, 76:5, 76:20, 77:19, 77:20, 79:13, 79:18, 79:19, 80:3, 80:14, 80:18, 81:5, 81:7, 81:11, 81:19, 84:14, 86:12, 87:9, 87:10, 87:11, 87:19, 88:15, 88:22, 93:10, 97:22, 99:9, 110:5, 114:9, 114:11, 115:4, 118:12, 123:13, 127:15
one-on-one [2] - 84:14, 88:15
ones [2] - 45:2, 51:22
ongoing [4] - 20:9, 60:1, 89:23, 130:12
open [2] - 66:17, 130:6
opinion [3] - 4:5, 17:22, 110:16
opportunity [2] - 98:17, 139:19
Order [1] - 26:22
order [1] - 9:13
Ortiz [196] - 4:4, 7:13, 7:21, 9:1, 10:9, 11:6, 11:14, 11:22, 12:10, 12:13, 12:17, 13:23, 14:3, 14:9, 14:20, 15:3, 15:11, 15:17, 16:8, 16:13, 17:2, 17:17, 17:19, 19:21, 20:11, 25:23, 26:9, 26:12, 27:8, 27:13, 27:21, 28:4, 28:6, 28:12, 28:18, 28:21, 28:22, 29:4, 29:12, 29:15, 29:17, 29:23, 30:17, 30:20, 31:2, 31:8, 32:1, 32:7, 32:12, 32:18, 33:2, 33:10, 33:13, 33:15, 33:17, 33:22, 34:6, 34:14, 34:21, 35:4, 36:1, 36:3, 36:13, 37:23, 38:17, 38:21, 39:21, 39:22, 40:7, 40:21, 41:2, 41:11, 41:16, 43:10, 43:13, 47:6, 49:8, 49:23,

50:8, 51:2, 51:8, 52:1, 52:13, 54:12, 56:11, 56:15, 57:17, 57:19, 58:3, 58:10, 58:12, 58:23, 59:4, 60:9, 63:22, 64:4, 65:6, 65:20, 66:5, 67:22, 68:13, 70:3, 70:9, 70:10, 70:13, 70:23, 71:11, 71:22, 74:5, 74:14, 75:13, 76:6, 77:8, 77:15, 77:19, 78:7, 79:1, 80:1, 80:6, 81:9, 81:21, 84:14, 86:10, 86:23, 87:1, 88:22, 89:10, 90:2, 90:5, 90:8, 90:14, 90:16, 91:1, 91:12, 92:5, 92:10, 92:20, 93:2, 93:8, 93:11, 93:16, 94:13, 94:22, 95:7, 99:4, 100:9, 100:15, 101:7, 101:18, 101:21, 102:6, 104:18, 104:21, 106:7, 106:20, 107:19, 108:18, 109:13, 110:15, 111:8, 111:20, 112:13, 113:7, 113:16, 116:9, 117:1, 118:14, 120:20, 121:2, 121:7, 121:11, 122:1, 122:6, 122:18, 125:12, 128:6, 129:7, 129:21, 130:1, 130:13, 130:20, 131:12, 134:12, 135:8, 136:9, 136:14, 137:5, 137:23, 138:23, 141:21, 142:21, 143:4, 144:2, 145:14, 145:22, 146:18
ORTIZ [1] - 1:4
ortiz [1] - 75:21
Ortiz's [4] - 74:13, 108:22, 134:10, 146:12
osario [1] - 124:22
Osario [18] - 3:16, 102:18, 102:23, 103:4, 103:15, 104:22, 105:18, 106:8, 107:8, 107:23, 108:17, 108:20, 109:3, 111:14, 112:2, 112:8, 125:1, 127:21
overheard [1] - 71:5
owner [1] - 90:19

P

P.C [2] - 1:14, 5:3
p.m [12] - 1:17, 60:10, 70:3, 73:18, 73:22, 75:23, 76:8, 81:23, 82:5, 90:6, 111:21, 112:2
P1302 [1] - 83:2
P73 [75] - 3:21, 8:20, 10:6, 10:14, 11:1, 12:12, 12:16, 13:23, 14:1, 14:16, 15:5, 15:10, 15:16, 15:22, 16:5, 17:2, 17:3, 18:3, 18:8, 18:21, 19:3, 19:15, 21:1, 23:23, 26:6, 27:11, 27:21, 28:2, 30:17, 31:21, 31:23, 53:5, 53:8, 53:17, 54:20, 55:19, 56:3, 56:10, 58:8, 58:20, 58:21, 60:8, 63:7, 63:8, 70:5, 87:4, 87:9, 98:7, 99:6, 99:13, 99:22, 102:22, 103:3, 103:8, 103:14, 104:20, 106:12, 107:23, 108:15, 109:7, 109:11, 109:12, 125:5, 129:2, 129:18, 135:15, 135:18, 136:9, 136:10, 138:14, 138:18, 139:9, 139:13, 140:14, 141:1
P73s [10] - 8:7, 8:22, 21:13, 24:9, 34:11, 35:3, 36:14, 59:14, 95:1, 122:11
PAGE [1] - 149:5
page [38] - 15:15, 29:8, 29:20, 44:22, 45:15, 47:18, 48:4, 48:5, 48:9, 52:3, 75:20, 76:5, 76:20, 79:13, 79:17, 80:3, 80:14, 80:18, 81:5, 81:7, 81:11, 81:18, 83:6, 83:8, 83:22, 84:2, 84:7, 92:16, 92:20, 94:4, 98:11, 98:12, 104:6, 126:7, 126:12, 129:1, 134:18, 139:21, 140:1
Page [2] - 2:3, 4:2
pages [5] - 44:19, 45:18, 92:19, 139:14, 139:18
palpably [6] - 22:5,

34:18, 34:20, 36:6, 37:12, 37:15, 60:4, 96:10, 109:17
paperwork [1] - 86:22
paragraph [9] - 31:23, 58:20, 60:8, 63:13, 63:17, 84:4, 100:5, 140:1, 140:8
parole [2] - 72:15
part [13] - 7:15, 18:8, 18:15, 39:2, 46:19, 47:2, 47:3, 49:4, 51:18, 91:2, 91:8, 92:7, 107:21
participant [1] - 40:16
participants [1] - 87:19
particular [6] - 23:16, 77:7, 87:9, 88:20, 132:20, 140:20
parties [1] - 6:8
parts [1] - 22:17
passing [1] - 48:16
patience [2] - 7:9, 44:8, 58:7
Patrick [2] - 106:13, 111:4
pedigree [1] - 67:4
people [8] - 23:17, 38:5, 38:6, 39:12, 58:13, 60:17, 95:1, 103:22
percent [1] - 49:22
period [4] - 71:15, 80:8, 80:18, 94:1
permission [3] - 113:4, 116:18, 120:19
perpetrator [3] - 27:1, 127:15, 138:23
perpetrators [21] - 87:14, 94:15, 95:2, 95:10, 96:16, 97:6, 97:8, 99:16, 103:17, 104:8, 104:13, 104:23, 105:3, 105:12, 107:10, 122:12, 122:19, 123:18, 128:19, 130:7, 144:3
person [11] - 91:16, 100:12, 117:7, 118:6, 118:20, 124:14, 127:21, 131:2, 133:17, 137:19, 147:4
person's [1] - 13:7
Personal [1] - 101:6
personal [1] - 91:16
persons [1] - 12:13

pertained [1] - 49:9
pertaining [28] - 13:7, 18:9, 19:5, 21:14, 37:2, 40:20, 41:16, 51:4, 51:13, 52:5, 53:8, 55:15, 59:13, 66:6, 67:8, 69:11, 71:15, 85:2, 86:1, 102:22, 129:19, 132:13, 134:23, 135:7, 136:9, 136:10, 144:1, 147:9
pertains [4] - 24:9, 54:7, 85:7, 85:14
pertinent [3] - 14:2, 27:12, 32:18
pertinent" [1] - 27:16
PETERSON [2] - 150:4, 150:21
Peterson [1] - 1:13
Phil [1] - 13:20
phone [10] - 49:11, 49:19, 50:13, 50:14, 50:15, 50:16, 85:17, 86:13, 86:20, 129:14
photo [2] - 138:22, 139:3
photograph [4] - 47:20, 48:6, 48:16, 48:23
photographer [3] - 20:19, 21:5, 52:22
photographs [9] - 8:1, 45:4, 45:17, 47:8, 48:9, 49:3, 49:7, 52:7, 52:12
photos [10] - 20:18, 49:17, 49:18, 50:3, 50:7, 50:9, 51:1, 52:4, 53:1, 143:16
physical [2] - 22:18, 43:17
physically [1] - 116:19
picture [4] - 48:8, 48:9, 102:6
pictures [1] - 51:15
pistol [2] - 85:20, 85:22
Place [1] - 5:16
place [11] - 17:13, 23:23, 96:3, 107:18, 111:17, 114:17, 117:18, 117:20, 135:4, 147:6, 150:7
placed [9] - 16:22, 18:21, 21:21, 51:22, 53:2, 53:19, 60:9, 61:12, 87:2
places [1] - 101:19

placing [2] - 23:2, 61:15
plaintiff [1] - 1:5
Plaintiff [1] - 5:6
point [18] - 20:13, 22:16, 45:10, 50:12, 55:6, 56:14, 57:2, 71:16, 73:23, 74:20, 89:13, 91:4, 93:19, 115:23, 130:23, 133:17, 137:3, 137:4
pointing [1] - 140:19
Police [40] - 3:8, 7:15, 11:7, 11:14, 15:19, 16:2, 16:12, 17:5, 18:20, 25:9, 33:7, 33:8, 33:16, 33:21, 34:13, 37:22, 39:20, 43:22, 57:13, 58:22, 63:18, 65:9, 65:16, 65:22, 67:2, 69:10, 70:8, 70:9, 72:8, 72:15, 72:17, 73:12, 81:22, 84:15, 84:19, 84:21, 113:1, 144:20, 145:21, 146:7
police [8] - 25:9, 46:14, 52:21, 60:16, 60:23, 65:22, 75:22, 82:11
policies [3] - 17:4, 54:23, 145:20
Policies [4] - 18:19, 119:1, 135:16, 138:17
policy [1] - 69:9
portion [1] - 76:20
position [1] - 118:3
postmortem [7] - 52:6, 52:19, 52:23, 53:1, 53:10, 54:18, 55:21
posts [1] - 52:22
pounds [2] - 100:16, 100:19
practice [2] - 27:4, 46:1
preceding [1] - 29:17
promised [1] - 116:8
prepare [3] - 25:15, 84:13, 101:22
prepared [16] - 8:23, 10:12, 10:15, 15:10, 21:19, 46:3, 49:5, 58:21, 62:9, 70:22, 92:22, 98:7, 101:17, 106:12, 136:8, 139:14
presence [1] - 29:12
present [8] - 15:20, 28:10, 63:18, 64:4, 66:11, 78:13, 81:21,

142:10
presented [7] - 43:5, 70:14, 114:2, 114:5, 114:19, 119:21, 121:1
presenting [1] - 114:6
preserve [1] - 37:4, 123:9
pretty [3] - 25:18, 32:11, 41:9
previous [3] - 7:23, 44:17, 86:20
previously [6] - 6:18, 6:21, 124:18, 140:2, 143:15
print [2] - 83:10, 84:3
printing [2] - 83:20, 150:11
privy [1] - 43:17
problem [1] - 25:7
problems [3] - 12:6, 57:8, 57:11
procedure [2] - 21:22, 111:18
procedures [5] - 17:5, 54:23, 69:10, 92:2, 145:21
Procedures [4] - 18:19, 119:2, 135:17, 138:18
proceedings [1] - 148:7
process [1] - 115:18
proper [2] - 12:22, 110:12
property [1] - 91:18
prosecuted [1] - 142:21
prosecutes [1] - 27:6
prosecution [4] - 131:12, 137:5, 141:21, 142:16
protect [1] - 124:5
prove [1] - 123:23
provide [3] - 117:13, 141:22, 146:5
provided [5] - 34:11, 63:14, 80:15, 91:1, 109:21
providing [1] - 137:10
psychiatric [5] - 12:2, 31:9, 33:23, 68:18, 68:21
psychotropic [1] - 31:13
Public [2] - 1:14, 150:4
PUBLIC [2] - 148:17, 149:23

pull [2] - 19:20, 47:5
pulled [5] - 20:1, 20:16, 21:7
purport [4] - 99:16, 101:9, 134:21, 135:4
purported [9] - 78:9, 92:4, 92:15, 93:8, 98:13, 108:19, 121:23, 130:19, 143:21
purports [1] - 109:3
pursuant [2] - 1:17, 150:7
put [4] - 92:3, 107:3, 122:12, 146:23
putting [1] - 100:18

Q

questioned [21] - 16:7, 17:17, 19:21, 20:2, 25:23, 26:12, 27:13, 31:1, 31:9, 32:19, 33:2, 38:17, 50:8, 56:10, 86:10, 92:10, 94:13, 95:6, 104:21, 113:16, 126:5
questioning [24] - 20:11, 28:11, 28:22, 29:15, 31:12, 33:10, 33:15, 34:5, 38:22, 40:8, 51:2, 52:1, 52:12, 58:5, 59:11, 65:6, 77:20, 78:7, 79:2, 93:2, 94:22, 99:20, 106:7, 139:19
questions [28] - 6:13, 11:3, 36:21, 37:9, 43:16, 46:9, 49:23, 51:7, 63:23, 67:13, 71:15, 73:10, 74:4, 74:6, 74:13, 75:3, 75:8, 75:9, 76:23, 77:3, 77:4, 87:7, 93:4, 96:8, 106:23, 145:18, 147:14, 147:15
quick [2] - 9:16, 51:14
quickly [1] - 22:2, 22:12
QUINN [309] - 5:9, 8:11, 9:3, 9:17, 10:4, 11:11, 11:16, 12:3, 12:21, 13:9, 13:16, 14:6, 14:11, 14:21, 15:21, 16:15, 17:3, 17:7, 18:12, 18:17, 18:23, 19:7, 19:17, 19:22, 20:4, 20:12,

21:16, 22:4, 22:8, 22:13, 22:21, 23:4, 23:6, 23:11, 24:2, 24:10, 24:21, 25:2, 25:12, 26:14, 26:17, 27:2, 27:15, 27:22, 28:13, 30:4, 30:9, 30:12, 30:15, 31:3, 31:15, 32:3, 32:9, 32:14, 32:21, 33:3, 34:2, 34:8, 34:17, 35:1, 35:6, 35:12, 35:18, 35:20, 36:5, 36:15, 37:11, 38:2, 38:8, 39:3, 39:14, 39:18, 40:1, 40:14, 41:1, 41:6, 41:18, 41:22, 42:3, 42:8, 42:17, 43:1, 43:7, 43:12, 44:22, 45:2, 45:5, 45:8, 46:2, 46:17, 46:21, 47:17, 48:4, 48:6, 50:2, 50:21, 51:20, 52:18, 53:11, 53:21, 54:2, 54:13, 55:2, 55:7, 55:13, 55:17, 56:5, 56:12, 56:17, 56:23, 57:4, 57:21, 58:15, 59:8, 59:15, 59:19, 60:3, 60:20, 61:21, 62:3, 62:10, 62:15, 62:19, 62:22, 63:7, 64:1, 64:7, 64:11, 65:11, 66:1, 66:7, 66:19, 67:11, 67:15, 67:19, 68:10, 68:16, 69:1, 69:7, 69:14, 69:19, 71:14, 71:19, 72:21, 74:17, 75:4, 75:15, 76:15, 77:16, 78:10, 78:15, 78:18, 79:4, 79:10, 79:19, 80:19, 82:1, 82:6, 83:16, 83:18, 84:16, 85:4, 85:9, 85:11, 86:6, 86:15, 86:23, 87:6, 87:23, 88:16, 89:2, 89:8, 89:14, 90:10, 91:4, 91:17, 92:6, 92:12, 93:9, 93:6, 93:9, 93:13, 93:18, 94:9, 94:18, 95:4, 95:12, 95:15, 95:21, 95:23, 96:6, 96:20, 97:2, 97:9, 97:13, 97:19, 98:16, 99:10, 100:3, 100:10, 101:12, 102:3, 102:13, 103:7, 103:19, 104:10,

104:14, 105:4, 105:9,
105:15, 105:21,
106:3, 107:2, 107:14,
107:20, 108:11,
109:1, 109:14,
109:16, 109:19,
110:4, 110:12,
110:17, 110:22,
111:22, 112:4,
112:14, 112:22,
113:10, 113:18,
113:23, 114:8, 115:3,
115:8, 115:19,
115:23, 116:11,
117:2, 117:15,
117:19, 118:1,
118:22, 119:5,
119:18, 120:2, 120:6,
120:22, 121:4, 121:8,
121:13, 121:17,
122:8, 122:14,
122:21, 123:2,
123:11, 123:19,
123:23, 124:7,
125:15, 127:4,
127:11, 127:19,
128:1, 128:14,
128:21, 129:9,
129:15, 129:22,
130:4, 130:9, 130:14,
130:21, 131:4, 132:4,
133:13, 133:18,
134:8, 134:13, 135:9,
135:21, 136:1,
136:21, 137:3, 137:6,
137:12, 138:6,
138:12, 138:20,
139:1, 139:6, 139:17,
140:15, 140:21,
141:4, 141:17, 142:1,
142:6, 142:23, 143:6,
143:14, 143:17,
144:4, 144:22, 145:5,
145:17, 145:23,
146:13, 146:21,
147:15
   Quinn [2] - 37:1,
37:9
   quite [1] - 66:21

R

   radioed [1] - 41:5
   random [1] - 11:13
   re - 106:9
   re-interviewed [1] -
106:9
   read [20] - 6:2, 13:6,
30:5, 30:10, 32:3,
32:10, 42:14, 42:15,

61:7, 74:21, 79:15,
79:19, 88:20, 90:5,
99:10, 100:3, 104:11,
135:11, 140:15, 148:5
   reading [1] - 80:12
   real [3] - 9:15, 51:14,
141:11
   really [2] - 27:16,
88:9
   realtime [1] - 22:1
   rear [1] - 48:18
   reason [5] - 36:2,
36:12, 37:18, 40:9,
127:9
   REASON [7] - 149:4,
149:6, 149:8, 149:11,
149:13, 149:16,
149:18
   recalled [1] - 138:2
   recently [1] - 118:10
   recess [1] - 120:14
   recognize [2] - 10:1,
93:15
   recollection [10] -
38:16, 39:9, 56:8,
63:5, 70:6, 76:3, 76:4,
78:13, 88:21, 136:13
   record [19] - 6:5, 7:7,
9:7, 19:19, 33:20,
47:17, 54:17, 61:5,
61:15, 66:10, 76:17,
92:22, 98:22, 99:11,
107:3, 120:15,
120:17, 146:14,
146:15
   Recorded [1] -
120:11
   recorded [7] - 3:17,
83:10, 93:23, 125:19,
147:2, 147:3, 150:9
   recording [5] - 9:10,
53:9, 58:5, 60:17,
74:12
   refer [3] - 38:8,
76:19, 86:5
   Referee [1] - 6:9
   reference [2] - 46:13,
125:19
   referred [8] - 26:1,
70:5, 76:16, 87:22,
122:15, 141:8
   referring [16] - 20:20,
21:1, 29:20, 71:19,
75:20, 80:11, 83:23,
85:5, 87:3, 87:4,
87:17, 111:9, 113:9,
125:6, 125:8, 133:18
   reflects [2] - 11:23,
17:3
   refresh [1] - 59:3

refreshed [1] -
136:13
   refreshes [1] - 79:14
   regard [1] - 11:7
   regarding [3] - 3:19,
42:20, 131:16
   regards [1] - 137:20
   Reginal [1] - 126:21
   registered [1] -
90:18
   reiterate [1] - 68:14
   relationship [1] -
126:8
   relative [1] - 8:8,
16:10, 20:10, 28:20,
33:9, 41:12, 43:17,
58:9, 63:14, 129:18,
141:1
   relevance [4] -
12:18, 12:22, 13:17,
96:8
   relevancy [1] - 95:17
   relevant [4] - 9:20,
32:17, 95:10, 96:18
   reliable [2] - 97:7,
97:17
   relieved [1] - 87:12
   remarked [1] - 35:16
   remember [9] -
19:12, 52:11, 54:14,
82:9, 82:11, 82:12,
88:9, 94:2, 136:13
   repeat [1] - 128:9
   rephrase [2] - 37:13,
119:17
   reply [1] - 29:13
   report [30] - 10:6,
11:17, 11:20, 12:1,
12:3, 13:19, 16:20,
16:23, 18:14, 19:13,
21:7, 21:20, 23:19,
24:17, 24:18, 25:8,
32:6, 54:20, 55:20,
55:23, 62:20, 62:22,
64:23, 101:7, 101:11,
101:18, 101:22,
101:23
   Report [4] - 3:15,
100:18, 100:23, 101:4
   reported [4] - 32:12,
70:22, 71:4, 143:3
   REPORTER [1] - 6:1
   reporter [14] - 7:1,
42:15, 43:19, 43:21,
44:1, 44:3, 82:16,
82:18, 98:1, 100:22,
102:17, 120:10,
131:15, 139:19
   Reporter [1] - 1:13
   reporters [3] - 7:9,

147:9, 147:10
   reporting [1] - 11:1
   Reports [2] - 3:10,
44:4
   reports [4] - 8:1,
10:1, 25:4, 122:11
   representation [1] -
45:9
   represents [1] - 27:6
   request [2] - 117:1,
117:3
   requested [2] - 12:9,
42:15
   required [1] - 22:19
   requires [1] - 26:22
   reserve [2] - 36:23,
37:8
   reserved [1] - 6:13
   residence [1] - 47:10
   residue [1] - 90:17
   respect [19] - 15:10,
21:11, 21:13, 33:7,
88:11, 95:1, 104:8,
109:12, 128:12,
128:17, 129:8,
129:20, 130:2, 130:7,
134:10, 136:16,
141:13, 142:3, 145:15
   respective [1] - 6:8
   respond [1] - 57:17
   responding [1] -
23:15
   response [5] - 74:8,
76:7, 77:4, 111:11,
140:14
   responses [1] -
74:13
   rest [1] - 45:17
   result [2] - 137:9,
145:22
   resume [1] - 7:11
   review [11] - 13:6,
13:22, 34:10, 37:5,
58:20, 82:23, 94:14,
98:18, 106:22,
116:23, 139:17
   reviewed [6] - 13:14,
15:15, 35:3, 36:14,
113:5, 122:18,
122:23, 124:4, 138:4
   reviewing [2] - 11:1,
14:17
   Richard [1] - 98:7
   rights [3] - 36:23,
37:8, 124:5
   Rights [7] - 72:16,
72:22, 73:5, 73:6,
73:8, 90:5
   rob [1] - 110:6
   ROBERT [1] - 5:9

Ronnie [5] - 3:20,
131:2, 131:16,
131:21, 135:1
   Room [1] - 62:1
   room [12] - 60:13,
60:14, 61:1, 61:5,
61:8, 61:11, 61:12,
61:17, 70:19, 72:10,
87:13, 108:1
   rooms [1] - 60:16
   Root [1] - 102:22
   Rosario [7] - 3:18,
120:11, 125:20,
126:7, 140:2, 140:7,
140:20
   rotation [1] - 88:10
   route [1] - 67:23
   rquinn@city [1] -
5:11
   rquinn@city-
buffalo.com [1] - 5:11
   rules [2] - 37:2,
37:12
   run [4] - 44:8, 67:23,
68:3, 147:16
   running [3] - 95:2,
95:3, 108:3

S

   Sadiocha [5] - 37:22,
39:20, 58:22, 66:15,
70:8
   Salamone [4] - 53:6,
53:9, 54:22, 55:20
   sandwich [1] - 63:3
   sat [1] - 9:1
   saw [11] - 80:3,
87:21, 91:8, 95:2,
96:16, 104:7, 104:20,
108:3, 132:22, 144:1
   scan [2] - 115:21,
116:2
   scene [16] - 11:21,
24:15, 24:20, 25:10,
45:21, 46:15, 49:3,
50:10, 51:4, 85:15,
89:19, 96:17, 107:10,
108:4, 143:12
   scribbles [1] - 83:3
   search [1] - 122:2
   second [12] - 10:6,
42:4, 47:20, 48:19,
60:8, 63:13, 63:17,
76:20, 84:2, 94:4,
99:9, 99:22
   section [2] - 101:5,
101:6
   Security [2] - 91:3,

91:9
  **Sedita** - 114:12
  **see** [42] - 14:17,
16:22, 18:1, 22:2,
23:3, 29:9, 29:21,
31:22, 48:6, 48:15,
48:18, 50:1, 76:20,
79:14, 80:4, 83:11,
87:8, 90:18, 91:6,
91:20, 92:2, 98:13,
98:20, 99:1, 99:19,
102:6, 104:18, 107:9,
110:19, 118:5, 118:7,
122:11, 122:18,
123:22, 126:7,
133:11, 133:19,
140:7, 140:9, 140:12,
144:2, 145:16
  **seeing** [12] - 16:7,
19:12, 26:8, 45:19,
49:7, 56:9, 91:9, 95:6,
99:4, 117:7, 125:11,
126:4
  **sees** [1] - 98:16
  **selling** [1] - 17:23
  **semantics** [1] -
21:10
  **send** [1] - 54:17
  **sense** [4] - 21:3,
66:23, 103:14, 104:12
  **sentence** [2] - 100:6,
140:8
  **separate** [4] - 20:20,
20:23, 61:20, 116:16
  **September** [1] -
135:5
  **sequential** [1] - 9:13
  **sequentially** [1] -
72:1
  **Sergeant** [41] - 16:2,
16:11, 28:3, 28:7,
28:17, 28:21, 29:2,
29:9, 29:16, 29:21,
30:7, 30:19, 33:6,
46:4, 60:9, 61:10,
61:16, 70:15, 70:18,
70:21, 71:3, 71:12,
72:10, 73:20, 75:19,
76:13, 77:14, 77:17,
77:21, 78:3, 80:9,
80:12, 81:4, 81:8,
81:18, 81:20, 89:18,
114:22, 119:4,
119:10, 120:1
  **sergeant** [1] - 77:1
  **served** [1] - 90:21
  **set** [1] - 150:8
  **setup** [1] - 60:18
  **seven** [14] - 60:10,
74:14, 75:13, 75:23,

79:13, 79:18, 79:20,
80:4, 80:7, 80:14,
80:18, 89:11, 94:14,
108:15
  **seven-fifteen** [4] -
74:14, 75:13, 75:23,
89:11
  **seven-twenty-five**
[1] - 60:10
  **seventeen** [1] -
29:20
  **several** [3] - 73:10,
118:10, 132:18
  **sheet** [9] - 10:2,
44:15, 45:16, 51:12,
52:5, 53:16, 54:6,
54:9, 55:19
  **sheets** [1] - 8:3
  **shift** [1] - 88:11
  **shifts** [3] - 23:12,
87:20, 88:7
  **Shooting** [2] - 3:14,
98:2
  **short** [1] - 120:16
  **shorthand** [2] -
150:9, 150:14
  **shot** [1] - 48:10
  **shotgun** [1] - 94:1
  **shots** [1] - 94:17
  **show** [19] - 15:5,
29:8, 45:14, 48:12,
48:23, 51:15, 53:7,
58:7, 69:22, 79:12,
80:20, 82:22, 98:6,
100:11, 125:18,
132:21, 134:14,
134:17, 139:12
  **showing** [8] - 15:11,
30:9, 44:14, 51:10,
55:23, 101:3, 102:21,
125:9
  **shown** [2] - 76:18,
135:18
  **shows** [1] - 46:10
  **side** [1] - 83:13
  **sign** [4] - 6:2, 77:6,
117:11, 148:5
  **SIGNATURE** [4] -
148:1, 148:14,
148:17, 149:20
  **signature** [2] - 21:21,
71:8
  **signed** [10] - 24:1,
62:8, 62:18, 71:7,
76:12, 78:5, 78:8,
90:6, 92:20, 112:16
  **significant** [1] - 9:21
  **signing** [1] - 77:22
  **similar** [2] - 36:10
  **simple** [1] - 110:11

  **simply** [1] - 51:11
  **single** [2] - 97:8,
97:17
  **sitting** [1] - 84:18
  **situations** [1] - 69:18
  **six** [22] - 88:8, 100:1,
100:16, 100:17,
101:10, 101:11,
102:1, 102:7, 102:9,
102:10, 102:11,
122:13, 122:20,
123:18, 124:10,
125:10, 125:14
  **slain** [1] - 48:3
  **social** [1] - 133:2
  **Social** [2] - 91:2,
91:9
  **sole** [2] - 97:7, 143:4
  **solving** [2] - 97:1,
97:3
  **someone** [8] - 23:18,
30:18, 38:4, 49:14,
68:14, 69:12, 116:21,
146:4
  **sometimes** [10] -
21:17, 46:22, 57:15,
57:16, 75:9, 88:17,
97:20, 97:21
  **somewhat** [1] -
99:17
  **soon** [1] - 52:20
  **sorry** [15] - 26:20,
71:2, 81:13, 88:9,
109:8, 115:9, 117:8,
118:18, 122:3, 123:7,
125:3, 131:8, 131:13,
132:21, 143:2
  **sought** [1] - 14:18
  **sources** [2] - 144:1,
145:13
  **Spanish** [7] - 57:3,
67:2, 72:16, 73:4,
73:7, 73:9, 73:15
  **speaking** [9] - 15:2,
57:10, 64:5, 88:22,
97:9, 97:13, 97:15,
131:21, 134:1
  **speaks** [10] - 25:5,
35:6, 35:13, 35:20,
58:16, 59:16, 64:3,
104:11, 104:15,
107:16
  **special** [1] - 69:4
  **specialized** [1] -
69:17
  **specific** [3] - 40:18,
49:12, 61:18
  **specifically** [8] -
27:15, 32:9, 49:10,
64:19, 75:15, 83:16,

102:5, 115:11
  **speculating** [1] -
39:14
  **spent** [2] - 29:4,
42:22
  **spoken** [3] - 28:16,
65:9, 128:17
  **sports** [2] - 132:15,
132:23
  **Spot** [2] - 133:4,
133:5
  **squad** [4] - 20:23,
41:13, 87:13, 113:13
  **Square** [1] - 5:10
  **ss** [1] - 149:1
  **STAMBACH** [3] -
1:12, 2:5, 148:3
  **Stambach** [5] - 5:12,
7:7, 80:5, 80:16,
81:22
  **stamp** [1] - 150:16
  **stamped** [1] - 9:10
  **stand** [1] - 77:2
  **standard** [1] - 27:3
  **standing** [2] - 66:14,
70:23
  **star** [1] - 84:4
  **stars** [1] - 84:10
  **start** [5] - 10:14,
44:14, 66:5, 84:13,
103:10
  **started** [9] - 28:17,
40:11, 47:6, 71:22,
72:19, 77:13, 82:10,
83:4, 84:21
  **starting** [3] - 59:11,
79:14, 81:14
  **STATE** [5] - 1:1, 1:7,
5:13, 149:1, 150:2
  **state** [7] - 12:13,
14:8, 17:18, 30:1,
69:22, 80:15
  **State** [1] - 150:5
  **statement** [5] -
34:12, 103:15,
113:20, 138:2, 142:17
  **Statement** [74] -
3:16, 3:17, 4:4, 23:20,
38:11, 38:15, 54:1,
57:10, 57:12, 63:4,
71:7, 71:8, 74:3,
74:12, 76:9, 77:10,
77:11, 80:17, 80:22,
82:10, 83:5, 85:1,
85:4, 87:20, 88:18,
88:20, 93:12, 93:16,
94:4, 99:13, 102:18,
103:4, 103:8, 104:6,
104:20, 105:22,
105:23, 108:16,

108:21, 109:3, 109:6,
110:14, 113:11,
113:12, 114:14,
116:9, 118:13,
120:11, 121:3, 121:5,
122:6, 123:16,
124:17, 124:20,
124:23, 125:2,
125:12, 125:20,
126:2, 126:9, 126:20,
127:9, 127:21,
128:11, 131:1,
131:10, 137:10,
137:23, 138:10,
138:13, 140:2, 140:7,
142:19, 143:22
  **statements** [1] - 21:5
  **Statements** [6] -
49:16, 94:14, 122:11,
122:17, 124:4, 142:15
  **states** [11] - 26:11,
60:8, 76:14, 80:4,
81:20, 106:13, 107:8,
107:23, 108:14,
126:9, 129:4
  **stating** [2] - 63:18,
81:1
  **stay** [1] - 74:1
  **stayed** [1] - 74:2
  **stenographically** [1]
- 150:9
  **Steven** [1] - 99:8
  **still** [1] - 74:9
  **stipulated** [1] - 6:6
  **stipulation** [1] - 6:4
  **stipulations** [1] - 6:1
  **stop** [6] - 121:17,
133:3, 133:5, 133:12
  **Street** [5] - 1:15, 5:4,
5:16, 59:1, 108:4
  **strike** [3] - 53:17,
101:5, 102:14
  **striking** [2] - 107:17,
107:20
  **subject** [1] - 58:23
  **submitted** [3] -
121:12, 121:19,
131:11
  **subscribed** [2] -
148:11, 150:15
  **SUBSCRIBED** [1] -
149:21
  **subsequent** [3] -
45:2, 121:23, 130:23
  **substance** [1] -
111:6
  **suffering** [2] - 69:6,
69:12
  **sufficient** [1] -
118:14

**suggest** [1] - 135:6
**suggested** [2] - 123:17, 125:13
**Suite** [2] - 5:9, 5:16
**superiors** [1] - 11:7
**supplied** [1] - 138:11
**supplier** [1] - 131:23
**support** [2] - 122:19, 131:11
**supporting** [1] - 54:8
**suppose** [1] - 103:11
**surrounding** [3] - 105:19, 117:1, 141:22
**suspect** [14] - 34:15, 34:22, 36:8, 36:18, 36:19, 36:22, 74:21, 86:5, 86:10, 95:11, 132:14, 133:11, 140:20, 142:16
**suspects** [8] - 60:1, 87:22, 89:1, 99:23, 103:16, 107:13, 108:22, 129:20
**SWORN** [1] - 149:21
**Sworn** [18] - 38:10, 38:14, 57:9, 71:7, 71:8, 74:3, 77:10, 82:10, 83:4, 103:4, 104:20, 105:22, 113:11, 114:14, 124:17, 124:20, 124:23
**sworn** [3] - 6:18, 33:1, 77:22
**system** [1] - 24:13

**T**

**tags** [1] - 46:8
**tall** [5] - 101:18, 102:10, 122:13, 122:20, 125:14
**technician** [3] - 21:20, 101:18, 101:22
**Telephone** [3] - 5:5, 5:11, 5:17
**ten** [6] - 44:19, 45:15, 88:6, 88:8, 88:10, 110:7
**ten-hour** [2] - 88:6, 88:10
**ten-page** [1] - 45:15
**term** [1] - 25:7
**termed** [1] - 61:11
**terms** [1] - 97:14
**terrible** [1] - 13:3
**test** [1] - 90:17
**testified** [2] - 6:18, 19:2, 19:14, 24:23,

25:22, 27:19, 29:3, 30:7, 30:19, 61:23, 63:5, 71:18, 75:20, 113:14, 115:18, 116:13, 123:20, 124:18, 140:3, 142:19, 143:7
**testify** [5] - 113:23, 115:6, 126:12, 131:9, 137:2
**testifying** [5] - 39:8, 60:20, 82:14, 95:18, 133:15
**testimony** [32] - 7:23, 19:8, 26:7, 27:20, 29:1, 32:23, 33:20, 42:16, 58:15, 59:16, 64:1, 70:1, 73:20, 76:16, 77:13, 78:2, 80:3, 80:13, 81:5, 81:17, 99:19, 111:13, 112:7, 116:21, 117:20, 118:2, 141:22, 142:4, 142:10, 148:4, 148:6, 148:8
**THE** [224] - 1:7, 1:14, 5:2, 5:14, 8:12, 9:4, 9:23, 11:12, 11:17, 12:5, 13:19, 14:7, 14:10, 14:12, 14:23, 15:23, 16:16, 17:10, 18:14, 18:18, 19:1, 19:10, 19:18, 20:3, 20:5, 20:13, 21:17, 22:14, 22:22, 23:7, 23:12, 24:3, 24:11, 25:4, 25:14, 26:15, 26:19, 27:3, 27:18, 27:23, 28:14, 31:5, 31:16, 32:16, 32:22, 33:4, 34:3, 34:9, 35:2, 35:9, 35:14, 35:19, 38:3, 38:10, 39:4, 39:19, 40:2, 40:15, 42:12, 42:18, 43:2, 43:8, 46:3, 46:18, 46:22, 47:21, 48:1, 50:3, 51:21, 52:19, 53:22, 54:4, 54:14, 55:3, 55:8, 55:12, 56:6, 56:13, 57:1, 57:5, 57:22, 59:9, 59:20, 60:23, 62:11, 62:16, 62:20, 63:2, 63:8, 64:8, 64:12, 65:12, 66:2, 66:8, 66:20, 67:12, 67:16, 67:20, 68:11, 68:17, 69:2, 69:8, 69:15, 69:20, 72:22, 74:18,

75:5, 75:17, 76:22, 77:17, 78:11, 78:17, 78:20, 79:7, 79:11, 79:21, 80:21, 81:1, 82:9, 83:17, 83:19, 84:17, 85:10, 85:12, 86:7, 86:17, 87:1, 87:8, 88:1, 88:17, 89:3, 89:9, 89:15, 90:11, 91:6, 91:18, 92:7, 92:13, 93:10, 93:19, 94:10, 94:19, 95:13, 96:21, 97:3, 97:20, 100:7, 101:13, 103:20, 104:16, 105:5, 105:10, 105:16, 105:22, 106:4, 107:4, 108:12, 109:8, 111:23, 112:5, 112:15, 113:4, 113:11, 113:19, 114:4, 114:9, 115:4, 115:9, 115:20, 117:5, 117:16, 117:20, 117:23, 118:23, 119:6, 119:20, 120:3, 120:7, 121:5, 121:9, 122:9, 123:13, 124:9, 125:17, 127:12, 128:2, 128:16, 129:10, 129:16, 129:23, 130:5, 130:10, 130:15, 130:22, 131:5, 131:13, 132:8, 133:14, 133:19, 134:9, 135:10, 136:3, 137:8, 137:13, 138:8, 138:13, 138:21, 139:2, 139:7, 139:21, 140:17, 140:22, 141:3, 142:2, 143:2, 143:8, 143:15, 143:19, 144:6, 145:19, 146:1, 147:13, 149:3, 149:4
**themselves** [1] - 122:16
**thereafter** [2] - 78:16, 150:10
**thereafter"** [1] - 78:18
**therefore** [1] - 77:5
**third** [6] - 31:23, 48:5, 48:16, 105:15, 124:12, 124:14
**thirty** [21] - 29:4, 29:14, 29:18, 42:22, 57:23, 63:21, 64:6, 65:8, 66:3, 66:11,

67:1, 68:12, 68:19, 68:22, 71:10, 71:19, 71:22, 72:2, 97:11, 131:6, 134:5
**THIS** [1] - 149:21
**three** [26] - 45:18, 51:11, 75:21, 76:5, 76:20, 81:6, 81:7, 81:11, 81:19, 92:16, 99:23, 101:10, 101:11, 102:1, 103:22, 104:4, 104:5, 104:6, 104:8, 104:13, 107:13, 108:3, 114:11, 118:12, 128:19, 129:3, 129:20
**three-page** [2] - 92:16, 104:6
**thumb** [1] - 9:19
**Tim** [1] - 53:6
**Timothy** [2] - 53:8, 54:22
**TIMOTHY** [2] - 5:8, 5:15
**Timothy.Flynn@ag.ny.gov** [1] - 5:18
**tip** [6] - 87:5, 128:19, 129:2, 129:8, 141:13, 141:15
**TO** [2] - 149:3, 149:21
**today** [12] - 16:5, 27:19, 33:1, 39:8, 66:21, 105:23, 113:14, 115:6, 122:23, 131:9, 136:7, 139:16
**today's** [1] - 6:23
**tons** [1] - 73:5
**took** [10] - 17:13, 23:23, 73:4, 73:6, 90:4, 92:3, 117:18, 120:16, 131:10, 143:3
**Torre** [2] - 13:21, 70:1
**Torres** [20] - 16:3, 16:12, 33:7, 33:8, 33:16, 33:22, 63:18, 64:10, 64:14, 64:16, 64:19, 65:16, 66:4, 67:2, 72:8, 72:17, 81:22, 84:15, 84:19, 84:21
**towards** [2] - 48:17, 94:5
**Tower** [1] - 5:16
**training** [2] - 69:4, 69:17
**transcribed** [2] - 8:14, 150:10

**transcript** [8] - 6:11, 30:9, 30:10, 62:4, 148:6, 150:6, 150:8, 150:12
**transcription** [1] - 150:13
**translate** [1] - 64:20
**translation** [1] - 72:19
**translator** [6] - 56:16, 57:3, 57:20, 64:5, 64:10, 67:3
**trial** [1] - 6:14
**trick** [4] - 96:10, 98:22, 124:1, 125:15
**trouble** [1] - 132:5
**true** [2] - 49:13, 150:13
**trying** [14] - 12:14, 30:18, 38:4, 38:5, 39:12, 42:4, 58:13, 66:23, 68:15, 77:12, 96:10, 96:13, 98:22, 110:8
**turn** [3] - 58:8, 81:10, 84:2
**turned** [3] - 60:14, 91:19, 129:1
**turning** [1] - 31:21, 45:18
**twenty** [23] - 29:9, 60:10, 73:18, 73:22, 74:15, 74:20, 75:14, 75:21, 76:5, 76:11, 76:20, 78:8, 78:16, 78:19, 79:13, 79:18, 79:20, 80:4, 80:14, 80:18, 81:6, 81:7, 81:11, 81:15, 81:19, 81:20, 90:6
**twenty-five** [1] - 81:20
**twenty-seven** [6] - 79:13, 79:18, 79:20, 80:4, 80:14, 80:18
**twenty-three** [7] - 75:21, 76:5, 76:20, 81:6, 81:7, 81:11, 81:19
**twenty-two** [4] - 29:9, 81:11, 81:15, 81:19
**two** [41] - 9:23, 15:15, 21:1, 29:9, 34:10, 38:4, 39:12, 40:10, 47:22, 51:15, 58:13, 66:13, 81:11, 81:15, 81:19, 83:6, 84:7, 87:7, 87:14, 88:8, 89:3, 91:19,

94:10, 98:11, 98:12, 98:16, 99:7, 99:14, 100:16, 100:18, 101:10, 106:14, 106:16, 115:1, 115:5, 124:9, 124:15, 126:7, 126:12, 130:7, 134:18
**two-page** [5] - 15:15, 83:6, 84:7, 98:11, 134:18
**type** [3] - 71:6, 74:7, 74:8
**typed** [10] - 3:17, 8:23, 19:3, 19:6, 21:19, 70:22, 77:4, 120:11, 122:11, 125:20
**typewritten** [11] - 10:11, 19:13, 62:8, 62:18, 71:4, 74:3, 74:12, 92:9, 92:15, 103:15, 104:6
**typically** [1] - 58:20
**typing** [1] - 74:6

## U

**U-D-A-H** [1] - 141:10
**U.S** [2] - 146:4, 147:7
**UDAH** [1] - 141:6
**Udah** [19] - 86:1, 86:2, 86:4, 86:10, 86:13, 86:14, 86:18, 86:19, 86:21, 87:2, 87:9, 87:14, 87:17, 87:22, 141:6, 141:10, 141:13, 141:19
**ultimately** [2] - 112:18, 112:21
**unclear** [1] - 71:16
**under** [17] - 27:20, 29:10, 31:13, 31:18, 32:1, 32:7, 32:13, 35:5, 37:12, 44:15, 75:21, 77:22, 96:3, 102:11, 124:10, 125:1, 125:5
**underneath** [1] - 54:7
**unfortunately** [1] - 110:20
**Unit** [52] - 3:5, 3:6, 3:8, 7:2, 7:20, 8:5, 9:9, 10:19, 10:22, 15:8, 18:9, 18:20, 18:22, 19:20, 20:19, 20:21, 20:22, 21:12, 28:10, 32:6, 33:9, 37:23, 40:8, 41:16, 43:5, 43:20, 43:22,

44:16, 46:4, 55:1, 58:12, 59:4, 61:19, 70:2, 70:14, 72:2, 75:22, 90:3, 91:7, 91:21, 105:19, 106:9, 107:11, 108:1, 108:8, 108:17, 111:14, 116:22, 120:5, 123:16, 126:20, 146:6
**unknown** [1] - 12:13
**unless** [1] - 132:20
**up** [18] - 6:21, 19:6, 20:22, 23:13, 23:21, 44:10, 49:1, 78:8, 89:12, 119:19, 127:2, 127:6, 128:7, 128:10, 129:8, 129:19, 140:23, 141:15
**updates** [1] - 23:14
**Usual** [1] - 6:1
**utilized** [1] - 92:9

## V

**vague** [1] - 82:7
**varies** [1] - 23:14
**various** [2] - 22:16, 122:10
**Vaughn** [12] - 15:6, 15:13, 15:17, 16:19, 17:1, 18:3, 18:5, 26:6, 26:11, 27:11, 28:2, 34:11
**VAUGHN** [1] - 15:13
**Vaughn's** [1] - 72:2
**vehicle** [1] - 22:23
**verbal** [1] - 81:22, 87:20, 88:14, 88:23, 89:6, 115:16, 115:18, 116:17
**verbally** [1] - 116:8
**verifying** [1] - 49:23
**version** [4] - 19:3, 92:9, 92:15, 93:7
**viable** [1] - 8:18
**victim** [2] - 47:16, 48:19
**victims** [6] - 27:6, 46:10, 50:13, 67:18, 85:14, 103:18
**view** [2] - 60:17, 70:10
**viewed** [1] - 143:16
**Vivian's** [10] - 60:9, 61:4, 61:10, 61:16, 62:1, 62:6, 63:11, 73:21, 74:5, 74:10

## W

**Wagstaff** [1] - 98:8
**wait** [4] - 50:2, 50:21, 53:11, 77:16
**waived** [2] - 6:9, 6:11
**walk** [3] - 47:9, 47:15, 87:12
**walk-through** [2] - 47:9, 47:15
**walked** [1] - 68:5
**ward** [1] - 33:23
**Warnings** [4] - 74:16, 74:22, 76:12, 78:5
**watched** [1] - 71:6
**wave** [1] - 77:6
**WAYNE** [3] - 1:14, 5:2, 5:3
**waynefelle@ waynefellelaw.com** [1] - 5:6
**weapons** [1] - 94:10
**Wednesday** [1] - 1:16
**week** [1] - 53:3
**weigh** [1] - 101:20
**weight** [2] - 101:7, 101:9
**welcome** [1] - 53:16
**Western** [1] - 131:23
**whatsoever** [1] - 121:9
**wherein** [1] - 75:19
**WHEREOF** [2] - 148:10, 150:15
**whole** [6] - 9:18, 49:21, 74:2, 103:8, 111:18, 135:11
**why"** [1] - 96:12
**Williams** [20] - 3:20, 131:2, 131:5, 131:10, 131:16, 131:21, 132:2, 132:22, 133:16, 134:4, 134:6, 134:11, 135:1, 135:2, 135:7, 136:11, 136:16, 137:2, 137:15, 138:10
**Williamsville** [3] - 1:15, 5:4, 6:17
**WISH** [1] - 149:3
**witness** [24] - 37:7, 38:21, 40:16, 45:13, 71:1, 71:3, 71:7, 71:9, 76:18, 77:22, 97:8, 97:17, 99:22, 102:23, 103:16, 104:22, 105:6, 105:12, 107:9,

109:22, 122:19, 125:13, 128:4, 148:3
**WITNESS** [223] - 8:12, 9:4, 9:23, 11:12, 11:17, 12:5, 13:19, 14:7, 14:10, 14:12, 14:23, 15:23, 16:16, 17:10, 18:14, 18:18, 19:1, 19:10, 19:18, 20:3, 20:5, 20:13, 21:17, 22:14, 22:22, 23:7, 23:12, 24:3, 24:11, 25:4, 25:14, 26:15, 26:19, 27:3, 27:18, 27:23, 28:14, 31:5, 31:16, 32:16, 32:22, 33:4, 34:3, 34:9, 35:2, 35:9, 35:14, 35:19, 38:3, 38:10, 39:4, 39:19, 40:2, 40:15, 42:12, 42:18, 43:2, 43:8, 46:3, 46:18, 46:22, 47:21, 48:1, 50:3, 51:21, 52:19, 53:22, 54:4, 54:14, 55:3, 55:8, 55:12, 56:6, 56:13, 57:1, 57:5, 57:22, 59:9, 59:20, 60:23, 62:11, 62:16, 62:20, 63:2, 63:8, 64:8, 64:12, 65:12, 66:2, 66:8, 66:20, 67:12, 67:16, 67:20, 68:11, 68:17, 69:2, 69:8, 69:15, 69:20, 72:22, 74:18, 75:5, 75:17, 76:22, 77:17, 78:11, 78:17, 78:20, 79:7, 79:11, 79:21, 80:21, 81:1, 82:9, 83:17, 83:19, 84:17, 85:10, 85:12, 86:7, 86:17, 87:1, 87:8, 88:1, 88:17, 89:3, 89:9, 89:15, 90:11, 91:6, 91:18, 92:7, 92:13, 93:10, 93:19, 94:10, 94:19, 95:13, 96:21, 97:3, 97:20, 100:7, 101:13, 103:20, 104:16, 105:5, 105:10, 105:16, 105:22, 106:4, 107:4, 108:12, 109:8, 111:23, 112:5, 112:15, 113:4, 113:11, 113:19, 114:4, 114:9, 115:4, 115:9, 115:20, 117:5, 117:16, 117:20,

117:23, 118:23, 119:6, 119:20, 120:3, 120:7, 121:5, 121:9, 122:9, 123:13, 124:9, 125:17, 127:12, 128:2, 128:16, 129:10, 129:16, 129:23, 130:5, 130:10, 130:15, 130:22, 131:5, 131:13, 132:8, 133:14, 133:19, 134:9, 135:10, 136:3, 137:8, 137:13, 138:8, 138:13, 138:21, 139:2, 139:7, 139:21, 140:17, 140:22, 141:3, 142:2, 143:2, 143:8, 143:15, 143:19, 144:6, 145:19, 146:1, 147:13, 148:1, 148:10, 148:14, 149:20, 150:15
**Witness** [4] - 94:14, 123:15, 124:4, 125:11
**witnessed** [2] - 14:19, 103:23
**witnesses** [12] - 21:5, 22:18, 94:21, 94:23, 95:9, 96:16, 97:5, 97:16, 97:21, 98:13, 99:7, 99:16
**wording** [1] - 60:15
**words** [1] - 52:22
**wounds** [4] - 51:16, 52:8, 55:9, 55:23
**write** [1] - 39:7
**writing** [16] - 45:16, 83:10, 83:11, 83:17, 83:18, 83:20, 84:4, 84:6, 84:7, 84:8, 84:11, 89:6, 91:23, 146:23
**written** [9] - 54:2, 84:10, 85:17, 92:4, 109:7, 117:13, 117:22, 122:6, 122:17
**wrote** [1] - 16:20

## Y

**YEAR** [1] - 148:20
**years** [7] - 49:20, 50:15, 97:12, 110:7, 131:6, 133:7, 134:5
**yes"** [1] - 35:9
**YORK** [5] - 1:1, 1:7, 5:13, 149:1, 150:2
**York** [7] - 1:15, 5:4,

5:10, 5:17, 6:17,
132:1, 150:5
**yourself** [1] - 79:15

| | | |
|---|---|---|
| # 04-2630 | NYSIID # ▮▮ | |
| ENDANT: JOSUE ORTIZ | DATE OF BIRTH ▮▮ -81 | |
| RESS | DATE OF ARREST 11-17-04 | |
| | DATE OF VIOLATION 11-11-04 | |
| AIGNMENT/SCI PLEA | ASSIGNMENT OF COUNSEL | |
| E 12-16-04    PART 22 | DATE | PART |
| JCC: J S Forn | JSC/JCC: | |
| KEN Case | DC: on Huntley Hearing |
| John Nuchereno, Betty Calvo-torres | ASSIGN:    Peo      Def |
| Joan Wrsty | ADA:  ① miranda card   A. letter |
| S. Monan | CR:  ② statement |
| DEFENDANT PLEADS NOT GUILTY | CC: |
| IES FURNISHED TO DEFENDANT OF: | BAIL: |
| INDICTMENT   ☒ 710.30 CPL NOTICE | ACP: |
| ALIBI DEMAND   ☑ CRIMINAL HISTORY | BAIL MOT: |
| PEOPLE'S DEMAND TO PRODUCE | DATE:   Court |
| PEOPLE READY FOR TRIAL | JSC/JCC:  1. letter |
| DEFENDANT READY FOR TRIAL | ADA: |
| 45 FOR MOTION | DC: |
| PARKER NOTIFICATION | CR: |
| BAIL: No bail | CC:  Hearing |
| Int: Terry Arzac | BAIL:  ① Doc notes Miranda card |
| JUDGE SITS AS LOWER COURT | ② statement |
| DEFENDANT ARRAIGNED ON FELONY | WARRAN: |
| DEFENDANT WAIVES PRELIMINARY HEARING | DATE: |
| WAIVER OF INDICTMENT SIGNED | JSC/JCC: |
| DEFENDANT PLEADS GUILTY | CR: |
| UNDER SCI # | CC: |
| | BAIL REV:  Court Exh |
| | RETURN:  ① Doc Note |
| opk state on record That | DATE: |
| will not be a capital case. | JSC/JCC: |
| IITMENT BY COURT: | ADA: |
| | DC: |
| RIGHT TO APPEAL WAIVED | CR: |
| INVES. ☐ ORDERED ☐ WAIVED | CC: |
| ENCE DATE: | BAIL: |

TION/TYPE: Forensic

E: 12-16-04     PART 22

JCC: J S Forma

KEN CASE

John Nachereno

T. Westry

S. Monan

| ADA ✓ | DEFENDANT · |
|---|---|
| GRANTED | GRANTED IN PART |
| DENIED | RESERVED |
| ADJOURNED | HEARING ORDERED |

---

ION/TYPE: Dismissal CPL 210.20, 210.35

E: 3-1-05     PART 22

JCC: J S Forma

S Monan

| ADA | DEFENDANT ☒ |
|---|---|
| GRANTED | GRANTED IN PART |
| DENIED | RESERVED |
| ADJOURNED | HEARING ORDERED |

DENIED    M+O

---

ON/TYPE: Inspect / dismiss

PART 22

JOO: JOSEPH S. FORMA

| ADA | DEFENDANT ☑ |
|---|---|
| GRANTED | GRANTED IN PART |
| DENIED | RESERVED |
| ADJOURNED | HEARING ORDERED |

memorandum & order - 9/11/06

---

HEARING/TYPE:

DATE 5-4-05     PART 22

JSC/JCC: J S Forma

ADA: KEN CASE    intr: B Duarte

DC: John Nuchereno

CR: Marcia Rasei

CC: Susan Monan

Witness sword for People

Dr Evelyn Coggins

Hamburg, N.Y.

11:40 Short recess

12:10 Court resumes. Def. all

counsel present.

Witness continues:

Dr Evelyn Coggins

12:30 Ct adj. RD 6/2/05

6-2-05     intr: B Duarte

App: same     cc: J Westry

Witness sword: Dr Brian Joseph

Briefs 6/24/05 & R - 7-7-05

People, defense rest.

F.F not on record.

JUL 20 2005   Memorandum and order finding

that the defendant is not an incapacitated

person and that the criminal action

against him must proceed signed and

granted.

AUG 30 2005

Huntley HRG - Adj 8-31-05

AUG 31 2005 ▓▓▓▓▓

Huntley Hearing

ADA: K Case    DC: J Nuchereno

         DC: B Calvo Torres

CR: J Westry   cc ▓▓▓▓▓

11am All present

Hearing commences

Span. Int. Sworn: Terry Arzac

A-537

| VIOLATION OF PROBATION | | MISCELLANEOUS COURT ACTIVITY Hrg cont |
|---|---|---|
| DATE | PART | DATE AUG 31 2005 PART 22 |
| JSC/JCC: | | JSC/JCC: ~~JEROME L. FORMAN~~ |
| ADA: | | ADA: K. Case |
| DC: | | DC: J. Nuchereno /B. Calvo Torres |
| CR: | | CR: J. Wrathny |
| CC: | | CC: ~~MARIA L. RODGERS~~ |
| PROBATION OFFICER: | | Huntley Hearing continued |
| | | 11:00am People open to Court |
| ☐ DEFENDANT ARRAIGNED ON VOP | | 11:05am Defense opens to |
| DEFENDANT ADMITS/DENIES VOP | | the Court |
| COUNSEL ASSIGNED: | | Witness Sworn for the People: |
| | | David Sadlocha |
| BAIL: | | 11:35am Short recess |
| ADJOURNED TO: | | 11:55am Hearing resumes |
| | | All present. |
| | | Witness sworn for the People: |
| | | Edwin Torres |
| | | 12:55pm Court in recess |
| | | until 2:00pm |
| | | 2:15pm Hearing resumes. |
| | | All present. |
| | | Witness Torres continues. |
| | | 2:45pm People rest. |
| | | Witness sworn for the Defendant: |
| | | James Lonergan |
| | | 3:10pm Defense rests |
| | | Deft. to submit by 9-23 |
| | | Peo. to submit by 9-30 |
| | | Court reserves decision |
| | | NOV 1 2005 M+D |
| | | mtn to supress oral + written stmts |
| | | denied in all respects. |
| | | |
| | | |
| | | |
| | | |

A-538

| DISPOSITION | SENTENCE |
|---|---|
| DATE: MAR 2 2 2006     PART 7 | DATE: 6/16/06     PART 7 |
| JSC/JCC:   MICHAEL L. D'AMICO, J.C.C. | JSC/JCC: M. D'AMICO |
| ADA: Ken Case | ADA: Ken Case |
| DC: John Nucherino / Betty Calvo-Torres | DC: J. Nucherino / B. Calvo-Torres |
| CR:   PHILIP STERLACE | CR: P. Sterlace |
| CC:   KEVIN J. O'CONNOR | CC: K. O'Connor |
| ☑ DEFENDANT PLEADS GUILTY TO: | CUSTODY TIME: 25 years determinate |
| PL 125.20-1 L.I.O count 1 | on each |
| PL 125.20-1 L.I.O count 2 | plus 5 years PRS |
|  | PROBATION TIME: |
|  | Sp. Intickpacker |
|  | Barbara Duarte - sworn |
| COMMITMENT BY COURT: 25 yrs det PRS | FINE AMOUNT: |
| 5 years PRS conc w/each other |  |
| ☑ RIGHT TO APPEAL WAIVED |  |
| ☑ ALL OTHER COUNTS DISMISSED |  |
| ☐ JURY TRIAL    ☐ NON-JURY TRIAL | RESTITUTION: |
| DATE STARTED: |  |
| DATE COMPLETED: | ☐ LICENSE REVOKED/SUSPENDED FOR _____ |
| (See attached sheets for trial minutes) | ☑ ADJUDICATED YOUTHFUL OFFENDER |
| ☐ CONVICTED OF: | ☐ SECOND FELONY OFFENDER |
|  | ☐ CONSECUTIVE TO |
|  | ☑ CONCURRENT TO each other |
|  | ☑ RIGHT TO APPEAL ADVISED BY COURT |
|  | ☑ MANDATORY SURCHARGE/CVAF $ 250/00 |
|  | ☑ IMPOSED    ☐ WAIVED |
|  | $50 DNA Fee |
| ☐ ACQUITTED OF: | ORDER OF DISMISSAL |
|  | DATE:     PART |
|  | JSC/JCC: |
|  | ADA: |
|  | DC: |
| ☐ DISMISSAL OF: | CR: |
|  | CC: |
|  | ☐ TRIAL ORDER OF DISMISSAL |
| PROB. INVES. ☑ ORDERED   ☐ WAIVED | ☐ ENTIRE INDICTMENT |
| SENTENCE DATE: 6/16/06 9:30 | ☐ COUNTS |
| BAIL: No Bail |  |

A-539

November 16th, 2004

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Mister Josue Daniel Ortiz, WM23-████-81 residing at 142 Germain Street in
the City of Buffalo, New York. Being duly sworn deposes and makes the follow-
ing sworn statement. This statement is taken by Detective Mark R. Stambach of
the HOMICIDE SQUAD in the presence of Det/Sgt James Lonergan. The statement
is typed by Detective Mark R. Stambach and the questions are being asked in
Spanish by Police Officer Edwin Torres.

Q. Do you kno how to read and write?
A. So﹘ So with the english.

Q. How far have you gone in school and do you have a formal education?
A. ll grade I dropped out of the 11th grade.

Q. How long have you lived here in Buffalo, New York?
A. Four or five months I got here in May.

Q. Have you lived in the United States for how long?
A. This is my first time.

Q. The Buffalo Police Departments Homicide Squad is investigating the
   shooting and the death of Mister Miguel Camacho and also Misterv Nelson
   Camacho. Both were victims of a homicide that occured on 11-11-2004 at
   or about 9:44 PM at 879 Niagara Street in the City of Buffalo. Can you
   tell me in your own words what you know about those homicides?
A. It was about 9:30 PM we started to head over there. We went over there
   to get money. There was three of us. Me, UDAH, and UDAHS brother. We got
   there. And we did what we did. Went over there and got in. Because we
   heard that they were making money. We went over there to assault them only
   He opened the door. I mean I did. UDAH kicked the door in. We entered.
   We got in. All three of us entered. Entered and BAM. Fired shots. Forced o
   way in and fired a shot. Then he heard the other brother yell out they
   are killing my brother. They jumped on FLOCO. UDAHS brother fired the
   nine millimeter. No the rifle I mean. Shot fired at FLOCO. FLOCO came and (
   then UDAHS brother came and POW - POW. They we rean off.

Q. Did you enter through the front or the side door?
A. The front door.

Q. How did you open the door?
A. We kicked in the door, I did.

Q. How may of there was it that went inside?
A. It was the three of us.

Q. Did you all have weapons?
A. Yes.



Q. Who do you meet first when you go in?
A. LOBO was the first person I saw.

Q. What kind of gun did you bring with you?
A. A shot gun.

Q. What did LOBO do when he saw you?
A. We entered and he was there and FLOCO was in the back.

Q. Was there a struggle with LOBO at the fron door?
A. Yes.

Q. Who was struggling with him?
A. Me.

Q. Did anyone try to take any thing from LOBO?
A. Yes I did his chain.

mas
jov

A-540

TEMENMT PAGE TWO CONTD.........

Q.  Did you see anyone else inside the house with LOBO?
A.  The brother.

Q.  What was the brothers name?
A.  Thye called him EL-FLACO.

Q.  Where was EL-FLACO inside the house when he came in?
A.  He was standing in the rear of the apartment.

Q.  Did EL- FLACO have anything in his hands when he was standing?
A.  A gun, in one hand, and a telephone in his other hand.

Q.  What was EL - FLACO doing with the telephone?
A.  I heard him talking.

Q.  Did you hear what he was saying?
A.  Yes they are killing LOBO they are killing LOBO.

Q.  Did you see a T.V. inside the apartment?
A.  Yes.

Q.  Was it a small one or a large one?
A.  It was big.

Q.  Was the T.V on or off?
A.  The T.V. was on.

Q.  Did you go there to get drugs or money?
A.  Yes both.

Q.  Did anyone find the money or the drugs?
A.  I saw money there and drugs.

Q.  Can you name the three types of guns you took with you?
A.  A shotgun - A pistol, and a AK.

Q.  Who brought the AK to the house?
A.  It was UDAHS brother.

Q.  Who actually kicked the door in to the bottom apartment?
A.  I did/.

Q.  What were you wearing the night this all happened?
A.  Dark clothing, a dark hooded coat, combination matching set, not what
    I am wearing right now. sneakers white.

Q.  Where are the clothes that you:wer wearing that night?
A.  They are on or at 19 Hoyt street.

Q.  Which way did you leave from the house?
A.  We came out of the house and across the street, and down.Massachusetts.

Q.  How may shots were fired inside the house?
A.  A couple. It was rapid and real fast.

Q.  Did you see who was firing the AK inside the house?
A.  Yes I did see who was shooting. It was IDAHS borther.

Q.  Did you have the AK - 47?
A.  Yes I did.

Q.  Did you do the shooting?
A.  Yes.

Q.  Did you shoot EL- FLACO with the AK?
A.  Yes.

Q.  Where did you shoot FLOCO?
A.  In the belly.

Q.  Where did you shoot LOBO at?
A.  Face chest, I did a couple when he was on the floor.

Q.  The first man at the door when you entered did he have any type of weapon?
A.  No.

A-541

EMENT PAGE THREE................

Q. Did you take anything from the apartment?
A. No we got scared.

Q. Why did you tell us at first you had a shot gun instead of the AK?
A. I was scared.

Q. How have the police treated you tonight?
A. You treated me good.

Q. Did anyone yell at you tonight?
A. No.

Q. Did you have dinner here tonight?
A. Yes.

Q. Did anyone make you any promises?
A. No promises were made.

Q. And you had your rights read to you correct?
A. Yes.

Q. I am now going to have Police Officer Torres read this three page statement and ask you if it is correct?
A. It is correct.

Q. Will you now sign this statement for me now?
A. Yes.

STATEMENT IS STOPPED AT 10:30 PM.

                              SIGNED

          WITNESSED:

          WITNESSED:


Sworn and subribed before me this
16th day of November 2004

     Mark R. Stambach

Commissioner of Deed in and for the City of
Buffalo, New York. My commission expires
on 12-31-2004

Case 23-352, Document 51, 06/27/2023, 3534006, Page63 of 261

A-542

73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

TO  C.O.H.
    C.M.M.

FROM  DET. M.R.S.
      DET/SGT J.L.

SUBJECT

DATE 11-16-04

RIGHTS CARD
CASE 2004-242

RIGHTS - CARD

8:25 PM
AVISO   DERECHOS DEL SOSPECHO ✓
1. Ud. tiene el derecho de quedarse callado. ✓
2. Cualquier declaración que ud. haga puede ser
   usada y sera usada contra ud. en el juicio. ✓
3. Ud. tiene el derecho de hablar con un abogado
   y de pedirle que este presente mientras lo
   interrogan a ud. ✓
4. Si ud. no puede pagar a un abogado, se
   nombrara uno para representarlo antes de que
   lo interroguen, si lo desea ud. ✓
11-16-2004   Mark R. Stambach
_____   _____

DO NOT REMOVE FROM FILE

FILE # 2004 - 242

A-543

1

1    STATE OF NEW YORK

2    COURT OF CLAIMS

3    ------------------------------------------------

4    **JOSUE ORTIZ,**

5                     Plaintiff,

6        -vs-                    **Claim No: 126292**

7    **THE STATE OF NEW YORK,**

8                     Defendant.
     ------------------------------------------------

9

10            Examination Before Trial of

11   **EDWIN TORRES,** held pursuant to Article 31 of the

12   Civil Practice Law and Rules, at the Law Office of

13   Wayne C. Felle, P.C., 6024 Main Street,

14   Williamsville, New York, commencing on Thursday,

15   August 30th, 2019 at 10:00 A.M., before Denise C.

16   Burger, Notary Public.

17

18

19

20

21

22

23

**MCCANN & MCCANN REPORTING**

2

```
 1   APPEARANCES:  WAYNE C. FELLE, P.C.,
                   BY: WAYNE C. FELLE, ESQ.,
 2                 6024 Main Street,
                   Williamsville, New York 14221,
 3                 (716) 505-2700,
                   e-mail: waynefelle@waynefellelaw.com,
 4                 Attorneys for the Plaintiff.

 5                 TIMOTHY A. BALL,
                   CORPORATION COUNSEL FOR THE CITY OF
 6                 BUFFALO
                   BY: MAEVE E. HUGGINS, ESQ.,
 7                 ASSISTANT CORPORATION COUNSEL
                   1112 City Hall,
 8                 Buffalo, New York 14202,
                   (716) 851-4318,
 9                 e-mail: mhuggins@city-buffalo.com,
                   Attorneys for the Defendant.

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

MCCANN & MCCANN REPORTING

A-545

3

1                          I N D E X

2    WITNESS              EXAMINED BY              PAGE

3    EDWIN TORRES         MR. FELLE                 4

4                         MS. HUGGINS             184

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**MCCANN & MCCANN REPORTING**

4

1   The following stipulations were entered into by

2   counsel:

3

4       It is hereby stipulated by and between the

5   attorneys for the respective parties hereto that

6   the oath of the Referee is waived, that signing,

7   filing and certification of the transcript are

8   waived and that all objections, except as to the

9   form of the questions, are to be reserved until the

10  time of trial.

11

12          E D W I N   T O R R E S,

13      having been first duly sworn, was examined

14  and testified as follows:

15

16      THE REPORTER:  Can you state your name and

17  address for the record, please.

18      THE WITNESS:  Edwin Torres, 580 Linden,

19  Buffalo, New York 14216.

20

21  **EXAMINATION BY MR. FELLE:**

22      **Q.**   Good morning, Officer Torres.

23      **A.**   Good morning.

MCCANN & MCCANN REPORTING

MR. TORRES  -  MR. FELLE  -  8/29/2019

5

1      Q.   My name is Wayne Felle and you and I
2   have met.  I want to thank you again for being here
3   to give testimony.  This is regarding the case of
4   Josue Ortiz.  Do you remember Mr. Ortiz?
5      A.   Yes.
6      Q.   Okay, we'll get into that in a little
7   bit.
8      MR. FELLE:  Before we get into your
9   testimony though, I do want to put on the record
10   that Timothy Flynn of the New York State Attorney
11   General's Office was noticed about today's
12   deposition.  He had indicated he would be present,
13   but I understand, Maeve, that he called you and let
14   you know that he would waive his appearance today.
15      MS. HUGGINS:  Correct.  I had spoke with Tim
16   Flynn yesterday on the phone and he indicated such
17   to me.
18      MR. FELLE:  Okay.  So we're going to go
19   forward under that understanding.
20      MS. HUGGINS:  Right.  And I should say that
21   it was -- he said it was completely fine for us to
22   proceed without him.
23      MR. FELLE:  Okay, perfect.  So later on

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

6

1   there's no misunderstanding.

2          MS. HUGGINS:   The record is clear.

3

4   **BY MR. FELLE:**

5          **Q.**   Officer, you just indicated that you're

6   now retired?

7          **A.**   Yes.

8          **Q.**   First of all, congratulations.  When

9   did you initially retire?

10         **A.**   December 27th, 2018.

11         **Q.**   And since your retirement, what kind of

12  employment, if any?

13         **A.**   I do a little work.

14         **Q.**   I'm sorry?

15         **A.**   I do a little Uber driving.

16         **Q.**   Uber, yeah?

17         **A.**   Yeah, it keeps me a little busy.

18         **Q.**   Any other employment since you retired?

19         **A.**   None yet.  Forthcoming.

20         **Q.**   Okay, what -- what are you looking

21  forward to doing?

22         **A.**   I am not looking to carry a gun anymore

23  or security uniforms, anything like that, I, you

**MCCANN & MCCANN REPORTING**

*MR. TORRES*  *-*  *MR. FELLE*  *-*  *8/29/2019*

7

1   know, other things that are non security police

2   enforcement stuff --

3       **Q.**   Okay.

4       **A.**   -- down the road.

5       **Q.**   No private investigation work?

6       **A.**   No.

7       **Q.**   Okay.  So how long, in total, did you

8   work for the Buffalo Police Department?

9       **A.**   32 years.

10      **Q.**   And during that 32 years, what

11  positions did you hold?

12      **A.**   Police officer.

13      **Q.**   Ever advance up to detective or

14  anything of that nature?

15      **A.**   No.

16      **Q.**   I saw from the notes that there's also

17  a Philip Torre, T-O-R-R-E, that's in the Buffalo

18  Police Department.  He's indicated on one of the

19  P-73s we'll look at later, is he any relation to

20  you?

21      **A.**   No.

22      **Q.**   Okay.

23      **A.**   He doesn't -- his name doesn't have an

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

8

1   S to it, Torre, and I am Torres.

2       **Q.**   Gotcha.  Prior to becoming employed

3   with the Buffalo Police Department, what kind of

4   employment did you hold?

5       **A.**   Bounced around a little.  Wilson Farms.

6   I worked for a drug company, shipping and

7   receiving.  Things of that sort.

8       **Q.**   And did you go to school here locally?

9       **A.**   Yes.

10      **Q.**   Okay.  What is the highest level of

11  education that you had?

12      **A.**   Twelfth grade.

13      **Q.**   Okay.  From what high school did you

14  graduate?

15      **A.**   Grover Cleveland High School.

16      **Q.**   Did you grow up there on the west side

17  of Buffalo, in that area?

18      **A.**   Yeah.  Yes.

19      **Q.**   Okay.  And sir, what is your date of

20  birth?

21      **A.**   ████████63.

22      **Q.**   Outside of the education at Grover

23  Cleveland High School, any other training,

**MCCANN & MCCANN REPORTING**

A-551

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

9

1  education, that you received prior to taking your

2  position with the Buffalo Police Department?

3       A.    I took -- I dabbled in some college

4  credits.   I didn't complete the first year, so it

5  was a couple credits.

6       Q.    And where did you obtain those?

7       A.    ECC City.

8       Q.    In what subject?

9       A.    Wow, I do not recall.

10       Q.    And how is it that you first became

11  interested in going to the Buffalo Police

12  Department?

13       A.    My brother and some other friends in

14  the area were talking about the exam that had --

15  was coming up and asked me, I should take it and I

16  took it.

17       Q.    Okay.   Anybody else in your family a

18  Buffalo Police Officer?

19       A.    My brother.   He's long since retired.

20       Q.    Was there some overlap in the time he

21  worked at the department and you?

22       A.    Yes.

23       Q.    Okay.   And what's your brother's name?

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page73 of 261

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

10

```
 1          A.    Roberto Rodriguez.

 2          Q.    And did Roberto obtain any other police

 3   positions other than police officer with the

 4   department?

 5          A.    No.

 6          Q.    And does he reside local?

 7          A.    He lives in Florida.

 8          Q.    Sick of the snow, huh?

 9          A.    That's right.

10          Q.    Any other family members with the

11   Buffalo Police Department at any time?

12          A.    No.

13          Q.    Sir, are you married?

14          A.    Yes.

15          Q.    And how long have you been married?

16          A.    26 years.

17          Q.    Congratulations.  Children?

18          A.    Three.

19          Q.    And all live locally?

20          A.    Yes.

21          Q.    Is your wife employed?

22          A.    No.

23          Q.    Has she ever been employed out of the
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

11

1   house?

2          **A.**    Yes.

3          **Q.**    In that capacity?

4          MS. HUGGINS:  I --

5

6   **BY MR. FELLE:**

7          **Q.**    Just generally speaking?

8          MS. HUGGINS:  Yeah, I guess -- I do -- I

9   understand he's retired, as of late, we have had

10  issues in terms of personal information and

11  security concerns for certain police officers in

12  civil depositions.  I have given some leeway.  I am

13  not sure how his wife's employment is relevant to

14  this case, so I would just -- again, I'll give some

15  leeway, but I don't want to go too far astray from

16  the topic at hand.

17         MR. FELLE:  Understood.

18

19  **BY MR. FELLE:**

20         **Q.**    Generally speaking, what kind of

21  employment --

22         MS. HUGGINS:  What was your wife's last

23  employment?

**MCCANN & MCCANN REPORTING**

A-554

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

12

1      THE WITNESS:  Her last employment was M.

2 Wiles clothing.

3

4 **BY MR. FELLE:**

5      **Q.**   Okay.  Safe to stay most of her

6 experience in the workforce has been in retail?

7      **A.**   Correct.

8      **Q.**   Now our conversation today is going to

9 take us back to 2004.  So November 11th of 2004 was

10 the date that there was a double homicide, the

11 Camacho brothers were murdered on Niagara Street.

12 Back at that time in November of 2004, what was

13 your official title with the Buffalo Police

14 Department?

15      **A.**   Police officer.

16      **Q.**   In addition to the normal

17 responsibilities of a police officer, did you also

18 provide Spanish translation services to the Buffalo

19 Police Department?

20      **A.**   Yes.

21      MS. HUGGINS:  Form.

22

23 **BY MR. FELLE:**

MR. TORRES   -   MR. FELLE   -   8/29/2019

13

1       Q.    How many officers would you say were on

2   the force at that time, back in November of 2004,

3   that could provide Spanish translation for the

4   department?

5       MS. HUGGINS:  Form.  You can answer to the

6   extent that you know.

7       THE WITNESS:  Don't know the exact number.

8

9   BY MR. FELLE:

10      Q.    Would it be more or less than three?

11      A.    Yes.

12      MS. HUGGINS:  Form.

13

14  BY MR. FELLE:

15      Q.    More or less?

16      A.    More.  I am sorry.

17      Q.    More, okay.  More or less than ten?

18      MR. HUGGINS:  Form.

19

20  BY MR. FELLE:

21      Q.    If you know?

22      A.    More.

23      Q.    What was your experience, training in

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

14

1  Spanish/English fluency that allowed you to

2  translate for the department?

3       **A.**   I grew up in a Spanish household.  My

4  mother spoke Spanish.  In my early years I learned

5  to read and write at Sunday school in my church.

6  And I also took it up, Spanish courses in high

7  school.

8       **Q.**   Did you ever become officially

9  certified in translation?

10      **A.**   No.

11      **Q.**   There is such a thing, right, where you

12 can be a certified translator for the department,

13 correct?

14      MS. HUGGINS:  Form.

15      THE WITNESS:  Yes.

16

17 **BY MR. FELLE:**

18      **Q.**   Do you know what that entails?

19      **A.**   No.

20      **Q.**   Were there officers in the Buffalo

21 Police Department back in November of 2004 who were

22 certified in translation of Spanish and English?

23      MS. HUGGINS:  Form.  To the extent that you

**MCCANN & MCCANN REPORTING**

A-557

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

15

1    know, you can answer.

2           THE WITNESS:  Don't know.

3

4    BY MR. FELLE:

5           Q.    Okay, I am just going to say, all these

6    questions only have to do with whether you know or

7    not, okay, do you understand that?

8           A.    Yes.

9           Q.    I can only ask you about what you know,

10   otherwise it would be speculation, so that's always

11   implied with my questions, okay?

12          A.    Yep.

13          Q.    And let me do this too, let me just

14   back up with some ground rules, it's certainly not

15   my intention to trick or confuse you in any way

16   today.  I am simply asking for your knowledge that

17   goes back to a date and time back in '04.  I am

18   just trying to find out about relevant events in my

19   case.  So at any time you don't understand my

20   questions, please let me know, okay?

21          A.    Okay.

22          Q.    It's my job to ask you good questions

23   so the record is clear, okay?

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

16

1      **A.**     Okay.

2      **Q.**     There will become a time when I am

3   going to ask you the difference between your

4   independent recollection of the events, things that

5   you remember as opposed to things that you can

6   recall through documents and/or recordings from

7   that period of time, okay?

8      **A.**     Okay.

9      **Q.**     Do you understand the difference?

10     **A.**     Yes.

11     **Q.**     Okay.  If at any time during your

12  answers, you wish to clarify the basis of that

13  knowledge, of the knowledge you're testifying

14  about, please just indicate which it is, an

15  independent recollection and/or a refreshed memory

16  from documents, okay?

17     **A.**     Okay.

18     **Q.**     Thank you.  Now we were talking about

19  certified translators, and I think I asked you

20  whether or not any of the other police officers who

21  provided translation between Spanish and English

22  back in November of 2004, whether or not they were

23  certified, do you know that to be the case?

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

17

1      A.    I do not.

2      Q.    So it's possible they were, possible

3  they weren't, correct?

4      MS. HUGGINS:  Form.

5      THE WITNESS:  Don't know.

6

7  BY MR. FELLE:

8      Q.    When your brother worked for the

9  department, Roberto Rodriguez, did he provide

10 Spanish/English translation?

11     A.    Yes.

12     Q.    During your -- during your 32 years

13 with the Buffalo Police Department, did you have

14 any secondary forms of employment?

15     A.    Second fronts, as they were called, in

16 security work here and there.

17     Q.    And what companies did you work for to

18 do that security work?

19     A.    Several stores.  Convenient stores.

20     Q.    Any other second fronts?

21     A.    No.

22     Q.    Any of the security work and/or any

23 other forms of employment that you maintained

A-560

MR. TORRES   -   MR. FELLE   -   8/29/2019

18

1   during the 32 years you worked at the Buffalo

2   Police Department, was any of that secured with the

3   help or through Detective Stambach and/or his

4   investigation company?

5        **A.**   No.

6        MS. HUGGINS:  Form.

7

8   **BY MR. FELLE:**

9        **Q.**   Are you familiar with Detective

10  Stambach's investigation company?

11       **A.**   I am not.

12       **Q.**   Are you familiar that he has one?

13       **A.**   Did not know that.

14       **Q.**   Okay.  Do you continue to stay in touch

15  with Detective Stambach?

16       **A.**   No.

17       **Q.**   During your years on the force with the

18  Buffalo Police Department, would you consider

19  Detective Stambach to be a friend?

20       **A.**   No.

21       **Q.**   How would you categorize your

22  relationship with him during the 32 years you

23  worked at the Buffalo Police Department?

**MCCANN & MCCANN REPORTING**

A-561

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

19

1         **A.**    Strictly professional.

2         **Q.**    During your time with the Buffalo

3    Police Department, did you obtain any awards or

4    certifications, accreditations?

5         **A.**    Yes.

6         **Q.**    And can you please tell me about those?

7         **A.**    Officer of the month award.  Numerous

8    letters of commendations from my supervisors.  Some

9    community commendations on occasion.

10        **Q.**    Any on-the-job-training, did you ever

11   go to seminars or go anyplace to provide

12   on-the-job-training for certification purposes?

13        MS. HUGGINS:  Form.  Do you mean outside of

14   the academy?  Post academy graduation?

15        MR. FELLE:  Correct.

16        MS. HUGGINS:  Okay, you can answer.

17        THE WITNESS:  Can you repeat the question, I

18   am sorry.

19

20   **BY MR. FELLE:**

21        **Q.**    Sure.  During your 32 years with the

22   Buffalo Police Department, did you ever go -- go to

23   classes, seminars, any additional training that

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
20

1   allowed you to be proficient and/or certified in

2   any specific area of police enforcement?

3        MS. HUGGINS:  Form.  You can answer.

4        THE WITNESS:  We continue to -- throughout

5   my career, we occasionally had training, refresher

6   training.  Refresher training.

7

8   **BY MR. FELLE:**

9        **Q.**   Anything specific to any of the duties

10  on the job?

11       **A.**   Oh, yes, domestic violence.  I think

12  irrational, mentally stable persons.  Car stops.

13  Physical training.

14       **Q.**   Prior to this case, you and I had an

15  occasion to meet on a different case, do you recall

16  that?

17       **A.**   Yes.

18       **Q.**   I think you testified in court on a

19  case I had.  At that time you were providing road

20  service, right, responding to police -- or excuse

21  me, responding to motor vehicle accidents in the

22  City of Buffalo?

23       **A.**   Correct.

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page84 of 261

A-563

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

21

1      **Q.**    Was there any specialized training that
2   that required?

3      **A.**    There is specialized training, it's
4   through the academy initially.

5      **Q.**    Okay.  Anything in addition after
6   graduation from the academy?

7      **A.**    From then on out it's pretty much OJT,
8   on-the-job-training.

9      **Q.**    Gotcha.  On the flip side, and I
10  apologize that I have to ask you all these
11  questions, so I do apologize in advance, but during
12  your 32 years, have you ever had any disciplinary
13  actions, suspensions or demotions?

14     MS. HUGGINS:  Form.  I am going to also
15  object on relevance and DA grounds to him answering
16  a question regarding disciplinary.

17     MR. FELLE:  He's a retired police officer,
18  right, he doesn't have --

19     MS. HUGGINS:  That's not -- that's not what
20  the law says.  I am happy to mark --

21     MR. FELLE:  Are you making your objection on
22  the record, are you going to allow him to answer or
23  are you instructing your --

**MCCANN & MCCANN REPORTING**

A-564

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

22

1      MS. HUGGINS:  I am instructing him not to

2  answer.  If you'd like to call the judge, that's

3  fine.  But I am objecting on three grounds, just to

4  the form of the question, to relevance in terms

5  this action, and then also under Civil Rights Law

6  50-A.

7      MR. FELLE:  This is the first interruption

8  we have had in this deposition, I am going to

9  preserve the record to take up to a judge later on.

10  I am going to assert my right to an answer to that

11  question, along with any other follow-up questions

12  that might be generated by the response.  But I am

13  going to continue on with the deposition for now.

14

15  **BY MR. FELLE:**

16      **Q.**   During your 32 years of work with the

17  Buffalo Police Department, did you work in any

18  other joint task force with any other agency?

19      **A.**   No.

20      **Q.**   During your tenure at the Buffalo

21  Police Department and or at any time since your

22  retirement, have you ever been named in any civil

23  rights claims, a named defendant?

**MCCANN & MCCANN REPORTING**

A-565

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

23

1        MS. HUGGINS:  Form.  You mean in terms of

2   like a lawsuit?

3        MR. FELLE:  Correct.

4        MS. HUGGINS:  You may answer.  Same

5   objection to the form of the question.

6        THE WITNESS:  No.

7

8   **BY MR. FELLE:**

9        **Q.**   Have you ever had to give testimony in

10  any other claim involving a violation of civil

11  rights and/or civil claims with respect to any

12  suspect or detained person in your custody?

13       MS. HUGGINS:  Form.  You can answer.

14       THE WITNESS:  Repeat that.

15       MR. FELLE:  Yeah, can you read it back,

16  please.  It was a long one.

17       THE WITNESS:  Yes.

18

19         (Record read back by reporter.)

20

21  **BY MR. FELLE:**

22       **Q.**   And can you tell me the names of those

23  actions or those complaints?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

24

1      **A.**    Names of the actions?

2      **Q.**    Yeah.

3      **A.**    What do you mean?

4      **Q.**    Who was the claimant?  Who was the --

5      **A.**    Don't recall his name.

6      **Q.**    Okay.  Can you give me an idea of time

7 wise, when that was?

8      MS. HUGGINS:  Form.  The time of the -- that

9 he gave the testimony?

10

11 **BY MR. FELLE:**

12      **Q.**    Correct, when that was?

13      **A.**    1990s is the best I can give you.

14      **Q.**    Do you recall what the caption of that

15 case was?

16      **A.**    Accused of a larceny on a DWI arrest.

17      MS. HUGGINS:  Can we just go off the record

18 for a moment?

19      MR. FELLE:  Correct.

20

21      (Discussion of the record.)

22

23 **BY MR. FELLE:**

Case 23-352, Document 51, 06/27/2023, 3534006, Page88 of 261

Case 1:16-cv-00321-EAW-MJR   Document 69-9   Filed 04/24/20   Page 26 of 204

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

25

```
 1        Q.    So while that may or may not involve a
 2   violation of civil rights, my question pertains to
 3   a violation of civil rights.  Did anybody, during
 4   your 32 years, or since your retirement, claim that
 5   you violated their civil rights?
 6        A.    No.
 7        Q.    And have you ever been convicted with
 8   respect to what you just mentioned, anybody can
 9   make allegations, but have you ever been convicted
10   or found guilty of any impropriety while a police
11   officer?
12        A.    No.
13        MS. HUGGINS:  Form.  You can answer.
14        THE WITNESS:  No.
15
16   BY MR. FELLE:
17        Q.    Your retirement, was it a voluntary
18   retirement?
19        A.    Yes.
20        Q.    During any actions that you were
21   involved in, as you described, and/or any civil
22   rights actions, have you ever given deposition
23   testimony in a civil matter?
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

26

1          MS. HUGGINS:  Well --

2

3   **BY MR. FELLE:**

4          **Q.**   Not as a responding police officer in a

5   motor vehicle accident, like in our prior case, but

6   anything that directly involved you as a party?

7          MS. HUGGINS:  You're saying in his entire

8   life, even outside of police work, has he ever

9   given civil deposition testimony?

10          MR. FELLE:  Correct, pertaining to an action

11   when he was a named participant.

12          MS. HUGGINS:  Form and relevance objection.

13   You can answer.

14          THE WITNESS:  No.

15

16   **BY MR. FELLE:**

17          **Q.**   When you started with the Buffalo

18   Police Department, do you recall receiving a copy

19   of the policies and procedures manual which

20   included the ethics required for a police officer?

21          **A.**   Yes.

22          **Q.**   And I am going to show you what we

23   previously had marked as Exhibit -- Exhibit 1 at a

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

27

1    deposition of 1/23/19.  I am just going to show you

2    a portion of that under the caption Law Enforcement

3    Code of Ethics, can you just read that to yourself,

4    please.

5           **A.**    The highlighted portion?

6           **Q.**    Correct, just the highlighted portion.

7           MS. HUGGINS:   Read it to yourself and then

8    wait for a question.

9           THE WITNESS:  Okay.

10

11   **BY MR. FELLE:**

12          **Q.**    Are you familiar with the Buffalo

13   Police Department procedures manual, and

14   specifically what I just asked you to read?

15          **A.**    Yes.

16          **Q.**    And do you agree with that mandate?

17          **A.**    Yes.

18          MS. HUGGINS:   Form.

19

20   **BY MR. FELLE:**

21          **Q.**    And can you read for me the paragraph

22   that we have highlighted right there on Exhibit 1?

23          **A.**    Read it?

Case 23-352, Document 51, 06/27/2023, 3534006, Page91 of 261

A-570

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

28

```
 1          Q.    Please.

 2          A.    As a law enforcement officer, my

 3   fundamental duty is to serve mankind, to safeguard

 4   lives and property.  To protect the innocent

 5   against deception, the weak against oppression or

 6   intimidation.  And a peace -- and peaceful against

 7   violence or disorder and to respect the

 8   constitutional rights of all persons through

 9   liberty, quality and justice.

10          Q.    Again officer, you agree with that

11   statement, correct?

12          A.    Yes.

13          MS. HUGGINS:  Form.

14

15   BY MR. FELLE:

16          Q.    And specifically you agree with the

17   mandate that a Buffalo Police Officer is required

18   to protect the innocent against deception, correct?

19          A.    Yes.

20          MS. HUGGINS:  Form objection to his last

21   question.

22

23   BY MR. FELLE:
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  —  MR. FELLE  —  8/29/2019*

29

1          **Q.**    And prior to today's deposition, did

2    you review any materials to help refresh your

3    memory?

4          **A.**    Yes.

5          **Q.**    And what things did you review?

6          **A.**    A statement taken from the defendant at

7    the homicide office and a copy of my statement at

8    the Huntley Hearing.

9          **Q.**    Anything else?

10         MS. HUGGINS:  Did you review the Spanish

11   Miranda card?

12         THE WITNESS:  Yes.

13

14   **BY MR. FELLE:**

15         **Q.**    Anything else?

16         **A.**    No.

17         **Q.**    Did you review any P-73 forms relating

18   to events back then?

19         **A.**    No.

20         **Q.**    The information that you reviewed, the

21   statement of Mr. Ortiz, is that referring to the

22   typed statement?

23         **A.**    Yes.

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page93 of 261

MR. TORRES   -   MR. FELLE   -   8/29/2019

30

1      **Q.**   And that's the alleged confession?

2      MS. HUGGINS:   Well, I would object to the

3 characteristics, the characterization calling it an

4 alleged confession.   He's identified -- he's

5 identified what he's reviewed to you.

6

7 **BY MR. FELLE:**

8      **Q.**   Well, I want to make sure that there's

9 no other statement.   So let me show you what I am

10 referring to and you can tell me if that's what you

11 looked at.   Officer, I am going to show you what's

12 been marked Exhibit 14 from an exhibit on 1/23/19.

13 Is that the statement you're referring to that you

14 reviewed in preparation for today?

15      **A.**   Yes.

16      **Q.**   And the last page of that document,

17 does that contain your signature?

18      **A.**   Yes.

19      **Q.**   And which line?

20      **A.**   The second line.

21      **Q.**   Okay, thank you.   The document that you

22 reviewed in preparation for today, did it contain

23 anything other than the page I just showed you

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
31

1    under Exhibit 14?

2         A.    I think that's it completely.

3         MS. HUGGINS:  Your copy is a better quality

4    copy than what he reviewed.

5         MR. FELLE:  Okay.

6

7    **BY MR. FELLE:**

8         Q.    The Huntley Hearing transcript that you

9    told us you reviewed to prepare for today, did you

10   review any other testimony other than your own

11   regarding that Huntley Hearing?

12        A.    No.

13        Q.    Have you, at any time, seen the

14   testimony of Dr. -- excuse me, Detective Stambach

15   from that Huntley Hearing?

16        A.    No.

17        MS. HUGGINS:  Off the record.

18

19             (Discussion of the record.)

20

21   **BY MR. FELLE:**

22        Q.    Did you review the Huntley testimony or

23   any testimony of any other party to this action

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

32

1    and/or any other police officer, detective,

2    involved in the questioning and/or conviction of

3    Mr. Ortiz?

4         **A.**    No.

5         MS. HUGGINS:  Form.

6

7    **MR. FELLE:**

8         **Q.**    Other than Ms. Huggins, who is here

9    today serving as counsel for the City of Buffalo

10   and Buffalo Police Department, do you have any

11   other counsel in this matter?

12        **A.**    No.

13        **Q.**    And in addition to the documents you

14   reviewed, did you speak with anyone to help prepare

15   for today?

16        MS. HUGGINS:  Aside from myself.

17        MR. FELLE:  Of course.

18        THE WITNESS:  No.

19

20   **BY MR. FELLE:**

21        **Q.**    No conversations with your lawyer, but

22   did you reach out to anyone else who's already

23   given testimony, to ask what to expect today?

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

33

1      **A.**    No.

2      **Q.**    Prior to today, and at any time since

3  the conviction of Mr. Ortiz, have you ever spoken

4  to then DA Sedita and/or now Judge Sedita?

5      **A.**    No.

6      **Q.**    Have you ever spoken to Jim Bargnesi

7  about this case?

8      **A.**    No.

9      **Q.**    How about Tom Burton?

10     **A.**    No.

11     **Q.**    Ken Case?

12     **A.**    No.

13     **Q.**    Joe Marusak?

14     **A.**    No.

15     **Q.**    And specifically, have you, at any

16  time, since the taking of the statements, the typed

17  statements that we looked at, Exhibit 14, taking

18  that statement from Mr. Ortiz, have you ever had

19  any conversations with Detective Stambach about

20  Ortiz and/or his conviction?

21         MS. HUGGINS:  Form.  You can answer.

22         THE WITNESS:  No.

23

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page97 of 261

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

34

1   BY MR. FELLE:

2        Q.   Now as you know, we're here to discuss

3   the arrest and subsequent conviction of Mr. Ortiz

4   for the double murders of Nelson and Miguel,

5   M-I-G-U-E-L, Camacho, C-A-M-A-C-H-O, which occurred

6   on November 11th of 2004.  Have you stayed up to

7   speed on different media reports about that murder?

8        MS. HUGGINS:  Form.

9

10  BY MR. FELLE:

11       Q.   Those murders?

12       MS. HUGGINS:  You can answer.

13       THE WITNESS:  Yes.

14

15  BY MR. FELLE:

16       Q.   And have you seen that throughout the

17  years, others have been in fact convicted for those

18  murders?

19       MS. HUGGINS:  Form.  You can answer.

20       THE WITNESS:  Yes.

21

22  BY MR. FELLE:

23       Q.   And in fact, that those arrests, those

**MCCANN & MCCANN REPORTING**

A-577

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

35

1   investigations, exonerated Mr. Ortiz of those

2   murders, are you aware of that?

3           MS. HUGGINS:   Form.   You can answer.

4           THE WITNESS:   Yes.

5

6   **BY MR. FELLE:**

7           **Q.**   And other than just general media

8   reports, the news, maybe newspapers, any other

9   sources that you received that information from?

10          MS. HUGGINS:   Form.   You can answer.

11          THE WITNESS:   No.

12

13  **BY MR. FELLE:**

14          **Q.**   Subsequent to the FBI and the US

15  Attorney General's Office conducting an

16  investigation, which resulted in the superseding

17  federal indictments of the true murderers of the

18  Camacho brothers, there was a 440 Motion to release

19  Mr. Ortiz.   Were you ever called to give testimony

20  in that 440 Action?

21          **A.**   No.

22          MS. HUGGINS:   Form.

23

**MCCANN & MCCANN REPORTING**

A-578

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

36

1  **BY MR. FELLE:**

2       **Q.**    Did you ever receive any correspondence

3  that asked you to write a statement or provide any

4  information relative to how it was that Mr. Ortiz

5  was convicted of those crimes?

6       MS. HUGGINS:  Form.  You can answer.

7       THE WITNESS:  No.

8

9  **BY MR. FELLE:**

10      **Q.**    Other than today, and you talking to

11 me, have you talked to anyone else about the

12 circumstances under which Mr. Ortiz was wrongfully

13 convicted for those murders?

14      MS. HUGGINS:  Form.  You can answer.

15      THE WITNESS:  No.

16

17 **BY MR. FELLE:**

18      **Q.**    Do you know Mary Good?

19      **A.**    No.

20      **Q.**    Are you aware of the Buffalo Police

21 Department having any kind of a cold case squad,

22 people that looked through and review prior

23 convictions?

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page100 of 261

A-579

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

37

 1          MS. HUGGINS:  Form.

 2          THE WITNESS:  No.

 3

 4  **BY MR. FELLE:**

 5          **Q.**    Has anyone within the Buffalo Police

 6  Department at any time during their investigation

 7  relating to the conviction, wrongful conviction of

 8  Mr. Ortiz, reached out to you to take a formal

 9  and/or informal statement as to what happened?

10          **A.**    No.

11          **Q.**    Do you know a New York State

12  Investigator, Renaldo Rondon?

13          **A.**    No.

14          **Q.**    And he's never reached out to you with

15  respect to his internal investigation as to the

16  wrongful conviction of Mr. Ortiz?

17          MS. HUGGINS:  Form.  You can answer.

18          THE WITNESS:  No.

19

20  **BY MR. FELLE:**

21          **Q.**    Do you have an independent recollection

22  of Josue Ortiz?

23          **A.**    Yes.

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page101 of 261

A-580

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

38

1      **Q.**   If he were, for example, to walk by you

2   in the mall, would you be able to identify who he

3   is?

4      **A.**   I think so.

5      **Q.**   And I'm just going to show you what we

6   had marked as Exhibit 2 in a deposition of 1/23/19,

7   it's a three-page -- a four-page exhibit, and on

8   the second and third pages there are pictures of

9   Mr. Ortiz, I'll just have you take a quick look at

10   those.

11      MS. HUGGINS:   Just wait for a question.

12

13   **BY MR. FELLE:**

14      **Q.**   Those photographs of Mr. Ortiz, they

15   were taken the night of his questioning and the

16   typed statement we went over earlier, do you recall

17   him appearing that way as in the pictures?

18      **A.**   Yes.

19      **Q.**   Okay.  And his photograph appears to be

20   taken near a height scale, at least page 2,

21   correct?

22      **A.**   Correct.

23      **Q.**   And is he roughly 6' 6" in stature?

A-581

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

39

1        **A.**    He's over six.

2        **Q.**    Okay.  Is this scale next to him, is

3   that an adequate scale, is that accurate?

4        MS. HUGGINS:  Well, I -- I don't know how he

5   would be able to tell that from a picture, whether

6   some writing on the wall is accurate in terms of

7   height.  I would object to that question as

8   speculative.

9

10  **BY MR. FELLE:**

11       **Q.**    Do you know what his height is?

12       **A.**    I do not.

13       **Q.**    Okay.  And were you present when this

14  photograph was taken?

15       **A.**    I do not recall that photograph.

16       **Q.**    With respect to your independent

17  recollection of Mr. Ortiz, other than, again, the

18  documents that you reviewed, including your Huntley

19  testimony that was taken quite awhile ago, what is

20  it about your independent recollection of Mr. Ortiz

21  that you can recall today --

22       MS. HUGGINS:  Form.

23

A-582

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

40

1  BY MR. FELLE:

2       Q.   -- from his appearance and demeanor?

3       MS. HUGGINS:  From what -- when -- what --

4  what date or time are you referencing?

5

6  BY MR. FELLE:

7       Q.   Well, the case notes indicate there's

8  only two real interactions that you had with him on

9  the 14th and 15th of -- or excuse me, the 15th and

10 16th, first at the hospital and then at the -- at

11 the department.  But when I asked you if you had an

12 independent recollection of him, you said you did,

13 so I am just asking what you can recall about him

14 generally speaking, before we get into the

15 documents themselves?

16      MS. HUGGINS:  Form objection.  You can

17 answer if you understand.

18      THE WITNESS:  I remember he was taller than

19 I and I remember his face.

20

21 BY MR. FELLE:

22      Q.   Do you remember, outside of the

23 documents that you reviewed, any conversations that

**MCCANN & MCCANN REPORTING**

A-583

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

41

1  you had with Mr. Ortiz?

2       **A.**   I do not.

3       **Q.**   Outside of the documents that you told

4  me about today, at any time prior to today, have

5  you ever reviewed any photographs of the scene of

6  this murder, the murder we're here to discuss today

7  and/or the autopsies of those victims?

8       **A.**   No.

9       **Q.**   Did you ever review the Major Crimes

10  Unit case file?

11       **A.**   No.

12       **Q.**   How about the Major Crimes Unit

13  evidence file?

14       **A.**   No.

15       **Q.**   Prior to your involvement with Mr.

16  Ortiz on the 15th, when you were called to Buffalo

17  General Hospital, do you recall that?

18       **A.**   Some parts.

19       **Q.**   Okay.  We'll get into it in more length

20  in a minute, but prior to that meeting, do you have

21  any knowledge or reason to believe that you had any

22  interaction with Mr. Ortiz before that point in

23  time?

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

42

```
 1          A.    No.

 2          Q.    Did you have any involvement in that

 3   investigation of the Camacho brothers' murders up

 4   to that point?

 5          A.    No.

 6          Q.    Did you prepare, during your

 7   involvement with Mr. Ortiz, any statements, notes,

 8   memorandums, anything short of a P-73, for your own

 9   recollection purposes?

10          A.    No.

11          Q.    Did you keep a diary back then as an

12   officer?

13          A.    No.

14          Q.    Did you keep a notebook though?

15          A.    Yes.

16          Q.    And in that notebook would you have

17   memorialized meetings such as those that you had

18   with Mr. Ortiz back in '04?

19          A.    No.

20          Q.    What was the purpose of memorializing

21   some things and not other things?

22          MS. HUGGINS:  Form.  He hasn't testified

23   that he memorialized some things.
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

43

```
1        MR. FELLE:  Yes, he did.

2        MS. HUGGINS:  His answer -- the testimony

3  will control.  Form.

4

5  BY MR. FELLE:

6        Q.   I am just asking what dictated what

7  things you memorialized and what things you didn't?

8        MS. HUGGINS:  You can answer.

9        THE WITNESS:  Your own investigations.

10  Thing you encounter in arrests.  Suspects.  Crime

11  scenes.  So it's a broad range.

12

13  BY MR. FELLE:

14        Q.   With respect to involvement in

15  investigations, things such as meeting with Mr.

16  Ortiz at Buffalo General Hospital with other

17  detectives from the Major Crimes Unit, would you

18  expect there would be P-73 that would speak to what

19  your involvement in that matter was?

20        MS. HUGGINS:  Form.  You can answer.

21        THE WITNESS:  For Buff General?

22

23  BY MR. FELLE:
```

**MCCANN & MCCANN REPORTING**

A-586

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

44

1      **Q.**   No, for involvement with Mr. Ortiz,

2    which occurred at Buffalo General Hospital?

3         MS. HUGGINS:  Same form objection.  You can

4    answer.

5         THE WITNESS:  I do not know if I was asked

6    to complete one for that incident.

7

8    **BY MR. FELLE:**

9         **Q.**   What -- what were the Buffalo Police

10   Department's policies and procedures with respect

11   to who was to prepare a P-73 when there were

12   multiple police officers involved with a suspect?

13        MS. HUGGINS:  Form.  You can answer.

14

15   **BY MR. FELLE:**

16        **Q.**   Or an individual?

17        **A.**   Individual officers are usually asked

18   to complete a P-73 to give independent versions of

19   the incident.

20        **Q.**   Have you ever seen the P-73 involving

21   your interaction with Mr. Ortiz on November 15th of

22   2004 with Detective Vaughn, V-A-U-G-H-N?

23        **A.**   Repeat that.

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

45

1  **Q.** Sure.  Have you ever seen the P-73 that

2 describes your involvement at Buffalo General

3 Hospital with Mr. Ortiz and Detective Vaughn?

4  **A.** No.

5  **Q.** I know I asked if you provided any

6 testimony, but did you attend, or in any way have

7 any involvement in any of the proceedings involving

8 the 440 Motion, to release Mr. Ortiz from the

9 wrongful convictions for which he was serving time?

10  MS. HUGGINS:  Form.  You can answer.

11  THE WITNESS:  No.

12

13 **BY MR. FELLE:**

14  **Q.** As we talked about ultimately, three

15 other individuals were arrested for the murder of

16 the Camacho brothers and I am going to ask you if

17 you had any involvement with any of these

18 individuals in any capacity if you can tell me yes

19 or no.  To start, the first of which is Brandon

20 Jones.  Jonas, excuse me, J-O-N-A-S?

21  MS. HUGGINS:  Form.  You can answer.

22  THE WITNESS:  No.

23

Case 23-352, Document 51, 06/27/2023, 3534006, Page109 of 261

MR. TORRES   -   MR. FELLE   -   8/29/2019

46

BY MR. FELLE:

Q.   Any recollection of any involvement
with Mr. Jonas before his arrest for these murders?

A.   No.

Q.   How about Efrain, E-F-R-A-I-N, Hidalgo,
H-I-D-A-L-G-O, also goes by the street name Cheko,
C-H-E-K-O?

A.   Don't recall.

Q.   How about Frank Matias, M-A-T-I-A-S,
street name of Macho, M-A-C-H-O?

A.   Don't recall.

Q.   And how about Misael, M-I-S-A-E-L,
Montalvo, M-O-N-T-A-L-V-O?

A.   No.

Q.   Street name Misa, M-I-S-A?

A.   No.

Q.   Did you have any involvement during
your 32 years as a police officer with the Buffalo
Police Department into the investigation of the
West Side Street Gang activity?

MS. HUGGINS:  Form.

THE WITNESS:  I was questioned at the very
tail end of my career by the Feds in regards to

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

47

1  that.

2

3  **BY MR. FELLE:**

4  　　　　**Q.**　　When you say the Feds, was that the

5  FBI?

6  　　　　**A.**　　Yes.

7  　　　　**Q.**　　Okay.  And was that with respect to the

8  14th Street Gang, can you -- you tell me, what --

9  　　　　**A.**　　I'd be guessing gang activity.

10  　　　　**Q.**　　And do you recall who you met with?

11  　　　　**A.**　　Tripi.  I might be guessing his name.

12  　　　　**Q.**　　Joseph Tripi, right, with the US

13  Attorney General's Office?

14  　　　　**A.**　　Correct.

15  　　　　MS. HUGGINS:  Form.

16

17  **BY MR. FELLE:**

18  　　　　**Q.**　　And did you meet at the FBI office?

19  　　　　**A.**　　Yes.

20  　　　　**Q.**　　All right.  And that was just before

21  you retired or after?

22  　　　　**A.**　　Oh, before I retired.

23  　　　　**Q.**　　Before, okay.  Any of those

**MCCANN & MCCANN REPORTING**

A-590

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

48

1   interactions with Mr. Tripi and/or the FBI, did

2   they involve any of the names I just mentioned to

3   you?

4       **A.**   I don't recall.

5       **Q.**   Did any of those questions involve the

6   arrest and/or conviction of Josue Ortiz --

7       **A.**   No.

8       **Q.**   -- my client?  So now specifically

9   relating to your involvement in the questioning of

10  Mr. Ortiz, do you recall when your first

11  interaction with him was?

12      MS. HUGGINS:  Form.  You can answer.

13      THE WITNESS:  There were two interactions.

14  I don't know which one came first.

15

16  **BY MR. FELLE:**

17      **Q.**   What are the two interactions you're

18  referring to?

19      **A.**   Buffalo General and then the -- and the

20  homicide office.

21      **Q.**   Other than those two interactions with

22  Mr. Ortiz, can you recall any other involvement

23  with him?

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

49

1      A.   No.

2      Q.   You told us that you reviewed your

3   prior Huntley Hearing transcript testimony,

4   correct?

5      A.   Yes.

6      Q.   And according to that transcript, which

7   we have marked as Exhibit 5 in a deposition of 1/23

8   of '19, the cover sheet indicates that that

9   testimony was given on August 30th of 2005.  Would

10   you have any reason to doubt that that's when that

11   testimony was given?

12      A.   No.

13      Q.   And having reviewed the testimony you

14   provided under oath in court, it's truthful

15   testimony, correct?

16      A.   Yes.

17      Q.   And because it was in 2005, would it be

18   fair to say that your memory then was better than

19   it is today?

20      A.   Yes.

21      Q.   Having reviewed it, did you have any

22   exception and/or did you doubt any of the

23   translation of what you testified to in the

A-592

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

50

1   transcript itself as it's written?

2       MS. HUGGINS:  Form.  You mean how it's

3   recorded in the transcript?

4       MR. FELLE:  Correct.

5

6   **BY MR. FELLE:**

7       **Q.**   Any typos, anything you say now that

8   you didn't say then?

9       **A.**   I didn't go through the entire

10  statement, kind of briefed through some of the

11  information there.

12      **Q.**   Okay.  Were you sent a copy of this

13  transcript?

14      **A.**   No.

15      **Q.**   So I am going to refer you to your

16  transcript testimony from that Huntley Hearing,

17  again, Exhibit 5 from 1/23 of '19, and I am going

18  to ask you to read certain portions of that both to

19  refresh your memory and to make sure your testimony

20  today is clear for this action, which is different

21  than that action.  Can you read for me, please,

22  from that Exhibit, lines 7 through 21.

23      MS. HUGGINS:  Well, you want him to read out

**MCCANN & MCCANN REPORTING**

A-593

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

51

1  loud this exhibit and then you're going to ask a

2  question?

3       MR. FELLE:  Correct.

4       MS. HUGGINS:  Okay.

5

6  **BY MR. FELLE:**

7       **Q.**   The testimony that you provided back in

8  2005 and then we'll have some follow-up questions.

9       MS. HUGGINS:  Okay, I don't have a problem

10 with that, just let the record reflect that you are

11 indicating page 60, referencing, asking the

12 witness to begin at line 7.

13      MR. FELLE:  Correct.

14      THE WITNESS:  So I am reading from 7 to?

15

16 **BY MR. FELLE:**

17      **Q.**   21.

18      **A.**   21, straight through?

19      **Q.**   Yep.

20      **A.**   Question:  Now you indicated that your

21 first contact with Mr. Ortiz was on November 15th?

22 Question --

23 Answer:  Correct.

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

52

1   Question:   Do you remember that date?

2   Answer:   Yes, I do.

3   Question:   And that was at the hospital?

4   Answer:   Yes.

5   Question:   What hospital was that?

6   Answer:   Buffalo General.

7   Question:   Now how was it that you came to be

8   there?

9   Answer:   I received a call from my dispatch from

10   the -- indicating to go to the hospital along with

11   -- meet the, excuse me, detectives from the Major

12   Case Squad about information on a homicide.   An

13   individual there that may have information on a

14   homicide.

15          Where am I going, 25?

16          **Q.**   To 21.

17          MS. HUGGINS:   You're good.   You reached 21.

18          THE WITNESS:   Okay.

19

20   **BY MR. FELLE:**

21          **Q.**   So to go back to the previous question

22   and answer, I asked you which was the first time

23   you were involved with Mr. Ortiz, you weren't sure

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

53

1   if it was at the homicide office and/or at the

2   Buffalo General Hospital.  Does that portion of the

3   testimony from the Huntley Hearing refresh your

4   memory?

5        A.   Yes.

6        Q.   So your first interaction with Mr.

7   Ortiz would have been at Buffalo General Hospital,

8   correct?

9        A.   Yes.

10        Q.   Okay.  Before we get into what the

11   records show, do you have any independent

12   recollection of that meeting with Mr. Ortiz?

13        A.   No.

14        Q.   Can you tell us anything about his

15   demeanor or anything he said at that time?

16        A.   Demeanor, I remember him being --

17   looking, appearing nervous.  Kind of sweaty.

18        Q.   Did you have any idea under what

19   circumstances it was that he was at Buffalo General

20   Hospital?

21        MS. HUGGINS:  Form.  You can answer.

22        THE WITNESS:  I was told, I don't remember

23   who, that he was there because he said people were

MCCANN & MCCANN REPORTING

MR. TORRES   -   MR. FELLE   -   8/29/2019

54

1   trying to kill him.  I don't recall who told me

2   that.

3

4   **BY MR. FELLE:**

5       **Q.**   And do you recall that it was such that

6   it was Buffalo Police officers that called an

7   ambulance and admitted him to Buffalo General

8   Hospital because of his concern that some people

9   were trying to kill him and his psychological

10  well-being?

11      MS. HUGGINS:  Form.

12      THE WITNESS:  I don't recall how he arrived

13  there.

14

15  **BY MR. FELLE:**

16      **Q.**   Did he tell you when you met with him

17  on that occasion that people were trying to kill

18  him?

19      **A.**   I don't recall the conversation.

20      **Q.**   Okay.  And so your first involvement

21  with Mr. Ortiz was a random call to show up at

22  Buffalo General Hospital to meet detectives from

23  the Major Crimes Unit regarding an investigation,

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

55

1   fair statement?

2          MS. HUGGINS:  Form.

3          THE WITNESS:  Don't recall the specifics how

4   I was led to go to Buff General.

5

6   **BY MR. FELLE:**

7          **Q.**   Okay.  But you just read that you

8   received a call from dispatch, I am reading from

9   your Huntley Hearing transcript, Exhibit 5, you

10  stated, I received a call from my dispatch

11  indicating to go to the hospital to meet with

12  detectives from the Major Case Squad Unit about

13  information on a homicide, correct?

14         MS. HUGGINS:  Form.

15         THE WITNESS:  Correct.

16

17  **BY MR. FELLE:**

18         **Q.**   And my follow-up question to you, is

19  that normal operating procedure to get a call like

20  that and to become involved in a case where you had

21  no prior involvement in?

22         MS. HUGGINS:  Form.

23         THE WITNESS:  Yes.

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

56

1  **BY MR. FELLE:**

2       **Q.**   Okay.  And we talked earlier that

3  there's a number of people that can provide

4  translation, interpretation, how is it, or why is

5  it that they contacted you on this occasion?

6       MS. HUGGINS:  Form.  Object to the extent

7  that the question calls for speculation.  You can

8  answer if you know.

9       THE WITNESS:  I don't know why I was picked.

10

11  **BY MR. FELLE:**

12      **Q.**   When you report to duty, is there a

13  reason why certain officers might be scheduled at

14  different times of the day so they could provide

15  Spanish translation services?

16      MS. HUGGINS:  Form.

17

18  **BY MR. FELLE:**

19      **Q.**   Do you know that to be the case?

20      **A.**   No.

21      MS. HUGGINS:  Form.

22

23  **BY MR. FELLE:**

MR. TORRES  —  MR. FELLE  —  8/29/2019

57

```
 1        Q.    Were you requested by somebody
 2   specifically on the Major Case Squad to become
 3   involved in that case?
 4        A.    Don't recall.
 5        Q.    Had you worked with particular
 6   detectives in the Major Crimes Squad, and I
 7   understand that at that period of time, for a short
 8   period of time, the homicide bureau was pulled into
 9   the Major Case Squad for whatever reasons, but that
10   later changed, and before that it was just a
11   homicide department, had you been called in by the
12   homicide detectives on prior occasions for
13   involvement with Spanish translation services?
14        MS. HUGGINS:  Form.  You can answer.
15        THE WITNESS:  I do not recall.
16
17   BY MR. FELLE:
18        Q.    Were there particular detectives that
19   you worked with frequently back in 2004?
20        A.    Yes.
21        Q.    And who do you recall working with
22   specifically?
23        A.    Well, Mark Stambach.  I don't recall
```

A-600

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

58

1   their names.

2          Q.    But you do recall working regularly

3   with Detective Stambach back in '04 and before?

4          A.    Not regularly.  Occasionally.

5          Q.    Okay.  And there are other detectives

6   that you would work with on a regular basis in the

7   Major Crimes Unit and/or the Homicide Bureau?

8          A.    Occasionally.

9          Q.    And when you arrived at Buffalo General

10  Hospital, do you recall who was there?

11         A.    I remember Detective Lonergan,

12  Lonergan being there.

13         Q.    Okay.  And who else?

14         A.    I don't recall.

15         Q.    I am going to again refer to your

16  testimony from the Huntley Hearing marked as

17  Exhibit 5 from a January 2019 Exhibit, and I am

18  going to have you read from page 61, line 19,

19  through 62, page -- or line 6?

20         A.    19 through 62?

21         Q.    Yeah.

22         MS. HUGGINS:  What line, 62?  I'm sorry.

23         MR. FELLE:  I think it's line 7, but --

**MCCANN & MCCANN REPORTING**

A-601

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
59

```
 1          MS. HUGGINS:  We'll see when we get there.
 2          THE WITNESS:  I'm sorry, where do you want
 3   me to start?
 4          MS. HUGGINS:  19.
 5
 6   BY MR. FELLE:
 7          Q.   Correct, where you were asked about who
 8   was there.
 9          MS. HUGGINS:  Through line 7, on --
10          THE WITNESS:  Oh, on 62?
11
12          MS. HUGGINS:  Yeah, line 2 actually it looks
13   like.
14
15   BY MR. FELLE:
16          Q.   Yeah, line 16.
17          MS. HUGGINS:  The highlighted portion,
18   right, Wayne?
19          MR. FELLE:  Correct.
20          THE WITNESS:  Okay, so 19.
21
22   BY MR. FELLE:
23          Q.   Yeah.
```

MR. TORRES  -  MR. FELLE  -  8/29/2019

60

1      A.    So question:  And when you were -- and

2  when you arrived there, were other officers there?

3  Actually, other detectives were there?

4  Answer:  Yes.

5  Question:  And one of those detectives was

6  Detective Lonergan?

7  Answer:  Yes.

8  Question:  Who else was there?

9  Answer:  Detective Vaughn.  I believe Detective

10  Stambach.

11  Question:  Any other detectives?

12  Answer:  Not that I recall.

13  Question:  And when you arrived, were you in

14  uniform?

15  Answer:  Yes.

16  Question:  And what about the other detectives, did

17  they have badges on them?

18  Answer --

19      Q.    Just up to line 6.  It's fine --

20      A.    Okay.

21      Q.    -- you went past that point.

22      A.    Okay.

23      Q.    So does that help refresh your memory

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

61

1   there were three detectives from the Major Crimes

2   Unit there at Buffalo General Hospital?

3        **A.**   I wouldn't say it refreshes my memory.

4        **Q.**   But would you agree it's your testimony

5   as you provided it in court before a judge on

6   August 30th, 2005, that those three detectives were

7   at Buffalo General Hospital when you got there,

8   correct?

9        MS. HUGGINS:   Form.   He -- you just asked

10  him if that refreshes his recollection and he

11  answered.   He's not disputing the testimony, but

12  refreshing a recollection versus the truth of

13  something that's he already indicated he does not

14  recall are two different things, so I would object

15  to that question.

16

17  **BY MR. FELLE:**

18       **Q.**   But you're not denying that that's

19  truthful testimony, right, at that time you

20  testified that those three detectives were at the

21  hospital when you arrived, correct?

22       **A.**   Yes.

23       MS. HUGGINS:   Form.

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

62

1  **BY MR. FELLE:**

2       **Q.**   Okay, do you recall any conversations

3  that you had with those detectives when you arrived

4  at Buffalo General Hospital as to what they were

5  hoping to accomplish?

6       MS. HUGGINS:  Form.  He can't speculate as

7  to what they were hoping to accomplish.  So I

8  object only to that extent.  You may answer.

9       THE WITNESS:  I don't recall.

10

11  **BY MR. FELLE:**

12       **Q.**   What did they call you for?  What did

13  they need you for?

14       MS. HUGGINS:  Form.

15       THE WITNESS:  I don't recall.

16

17  **BY MR. FELLE:**

18       **Q.**   Did they ask you to provide Spanish

19  translation services?

20       **A.**   Don't recall.

21       **Q.**   Did you --

22       **A.**   I don't recall.

23       **Q.**   -- translate?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

63

```
1          A.    I don't recall.

2          Q.    Would there be any other purpose or

3    reason for you to be there if it weren't for the

4    Spanish translation services?

5          MS. HUGGINS:  Form.

6          THE WITNESS:  Yes.

7

8    BY MR. FELLE:

9          Q.    For what?

10         A.    Being the primary officer.  Buffalo

11   General is our jurisdiction.

12         Q.    When you say primary officer, what do

13   you mean by that?

14         A.    The first officer assigned that call.

15         Q.    And again, up to that point, you had no

16   involvement in the criminal investigation as to the

17   Camacho brothers' murderers, correct?

18         A.    Yes.  Correct.

19         Q.    And do you recall having any

20   conversation, while at Buffalo General Hospital,

21   with Josue Ortiz?

22         A.    Don't recall.

23         Q.    Have you ever seen a P-73 prepared by
```

**MCCANN & MCCANN REPORTING**

A-606

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

64

1   Detective Mark J. Vaughn, V-A-U-G-H-N, relating to

2   his and your involvement at Buffalo General

3   Hospital with Josue Ortiz on November 15th of 2004?

4       **A.**   Don't recall.

5       MS. HUGGINS:   Form.

6

7   **BY MR. FELLE:**

8       **Q.**   What time do you recall getting to

9   Buffalo General Hospital on that occasion we're

10   talking about, to meet with Josue Ortiz?

11       **A.**   Don't recall.

12       **Q.**   I am going to show you, we have had in

13   the evidence unit case file relating to the double

14   homicide shooting of the Camacho brothers, it's

15   marked as Exhibit 6 from the January 23rd, 2019

16   deposition, and I am going to show you specifically

17   in that exhibit, the P-73 I am referring to, and at

18   the last sentence of the second paragraph --

19       MS. HUGGINS:   The record should reflect

20   that, I think you -- it was Exhibit 6 and it's a

21   multi-page document and you have -- are referring

22   the witness to what is Bates numbered as 1183?

23       MR. FELLE:   Correct.

**MCCANN & MCCANN REPORTING**

A-607

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

65

1      MS. HUGGINS:  Read it and then wait for a

2  question.

3      THE WITNESS:  Okay, where do you want me,

4  the last --

5

6  **BY MR. FELLE:**

7      **Q.**   The last page of the second paragraph.

8      **A.**   Which is this one here?

9      **Q.**   Correct, does that relate to what

10  Detective Vaughn says was the purpose of you being

11  there at Buffalo General Hospital to meet with Mr.

12  Ortiz?

13      MS. HUGGINS:  Review the document and then

14  if you need the question repeated, we can have it

15  repeated.

16      THE WITNESS:  Okay.

17

18  **BY MR. FELLE:**

19      **Q.**   Okay, do you see there, there's a

20  sentence there that says you were brought in to

21  provide Spanish translation, correct?

22      **A.**   Correct.

23      MS. HUGGINS:  Form.

**MCCANN & MCCANN REPORTING**

A-608

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

66

1          THE WITNESS:  Correct.

2

3  **BY MR. FELLE:**

4          **Q.**    And you testified today, other than

5  providing translation, do you recall you doing

6  anything else with respect to the investigation

7  into those murders and/or the questioning of Mr.

8  Ortiz independently?

9          **A.**    Well, I was called to the Homicide Unit

10  to -- as an -- to interpret.

11          **Q.**    The following day?

12          **A.**    Yes.

13          **Q.**    I am talking to you right now about

14  Buffalo General Hospital, this is the P-73 you're

15  looking at from November 15th, the day before that,

16  you were brought in to be an interpreter, correct?

17          **A.**     Correct.

18          MS. HUGGINS:  Form.

19

20  **BY MR. FELLE:**

21          **Q.**    And you told us Detective Vaughn was

22  there with you at Buffalo General Hospital along

23  with Detective Lonergan and Stambach, correct?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

67

```
 1          MS. HUGGINS:   Form.   Asked and answered.

 2          THE WITNESS:   I remember Lonergan being

 3     there.

 4

 5     BY MR. FELLE:

 6          Q.    Since you're referenced in this P-73

 7     that was prepared by Detective Vaughn, would you

 8     have been provided a copy of that back then?

 9          A.    I'm sorry.

10          Q.    Would you have been provided a copy of

11     this P-73 as part of this investigation?

12          MS. HUGGINS:   In 2004?

13          MR. FELLE:   Correct.

14          MS. HUGGINS:   Yeah.

15          THE WITNESS:   Do not recall.

16

17     BY MR. FELLE:

18          Q.    What's the policies or procedures for

19     Buffalo Police Department relative to distribution

20     of P-73 forms to officers involved?

21          A.    Distribution?

22          Q.    Correct.

23          MS. HUGGINS:   Form.
```

**MCCANN & MCCANN REPORTING**

A-610

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

68

1          THE WITNESS:  Referring to my own

2    experience, I usually require to fill out a P-73, I

3    don't know if I read other people's -- other

4    officers or detectives P-73s.

5

6    **BY MR. FELLE:**

7          **Q.**    Okay.

8          **A.**    I don't recall.

9          **Q.**    There's no mandate though that you be

10   provided with a copy of a P-73 where you're

11   referenced?

12         MS. HUGGINS:  Form.  You can answer.

13         THE WITNESS:  Not a P-73 from other officers

14   or detectives.

15

16   **BY MR. FELLE:**

17         **Q.**    Okay, my understanding is a P-73 would

18   go into the investigation file for reference with

19   respect to the individual investigation, but what

20   you're telling me is that there's really no mandate

21   that everybody get a copy of it, as far as you

22   know?

23         MS. HUGGINS:  Form.  You can answer.

**MCCANN & MCCANN REPORTING**

A-611

MR. TORRES   -   MR. FELLE   -   8/29/2019

69

1   BY MR. FELLE:

2        Q.   Correct.

3        A.   Not every -- every person involved.

4   You don't get everyone's copy, no.

5        Q.   Okay, that's fair.  So in the third

6   paragraph of this P-73 we're continuing to look at

7   from Detective Vaughn, it states that Police

8   Officer Torres told us the following after

9   conversing in Spanish with Ortiz.  I am just going

10  to have you read for me paragraph 4 and paragraph

11  5, which follow that statement of Detective Vaughn.

12       MS. HUGGINS:   So the record should reflect

13  again, he's reading from what's Bates numbered

14  1183, and it appears that you have asked him to

15  read something that goes on into what's Bates

16  numbered 1184 as well.

17

18  BY MR. FELLE:

19       Q.   Correct, just those two paragraphs,

20  please?

21       A.   The final paragraph on this page

22  (indicating)?

23       Q.   Correct.  And then the first paragraph

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

70

1  on the second page.

2       **A.**   Okay.  Ortiz knew the deceased Camacho

3  brothers.  They were members of a cocaine ring that

4  was headed up by Justo and Jose Carrazo,

5  phonetically spelled.  Ortiz was a member of this

6  ring.  The Carrazo brothers rented an apartment in

7  Ortiz's name at 144 Germane, upper.  Ortiz lived

8  there until moving to 19 Hoyt.  Ortiz claims the

9  Carrazos stored large quantities of cocaine at the

10 Germane address.  The Carrazos also had an

11 apartment at 46 Blum.

12      **Q.**   Okay.  And the next sentence, please?

13      **A.**   The highlighted?

14      **Q.**   Or paragraph, please.  Yes, the

15 highlighted.

16      MS. HUGGINS:  Continuing on with Bates

17 number 1184.

18      THE WITNESS:  Through the interpreter we

19 asked Ortiz if he had any direct knowledge of the

20 murders at 879 Niagara.  He claimed he did not.  He

21 said that -- he said that it was his opinion that

22 the Camacho brothers were killed because of

23 jealousy due to their drug selling.

**MCCANN & MCCANN REPORTING**

A-613

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

71

1   **BY MR. FELLE:**

2        **Q.**   Okay.  And having read that, do you

3   have any independent recollection of that

4   conversation with Ortiz?

5        **A.**   No.

6        **Q.**   Okay.  And at that time Ortiz claimed

7   that he had no direct knowledge of the murders at

8   879 Niagara Street of the Camacho brothers,

9   correct?

10        MS. HUGGINS:  Form.

11        THE WITNESS:  I am sorry, what part did you

12   just read?

13

14   **BY MR. FELLE:**

15        **Q.**   I said at that time he said he had no

16   knowledge, direct knowledge regarding anything to

17   do with those murders at 879 Niagara Street,

18   correct?

19        **A.**   Correct.

20        MS. HUGGINS:  Form.

21

22   **BY MR. FELLE:**

23        **Q.**   And earlier you told us, based on your

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

72

1    independent recollection, that you can recall Mr.

2    Ortiz being very nervous, sweating, correct?

3        **A.**    At Buffalo General, yes.

4        MS. HUGGINS:  Form.

5        MR. FELLE:  Okay.

6        MS. HUGGINS:  I would just object to the

7    characterization of very.

8

9    **BY MR. FELLE:**

10       **Q.**    And you told us earlier that you recall

11   somebody telling you that Mr. Ortiz was scared for

12   his life, correct?  That someone was trying to kill

13   him?

14       MS. HUGGINS:  Form.

15

16   **BY MR. FELLE:**

17       **Q.**    Correct?

18       **A.**    Yes.

19       **Q.**    And when asked about his demeanor at

20   the Huntley Hearing, you indicated that he was very

21   nervous.  Jittery.  He seemed scared and

22   frightened.  Would you agree with that?

23       MS. HUGGINS:  Form.  Would you agree that he

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

73

```
 1   -- are you asking would he agree that he testified
 2   to that?

 3

 4   BY MR. FELLE:

 5        Q.    Would you agree that that was his
 6   demeanor?

 7        A.    Sweaty and nervous looking --

 8        Q.    Okay.

 9        A.    -- is what I recall.

10        MS. HUGGINS:  Same form objection to the
11   last question.

12

13   BY MR. FELLE:

14        Q.    Did he seem frightened?

15        A.    Sweaty and nervous is what I recall.

16        Q.    I am just going to have you again look
17   at Exhibit 5, your testimony from the Huntley
18   Hearing starting at page 64, and I am going to have
19   you start by reading lines 15, and you're going to
20   take that to page 65, line 7?

21        A.    15.

22        Q.    So starting at line 15, correct.

23        MS. HUGGINS:  I am sorry, just where did you
```

**MCCANN & MCCANN REPORTING**

A-616

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

74

1  say you want him to end?

2      MR. FELLE:  Page 64, line 15.

3      MS. HUGGINS:  Yes.

4      MR. FELLE:  Through 65, line 7.

5      MS. HUGGINS:  Okay.

6      THE WITNESS: Question:  While at some point

7  Mr. Ortiz comes into the room, into a room?

8  Answer:  Yes.

9  Question:  That you, along with three other

10  detectives, were set up in?

11  Answer:  Correct.

12  Question:  Can you describe his appearance when he

13  first came in?

14  Answer:  Casual.  And if I say -- and if I say

15  anything else about it, I would be guessing.  I

16  don't know anything else.

17  Question:  What about his demeanor?

18  Answer:  He was very nervous.

19  Question:  Jittery?

20  Answer:  Jittery, yes.

21  Question:  He seemed scared?  Frightened?

22  Answer:  Yes.

23  Question:  Out of sorts somewhat?

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

75

1   Answer:  Yes, somewhat.

2

3   BY MR. FELLE:

4        Q.   If you go back to page 64, the page

5   that you started on, do you see lines 8 through 11,

6   we talked earlier about the idea that Mr. Ortiz was

7   claiming someone was trying to kill him.  Can you

8   tell us, what was your testimony?  Can you read it

9   for us on lines 8 through 11 --

10        MS. HUGGINS:  On -- on 64?

11        MR. FELLE:  Correct.

12        THE WITNESS:  8. Question:  Okay, and did

13   they indicate to you that this gentleman had

14   indicated to them that he was in fear for his life?

15   Answer:  Yeah.

16

17   BY MR. FELLE:

18        Q.   Okay.  And just for my reference, when

19   they say, they, is that referring to the detectives

20   from the Major Crimes Unit?

21        MS. HUGGINS:  Form.

22

23   BY MR. FELLE:

A-618

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
76

1          Q.    Do you know?

2          MS. HUGGINS:  If you recall and know, based

3     on this transcript.

4          THE WITNESS:  It was mentioned.

5

6     **BY MR. FELLE:**

7          Q.    Yeah, I am just asking you this, the

8     reference to they, who -- who would have --

9          A.    Just don't know who they is.

10         Q.    Fair enough.  I am asking you based on

11    your knowledge if you recall who they was?

12         A.    I don't recall --

13         Q.    Okay.

14         A.    -- who they is.

15         Q.    So at this point you're aware of a few

16    things, you're aware that Mr. Ortiz is in Buffalo

17    General Hospital, he appears frightened, jittery

18    and nervous, correct?

19         A.    Correct.

20         MS. HUGGINS:  Form.  What -- at what point

21    are you referring to?

22

23    **BY MR. FELLE:**

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

77

1      **Q.**   When you arrived?

2      MS. HUGGINS:  To Buffalo General on November

3  15th, 20 --

4      MR. FELLE:  '04, correct.

5      MS. HUGGINS:  Yeah.

6

7  **BY MR. FELLE:**

8      **Q.**   Actually -- yeah, 2004, go ahead.

9      **A.**   I recall nervous and appeared sweaty.

10      **Q.**   Okay.  You were called in to provide

11  translation between the Major Crimes Unit and Mr.

12  Ortiz, correct?

13      MS. HUGGINS:  Form.

14      MR. FELLE:  I think we have established this

15  through the record.

16      MS. HUGGINS:  He's not going to go around in

17  a circle.  I think he's clearly said what he

18  remembers today and he's not disputing his Huntley

19  testimony.

20      MR. FELLE:  Okay, just so the record is

21  clear, Maeve, I don't mind talking to you, but I

22  don't want you coaching your witness, okay.  You

23  know the rules regarding that.  So if you could

**MCCANN & MCCANN REPORTING**

A-620

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
78

1 just please keep your objections just to legal

2 objections, please.  I am not trying to go in

3 circles.  His testimony has been very clear, the

4 record will reflect it.  And I am now trying to

5 bring his testimony further on by making sure we're

6 at the same place in this conversation at that

7 time.

8

9 **BY MR. FELLE:**

10      **A.**   So my question to you, sir, is, we have

11 established your initial interaction with Mr.

12 Ortiz.  You described it.  I am now asking you

13 about your initial -- or purpose for being there,

14 which was to provide translation services between

15 him and the detectives, correct?

16      MS. HUGGINS:  Form.  Again, same objection.

17 He's told you what he recalls today and you have

18 tried to refresh his recollection and he's told you

19 what does or does not refresh his recollection.

20 But he's not disputing any of those things in that

21 testimony.

22      MR. FELLE:  So you're making a statement and

23 that's fine, but that's a form objection, so he can

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

79

1    answer the question.  If you're going to instruct

2    him not to answer, then you're obstructing my

3    deposition, okay.  This is not for me to talk to

4    you, it's for me to talk to the detective -- or the

5    officer, okay.  So please refrain.

6

7    **BY MR. FELLE:**

8         **Q.**   Sir, isn't that true, you were brought

9    there for the purpose of translation?

10        MS. HUGGINS:  Form.

11        THE WITNESS:  I don't recall why I was

12   brought there.

13

14   BY MR. FELLE:

15        **Q.**   Okay, but we see in the documents that

16   back then the reference that you were brought there

17   was to translate, correct?

18        **A.**   Yeah.

19        MS. HUGGINS:  Form.

20        THE WITNESS:  Yes.

21

22   **BY MR. FELLE:**

23        **Q.**   Okay, so now as you start to talk to

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

80

1    Mr. Ortiz, you're made aware of the fact that he's

2    nervous and afraid because he claims somebody is

3    trying to kill him, correct?  You were made aware

4    of that at least, correct?

5         MS. HUGGINS:  Form.

6         THE WITNESS:  Yes.

7

8    BY MR. FELLE:

9         Q.    And during the interview, as referenced

10   by Detective Vaughn, he indicated to you that he

11   had no direct knowledge of the murder of the

12   Camacho brothers, correct?

13        MS. HUGGINS:  Form.

14        THE WITNESS:  I am sorry.

15        MS. HUGGINS:  This will be a standing

16   objection if you're going to continue this line of

17   questioning in this matter.

18        THE WITNESS:  Repeat.

19

20   BY MR. FELLE:

21        Q.    We looked at the P-73 of Detective

22   Vaughn during the questioning and conversation with

23   Mr. Ortiz, he denied any direct knowledge regarding

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

81

1   the murders of the Camacho brothers, correct?

2        MS. HUGGINS:  Form.

3        THE WITNESS:  I personally don't recall.

4

5   BY MR. FELLE:

6        Q.   But that's indicated in the P-73 of

7   Detective Vaughn that you looked at earlier,

8   correct?

9        MS. HUGGINS:  Form.

10        THE WITNESS:  Yes.

11        MS. HUGGINS:  You can answer.

12

13   BY MR. FELLE:

14        Q.   Okay.  And so now in the Huntley

15   Hearing you're asked questions, further questions

16   about your involvement and conversation with Mr.

17   Ortiz, and starting at page 69, and line 25, can

18   you tell me what your testimony was at the Huntley

19   Hearing?

20        A.   Line 25?

21        Q.   Correct, going into page 70, line 11.

22        MS. HUGGINS:  You're asking him again to

23   read?

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

82

1        MR. FELLE:  Correct from his court testimony

2   at the Huntley Hearing.

3        THE WITNESS:  Beginning?

4        MS. HUGGINS:  Beginning at page 69 line 25.

5        THE WITNESS:  Continuing on to where?

6

7   BY MR. FELLE:

8        **Q.**    Page 70, line 11.

9        **A.**    Line 11, okay.

10  Question:  Okay, at some point you ask him -- you

11  asked him very directly if he had knowledge of the

12  murders at 879 Niagara?

13  Answer:  Yes.

14  Question:  Correct?

15  Answer:  Yes.

16  Question:  And he said he did not, right?

17  Answer:  Correct.

18  Question:  Now when you first came into the room

19  there was some indication that this Hispanic male

20  was afraid for his life, right?  Remember that?

21  Answer:  Yes.

22

23  **BY MR. FELLE:**

A-625

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

83

1      **Q.**    Okay, that's line 11.

2      MS. HUGGINS:  Yep.

3

4   **BY MR. FELLE:**

5      **Q.**    Okay.  And then later in that same

6   Huntley Hearing you were asked additional questions

7   under other exam, redirect, and I am going to have

8   you -- have you read from page 108, lines 9 through

9   20 from your testimony at the Huntley Hearing.

10  Starting at line 9 through 20?

11     **A.**    Answer:  It just seemed like we

12  couldn't get anywhere with him as far as with the

13  information that he was giving us.

14     MS. HUGGINS:  Form.  You're beginning with

15  having him read an answer, so the record is

16  complete, can we begin with the question prior on

17  line 8

18     MR. FELLE:  Sure.

19     THE WITNESS:  Line 8.

20  Question:  Why is that officer?

21  Answer:  It just seemed like we couldn't get

22  anywhere with him as far as with the information

23  that he was giving us.

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

84

1   Question:  On the 15th?

2   Answer:  Correct.

3   Question:  On the 15th did you speak with him

4   specifically, do you have any direct knowledge of

5   the murders at 879 Niagara Street?

6   Answer:  I -- I believe I did ask him that

7   question.

8   Question:  And what was his response?

9   Answer:  No.

10  Question --

11         MS. HUGGINS:  I think that's all.

12         MR. FELLE:  Line 20, okay.

13         MS. HUGGINS:  20 is a new -- new question.

14         MR. FELLE:  Okay.

15

16  **BY MR. FELLE:**

17         **Q.**   So again, in addition to the P-73 we

18  looked at from Detective Vaughn, which indicates

19  that Mr. Ortiz advised you he had no direct

20  knowledge of the murders, you also had some

21  knowledge that he testified to with respect to that

22  direct conversation, that he, again, told you that

23  he had no direct knowledge of those murders,

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

85

1   correct?

2        MS. HUGGINS:  Form.  You can answer.

3        THE WITNESS:  Yes.

4

5   **BY MR. FELLE:**

6        **Q.**   And do you recall approximately how

7   long that meeting with Mr. Ortiz lasted?

8        MS. HUGGINS:  At Buffalo General?

9

10  **BY MR. FELLE:**

11       **Q.**   At Buffalo General, at that meeting,

12  the one we have been talking about?

13       **A.**   I don't recall.

14       **Q.**   And Detective Lonergan was with you

15  during that meeting, correct?

16       **A.**   At Buffalo General, Lonergan, yes.

17       **Q.**   And do you recall that meeting with Mr.

18  Ortiz being more or less than an hour?

19       MS. HUGGINS:  Form.  You can answer.

20       THE WITNESS:  Don't recall.

21

22  **BY MR. FELLE:**

23       **Q.**   Okay.  Now we talked earlier about the

A-628

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
86

```
 1   circumstances under which Mr. Ortiz was brought to

 2   the Buffalo General Hospital that day, do you

 3   recall ever seeing the P-73 relating to police

 4   involvement with Mr. Ortiz earlier during the day

 5   on 11/15 of '04?

 6        MS. HUGGINS:  Form.

 7        THE WITNESS:  No.

 8        MR. FELLE:  Can we take a short break?

 9        MS. HUGGINS:  Yeah, that's fine.

10

11        (Whereupon a short recess was taken.)

12

13   BY MR. FELLE:

14        Q.   Okay, so we're back on the record after

15   a short break and I was asking you about the

16   circumstances under which Mr. Ortiz was at Buffalo

17   General Hospital that day and whether or not you

18   had seen the P-73 relating to police involvement

19   with him earlier on that date and your testimony

20   was you had not, correct?

21        A.   Don't recall.

22        Q.   Are you familiar with a Detective Mark

23   Lauber, L-A-U-B-E-R?
```

A-629

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
87

1      **A.**    Yes.

2      **Q.**    Okay.  And then as part of the evidence

3    in the unit case file regarding double homicides of

4    the Camacho brothers, which we have marked as

5    Exhibit 6, and specifically in that exhibit, Bates

6    number 1189, there is a P-73 from Detective Mark

7    Lauber and Detective Sergeant Philip Torre from the

8    Major Crime Units.  This report indicates that

9    there was involvement by police officers -- well,

10   Schreckenberger, spelled

11   S-C-H-R-E-C-K-E-N-B-E-R-G-E-R, with Mr. Ortiz.  Do

12   you recall who that police officer is?

13     **A.**    Marie.

14     **Q.**    Thank you?

15     **A.**    I-E, Marie.

16     **Q.**    Also police officer Poleon,

17   P-O-L-E-O-N, are you familiar with Officer Poleon?

18     **A.**    I am sure that's John Poleon.

19     **Q.**    Thank you.  And finally Police Officer

20   Lewczyk, L-E-W-C-Z-Y-K?

21     **A.**    Repeat it.

22     **Q.**    Sure.

23     MS. HUGGINS:  Do you want show to him.

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

88

1   BY MR. FELLE:

2        Q.    I am just asking you if these police

3   officers were involved with Mr. Ortiz earlier that

4   day.  And I'm just looking to see if you know them,

5   first off.  And that last officer was

6   L-E-W-C-Z-Y-K.  Are you familiar with them or not?

7        A.    I can't think of that -- I don't know

8   about that one.

9        Q.    Okay.  And then --

10        A.    And I may be wrong with Poleon, the

11   first name.  I said John, it may not be his first

12   name.

13        Q.    Okay.  And then the P-73 says that in

14   addition to those police officers who were on duty,

15   that there was also an off duty Police Officer B.

16   Rodriguez, that met with Detective Lauber and Josue

17   Ortiz at that time.  Who is B. Rodriguez, do you

18   know?

19        MS. HUGGINS:  Form.

20        THE WITNESS:  Answer?  Bedilio Rodriguez is

21   the only one that comes mind.  Bedilio.

22

23   BY MR. FELLE:

**MCCANN & MCCANN REPORTING**

A-631

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

89

1      **Q.**    Is he somebody who provided Spanish

2   translation to the Buffalo Police Department?

3      **A.**    I believe he does speak Spanish.  Long

4   since retired.

5          MS. HUGGINS:  If you're going to continue

6   with that P-73, I ask that the witness be shown it.

7          MR. FELLE:  Absolutely.

8

9   **BY MR. FELLE:**

10      **Q.**    So I am ultimately going to bring you

11   to the fourth paragraph of that, and it just speaks

12   to the police officer and detective's assessment.

13          MS. HUGGINS:  Just read it to yourself.

14          THE WITNESS:  Okay.

15          MS. HUGGINS:  And wait for a question.

16          THE WITNESS:  Okay.

17          MS. HUGGINS:  Have you ever seen this P-73

18   before?

19          THE WITNESS:  No.

20

21   **BY MR. FELLE:**

22      **Q.**    And were you -- having read at least

23   parts of it, and us discussing parts of it, have

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

90

```
 1  you ever been made aware, even if you haven't seen

 2  it, has anyone told you about it?

 3        A.    I was never told about it.

 4        Q.    Okay.  And prior to your meeting with

 5  Mr. Ortiz that occurred later in that evening at

 6  Buffalo General Hospital, were you made aware of

 7  any of these circumstances, and when I say these, I

 8  mean facts as stated by Detective Lauber regarding

 9  his involvement with Josue Ortiz earlier that day?

10        MS. HUGGINS:  Form.  If you're referencing

11  the whole --

12

13  BY MR. FELLE:

14        Q.    Were you made aware of it?

15        MS. HUGGINS:  -- what's recorded in the

16  whole P-73, I just ask that he be shown it so he

17  can review the whole P-73.

18        MR. FELLE:  Sure.

19

20  BY MR. FELLE:

21        Q.    I am just asking about any of the

22  circumstances.  You can read the whole thing.

23        A.    Well, I know the answer, I don't recall
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

91

1   that.

2         **Q.**   Okay.

3         **A.**   Any other involvements.

4         **Q.**   The P-73 that you're looking at from

5   Detective Lauber, does it indicate what time that

6   interaction was with Josue Ortiz?

7         **A.**   Repeat the question, because I am

8   kind --

9         **Q.**   I just asked you what time.  Does it

10  indicate what time the interaction was with Mr.

11  Ortiz?

12        MS. HUGGINS:  Form.  You can answer if you

13  can.

14        THE WITNESS:  Officers did respond at about

15  1100 hours.

16

17  **BY MR. FELLE:**

18        **Q.**   Okay, and that's 11:00 a.m. military

19  time?

20        **A.**   11:00 a.m.

21        **Q.**   Okay.  And just so we're clear, your

22  involvement, according to the P-73 of Mark Vaughn,

23  that same exhibit, Bates 1183, was at what time?

**MCCANN & MCCANN REPORTING**

A-634

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

92

1        **A.**   I don't --

2        MS. HUGGINS:  I would object to the form.  I

3   don't -- I don't --

4        THE WITNESS:  I don't know if this shows

5   my --

6        MS. HUGGINS:  I don't know if this reflects

7   his -- the date, the time of his involvement.

8

9   **BY MR. FELLE:**

10       **Q.**   Okay, but I am asking the P-73, does it

11  indicate a time of the detectives' interaction with

12  -- with Ortiz at -- at the hospital?

13       **A.**   1645 hours is what I see there as far

14  -- well, there's another time there too.

15       **Q.**   Okay.

16       MS. HUGGINS:  Form, objection.

17

18  **BY MR. FELLE:**

19       **Q.**   What's the other time you're referring

20  to?

21       **A.**   1715 hours.

22       **Q.**   Okay.  So that would have been

23  subsequent, later in the day from the P-73 we saw

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

93

1  from Detective Lauber, correct?

2       A.   Yes.

3       MS. HUGGINS:  Form.

4

5  **BY MR. FELLE:**

6       Q.   And having reviewed the P-73 from

7  Detective Lauber, Bates 1189 from Exhibit 6, it

8  indicated that based on Ortiz's medical and

9  psychiatric condition, that they coordinated an

10 ambulance for him to go to the Buffalo General

11 Hospital for evaluation, correct?

12      MS. HUGGINS:  Form.  You can answer if that

13 P-73 indicates that.

14      THE WITNESS:  What -- where does it say

15 that?

16

17 **BY MR. FELLE:**

18      Q.   Fourth paragraph.  Does it indicate,

19 based on their observation of his psychiatric

20 condition, that they called an ambulance and he be

21 transported to Buffalo General Hospital?

22      A.   Yes.

23      Q.   Okay.  Prior to your interaction --

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

94

1          MS. HUGGINS:  I am sorry, I don't think it

2    was clear, the Bates number on that one.

3          MR. FELLE:  I read it, 1189.

4          MS. HUGGINS:  Okay, you just --

5          MR. FELLE:  I read it before the question.

6

7    **BY MR. FELLE:**

8          **Q.**   Prior to your involvement in meeting

9    Mr. Ortiz later that evening, were you made aware

10   of any of his treatment while at the hospital for

11   that duration of time that he was there?

12          MS. HUGGINS:  Form.  You can answer.

13          THE WITNESS:  Don't recall.

14

15   **BY MR. FELLE:**

16          **Q.**   So now we have looked at the various

17   interactions that the Buffalo Police Department had

18   with Mr. Ortiz on November 15th of 2004, both the

19   P-73 of Detective Lauber from earlier in the day,

20   where he had Mr. Ortiz transported to Buffalo

21   General Hospital and then we looked at the P-73

22   from Detective Vaughn that outlined your

23   involvement with Mr. Ortiz while at the hospital

**MCCANN & MCCANN REPORTING**

A-637

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
95

1  and we have also looked at your testimony to the

2  judge at the Huntley Hearing regarding what you

3  could recall about that interaction and the

4  statements made by Mr. Ortiz when you saw him at

5  Buffalo General Hospital, correct?

6      **A.**   Yes.

7      MS. HUGGINS:  Form.

8

9  **BY MR. FELLE:**

10      **Q.**   And with all of that information, the

11  idea that on numerous occasions Mr. Ortiz denied

12  any direct knowledge of the murders when you left

13  Buffalo General Hospital on the 15th with the

14  detectives, Mr. Ortiz was not a suspect, correct?

15      MS. HUGGINS:  Form.  And I'd object to your

16  characterization of numerous occurrences.  We have

17  only discussed one date so far.

18

19  **BY MR. FELLE:**

20      **Q.**   Was he a suspect?

21      **A.**   Don't recall.

22      **Q.**   So earlier I had you look at your

23  testimony from the Huntley Hearing provided in

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

96

1   court before Judge Forma on August 30th, 2005.   I

2   am going to refer you again to page 108, earlier

3   tonight -- or excuse me, earlier today you read for

4   us what you testified to as to Mr. Ortiz denying

5   knowledge of the murders, and I am going to have

6   you read from page 108, line 24, to page 109 line

7   6?

8        **A.**   Okay, 24.

9   Question:   In fact, then he wasn't, he wasn't a

10  suspect at that point.   He wasn't even a witness

11  that could be used, correct?

12       That's the same sentence.

13  Answer:   Correct.

14  Question:   And so you and the detectives kind of

15  brushed it off, so to speak?

16  Answer:   Exactly.

17       **Q.**   Okay.

18       MS. HUGGINS:   That's all.

19       THE WITNESS:   Okay.

20

21  **BY MR. FELLE:**

22       **Q.**   And so that's how things were left when

23  you left Buffalo General Hospital with the

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

1  detectives on the 15th, correct?

2      **A.**  Don't recall.

3      **Q.**  That was your testimony to Judge Forma,

4  right?

5      **A.**  That was my testimony.

6      **Q.**  You and the detectives kind of brushed

7  it off, so to speak, when you said exactly,

8  correct?

9      MS. HUGGINS:  Form.

10      THE WITNESS:  That's what's written there.

11

12  **BY MR. FELLE:**

13      **Q.**  So he wasn't arrested, right?

14      **A.**  I don't recall.

15      **Q.**  Did you ever read him his Miranda

16  rights at the hospital?

17      MS. HUGGINS:  Form.

18      THE WITNESS:  No.

19

20  BY MR. FELLE:

21      **Q.**  Okay, so he never became a suspect,

22  correct?

23      **A.**  Don't recall.

**MCCANN & MCCANN REPORTING**

A-640

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
98

```
 1        Q.    What's your understanding of the point
 2   in time in a conversation with an individual that
 3   you're required to give them their Miranda
 4   warnings?
 5        MS. HUGGINS:  Form.
 6
 7   BY MR. FELLE:
 8        Q.    As a police officer?
 9        A.    When they're being placed under arrest.
10        Q.    Yeah, at some point the conversation
11   turns to the idea that somebody is a suspect as
12   opposed to just somebody with general information,
13   correct?
14        A.    Yes.
15        Q.    And it's at that time that you're
16   required to notify them of their rights according
17   to Miranda, correct?
18        A.    Yes.
19        MS. HUGGINS:  Form.
20
21   BY MR. FELLE:
22        Q.    So in the case of Mr. Ortiz, during
23   your involvement with him on November 15th of 2004
```

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page162 of 261

A-641

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
99

1  while at Buffalo General Hospital, you never read

2  him his Miranda rights, correct?

3      **A.**    Correct.

4      **Q.**    And incidentally, through that

5  interaction with him, what was his fluency in

6  English, if any?

7      **A.**    Don't recall.

8      **Q.**    Do you have any recollection of whether

9  or not he could understand basic English?

10      **A.**    Don't recall.

11      **Q.**    Prior to you getting there, was he able

12  to speak with the detectives at all, that you were

13  made aware of, about anything?

14      **A.**    Don't recall.

15      MS. HUGGINS:  Form.

16

17  **BY MR. FELLE:**

18      **Q.**    Okay.  And so your next involvement

19  with Mr. Ortiz would have been when?

20      **A.**    Don't know the date.

21      **Q.**    Earlier I asked you if you could recall

22  any interactions with Mr. Ortiz and you told me

23  there were two.  You didn't now the chronological

**MCCANN & MCCANN REPORTING**

A-642

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

100

```
 1   order of them, but you knew it was Buffalo General

 2   and the homicide office, would the next meeting

 3   that you had or interaction with Mr. Ortiz, had

 4   been at the homicide office?

 5        A.    Yes.

 6        Q.    And the information you reviewed to

 7   prepare for today, did it give you an idea of when

 8   that was?

 9        A.    Yes.

10        Q.    And what is your understanding of when

11   that next meeting was?

12        A.    I don't know the date offhand.

13        MS. HUGGINS:   Would referring to the

14   statement refresh -- help you?

15        THE WITNESS:   Yes.

16

17   BY MR. FELLE:

18        Q.    Referring to Exhibit 14 from 1/23/19.

19        A.    November 16th.

20        Q.    Of 2004?

21        A.    2004, sorry.

22        Q.    Okay, so that would have been the next

23   day; correct?
```

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

101

```
 1          A.    Yes.

 2          Q.    Okay.  And do you recall what time it

 3   was that you met with Mr. Ortiz on that date?

 4          A.    I don't recall the time.

 5          Q.    Do you recall what the circumstances

 6   were that led you to be there?  Were you called in

 7   to meet with him?

 8          A.    Yes.

 9          Q.    And by whom?

10          A.    Dispatcher.

11          Q.    Were you on duty at that time?

12          A.    Yes.

13          Q.    And when you arrived -- well, at the

14   office, at the homicide office, which was actually

15   at that time the Major Crimes Unit office, do you

16   recall seeing Mr. Ortiz?

17          A.    Yes.

18          Q.    Okay, you have an independent

19   recollection of how he appeared at that time?

20          A.    Yes.

21          Q.    Okay.  And did he appear frightened?

22          A.    Don't recall.

23          Q.    Do you recall what time you arrived?
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
102

1     **A.**   No.

2     **Q.**   And again, looking back at your

3   testimony from the Huntley Hearing, Exhibit 5 from

4   1/23 of '19, I am going to have you read from page

5   72, starting at line 18 describing that encounter?

6     **A.**   Okay.

7   Question:  Now you had a second encounter with my

8   client and that was on November 16th?

9   Answer:  Correct.

10        Continue?

11    **Q.**   Correct.

12    **A.**   Question:  And do you recall what time

13  that encounter was?

14  Answer:  Later on in the evening, I believe.  2000

15  hours, eight o'clock.  Or actually 2100, which is

16  nine o'clock.  Eight.  Sometime after eight I

17  believe.

18  Question:  Sometime after eight?

19        Continue on?

20    **Q.**   Correct.  Yeah, just a little bit.

21    **A.**   Answer:  I believe.  I am not sure.

22  Do I continue?

23    MS. HUGGINS:  Do you want him to keep going?

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

103

1          THE WITNESS:  Yes?

2

3   BY MR. FELLE:

4          Q.    That should be fine.

5          A.    Okay.

6          Q.    Let me take a look.  Was it such that

7   you started your shift at eight o'clock that night,

8   do you know?

9          A.    No.

10          Q.    No.  But -- but your best recollection,

11   at least when you testified, was that it was a

12   little after -- well, eight o'clock, a little after

13   eight, correct?

14          A.    Yes.

15          Q.    And so I am going to turn your

16   attention to your testimony at page 92, 92, lines,

17   starting at 6 and read through 17, please.

18          A.    Question:  So you met Mr. Ortiz

19   sometime after eight p.m. on the 16th, correct?

20   Answer:  Yes.

21   Question:  Okay.  And that could have been 8:05,

22   correct?

23   Answer:  Yes.

A-646

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

104

1  Question:  Anytime between 8:05 and 8:35, correct?

2  Answer:  Correct.

3  Question:  Okay, you indicated you met him at Major

4  Crimes Unit?

5  Answer:  Office, yes.

6      **Q.**    Okay.  So when you arrived at the Major

7  Crimes Units at little after eight o'clock, do you

8  have any idea how long Mr. Ortiz had been there?

9      **A.**    No.

10      **Q.**    Do you have any idea what the

11  circumstances were that brought Mr. Ortiz to the

12  Major Crimes Unit?

13      **A.**    Don't recall.

14      **Q.**    What conversation did you have, if any,

15  with Detective Stambach about your involvement in

16  the conversation with Mr. Ortiz?

17      MS. HUGGINS:  Form.  I am confused what you

18  were asking him, what conversation?

19

20  **BY MR. FELLE:**

21      **Q.**    Sure, did you have any conversation

22  with Mr. -- with Detective Stambach at that time?

23      **A.**    I did.

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

105

1    **Q.**    And what did he tell you?

2    **A.**    Don't remember exactly.

3    **Q.**    Were you surprised to see Mr. Ortiz

4    there?

5    **A.**    Don't recall.

6    **Q.**    Now you had just, we went through all

7    this exhaustively, the day before that, the evening

8    before, you had just met Mr. Ortiz at Buffalo

9    General Hospital, right?

10   **A.**    Yes.

11   **Q.**    So that was within 24 hours you had

12   seen him at Buffalo General Hospital and you have

13   given testimony both at court and today about what

14   you can recall about that interaction, and when you

15   left that interaction, he wasn't even considered a

16   suspect, correct?

17       MS. HUGGINS:  Form.  Asked and answered.

18       THE WITNESS:  Don't recall.

19

20   **BY MR. FELLE:**

21   **Q.**    So the record -- so within 24 hours you

22   come back to the Major Crimes Unit at the request

23   and you see Mr. Ortiz there with Detective

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page169 of 261

MR. TORRES   -   MR. FELLE   -   8/29/2019

106

1  Stambach, do you have a conversation about what had

2  occurred the night before?

3       A.    Don't recall.

4       Q.    Did you tell Detective Stambach about

5  what you could recall about that conversation from

6  less than 24 hours ago that Mr. Ortiz had no direct

7  knowledge of those murders?

8       A.    Don't recall.

9       Q.    Wouldn't it have been an important

10  aspect of that investigation?

11       MS. HUGGINS:  Form.  He's not going to

12  speculate as to what is or isn't important in an

13  investigation.

14       MR. FELLE:  He's a police officer, of course

15  he can.

16       MS. HUGGINS:  He's -- he's never once

17  testified that he was assigned to the

18  investigation.  That he -- that would be purely

19  speculation.

20       MR. FELLE:  What do you mean he's not a

21  police officer, he's acting in his official

22  capacity as a police officer.

23

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

107

**BY MR. FELLE:**

2      **Q.**   Did you provide Detective Stambach with

3  relevant information about your interaction with

4  Mr. Ortiz the night before this alleged confession

5  was produced?

6      MS. HUGGINS:  That's a different question.

7  I'd object to the word relevant, but you can answer

8  to the extent -- it has been asked and answered

9  already in form, but you can --

10

**BY MR. FELLE:**

12      **Q.**   Did you tell him?

13      **A.**   Don't recall.

14      **Q.**   And so according to the Huntley

15  transcript from a little after 8:00, say 8:05 until

16  8:25, you were involved in a conversation

17  translating for Detective Stambach what Mr. Ortiz

18  was saying; is that correct?

19      **A.**   Correct.

20      **Q.**   Up to that point, other than the

21  conversation you may or may not have had with

22  Detective Stambach, did you have any conversations

23  with Officer Sadlocha, S-A-D-L-O-C-H-A?

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
                                                    108

1        **A.**   Don't recall.

2        **Q.**   At some point on November 16th of 2004,

3   when you came to the Major Crimes Unit, were you

4   told that you were there because Mr. Ortiz was

5   confessing to those murders?

6        **A.**   Don't recall.

7        **Q.**   Well, you were involved in the taking

8   of his alleged confession where he says he

9   committed the murder of the Camacho brothers,

10  correct?

11       MS. HUGGINS:  Form.  Just object to the

12  reference, alleged confession.  You can answer.

13       THE WITNESS:  I don't exact -- I don't

14  recall the exact words used.

15

16  **BY MR. FELLE:**

17       **Q.**   Well, the exact words are in a typed

18  statement.

19       **A.**   I am talking conversation.

20       MS. HUGGINS:  Well, no.  No.  You're not

21  going to -- you're not going to harass the witness

22  like that.

23       MR. FELLE:  You're going to stop coaching,

**MCCANN & MCCANN REPORTING**

A-651

MR. TORRES  -  MR. FELLE  -  8/29/2019

109

1  Maeve.  It's a simple question, he can answer the

2  question.  He's being evasive and I'll remind him

3  of his typed statement if I need to, okay.

4       MS. HUGGINS:  And that's fair, you can

5  always refresh the witness's recollection with

6  that, but you can't -- you can't harass the

7  witness.

8       MR. FELLE:  I'm not harassing the witness.

9       MS. HUGGINS:  If he say he doesn't recall,

10  if you want to refresh, that's fair.

11

12  BY MR. FELLE:

13       Q.  We have gone through this exhaustively

14  on the record.  We all know what we're talking

15  about.  At some point in time a confession based on

16  your translation of what Mr. Ortiz told you, based

17  on questions that Detective Stambach was posing to

18  Mr. Ortiz through you, an alleged confession was

19  produced, correct?

20       A.  Correct.

21       MS. HUGGINS:  Form.

22

23  BY MR. FELLE:

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
                                                    110

1          Q.    You're the only one that knows what Mr.

2    Ortiz was saying in Spanish who was in that room,

3    correct?

4          A.    Correct.

5          MS. HUGGINS:   Form.

6

7    BY MR. FELLE:

8          Q.    Detective Stambach doesn't know

9    Spanish, correct?

10         MS. HUGGINS:   Well --

11

12   BY MR. FELLE:

13         Q.    Do you know that to be the case?

14         MS. HUGGINS:   Form.   To the extent you know,

15   you can answer that question.

16         THE WITNESS:   I don't believe he does.

17

18   BY MR. FELLE:

19         Q.    Have you ever spoken to him in Spanish?

20         A.    Mark Stambach?

21         Q.    Correct.

22         A.    No.

23         Q.    Do you have any reason to think that he

A-653

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

111

1  knows Spanish in any -- at any level of fluency?

2      **A.**  No.

3      **Q.**  So when you come in at 8:05, you're

4  translating between Detective Stambach and Josue

5  Ortiz, correct?

6      **A.**  Correct.

7      **Q.**  And when you walked in, were you told

8  by Detective Stambach, that Mr. Ortiz was there

9  relative to giving a confession for the murders of

10  the Camacho brothers?

11      MS. HUGGINS:  Form.  Asked and answered.

12      THE WITNESS:  Don't recall the words used.

13

14  **BY MR. FELLE:**

15      **Q.**  Did Detective Stambach tell you that

16  prior to you getting there to the Major Crimes Unit

17  on the 16th of November, '04, that Mr. Ortiz had

18  said he committed the murders?

19      **A.**  Don't recall.

20      **Q.**  What information were you provided when

21  you came in at 8:05 or so about Mr. Ortiz's now

22  claimed involvement in those murders?

23      **A.**  There was conversations, I just don't

**MCCANN & MCCANN REPORTING**

A-654

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

112

1  recall the exact words.

2      **Q.**   Okay, and you said plural

3  conversations, so with whom?

4      **A.**   Mark Stambach.

5      **Q.**   Anyone else?

6      **A.**   Don't recall.

7      **Q.**   Detective Vaughn was on duty that

8  night, correct?

9      **A.**   Not sure.

10      **Q.**   Do you have any involvement with him,

11  any conversations?

12      **A.**   I don't recall any conversations with

13  Mark Vaughn.

14      **Q.**   Okay.  At some point during those

15  conversations, what did Detective Stambach tell you

16  was the reason Mr. Ortiz was now sitting in an

17  interrogation office at the Major Crimes Unit?

18      MS. HUGGINS:  Form.  Asked and answered.

19      THE WITNESS:  In -- without knowing specific

20  wording, he was a suspect.

21

22  **BY MR. FELLE:**

23      **Q.**   Okay.

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

113

1      **A.**   And was assisting in translating.

2      **Q.**   Okay.  Did that surprise you?

3      MS. HUGGINS:  Asked and answered.

4      THE WITNESS:  Don't recall.

5

6  **BY MR. FELLE:**

7      **Q.**   Based on Detective Stambach telling you

8  that, did you tell him about what Mr. Ortiz had

9  told you the prior night about him having no direct

10  knowledge about the murders?

11      **A.**   Don't recall.

12      MS. HUGGINS:  Form.  Asked and answered.

13

14  **BY MR. FELLE:**

15      **Q.**   Between leaving Buffalo General

16  Hospital on November 15th after meeting with Mr.

17  Ortiz and then the next date going into the Major

18  Crimes Unit to see Mr. Ortiz sitting there, did you

19  learn anything else about the investigation into

20  the Camacho brothers murders?

21      **A.**   No.

22      **Q.**   Did you become involved in any way with

23  respect to any physical evidence in that case that

**MCCANN & MCCANN REPORTING**

A-656

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

114

1   might link Mr. Ortiz to the crimes?

2        **A.**   No.

3        **Q.**   Did you talk to anyone else that may

4   have given you some other indication that Mr. Ortiz

5   had any involvement in the Camacho brothers

6   murders?

7        **A.**   No.

8        **Q.**   So when you come in the next day, you

9   see him in the interrogation room with Detective

10  Stambach, did Detective Stambach tell you that he

11  had already gone through questions and information

12  with Mr. Ortiz?

13       MS. HUGGINS:   Form.

14       THE WITNESS:   Don't recall.

15

16  **BY MR. FELLE:**

17       **Q.**   Did he show you a copy of his notes we

18  have marked as Exhibit 13 from 1/23/19, did he show

19  you a copy of his notes?

20       **A.**   Don't recall.

21       **Q.**   Did he tell you that his conversation

22  with Mr. Ortiz started at 7:30 p.m., 35 minutes

23  before you got there, did he tell you that?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

115

1          A.    Don't recall.

2          Q.    Would that have been important to you?

3          MS. HUGGINS:   Form.   Same objection as to

4     what would or wouldn't be important.   That calls

5     for speculation.

6

7     **BY MR. FELLE:**

8          Q.    Was there a translator there when you

9     got there?

10         A.    No.

11         Q.    As far as you understood, was there

12    ever a translator there from the time that Mr.

13    Ortiz got there until the time that you got there?

14         A.    Don't know.

15         Q.    And you didn't ask, correct?

16         A.    Don't recall.

17         Q.    So between 8:05 and 8:25 you provided

18    translation between Detective Stambach and Josue

19    Ortiz, correct?

20         A.    I assisted in translating, yes.

21         Q.    Assisted who?

22         A.    Detective Stambach.

23         Q.    Okay.

MR. TORRES   -   MR. FELLE   -   8/29/2019

116

1      A.    Translating.

2      Q.    Was there anyone else in the room?

3      A.    I don't recall.

4      Q.    I'm going to refer you to page 20 --

5   excuse me, page 94 of your transcript testimony

6   before Judge Forma at the Huntley Hearing.  And I

7   am going to have you read --

8           MS. HUGGINS:  Exhibit 5.

9

10  BY MR. FELLE:

11          Q.    -- read from page 94, line 7 through

12  24?

13          A.    Okay.

14  Question; okay, he was free to leave at 8:05?

15  Answer:  I believe so.

16  Question:  Okay.  Then shortly after that you

17  indicated that you had some conversation with Mr.

18  Ortiz?

19  Answer:  Correct

20  Question:  And that was in the Spanish language,

21  correct?

22  Answer:  Yes.

23  Question:  Now that part of the conversation had --

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

117

1   was not being written down, correct?

2   Answer:  Those were questions I posed to him that

3   were given to me by Detective Stambach.

4   Question:  But at that point Detective Stambach or

5   any of the other detectives were not writing these

6   questions down, correct?

7   Answer:  I don't believe so.

8        Further?

9        **Q.**   I am going to have you go forward to

10  page 95, start at line 22.

11       **A.**   22.

12       **Q.**   Correct, and you're going to read to

13  96, line 12.

14       MS. HUGGINS:  I would say just in fairness

15  that he begin on line 14 because there's a -- he's

16  responding to a question or a statement by the

17  Court at line 22.

18

19  **BY MR. FELLE:**

20       **Q.**   Correct.  Well, I think it's

21  convoluted.  I am going to have you start at page

22  95, line 22, please, just read forward.  So you can

23  --

A-660

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

118

 1          MS. HUGGINS:  Well, I would -- yeah.

 2

 3    BY MR. FELLE:

 4          Q.    Line -- page 96, line 12, please.

 5          A.    So 22?

 6          Q.    Correct.

 7          A.    The witness:  Questions were posed to

 8    him.  He wasn't --

 9    The Court:  About the homicide, right?

10    The witness:  Right, it wasn't my position to --

11          Continue on?

12          Q.    Correct, to line 12 of the next page.

13          A.    To allow him who stay or leave.  That

14    wasn't me.  I was strictly as a translator.

15    The Court:  I understand that, but --

16    Ms. Calvatoras:  Okay.

17    The Court:  Was he questioned about the homicide in

18    that 20 minutes, approximately, approximately 20

19    minute period?

20    The witness:  Yes.

21    The Court:  Did he admit that he did the killings?

22    The witness:  Yes.

23    The Court:  Okay.

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

119

1      Continue?

2      **Q.**   No.  So it was between 8:05 and 8:25

3  that you questioned Mr. Ortiz, and now in a

4  complete change, your testimony is that he admitted

5  to murdering the Camacho brothers; is that true?

6      MS. HUGGINS:  Form.  No, he's not going to

7  answer that question.  He told you he doesn't

8  recall certain specifics of this.  I understand

9  you're trying to refresh his recollection.  One,

10  you're taking it out of context.  There's --

11  there's additional testimony within there that

12  speaks directly to this point.  And second, he's

13  not changed his testimony.  He hasn't said he

14  denied certain things.  As he indicated, he doesn't

15  recall the beginning of the conversation.

16

17  **BY MR. FELLE:**

18      **Q.**   All right, so at 8:25 you read Josue

19  Ortiz his Miranda warnings, correct?

20      **A.**   I read him his Miranda warnings, yes.

21      **Q.**   And that's because during that 20

22  minute conversation that you testified to in court

23  at the Huntley Hearing, during that 20 minute

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page183 of 261

MR. TORRES  -  MR. FELLE  -  8/29/2019

120

1   conversation with him where you were translating,

2   you, him and Detective Stambach were in a room

3   together, your testimony is that he confessed to

4   the crimes; is that your testimony?

5        MS. HUGGINS:  Form.

6        THE WITNESS:  I don't recall the specifics.

7

8   BY MR. FELLE:

9        Q.   At any time during that 20 minute

10  conversation, did you tell Detective Stambach about

11  your direct knowledge of the conversation with Mr.

12  Ortiz from the night prior at Buffalo General

13  Hospital --

14       MS. HUGGINS:  Form.  Asked and answered.

15

16  BY MR. FELLE:

17       Q.   -- that he denied any direct knowledge

18  of the crimes?

19       A.   I don't recall.

20       Q.   Did you tell Detective Stambach at any

21  time before Mr. Ortiz was given his Miranda

22  warnings about the psychiatric condition of Mr.

23  Ortiz as you observed it the night before at

MCCANN & MCCANN REPORTING

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

121

1   Buffalo General Hospital?

2        MS. HUGGINS:  Form.

3        THE WITNESS:  I do not recall.  But let me

4   just add, I assumed this is information they

5   already know.  They're detectives, they work

6   together.  That's my answer.

7

8   **BY MR. FELLE:**

9        **Q.**   Correct.

10        **A.**   Okay.

11        **Q.**   So when you got there at 8:05, you were

12   given the questions by Mr. -- by Detective

13   Stambach, correct?

14        **A.**   Given questions verbatim, yes.

15        **Q.**   Correct, verbatim?

16        **A.**   Yes.

17        **Q.**   And are those questions based on the

18   notes that are in Exhibit 13, is that what you were

19   given?

20        **A.**   Are you asking me whether this was the

21   -- what I was working off of?

22        **Q.**   Correct.

23        **A.**   No, it was questions from Stambach that

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

122

1   I was to translate to Mr. Ortiz.

2        **Q.**    Okay.  And those weren't typed up, were

3   they?

4        **A.**    I don't recall how they were recorded.

5        **Q.**    Was he telling -- was he telling you

6   the question verbally and you were translating or

7   were they actually in written form?

8        **A.**    Verbally.

9        **Q.**    Okay.

10        **A.**    Initially.

11        **Q.**    So Detective Stambach in English is

12   asking questions that you translated into Spanish

13   to elicit a response from Mr. Ortiz and then you

14   related back to Detective Stambach the answer in

15   English, correct?

16        **A.**    Correct.

17        MS. HUGGINS:   Form.  I'd object to the use

18   of the word elicit.

19

20   **BY MR. FELLE:**

21        **Q.**    And you said at first, did that change

22   at some point during that 20 minutes?

23        **A.**    What do you mean?

**MCCANN & MCCANN REPORTING**

A-665

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
123

1        Q.    Did it go from verbal questions to some

2   kind of written questions during that 20 minutes?

3        A.    I don't recall how it was recorded.

4        Q.    But after 20 minutes a decision was

5   made to read him his Miranda warnings, Mr. Ortiz,

6   that is, who made that decision?

7        MS. HUGGINS:   Form.

8

9   BY MR. FELLE:

10       Q.    You or Detective Stambach?

11       A.    I did not make that decision.

12       Q.    Okay.  So were you directed by

13  Detective Stambach to read Josue Ortiz his Miranda

14  warnings at 8:25?

15       A.    I was directed by a homicide detective

16  to make that -- to read those warnings, yes.

17       Q.    Okay.  And was there any other homicide

18  detective in the room?

19       A.    I don't believe so.

20       Q.    So it would have been Detective

21  Stambach, correct?

22       A.    Most likely.

23       Q.    And he made that decision at that point

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page187 of 261

A-666

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

124

1    to make Mr. Ortiz a suspect for those murders of

2    the Camacho brothers, correct?

3         MS. HUGGINS:  Form.  He cannot -- he can't

4    speculate to his -- the minds of the decision.

5         THE WITNESS:  I was told to read his Miranda

6    warnings.

7

8    **BY MR. FELLE:**

9         **Q.**    And so after reading him the Miranda

10   warnings, what was done?

11        **A.**    I don't recall how it ended.

12        **Q.**    Well, at some point was his alleged

13   confession put into typewritten form, like we see

14   in the Exhibit 14?

15        **A.**    Yes.

16        MS. HUGGINS:  Form.  And I object to alleged

17   confession.

18

19   **BY MR. FELLE:**

20        **Q.**    Did you type up this alleged

21   confession?

22        **A.**    No.

23        MS. HUGGINS:  Same objection as to that.

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

125

1 | BY MR. FELLE:

2 |      Q.    Did -- and you have reviewed it though

3 | before today, correct?  The confession, this

4 | alleged confession of Mr. Ortiz?

5 |      A.    Yes.

6 |      Q.    You have seen it?

7 |      A.    Yes.

8 |      Q.    And the statement reads that the

9 | statement, or at this point the interrogation of

10 | Mr. Ortiz stopped at 10:30 p.m.; is that correct?

11 |      A.    Where are you reading?

12 |      Q.    The very last part of the statement.

13 | Right below that.  Right below that.

14 |      A.    Statement is stopped at 10:30 p.m.

15 |      Q.    And you signed that, correct?

16 |      A.    Yes, my signature is there.

17 |      Q.    So it would have been after 10:30 p.m.,

18 | correct?

19 |      MS. HUGGINS:  That he signed that?

20 |

21 | BY MR. FELLE:

22 |      Q.    That you signed it, correct?

23 |      MS. HUGGINS:  Form.

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page189 of 261

A-668

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

126

1          THE WITNESS:  Don't recall when I signed it.

2

3    BY MR. FELLE:

4          Q.    Did you -- did you type this statement?

5          A.    No.

6          Q.    Did you go through this statement with

7    Mr. Ortiz before he was asked to sign it?

8          A.    Yes.

9          Q.    And how did you go through it with him?

10         A.    Read it to him.

11         Q.    Did you read the whole document to him

12   or did you read it piece by piece and get his

13   answer, questions and --

14         A.    Questions and answers.

15         Q.    Okay.  So did you ask him to initial it

16   at different parts?

17         A.    Don't recall.

18         Q.    Is there any other version of this

19   alleged confession that you're aware of?

20         MS. HUGGINS:  Form.  This will be a standing

21   objection to the phraseology "alleged confession."

22         MR. FELLE:  Yeah.

23         MS. HUGGINS:  You can answer.

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

127

1          THE WITNESS:  I am sorry, what was the

2   question?

3

4   **BY MR. FELLE:**

5          **Q.**   Is there any other version or form of

6   this document that you're aware of?

7          **A.**   There are copies that are -- I am sure

8   you have your copy.

9          **Q.**   Are there any others that may have

10  notes from you on it?

11         **A.**   Not that I am aware of.

12         **Q.**   And is there any form that you're aware

13  of that would have the initials of Mr. Ortiz

14  throughout the document other than just a signature

15  -- or excuse me, signature on the third page and

16  initials on the very bottom of each page?

17         **A.**   Don't recall.

18         **Q.**   Are your initials on the bottom of

19  those pages?

20         **A.**   Yes.

21         **Q.**   Okay.  And who else's?

22         **A.**   There's a JOV and MRS.

23         **Q.**   And is the MRS, Mark Stambach?

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

128

```
 1        A.    I -- I assume so, yes.

 2        Q.    And the third signature on the document

 3   isn't Stambach though, correct, it's Lonergan's?

 4        A.    It appears to be Lonergan's.

 5        Q.    Yeah.  And so does that refresh your

 6   memory that he was there the night of November

 7   16th, 2004?

 8        A.    Does not refresh my memory.

 9        Q.    And the first signature, is that the

10   alleged signature of Mr. Ortiz?

11        A.    It appears to be.  I can see Josue.  I

12   can make out that part.

13        Q.    Okay.

14        MS. HUGGINS:  Form.  To be fair, it does

15   contain Mark Stambach's signature on it.

16        MR. FELLE:  Yeah.  As a notary.  Is that

17   what you're referring to, the notary stamp?

18        MS. HUGGINS:  Correct, but you said it

19   didn't contain his signature at all and it does.

20

21   BY MR. FELLE:

22        Q.    As the context of the statement,

23   there's two witnesses, you're one of those
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

129

1  signatures and Detective Lonergan is the other

2  witness, correct?

3       **A.**   Yes.

4       **Q.**   And in the two pages, actually, all

5  three pages, the initials are MRS, which are for

6  Mark Stambach, correct?

7       **A.**   Yes.

8       **Q.**   Okay.  And are Lonergan's initials

9  there that you can see?

10       **A.**   Initials?

11       **Q.**   Initials.

12       **A.**   Don't see.

13       **Q.**   On any of the pages?

14       **A.**   Do not see them.

15       **Q.**   Going back to the conversation you had

16  with Mr. Ortiz from approximately 8:05 to 8:25,

17  before he was read his Miranda rights, the

18  questions that were asked of Mr. Ortiz through

19  Detective Stambach, did those ask for information

20  relative to the commission of the crime?

21       MS. HUGGINS:  Form.

22       THE WITNESS:  I don't recall the exact

23  questions.  I'd have to look at the statement to

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

130

1   refresh my memory.

2

3   **BY MR. FELLE:**

4        **Q.**   Well, for example this alleged

5   confession, Exhibit 14, talks about specifics, for

6   example, the type of guns that were used in the

7   commission of the crime.  Were those part of the

8   questions that you were asking Mr. Ortiz for 25

9   minutes or so before you read him his Miranda --

10       MS. HUGGINS:  Form.

11

12  BY MR. FELLE:

13       **Q.**   -- warnings?

14       **A.**   I'd have to look at the form.

15       **Q.**   The names of the individuals involved

16  in the commission of the crime, did -- is it your

17  testimony that during that 20 minutes of

18  questioning Mr. Ortiz, he knew the names of those

19  people?

20       MS. HUGGINS:  Form.

21       THE WITNESS:  Don't recall the answers.  His

22  answers.

23

A-673

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

131

1  **BY MR. FELLE:**

2      **Q.**   After 8:25, after Mr. Ortiz was read

3  his Miranda rights, did you continue to ask him

4  questions about the commission of the crime?

5      **A.**   Don't recall.

6      **Q.**   While you were there that evening, were

7  you involved in any other way with the

8  investigation into the murder of the Camacho

9  brothers?

10      **A.**   At the homicide office?

11      **Q.**   Correct.

12      **A.**   In any other way?

13      **Q.**   Correct.

14      MS. HUGGINS:   Aside from translating.

15

16  **BY MR. FELLE:**

17      **Q.**   For Mr. Ortiz?

18      **A.**   Strictly translating.

19      **Q.**   And other than Mr. Ortiz and your

20  involvement with him in the investigation of the

21  murder of the Camacho brothers, were you involved

22  in any other witness statements or interrogations

23  or anything at all involving the investigation of

**MCCANN & MCCANN REPORTING**

A-674

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

132

1    that -- of those murders?

2         **A.**   No.

3         **Q.**   And again, you knew nothing about the

4    physical evidence, nothing about the crime scene,

5    nothing at all about the commission of those

6    murders, other than translating, which produced

7    this alleged confession from Mr. Ortiz, correct?

8         MS. HUGGINS:   Form.   You can answer.

9         THE WITNESS:   Correct.

10

11   **BY MR. FELLE:**

12        **Q.**   In other words, you didn't know how his

13   testimony fit in or didn't fit in to all the

14   physical evidence that investigators had about the

15   crimes, correct?

16        MS. HUGGINS:   Form.   You can answer.

17        THE WITNESS:   Correct.

18

19   **BY MR. FELLE:**

20        **Q.**   You had no idea about the various

21   witness statements that talked about the height and

22   stature of the perpetrators of the crime, you

23   weren't aware of that, correct?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

133

1      **A.**   Correct.

2      **Q.**   Did you ever look into the evidence

3  file as you were involved on November 16th of 2004

4  in taking a confession from a guy who just the

5  night before told you he had no direct knowledge of

6  the crime, did it ever occur to you to look in to

7  the evidence file?

8      **A.**   No.

9      MS. HUGGINS:  Form.

10

11  **BY MR. FELLE:**

12      **Q.**   You were just following orders,

13  correct?

14      MS. HUGGINS:  Well, form.

15

16  **BY MR. FELLE:**

17      **Q.**   No, I'm asking, you were just --

18      **A.**   I was strictly translating was my role.

19      **Q.**   And with respect to giving Miranda

20  warnings, just following orders of the detectives,

21  in this case, Detective Stambach, who required you

22  to give him his Miranda warnings, correct?

23      MS. HUGGINS:  Form.

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

134

```
 1          THE WITNESS:  Correct.

 2

 3   BY MR. FELLE:

 4          Q.   And then Detective Stambach also

 5   required that you translate the typewritten

 6   confession and obtain the signature of Mr. Ortiz at

 7   the end of that confession, correct?

 8          MS. HUGGINS:  Objection to the use of

 9   obtain.  Object to the form of that question.  You

10   may answer.

11          THE WITNESS:  Yes.

12

13   BY MR. FELLE:

14          Q.   After he signed this document, did you

15   have any other involvement with respect to Mr.

16   Ortiz?

17          A.   No.

18          Q.   Did you have any other involvement with

19   any other aspect of the investigation into the

20   murders of the Camacho brothers?

21          A.   No.

22          Q.   At any time were you made aware that

23   there was more than one perpetrator of those
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

135

1    murders?

2         **A.**    No.

3         **Q.**    Were you ever told that the

4    investigation was going to continue or ongoing with

5    respect to other perpetrators?

6         MS. HUGGINS:  Form.  You can answer.

7         THE WITNESS:  No.

8

9    **BY MR. FELLE:**

10        **Q.**    Were you ever made aware at any time

11   prior to this confession being produced, were you

12   ever made aware that there were possible other

13   perpetrators of that murder that Buffalo Police

14   were aware of?

15        **A.**    No.

16        MS. HUGGINS:  Form.

17

18   **BY MR. FELLE:**

19        **Q.**    Now the P-73 prepared by Detective

20   Stambach involving the questioning and then arrest

21   of Mr. Ortiz on November 16th of '04, have you read

22   that P-73?

23        **A.**    No.

**MCCANN & MCCANN REPORTING**

A-678

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

136

1  **Q.**  When you arrived at the Major Crimes

2 Unit on November 16th of '04, where was Mr. Ortiz

3 placed?

4  **A.**  Interview room.

5  **Q.**  And interview rooms, how many of them

6 were there at the Major Crimes Unit?

7  **A.**  One.

8  **Q.**  Okay.  In addition to the -- to those

9 rooms, there were offices, correct?

10  **A.**  Yes.

11  **Q.**  Were these interviews ever conducted in

12 offices?

13  **A.**  I am sorry.

14  MS. HUGGINS:  Well, form.  You can answer to

15 the extent you know, but --

16  THE WITNESS:  I'm sorry, repeat.

17

18 **BY MR. FELLE:**

19  **Q.**  Sure, there's a difference, right,

20 between an interrogation room and a detective's

21 office, correct?

22  **A.**  Yes.

23  MS. HUGGINS:  Form.

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

137

1  BY MR. FELLE:

2       Q.    And there are both when you get to the

3  Major Crimes Unit, correct?

4       A.    Yes.

5       Q.    My question to you is when you arrived

6  on November 16th of '04 for the purpose of

7  translating between Detective Stambach and Mr.

8  Ortiz, where was he placed, and I think you told us

9  in the interrogation room, correct?

10       MS. HUGGINS:  Well, that misstates the

11  testimony.  He testified that he was in an

12  interview room.

13

14  BY MR. FELLE:

15       Q.    Okay.  Well, what do you mean by that?

16       A.    Well, that's where he was when I got

17  there, interview room.

18       Q.    Is that an interrogation room as

19  opposed to a detective's office?

20       MS. HUGGINS:  Form.  Objection to the use of

21  the word interrogation.

22       THE WITNESS:  You can call it that.  You

23  can.

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

138

BY MR. FELLE:

 1      Q.   Okay, so we'll call it an interview

 2  room, but that's different than a detective's

 3  office, correct?

 4      A.   Correct.

 5      Q.   The interview rooms, are they recorded?

 6      A.   I am not sure.

 7      Q.   Can they be?

 8      MS. HUGGINS:   Well --

 9

10  BY MR. FELLE:

11      Q.   Is there a capability of recording a

12  conversation or a statement that's made in an

13  interview room?

14      MS. HUGGINS:   Form.   That's calling for

15  speculation.   You're asking -- are you asking 2004

16  or --

17      MR. FELLE:   I am asking if he knows on the

18  night of November 16th of 2004, did the Major

19  Crimes Unit have the capability of recording those

20  conversations and/or statements that were provided

21  by individuals?

22      MS. HUGGINS:   Form.   To the extent that you

A-681

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

139

1  know.

2          THE WITNESS:  Don't know.

3          MS. HUGGINS:  -- the answer.

4

5  **BY MR. FELLE:**

6          **Q.**   Did they have two-way glass or mirrors?

7          **A.**   Yes.

8          **Q.**   So they could be observed by third

9  parties?

10         **A.**   Yes.

11         **Q.**   Did they have a microphone system or

12  audio recording system in there?

13         **A.**   Don't recall.

14         MS. HUGGINS:  Form.

15

16  **BY MR. FELLE:**

17         **Q.**   Do you recall if you used any recording

18  devices of any -- any type, with respect to your

19  involvement with Mr. Ortiz on November 16th of '04?

20         **A.**   I did not.

21         **Q.**   Were you made aware that one was

22  operating?

23         **A.**   Don't think so.

**MCCANN & MCCANN REPORTING**

A-682

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

140

1       **Q.**    Are you familiar with the Detective

2   Vivian?

3       **A.**    Yes.

4       **Q.**    And he was in the Major Crimes Unit at

5   that time, correct?

6       **A.**    Don't know if he was.

7       **Q.**    Okay.  Do you know if he was present

8   that night?

9       **A.**    Don't know.

10      **Q.**    The P-73 prepared by Detective Mark

11  Stambach indicates that the questioning of Mr.

12  Ortiz took place in Detective -- or Sergeant

13  Vivian's office that evening.  Does that refresh

14  your memory or change your recollection at all?

15      **A.**    I was not in Detective Vivian's office

16  for my part of it.

17      **Q.**    Okay.

18      **A.**    Translating.

19      **Q.**    Were you made aware that before you got

20  there, Mr. Ortiz was placed in Sergeant Vivian's

21  office a 7:25 p.m. and that a formal interview of

22  him was started at 7:30 p.m.?

23      **A.**    I was not aware of that.

**MCCANN & MCCANN REPORTING**

A-683

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

141

```
 1         Q.    Were you made aware that during that

 2    interview, Detective Stambach claimed that Mr.

 3    Ortiz gave information that indicated he was

 4    involved in the homicides?

 5         MS. HUGGINS:   Form.

 6         THE WITNESS:   Don't recall.

 7

 8    BY MR. FELLE:

 9         Q.    Did he tell you that?  Did Detective

10    Stambach tell you that before you started your

11    translation between him and Mr. Ortiz formally

12    about 8:05?

13         A.    I don't recall the specific

14    conversation before I began my role as a

15    translator.

16         Q.    But at some point during that 20 minute

17    conversation with Mr. Ortiz, things went from where

18    things were left at Buffalo General Hospital the

19    night before, where he was not even a suspect, you

20    guys just brushed things aside, according to your

21    testimony in court, to within 24 hours you reading

22    him his Miranda rights and finding him to be a

23    suspect and taking an alleged confession from him,
```

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
142

1  at any point during your involvement on November

2  16th of 2004 with Mr. Ortiz and Detective Stambach,

3  did you remind Detective Stambach of the

4  involvement with Mr. Ortiz the night before?

5        MS. HUGGINS:  Form.  That has been asked and

6  answered four or five times prior to this, so --

7        MR. FELLE:  It's a different question.

8        MS. HUGGINS:  It's a problematic question.

9  It's improperly phrased.  It's consistent of you

10  largely testifying and I am -- so I am objecting to

11  the form.  And -- and on the fact that it's asked

12  and answered.  You can answer for a fifth time or a

13  sixth time.

14

15  BY MR. FELLE:

16        Q.   Okay.

17        A.   Don't recall.

18        Q.   As you asked Mr. Ortiz questions during

19  that 20 minutes or so interview of 8:05 to 8:25

20  before reading him his Miranda warnings, did he

21  answer specific questions relative to the crime?

22        MS. HUGGINS:  Form.

23        THE WITNESS:  Yes.

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

143

1  BY MR. FELLE:

2      Q.   Can you remember any of those questions

3  specifically?

4      A.   No.

5      Q.   During that 20 minute conversation that

6  you had with Mr. Ortiz, did he ever say that he

7  committed those murders?

8      A.   Don't recall.

9      MS. HUGGINS:  Form.

10

11  BY MR. FELLE:

12      Q.   Was he ever asked by you who else was

13  involved in the crimes?

14      A.   Don't recall.

15      Q.   As a police officer with 32 years

16  experience before you retired, but even back then

17  with close to 30 years experience, at the time when

18  you were told to give Josue Ortiz his Miranda

19  warnings, did you believe that he had been involved

20  in the commission of that crime?

21      A.   Yes.

22      Q.   And was that based solely on the

23  questions and answers from that 20 minute span that

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

144

1  were asked through Detective Stambach of Mr. Ortiz?

2          MS. HUGGINS:  Form.  You can answer.

3          THE WITNESS:  Yes.

4

5  **BY MR. FELLE:**

6          **Q.**  And at that time, you were not made

7  aware that a formal interview had been conducted

8  for 35 minutes before you got there, correct?

9          MS. HUGGINS:  Form.

10         THE WITNESS:  Don't recall.

11

12 **BY MR. FELLE:**

13         **Q.**  And is it possible that the information

14 relative to Mr. Ortiz's answers were generated both

15 from his interview with Buffalo Police detectives

16 at Buffalo General Hospital on the 15th and through

17 that interview with Detective Stambach on the 16th

18 before you got there?

19         MS. HUGGINS:  He's not going to answer that

20 question.  That calls for only speculation.

21         MR. FELLE:  Not at all.  He was present.  He

22 was present for both of those.

23         MS. HUGGINS:  I am instructing him not to

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
145

1   answer that question.

2        MR. FELLE:   That's fine, we will preserve

3   that objection on the record and I'll take it up

4   with the judge for further answer, along with all

5   questions that might stem from his response.

6

7   **BY MR. FELLE:**

8        **Q.**   The P-73 indicates that Mr. Ortiz was

9   given a Coke, large fries and a sandwich from

10   McDonald's at 8:40 p.m., do you recall that?

11        **A.**   I do not.

12        **Q.**   Do you recall if at the time he signed

13   his waiver of rights, the rights card, do you

14   recall where he was physically?

15        **A.**   Don't recall.

16        **Q.**   Was he still in the interview room or

17   had he been moved somewhere else?

18        **A.**   During my time there he was always in

19   the interview room.

20        **Q.**   It says that a formal sworn statement

21   was taken from Mr. Ortiz between 9:00 p.m. and was

22   finished by 10:30 p.m.   Does that sound about

23   right?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

146

1          A.    I don't recall.

2          Q.    At any time during that, let's say 8:05

3    to 10:30 at night, did you ever leave the Major

4    Crimes Unit to do any other type of work?

5          A.    I did not leave.

6          Q.    Do you recall what time your shift

7    ended that day?

8          A.    I believe -- I -- I think my tour went

9    into overtime.  I think that was -- my shift is

10   3:30 p.m. to 1:30 p.m. I think I -- I -- I am not

11   sure.  I may have gone into overtime for that

12   translating.

13         Q.    Because of your involvement with Mr.

14   Ortiz and Detective Stambach, correct?

15         A.    Correct.

16         Q.    Okay.  And I asked you earlier if you

17   were involved any other aspect of that

18   investigation.  You can't recall any other aspect

19   of that investigation you were involved in,

20   correct?

21         A.    I was not involved in any other aspect

22   of that investigation.

23         MS. HUGGINS:  I'm sorry, Wayne, can you just

**A-689**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

147

1   say the Bates number of the P-73, the Stambach one

2   that you have been referring to?

3          MR. FELLE:  Yeah, Exhibit 6 marked on

4   1/23/19 and it's Bates number 1190, P-73 of

5   Detective Mark R. Stambach.

6          MS. HUGGINS:  Thank you.

7

8   **BY MR. FELLE:**

9          **Q.**   Now there's another P-73 contained in

10   the investigation file -- excuse me, the evidence

11   unit case file, for the double homicide of the

12   Camacho brothers, Exhibit 6, and Bates number 1186,

13   1186, and that's from Detective Sergeant James

14   Lonergan.  Do you remember meeting with him on

15   November 16th of '04?

16          **A.**   Homicide office?

17          **Q.**   Correct.

18          **A.**   Don't.

19          **Q.**   Do you recall at 200 hours, what is --

20   2000 hours, 2000, what time is that?

21          **A.**   Ten o'clock.

22          **Q.**   Ten o'clock, 20 --

23          **A.**   No, no, eight o'clock.  Eight o'clock.

**MCCANN & MCCANN REPORTING**

A-690

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

148

```
 1   200 hours is -- 20 -- twenty hundred hours?

 2        Q.    Correct?

 3        A.    Three zeros, eight o'clock.

 4        Q.    That's 8:00 p.m.?

 5        A.    8:00 p.m., yeah.

 6        Q.    And so we already talked about you met

 7   with Mr. Ortiz at 8:05, correct?

 8        A.    Yes, we spoke.

 9        Q.    8:05 to 8:25, correct?

10        A.    Yes.

11        Q.    And you were with him only, correct?

12        MS. HUGGINS:  Form.

13

14   BY MR. FELLE:

15        Q.    Did you ever leave the interrogation

16   room or the interview room, excuse me, for those 20

17   minutes?

18        A.    No.

19        Q.    So the P-73 from Captain Mark Morgan,

20   he was Chief of Homicide at that time, correct?

21   Mark Morgan, do you know him?

22        A.    Yes.

23        Q.    Okay.
```

**MCCANN & MCCANN REPORTING**

A-691

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
149

1      A.     Yeah.

2          Q.     It indicates Chief of Homicide under

3   his name?

4      A.     It says that, yes.

5          Q.     Do you know Detective Patrick Judge?

6      A.     Yes.

7          Q.     And how about Detective James Lima?

8      A.     Yes.

9          Q.     Okay.  And do you recall seeing them on

10   November 16th of '04?

11      A.     I can't tell you the -- who was there.

12   There were other individuals there.  I can't -- I

13   never focused on them.

14          Q.     Okay.  So on 11/16 of '04 at eight

15   o'clock, the P-73 of Captain Mark Morgan indicates

16   that you were brought into the Major Crimes Office

17   to help conduct the interview of a Mr. Carlos

18   Osario, O-S-A-R-I-O.  You were helping to conduct

19   an interview with that person relative to the

20   homicides of the Camacho brothers that occurred at

21   879 Niagara Street, do you recall that?

22      A.     Repeat that.

23          MS. HUGGINS:   Form.  And if you're going to

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

150

1  refer to the P-73, I'd ask that the witness be

2  shown.

3       MR. FELLE:  Sure.  And I am asking first if

4  he recalls it and then I will refresh his memory.

5  And so if you could read the question back.

6

7          (Record read back by reporter.)

8

9       MS. HUGGINS:  I'd ask that the witness be

10  shown the P-73.

11       MR. FELLE:  I am first asking him if he

12  recalls that.

13

14  **BY MR. FELLE:**

15       **Q.**   Do you recall that?

16       **A.**   Do not.

17       **Q.**   So now we have already had marked as an

18  exhibit, Exhibit 6, the evidence unit case file,

19  and I am referring again to Bates number 1186, it's

20  a P-73 of Captain Mark Morgan.  That P-73 indicates

21  that you were involved in the interview of Mr.

22  Osario at eight o'clock on November 16th of '04?

23       MS. HUGGINS:  Again, you're going to have to

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

151

1   show the witness something that you're trying --

2        THE WITNESS:  Yeah, I would like to look at

3   it.

4

5   **BY MR. FELLE:**

6        **Q.**   All right, here's the exhibit.

7        **A.**   Okay.

8        **Q.**   Look at the first paragraph.

9        MS. HUGGINS:  I have a number of objections

10  now looking at the item that you were referring to.

11  It's not a P-73 submitted by Captain Mark Morgan.

12  It's a P-73 submitted by Patrick Judge, is number

13  one.

14

15  **BY MR. FELLE:**

16        **Q.**   All right, do you see the first

17  paragraph there?

18        **A.**   I do.

19        **Q.**   I am simply asking you at this point,

20  does that indicate that on 11/16/04 at

21  approximately 8:00 p.m. you were involved, you, B

22  District Police Officer Ed Torres was involved in

23  interviewing Mr. Osario?

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

152

1      **A.**    That's what it says, yes.

2      **Q.**    Okay.  The second paragraph indicates

3   what that interview consisted of, correct?

4      MS. HUGGINS:  Form.  You can answer.

5

6   **BY MR. FELLE:**

7      **Q.**    Do you see that there?

8      **A.**    Yes.

9      **Q.**    Okay.  And it indicates you were

10  involved in an interview with Mr. Osario where he

11  described the three assailants who committed the

12  murder of the Camacho brothers, correct?

13     **A.**    Yes.

14     MS. HUGGINS:  Well --

15

16  **BY MR. FELLE:**

17     **Q.**    And --

18     MS. HUGGINS:  I would object to that

19  question.

20     MR. FELLE:  He answered it.  There's no

21  objection.

22     MS. HUGGINS:  It says homicide that

23  occurred at 879 Niagara Street.  It makes no

**MCCANN & MCCANN REPORTING**

A-695

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

153

1  mention here of the Camacho brothers.

2       MR. FELLE:  Okay, you can reserve that

3  objection, okay.

4       MS. HUGGINS:  No, I am making that

5  objection.

6       MR. FELLE:  And you can preserve it, okay.

7

8  **BY MR. FELLE:**

9       **Q.**   Looking at that same P-73, does it

10  indicate that Mr. Osario was providing information

11  relative to the identification of the perpetrators

12  of that crime?

13       MS. HUGGINS:  Form.

14       THE WITNESS:  Yes.

15

16  **BY MR. FELLE:**

17       **Q.**   And he indicates that there were three

18  people that committed that murder, those murders,

19  correct?

20       **A.**   Three individuals, yes.

21       MS. HUGGINS:  Form.

22

23  **BY MR. FELLE:**

A-696

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

154

1      **Q.**   He even describes them, some of them by
2    -- by their height, correct?
3      **A.**   Yes.
4      **Q.**   And he says that --
5      MS. HUGGINS:  Well, form.  Again, I am going
6    to continue -- if you're going to continue to
7    mischaracterize what's in the P-73, that's not what
8    it says.
9      MR. FELLE:  It speaks for itself, Maeve.
10   You may not like the evidence, but it is what it is
11   and it says it right there --
12     MS. HUGGINS:  No.  Wayne --
13     MR. FELLE:  He says one of them --
14     MS. HUGGINS:  If you want to ask him
15   questions about the contents of that, you have to
16   ask him accurately as to the contents of it.
17
18   **BY MR. FELLE:**
19     **Q.**   Okay.  The three individuals that he
20   identifies as having been running from the location
21   where the murders were committed at 879 Niagara
22   Streets, he identifies all of those perpetrators as
23   around 5' 7" in height, correct?

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

155

1          MS. HUGGINS:  Form.

2          THE WITNESS:  I do see where it says 5' 7",

3     yes.

4

5     **BY MR. FELLE:**

6          Q.   It identifies all three of the

7     perpetrators around 5' 7", correct?

8          MS. HUGGINS:  Form.  Did he describe an

9     individual --

10         MR. FELLE:  He can speak for himself.

11         MS. HUGGINS:  Look it, Wayne, we'll go

12    around -- I am happy to have this -- this out with

13    you because you cannot take a -- take a document

14    that he does not recall, summarize it yourself in

15    your question and then ask him to agree with you,

16    that's not proper.

17

18    **BY MR. FELLE:**

19         Q.   Okay, Mr. Torres, does it read on the

20    P-73, I am going to read it verbatim so your

21    attorney can't object --

22         MS. HUGGINS:  You're not going to stand over

23    my client's shoulder and read the document.

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page219 of 261

A-698

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

156

1        MR. FELLE:  Well, I can only read one

2    document and I can't read it backwards, okay, so --

3    and I am not -- certainly not intimidating an

4    officer of 32 years, he's not going to be

5    intimidated by me.

6

7    **BY MR. FELLE:**

8        **Q.**    Does it say Mr. Osario describes the

9    three individuals who assaulted him as all dark

10   Hispanic males with Hispanic accents and all about

11   5' 7".  Five feet seven inches tall.  Does it say

12   that?

13       **A.**    Yes.

14       **Q.**    And it starts with saying that Mr.

15   Osario was a witness to three individuals who he

16   saw running from 879 Niagara Street on the night of

17   the homicides; is that correct?

18       **A.**    Yes.

19       MS. HUGGINS:  The first sentence that you

20   just read.  Wayne, again, I am going to object --

21       MR. FELLE:  You can conduct your own

22   examination, okay.

23       MS. HUGGINS:  You can ask proper questions.

**MCCANN & MCCANN REPORTING**

A-699

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

157

1  **BY MR. FELLE:**

2      **Q.**   So now Officer Torres --

3      MS. HUGGINS:   That's a form objection.

4  Thank you.

5

6  **BY MR. FELLE:**

7      **A.**   Officer Torres, you now, according to

8  these two P-73s, the one of Detective Stambach and

9  the one of Captain Mark Morgan, were involved in

10  interviews with two different individuals

11  surrounding the homicide of the Camacho brothers,

12  the homicides that were committed at 879 Niagara

13  Street; is that correct?

14      MS. HUGGINS:   Form.

15      THE WITNESS:   So my answer to that is I

16  don't recall that conversation at all.

17

18  **BY MR. FELLE:**

19      **Q.**   Do you have any reason to doubt this

20  P-73 prepared as you just looked at it, the P-73 of

21  Captain Mark Morgran, Detective Patrick Judge and

22  James Lima?

23      MS. HUGGINS:   Same objection.   It's a P-73

**MCCANN & MCCANN REPORTING**

A-700

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

158

1  submitted by Patrick Judge.

2      THE WITNESS:  I am assuming you'll get your

3  answers from them.  I don't recall that

4  conversation whatsoever.

5

6  **BY MR. FELLE:**

7      **Q.**   It is your testimony that this is

8  incorrect?

9      **A.**   I don't recall.

10     **Q.**   Okay.  So trusting the officers to do

11  what they're supposed to do, Detective Stambach and

12  Captain Morgan, Detectives Judge and Lima, both

13  have these P-73s in the investigation file

14  pertaining to the homicide of the Camacho brothers,

15  assuming for a moment that they're true, you were

16  involved in interviews of two different individuals

17  who had different information about the crime that

18  was committed, would that be a fair statement?

19     MS. HUGGINS:  Form.  You're asking him for a

20  hypothetical, assume.

21     MR. FELLE:  No, it's not a hypothetical,

22  it's -- it's reported.

23

**MCCANN & MCCANN REPORTING**

A-701

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

159

BY MR. FELLE:

    Q.   So assuming that the officers did what they were supposed to do, which was prepare these P-73s involving things that had been conducted in evidence that you were involved in two different interviews and involving the murder of the Camacho brothers, correct?

    MS. HUGGINS:  Form.

    THE WITNESS:  Yes.

BY MR. FELLE:

    Q.   And the information you obtained from -- from Mr. Osario would be very relevant, very relevant to what you were doing with Detective Stambach surrounding a confession from Mr. Ortiz, correct?

    MS. HUGGINS:  Form.  He's not going to answer whether something is relevant or not.  He's not expressing opinions.

BY MR. FELLE:

    Q.   It's regarding the same investigation, correct?

**MCCANN & MCCANN REPORTING**

A-702

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

160

```
 1         MS. HUGGINS:  He's not -- no, he's not going

 2   to answer that question.

 3

 4   BY MR. FELLE:

 5         Q.   It's regarding the same investigation,

 6   correct?

 7         MR. FELLE:  He can answer that question.

 8         MS. HUGGINS:  Form.  Do you know it's

 9   involved in the same investigation?

10         THE WITNESS:  It appears to be.

11

12   BY MR. FELLE:

13         Q.   And so you're involved in taking a

14   confession from Mr. Ortiz, and if we take this P-73

15   into account, the one from Captain Mark Morgan, you

16   have information relative to the description of the

17   perpetrators of the crime that don't match the

18   confession, did you bring this to the attention of

19   Detective Stambach before Mr. Ortiz was arrested?

20         MS. HUGGINS:  That's a form objection to

21   that question.  You can answer to the extent that

22   you understand it.

23         THE WITNESS:  I don't recall that at all.
```

**MCCANN & MCCANN REPORTING**

A-703

MR. TORRES  -  MR. FELLE  -  8/29/2019

161

BY MR. FELLE:

2    Q.   If this was going on though, if you

3 were interviewing two different people and you had

4 this information, wouldn't it be your

5 responsibility to advise Detective Stambach if this

6 information was being elicited at the same time?

7    MS. HUGGINS:  Form.  Form.  And I am

8 objecting as to speculation.  You can answer to the

9 extent you can.

10    THE WITNESS:  Repeat.

11

12 BY MR. FELLE:

13    Q.   Yeah, wouldn't it be your obligation to

14 tell them, if you had this new information about

15 the identity of the perpetrators of the murders

16 that didn't fit with respect to Mr. Ortiz and his

17 confession, wouldn't you have an obligation as a

18 police officer to tell Detective Stambach about

19 that?

20    MS. HUGGINS:  Form.  He can't speculate as

21 to evidence that -- he's already testified he

22 doesn't know anything about physical evidence

23 regarding this and your question implies that he

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

162

1   understands and knows what the physical evidence

2   was.  He's not going -- he's not going to answer

3   that.

4         MR. FELLE:  State your form objection.

5         MS. HUGGINS:  He's not going to answer that

6   question.

7         MR. FELLE:  I am going to preserve my right.

8   Now you're obstructing my ability to depose this

9   witness and we'll come back another day if you're

10  going to keep this up.  But this is exactly what

11  the rules forbid and prohibit.  My question is very

12  direct to him.  Your explanation and objection have

13  nothing to do with what I just asked him and all

14  you're doing is placing yourself in the middle of

15  this deposition to obstruct my ability to question

16  Mr. -- Officer Torres.

17        If you're going to keep it up, we'll break

18  now and I'll get an order and tell us to come back

19  another day and that's not fair to him.  So if you

20  can please let me ask him questions, he's very

21  capable of answering my questions, okay.

22        MS. HUGGINS:  I have no problem with you

23  asking him proper questions.

A-705

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

163

1   **BY MR. FELLE:**

2        **Q.**   As a police officer, we read the Code

3   of Ethics from the beginning of this deposition,

4   wouldn't you have a responsibility to tell

5   Detective Stambach about the information that you

6   would have learned of during the interview of Mr.

7   Osario, which was going on simultaneous to this

8   alleged confession of Mr. Ortiz?

9        MS. HUGGINS:   Form.   And again, it calls for

10   speculation.   To the extent you can, you can

11   answer.

12        THE WITNESS:   Assuming that I didn't know he

13   already knew that, I would definitely mention it,

14   100 percent.

15

16   **BY MR. FELLE:**

17        **Q.**   Well, this information taken from Mr.

18   Osario, a witness, it directly contradicts the idea

19   that Mr. Ortiz was involved in the crimes, does it

20   not?

21        MS. HUGGINS:   No, he's not going to answer

22   that question.

23        MR. FELLE:   He's been an officer of over 30

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

164

1    years at this time, of course he can answer that.

2         MS. HUGGINS:   No, he has already testified

3    he was not familiar with the evidence in this

4    investigation and you're asking him to opine on

5    whether another interview contradicts evidence

6    discussed by Mr. Ortiz.  He can't answer that

7    question.

8         MR. FELLE:   Of course he can.  There's an

9    informed -- I am not going to debate this with you.

10   You're wrong.  I am going to place, again, my note

11   on the record, this is about the fifth time that

12   Ms. Huggins has tried to obstruct my deposition.

13   She's completely placing herself in the middle of

14   this deposition and making it difficult to take the

15   statement of the detective, or excuse me, of the

16   officer.

17        If you're going to continue one more time,

18   we're going to break and we're just going to get an

19   order from the judge.  I am not going to continue

20   going in circles and debating this with you as the

21   officer sits here, okay.

22

23   **BY MR. FELLE:**

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page228 of 261

A-707

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

165

1      **Q.**   My question to you again is whether or

2   not, based on the fact that you obtained this

3   information from Mr. Osario during the interview of

4   11/16 of '04, whether you, as a police officer,

5   would have had the obligation, the requirement, to

6   bring that to the attention of Detective Stambach

7   since it contradicted the testimony and/or the

8   statement that Mr. Ortiz was asked to sign?

9       MS. HUGGINS:  Form objection.  Calls for

10   speculation.  You can answer to the extent you can.

11       THE WITNESS:  I just don't know that it's my

12   responsibility.  I don't recall that.  I don't

13   recall it at all.  I am assuming detectives work

14   with each other, share information.  I don't know

15   if it was my obligation to tell them that.

16

17   **BY MR. FELLE:**

18      **Q.**   We talked about Code of Ethics.  We

19   talked about a police officer.  You signed up for a

20   duty that had the responsibility to protect the

21   innocent against deception, and yet you're telling

22   me that when you're interviewing two different

23   individuals about the same crime and one individual

**MCCANN & MCCANN REPORTING**

A-708

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

166

1    gives you information, evidence, as a witness, that

2    contradicts an alleged confession from somebody

3    else, that you don't have an obligation to bring

4    that to the forefront to be sure that the veracity

5    of that statement is correct, and that that person

6    is guilty of the crime, you don't have an

7    obligation to do that?

8         MS. HUGGINS:   Form.   That's not what he's

9    testified to.

10        THE WITNESS:   I do not recall that at all.

11   That's my answer.

12

13   **BY MR. FELLE:**

14        Q.   But this is 2004 that this took place,

15   correct?   Would it be a fair statement that your

16   memory today in 2019 may not be strong enough to

17   remember this interaction, that's -- that's

18   memorialized in the P-73?

19        A.   Absolutely.

20        Q.   And that's why we have P-73s, right,

21   because your memory might fail and we want to

22   document everything that occurs in an

23   investigation, correct?

**MCCANN & MCCANN REPORTING**

A-709

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

167

1         A.    Yes.

2         Q.    And so this P-73 that documents your

3    involvement with Mr. Osario, we have no reason to

4    doubt its veracity, do we?

5         MS. HUGGINS:  Form.

6         THE WITNESS:  I don't recall that.

7

8    BY MR. FELLE:

9         Q.    Okay, that's fair.  But we have no

10   reason to doubt the veracity and truthfulness of

11   this P-73 prepared by Captain Mark Morgan and

12   Detectives Judge and Lima, right?

13        MS. HUGGINS:  Form.

14        THE WITNESS:  Correct.

15

16   BY MR. FELLE:

17        Q.    They don't have any vendetta against

18   you, do they, those officers?

19        A.    No.

20        Q.    Does anybody involved in this have any

21   reason to try to set you up?

22        A.    Absolutely not.

23        Q.    Okay.  So the P-73s in the

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

168

```
 1   investigation file marked an Exhibit 6, and it

 2   indicates your involvement with another interview

 3   that elicited information about the same crime.

 4   That information becomes relevant to your interview

 5   with Ortiz and the question simply becomes, what

 6   did you do having that knowledge?

 7           MS. HUGGINS:  Form.

 8

 9   BY MR. FELLE:

10       Q.   Did you bring it to anyone's attention?

11   Did you make any efforts to ensure that Detective

12   Stambach knew about it?

13           MS. HUGGINS:  Form.  That's been asked and

14   answered.

15           THE WITNESS:  Don't recall that.

16

17   BY MR. FELLE:

18       Q.   With respect to your involvement with

19   Mr. Osario, did you bring to the attention of

20   Captain Mark Morgan, Detectives Judge, Lima or

21   Lonergan, that you were involved in an interview

22   with Mr. Ortiz surrounding that same investigation

23   or murder, murders?
```

A-711

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

169

1      MS. HUGGINS:  Could you show the witness

2  that P-73 you're referring to.

3      MR. FELLE:  I'm referring to the same exact

4  P-73 I just read.  It's the same one.

5      MS. HUGGINS:  Correct, but he testified --

6  in all fairness, he doesn't recall this incident.

7      MR. FELLE:  No, I didn't ask him about the

8  incident, I asked him what he did knowing the

9  information that he did from that interview.

10  You're obstructing my deposition, Maeve.  That's

11  not my question at all.  He understands it.

12      THE WITNESS:  Don't recall.

13

14  **BY MR. FELLE:**

15      **Q.**   And do you recall telling Captain Mark

16  Morgan, Detectives Judge and/or Lima and/or

17  Lonergan, about your involvement in the interview

18  with Mr. Ortiz on that same evening?

19      MS. HUGGINS:  Form.

20      THE WITNESS:  No.

21

22  **BY MR. FELLE:**

23      **Q.**   At 10:30 p.m. on 11/16 of '04, you left

**MCCANN & MCCANN REPORTING**

A-712

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

170

1   the Major Crimes Unit after witnessing Mr. Ortiz

2   sign an alleged typed up confession, correct?

3          MS. HUGGINS:  Form.

4          THE WITNESS:  Yes.

5

6   **BY MR. FELLE:**

7          **Q.**   Did you have doubts about that

8   confession?

9          **A.**   No.

10          **Q.**   And subsequent to that confession, you

11   have now learned that he was completely innocent of

12   those crimes, haven't you?

13          **A.**   Yes.

14          **Q.**   How do you explain that?

15          MS. HUGGINS:  Well, no, he's not going to

16   answer that.

17

18   **BY MR. FELLE:**

19          **Q.**   Based on your training and experience

20   of 32 years as a Buffalo Police Officer, what part

21   of this process failed him and resulted in his

22   wrongful conviction for a crime that he's been

23   completely exonerated from now?

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

171

1          MS. HUGGINS:  Form.  He's not going to

2    answer that question either.

3          MR. FELLE:  He can answer that question.

4          MS. HUGGINS:  That's the whole basis of this

5    lawsuit.  He's not answering that question.

6          MR. FELLE:  He's the person --

7          MS. HUGGINS:  No, he's not the person.  He's

8    not going to answer that question.  He's not.

9          MR. FELLE:  That's another objection that

10   Ms. Huggins, I am going to preserve for the record

11   and require Officer Torres to come back on another

12   occasion to answer that and any subsequent

13   questions that might result from his answers.

14         MS. HUGGINS:  Should that -- should the

15   judge find that's a proper question.

16

17   **BY MR. FELLE:**

18         **Q.**   Officer Torres, have you ever spoken to

19   anyone, outside of your exit interview with Joe

20   Tripi, anyone else about your involvement in the

21   wrongful conviction of Mr. Ortiz?

22         MS. HUGGINS:  Form.  Asked and answered.

23         THE WITNESS:  Friends.

MR. TORRES   -   MR. FELLE   -   8/29/2019

172

1          MS. HUGGINS:  Aside with myself.

2          THE WITNESS:  With friends.

3

4    **BY MR. FELLE:**

5          **Q.**    Friends.  Anybody in the law

6    enforcement capacity?

7          **A.**    Retired officers who I do associate

8    with closely.  That's it.

9          **Q.**    Okay, my understanding is that there's

10   some different rules in the Buffalo Police

11   Department, are you aware of these with respect to

12   interrogations that result in confessions?

13         **A.**    I am not sure what these rules are.

14         **Q.**    You're not familiar with them?

15         **A.**    No.

16         **Q.**    At any time have you ever been

17   questioned by anyone within the Buffalo Police

18   Department about the policies and procedures which

19   led to the wrongful conviction of Mr. Ortiz in this

20   case?

21         MS. HUGGINS:  Form.

22         THE WITNESS:  Repeat.

23

*MR. TORRES  -  MR. FELLE  -  8/29/2019*

173

1  **BY MR. FELLE:**

2      **Q.**   Yeah, have you ever been asked by

3  anybody within the Buffalo Police Department

4  regarding the policies and procedures of the

5  Buffalo Police Department about your involvement in

6  the arrest and conviction of Mr. Ortiz and how

7  those rules might have allowed for his wrongful

8  conviction?

9      **A.**   No.

10     **Q.**   This ever become the subject of any

11  internal fair investigation?

12     **A.**   No.

13     **Q.**   Have you ever been disciplined with

14  respect to your involvement with the wrongful

15  conviction of Mr. Ortiz?

16     MS. HUGGINS:  Form.  And a 50-A objection.

17     MR. FELLE:  Specific to my case, it's not

18  protected and he's retired.

19     MS. HUGGINS:  That's --

20     MR. FELLE:  Are you objecting to the form or

21  are you instructing him not to answer?

22     MS. HUGGINS:  That's not the state of law

23  what you --

**MCCANN & MCCANN REPORTING**

A-716

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

174

1          MR. FELLE:  I didn't hear --  I didn't hear

2    your answer.

3          MS. HUGGINS:  I am asking him not to answer

4    that question.  Instructing him on that count.

5          MR. FELLE:  Okay.  Okay. Note that for the

6    record, the same thing.

7

8    **BY MR. FELLE:**

9          **Q.**    How many interview rooms are there --

10   or excuse me, were there back in November of 2004,

11   in the Major Crimes Unit?

12         **A.**    I am only familiar with one.

13         **Q.**    There was only one interview room at

14   that time?

15         MS. HUGGINS:  Form.

16         THE WITNESS:  Not sure.

17

18   **BY MR. FELLE:**

19         **Q.**    And as we have talked about your

20   involvement with Mr. Ortiz and your interview,

21   again, it's your testimony that that interview with

22   Mr. Ortiz took place in an interview room and not

23   Detective Vivian's office, correct?

**MCCANN & MCCANN REPORTING**

MR. TORRES   -   MR. FELLE   -   8/29/2019

175

1      **A.**    Correct.

2      **Q.**    You told us earlier when I asked you

3    about training or education since starting with the

4    Buffalo Police Department, that you did some

5    training for irrational and disabled persons, do

6    you recall that?

7      **A.**    Yeah.

8      **Q.**    Okay, and what did that involve?

9      **A.**    Identifying and proper procedure for

10   having them treated and make a decision on what's

11   best, you know, get them to the hospital or what --

12   what's best for the best interest for safety of

13   everything, so on and so forth.

14     **Q.**    In that training, did you get into the

15   idea that an individual suffering from a

16   psychological illness, their memory on their

17   statements as to events, they may not have the same

18   veracity as to somebody who is healthy, did that

19   get into that at all?

20        MS. HUGGINS:  Form.  You can answer.

21        THE WITNESS:  Don't recall.

22

23   **BY MR. FELLE:**                               •

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page239 of 261

A-718

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
                                                              176

1        **Q.**    Have you ever experienced, in your 32

2   years, an individual suffering from a psychotic

3   break?

4        **A.**    Yes.

5        **Q.**    Psychologically didn't recognize

6   reality, have you ever encountered that?

7        **A.**    Yes.

8        MS. HUGGINS:   Form.

9

10  **BY MR. FELLE:**

11       **Q.**    And an individual, under those

12  circumstances, they can't give you a reliable

13  statement or -- or testimony, can they?

14       MS. HUGGINS:   Form.

15       THE WITNESS:   Not sure.

16

17  **BY MR. FELLE:**

18       **Q.**    Based on your training and education

19  with what -- what they did with you at the Buffalo

20  Police Department, is there a protocol how you

21  treat people that are suffering from major

22  psychological or psychotic issues at the time of

23  your interaction?

**MCCANN & MCCANN REPORTING**

A-719

*MR. TORRES   —   MR. FELLE   —   8/29/2019*

177

 1     **A.**    Yes.

 2     **Q.**    And what is that?

 3     **A.**    Usually there is a 941 form, it's a --

 4     transported to ECMC for a psychiatric evaluation.

 5     **Q.**    Okay.  And then is there an interval of

 6     time that's provided for by the protocol to allow

 7     that person to get healthy before they can get

 8     questioned or interviewed by police?

 9     **A.**    Yes.  It varies.  Don't know what their

10     -- hospital's protocol is for that.

11     **Q.**    Okay.  But they are handled differently

12     than -- than normal, healthy human beings, correct?

13     **A.**    Yes.

14     **Q.**    And you were trained in recognizing

15     individuals that were suffering from psychological

16     or psychotic related issues, correct?

17     **A.**    If it's an irrational, outwardly

18     irrational and very apparent, yes.

19     **Q.**    On November 15th of 2004, when you had

20     met with Mr. Ortiz, he was claiming that people

21     were trying to kill him, do you recall that?

22     MS. HUGGINS:  Form.

23     THE WITNESS:  The Buff General one, yes.

**MCCANN & MCCANN REPORTING**

A-720

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

178

BY MR. FELLE:

    **Q.**   Correct.  And did you do anything to
flush that out whether or not that was a real
concern or just in his mind, a concern?

    **A.**   Don't recall.

    **Q.**   Do you recall if when you saw Mr. Ortiz
on November 16th at the Major Crimes Unit, whether
or not you again asked him if he was in fear of his
life?  Was he in fear that people were trying to
kill him still, did you ask them that?

    **A.**   I don't recall.

    MS. HUGGINS:  Form.

BY MR. FELLE:

    **Q.**   At any time at Buffalo General Hospital
when you interacted with Josue Ortiz when you were
present with him, did you ever hear him converse
with anyone else in English?

    **A.**   I don't recall.

    **Q.**   How about when you saw him on the 16th
at the Major Crimes Unit during that night from
when you got there at 8:05 or so until 10:30, did
you see him converse with anyone in English?

**MCCANN & MCCANN REPORTING**

Case 23-352, Document 51, 06/27/2023, 3534006, Page242 of 261

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
179

1          **A.**    Don't recall.

2          **Q.**    The Exhibit 13 that we looked at

3   earlier today, it has some printed writing and then

4   in the margins it indicates like asterisks and

5   different writings and circled at some points, is

6   there any part of the Exhibit 13 that is your

7   writing?

8          MS. HUGGINS:   Just review the whole thing

9   before you answer that.

10         THE WITNESS:   Okay.   No.

11

12  **BY MR. FELLE:**

13         **Q.**    Do you know who hand wrote that

14  information on that statement?

15         **A.**    I do not recall.

16         **Q.**    And do you know who would have put

17  asterisks or stars or written information in the

18  margins?

19         **A.**    I do not.

20         **Q.**    And prior to today do you ever recall

21  seeing the document marked as Exhibit 13?

22         **A.**    I don't recall.

23         **Q.**    Are you familiar with a Detective Mary

**MCCANN & MCCANN REPORTING**

MR. TORRES  -  MR. FELLE  -  8/29/2019

180

1    Gugliuzza, G-U-G-L-I-U-Z-Z-A?

2         A.    I am familiar with the name only.

3         Q.    Was she present during any of the

4    interactions with Mr. Ortiz that we talked about?

5         A.    Don't recall.

6         Q.    So with respect to you coming to the

7    Major Crimes Unit on November 16th of 2004 at about

8    8:05 to meet with Detective Stambach to question

9    Mr. Ortiz, when you first arrived, did you and

10   Detective Stambach have any conversation about the

11   idea that he and you had been at Buffalo General

12   Hospital the day before regarding the mental

13   condition of Mr. Ortiz to be there at the Major

14   Crimes Unit to give a statement?

15        MS. HUGGINS:   Form.

16        THE WITNESS:   There was a conversation.  I

17   don't recall the subject.

18

19   BY MR. FELLE:

20        Q.    Would it be a fair statement that

21   because Detective Stambach was at Buffalo General

22   Hospital on the 15th when you met with Mr. Ortiz,

23   that you believe he had the same knowledge as you

MCCANN & MCCANN REPORTING

*MR. TORRES   -   MR. FELLE   -   8/29/2019*

181

1  did about what Mr. Ortiz told you and other

2  detectives on the 15th?

3        MS. HUGGINS:  Form.

4        THE WITNESS:  Repeat.

5

6  **BY MR. FELLE:**

7        **Q.**    Sure.  We talked about the idea that

8  you can't recall if you told Detective Stambach

9  anything about your interaction with Mr. Ortiz on

10 the 15th when you arrived on the 16th at the Major

11 Unit, the Major Crimes Unit, right?

12       **A.**    Yes.

13       **Q.**    You can't recall that.  So my question

14 to you is, did you rely upon the idea that

15 Detective Stambach was with you at Buffalo General

16 Hospital on 15th during your interactions with Mr.

17 Ortiz during your interview and translation of him

18 at that time, did you trust that he had all that

19 same knowledge that you had from the 15th when he

20 met with Mr. Ortiz on the 16th?

21       MS. HUGGINS:  Form.

22       THE WITNESS:  Yes.

23

**MCCANN & MCCANN REPORTING**

*MR. TORRES  -  MR. FELLE  -  8/29/2019*
182

1  **BY MR. FELLE:**

2      **Q.**   At any time subsequent to the

3  conviction of Mr. Ortiz to today, have you ever had

4  any conversation with Detective Stambach about the

5  idea that Mr. Ortiz was innocent and had to serve

6  over ten years in jail?

7      MS. HUGGINS:  Form.

8      THE WITNESS:  We passed each other once at

9  headquarters.  I don't think I was retired.  He

10  wasn't.  We mentioned the media, the newspaper

11  account of that, and it was just a brief, a little

12  small talk.

13

14  **BY MR. FELLE:**

15      **Q.**   At any time before that, had you guys

16  talked about the ongoing federal investigation

17  superseding indictments, Joe Tripi's announcement

18  that Mr. Ortiz was innocent, had you ever talked

19  about that idea that the Feds had basically figured

20  out that murder differently?

21      MS. HUGGINS:  Form.

22

23  **BY MR. FELLE:**

A-725

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
183

1        **Q.**    Had you ever talked about that?

2        **A.**    No, other than that one time I saw him

3   at headquarters.

4        **Q.**    And when you guys had that

5   conversation, was there any acknowledgement that

6   there was a mistake made?

7        MS. HUGGINS:  Form.

8        THE WITNESS:  No.

9

10  **BY MR. FELLE:**

11       **Q.**    Has there been any acknowledgment to

12  Mr. Ortiz or his family that a mistake was made?

13       MS. HUGGINS:  Form.

14

15  BY MR. FELLE:

16       **Q.**    By you and/or Detective Stambach that

17  you're aware of?

18       MS. HUGGINS:  Form.  He can't speak for him.

19       THE WITNESS:  I'm sorry, what do you mean?

20

21  **BY MR. FELLE:**

22       **A.**    Yeah, have you ever extended any

23  sentiment to Mr. Ortiz or his family about the idea

**MCCANN & MCCANN REPORTING**

*MR. TORRES   -   MR. FELLE   -   8/29/2019*
184

1  that he was in jail for more than ten years  for a

2  crime he didn't commit?

3       MS. HUGGINS:  I think you can answer if you

4  communicated with your client, but I object to

5  relevancy of that and the form.

6       THE WITNESS:  I have never communicated with

7  his family.

8

9  **BY MR. FELLE:**

10      **Q.**   How about Mr. Ortiz himself?

11      **A.**   No, never seen him since.

12      **Q.**   Okay.  And not just see him, but you

13  haven't written to him or sent any electronic

14  communication --

15      **A.**   No.

16      **Q.**   -- to him at all?

17      **A.**   Correct.

18      MR. FELLE:  That's all I have.

19

20  **EXAMINATION BY MS. HUGGINS:**

21      **Q.**   Briefly, Officer Torres, in 2004, what

22  was your assignment with the Buffalo Police

23  Department?

**MCCANN & MCCANN REPORTING**

A-727

185

```
 1          A.    I worked patrol.  I was a Police
 2    Officer for the B District.
 3          Q.    The P-73s that you have been shown
 4    today, did you prepare any of those P-73s?
 5          A.    No.
 6          Q.    Did you have any input into the
 7    information that was recorded within those P-73s?
 8          A.    No.
 9          Q.    Okay.  Other than translation services,
10    did you have any other contributions to the murder
11    investigation that is the subject of this lawsuit?
12          A.    No.
13          MS. HUGGINS:  I don't have anything else.
14    Thank you.
15          MR. FELLE:  That's everything.  Thank you.
16
17    (Whereupon, the deposition concluded at 1:01 p.m.)
18
19
20
21
22
23
```

186

```
 1   STATE OF NEW YORK)

 2                    )  ss.

 3   COUNTY OF ERIE   )

 4

 5

 6        I, Denise C. Burger, Notary Public, in and
     for the County of Erie, State of New York, do
 7   hereby certify:

 8        That the witness whose testimony appears
     hereinbefore was, before the commencement of their
 9   testimony, duly sworn to testify the truth, the
     whole truth and nothing but the truth; that said
10   testimony was taken pursuant to notice at the time
     and place as herein set forth; that said testimony
11   was taken down by me and thereafter transcribed
     into typewriting, and I hereby certify the
12   foregoing testimony is a full, true and correct
     transcription of my shorthand notes so taken.

13

14        I further certify that I am neither counsel
     for nor related to any party to said action, nor in
15   any way interested in the outcome thereof.

16

17        IN WITNESS WHEREOF, I have hereunto
     subscribed my name and affixed my seal this _____
18   day of _____, 2019.

19
     ---------------------------
20   Denise C. Burger,
     Notary Public,
21   State of New York, County of Erie
     My commission expires 7/25/23
22

23
```

1

**'04** [16] - 15:17, 42:18, 58:3, 77:4, 86:5, 111:17, 135:21, 136:2, 137:6, 139:19, 147:15, 149:10, 149:14, 150:22, 165:4, 169:23
**'19** [3] - 49:8, 50:17, 102:4

**1**

**1** [2] - 26:23, 27:22
**1/23** [2] - 49:7, 50:17, 102:4
**1/23/19** [6] - 27:1, 30:12, 38:6, 100:18, 114:18, 147:4
**100** [1] - 163:14
**108** [3] - 83:8, 96:2, 96:6
**109** [1] - 96:6
**10:00** [1] - 1:15
**10:30** [7] - 125:10, 125:14, 125:17, 145:22, 146:3, 169:23, 178:22
**11** [6] - 75:5, 75:9, 81:21, 82:8, 82:9, 83:1
**11/15** [1] - 86:5
**11/16** [3] - 149:14, 165:4, 169:23
**11/16/04** [1] - 151:20
**1100** [1] - 91:15
**1112** [1] - 2:7
**1183** [3] - 64:22, 69:14, 91:23
**1184** [2] - 69:16, 70:17
**1186** [3] - 147:12, 147:13, 150:19
**1189** [3] - 87:6, 93:7, 94:3
**1190** [1] - 147:4
**11:00** [2] - 91:18, 91:20
**11th** [2] - 12:9, 34:6
**12** [3] - 117:13, 118:4, 118:12
**126292** [1] - 1:6
**13** [5] - 114:18, 121:18, 179:2, 179:6, 179:21
**14** [7] - 30:12, 31:1, 33:17, 100:18, 117:15, 124:14, 130:5

**14202** [1] - 2:8
**14216** [1] - 4:19
**14221** [1] - 2:2
**144** [1] - 70:7
**14th** [2] - 40:9, 47:8
**15** [4] - 73:19, 73:21, 73:22, 74:2
**15th** [22] - 40:9, 41:16, 44:21, 51:21, 64:3, 66:15, 77:3, 84:1, 84:3, 94:18, 95:13, 97:1, 98:23, 113:16, 144:16, 177:19, 180:22, 181:2, 181:10, 181:16, 181:19
**16** [1] - 59:16
**1645** [1] - 92:13
**16th** [23] - 40:10, 100:19, 102:8, 103:19, 108:2, 111:17, 128:7, 133:3, 135:21, 136:2, 137:6, 138:19, 139:19, 142:2, 144:17, 147:15, 149:10, 150:22, 178:7, 178:20, 180:7, 181:10, 181:20
**17** [1] - 103:17
**1715** [1] - 92:21
**18** [1] - 102:5
**184** [1] - 3:4
**19** [5] - 58:18, 58:20, 59:4, 59:20, 70:8
**1990s** [1] - 24:13
**1:01** [1] - 185:17
**1:30** [1] - 146:10

**2**

**2** [3] - 38:6, 38:20, 59:12
**20** [22] - 77:3, 83:9, 83:10, 84:12, 84:13, 116:4, 118:18, 119:21, 119:23, 120:9, 122:22, 123:2, 123:4, 130:17, 141:16, 142:19, 143:5, 143:23, 147:22, 148:1, 148:16
**200** [2] - 147:19, 148:1
**2000** [3] - 102:14, 147:20
**2004** [27] - 12:9, 12:12, 13:2, 14:21, 16:22, 34:6, 44:22, 57:19,

64:3, 67:12, 77:8, 94:18, 98:23, 100:20, 100:21, 108:2, 128:7, 133:3, 138:16, 138:19, 142:2, 166:14, 174:10, 177:19, 180:7, 184:21
**2005** [16] - 49:9, 49:17, 51:8, 61:6, 96:1
**2018** [1] - 6:10
**2019** [5] - 1:15, 58:17, 64:15, 166:16, 186:17
**21** [5] - 50:22, 51:17, 51:18, 52:16, 52:17
**2100** [1] - 102:15
**22** [5] - 117:10, 117:11, 117:17, 117:22, 118:5
**23rd** [1] - 64:15
**24** [7] - 96:6, 96:8, 105:11, 105:21, 106:6, 116:12, 141:21
**25** [5] - 52:15, 81:17, 81:20, 82:4, 130:8
**26** [1] - 10:16
**27th** [1] - 6:10

**3**

**30** [2] - 143:17, 163:23
**30th** [4] - 1:15, 49:9, 61:6, 96:1
**31** [1] - 1:11
**32** [14] - 7:9, 7:10, 17:12, 18:1, 18:22, 19:21, 21:12, 22:16, 25:4, 46:18, 143:15, 156:4, 170:20, 176:1
**35** [2] - 114:22, 144:8
**3:30** [1] - 146:10

**4**

**4** - 3:3, 69:10
**440** [3] - 35:18, 35:20, 45:8
**46** [1] - 70:11

**5**

**5** [12] - 49:7, 50:17, 55:9, 58:17, 69:11, 73:17, 102:3, 116:8, 154:23, 155:2, 155:7, 156:11
**50-A** [2] - 22:6, 173:16
**505-2700** [1] - 2:3

**580** [1] - 4:18

**6**

**6** [14] - 38:23, 58:19, 60:19, 64:15, 64:20, 87:5, 93:7, 96:7, 103:17, 147:3, 147:12, 150:18, 168:1
**60** [1] - 51:11
**6024** [2] - 1:13, 2:2
**61** [1] - 58:18
**62** [4] - 58:19, 58:20, 58:22, 59:10
**64** [4] - 73:18, 74:2, 75:4, 75:10
**65** [2] - 73:20, 74:4
**69** [2] - 81:17, 82:4

**7**

**7** [11] - 50:22, 51:12, 51:14, 58:23, 59:9, 73:20, 74:4, 116:11, 154:23, 155:2, 155:7
**7"** [1] - 156:11
**7/25/23** [1] - 186:21
**70** [2] - 81:21, 82:8
**716** [2] - 2:3, 2:8
**72** [1] - 102:5
**7:25** [1] - 140:21
**7:30** [2] - 114:22, 140:22

**8**

**8** [5] - 75:5, 75:9, 75:12, 83:17, 83:19
**851-4318** [1] - 2:8
**879** [10] - 70:20, 71:8, 71:17, 82:12, 84:5, 149:21, 152:23, 154:21, 156:16, 157:12
**8:00** [4] - 107:15, 148:4, 148:5, 151:21
**8:05** [17] - 103:21, 104:1, 107:15, 111:3, 111:21, 115:17, 116:14, 119:2, 121:11, 129:16, 141:12, 142:19, 146:2, 148:7, 148:9, 178:22, 180:8
**8:25** [9] - 107:16, 115:17, 119:2, 119:18, 123:14, 129:16, 131:2,

142:19, 148:9
**8:35** [1] - 104:1
**8:40** [1] - 145:10

**9**

**9** [2] - 83:8, 83:10
**9/18/63** [1] - 8:21
**92** [2] - 103:16
**94** [2] - 116:5, 116:11
**941** [1] - 177:3
**95** [3] - 117:10, 117:22
**96** [2] - 117:13, 118:4
**9:00** [1] - 145:21

**A**

**A.M** [1] - 1:15
**a.m** [2] - 91:18, 91:20
**ability** [2] - 162:8, 162:15
**able** [3] - 38:2, 39:5, 99:11
**absolutely** [3] - 89:7, 166:19, 167:22
**academy** [4] - 19:14, 21:4, 21:6
**accents** [1] - 156:10
**accident** [1] - 26:5
**accidents** [1] - 20:21
**accomplish** [2] - 62:5, 62:7
**according** [6] - 49:6, 91:22, 98:16, 107:14, 141:20, 157:7
**account** [2] - 160:15, 182:11
**accreditations** [1] - 19:4
**accurate** [2] - 39:3, 39:6
**accurately** [1] - 154:16
**accused** [1] - 24:16
**acknowledgement** [1] - 183:5
**acknowledging** [1] - 183:11
**acting** [1] - 106:21
**action** [6] - 22:5, 26:10, 31:23, 50:20, 50:21, 186:14
**Action** [1] - 35:20
**actions** [9] - 21:13, 23:23, 24:1, 25:20, 25:22
**activity** [2] - 46:20, 47:9
**add** [1] - 121:4

1

**addition** [6] - 12:16, 21:5, 32:13, 84:17, 88:14, 136:8
**additional** [3] - 19:23, 83:6, 119:11
**address** [2] - 4:17, 70:10
**adequate** [1] - 39:3
**admit** [1] - 118:21
**admitted** [2] - 54:7, 119:4
**advance** [2] - 7:13, 21:11
**advise** [1] - 161:5
**advised** [1] - 84:19
**affixed** [1] - 186:17
**afraid** [2] - 80:2, 82:20
**agency** [1] - 22:18
**ago** [2] - 39:19, 106:6
**agree** [9] - 27:16, 28:10, 28:16, 61:4, 72:22, 72:23, 73:1, 73:5, 155:15
**ahead** [1] - 77:8
**allegations** [1] - 25:9
**alleged** [19] - 30:1, 30:4, 107:4, 108:8, 108:12, 109:18, 124:12, 124:16, 124:20, 125:4, 126:19, 126:21, 128:10, 130:4, 132:7, 141:23, 163:8, 166:2, 170:2
**allow** [3] - 21:22, 118:13, 177:6
**allowed** [3] - 14:1, 20:1, 173:7
**ambulance** [3] - 54:7, 93:10, 93:20
**announcement** [1] - 182:17
**Answer** [2] - 51:23, 82:15
**answer** [133] - 13:5, 15:1, 19:16, 20:3, 21:22, 22:2, 22:10, 23:4, 23:13, 25:13, 26:13, 33:21, 34:12, 34:19, 35:3, 35:10, 36:6, 36:14, 37:17, 40:17, 43:2, 43:8, 43:20, 44:4, 44:13, 45:10, 45:21, 48:12, 52:2, 52:4, 52:6, 52:9, 52:22, 53:21, 56:8, 57:14, 60:4, 60:7, 60:9, 60:12, 60:15, 60:18, 62:8, 68:12, 68:23, 74:8,

74:11, 74:14, 74:18, 74:20, 74:22, 75:1, 75:15, 79:1, 79:2, 81:11, 82:13, 82:17, 82:21, 83:11, 83:15, 83:21, 84:2, 84:6, 84:9, 85:2, 85:19, 88:20, 90:23, 91:12, 93:12, 94:12, 96:13, 96:16, 102:9, 102:14, 102:21, 103:20, 103:23, 104:2, 104:5, 107:7, 108:12, 109:1, 110:15, 116:15, 116:19, 116:22, 117:2, 117:7, 119:7, 121:6, 122:14, 126:13, 126:23, 132:8, 132:16, 134:10, 135:6, 136:14, 139:3, 142:12, 142:21, 144:2, 144:19, 145:1, 145:4, 152:4, 157:15, 159:18, 160:2, 160:7, 160:21, 161:8, 162:2, 162:5, 163:11, 163:21, 164:1, 164:6, 165:10, 166:11, 170:16, 171:2, 171:3, 171:8, 171:12, 173:21, 174:2, 174:3, 175:20, 179:9, 184:3
**answered** [14] - 61:11, 67:1, 105:17, 107:8, 111:11, 112:18, 113:3, 113:12, 120:14, 142:6, 142:12, 152:20, 168:14, 171:22
**answering** [3] - 21:15, 162:21, 171:5
**answers** [8] - 16:12, 126:14, 130:21, 130:22, 143:23, 144:14, 158:3, 171:13
**anyplace** [1] - 19:11
**anytime** [1] - 104:1
**apartment** [2] - 70:6, 70:11
**apologize** [2] - 21:10, 21:11
**apparent** [1] - 177:18
**appear** [1] - 101:21
**appearance** [3] - 5:14,

40:2, 74:12
**APPEARANCES** [1] - 2:1
**appeared** [2] - 77:9, 101:19
**appearing** [2] - 38:17, 53:17
**area** [3] - 8:17, 9:14, 20:2
**arrest** [7] - 24:16, 34:3, 46:3, 48:6, 98:9, 135:20, 173:6
**arrested** [3] - 45:15, 97:13, 160:19
**arrests** [2] - 34:23, 43:10
**arrived** [14] - 54:12, 58:9, 60:2, 60:13, 61:21, 62:3, 77:1, 101:13, 101:23, 104:6, 136:1, 137:5, 180:9, 181:10
**Article** [1] - 1:11
**aside** [4] - 32:16, 131:14, 141:20, 172:1
**aspect** [5] - 106:10, 134:19, 146:17, 146:18, 146:21
**assailants** [1] - 152:11
**assaulted** [1] - 156:9
**assert** [1] - 22:10
**assessment** [1] - 89:12
**assigned** [2] - 63:14, 106:17
**assignment** [1] - 184:22
**ASSISTANT** [1] - 2:7
**assisted** [2] - 115:20, 115:21
**assisting** [1] - 113:1
**associate** [1] - 172:7
**assume** [2] - 128:1, 158:20
**assumed** [1] - 121:4
**assuming** [5] - 158:2, 158:15, 159:2, 163:12, 165:13
**asterisks** [2] - 179:4, 179:17
**astray** [1] - 11:15
**attend** [1] - 45:6
**attention** [5] - 103:16, 160:18, 165:6, 168:10, 168:19
**Attorney** [3] - 5:10, 35:15, 47:13
**attorney** [1] - 155:21
**Attorneys** [2] - 2:4,

2:9
**attorneys** [1] - 4:5
**audio** [1] - 139:12
**August** [4] - 1:15, 49:9, 61:6, 96:1
**autopsies** [1] - 41:7
**award** [1] - 19:7
**awards** [1] - 19:3
**aware** [27] - 35:2, 36:20, 76:15, 76:16, 80:1, 80:3, 90:1, 90:6, 90:14, 94:9, 99:13, 126:19, 127:6, 127:11, 127:12, 132:23, 134:22, 135:10, 135:12, 135:14, 139:21, 140:19, 140:23, 141:1, 144:7, 172:11, 183:17
**awhile** [1] - 39:19

**B**

**backwards** [1] - 156:2
**badges** [1] - 60:17
**BALL** [1] - 2:5
**Bargnesi** [1] - 33:6
**based** [13] - 71:23, 76:2, 76:10, 93:8, 93:19, 109:15, 109:16, 113:7, 121:17, 143:22, 165:2, 170:19, 176:18
**basic** [1] - 99:9
**basis** [3] - 16:12, 58:6, 171:4
**Bates** [12] - 64:22, 69:13, 69:15, 70:16, 87:5, 91:23, 93:7, 94:2, 147:1, 147:4, 147:12, 150:19
**became** [2] - 9:10, 97:21
**become** [6] - 14:8, 16:2, 55:20, 57:2, 113:22, 173:10
**becomes** [2] - 168:4, 168:5
**becoming** [1] - 8:2
**Bedillo** [2] - 88:20, 88:21
**began** [1] - 141:14
**begin** [3] - 51:12, 83:16, 117:15
**beginning** [5] - 82:3, 82:4, 83:14, 119:15, 163:3

**beings** [1] - 177:12
**below** [2] - 125:13
**best** [5] - 24:13, 103:10, 175:11, 175:12
**better** [2] - 31:3, 49:18
**between** [15] - 4:4, 16:3, 16:21, 77:11, 78:14, 104:1, 111:4, 113:15, 115:17, 115:18, 119:2, 136:20, 137:7, 141:11, 145:21
**birth** [1] - 8:20
**bit** [2] - 5:7, 102:20
**Blum** [1] - 70:11
**bottom** [2] - 127:16, 127:18
**bounced** [1] - 8:5
**Brandon** [1] - 45:19
**break** [5] - 86:8, 86:15, 162:17, 164:18, 176:3
**brief** [1] - 182:11
**briefed** [1] - 50:10
**briefly** [1] - 184:21
**bring** [7] - 78:5, 89:10, 160:18, 165:6, 166:3, 168:10, 168:19
**broad** [1] - 43:11
**brother** [3] - 9:13, 9:19, 17:8
**brother's** [1] - 9:23
**brothers** [27] - 12:11, 35:18, 45:16, 64:14, 70:3, 70:6, 70:22, 71:8, 80:12, 81:1, 87:4, 108:9, 111:10, 113:20, 114:5, 119:5, 124:2, 131:9, 131:21, 134:20, 147:12, 149:20, 152:12, 153:1, 157:11, 158:14, 159:7
**brothers'** [2] - 42:3, 63:17
**brought** [8] - 65:20, 66:16, 79:8, 79:12, 79:16, 86:1, 104:11, 149:16
**brushed** [3] - 96:15, 97:6, 141:20
**Buff** [3] - 43:21, 55:4, 177:23
**BUFFALO** [1] - 2:6
**Buffalo** [95] - 2:8, 4:19, 7:8, 7:17, 8:3, 8:17, 9:2, 9:11, 9:18,

10:11, 12:13, 12:18,
14:20, 17:13, 18:1,
18:18, 18:23, 19:2,
19:22, 20:22, 22:17,
22:20, 26:17, 27:12,
28:17, 32:9, 32:10,
36:20, 37:5, 41:16,
43:16, 44:2, 44:9,
45:2, 46:18, 48:19,
52:6, 53:2, 53:7,
53:19, 54:6, 54:7,
54:22, 58:9, 61:2,
61:7, 62:4, 63:10,
63:20, 64:2, 64:9,
65:11, 66:14, 66:22,
67:19, 72:3, 76:16,
77:2, 85:8, 85:11,
85:16, 86:2, 86:16,
88:2, 90:6, 93:10,
93:21, 94:17, 94:20,
95:5, 95:13, 96:23,
99:1, 100:1, 105:8,
105:12, 113:15,
120:12, 121:1,
135:13, 141:18,
144:15, 144:16,
170:20, 172:10,
172:17, 173:3,
173:5, 175:4,
176:19, 178:15,
180:11, 180:21,
181:15, 184:22
**buffalo.com** [1] - 2:9
**bureau** [1] - 57:8
**Bureau** [1] - 58:7
**Burger** [3] - 1:16,
186:5, 186:20
**Burton** [1] - 33:9
**busy** [1] - 6:17
**BY** [260] - 2:1, 2:6, 3:2,
4:21, 6:4, 11:6,
11:19, 12:4, 12:23,
13:9, 13:14, 13:20,
14:17, 15:4, 17:7,
18:8, 19:20, 20:8,
22:15, 23:8, 23:21,
24:11, 24:23, 25:16,
26:3, 26:16, 27:11,
27:20, 28:15, 28:23,
29:14, 30:7, 31:7,
31:21, 32:20, 34:1,
34:10, 34:15, 34:22,
35:6, 35:13, 36:1,
36:9, 36:17, 37:4,
37:20, 38:13, 39:10,
40:1, 40:6, 40:21,
43:5, 43:13, 43:23,
44:8, 44:15, 45:13,
46:1, 47:3, 47:17,
48:16, 50:6, 51:6,

51:16, 52:20, 54:4,
54:15, 55:6, 55:17,
58:1, 56:11, 56:18,
56:23, 57:17, 59:6,
59:15, 59:22, 61:17,
62:1, 62:11, 62:17,
63:8, 64:7, 65:6,
65:18, 66:3, 66:20,
67:5, 67:17, 68:6,
68:16, 69:1, 69:18,
71:1, 71:14, 71:22,
72:9, 72:16, 73:4,
73:13, 75:3, 75:17,
75:23, 76:6, 76:23,
77:7, 78:9, 79:7,
79:14, 79:22, 80:8,
80:20, 81:5, 81:13,
82:7, 82:23, 83:4,
84:16, 85:5, 85:10,
85:22, 86:13, 88:1,
88:23, 89:9, 89:21,
90:13, 90:20, 91:17,
92:9, 92:18, 93:5,
93:17, 94:7, 94:15,
95:9, 95:19, 96:21,
97:12, 97:20, 98:7,
98:21, 99:17,
100:17, 103:3,
104:20, 105:20,
107:1, 107:11,
108:16, 109:12,
109:23, 110:7,
110:12, 110:18,
111:14, 112:22,
113:6, 113:14,
114:16, 115:7,
116:10, 117:19,
118:3, 119:17,
120:8, 120:16,
121:8, 122:20,
123:9, 124:8,
124:19, 125:1,
125:21, 126:3,
127:4, 128:21,
130:3, 130:12,
131:1, 131:16,
132:11, 132:19,
133:11, 133:16,
134:3, 134:13,
135:9, 135:18,
136:18, 137:1,
137:14, 138:1,
138:11, 139:5,
141:8, 142:15,
143:1, 143:11,
144:5, 144:12,
145:7, 147:8,
148:14, 150:14,
151:5, 151:15,
152:6, 152:16,
153:8, 153:16,

154:18, 155:5,
155:18, 156:7,
157:1, 157:6,
157:18, 158:6,
159:1, 159:11,
159:21, 160:4,
160:12, 161:1,
161:12, 163:1,
163:16, 164:23,
165:17, 166:13,
167:8, 167:16,
168:9, 168:17,
169:14, 169:22,
170:6, 170:18,
171:17, 172:4,
173:1, 174:8,
174:18, 175:23,
176:10, 176:17,
178:1, 178:14,
179:12, 180:19,
181:6, 182:1,
182:14, 182:23,
183:10, 183:15,
183:21, 184:9,
184:20

**C**

**Calvatoras** [1] -
118:16
**CAMACHO** [1] - 34:5
**Camacho** [29] - 12:11,
34:5, 35:18, 42:3,
45:16, 63:17, 64:14,
70:2, 70:22, 71:8,
80:12, 81:1, 87:4,
108:9, 111:10,
113:20, 114:5,
119:5, 124:2, 131:8,
131:21, 134:20,
147:12, 149:20,
152:12, 153:1,
157:11, 158:14,
159:6
**cannot** [2] - 124:3,
155:13
**capability** [2] - 138:12,
138:20
**capable** [1] - 162:21
**capacity** [4] - 11:3,
45:18, 106:22, 172:6
**Captain** [11] - 148:19,
149:15, 150:20,
151:11, 157:9,
157:21, 158:12,
160:15, 167:11,
168:20, 169:15
**caption** [2] - 24:14,
27:2
**car** [1] - 20:12

**card** [2] - 29:11,
145:13
**career** [2] - 20:5,
46:23
**carlos** [1] - 149:17
**Carrazo** [2] - 70:4,
70:6
**Carrazos** [2] - 70:9,
70:10
**carry** [1] - 6:22
**Case** [5] - 33:11,
52:12, 55:12, 57:2,
57:9
**case** [26] - 5:3, 11:14,
15:19, 16:23, 20:14,
20:15, 20:19, 24:15,
26:5, 33:7, 36:21,
40:7, 41:10, 55:20,
56:19, 57:3, 64:13,
87:3, 98:22, 110:13,
113:23, 133:21,
147:11, 150:18,
172:20, 173:17
**casual** [1] - 74:14
**categorize** [1] - 18:21
**certain** [3] - 11:11,
50:18, 56:13, 119:8,
119:14
**certainly** [2] - 15:14,
156:3
**certification** [2] - 4:7,
19:12
**certifications** [1] -
19:4
**certified** [8] - 14:9,
14:12, 14:22, 16:19,
16:23, 20:1
**certify** [3] - 186:6,
186:11, 186:14
**change** [3] - 119:4,
122:21, 140:14
**changed** [2] - 57:10,
119:13
**characteristics** [1] -
30:3
**characterization** [3] -
30:3, 72:7, 95:16
**Cheko** [1] - 46:6
**CHEKO** [1] - 46:7
**Chief** [2] - 148:20,
149:2
**children** [1] - 10:17
**chronological** [1] -
99:23
**church** [1] - 14:5
**circle** [1] - 77:17
**circled** [1] - 179:5
**circles** [2] - 78:3,
164:20
**circumstances** [6] -

36:12, 53:19, 86:1,
86:16, 90:7, 90:22,
101:5, 104:11,
176:12
**CITY** [1] - 2:5
**City** [4] - 2:7, 9:7,
20:22, 32:9
**civil** [10] - 11:12,
22:22, 23:10, 23:11,
25:2, 25:3, 25:5,
25:21, 25:23, 26:9
**Civil** [2] - 1:12, 22:5
**claim** [2] - 23:10, 25:4
**Claim** [1] - 1:6
**claimant** [1] - 24:4
**claimed** [4] - 70:20,
71:6, 111:22, 141:2
**claiming** [2] - 75:7,
177:20
**claims** [4] - 22:23,
23:11, 70:8, 80:2
**CLAIMS** [1] - 1:2
**clarify** [1] - 16:12
**classes** [1] - 19:23
**clear** [7] - 6:2, 15:23,
50:20, 77:21, 78:3,
91:21, 94:2
**clearly** [1] - 77:17
**Cleveland** [2] - 8:15,
8:23
**client** [3] - 48:8, 102:8,
184:4
**client's** [1] - 155:23
**close** [1] - 143:17
**closely** [1] - 172:8
**clothing** [1] - 12:2
**coaching** [2] - 77:22,
108:23
**cocaine** [2] - 70:3,
70:9
**Code** [3] - 27:3, 163:2,
165:18
**Coke** [1] - 145:9
**cold** [1] - 36:21
**college** [1] - 9:3
**coming** [2] - 9:15,
180:6
**commencement** [1] -
186:8
**commencing** [1] -
1:14
**commendations** [2] -
19:8, 19:9
**commission** [7] -
129:20, 130:7,
130:16, 131:4,
132:5, 143:20,
186:21
**commit** [1] - 184:2
**committed** [8] - 108:9,

111:18, 143:7, 152:11, 153:18, 154:21, 157:12, 158:18
**communicated** [2] - 184:4, 184:6
**communication** [1] - 184:14
**community** [1] - 19:9
**companies** [1] - 17:17
**company** [3] - 8:6, 18:4, 18:10
**complaints** [1] - 23:23
**complete** [5] - 9:4, 44:6, 44:18, 83:16, 119:4
**completely** [5] - 5:21, 31:2, 164:13, 170:11, 170:23
**concern** [2] - 54:8, 178:4
**concerns** [1] - 11:11
**concluded** [1] - 185:17
**condition** [4] - 93:9, 93:20, 120:22, 180:13
**conduct** [3] - 149:17, 149:18, 156:21
**conducted** [3] - 136:11, 144:7, 159:4
**conducting** [1] - 35:15
**confessed** [1] - 120:3
**confessing** [1] - 108:5
**confession** [31] - 30:1, 30:4, 107:4, 108:8, 108:12, 109:15, 109:18, 111:9, 124:13, 124:17, 124:21, 125:3, 125:4, 126:19, 126:21, 130:5, 132:7, 133:4, 134:6, 134:7, 135:11, 141:23, 159:15, 160:14, 160:18, 161:17, 163:8, 166:2, 170:2, 170:8, 170:10
**confessions** [1] - 172:12
**confuse** [1] - 15:15
**confused** [1] - 104:17
**congratulations** [2] - 6:8, 10:17
**consider** [1] - 18:18
**considered** [1] - 105:15
**consisted** [1] - 152:3
**consistent** [1] - 142:9

**constitutional** [1] - 28:8
**contact** [1] - 51:21
**contacted** [1] - 56:5
**contain** [4] - 30:17, 30:22, 128:15, 128:19
**contained** [1] - 147:9
**contents** [2] - 154:15, 154:16
**context** [2] - 119:10, 128:22
**continue** [16] - 18:14, 20:4, 22:13, 80:16, 89:5, 102:10, 102:19, 102:22, 118:11, 119:1, 131:3, 135:4, 154:6, 164:17, 164:19
**continuing** [3] - 69:6, 70:16, 82:5
**contradicted** [1] - 165:7
**contradicts** [3] - 163:18, 164:5, 166:2
**contributions** [1] - 185:10
**control** [1] - 43:3
**convenient** [1] - 17:19
**conversation** [38] - 12:8, 54:19, 63:20, 71:4, 78:6, 80:22, 81:16, 84:22, 98:2, 98:10, 104:14, 104:16, 104:18, 104:21, 106:1, 106:5, 107:16, 107:21, 108:19, 114:21, 116:17, 116:23, 119:15, 119:22, 120:1, 120:10, 120:11, 129:15, 138:13, 141:14, 141:17, 143:5, 157:16, 158:4, 180:10, 180:16, 182:4, 183:5
**conversations** [11] - 32:21, 33:19, 40:23, 62:2, 107:22, 111:23, 112:3, 112:11, 112:12, 112:15, 138:21
**converse** [2] - 178:17, 178:23
**conversing** [1] - 69:9
**convicted** [5] - 25:7, 25:9, 34:17, 36:5, 36:13
**conviction** [15] - 32:2,

33:3, 33:20, 34:3, 37:7, 37:16, 48:6, 170:22, 171:21, 172:19, 173:6, 173:8, 173:15, 182:3
**convictions** [2] - 36:23, 45:9
**convoluted** [1] - 117:21
**coordinated** [1] - 93:9
**copies** [1] - 127:7
**copy** [13] - 26:18, 29:7, 31:3, 31:4, 50:12, 67:8, 67:10, 68:10, 68:21, 69:4, 114:17, 114:19, 127:8
**CORPORATION** [2] - 2:5, 2:7
**correct** [189] - 5:15, 12:7, 14:13, 17:3, 19:15, 20:23, 23:3, 24:12, 24:19, 26:10, 27:6, 28:11, 28:18, 38:21, 38:22, 47:14, 49:4, 49:15, 50:4, 51:3, 51:13, 51:23, 53:8, 55:13, 55:15, 59:7, 59:19, 61:8, 61:21, 63:17, 63:18, 64:23, 65:9, 65:21, 65:22, 66:1, 66:16, 66:17, 66:23, 67:13, 67:22, 69:2, 69:19, 69:23, 71:9, 71:18, 71:19, 72:2, 72:12, 72:17, 73:22, 74:11, 75:11, 76:18, 76:19, 77:4, 77:12, 78:15, 79:17, 80:3, 80:4, 80:12, 81:1, 81:8, 81:21, 82:1, 82:14, 82:17, 84:2, 85:1, 85:15, 86:20, 93:1, 93:11, 95:5, 95:14, 96:11, 96:13, 97:1, 97:8, 97:22, 98:13, 98:17, 99:2, 99:3, 100:23, 102:9, 102:11, 102:20, 103:13, 103:19, 103:22, 104:1, 104:2, 105:16, 107:18, 107:19, 108:10, 109:19, 109:20, 110:3, 110:4, 110:9, 110:21, 111:5, 111:6, 112:8, 115:15, 115:19,

116:19, 116:21, 117:1, 117:6, 117:12, 117:20, 118:6, 118:12, 119:19, 121:9, 121:13, 121:15, 121:22, 122:15, 122:16, 123:21, 124:2, 125:3, 125:10, 125:15, 125:18, 125:22, 128:3, 128:18, 129:2, 129:6, 131:11, 131:13, 132:7, 132:9, 132:15, 132:17, 132:23, 133:1, 133:13, 133:22, 134:1, 134:7, 136:9, 136:21, 137:3, 137:9, 138:4, 138:5, 140:5, 144:8, 146:14, 146:15, 146:20, 147:17, 148:2, 148:7, 148:9, 148:11, 148:20, 152:3, 152:12, 153:9, 154:2, 154:23, 155:7, 156:17, 157:13, 159:7, 159:16, 159:23, 160:6, 166:5, 166:15, 166:23, 167:14, 169:5, 170:2, 174:23, 175:1, 177:12, 177:16, 178:2, 184:17, 186:12
**correspondence** [1] - 36:2
**COUNSEL** [2] - 2:5, 2:7
**counsel** [4] - 4:2, 32:9, 32:11, 186:14
**count** [1] - 174:4
**COUNTY** [1] - 186:3
**County** [2] - 186:6, 186:21
**couple** [1] - 9:5
**course** [4] - 32:17, 106:14, 164:1, 164:8
**courses** [1] - 14:6
**court** [8] - 20:18, 49:14, 61:5, 82:1, 96:1, 105:13, 119:22, 141:21
**COURT** [1] - 1:2
**Court** [6] - 117:17, 118:9, 118:15,

118:17, 118:21, 118:23
**cover** [1] - 49:8
**credits** [2] - 9:4, 9:5
**crime** [43] - 43:10, 129:20, 130:7, 130:16, 131:4, 132:4, 132:22, 133:6, 142:21, 143:20, 153:12, 158:17, 160:17, 165:23, 166:6, 168:3, 170:22, 184:2
**Crime** [1] - 87:8
**Crimes** [32] - 41:9, 41:12, 43:17, 54:23, 57:6, 58:7, 61:1, 75:20, 77:11, 101:15, 104:4, 104:7, 104:12, 105:22, 108:3, 111:16, 112:17, 113:18, 136:1, 136:6, 137:3, 138:20, 140:4, 146:4, 149:16, 170:1, 174:11, 178:7, 178:21, 180:7, 180:14, 181:11
**crimes** [8] - 36:5, 114:1, 120:4, 120:18, 132:15, 143:13, 163:19, 170:12
**criminal** [1] - 63:16
**custody** [1] - 23:12

**D**

**DA** [2] - 21:15, 33:4
**dabbled** [1] - 9:3
**dark** [1] - 156:9
**date** [12] - 8:19, 12:10, 15:17, 40:4, 52:1, 86:19, 92:7, 95:17, 99:20, 100:12, 101:3, 113:17
**debate** [1] - 164:9
**debating** [1] - 164:20
**deceased** [1] - 70:2
**December** [1] - 6:10
**deception** [3] - 28:5, 28:18, 165:21
**decision** [6] - 123:4, 123:6, 123:11, 123:23, 124:4, 175:10
**defendant** [2] - 22:23, 29:6

**Defendant** [2] - 1:8, 2:9
**definitely** [1] - 163:13
**demeanor** [6] - 40:2, 53:15, 53:16, 72:19, 73:6, 74:17
**demotions** [1] - 21:13
**denied** [4] - 80:23, 95:11, 119:14, 120:17
**Denise** [3] - 1:15, 186:5, 186:20
**denying** [2] - 61:18, 96:4
**Department** [33] - 7:8, 7:18, 8:3, 9:2, 9:12, 10:11, 12:14, 12:19, 14:21, 17:13, 18:2, 18:18, 18:23, 19:3, 19:22, 22:17, 22:21, 26:18, 27:13, 32:10, 36:21, 37:6, 46:19, 67:19, 89:2, 94:17, 172:11, 172:18, 173:3, 173:5, 175:4, 176:20, 184:23
**department** [6] - 9:21, 10:4, 13:4, 14:2, 14:12, 17:9, 40:11, 57:11
**Department's** [1] - 44:10
**depose** [1] - 162:8
**deposition** [17] - 5:12, 22:8, 22:13, 25:22, 26:9, 27:1, 29:1, 38:6, 49:7, 64:16, 79:3, 162:15, 163:3, 164:12, 164:14, 169:10, 185:17
**depositions** [1] - 11:12
**describe** [2] - 74:12, 155:8
**described** [3] - 25:21, 78:12, 152:11
**describes** [2] - 45:2, 154:1, 156:8
**describing** [1] - 102:5
**description** [1] - 160:16
**detained** [1] - 23:12
**Detective** [102] - 18:3, 18:9, 18:15, 18:19, 31:14, 33:19, 44:22, 45:3, 58:3, 58:11, 60:6, 60:9, 64:1, 65:10, 66:21, 66:23, 67:7, 69:7, 69:11, 80:10, 80:21, 81:7,

84:18, 85:14, 86:22, 87:6, 87:7, 88:16, 90:8, 91:5, 93:1, 93:7, 94:19, 94:22, 104:15, 104:22, 105:23, 106:4, 107:2, 107:17, 107:22, 109:17, 111:4, 111:8, 111:15, 112:15, 113:7, 114:9, 114:10, 115:18, 115:22, 117:3, 117:4, 120:2, 120:10, 120:20, 121:12, 122:11, 122:14, 123:10, 123:13, 123:20, 129:1, 129:19, 133:21, 134:4, 135:19, 137:7, 140:1, 140:10, 140:12, 140:15, 141:2, 141:9, 142:2, 142:3, 144:1, 144:17, 146:14, 147:5, 147:13, 149:5, 149:7, 157:8, 157:21, 158:11, 159:14, 160:19, 161:5, 161:18, 163:5, 165:6, 168:11, 174:23, 179:23, 180:8, 180:10, 180:21, 181:8, 181:15, 182:4, 183:16
**detective** [9] - 7:13, 32:1, 60:9, 79:4, 110:8, 112:7, 123:15, 123:18, 164:15
**detective's** [4] - 89:12, 136:20, 137:19, 138:3
**Detectives** [4] - 158:12, 167:12, 168:20, 169:16
**detectives** [32] - 43:17, 52:11, 54:22, 55:12, 57:6, 57:12, 57:18, 58:5, 60:3, 60:5, 60:11, 60:16, 61:1, 61:6, 61:20, 62:3, 68:4, 68:14, 74:10, 75:19, 78:15, 95:14, 96:14, 97:1, 97:6, 99:12, 117:5, 121:5, 133:20, 144:15, 165:13, 181:2

**detectives'** [1] - 92:11
**devices** [1] - 139:18
**diary** [1] - 42:11
**dictated** [1] - 43:6
**difference** [3] - 16:3, 16:9, 136:19
**different** [17] - 20:15, 34:7, 50:20, 56:14, 61:14, 107:6, 126:16, 138:3, 142:7, 157:10, 158:16, 158:17, 159:5, 161:3, 165:22, 172:10, 179:5
**differently** [2] - 177:11, 182:20
**difficult** [1] - 164:14
**direct** [16] - 70:19, 71:7, 71:16, 80:11, 80:23, 84:4, 84:19, 84:22, 84:23, 95:12, 106:6, 113:9, 120:11, 120:17, 133:5, 162:12
**directed** [2] - 123:12, 123:15
**directly** [4] - 26:6, 82:11, 119:12, 163:18
**disabled** [1] - 175:5
**disciplinary** [2] - 21:12, 21:16
**disciplined** [1] - 173:13
**discuss** [2] - 34:2, 41:6
**discussed** [2] - 95:17, 164:6
**discussing** [1] - 89:23
**Discussion** [2] - 24:21, 31:19
**disorder** [1] - 28:7
**dispatch** [3] - 52:9, 55:8, 55:10
**dispatcher** [1] - 101:10
**disputing** [3] - 61:11, 77:18, 78:20
**distribution** [2] - 67:19, 67:21
**District** [2] - 151:22, 185:2
**document** [14] - 30:16, 30:21, 64:21, 65:13, 126:11, 127:6, 127:14, 128:2, 134:14, 155:13, 155:23, 156:2, 166:22,

179:21
**documents** [9] - 16:6, 16:16, 32:13, 39:18, 40:15, 40:23, 41:3, 79:15, 167:2
**domestic** [1] - 20:11
**done** [1] - 124:10
**double** [5] - 12:10, 34:4, 64:13, 87:3, 147:11
**doubt** [5] - 49:10, 49:22, 157:19, 167:4, 167:10
**doubts** [1] - 170:7
**down** [4] - 7:4, 117:1, 117:6, 186:11
**Dr** [1] - 31:14
**driving** [1] - 6:15
**drug** [2] - 8:6, 70:23
**due** [1] - 70:23
**duly** [2] - 4:13, 186:9
**duration** [1] - 94:11
**during** [42] - 7:10, 16:11, 17:12, 18:1, 18:17, 18:22, 19:2, 19:21, 21:11, 22:16, 22:20, 25:3, 25:20, 37:6, 42:6, 46:17, 80:9, 80:22, 85:15, 86:4, 98:22, 112:14, 119:21, 119:23, 120:9, 122:22, 123:2, 130:17, 141:1, 141:16, 142:1, 142:18, 143:5, 145:18, 146:2, 163:6, 165:3, 178:21, 180:3, 181:16, 181:17
**duties** [1] - 20:9
**duty** [7] - 28:3, 56:12, 88:14, 88:15, 101:11, 112:7, 165:20
**DWI** [1] - 24:16

**E**

**e-mail** [2] - 2:3, 2:9
**early** [1] - 14:4
**ECC** [1] - 9:7
**ECMC** [1] - 177:4
**Ed** [1] - 151:22
**education** [5] - 8:11, 8:22, 9:1, 175:3, 176:18
**Edwin** [1] - 4:18
**EDWIN** [1] - 1:11, 3:3
**efforts** [1] - 168:11
**Efrain** [1] - 46:5

**EFRAIN** [1] - 46:5
**eight** [14] - 102:15, 102:16, 102:18, 103:7, 103:12, 103:13, 103:19, 104:7, 147:23, 148:3, 149:14, 150:22
**either** [1] - 171:2
**electronic** [1] - 184:13
**elicit** [2] - 122:13, 122:18
**elicited** [2] - 161:6, 168:3
**employed** [3] - 8:2, 10:21, 10:23
**employment** [6] - 6:12, 6:18, 8:4, 11:13, 11:21, 11:23, 12:1, 17:14, 17:23
**encounter** [4] - 43:10, 102:5, 102:7, 102:13
**encountered** [1] - 176:6
**end** [3] - 46:23, 74:1, 134:7
**ended** [2] - 124:11, 146:7
**Enforcement** [1] - 27:2
**enforcement** [4] - 7:2, 20:2, 28:2, 172:6
**English** [8] - 14:22, 16:21, 99:6, 99:9, 122:11, 122:15, 178:18, 178:23
**ensure** [1] - 168:11
**entails** [1] - 14:18
**entered** [1] - 4:1
**entire** [2] - 26:7, 50:9
**ERIE** [1] - 186:3
**Erie** [2] - 186:6, 186:21
**ESQ** [2] - 2:1, 2:6
**established** [2] - 77:14, 78:11
**ethics** [1] - 26:20
**Ethics** [3] - 27:3, 163:3, 165:18
**evaluation** [2] - 93:11, 177:4
**evasive** [1] - 109:2
**evening** [7] - 90:5, 94:9, 102:14, 105:7, 131:6, 140:13, 169:18
**events** [4] - 15:18, 16:4, 29:18, 175:17
**evidence** [18] - 41:13, 64:13, 87:2, 113:23,

132:4, 132:14,
133:2, 133:7,
147:10, 150:18,
154:10, 159:5,
161:21, 161:22,
162:1, 164:3, 164:5,
166:1
**exact** [7] - 13:7,
108:13, 108:14,
108:17, 112:1,
129:22, 169:3
**exactly** [4] - 96:16,
97:7, 105:2, 162:10
**exam** [2] - 9:14, 83:7
**Examination** [1] - 1:10
**examination** [1] -
156:22
**EXAMINATION** [4] -
4:21, 184:20
**EXAMINED** [1] - 3:2
**examined** [1] - 4:13
**example** [3] - 38:1,
130:4, 130:6
**except** [1] - 4:8
**exception** [1] - 49:22
**excuse** [12] - 20:20,
31:14, 40:9, 45:20,
52:11, 96:3, 116:5,
127:15, 147:10,
148:16, 164:15,
174:10
**exhaustively** [2] -
105:7, 109:13
**Exhibit** [32] - 26:23,
27:22, 30:12, 31:1,
33:17, 38:6, 49:7,
50:17, 50:22, 55:9,
58:17, 64:15, 64:20,
73:17, 87:5, 93:7,
100:18, 102:3,
114:18, 116:8,
121:18, 124:14,
130:5, 147:3,
147:12, 150:18,
168:1, 179:2, 179:6,
179:21
**exhibit** [8] - 30:12,
38:7, 51:1, 64:17,
87:5, 91:23, 150:18,
151:6
**exit** [1] - 171:19
**exonerated** [2] - 35:1,
170:23
**expect** [2] - 32:23,
43:18
**experience** [6] - 12:6,
13:23, 68:2, 143:16,
143:17, 170:19
**experienced** [1] -
176:1

**expires** [1] - 186:21
**explain** [1] - 170:14
**explanation** [1] -
162:12
**expressing** [1] -
159:19
**extended** [1] - 183:22
**extent** [12] - 13:6,
14:23, 56:6, 62:8,
107:8, 110:14,
136:15, 138:23,
160:21, 161:9,
163:10, 165:10

**F**

**face** [1] - 40:19
**fact** [6] - 34:17, 34:23,
80:1, 96:9, 142:11,
165:2
**facts** [1] - 90:8
**fail** [1] - 166:21
**failed** [1] - 170:21
**fair** [13] - 49:18, 55:1,
69:5, 76:10, 109:4,
109:10, 128:14,
158:18, 162:19,
166:15, 167:9,
173:11, 180:20
**fairness** [2] - 117:14,
169:6
**familiar** [12] - 18:9,
18:12, 27:12, 86:22,
87:17, 88:6, 140:1,
164:3, 172:14,
174:12, 179:23,
180:2
**family** [5] - 9:17,
10:10, 183:12,
183:23, 184:7
**far** [7] - 11:15, 68:21,
83:12, 83:22, 92:13,
95:17, 115:11
**Farms** [1] - 8:5
**FBI** [4] - 35:14, 47:5,
47:18, 48:1
**fear** [2] - 75:14, 178:8,
178:9
**federal** [2] - 35:17,
182:16
**Feds** [3] - 46:23, 47:4,
182:19
**feet** [1] - 156:11
**Felle** [2] - 1:13, 5:1
**fELLE** [4] - 50:6, 80:8,
115:7, 133:11
**FELLE** [335] - 2:1, 2:1,
3:3, 4:21, 5:8, 5:18,
5:23, 6:4, 11:6,
11:17, 11:19, 12:4,

12:23, 13:9, 13:14,
13:20, 14:17, 15:4,
17:7, 18:8, 19:15,
19:20, 20:8, 21:17,
21:21, 22:7, 22:15,
23:3, 23:8, 23:15,
23:21, 24:11, 24:19,
24:23, 25:16, 26:3,
26:10, 26:16, 27:11,
27:20, 28:15, 28:23,
29:14, 30:7, 31:5,
31:7, 31:21, 32:7,
32:17, 32:20, 34:1,
34:10, 34:15, 34:22,
35:6, 35:13, 36:1,
36:9, 36:17, 37:4,
37:20, 38:13, 39:10,
40:1, 40:6, 40:21,
43:1, 43:5, 43:13,
43:23, 44:8, 44:15,
45:13, 46:1, 47:3,
47:17, 48:16, 50:4,
51:3, 51:6, 51:13,
51:16, 52:20, 54:4,
54:15, 55:6, 55:17,
56:1, 56:11, 56:18,
56:23, 57:17, 58:23,
59:6, 59:15, 59:19,
59:22, 61:17, 62:1,
62:11, 62:17, 63:8,
64:7, 64:23, 65:6,
65:18, 66:3, 66:20,
67:5, 67:13, 67:17,
68:6, 68:16, 69:1,
69:18, 71:1, 71:14,
71:22, 72:5, 72:9,
72:16, 73:4, 73:13,
74:2, 74:4, 75:3,
75:11, 75:17, 75:23,
76:6, 76:23, 77:4,
77:7, 77:14, 77:20,
78:9, 78:22, 79:7,
79:14, 79:22, 80:20,
81:5, 81:13, 82:1,
82:7, 82:23, 83:4,
83:18, 84:12, 84:14,
84:16, 85:5, 85:10,
85:22, 86:8, 86:13,
88:1, 88:23, 89:7,
89:9, 89:21, 90:13,
90:18, 90:20, 91:17,
92:9, 92:18, 93:5,
93:17, 94:3, 94:5,
94:7, 94:15, 95:9,
95:19, 96:21, 97:12,
97:20, 98:7, 98:21,
99:17, 100:17,
103:3, 104:20,
105:20, 106:14,
106:20, 107:1,
107:11, 108:16,

108:23, 109:8,
109:12, 109:23,
110:7, 110:12,
110:18, 111:14,
112:22, 113:6,
113:14, 114:16,
116:10, 117:19,
118:3, 119:17,
120:8, 120:16,
121:8, 122:20,
123:9, 124:8,
124:19, 125:1,
125:21, 126:3,
126:22, 127:4,
128:16, 128:21,
130:3, 130:12,
131:1, 131:16,
132:11, 132:19,
133:16, 134:3,
134:13, 135:9,
135:18, 136:18,
137:1, 137:14,
138:1, 138:11,
138:18, 139:5,
139:16, 141:8,
142:7, 142:15,
143:1, 143:11,
144:5, 144:12,
144:21, 145:2,
145:7, 147:3, 147:8,
148:14, 150:3,
150:11, 150:14,
151:5, 151:15,
152:6, 152:16,
152:20, 153:2,
153:6, 153:8,
153:16, 153:23,
154:9, 154:13,
154:18, 155:5,
155:10, 155:18,
156:1, 156:7,
156:21, 157:1,
157:6, 157:18,
158:6, 158:21,
159:1, 159:11,
159:21, 160:4,
160:7, 160:12,
161:1, 161:12,
162:4, 162:7, 163:1,
163:16, 163:23,
164:8, 164:23,
165:17, 166:13,
167:8, 167:16,
168:9, 168:17,
169:3, 169:7,
169:14, 169:22,
170:6, 170:18,
171:3, 171:6, 171:9,
171:17, 172:4,
173:1, 173:17,
173:20, 174:1,

174:5, 174:8,
174:18, 175:23,
176:10, 176:17,
178:1, 178:14,
179:12, 180:19,
181:6, 182:1,
182:14, 182:23,
183:10, 183:15,
183:21, 184:9,
184:18, 185:15
**few** [1] - 76:15
**fifth** [2] - 142:12,
164:11
**figured** [1] - 182:19
**file** [12] - 41:10, 41:13,
64:13, 68:18, 87:3,
133:3, 133:7,
147:10, 147:11,
150:18, 158:13,
168:1
**filing** [1] - 4:7
**fill** [1] - 68:2
**final** [1] - 69:21
**finally** [1] - 87:19
**fine** [7] - 5:21, 22:3,
60:19, 78:23, 86:9,
103:4, 145:2
**finished** [1] - 145:22
**first** [28] - 4:13, 6:8,
9:4, 9:10, 22:7,
40:10, 45:19, 48:10,
48:14, 51:21, 52:22,
53:6, 54:20, 63:14,
69:23, 74:13, 82:18,
88:5, 88:11, 122:21,
128:9, 150:3,
150:11, 151:8,
151:16, 156:19,
180:9
**fit** [3] - 132:13, 161:16
**five** [2] - 142:6, 156:11
**flip** [1] - 21:9
**Florida** [1] - 10:7
**fluency** [3] - 14:1,
99:5, 111:1
**flush** [1] - 178:3
**Flynn** [2] - 5:10, 5:16
**focused** [1] - 149:13
**follow** [4] - 22:11,
51:8, 55:18, 69:11
**follow-up** [3] - 22:11,
51:8, 55:18
**following** [5] - 4:1,
66:11, 69:8, 133:12,
133:20
**follows** [1] - 4:14
**FOR** [1] - 2:5
**forbid** [1] - 162:11
**force** [3] - 13:2, 18:17,
22:18

**forefront** [1] - 166:4
**foregoing** [1] - 186:12
**form** [205] - 4:9, 12:21, 13:5, 13:12, 13:18, 14:14, 14:23, 17:4, 18:6, 19:13, 20:3, 21:14, 22:4, 23:1, 23:5, 23:13, 24:8, 25:13, 26:12, 27:18, 28:13, 28:20, 32:5, 33:21, 34:8, 34:19, 35:3, 35:10, 35:22, 36:6, 36:14, 37:1, 37:17, 39:22, 40:16, 42:22, 43:3, 43:20, 44:3, 44:13, 45:10, 45:21, 46:21, 47:15, 48:12, 50:2, 53:21, 54:11, 55:2, 55:14, 55:22, 56:6, 56:16, 56:21, 57:14, 61:9, 61:23, 62:6, 62:14, 63:5, 64:5, 65:23, 66:18, 67:1, 67:23, 68:12, 68:23, 71:10, 71:20, 72:4, 72:14, 72:23, 73:10, 75:21, 76:20, 77:13, 78:16, 78:23, 79:10, 79:19, 80:5, 80:13, 81:2, 81:9, 83:14, 85:2, 85:19, 86:6, 88:19, 90:10, 91:12, 92:2, 92:16, 93:3, 93:12, 94:12, 95:7, 95:15, 97:9, 97:17, 98:5, 98:19, 99:15, 104:17, 105:17, 106:11, 107:9, 108:11, 109:21, 110:5, 110:14, 111:11, 112:18, 113:12, 114:13, 115:3, 119:6, 120:5, 120:14, 121:2, 122:7, 122:17, 123:7, 124:3, 124:13, 124:16, 125:23, 126:20, 127:5, 127:12, 128:14, 129:21, 130:10, 130:14, 130:20, 132:8, 132:16, 133:9, 133:14, 133:23, 134:9, 135:6, 135:16, 136:14, 136:23, 137:20, 138:15, 138:23, 139:14, 141:5, 142:5, 142:11,

142:22, 143:9, 144:2, 144:9, 148:12, 149:23, 152:4, 153:13, 153:21, 154:5, 155:1, 155:8, 157:3, 157:14, 158:19, 159:8, 159:17, 160:8, 160:20, 161:7, 161:20, 162:4, 163:9, 165:9, 166:8, 167:5, 167:13, 168:7, 168:13, 169:19, 170:3, 171:1, 171:22, 172:21, 173:16, 173:20, 174:15, 175:20, 176:8, 176:14, 177:3, 177:22, 178:12, 180:15, 181:3, 181:21, 182:7, 182:21, 183:7, 183:13, 183:18, 184:5
**Forma** [3] - 96:1, 97:3, 116:6
**formal** [4] - 37:8, 140:21, 144:7, 145:20
**formally** [1] - 141:11
**forms** [4] - 17:14, 17:23, 29:17, 67:20
**forth** [2] - 175:13, 186:10
**forthcoming** [1] - 6:19
**forward** [4] - 5:19, 6:21, 117:9, 117:22
**four** [2] - 38:7, 142:6
**four-page** [1] - 38:7
**fourth** [2] - 89:11, 93:18
**Frank** [1] - 46:9
**free** [1] - 116:14
**frequently** [1] - 57:19
**friend** [1] - 18:19
**friends** [4] - 9:13, 171:23, 172:2, 172:5
**fries** [1] - 145:9
**frightened** [5] - 72:22, 73:14, 74:21, 76:17, 101:21
**fronts** [2] - 17:15, 17:20
**full** [1] - 186:12
**fundamental** [1] - 28:3

**G**

**Gang** [2] - 46:20, 47:8

**gang** [1] - 47:9
**General** [53] - 41:17, 43:16, 43:21, 44:2, 45:2, 48:19, 52:6, 53:2, 53:7, 53:19, 54:7, 54:22, 55:4, 58:9, 61:2, 61:7, 62:4, 63:11, 63:20, 64:2, 64:9, 65:11, 66:14, 66:22, 72:3, 76:17, 77:2, 85:8, 85:11, 85:16, 86:2, 86:17, 90:6, 93:10, 93:21, 94:21, 95:5, 95:13, 96:23, 99:1, 100:1, 105:9, 105:12, 113:15, 120:12, 121:1, 141:18, 144:16, 177:23, 178:15, 180:11, 180:21, 181:15
**general** [2] - 35:7, 98:12
**General's** [3] - 5:11, 35:15, 47:13
**generally** [3] - 11:7, 11:20, 40:14
**generated** [2] - 22:12, 144:14
**gentleman** [1] - 75:13
**Germane** [2] - 70:7, 70:10
**given** [14] - 11:12, 25:22, 26:9, 32:23, 49:9, 49:11, 105:13, 114:4, 117:3, 120:21, 121:12, 121:14, 121:19, 145:9
**glass** [1] - 139:6
**gotcha** [2] - 8:2, 21:9
**grade** [1] - 8:12
**graduate** [1] - 8:14
**graduation** [2] - 19:14, 21:6
**grew** [1] - 14:3
**ground** [1] - 15:14
**grounds** [2] - 21:15, 22:3
**Grover** [2] - 8:15, 8:22
**grow** [1] - 8:16
**guess** [1] - 11:8
**guessing** [3] - 47:9, 47:11, 74:15
**Gugliuzza** [1] - 180:1
**GUGLIUZZA** [1] - 180:1
**guilty** [2] - 25:10, 166:6

**gun** [1] - 6:22
**guns** [1] - 130:6
**guy** [1] - 133:4
**guys** [3] - 141:20, 182:15, 183:4

**H**

**Hall** [1] - 2:7
**hand** [2] - 11:16, 179:13
**handled** [1] - 177:11
**happy** [2] - 21:20, 155:12
**harass** [2] - 108:21, 109:6
**harassing** [1] - 109:8
**headed** [1] - 70:4
**headquarters** [2] - 182:9, 183:3
**healthy** [3] - 175:18, 177:7, 177:12
**hear** [3] - 174:1, 178:17
**Hearing** [21] - 29:8, 31:8, 31:11, 31:15, 49:3, 50:16, 53:3, 55:9, 58:16, 72:20, 73:18, 81:15, 81:19, 82:2, 83:6, 83:9, 95:2, 95:23, 102:3, 116:6, 119:23
**height** [6] - 38:20, 39:7, 39:11, 132:21, 154:2, 154:23
**held** [1] - 1:11
**help** [6] - 18:3, 29:2, 32:14, 60:23, 100:14, 149:17
**helping** [1] - 149:18
**hereby** [3] - 4:4, 186:6, 186:11
**herein** [1] - 186:10
**hereinbefore** [1] - 186:8
**hereto** [1] - 4:5
**hereunto** [1] - 186:16
**herself** [1] - 164:13
**Hidalgo** [1] - 46:5
**HIDALGO** [1] - 46:6
**high** [2] - 8:13, 14:6
**High** [2] - 8:15, 8:23
**highest** [1] - 8:10
**highlighted** [6] - 27:5, 27:6, 27:22, 59:17, 70:13, 70:15
**himself** [2] - 155:10, 184:10
**Hispanic** [3] - 82:19, 156:10

**hold** [2] - 7:11, 8:4
**homicide** [24] - 12:10, 29:7, 48:20, 52:12, 52:14, 53:1, 55:13, 57:8, 57:11, 57:12, 64:14, 100:2, 100:4, 101:14, 118:9, 118:17, 123:15, 123:17, 131:10, 147:11, 147:16, 152:22, 157:11, 158:14
**Homicide** [4] - 58:7, 66:9, 148:20, 149:2
**homicides** [5] - 87:3, 141:4, 149:20, 156:17, 157:12
**hoping** [2] - 62:5, 62:7
**hospital** [11] - 40:10, 52:3, 52:5, 52:10, 55:11, 61:21, 92:12, 94:10, 94:23, 97:16, 175:11
**Hospital** [41] - 41:17, 43:16, 44:2, 45:3, 53:2, 53:7, 53:20, 54:8, 54:22, 58:10, 61:2, 61:7, 62:4, 63:20, 64:3, 64:9, 65:11, 66:14, 66:22, 76:17, 86:2, 86:17, 90:6, 93:11, 93:21, 94:21, 95:5, 95:13, 96:23, 99:1, 105:9, 105:12, 113:16, 120:13, 121:1, 141:18, 144:16, 178:15, 180:12, 180:22, 181:16
**hospital's** [1] - 177:10
**hour** [1] - 85:18
**hours** [12] - 91:15, 92:13, 92:21, 102:15, 105:11, 105:21, 106:6, 141:21, 147:19, 147:20, 148:1
**house** [1] - 11:1
**household** [1] - 14:3
**Hoyt** [1] - 70:8
**HUGGINS** [318] - 2:6, 3:4, 5:15, 5:20, 6:2, 11:4, 11:8, 11:22, 12:21, 13:5, 13:12, 13:18, 14:14, 14:23, 17:4, 18:6, 19:13, 19:16, 20:3, 21:14, 21:19, 22:1, 23:1, 23:4, 23:13, 24:8, 24:17, 25:13, 26:1,

26:7, 26:12, 27:7, 27:18, 28:13, 28:20, 29:10, 30:2, 31:3, 31:17, 32:5, 32:16, 33:21, 34:8, 34:12, 34:19, 35:3, 35:10, 35:22, 36:6, 36:14, 37:1, 37:17, 38:11, 39:4, 39:22, 40:3, 40:16, 42:22, 43:2, 43:8, 43:20, 44:3, 44:13, 45:10, 45:21, 46:21, 47:15, 48:12, 50:2, 50:23, 51:4, 51:9, 52:17, 53:21, 54:11, 55:2, 55:14, 55:22, 56:6, 56:16, 56:21, 57:14, 58:22, 59:1, 59:4, 59:9, 59:12, 59:17, 61:9, 61:23, 62:6, 62:14, 63:5, 64:5, 64:19, 65:1, 65:13, 65:23, 66:18, 67:1, 67:12, 67:14, 67:23, 68:12, 68:23, 69:12, 70:16, 71:10, 71:20, 72:4, 72:6, 72:14, 72:23, 73:10, 73:23, 74:3, 74:5, 75:10, 75:21, 76:2, 76:20, 77:2, 77:5, 77:13, 77:16, 78:16, 79:10, 79:19, 80:5, 80:13, 80:15, 81:2, 81:9, 81:11, 81:22, 82:4, 83:2, 83:14, 84:11, 84:13, 85:2, 85:8, 85:19, 86:6, 86:9, 87:23, 88:19, 89:5, 89:13, 89:15, 89:17, 90:10, 90:15, 91:12, 92:2, 92:6, 92:16, 93:3, 93:12, 94:1, 94:4, 94:12, 95:7, 95:15, 96:18, 97:9, 97:17, 98:5, 98:19, 99:15, 100:13, 102:23, 104:17, 105:17, 106:11, 106:16, 107:6, 108:11, 108:20, 109:4, 109:9, 109:21, 110:5, 110:10, 110:14, 111:11, 112:18, 113:3, 113:12, 114:13, 115:3, 116:8, 117:14, 118:1, 119:6, 120:5, 120:14, 121:2,

122:17, 123:7, 124:3, 124:16, 124:23, 125:19, 125:23, 126:20, 126:23, 128:14, 128:18, 129:21, 130:10, 130:20, 131:14, 132:8, 132:16, 133:9, 133:14, 133:23, 134:8, 135:6, 135:16, 136:14, 136:23, 137:10, 137:20, 138:9, 138:15, 138:23, 139:3, 139:14, 141:5, 142:5, 142:8, 142:22, 143:9, 144:2, 144:9, 144:19, 144:23, 146:23, 147:6, 148:12, 149:23, 150:9, 150:23, 151:9, 152:4, 152:14, 152:18, 152:22, 153:4, 153:13, 153:21, 154:5, 154:12, 154:14, 155:1, 155:8, 155:11, 155:22, 156:19, 156:23, 157:3, 157:14, 157:23, 158:19, 159:8, 159:17, 160:1, 160:8, 160:20, 161:7, 161:20, 162:5, 162:22, 163:9, 163:21, 164:2, 165:9, 166:8, 167:5, 167:13, 168:7, 168:13, 169:1, 169:5, 169:19, 170:3, 170:15, 171:1, 171:4, 171:7, 171:14, 171:22, 172:1, 172:21, 173:16, 173:19, 173:22, 174:3, 174:15, 175:20, 176:8, 176:14, 177:22, 178:12, 179:8, 180:15, 181:3, 181:21, 182:7, 182:21, 183:7, 183:13, 183:18, 184:3, 184:20, 185:13
huggins [1] - 32:8
Huggins [2] - 164:12,

171:10
human [1] - 177:12
hundred [1] - 148:1
Huntley [25] - 29:8, 31:8, 31:11, 31:15, 31:22, 39:18, 49:3, 50:16, 53:3, 55:9, 58:16, 72:20, 73:17, 77:18, 81:14, 81:18, 82:2, 83:6, 83:9, 95:2, 95:23, 102:3, 107:14, 116:6, 119:23
hypothetical [2] - 158:20, 158:21

I

idea [17] - 24:6, 53:18, 75:6, 95:11, 98:11, 100:7, 104:8, 104:10, 132:20, 163:18, 175:15, 180:11, 181:7, 181:14, 182:5, 182:19, 183:23
identification [1] - 153:11
identified [2] - 30:4, 30:5
identifies [3] - 154:20, 154:22, 155:6
identify [1] - 38:2
identifying [1] - 175:9
identity [1] - 10:2
IE [1] - 87:15
illness [1] - 175:16
implied [1] - 15:11
implies [1] - 161:23
important [4] - 106:9, 106:12, 115:2, 115:4
improperly [1] - 142:9
impropriety [1] - 25:10
IN [1] - 186:16
inches [1] - 156:11
incident [4] - 44:6, 44:19, 169:6, 169:8
incidentally [1] - 99:4
included [1] - 26:20
including [1] - 39:18
incorrect [1] - 158:8
independent [11] - 16:4, 16:15, 37:21, 39:16, 39:20, 40:12, 44:18, 53:11, 71:3, 72:1, 101:18
independently [1] - 66:8
indicate [9] - 16:14,

40:7, 75:13, 91:5, 91:10, 92:11, 93:18, 151:20, 153:10
indicated [19] - 5:12, 5:16, 6:5, 7:18, 51:20, 61:13, 72:20, 75:14, 80:10, 81:6, 93:8, 104:3, 116:17, 119:14, 141:3
indicates [14] - 49:8, 84:18, 87:8, 93:13, 140:11, 145:8, 149:2, 149:15, 150:20, 152:2, 152:9, 153:17, 168:2, 179:4
indicating [4] - 51:11, 52:10, 55:11, 69:22
indication [2] - 82:19, 114:4
indictments [2] - 35:17, 182:17
individual [10] - 44:16, 44:17, 52:13, 68:19, 98:2, 155:9, 165:23, 175:15, 176:2, 176:11
individuals [13] - 45:15, 45:18, 130:15, 138:22, 149:12, 153:20, 154:19, 156:9, 156:15, 157:10, 158:16, 165:23, 177:15
informal [1] - 37:9
information [38] - 11:10, 29:20, 35:9, 36:4, 50:11, 52:12, 52:13, 55:13, 83:13, 83:22, 95:10, 98:12, 100:6, 107:3, 111:20, 114:11, 121:4, 129:19, 141:3, 144:13, 153:10, 158:17, 159:12, 160:16, 161:4, 161:6, 161:14, 163:5, 163:17, 165:3, 165:14, 166:1, 168:3, 168:4, 169:9, 179:14, 179:17, 185:7
informed [1] - 164:9
initial [3] - 78:11, 78:13, 126:15
initials [7] - 127:13, 127:16, 127:18, 129:5, 129:8,

129:10, 129:11
innocent [8] - 28:4, 28:18, 165:21, 170:11, 182:5, 182:18
input [1] - 185:6
instruct [1] - 79:1
instructing [5] - 21:23, 22:1, 144:23, 173:21, 174:4
intention [1] - 15:15
interacted [1] - 178:16
interaction [18] - 41:22, 44:21, 48:11, 53:6, 78:11, 91:6, 91:10, 92:11, 93:23, 95:3, 99:5, 100:3, 105:14, 105:15, 107:3, 166:17, 176:23, 181:9
interactions [8] - 40:8, 48:1, 48:13, 48:17, 48:21, 94:17, 99:22, 180:4, 181:16
interest [1] - 175:12
interested [2] - 9:11, 186:15
internal [2] - 37:15, 173:11
interpret [1] - 66:10
interpretation [1] - 56:4
interpreter [2] - 66:16, 70:18
interrogation [8] - 112:17, 114:9, 125:9, 136:20, 137:9, 137:18, 137:21, 148:15
interrogations [2] - 131:22, 172:12
interruption [1] - 22:7
interval [1] - 177:5
interview [37] - 80:9, 136:4, 136:5, 137:12, 137:17, 138:2, 138:6, 138:14, 140:21, 141:2, 142:19, 144:7, 144:15, 144:17, 145:16, 145:19, 148:16, 149:17, 149:19, 150:21, 152:3, 152:10, 163:6, 164:5, 165:3, 168:2, 168:4, 168:21, 169:9, 169:17, 171:19, 174:9, 174:13, 174:20,

174:21, 174:22,
181:17
**interviewed** [1] -
177:8
**interviewing** [3] -
151:23, 161:3,
165:22
**interviews** [4] -
136:11, 157:10,
158:16, 159:6
**intimidated** [1] - 156:5
**intimidating** [1] -
156:3
**intimidation** [1] - 28:6
**investigation** [38] -
7:5, 18:4, 18:10,
35:16, 37:6, 37:15,
42:3, 46:19, 54:23,
63:16, 66:6, 67:11,
68:18, 68:19,
106:10, 106:13,
106:18, 113:19,
131:8, 131:20,
131:23, 134:19,
135:4, 146:18,
146:19, 146:22,
147:10, 158:13,
159:22, 160:5,
160:9, 164:4,
166:23, 168:1,
168:22, 173:11,
182:16, 185:11
**investigations** [3] -
35:1, 43:9, 43:15
**Investigator** [1] -
37:12
**investigators** [1] -
132:14
**involve** [4] - 25:1,
48:2, 48:5, 175:8
**involved** [35] - 25:21,
26:6, 32:2, 44:12,
52:23, 55:20, 57:3,
67:20, 69:3, 88:3,
107:16, 108:7,
113:22, 130:15,
131:7, 131:21,
133:3, 141:4,
143:13, 143:19,
146:17, 146:19,
146:21, 150:21,
151:21, 151:22,
152:10, 157:9,
158:16, 159:5,
160:9, 160:13,
163:19, 167:20,
168:21
**involvement** [48] -
41:15, 42:2, 42:7,
43:14, 43:19, 44:1,

45:2, 45:7, 45:17,
46:2, 46:17, 48:9,
48:22, 54:20, 55:21,
57:13, 63:16, 64:2,
81:16, 86:4, 86:18,
87:9, 90:9, 91:22,
92:7, 94:8, 94:23,
98:23, 99:18,
104:15, 111:22,
112:10, 114:5,
131:20, 134:15,
134:18, 139:19,
142:1, 142:4,
146:13, 167:3,
168:2, 168:18,
169:17, 171:20,
173:5, 173:14,
174:20
**involvements** [1] -
91:3
**involving** [7] - 23:10,
44:20, 45:7, 131:23,
135:20, 159:4, 159:6
**irrational** [4] - 20:12,
175:5, 177:17,
177:18
**issues** [3] - 11:10,
176:22, 177:16
**item** [1] - 151:10
**itself** [2] - 50:1, 154:9

**J**

**jail** [2] - 182:6, 184:1
**James** [3] - 147:13,
149:7, 157:22
**January** [2] - 58:17,
64:15
**jealousy** [1] - 70:23
**Jim** [1] - 33:6
**jittery** [4] - 72:21,
74:19, 74:20, 76:17
**job** [6] - 15:22, 19:10,
19:12, 20:10, 21:8
**Joe** [3] - 33:13,
171:19, 182:17
**John** [2] - 87:18,
88:11
**joint** [1] - 22:18
**Jonas** [2] - 45:20, 46:3
**JONAS** [1] - 45:20
**Jones** [1] - 45:20
**Jose** [1] - 70:4
**Joseph** [1] - 47:12
**JOSUE** [1] - 1:4
**Josue** [18] - 5:4,
37:22, 48:6, 63:21,
64:3, 64:10, 88:16,
90:9, 91:6, 111:4,
115:18, 119:18,

123:13, 128:11,
143:18, 178:16
**JOV** [1] - 127:22
**judge** [7] - 22:2, 22:9,
61:5, 95:2, 145:4,
164:19, 171:15
**Judge** [12] - 33:4,
96:1, 97:3, 116:6,
149:5, 151:12,
157:21, 158:1,
158:12, 167:12,
168:20, 169:16
**jurisdiction** [1] - 63:11
**justice** [1] - 28:9
**Justo** [1] - 70:4

**K**

**keep** [8] - 42:11,
42:14, 78:1, 102:23,
162:10, 162:17
**keeps** [1] - 6:17
**Ken** [1] - 33:11
**kill** [8] - 54:1, 54:9,
54:17, 72:12, 75:7,
80:3, 177:21, 178:10
**killed** [1] - 70:22
**killings** [1] - 118:21
**kind** [10] - 6:11, 8:3,
11:20, 36:21, 50:10,
53:17, 91:8, 96:14,
97:6, 123:2
**knowing** [2] - 112:19,
169:8
**knowledge** [28] -
15:16, 16:13, 41:21,
70:19, 71:7, 71:16,
76:11, 80:11, 80:23,
82:11, 84:4, 84:20,
84:21, 84:23, 95:12,
96:5, 106:7, 113:10,
120:11, 120:17,
133:5, 168:6,
180:23, 181:19
**knows** [4] - 110:1,
111:1, 138:18, 162:1

**L**

**L-E-W-C-Z-Y-K** [1] -
88:6
**language** [1] - 116:20
**larceny** [1] - 24:16
**large** [2] - 70:9, 145:9
**largely** [1] - 142:10
**last** [10] - 11:22, 12:1,
28:20, 30:16, 64:18,
65:4, 65:7, 73:11,
88:5, 125:12
**lasted** [1] - 85:7

**late** [1] - 11:9
**Lauber** [8] - 86:23,
87:7, 88:16, 90:8,
91:5, 93:1, 93:7,
94:19
**LAUBER** [1] - 86:23
**law** [4] - 21:20, 28:2,
172:5, 173:22
**Law** [4] - 1:12, 22:5,
27:2
**lawsuit** [3] - 23:2,
171:5, 185:11
**lawyer** [1] - 32:21
**learn** [1] - 113:19
**learned** [4] - 14:4,
163:6, 170:11
**least** [4] - 38:20, 80:4,
89:22, 103:11
**leave** [5] - 116:14,
118:13, 146:3,
146:5, 148:15
**leaving** [1] - 113:15
**led** [3] - 55:4, 101:6,
172:19
**leeway** [2] - 11:12,
11:15
**left** [8] - 95:12, 96:22,
96:23, 105:15,
141:18, 169:23
**legal** [1] - 78:1
**length** [1] - 41:19
**less** [5] - 13:10, 13:15,
13:17, 85:18, 106:6
**letters** [1] - 19:8
**level** [2] - 8:10, 111:1
**Lewczyk** [1] - 87:20
**LEWCZYK** [1] - 87:20
**liberty** [1] - 28:9
**life** [6] - 26:8, 72:12,
75:14, 82:20, 178:9
**likely** [1] - 123:22
**Lima** [6] - 149:7,
157:22, 158:12,
167:12, 168:20,
169:16
**Linden** [1] - 4:18
**line** [38] - 30:19,
30:20, 51:12, 58:18,
58:19, 58:22, 58:23,
59:9, 59:12, 59:16,
60:19, 73:20, 73:22,
74:2, 74:4, 80:16,
81:17, 81:20, 81:21,
82:4, 82:8, 82:9,
83:1, 83:10, 83:17,
83:19, 84:12, 96:6,
102:5, 116:11,
117:10, 117:13,
117:15, 117:17,
117:22, 118:4,

118:12
**lines** [6] - 50:22,
73:19, 75:5, 75:9,
83:8, 103:16
**link** [1] - 114:1
**live** [1] - 10:19
**lived** [1] - 70:7
**lives** [2] - 10:7, 28:4
**local** [1] - 10:6
**locally** [2] - 8:8, 10:19
**location** [1] - 154:20
**Lonegran's** [1] - 129:8
**Lonergan** [1] - 58:11,
58:12, 60:6, 66:23,
67:2, 85:14, 85:16,
129:1, 147:14,
168:21, 169:17
**Lonergan's** [1] -
128:3, 128:4
**look** [13] - 7:19, 38:9,
69:6, 73:16, 95:22,
103:6, 129:23,
130:14, 133:2,
133:6, 151:2, 151:8,
155:11
**looked** [11] - 30:11,
33:17, 36:22, 80:21,
81:7, 84:18, 94:16,
94:21, 95:1, 157:20,
179:2
**looking** [10] - 6:20,
6:22, 53:17, 66:15,
73:7, 88:4, 91:4,
102:2, 151:10, 153:9
**looks** [1] - 59:12
**loud** [1] - 51:1

**M**

**Macho** [1] - 46:10
**MACHO** [1] - 46:10
**MAEVE** [1] - 2:6
**Maeve** [5] - 5:13,
77:21, 109:1, 154:9,
169:10
**mail** [2] - 2:3, 2:9
**Main** [2] - 1:13, 2:2
**maintained** [1] - 17:23
**major** [1] - 176:21
**Major** [38] - 41:9,
41:12, 43:17, 52:11,
54:23, 55:12, 57:2,
57:6, 57:9, 58:7,
61:1, 75:20, 77:11,
87:8, 101:15, 104:3,
104:6, 104:12,
105:22, 108:3,
111:16, 112:17,
113:17, 136:1,
136:6, 137:3,

138:19, 140:4, 146:3, 149:16, 170:1, 174:11, 178:7, 178:21, 180:7, 180:13, 181:10, 181:11
male [1] - 82:19
males [1] - 156:10
mall [1] - 38:2
mandate [4] - 27:16, 28:17, 68:9, 68:20
mankind [1] - 28:3
manual [2] - 26:19, 27:13
margins [2] - 179:4, 179:18
Marie [2] - 87:13, 87:15
Mark [21] - 57:23, 64:1, 86:22, 87:6, 91:22, 112:13, 127:23, 128:15, 129:6, 140:10, 147:5, 148:19, 149:15, 150:20, 151:11, 157:9, 157:21, 160:15, 167:11, 168:20, 169:15
mark [4] - 21:20, 110:20, 112:4, 148:21
marked [12] - 26:23, 30:12, 38:6, 49:7, 58:16, 64:15, 87:4, 114:18, 147:3, 150:17, 168:1, 179:21
married [2] - 10:13, 10:15
Marusak [1] - 33:13
Mary [2] - 36:18, 179:23
match [1] - 160:17
materials [1] - 29:2
Matias [1] - 46:9
MATIAS [1] - 46:9
matter [4] - 25:23, 32:11, 43:19, 80:17
McDonald's [1] - 145:10
mean [10] - 19:13, 23:1, 24:3, 50:2, 63:13, 90:8, 106:20, 122:23, 137:15, 183:19
media [3] - 34:7, 35:7, 182:10
medical [1] - 93:8
meet [9] - 20:15,

47:18, 52:11, 54:22, 55:11, 64:10, 65:11, 101:7, 180:8
meeting [13] - 41:20, 43:15, 53:12, 85:7, 85:11, 85:15, 85:17, 90:4, 94:8, 100:2, 100:11, 113:16, 147:14
meetings [1] - 42:17
member [1] - 70:5
members [2] - 10:10, 70:3
memorandums [1] - 42:8
memorialized [4] - 42:17, 42:23, 43:7, 166:18
memorializing [1] - 42:20
memory [15] - 16:15, 29:3, 49:18, 50:19, 53:4, 60:23, 61:3, 128:6, 128:8, 130:1, 140:14, 150:4, 166:16, 166:21, 175:16
mental [1] - 180:12
mentally [1] - 20:12
mention [2] - 153:1, 163:13
mentioned [4] - 25:8, 48:2, 76:4, 182:10
met [12] - 5:2, 47:10, 54:16, 88:16, 101:3, 103:18, 104:3, 105:8, 148:6, 177:20, 180:22, 181:20
mhuggins@city [1] - 2:9
mhuggins@city-buffalo.com [1] - 2:9
microphone [1] - 139:11
middle [2] - 162:14, 164:13
might [8] - 22:12, 47:11, 56:13, 114:1, 145:5, 166:21, 171:13, 173:7
Miguel [1] - 34:4
MIGUEL [1] - 34:5
military [1] - 91:18
mind [3] - 77:21, 88:21, 178:4
minds [1] - 124:4
minute [8] - 41:20, 118:19, 119:22, 119:23, 120:9,

141:16, 143:5, 143:23
minutes [10] - 114:22, 118:18, 122:22, 123:2, 123:4, 130:9, 130:17, 142:19, 144:8, 148:17
Miranda [20] - 29:11, 97:15, 98:3, 98:17, 99:2, 119:19, 119:20, 120:21, 123:5, 123:13, 124:5, 124:9, 129:17, 130:9, 131:3, 133:19, 133:22, 141:22, 142:20, 143:18
mirrors [1] - 139:6
Misa [1] - 46:15
MISA [1] - 46:15
Misael [1] - 46:12
MISAEL [1] - 46:12
mischaracterize [1] - 154:7
misstates [1] - 137:10
mistake [2] - 183:6, 183:12
misunderstanding [1] - 6:1
moment [2] - 24:18, 158:15
Montalvo [1] - 46:13
MONTALVO [1] - 46:13
month [1] - 19:7
Morgan [11] - 148:19, 148:21, 149:15, 150:20, 151:11, 157:9, 158:12, 160:15, 167:11, 168:20, 169:16
Morgran [1] - 157:21
morning [2] - 4:22, 4:23
most [2] - 12:5, 123:22
mother [1] - 14:4
Motion [2] - 35:18, 45:8
motor [2] - 20:21, 26:5
moved [1] - 145:17
moving [1] - 70:8
MR [338] - 3:3, 4:21, 5:8, 5:18, 5:23, 6:4, 11:6, 11:17, 11:19, 12:4, 12:23, 13:9, 13:14, 13:18, 13:20, 14:17, 15:4, 17:7, 18:8, 19:15, 19:20, 20:8, 21:17, 21:21,

22:7, 22:15, 23:3, 23:8, 23:15, 23:21, 24:11, 24:19, 24:23, 25:16, 26:3, 26:10, 26:16, 27:11, 27:20, 28:15, 28:23, 29:14, 30:7, 31:5, 31:7, 31:21, 32:7, 32:17, 32:20, 34:1, 34:10, 34:15, 34:22, 35:6, 35:13, 36:1, 36:9, 36:17, 37:4, 37:20, 38:13, 39:10, 40:1, 40:6, 40:21, 43:1, 43:5, 43:13, 43:23, 44:8, 44:15, 45:13, 46:1, 47:3, 47:17, 48:16, 50:4, 50:6, 51:3, 51:6, 51:13, 51:16, 52:20, 54:4, 54:15, 55:6, 55:17, 56:1, 56:11, 56:18, 56:23, 57:17, 58:23, 59:6, 59:15, 59:19, 59:22, 61:17, 62:1, 62:11, 62:17, 63:8, 64:7, 64:23, 65:6, 65:18, 66:3, 66:20, 67:5, 67:13, 67:17, 68:6, 68:16, 69:1, 69:18, 71:1, 71:14, 71:22, 72:5, 72:9, 72:16, 73:4, 73:13, 74:2, 74:4, 75:3, 75:11, 75:17, 75:23, 76:6, 76:23, 77:4, 77:7, 77:14, 77:20, 78:9, 78:22, 79:7, 79:14, 79:22, 80:8, 80:20, 81:5, 81:13, 82:1, 82:7, 82:23, 83:4, 83:18, 84:12, 84:14, 84:16, 85:5, 85:10, 85:22, 86:8, 86:13, 88:1, 88:23, 89:7, 89:9, 89:21, 90:13, 90:18, 90:20, 91:17, 92:9, 92:18, 93:5, 93:17, 94:3, 94:5, 94:7, 94:15, 95:9, 95:19, 96:21, 97:12, 97:20, 98:7, 98:21, 99:17, 100:17, 103:3, 104:20, 105:20, 106:14, 106:20, 107:1, 107:11, 108:16, 108:23, 109:8, 109:12, 109:23, 110:7, 110:12, 110:18,

111:14, 112:22, 113:6, 113:14, 114:16, 115:7, 116:10, 117:19, 118:3, 119:17, 120:8, 120:16, 121:8, 122:20, 123:9, 124:8, 124:19, 125:1, 125:21, 126:3, 126:22, 127:4, 128:16, 128:21, 130:3, 130:12, 131:1, 131:16, 132:11, 132:19, 133:11, 133:16, 134:3, 134:13, 135:9, 135:18, 136:18, 137:1, 137:14, 138:1, 138:11, 138:18, 139:5, 139:16, 141:8, 142:7, 142:15, 143:1, 143:11, 144:5, 144:12, 144:21, 145:2, 145:7, 147:3, 147:8, 148:14, 150:3, 150:11, 150:14, 151:5, 151:15, 152:6, 152:16, 152:20, 153:2, 153:6, 153:8, 153:16, 153:23, 154:9, 154:13, 154:18, 155:5, 155:10, 155:18, 156:1, 156:7, 156:21, 157:1, 157:6, 157:18, 158:6, 158:21, 159:1, 159:11, 159:21, 160:4, 160:7, 160:12, 161:1, 161:12, 162:4, 162:7, 163:1, 163:16, 163:23, 164:8, 164:23, 165:17, 166:13, 167:8, 167:16, 168:9, 168:17, 169:3, 169:7, 169:14, 169:22, 170:6, 170:18, 171:3, 171:6, 171:9, 171:17, 172:4, 173:1, 173:17, 173:20, 174:1, 174:5, 174:8, 174:18, 175:23, 176:10, 176:17,

178:1, 178:14, 179:12, 180:19, 181:6, 182:1, 182:14, 182:23, 183:10, 183:15, 183:21, 184:9, 184:18, 185:15
**MRS** [8] - 127:22, 127:23, 129:5
**MS** [316] - 3:4, 5:15, 5:20, 6:2, 11:4, 11:8, 11:22, 12:21, 13:5, 13:12, 14:14, 14:23, 17:4, 18:6, 19:13, 19:16, 20:3, 21:14, 21:19, 22:1, 23:1, 23:4, 23:13, 24:8, 24:17, 25:13, 26:1, 26:7, 26:12, 27:7, 27:18, 28:13, 28:20, 29:10, 30:2, 31:3, 31:17, 32:5, 32:16, 33:21, 34:8, 34:12, 34:19, 35:3, 35:10, 35:22, 36:6, 36:14, 37:1, 37:17, 38:11, 39:4, 39:22, 40:3, 40:16, 42:22, 43:2, 43:8, 43:20, 44:3, 44:13, 45:10, 45:21, 46:21, 47:15, 48:12, 50:2, 50:23, 51:4, 51:9, 52:17, 53:21, 54:11, 55:2, 55:14, 55:22, 56:6, 56:16, 56:21, 57:14, 58:22, 59:1, 59:4, 59:9, 59:12, 59:17, 61:9, 61:23, 62:6, 62:14, 63:5, 64:5, 64:19, 65:1, 65:13, 65:23, 66:18, 67:1, 67:12, 67:14, 67:23, 68:12, 68:23, 69:12, 70:16, 71:10, 71:20, 72:4, 72:6, 72:14, 72:23, 73:10, 73:23, 74:3, 74:5, 75:10, 75:21, 76:2, 76:20, 77:2, 77:5, 77:13, 77:16, 78:16, 79:10, 79:19, 80:5, 80:13, 80:15, 81:2, 81:9, 81:11, 81:22, 82:4, 83:2, 83:14, 84:11, 84:13, 85:2, 85:8, 85:19, 86:6, 86:9, 87:23, 88:19, 89:5, 89:13, 89:15, 89:17, 90:10, 90:15, 91:12, 92:2, 92:6, 92:16, 93:3,

93:12, 94:1, 94:4, 94:12, 95:7, 95:15, 96:18, 97:9, 97:17, 98:5, 98:19, 99:15, 100:13, 102:23, 104:17, 105:17, 106:11, 106:16, 107:6, 108:11, 108:20, 109:4, 109:9, 109:21, 110:5, 110:10, 110:14, 111:11, 112:18, 113:3, 113:12, 114:13, 115:3, 116:8, 117:14, 118:1, 119:6, 120:5, 120:14, 121:2, 122:17, 123:7, 124:3, 124:16, 124:23, 125:19, 125:23, 126:20, 126:23, 128:14, 128:18, 129:21, 130:10, 130:20, 131:14, 132:8, 132:16, 133:9, 133:14, 133:23, 134:8, 135:6, 135:16, 136:14, 136:23, 137:10, 137:20, 138:9, 138:15, 138:23, 139:3, 139:14, 141:5, 142:5, 142:8, 142:22, 143:9, 144:2, 144:9, 144:19, 144:23, 146:23, 147:6, 148:12, 149:23, 150:9, 150:23, 151:9, 152:4, 152:14, 152:18, 152:22, 153:4, 153:13, 153:21, 154:5, 154:12, 154:14, 155:1, 155:8, 155:11, 155:22, 156:19, 156:23, 157:3, 157:14, 157:23, 158:19, 159:8, 159:17, 160:1, 160:8, 160:20, 161:7, 161:20, 162:5, 162:22, 163:9, 163:21, 164:2, 165:9, 166:8, 167:5, 167:13, 168:7, 168:13, 169:1, 169:5,

169:19, 170:3, 170:15, 171:1, 171:4, 171:7, 171:14, 171:22, 172:1, 172:21, 173:16, 173:19, 173:22, 174:3, 174:15, 175:20, 176:8, 176:14, 177:22, 178:12, 179:8, 180:15, 181:3, 181:21, 182:7, 182:21, 183:7, 183:13, 183:18, 184:3, 184:20, 185:13
**multi** [1] - 64:21
**multi-page** [1] - 64:21
**multiple** [1] - 44:12
**murder** [1] - 34:7, 41:6, 45:15, 80:11, 108:9, 131:8, 131:21, 135:13, 152:12, 153:18, 159:6, 168:23, 182:20, 185:10
**murdered** [1] - 12:11
**murderers** [2] - 35:17, 63:17
**murdering** [1] - 119:5
**murders** [36] - 34:4, 34:11, 34:18, 35:2, 36:13, 42:3, 46:3, 66:7, 70:20, 71:7, 71:17, 81:1, 82:12, 84:5, 84:20, 84:23, 95:12, 96:5, 106:7, 108:5, 111:9, 111:18, 111:22, 113:10, 113:20, 114:6, 124:1, 132:1, 132:6, 134:20, 135:1, 143:7, 153:18, 154:21, 161:15, 168:23

**N**

**name** [15] - 4:16, 5:1, 7:23, 9:23, 24:5, 46:6, 46:10, 46:15, 47:11, 70:7, 88:11, 88:12, 149:3, 180:2, 186:17
**named** [3] - 22:22, 22:23, 26:11
**names** [6] - 23:22, 24:1, 48:2, 58:1, 130:15, 130:18
**nature** [1] - 7:14

**near** [1] - 38:20
**need** [3] - 62:13, 65:14, 109:3
**Nelson** [1] - 34:4
**nervous** [6] - 53:17, 72:2, 72:21, 73:7, 73:15, 74:18, 76:18, 77:9, 80:2
**never** [8] - 37:14, 90:3, 97:21, 99:1, 106:16, 149:13, 184:6, 184:11
**new** [3] - 84:13, 161:14
**NEW** [3] - 1:1, 1:7, 186:1
**New** [8] - 1:14, 2:2, 2:8, 4:9, 5:10, 37:11, 186:6, 186:21
**news** [1] - 35:8
**newspaper** [1] - 182:10
**newspapers** [1] - 35:8
**next** [9] - 39:2, 70:12, 99:18, 100:2, 100:11, 100:22, 113:17, 114:8, 118:12
**Niagara** [11] - 12:11, 70:20, 71:8, 71:17, 82:12, 84:5, 149:21, 152:23, 154:21, 156:16, 157:12
**night** [17] - 38:15, 103:7, 106:2, 107:4, 112:8, 113:9, 120:12, 120:23, 128:6, 133:5, 138:19, 140:8, 141:19, 142:4, 146:3, 156:16, 178:21
**nine** [1] - 102:16
**non** [1] - 7:1
**none** [1] - 6:19
**normal** [3] - 12:16, 55:19, 177:12
**Notary** [3] - 1:16, 186:5, 186:20
**notary** [2] - 128:16, 128:17
**note** [2] - 164:10, 174:5
**notebook** [2] - 42:14, 42:16
**notes** [8] - 7:16, 40:7, 42:7, 114:17, 114:19, 121:18, 127:10, 186:12
**nothing** [6] - 132:3,

132:4, 132:5, 162:13, 186:9
**notice** [1] - 186:10
**noticed** [1] - 5:11
**notify** [1] - 98:16
**November** [33] - 12:9, 12:12, 13:2, 14:21, 16:22, 34:6, 44:21, 51:21, 64:3, 66:15, 77:2, 94:18, 98:23, 100:19, 102:8, 108:2, 111:17, 113:16, 128:6, 133:3, 135:21, 136:2, 137:6, 138:19, 139:19, 142:1, 147:15, 149:10, 150:22, 174:10, 177:19, 178:7, 180:7
**number** [11] - 13:7, 56:3, 70:17, 87:6, 94:2, 147:1, 147:4, 147:12, 150:19, 151:9, 151:12
**numbered** [3] - 64:22, 69:13, 69:16
**numerous** [3] - 19:7, 95:11, 95:16

**O**

**o'clock** [12] - 102:15, 102:16, 103:7, 103:12, 104:7, 147:21, 147:22, 147:23, 148:3, 149:15, 150:22
**O-S-A-R-I-O** [1] - 149:18
**oath** [2] - 4:6, 49:14
**object** [18] - 21:15, 30:2, 39:7, 56:6, 61:14, 62:8, 72:6, 92:2, 95:15, 107:7, 108:11, 122:17, 124:16, 134:9, 152:18, 155:21, 156:20, 184:4
**objecting** [4] - 22:3, 142:10, 161:8, 173:20
**objection** [28] - 21:21, 23:5, 26:12, 28:20, 40:16, 44:3, 73:10, 78:16, 78:23, 80:16, 92:16, 115:3, 124:23, 126:21, 134:8, 137:20, 145:3, 152:21,

153:3, 153:5, 157:3, 157:23, 160:20, 162:4, 162:12, 165:9, 171:9, 173:16
**objections** [4] - 4:8, 78:1, 78:2, 151:9
**obligation** [6] - 161:13, 161:17, 165:5, 165:15, 166:3, 166:7
**observation** [1] - 93:19
**observed** [2] - 120:23, 139:8
**obstruct** [2] - 162:15, 164:12
**obstructing** [3] - 79:2, 162:8, 169:10
**obtain** [5] - 9:6, 10:2, 19:3, 134:6, 134:9
**obtained** [2] - 159:12, 165:2
**occasion** [6] - 19:9, 20:15, 54:17, 56:5, 64:9, 171:12
**occasionally** [3] - 20:5, 58:4, 58:8
**occasions** [2] - 57:12, 95:11
**occur** [1] - 133:6
**occurred** [8] - 34:5, 44:2, 90:5, 106:2, 149:20, 152:23
**occurrences** [1] - 95:16
**occurs** [1] - 166:22
**OF** [8] - 1:1, 1:2, 1:7, 2:5, 186:1, 186:3
**offhand** [1] - 100:12
**office** [20] - 29:7, 47:18, 48:20, 53:1, 100:2, 100:4, 101:14, 101:15, 104:5, 112:17, 131:10, 136:21, 137:19, 138:4, 140:13, 140:15, 140:21, 147:16, 174:23
**Office** [5] - 1:12, 5:11, 35:15, 47:13, 149:16
**officer** [40] - 6:5, 7:12, 10:3, 12:15, 12:17, 19:7, 21:17, 25:11, 26:4, 26:20, 28:2, 28:10, 30:11, 32:1, 42:12, 46:18, 63:10, 63:12, 63:14, 79:5, 83:20, 87:12, 87:16, 88:5, 88:15, 89:12,

98:8, 106:14, 106:21, 106:22, 143:15, 156:4, 157:7, 161:18, 163:2, 163:23, 164:16, 164:21, 165:4, 165:19
**Officer** [15] - 4:22, 9:18, 28:17, 69:8, 87:17, 87:19, 107:23, 151:22, 157:2, 162:16, 170:20, 171:11, 171:18, 184:21, 185:2
**officers** [20] - 11:11, 13:1, 14:20, 16:20, 44:12, 44:17, 54:6, 56:13, 60:2, 67:20, 68:4, 68:13, 87:9, 88:3, 88:14, 91:14, 158:10, 159:2, 167:18, 172:7
**offices** [2] - 136:9, 136:12
**official** [2] - 12:13, 106:21
**officially** [1] - 14:8
**OJT** [1] - 21:7
**on-the-job-training** [3] - 19:10, 19:12, 21:8
**once** [2] - 106:16, 182:8
**one** [32] - 7:18, 18:12, 23:16, 44:6, 48:14, 60:5, 65:8, 85:12, 88:8, 88:21, 94:2, 95:17, 110:1, 119:9, 128:23, 134:23, 136:7, 139:21, 147:1, 151:13, 154:13, 156:1, 157:8, 157:9, 160:15, 164:17, 165:23, 169:4, 174:12, 174:13, 177:23, 183:2
**ongoing** [2] - 135:4, 182:16
**operating** [2] - 55:19, 139:22
**opine** [1] - 164:4
**opinion** [1] - 70:21
**opinions** [1] - 159:19
**opposed** [3] - 16:5, 98:12, 137:19
**oppression** [1] - 28:5
**order** [3] - 100:1, 162:18, 164:19

**orders** [2] - 133:12, 133:20
**ortiz** [5] - 33:3, 33:18, 65:12, 70:7, 70:8
**Ortiz** [180] - 5:4, 29:21, 32:3, 33:20, 34:3, 35:1, 35:19, 36:4, 36:12, 37:8, 37:16, 37:22, 38:9, 38:14, 39:17, 39:20, 41:1, 41:16, 41:22, 42:7, 42:18, 43:16, 44:1, 44:21, 45:3, 45:8, 48:6, 48:10, 48:22, 51:21, 52:23, 53:7, 53:12, 54:21, 63:21, 64:3, 64:10, 66:8, 69:9, 70:2, 70:5, 70:19, 71:4, 71:6, 72:2, 72:11, 74:7, 75:6, 76:16, 77:12, 78:12, 80:1, 80:23, 81:17, 84:19, 85:7, 85:18, 86:1, 86:4, 86:16, 87:11, 88:3, 88:17, 90:5, 90:9, 91:6, 91:11, 92:12, 94:9, 94:18, 94:20, 94:23, 95:4, 95:11, 95:14, 96:4, 98:22, 99:19, 99:22, 100:3, 101:3, 101:16, 103:18, 104:8, 104:11, 104:16, 105:3, 105:8, 105:23, 106:6, 107:4, 107:17, 108:4, 109:16, 109:18, 110:2, 111:5, 111:8, 111:17, 112:16, 113:8, 113:17, 113:18, 114:1, 114:4, 114:12, 114:22, 115:13, 115:19, 116:18, 119:3, 119:19, 120:12, 120:21, 120:23, 122:1, 122:13, 123:5, 123:13, 124:1, 125:4, 125:10, 126:7, 127:13, 128:10, 129:16, 129:18, 130:8, 130:18, 131:2, 131:17, 131:19, 132:7, 134:6, 134:16, 135:21, 136:2, 137:8, 139:19, 140:12,

140:20, 141:3, 141:11, 141:17, 142:2, 142:4, 142:18, 143:6, 143:18, 144:1, 145:8, 145:21, 146:14, 148:7, 159:15, 160:14, 160:19, 161:16, 163:8, 163:19, 164:6, 165:8, 168:5, 168:22, 169:18, 170:1, 171:21, 172:19, 173:6, 173:15, 174:20, 174:22, 177:20, 178:6, 178:16, 180:4, 180:9, 180:13, 180:22, 181:1, 181:9, 181:17, 181:20, 182:3, 182:5, 182:18, 183:12, 183:23, 184:10
**ORTIZ** [1] - 1:4
**Ortiz's** [4] - 70:7, 93:8, 111:21, 144:14
**Osario** [13] - 149:18, 150:22, 151:23, 152:10, 153:10, 156:8, 156:15, 159:13, 163:7, 163:18, 165:3, 167:3, 168:19
**otherwise** [1] - 15:10
**outcome** [1] - 186:15
**outlined** [1] - 94:22
**outside** [8] - 8:22, 19:13, 26:8, 40:22, 41:3, 171:19
**outwardly** [1] - 177:17
**overlap** [1] - 9:20
**overtime** [2] - 146:9, 146:11
**own** [5] - 31:10, 42:8, 43:9, 68:1, 156:21

**P**

**P-73** [84] - 29:17, 42:8, 43:18, 44:11, 44:18, 44:20, 45:1, 63:23, 64:17, 66:14, 67:6, 67:11, 67:20, 68:2, 68:10, 68:13, 68:17, 69:6, 80:21, 81:6, 84:17, 86:3, 86:18, 87:6, 88:13, 89:6, 89:17, 90:16, 90:17, 91:4, 91:22, 92:10,

92:23, 93:6, 93:13, 94:19, 94:21, 135:19, 135:22, 140:10, 145:8, 147:1, 147:4, 147:9, 148:19, 149:15, 150:1, 150:10, 150:20, 151:11, 151:12, 153:9, 154:7, 155:20, 157:20, 157:23, 160:14, 166:18, 167:2, 167:11, 169:2, 169:4
**P-73s** [10] - 7:19, 68:4, 157:8, 158:13, 159:4, 166:20, 167:23, 185:3, 185:4, 185:7
**P.C** [2] - 1:13, 2:1
**p.m** [17] - 103:19, 114:22, 125:10, 125:14, 125:17, 140:21, 140:22, 145:10, 145:21, 145:22, 146:10, 148:4, 148:5, 151:21, 169:23, 185:17
**PAGE** [38] - 3:2
**page** [35] - 30:16, 30:23, 38:7, 38:20, 51:11, 58:18, 58:19, 64:21, 65:7, 69:21, 70:1, 73:18, 73:20, 74:2, 75:4, 81:17, 81:21, 82:4, 82:8, 83:8, 96:2, 96:6, 102:4, 103:16, 116:4, 116:5, 116:11, 117:10, 117:21, 118:4, 118:12, 127:15, 127:16
**pages** [5] - 38:8, 127:19, 129:4, 129:5, 129:13
**paragraph** [14] - 27:21, 64:18, 65:7, 69:6, 69:10, 69:21, 69:23, 70:14, 89:11, 93:18, 151:8, 151:17, 152:2
**paragraphs** [1] - 69:19
**part** [10] - 67:11, 71:11, 87:2, 116:23, 125:12, 128:12, 130:7, 140:16, 170:20, 179:6
**participant** [1] - 26:11