

**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
*thoover@hooverdurland.com*
*www.hooverdurland.com*

June 30, 2023

**Via CM/ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *Ortiz v. Wagstaff (Stambach)*, No. 23-352 (2d Cir.)

Dear Ms. Wolfe:

      We are counsel for plaintiff-appellee Josue Ortiz. Pursuant to 2d Cir. Local Rule 31.2, Mr. Ortiz requests that September 22, 2023 be set as the deadline for his brief.

      If you have any questions, please contact me at (716) 800-2604.

      Respectfully yours,

      s/Timothy W. Hoover

      Timothy W. Hoover

TWH/
cc:    All counsel of record (via CM/ECF)