## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Ortiz v. Wagstaff (Stambach)  Docket No.: 23-352

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Samuel L. Yellen

Firm: Hoover & Durland LLP

Address: 561 Franklin Street

Telephone: (716) 800-2600   Fax: (716) 885-8569

E-mail: syellen@hooverdurland.com

Appearance for: Josue Ortiz/Plaintiff-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Wayne C. Felle/Wayne C. Felle PC; Timothy W. Hoover & Spencer L. Durland/Hoover & Durland LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/Samuel L. Yellen

Type or Print Name: Samuel L. Yellen