# 23-352

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆◆

JOSUE ORTIZ,

*Plaintiff-Appellee,*

—against—

MARK STAMBACH,

*Defendant-Appellant,*

RICHARD WAGSTAFF, MARY GUGLIUZZA,
BUFFALO POLICE DEPARTMENT DOES 1-12, BUFFALO POLICE
DEPARTMENT, THE CITY OF BUFFALO, MARK VAUGHN,

*Defendants.*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX
## FOR PLAINTIFF-APPELLEE JOSUE ORTIZ

WAYNE C. FELLE
THE LAW OFFICE OF
   WAYNE C. FELLE, P.C.
5839 Main Street
Williamsville, New York 14221
(716) 505-2700

TIMOTHY W. HOOVER
SPENCER L. DURLAND
SAMUEL L. YELLEN
HOOVER & DURLAND LLP
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600

*Attorneys for Plaintiff-Appellee Josue Ortiz*

# <u>TABLE OF CONTENTS</u>

**Page**

Transcript of Plaintiff's opening statement,
 dated May 3, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SA-1

```
 1                     UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF NEW YORK

 3

 4   - - - - - - - - - - - - - - X
     JOSUE ORTIZ              )          16CV321
 5                 Plaintiff  )
     vs.
 6                              Rochester, New York
     MARK STAMBACH,               May 3, 2022
 7                 Defendant.      2:30 p.m.
     - - - - - - - - - - - - - - X
 8   TRIAL - OPENING STATEMENT BY MR. FELLE

 9

10                  TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE ELIZABETH A. WOLFORD
11              UNITED STATES MAGISTRATE JUDGE

12

13                  WAYNE C. FELLE, ESQ.
                    Law Office of Wayne C. Felle, P.C.
14                  6024 Main Street
                    Williamsville, NY 14221
15

16                  HUGH M. RUSS, III, ESQ.
                    PETER A. SAHASRABUDHE, ESQ.
17                  Hodgson Russ LLP
                    The Guaranty Building
18                  140 Pearl Street, Suite 100
                    Buffalo, New York 14202
19

20

21

22

23

24   COURT REPORTER: Karen J. Clark, Official Court Reporter
                     Karenclark1013@AOL.com
25                   100 State Street
                     Rochester, New York 14614
```

```
 1                    J. ORTIZ VS. M. STAMBACH

 2                    P R O C E E D I N G

 3              *                    *                    *

 4

 5

 6

 7              MR. FELLE:  Thank you, your Honor.  I think

 8   I prefer to take this off so I don't feel muffled in

 9   talking to the jury.  If I could change places, thanks

10   so much.  Thank you for understanding, ladies and

11   gentlemen.

12              Just a little easier, if those are the

13   rules, that if I sit down, I can actually communicate

14   with you better.  This case represents one of the

15   greatest failures we can have in our society.  We

16   empower police officers, we give them the authority to

17   rule.  We teach our kids to trust them, to turn to them

18   if they are in trouble.  But when an officer takes that

19   power and uses it to put an innocent man in jail, the

20   responsibility of this jury is to find justice in that.

21   What the Judge just told you, that stipulation is

22   something that the parties have worked on for weeks, and

23   what that stipulation does is cuts back on us having to

24   bring in folks from the FBI, U.S. Attorney General's

25   Office, Judge Franczyk.  But what, in essence, you can
```

**SA-3**

|  |  |  |
|---|---|---|
| | 1 | J. ORTIZ VS. M. STAMBACH |
| 14:40:33 | 2 | take from that stipulation, and what the Judge just told |
| 14:40:37 | 3 | you, is that for 10 years and 22 days, my client, Mr. |
| 14:40:43 | 4 | Ortiz, was in jail for a crime he had no involvement in. |
| 14:40:51 | 5 | This wasn't a technical type of dismissal, he was found |
| 14:40:56 | 6 | to have no involvement whatsoever.  The investigation by |
| 14:41:00 | 7 | the FBI, U.S. Attorney General's office, they found the |
| 14:41:04 | 8 | real criminals through the use of wiretaps and other |
| 14:41:08 | 9 | things, the evidence corroborated their guilt.  None of |
| 14:41:15 | 10 | them knew Mr. Ortiz and Mr. Ortiz knows none of them. |
| 14:41:20 | 11 | So you might ask yourself, when you're told that if |
| 14:41:27 | 12 | there was a confession in this case, and by the way, |
| 14:41:31 | 13 | that is the center of this case, a confession was |
| 14:41:35 | 14 | allegedly taken by Mr. Stambach, and that confession has |
| 14:41:40 | 15 | details such as which guns were used in the commission |
| 14:41:45 | 16 | of a crime, who kicked down the door, who shot who, |
| 14:41:50 | 17 | where.  Ladies and gentlemen, my client was never there. |
| 14:41:56 | 18 | There is no way my client would have known those facts. |
| 14:42:02 | 19 | Those facts were placed into that confession to frame my |
| 14:42:07 | 20 | client.  Think about it, ladies and gentlemen, he is |
| 14:42:13 | 21 | completely innocent of the crime.  How in God's name |
| 14:42:18 | 22 | would he know any of the details of the crime?  He was |
| 14:42:21 | 23 | never there.  So when you consider the confession and |
| 14:42:24 | 24 | when we give it to you on the monitor later in this |
| 14:42:27 | 25 | trial, ask yourself when you see those details, keep in |

|       |                                                              |
|-------|--------------------------------------------------------------|
| 1     | J. ORTIZ VS. M. STAMBACH                                     |
| 2     | your mind, he wasn't there.  Who would have put those        |
| 3     | facts in that confession?  It would have been Detective      |
| 4     | Stambach.  And I know that is a big, big claim to make.      |
| 5     | But, ladies and gentlemen, Mr. Ortiz was completely          |
| 6     | innocent of that crime.  That is the only way it could      |
| 7     | have happened.                                               |
| 8     | You're going to hear all about the                           |
| 9     | investigation into those crimes.  The Camacho brothers      |
| 10    | were known ring leaders of a gang.  They sold drugs on      |
| 11    | the west side of Buffalo.  Nelson and Miguel Camacho        |
| 12    | were well known criminals.  Their murders were violent.     |
| 13    | They were brutal.  You'll see pictures.  The people that    |
| 14    | killed the Camacho brothers were extremely violent           |
| 15    | people.  They used an AK-47 at close range and shot         |
| 16    | through the body of each of them.  They used a baseball     |
| 17    | bat, which was later discovered by police officers near     |
| 18    | the scene, that had the DNA of both of the Camacho          |
| 19    | brothers all over it.  This was a violent crime.  And       |
| 20    | you will hear consistently during this case, there is       |
| 21    | not a single time Mr. Ortiz has ever, ever been violent.    |
| 22    | You're going to hear from his treatment providers and       |
| 23    | from officers who were with him, he is not a violent        |
| 24    | man.  Anybody should have known right away that Mr.         |
| 25    | Ortiz was not involved and that is just one reason.  I'm    |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|          | 1  | J. ORTIZ VS. M. STAMBACH |
| 14:44:18 | 2  | going to get into all of the other reasons that Mr. |
| 14:44:22 | 3  | Stambach knew that my client was innocent.  Nonetheless, |
| 14:44:27 | 4  | he gave the details in this confession and had him sign |
| 14:44:31 | 5  | it.  And so how do we know those things, ladies and |
| 14:44:36 | 6  | gentlemen?  You may say, how can you tell me what the |
| 14:44:39 | 7  | facts and evidence in this case will be?  Well, it's |
| 14:44:43 | 8  | because we've gotten the investigation file.  This is |
| 14:44:45 | 9  | the evidence, a file, photographs and P73 reports. |
| 14:44:50 | 10 | You're going to hear a lot about those in this case. |
| 14:44:54 | 11 | P73 reports are reports are written by an investigator |
| 14:44:58 | 12 | at the time that they do some type of work on the case. |
| 14:45:01 | 13 | Let's say they interview somebody, they create a P73. |
| 14:45:06 | 14 | Let's say they get a phone call, a tip.  They put in a |
| 14:45:11 | 15 | P73.  What you're going to see from the P73s is that |
| 14:45:16 | 16 | there was a lot of information that police had, none of |
| 14:45:20 | 17 | which, none of which pointed to anything of the sorts at |
| 14:45:24 | 18 | Mr. Ortiz.  For example, for example, and I do this all |
| 14:45:28 | 19 | of the time, I write a bullet point of what I'm going to |
| 14:45:32 | 20 | say, and then I jump around.  But there were at least |
| 14:45:37 | 21 | four witnesses, and maybe I should step back and |
| 14:45:43 | 22 | describe that crime a little bit better.  When the |
| 14:45:45 | 23 | Camacho brothers were killed on November 11th, 2004, it |
| 14:45:51 | 24 | was on Niagara Street in Buffalo and an AK-47 was used |
| 14:45:56 | 25 | and it was an assault rifle, and you can bet all of the |

6

| | | |
|---|---|---|
| | 1 | J. ORTIZ VS. M. STAMBACH |
| 14:46:02 | 2 | neighborhood heard it.  And you better believe, when |
| 14:46:05 | 3 | they heard it, they all looked up and seen it.  We had |
| 14:46:09 | 4 | multiple witnesses at the scene.  All of those |
| 14:46:12 | 5 | individuals described three individuals running from the |
| 14:46:14 | 6 | crime scene.  One threw a baseball bat in the yard and |
| 14:46:17 | 7 | they all took off down the street.  All of those three |
| 14:46:20 | 8 | suspects were described between 5'7' and 5'11" in |
| 14:46:26 | 9 | height.  Medium to skinny build.  Now, I apologize, Mr. |
| 14:46:31 | 10 | Ortiz, but I don't think you've ever been described as |
| 14:46:35 | 11 | medium or small build.  Those were the witness |
| 14:46:40 | 12 | statements from ladies and gentlemen who saw these three |
| 14:46:42 | 13 | perpetrators leaving the scene.  So you might ask |
| 14:46:46 | 14 | yourself, well, Mr. Ortiz doesn't fit any of those. |
| 14:46:50 | 15 | That is exactly my point.  And when you hear the |
| 14:46:52 | 16 | testimony of Mr. Stambach, he is going to tell you he |
| 14:46:55 | 17 | wasn't aware of those witness statements.  He didn't |
| 14:46:58 | 18 | open the file to see them.  You're going to hear, |
| 14:47:14 | 19 | specifically, testimony or hear testimony about one |
| 14:47:17 | 20 | witness, Carlos Osario.  Mr. Osario was at a corner |
| 14:47:26 | 21 | store when the crime occurred.  One of the witnesses was |
| 14:47:28 | 22 | the security guard at Zips, another witness was a guy |
| 14:47:33 | 23 | who was fixing his car at Zips, and another man was |
| 14:47:36 | 24 | Carlos Osario, who was walking to Zips, a popular place |
| 14:47:41 | 25 | that night.  He saw all three perpetrators running from |

|          |    |                                                                 |
|----------|----|-----------------------------------------------------------------|
|          | 1  | J. ORTIZ VS. M. STAMBACH                                        |
| 14:47:44 | 2  | the crime scene.  He described them as 5'7" to 5'8", all        |
| 14:47:51 | 3  | skinny.  That was the crime scene.  That is some of the         |
| 14:48:00 | 4  | evidence that you will hear.  That is what Buffalo              |
| 14:48:04 | 5  | police knew.  So if that happens on October (sic) 11th,         |
| 14:48:09 | 6  | 2004, now enters my client.  So, in your mind, if this          |
| 14:48:15 | 7  | was a movie, now enters my client.  He is 23 years old,         |
| 14:48:20 | 8  | he has come to the United States to live with his              |
| 14:48:23 | 9  | family, family members, his cousin, cousins.  His mom           |
| 14:48:29 | 10 | had passed away in Puerto Rico.  His father had sold            |
| 14:48:32 | 11 | their home, gave him a little bit of money, and he came         |
| 14:48:36 | 12 | here in the United States to live with family.  He              |
| 14:48:37 | 13 | speaks very little English, very little, all Spanish.           |
| 14:48:43 | 14 | On November 15th of 2004, my client is                          |
| 14:48:49 | 15 | experiencing the onset of a psychotic break from                |
| 14:48:55 | 16 | reality.  This was difficult for me, when I started            |
| 14:48:57 | 17 | researching this when I took this case on, I didn't             |
| 14:49:01 | 18 | understand it.  He was 23 years old.  But as you looked         |
| 14:49:04 | 19 | into it more, that is exactly when it can happen.  He           |
| 14:49:09 | 20 | experienced a psychotic break from reality.  He was             |
| 14:49:13 | 21 | diagnosed with bipolar and schizophrenia.  On the 15th          |
| 14:49:16 | 22 | of November, my client was afraid for his life.  You'll         |
| 14:49:19 | 23 | hear that he jumped into a police car on the 15th of            |
| 14:49:22 | 24 | November and he begged the patrol officer for help.             |
| 14:49:26 | 25 | People were trying to kill him.  You'll hear that that          |

| | |
|---|---|
| 1 | J. ORTIZ VS. M. STAMBACH |
| 14:49:28  2 | patrol officer called a detective and they spoke to my |
| 14:49:34  3 | client, and he was so sick, he couldn't articulate why |
| 14:49:37  4 | he was fearful, but he was clearly fearful.  And that |
| 14:49:41  5 | police officer had him brought to Buffalo General |
| 14:49:44  6 | Hospital for a psych exam, exactly what he should have |
| 14:49:48  7 | done.  But in talking with my client, Detective Lauber, |
| 14:49:53  8 | who you'll hear testimony from, in this case, on the |
| 14:49:56  9 | 15th of November of 2004, this is just the day before |
| 14:50:00  10 | Stambach interviews him, you're going to hear Detective |
| 14:50:05  11 | Lauber tell you that my client was very sick, very |
| 14:50:08  12 | scared and frightened, and, most importantly, he had no |
| 14:50:11  13 | information about the crimes that had occurred involving |
| 14:50:15  14 | the Camacho brothers.  What you'll next hear is also on |
| 14:50:21  15 | the 15th of November, while my client was in the |
| 14:50:24  16 | hospital at Buffalo General being evaluated, that an aid |
| 14:50:29  17 | at the hospital called police again, because my client |
| 14:50:33  18 | continued to say he was fearful.  And in that statement, |
| 14:50:36  19 | my client said he was afraid that the same people that |
| 14:50:39  20 | killed the Camacho brothers were going to kill him.  And |
| 14:50:43  21 | that is, you're going to find, right in a P73 that a |
| 14:50:47  22 | detective wrote down, while at Buffalo General Hospital |
| 14:50:51  23 | talking to my client.  That same Officer, Officer |
| 14:50:56  24 | Lonergan, who was a supervisor at the time, is going to |
| 14:50:59  25 | come into the case and testify.  He spoke to my client |

**SA-9**

9

|   |   |
|---|---|
| | 1 |
| 14:51:03 | 2 |
| 14:51:06 | 3 |
| 14:51:12 | 4 |
| 14:51:15 | 5 |
| 14:51:18 | 6 |
| 14:51:22 | 7 |
| 14:51:27 | 8 |
| 14:51:31 | 9 |
| 14:51:33 | 10 |
| 14:51:37 | 11 |
| 14:51:40 | 12 |
| 14:51:44 | 13 |
| 14:51:48 | 14 |
| 14:51:51 | 15 |
| 14:51:54 | 16 |
| 14:51:58 | 17 |
| 14:52:02 | 18 |
| 14:52:07 | 19 |
| 14:52:10 | 20 |
| 14:52:14 | 21 |
| 14:52:17 | 22 |
| 14:52:20 | 23 |
| 14:52:24 | 24 |
| 14:52:27 | 25 |

J. ORTIZ VS. M. STAMBACH

on the 15th of November for 30 minutes.  Confirmed what the detective told us, he was very afraid, scared, and he was in the throws of a terrible psychiatric episode. They kept him at Buffalo General Hospital, the detectives wanted him to get better.  And in the same P73, you're going to see unequivocally, Mr. Ortiz has nothing to offer this case.  He is not a credible witness and certainly not a suspect.  Mr. Ortiz goes back home late that night, they don't give him any medication, he goes home and he is still in the throws of the psychotic break.  He gets up the next day, now this is the 16th of November, he and the cousins go to the funeral of the Camacho brothers in their community, in the west side.  They go to the funeral of the Camacho brothers.  That certainly does not have a positive effect on Mr. Ortiz.  Later that afternoon, he does something similar.  He jumps into a police car and says, "I have information about who killed the Camacho brothers."  The police then bring him down to the major crimes unit where Mr. Stambach is waiting.  Now, these facts, ladies and gentlemen, become extremely important. Detective Stambach, at that time, has no previous involvement in this case.  He has been in the force for close to 30 years.  He was, by anybody's estimation, an

**SA-10**

|   |   |
|---|---|
| | 1 |  J. ORTIZ VS. M. STAMBACH |
| 14:52:31 | 2 | experienced investigator.  But what he does, is he |
| 14:52:36 | 3 | brings Mr. Ortiz into a detective's office.  Not an |
| 14:52:41 | 4 | interview room, not an area where there is a two-way |
| 14:52:45 | 5 | mirror, could be a recording, none of that.  He brings |
| 14:52:49 | 6 | him into a closed office where he meets with Ortiz for |
| 14:52:53 | 7 | 30 minutes, 30 to 40 minutes, no one else there.  Just |
| 14:52:57 | 8 | the two them.  Stambach says he doesn't speak any |
| 14:53:02 | 9 | Spanish and we know Mr. Ortiz doesn't speak any English. |
| 14:53:07 | 10 | Nonetheless, after that 30 to 40 minutes, Detective |
| 14:53:13 | 11 | Stambach says, Ortiz admitted all of the facts, he is |
| 14:53:18 | 12 | involved in the murders.  He calls in a translator, |
| 14:53:20 | 13 | Officer Torres.  You'll hear from Officer Torres in the |
| 14:53:23 | 14 | case.  Officer Torres comes in, I'll tell you exactly |
| 14:53:27 | 15 | the time 7:19 of that night, my client is brought to the |
| 14:53:32 | 16 | Buffalo police.  By 7:25, he is in the office talking to |
| 14:53:37 | 17 | Stambach.  And it is not until 8:25, that Torres, the |
| 14:53:40 | 18 | translator, comes in.  Comes in, and, at that point, |
| 14:53:44 | 19 | Stambach tells him he admitted things.  "I want you to |
| 14:53:48 | 20 | use these questions and read them to him and make sure |
| 14:53:52 | 21 | he understands them.  He'll say yes or no."  By 8:25, he |
| 14:53:55 | 22 | is read his Miranda warnings and he has confessed.  They |
| 14:53:59 | 23 | get him a Big Mac and fries, and they type up the |
| 14:54:03 | 24 | confession and by midnight, he is in cuffs.  The early |
| 14:54:06 | 25 | morning hours of November 17th, 2004, my client was put |

```
          1                 J. ORTIZ VS. M. STAMBACH
14:54:09  2    behind bars, never to see daylight until December 9th of
14:54:14  3    2014.  It's a terrible horror story.  When I say it out
14:54:21  4    loud to you right now, ladies and gentlemen, we've now
14:54:23  5    waited seven and a half years for justice in this case.
14:54:30  6                 With power comes responsibility.  Detective
14:54:35  7    Stambach has and had the power to put somebody away.  He
14:54:39  8    did not want to consider the responsibility that that
14:54:42  9    power had that he had.  It's going to be up to you,
14:54:47 10    ladies and gentlemen, to make him responsible for his
14:54:49 11    actions.  My client went to jail for over 10 years.  He
14:54:55 12    was completely innocent.
14:55:09 13                 Now, you're going to hear testimony in this
14:55:11 14    case from a forensic psychiatrist, Evelyn Coggins.  And
14:55:18 15    Dr. Coggins is going to talk to you about how sick Mr.
14:55:23 16    Ortiz was back then.  And I want you to listen carefully
14:55:30 17    to her testimony.  She is going to come in tomorrow
14:55:32 18    morning, 9 a.m., and one of the most interesting things
14:55:35 19    was that when we deposed her in 2018, one the first
14:55:39 20    things she said to me, you know, Mr. Ortiz, he always
14:55:42 21    told me he was innocent.  But then she said, well, a lot
14:55:46 22    of people tell me they are innocent.  But for some
14:55:51 23    reason, in my mind, given my education and training,
14:55:54 24    there was something about Mr. Ortiz, he was always mild,
14:55:59 25    never violent, and I always felt comfortable, and I
```

```
        1              J. ORTIZ VS. M. STAMBACH

14:56:01  2   believed him.  And you'll hear then, when this all came

14:56:06  3   out in the media, when Mr. Ortiz was finally released,

14:56:10  4   it's a great miscarriage of justice.  U.S. Attorney's

14:56:15  5   General office and the FBI announced on the steps of the

14:56:18  6   Federal Courthouse how they had gotten the right guys.

14:56:21  7   And in getting the right guys, they were telling the

14:56:25  8   DA's office, Mr. Ortiz is not guilty and he should be

14:56:28  9   released.  And you'll hear all of the stories when they

14:56:33 10   came out, he was an innocent man who served 10 years and

14:56:37 11   22 days in jail.  But you're going to hear when I asked

14:56:41 12   Detective Stambach, "did you hear that Mr. Ortiz was

14:56:46 13   released that he was innocent?"  And he said, "yeah, I

14:56:49 14   heard it in the news."  And then I asked him something

14:56:52 15   very important, I said, "Did that prompt you to go back

14:56:55 16   and look at the case to consider how that could have

14:56:58 17   happened?"  He said "No.  I'd never look back at the

14:57:03 18   case."  He was never interested in that.  And you know

14:57:08 19   why that is important?  Because I think he knew exactly

14:57:10 20   what he had done.  And let me tell you what else points

14:57:14 21   to that, ladies and gentlemen.  When Detective Stambach,

14:57:17 22   as I told you, he was only involved in the case with

14:57:20 23   respect to the one arrest, and I also told you there

14:57:23 24   were three suspects, by all accounts, three suspects, by

14:57:27 25   all accounts.  Well, Detective Stambach, after he
```

**SA-13**

```
         1                  J. ORTIZ VS. M. STAMBACH

14:57:29 2    arrested Mr. Ortiz, he marked that file "closed."  When

14:57:36 3    Detective Evans, cold case squad detective in Buffalo,

14:57:43 4    reopened that case years and years later, 2009 or 2010,

14:57:46 5    to start the investigation, it was marked "closed."  And

14:57:50 6    she'll tell you that was odd.  Why would a case be

14:57:54 7    marked "closed" when there were clearly three suspects.

14:57:57 8    You know why, ladies and gentlemen?  I submit to you

14:58:00 9    because Stambach didn't want that case reopened.  He

14:58:04 10   wanted to be able to say they cleared an investigation.

14:58:07 11   I know it sounds far fetched.  You could make a movie

14:58:12 12   based on these things.  But keep in mind, my client was

14:58:15 13   completely innocent and had nothing to do with the crime

14:58:18 14   at all, but yet there are details and a confession that

14:58:21 15   come from the hand of Mr. Stambach.  Probably the most

14:58:31 16   troubling thing in this case is to try and understand

14:58:33 17   how sick my client really was back then.  And I know we

14:58:38 18   spoke a little in jury selection about understanding

14:58:41 19   psychiatric illness.  It's hard to believe that somebody

14:58:45 20   could be so sick that they could be tricked into signing

14:58:50 21   something they didn't say, but, ladies and gentlemen,

14:58:53 22   you're going to hear testimony from the doctors, and you

14:58:55 23   probably know from your life experiences, there are

14:58:58 24   circumstances in our life that can make us vulnerable.

14:59:02 25   Certainly, in this case, they made Mr. Ortiz vulnerable.
```

**SA-14**

|  | 1 | J. ORTIZ VS. M. STAMBACH |
|---|---|---|
| 14:59:07 | 2 | But remember what I told you earlier in this opening, |
| 14:59:12 | 3 | what do we teach our kids when you're vulnerable, you |
| 14:59:18 | 4 | should be able to turn to the police, and the police |
| 14:59:20 | 5 | shouldn't act to put you in jail; that is an injustice. |
| 14:59:24 | 6 | So, ladies and gentlemen, at the end of this |
| 14:59:28 | 7 | case, you're going to consider all of those things.  And |
| 14:59:31 | 8 | specifically, I want to go through what you're going to |
| 14:59:34 | 9 | consider.  There are three claims that continue to exist |
| 14:59:37 | 10 | in this case all directed toward Detective Stambach. |
| 14:59:41 | 11 | The first is malicious prosecution.  Well, he prosecuted |
| 14:59:45 | 12 | a man based on a statement that he knew was false.  The |
| 14:59:49 | 13 | defendants admit that Stambach initiated the |
| 14:59:52 | 14 | prosecution, that he took the confession, the alleged |
| 14:59:54 | 15 | confession, they admit all of those things.  The only |
| 14:59:59 | 16 | issue that you will decide as to whether or not Stambach |
| 15:00:04 | 17 | acted with malicious intent to prosecute Mr. Ortiz, that |
| 15:00:11 | 18 | is the question you'll answer, and I think all of the |
| 15:00:14 | 19 | facts point to the obvious - Ortiz didn't know those |
| 15:00:19 | 20 | things, Stambach did. |
| 15:00:20 | 21 | Let me run through some issues that I want |
| 15:00:23 | 22 | you to keep in mind during the testimony and evidence in |
| 15:00:29 | 23 | this case.  Stambach admits when he arrested my client, |
| 15:00:31 | 24 | he had no corroborating evidence, no DNA, no |
| 15:00:36 | 25 | fingerprints, no nothing.  No corroborating evidence. |

**SA-15**

|          |    |                                                             |
|----------|----|-------------------------------------------------------------|
|          | 1  | J. ORTIZ VS. M. STAMBACH                                    |
| 15:00:41 | 2  | That means, the only basis for him being arrested was       |
| 15:00:44 | 3  | the alleged confession.  That is the red flag number        |
| 15:00:48 | 4  | one.  There is intent.  Numerous witness statements, as     |
| 15:00:51 | 5  | I told you earlier, in the criminal file, described the     |
| 15:00:56 | 6  | suspects, all, as 5'7" to 5'8", medium size, and my         |
| 15:01:03 | 7  | client is 6'6" and wears a size 14 shoe.  And he            |
| 15:01:09 | 8  | probably goes about 300 pounds.  And I apologize.  There    |
| 15:01:12 | 9  | is no way you can mistake those witness statements with     |
| 15:01:16 | 10 | Mr. Ortiz, no way.  That proves malicious prosecution.      |
| 15:01:25 | 11 | Carlos Osario, now this is important, I told               |
| 15:01:28 | 12 | you he is at Zips or walking to it.  At the same time,      |
| 15:01:31 | 13 | Stambach claims to have my client, Mr. Ortiz, in a          |
| 15:01:35 | 14 | closed office, four closed walls, guess who is in the       |
| 15:01:39 | 15 | interview room at the major crimes unit?  Osario, and he    |
| 15:01:44 | 16 | is there to give police more information about the three    |
| 15:01:47 | 17 | perpetrators of that crime.  And he comes in to talk to     |
| 15:01:49 | 18 | a Detective Judge.  Now, keep in mind, the major crimes     |
| 15:01:55 | 19 | unit in Buffalo is not very big, ladies and gentlemen.      |
| 15:01:58 | 20 | In fact, there is only one interview room and now they      |
| 15:02:02 | 21 | are in a detective's office right next to that,             |
| 15:02:06 | 22 | Detective Vivian's office.  At 8 o'clock, the exact same    |
| 15:02:09 | 23 | time I told you earlier that Torres comes in to             |
| 15:02:14 | 24 | translate for Ortiz, well, apparently, he is coming in      |
| 15:02:18 | 25 | the translate for Osario.  And he is there in the           |

**SA-16**

16

|  |  |  |
|--|--|--|
| | 1 | J. ORTIZ VS. M. STAMBACH |
| 15:02:23 | 2 | investigator's office to tell police that he just saw |
| 15:02:26 | 3 | those three men again the night before.  He was at a |
| 15:02:29 | 4 | store, and they roughed him up.  And he goes, "these are |
| 15:02:32 | 5 | the guys."  So think about this.  Two rooms right next |
| 15:02:37 | 6 | door to each other, same exact time.  Osario is telling |
| 15:02:40 | 7 | them more information about the perpetrators of the |
| 15:02:43 | 8 | crime.  And he says in the statement in the room next to |
| 15:02:47 | 9 | where Stambach is taking this alleged confession, says |
| 15:02:52 | 10 | to Detective Judge, one of Stambach's colleagues, no, I |
| 15:02:56 | 11 | saw them again last night, they are 5'7" in height. |
| 15:03:01 | 12 | That is on a P73.  Mr. Ortiz is not 5'7".  Consider |
| 15:03:07 | 13 | that, consider that.  Stambach says he wasn't aware of |
| 15:03:10 | 14 | it at all.  He says, I wasn't aware that Osario was in |
| 15:03:13 | 15 | the room next door.  I wasn't even aware that he was |
| 15:03:16 | 16 | able to describe the witnesses.  And then I asked him an |
| 15:03:19 | 17 | important question, you had no corroborating evidence |
| 15:03:22 | 18 | against Mr. Ortiz.  So why not do a lineup?  Have |
| 15:03:26 | 19 | somebody in there.  You had all these witnesses.  Yeah, |
| 15:03:29 | 20 | I didn't do that.  Come on, this is, you can't say this |
| 15:03:34 | 21 | is sloppy or just a mistake, ladies and gentlemen.  He |
| 15:03:38 | 22 | had power.  And with that power, he had the |
| 15:03:41 | 23 | responsibility to look into things more.  He didn't do |
| 15:03:43 | 24 | that.  He chose not to and he took advantage and framed |
| 15:03:47 | 25 | my client. |

|  |  |
|--|--|
| | 1 |
| 15:03:47 | 2 |
| 15:03:52 | 3 |

```
          1              J. ORTIZ VS. M. STAMBACH

15:03:47  2              And the next one, very important.  I told

15:03:52  3    you Mr. Ortiz was suffering a severe mental illness.

15:03:56  4    Early on the 15th, he met with three officers:  The

15:04:00  5    officer's patrol car he jumped into, and Officer Torres,

15:04:03  6    a different Torres, and Officer Lauber.  They all

15:04:09  7    interviewed him and all ruled him out as a suspect or

15:04:13  8    anyone with any credible information.  Later that day,

15:04:18  9    now at the hospital, Buffalo General Hospital, four

15:04:21  10   detectives came in to interview him.  Detective Torres

15:04:21  11   as a translator, Detective Lonergan, Detective Vaughn, I

15:04:32  12   believe, I may mess it up, there was another officer

15:04:34  13   there who will not be here at the Court.  Seven officers

15:04:37  14   that met with Mr. Ortiz, seven officers, detectives who

15:04:41  15   met with Mr. Ortiz before Stambach did.  And all of them

15:04:45  16   agreed, you'll see in the P73s, they all agreed that

15:04:49  17   Ortiz had nothing to do with the crime and he was very

15:04:52  18   sick.  Mr. Stambach will say he never saw those

15:04:56  19   statements before he arrested my client, even though

15:04:58  20   they were the day before.  He never saw them.  And he

15:05:01  21   says, as much as my client looked frightened, he was

15:05:06  22   scared, said people were trying to kill him, he was

15:05:08  23   okay.  Ladies and gentlemen, that is incredible.  It's

15:05:13  24   un-credible, is really what it is.  It's unbelievable.

15:05:17  25   That is not true.  He was very sick.  And you're going
```

**SA-18**

18

|  | 1 | J. ORTIZ VS. M. STAMBACH |
|---|---|---|
| 15:05:20 | 2 | to hear that within that week after he was arrested, he |
| 15:05:23 | 3 | was brought to the hospital multiple times.  You're |
| 15:05:26 | 4 | going to hear by the 29th of November, Mr. Ortiz tried |
| 15:05:32 | 5 | to commit suicide in a jail cell.  He was a sick man. |
| 15:05:36 | 6 | And was is so odd about this terrible, terrible disease |
| 15:05:42 | 7 | that he had, is that it hadn't affected him before in |
| 15:05:46 | 8 | his life.  He had a bad break up with a girlfriend, |
| 15:05:50 | 9 | he'll tell you about, but he never had anything like |
| 15:05:52 | 10 | this happen before in his life.  He'll tell you years |
| 15:05:57 | 11 | later when he came through, "I was out of my mind.  I |
| 15:06:00 | 12 | don't remember what happened during that time frame." |
| 15:06:03 | 13 | That is terrible, that somebody in that kind of sickness |
| 15:06:06 | 14 | could be taken advantage of.  So those are the points I |
| 15:06:10 | 15 | want you to consider, ladies and gentlemen, when you |
| 15:06:11 | 16 | consider the malicious prosecution claim. |
| 15:06:16 | 17 | Stambach manufactured that confession, |
| 15:06:18 | 18 | ladies and gentlemen.  We know that to be the case |
| 15:06:19 | 19 | because my client wasn't there. |
| 15:06:21 | 20 | The next claim you have to consider is a |
| 15:06:24 | 21 | claim that is entitled "Fabrication of Evidence."  Well, |
| 15:06:28 | 22 | that evidence is the confession.  It's the only evidence |
| 15:06:32 | 23 | they had that pointed toward my client's guilt.  And as |
| 15:06:36 | 24 | I told you earlier, of course it was fabricated.  My |
| 15:06:42 | 25 | client wasn't there.  How would he know what guns were |

**SA-19**

19

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|          | 1  |                 J. ORTIZ VS. M. STAMBACH                  |
| 15:06:45 | 2  | used, who was shot, where they were.  He wouldn't know       |
| 15:06:48 | 3  | that, ladies and gentlemen.  That is an easy one.  When      |
| 15:06:52 | 4  | you get to that claim, easy to point to the fact that it     |
| 15:06:55 | 5  | was a fabricated confession.  Keep in mind, again, Ortiz     |
| 15:07:00 | 6  | spoke Spanish.  All of the officers that met with Ortiz      |
| 15:07:03 | 7  | before Stambach did, acknowledged that.  They had            |
| 15:07:06 | 8  | interpreters with them.  They say right in the P73s, he      |
| 15:07:12 | 9  | spoke Spanish.  But yet, Mr. Stambach will claim he was      |
| 15:07:16 | 10 | able to have a conversation with him for that 30 to 40       |
| 15:07:19 | 11 | minutes where he admitted all of his guilt.  That was        |
| 15:07:24 | 12 | way, way, way too many coincidences they want to have        |
| 15:07:27 | 13 | you believe, they don't add up.                              |
| 15:07:29 | 14 |          The last claim you'll have to consider is           |
| 15:07:31 | 15 | the claim of the violation of the Fifth Amendment right      |
| 15:07:34 | 16 | against self incrimination.  And this is also a very         |
| 15:07:37 | 17 | easy one because, as I told you, Stambach is going to        |
| 15:07:40 | 18 | claim that Ortiz admitted his guilt very early on in the     |
| 15:07:43 | 19 | conversation.  Well, he wasn't read his Miranda rights       |
| 15:07:47 | 20 | until 8:30 of that night.  I suppose none of that really     |
| 15:07:52 | 21 | matters because, under the circumstances, he was going       |
| 15:07:55 | 22 | to frame him.  I mean, if he was going to put words in       |
| 15:07:58 | 23 | his mouth and have him sign a document, he would have        |
| 15:08:00 | 24 | done it at any time.  But in this case, it was a full        |
| 15:08:03 | 25 | hour, at least, that they talked to him, they treated        |

**SA-20**

|  |  |  |
|---|---|---|
| | 1 | J. ORTIZ VS. M. STAMBACH |
| 15:08:06 | 2 | him like a suspect, they had questions and answers where |
| 15:08:11 | 3 | Stambach said, yes, he is guilty.  But yet didn't read |
| 15:08:15 | 4 | him his Miranda rights.  You may say that is a |
| 15:08:16 | 5 | technicality, but, under the law, that is a Fifth |
| 15:08:20 | 6 | Amendment right violation.  And it only goes to show |
| 15:08:23 | 7 | further the intent of what was going on at the time. |
| 15:08:25 | 8 | Stambach didn't want anyone else involved that early. |
| 15:08:29 | 9 | He wanted to make sure he had it all nailed down. |
| 15:08:31 | 10 | At the end of this case, ladies and |
| 15:08:33 | 11 | gentlemen, you'll have no doubts, this was a real life |
| 15:08:36 | 12 | horror story.  Ask yourself, does it end?  Does the |
| 15:08:41 | 13 | story ever come to an end for Mr. Ortiz?  I've come to |
| 15:08:45 | 14 | know this man very well, after seven and a half years, |
| 15:08:48 | 15 | he is a good man.  Most of us would be bitter, real |
| 15:08:51 | 16 | bitter.  He's not.  He is happy every morning that he |
| 15:08:54 | 17 | wakes up.  He works as a dishwasher now at a hotel.  And |
| 15:09:00 | 18 | does some work at Zippies.  Every time he comes to my |
| 15:09:04 | 19 | office, he is happy.  Gives me a big hug.  That doesn't |
| 15:09:08 | 20 | change what happened to him.  Stambach took away the |
| 15:09:10 | 21 | best years of his life, between 23 and 33.  Ladies and |
| 15:09:14 | 22 | gentlemen, it's not fair, it's not right.  It requires |
| 15:09:16 | 23 | justice.  And we're going to count on each one of you to |
| 15:09:20 | 24 | hold him accountable for that.  Thank you very much for |
| 15:09:23 | 25 | all your time. |

15:09:24

THE COURT:  Thank you, Mr. Felle.

*      *      *

CERTIFICATE OF REPORTER

    I certify that the foregoing is a correct transcript
of the record of proceedings in the above-entitled
matter.

S/ Karen J. Clark,  RPR

Official Court Reporter