# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Before:      Pierre N. Leval,
               Reena Raggi,
               Joseph F. Bianco,
                     *Circuit Judges*.

_____

Josue Ortiz,

        Plaintiff - Appellee,

v.

Mark Stambach,

        Defendant - Appellant,

Richard Wagstaff, Mary Gugliuzza, Buffalo Police Department Does 1-12, Buffalo Police Department, The City of Buffalo, Mark Vaughn,

        Defendants.

_____

**JUDGMENT**

Docket No. 23-352

      The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs.

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court